UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>Defendants. | Civil Action No. _____<br><br>04 10353 PBS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's Local Rule 7.3(A), Plaintiff ScanSoft, Inc. states that it is a publicly held company with no corporate parent. ScanSoft also states that Xerox Corporation owns more than 10% of ScanSoft's stock.

Dated: February 20, 2004    SCANSOFT, INC.,

By its attorneys,

*[signature]*

Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Lisa M. Fleming, BBO #546148
John F. Ward, BBO #646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

02639/00509 295591.1