UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353 PBS |

## AFFIDAVIT OF SERVICE

I, Lisa M. Fleming, depose under oath and state as follows:

1. I am a partner in the law firm of Bromberg & Sunstein LLP, which represents ScanSoft, Inc., the Plaintiff in the above-captioned matter.

2. Attached here are the original copies of the Return of Service for the Summons and Complaint served on February 23, 2004.

Signed under the pains and penalties of perjury this 24th day of February, 2004.

_____
Lisa M. Fleming
BBO #546148
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

02639/00509 297195.1