# United States District Court

_____ DISTRICT OF _____MASSACHUSETTS_____

SCANSOFT, INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

VOICE SIGNAL TECHNOLOGIES, INC.,
LAURENCE S. GILLICK, ROBERT S. ROTH,
JOHATHAN P. YAMRON, and
MANFRED G. GRABHERR

04 10353 PBS

TO: (Name and address of defendant)

LAURENCE S. GILLICK
55 Esty Farm Road
Newton, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lee Carl Bromberg, Esq.
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within _____20 (TWENTY)_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   TONY ANASTAS

(BY) DEPUTY CLERK

DATE   2-20-04

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2/23/04 |
| NAME OF SERVER (PRINT) James J. Murray | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Thomas Lazay, Vice President of Voice Signal Technologies, Inc. as authorized to accept service on behalf of the defendant Laurence S. Gillick at 150 Presidential Way, Woburn, MA.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/23/04
         Date

Signature of Server

6 Beacon Street, Suite 825
Address of Server
Boston, MA 02108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.