UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>                Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>                Defendants. | C.A. No. 04-10353-PBS |

## DEFENDANTS' MOTION TO DISMISS
## COUNTS II, III, IV AND V OF THE COMPLAINT

Defendants Laurence S. Gillick, Robert S. Roth, Jonathan P. Yamron, Manfred G. Grabherr, and Voice Signal Technologies, Inc. hereby move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Counts II (misappropriation of trade secrets), III (unfair competition against Voice Signal Technologies, Inc.), IV (unfair competition against the individual defendants), and V (violation of M.G.L. c. 93A) of plaintiff ScanSoft, Inc.'s Complaint. The grounds for this Motion to Dismiss are set forth in the defendants' Memorandum of Law, submitted herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), defendants respectfully request a hearing on this Motion to Dismiss.

1

**WHEREFORE**, defendants Laurence S. Gillick, Robert S. Roth, Jonathan P. Yamron, Manfred G. Grabherr, and Voice Signal Technologies, Inc. respectfully request that this Court dismiss Counts II, III, IV, and V of the Complaint.

Respectfully submitted,

LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, MANFRED G. GRABHERR and VOICE SIGNAL TECHNOLOGIES, INC.

By their attorneys,

_____
Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

Dated: March 15, 2004
3669065_1.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON

DATE 3/15/04   SIGNATURE _____

2