UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>Defendants. | C.A. No. 04-10353-PBS |

## LOCAL RULE 7.1(A)(2)
## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on March 15, 2004, I conferred in good faith with counsel for plaintiff in an effort to resolve or narrow the issues raised in defendants' Motion to Dismiss, and that this conference failed to yield a resolution of those issues.

_____
Paul D. Popeo, P.C.

Dated: March 15, 2004
3669076_1.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ~~MAIL~~/HAND ON

DATE 3/15/04  SIGNATURE _____

1