UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>            Plaintiff,<br><br>    v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>            Defendants. | C.A. No. 04-10353-PBS |

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNTS II, III, IV AND V OF THE COMPLAINT

Defendants Voice Signal Technologies, Inc. and Laurence S. Gillick, Robert S. Roth, Jonathan P. Yamron and Manfred G. Grabherr move, pursuant to Local Rule 7.1(B)(3), for leave to file a short, 6-page reply memorandum further supporting their Motion to Dismiss Counts II, III, IV and V of the Complaint and addressing arguments raised by plaintiff in its Opposition thereto. Defendants believe that the reply memorandum, attached hereto as Exhibit A, will aid the Court in its determination of the issues.

WHEREFORE, defendants respectfully request leave of Court to file a reply memorandum in the form attached as Exhibit A, and for the reply memorandum to be deemed filed upon allowance of this motion.

> Respectfully submitted,
>
> LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, MANFRED G. GRABHERR and VOICE SIGNAL TECHNOLOGIES, INC.
>
> By their attorneys,
>
> _____
> Robert S. Frank, Jr. (BBO No. 177240)
> Sarah Chapin Columbia (BBO No. 550155)
> Paul D. Popeo (BBO No. 567727)
> Paul E. Bonanno (BBO No. 646838)
> CHOATE, HALL & STEWART
> Exchange Place
> 53 State Street
> Boston, MA 02109
> (617) 248-5000

April 9, 2004

3678305v1

**CERTIFICATE OF SERVICE**
I hereby certifiy that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on _April 9, 2004_