UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ScanSoft, Inc.
Plaintiff,

V.                                                        Civil Action Number
                                                            04-10353-PBS

Voice Signal Technologies, Inc.
Defendant.                                          April 14, 2004


SCHEDULING ORDER

Saris, D.J.,

Defendant to file answer and counterclaim within 10 days.

Parties to exchange claim construction by: 9/13/04

Fact Discovery deadline: 11/5/04

Plaintiff's expert designation deadline: 12/3/04

Defendant's expert designation deadline: 1/8/05

Expert discovery deadline: 2/25/05

Summary Judgment and Markman Motion filing deadline: 3/25/05

Opposition to Summary Judgment and Markman Motions: 4/15/05

Hearing on Markman, Summary Judgment or Pretrial Conference: 5/26/05 at 2:00 p.m.


By the Court,

 /s/ Robert C. Alba
Deputy Clerk