

Store | Support | Contact

Company | News | Products | Solutions | Partners | International

Home > News > Press Releases > 2003

:: News
:: Press Releases
- 2003 Archive
- 2002 Archive
- 2001 Archive
- 2000 Archive
- 1999 Archive
- 1998 Archive

## ScanSoft's Dragon PDsay Adds the Power of Voice to the Pocket PC

**New Application Brings ScanSoft's Scalable Automated Speech Recognition and Text-to-Speech Engines to Small-Footprint and Mobile Devices**

**PEABODY, Mass., January 29, 2002**

- ScanSoft, Inc. (Nasdaq: SSFT), a leading supplier of imaging, speech and language solutions, today announced the immediate release of Dragon PDsay™, a new application that adds voice-control and speech capabilities to Microsoft® Windows® CE-based Pocket PC devices. With Dragon PDsay, Pocket PC users can control operating system selections and application interfaces using natural voice commands, and can have email, calendar and contact information read aloud automatically. PDsay works with the standard microphone and speakers built into Pocket PC products.

As a member of the award-winning ScanSoft® Dragon family of voice-based productivity applications, PDsay demonstrates how state-of-the-art speech and language capabilities can be delivered to small- footprint devices and embedded applications. PDsay is based on ScanSoft's RealSpeak ASR and TTS integrated technology toolkits, which are used by hardware and software developers to voice-enable a wide range of products and applications.

"ScanSoft's speech and language technologies bring new functionality to small-footprint and limited-display devices," said Robert Weideman, vice president of worldwide marketing at ScanSoft. "By adding voice input and response to the Pocket PC, Dragon PDsay enhances productivity over stylus-based interaction, allowing hands-free navigation of Pocket PC applications."

Andy Ai, a Web and IT consultant with InnerLink Strategic Solutions, Inc., relies on ScanSoft's Dragon PDsay technology to quickly access critical customer information and important emails. "Whether I'm at my desk or on the road, I rely on PDsay to quickly and accurately search for contact information without having to type in a name, or view the screen. I just say the name of the person I need to contact and PDsay reads the phone number back to me. Email is just as easy. Hands-free voice commands allow me to effectively multi-task and, as a result, be more productive and maintain critical relationships with clients. I am able to be much more productive using speech-enabled technologies".

EXHIBIT B

PDsay supports speaker-independent speech recognition and has a flexible command vocabulary that helps customers instantly use and benefit from the application without training. The software understands and acts upon simple natural commands such as "Next Appointment," "Read e-mail," or "Start Internet Explorer." Key features include:

- Information retrieval by voice (contacts, email, appointments, tasks)
- Speech notifications
- Automatic text-to-speech reading of emails
- Voice recognition and control of standard built-in Pocket PC functions and applications
- Instant command and control through speaker-independent speech recognition
- Zero-training through natural command vocabulary.

**Pricing and Availability**

ScanSoft's Dragon PDsay is immediately available in US English as a downloadable purchase from www.scansoft.com/pdsay. The suggested retail price is US $39.99. Please visit www.scansoft.com for more information about features and system requirements, and to learn about the full range of ScanSoft productivity applications and integrated technology solutions.

**About ScanSoft, Inc.**

**ScanSoft, Inc. (Nasdaq: SSFT) is the leading supplier of imaging, speech and language solutions that are used to automate a wide range of manual processes - saving time, increasing worker productivity and improving customer service.**

Trademark reference: ScanSoft, the ScanSoft logo and Dragon PDsay are registered trademarks or trademarks of ScanSoft, Inc. in the United States and other countries. All other company or product names mentioned may be the trademarks of their respective owners.

The statements in this press release that relate to future plans, events or performances are forward-looking statements that involve risks and uncertainties, including risks associated with market trends, competitive factors, and other risks identified in the Company's SEC filings. Actual results, event and performance may differ materially. Readers are cautioned not to put undue reliance on these forward-looking statements that speak only as of the date hereof.

**Contact Information**

Search | Site map | Feedback | Newsletter

© 2004 ScanSoft, Inc. All rights reserved.
Legal notices | Privacy policy | Accessibility | Contact us

Jump to a product