9.12    <u>Amendments and Waivers</u>. The Parties may mutually amend any provision of this Agreement at any time prior to the Closing; <u>provided</u>, <u>however</u>, that any amendment effected subsequent to the Approval Order shall be subject to the restrictions contained in the Approval Order and that no such amendment shall be made after obtaining the Belgian Bankruptcy Approval. No amendment of any provision of this Agreement shall be valid unless the same shall be in writing and signed by all of the Parties. No waiver by any Party of any default, misrepresentation, or breach of warranty or covenant hereunder, whether intentional or not, shall be deemed to extend to any prior or subsequent default, misrepresentation, or breach of warranty or covenant hereunder or affect in any way any rights arising by virtue of any prior or subsequent such occurrence.

9.13    <u>Severability</u>. Any term or provision of this Agreement that is invalid or unenforceable in any situation in any jurisdiction shall not affect the validity or enforceability of the remaining terms and provisions hereof or the validity or enforceability of the offending term or provision in any other situation or in any other jurisdiction. If the final judgment of a court of competent jurisdiction declares that any term or provision hereof is invalid or unenforceable, the Parties agree that the court making the determination of invalidity or unenforceability shall have the power to reduce the scope, duration, or area of the term or provision, to delete specific words or phrases, or to replace any invalid or unenforceable term or provision with a term or provision that is valid and enforceable and that comes closest to expressing the intention of the invalid or unenforceable term or provision, and this Agreement shall be enforceable as so modified after the expiration of the time within which the judgment may be appealed.

9.14    <u>Expenses</u>. Each Party shall bear its own costs and expenses (including legal fees and expenses) incurred in connection with this Agreement, the Ancillary Agreements and the transactions contemplated hereby and thereto.

9.15    <u>Specific Performance</u>. Each Party acknowledges and agrees that the other Parties would be damaged irreparably in the event any of the provisions of this Agreement are not performed in accordance with their specific terms or otherwise are breached. Accordingly, each Party agrees that the other Parties shall be entitled to an injunction or injunctions to prevent breaches of the provisions of this Agreement and to enforce specifically this Agreement and the terms and provisions hereof in any action instituted in the U.S. Bankruptcy Court for the District of Delaware, in addition to any other remedy to which it may be entitled, at law or in equity.

9.16    <u>Construction</u>. The language used in this Agreement shall be deemed to be the language chosen by the Parties hereto to express their mutual intent, and no rule of strict construction shall be applied against any Party. Any reference to any federal, state, local, or foreign statute or law shall be deemed also to refer to all rules and regulations promulgated thereunder, unless the context requires otherwise.

9.17    <u>Incorporation of Exhibits and Schedules</u>. The Exhibits and Schedules identified in this Agreement are incorporated herein by reference and made a part hereof.

NYI:#3305235

[Remainder of Page Intentionally Left Blank]

44

NYI:#3305235

12/07/01  10:18 FAX                                                                                        ☒002

12-06-01  20:17    From-SCANSOFT INC                                          T-691   P.02/02   F-697

IN WITNESS WHEREOF, the Parties hereto have executed this Asset Purchase
Agreement as of the date first above written.

BUYER:

SCANSOFT, INC.


By: _Michael K Zimman_
Name:
Title:


SELLERS:

LERNOUT & HAUSPIE SPEECH PRODUCTS N.V.


By:_____
Name:
Title:


L&H HOLDINGS USA, INC.


By:_____
Name:
Title:


INTERACTIVE SYSTEMS, INC.


By:_____
Name:
Title:


LERNOUT & HAUSPIE SPEECH
PRODUCTS USA, INC.


By:_____
Name:
Title:

IN WITNESS WHEREOF, the Parties hereto have executed this Asset Purchase Agreement as of the date first above written.

BUYER:

SCANSOFT, INC.

By: _____
Name:
Title:

SELLERS:

LERNOUT & HAUSPIE SPEECH PRODUCTS N.V.

By: _____
Name: J.M. VANSTAEN
Title: CURATOR

L&H HOLDINGS USA, INC.

By: _____
Name:
Title:

INTERACTIVE SYSTEMS, INC.

By: _____
Name:
Title:

LERNOUT & HAUSPIE SPEECH
PRODUCTS USA, INC.

By: _____
Name:
Title:

12/03/01  MON 12:33 FAX 617 221 1903     LERNOUT AND HAUSPIE                    ☒005

IN WITNESS WHEREOF, the Parties hereto have executed this Asset Purchase
Agreement as of the date first above written.

**BUYER:**

SCANSOFT, INC.

By:_____
Name:
Title:

**SELLERS:**

LERNOUT & HAUSPIE SPEECH PRODUCTS N.V.

By:_____
Name:
Title:

L&H HOLDINGS USA, INC.

By:_____
Name: JOHN SHAGOURY
Title: DIRECTOR

INTERACTIVE SYSTEMS, INC.

By:_____
Name: JOHN SHAGOURY
Title: DIRECTOR

LERNOUT & HAUSPIE SPEECH
PRODUCTS USA, INC.

By:_____
Name: JOHN SHAGOURY
Title: DIRECTOR

L&H APPLICATIONS USA, INC.

By: _____
Name: JOHN SHAGOURY
Title: DIRECTOR


LINGUISTIC TECHNOLOGIES, INC.

By: _____
Name: JOHN SHAGOURY
Title: DIRECTOR


L&H JAPAN KK

By: _____
Name:
Title:


L&H LINGUISTICS USA, INC.

By: _____
Name: JOHN SHAGOURY
Title: DIRECTOR


L&H JAPAN, INC.

By: _____
Name:
Title:

L&H APPLICATIONS USA, INC.

By:_____
Name:
Title:


LINGUISTIC TECHNOLOGIES, INC.

By:_____
Name:
Title:


L&H JAPAN KK.

By:_____
Name:  *P. Hause*
Title:  *vp/gm International*


L&H LINGUISTICS USA, INC.

By:_____
Name:
Title:


LERNOUT & HAUSPIE JAPAN INC.

By:_____
Name:  *P. Hause*
Title:  *vp/gm International*

Annex B

# TEXT-TO-SPEECH ASSET GROUP[1]

(Owned by Lernout & Hauspie Speech Products N.V., except for **, which is owned by Lernout & Hauspie Speech Products USA, Inc., or as otherwise expressly indicated.)

A1.    Text-to-Speech Technology

Sellers' technology that converts electronic text into speech, including, without limitation, the TTS2500, TTS3000, RealSpeak, RealSpeak Compact, RealSpeak UltraCompact, Dragon TTS Technology (excluding the draglib library, which is licensed to the Text-to-Speech Asset group under "Licensed In", Section D.e.), TruVoice, and BeSTSpeech technologies, (with grapheme and phoneme ("G2P") component) (collectively, "Text-to-Speech Technology") including, but not limited to, the following:

a.    All human-generated inputs used to create, test, and enhance Text-to-Speech Technology, including software source code, linguistic rules, makefiles, and scripts.

b.    Text-to-Speech Technology data, comprising all recordings and their annotations used in the creation of voice fonts for Text-to-Speech Technology and all speechbases derived from the recordings and annotations.

c.    All lexical data created or acquired by the Sellers for use in Text-to-Speech Technology and L&H Speech Processing/Dialog Technology, including all lexicons, wordlists and enhancements to these (collectively, "L&H Lexical Data").

d.    All proprietary software tools, in object and source code form, used to create, test, or enhance Text-to-Speech Technology, including, without limitation, DEPES, Speech Base Compilation Environment, Language Development Toolkit, and Protran.

e.    All research projects, research results, and intermediate projects derived directly from Text-to-Speech Technology, in object code form and machine-generated source code form, including, without limitation, acoustic models, language models, and voice fonts.

f.    All generally released works and works-in-progress to the extent derived from Text-to-Speech Technology in all languages, including but not limited to, Cantonese-Hong Kong, Dutch-Belgium, Dutch-Netherlands, English-Great Britain, English-USA (all voices), French, German, Italian,

---

[1] These assets are subject to the obligations set forth in Section F.

Japanese, Korean, Mandarin-China, Norwegian, Portuguese-Brazil, Portuguese-Portugal, Spanish-Spain, Spanish-Mexico, and Swedish.

g.    All generally released works and works-in-progress to the extent derived from Text-to-Speech Technology on all platforms, including but not limited to, win9x/Mex86, win2000x86, NTx86, SCOx86, Solaris Sparc, Solarisx86, Linux x86, AIX RS6000, WinCE, and embedded linux.

A2.    Text-to-Speech Products

All Text-to-Speech Technology products (but excluding custom automotive applications contained in the L&H Speech Processing/Dialog Asset Group), RealSpeak Server, and RealSpeak File Generator, (collectively, "Text-to-Speech Products") including, but not limited to, the following:

a.    All human-generated inputs used to create, test, and enhance Text-to-Speech Products, including software source code, linguistic rules, makefiles, scripts, and external documentation.

b.    Text-to-Speech Products data, comprising all data used to create, test, and enhance Text-to-Speech Products including, without limitation, the raw data and enhancements (such as phonetic tagging of audio data, cleansing of text corpora, and the addition of information to lexicons) for recorded audio, text corpora, and lexicons, if applicable, acquired from both external sources and through internal data collection.

c.    All proprietary software tools, in object and source code form, used to create, test, and enhance Text-to-Speech Products, including, without limitation, automated test tools and debug modules.

d.    All of Sellers' rights in the following external components incorporated into Text-to-Speech Products: BST102 and LH3010 chips (custom masked versions of the Texas Instruments TSP50C10 chip), LH3030 chips (custom masked version of the Texas Instruments MSP50C30 chip), and hardware dongle and license protection software used with RealSpeak File Generator.

e.    All demonstration versions, sample applications, and prototypes derived directly from or created for Text-to-Speech Products.

A3.    Documentation

All internal documentation relating to Text-to-Speech Technology and Text-to-Speech Products, including documents, notebooks, web-based documents and Lotus Notes discussion databases.

B1.    Patents

| | | | |
|---|---|---|---|
| 4,996,707 | Text-to-Speech Converter of a Facsimile Graphic Image | US | 26-Feb-91 |
| 5,592,585 | Method for Electronically Generating a Spoken Message | US | 7-Jan-97 |
| 5,727,120 | Apparatus for Electronically Generating a Spoken Message | US | 10-Mar-98 |
| 6,052,664 | Apparatus and Method for Electrically Generating Spoken Message | US | 18-Apr-00 |
| 4,979,216 | Text-to-Speech Synthesis System and Method Using Context Dependent Vowel Allophones | US | 18-Dec-90 |
| 5,634,084 | Abbreviation and Acronym/initialism Expansion Procedures for a Text-to-Speech reader | US | 27-May-97 |
| 5,943,648 | Speech Signal Distribution System Providing Supplemental Parameter Associated Data | US | 24-Aug-99 |
| 632,541 | Text-to-Speech Converter of a Facsimile Graphic Image | Australia | 14-May-93 |
| 0457830 | Text-to-Speech Converter of a Facsimile Graphic Image | Austria | 3-Sep-97 |
| 0457830 | Text-to-Speech Converter of a Facsimile Graphic Image | Belgium | 3-Sep-97 |
| 0457830 | Text-to-Speech Converter of a Facsimile Graphic Image | Denmark | 3-Sep-97 |
| EP0458859 | Text-to-Speech Synthesis System and Method Using Context Dependent Vowel Allophones | Europe | 9-Sep-99 |
| EP0457830 | Text-to-Speech Converter of a Facsimile Graphic Image | Europe | 27-Jan-97 |

| | | | |
|---|---|---|---|
| 0457830 | Text-to-Speech Converter of a Facsimile Graphic Image | France | 3-Sep-97 |
| 458859 | Text-to-Speech Synthesis System and Method Using Context Dependent Vowel Allophones | Germany | 9-Sep-99 |
| 0457830 | Text-to-Speech Converter of a Facsimile Graphic Image | Germany | 3-Sep-97 |
| 0457830 | Text-to-Speech Converter of a Facsimile Graphic Image | Italy | 3-Sep-97 |
| 0457830 | Text-to-Speech Converter of a Facsimile Graphic Image | Netherlands | 3-Sep-97 |
| 0457830 | Text-to-Speech Converter of a Facsimile Graphic Image | Spain | 3-Sep-97 |
| 0457830 | Text-to-Speech Converter of a Facsimile Graphic Image | Sweden | 3-Sep-97 |
| 0457830 | Text-to-Speech Converter of a Facsimile Graphic Image | Switzerland | 3-Sep-97 |
| 458859 | Text-to-Speech Synthesis System and Method Using Context Dependent Vowel Allophones | United Kingdom | 9-Sep-99 |
| 0457830 | Text-to-Speech Converter of a Facsimile Graphic Image | United Kingdom | 3-Sep-97 |

B2.     Patent Applications

| | | | |
|---|---|---|---|
| Audio Visual Interface for Family Information Manager | US | 21-Jun-00 | 60/212,952 |
| Corpus-Based Prosody Translation System | US | 29-Sep-00 | 60/236,475 |
| Fast Waveform Synchronization for Concatenation and Time-Scale Modification of Speech | US | 15-Sep-00 | 60/233,031 |
| Speech Synthesis Using Concatenation of Speech Waveforms | Australia | 12-Nov-99 | 14031/00 |

| | | | |
|---|---|---|---|
| Speech Synthesis Using Concatenation of Speech Waveforms | Europe | 12-Nov-99 | 99 972 346.3 |
| Speech Synthesis Using Concatenation of Speech Waveforms | Japan | 12-Nov-99 | 2000-582998 |
| Speech Synthesis Using Concatenation of Speech Waveforms | US | 12-Nov-99 | 09/438,603 |
| Text-to-Speech Convertor of a Facsimile Graphic Image | Canada | 26-Jan-90 | 2035871 |
| Text-to-Speech Convertor of a Facsimile Graphic Image | Japan | 26-Jan-90 | 503,531/1990 |
| Time Scale Modification of Digitally Sampled Waveforms in the Time Domain | US | 2-Feb-01 | 09/776,018 |

C.    Copyright Registrations/Mask Works

[Intentionally left blank]

D1.    Trademarks

BESTSPEECH (stylized)**
   Application(s) for Registration:
      None

   Registration(s):
      United States of America, Serial No. 1,715,362

REALSPEAK
   Application(s) for Registration:
      United States of America, Application No. 75/587,202

   Registration(s):
      Austria, Filing No. 001175090
      België, Filing No. 001175090
      Denmark, Filing No. 001175090
      European Union, Serial No. 1175090
      Finland, Filing No. 001175090
      France, Filing No. 001175090
      Germany, Filing No. 001175090
      Greece, Filing No. 001175090
      Ireland, Filing No. 001175090
      Italy, Filing No. 001175090
      Japan, Serial No. 4415313

Korea (South), Serial No. 497664
Luxemburg, Filing No. 001175090
Nederland, Filing No. 001175090
Portugal, Filing No. 001175090
Spain, Filing No. 001175090
Sweden, Filing No. 001175090
United Kingdom, Filing No. 001175090

TRUVOICE
Application(s) for Registration:
None.

Registration(s):
United States of America, Serial Nos. 1,769,147 and 1,892,016
Australia, Serial No. 719616
Austria, Serial No. 193011
Benelux, Serial No. 193011
Canada, Serial No. TMA512,411
China, Serial No. 1137486
Denmark, Serial No. 193011
EU, Serial No. 193011
Finland, Serial No. 193011
France, Serial No. 193011
Germany, Serial No. 193011
Greece, Serial No. 193011
Indonesia, Serial No. 401087
Ireland, Serial No. 193011
Italy, Serial No. 193011
Korea (South), Serial No. 395571
Luxemburg, Serial No. 193011
Nederland, Serial No. 193011
Portugal, Serial No. 193011
Spain, Serial No. 193011
Sweden, Serial No. 193011
Taiwan, Serial No. 784853
United Kingdom, Serial No. 193011

[The parties shall agree upon the trademarks or service marks (collectively, "trademarks"), if any, that will be included in this asset group. The trademarks that may be included must either (1) be trademarks that Sellers have used, are using, or intend to use in connection with goods or services associated with this asset group, or (2) be trademarks that Sellers have registered or sought to register for use in connection with goods or services associated with this asset group.]

D2.   Domain Names

> bestspeech.com
> realspeak.com
> truvoice.com

E.   Licenses In

The following licenses from other asset groups:

a.   License to the Intelliscope Language Recognizer product ("ILR"), in source code form, for the purposes of (i) supporting certain Assigned Contracts under which one or more customers of Seller(s) received a license to ILR, and (ii) using ILR in connection with the Acquired Business (from the ICM Asset Group).

b.   Covenant not to sue for making, using, selling or offering to sell any inventions embodied in patents (or existing patent applications) contained within the ICM Asset Group (from the ICM Asset Group).

F.   Obligations

a.   Provide a license to all L&H Lexical Data necessary for the ISI business as currently conducted and as currently proposed to be conducted, for the following six (6) languages (American English, Japanese, Korean, French, Spanish, German), to the ISI Speech Processing/Dialog Asset Group.

b.   Provide a license to the RealSpeak™ SDK on Win32. in object code form, limited to use in conjunction with existing Machine Translation Products, to the Machine Translation Group.

**L&H SPEECH PROCESSING/DIALOG
(AND AUTOMOTIVE APPLICATIONS) ASSET GROUP[2]**

(Owned by Lernout & Hauspie Speech Products N.V., except *, which is owned by L&H
Applications USA, Inc., and ***, which is owned by Linguistic Technologies, Inc., or as
otherwise expressly indicated.)

A1.    L&H Speech Processing/Dialog Technology

Sellers' technology that performs certain function(s) in response to speech input,
including, without limitation, ASR100, ASR200, ASR300, ASR1000, ASR1500,
ASR1600, ASR2000, L&H Voice Xpress™ Speech Recognition Engine*,
Kurzweil Voice technology*, Speech Compression Technology, Speech
Enhancement Technology (including Non-Linear Spectral Subtraction (NSS) &
Acoustic Echo Cancellation (AEC)), PODIAS technology, Camelot–HDEC,
SV200, SV1500, Grammar Studio, Speech User Interface Toolkit (SUIT),
Ukraine Natural Language Technology, and RealDialog (but excluding such
technology specifically listed in ISI Speech Processing/Dialog Asset Group and
Dragon Speech Processing/Dialog Asset Group), (collectively, "L&H Speech
Processing/Dialog Technology") including but not limited to:

a.    All human-generated inputs used to create, test, and enhance L&H Speech
Processing/Dialog Technology, including software source code, linguistic
rules, makefiles, and scripts.

b.    All data (other than L&H Lexical Data) created or acquired by the Sellers
to create, test, or tune L&H Speech Processing/Dialog Technology
including, without limitation, the text corpora ("L&H Text Corpora") and
the acoustic data ("L&H Acoustic Data").

c.    All proprietary software tools, in object code and source code form, used
to create, test, or enhance L&H Speech Processing/Dialog Technology,
including OOST (object oriented speech toolkit), FTEST and NBS
(regression test framework and nightly builds), C/python interface layers
on HDEC (ctypespic), python testing scripts for HDEC (pydec),
asr1500/asr1600/asr300 OOST-based integrated training environment
(including batch-queue system and data preparation and analysis tools),
speech analysis and recognition tools in MATLAB, SoundTool, ADB
DSDR recording tool, and the L&H Voice Xpress™ language modeling
toolkit.

d.    All research projects, research results, and intermediate projects derived
directly from L&H Speech Processing/Dialog Technology, in object code
form and machine-generated source code form, including, without
limitation, acoustic models, language models, and voice fonts.

---

[2] These assets are subject to the obligations contained in Section F.

c.    All generally released works and works-in-progress to the extent derived from L&H Speech Processing/Dialog Technology in all languages, including but not limited to, Dutch-Belgium, Dutch-Netherlands, English-Great Britain, English-USA, French, German, Italian, Japanese, Korean, Mandarin-China, Norwegian, Spanish-Spain, Spanish-Mexico, and Swedish.

f.    All generally released works and works-in-progress derived directly from L&H Speech Processing/Dialog Technology on all platforms, including but not limited to, win9x/Mex86, win2000x86, NTx86, SCOx86,Solaris Sparc, Solarisx86, Linux x86, AIX RS6000, WinCE, and embedded linux.

A2.    L&H Speech Processing/Dialog Products

All products that directly incorporate any L&H Speech Processing/Dialog Technology, including all custom automotive applications (but excluding technologies contained in the Text-to-Speech Asset Group), (collectively, "L&H Speech Processing/Dialog Products"), including but not limited to:

a.    All human-generated inputs used to create, test, and enhance L&H Speech Processing/Dialog Products, including software source code, linguistic rules, makefiles, and scripts.

b.    L&H Speech Processing/Dialog Products data, comprising all data used to create, test, and enhance L&H Speech Processing/Dialog Products including without limitation the raw data and enhancements (such as phonetic tagging of audio data, cleansing of text corpora, and the addition of information to lexicons) for recorded audio, text corpora, and lexicons, if applicable, acquired from both external sources and through internal data collection..

c.    All proprietary software tools, in object code and source code form, used to create, test, or enhance L&H Speech Processing/Dialog Products, including the L&H Voice Xpress™ language modeling toolkit, asrperfo, User Dictionary Editor (UDE), and test scripts.

d.    All demonstration versions, sample applications, and prototypes that were derived directly from or created for L&H Speech Processing/Dialog Products.

A3.    Documentation

All internal documentation concerning L&H Speech Processing/Dialog Technology and L&H Speech Processing/Dialog Products, including documents, notebooks, and Lotus Notes discussion databases.

B1.  Patents:

| | | | |
|---|---|---|---|
| 6,044,340 | Apparatus and Method for Accelerated Convolutional Noise Elimination | US | 28-Mar-00 |
| 6,058,366 | Generic Run-Time Engine for Interfacing Between Applications and Speech Engines | US | 2-May-00 |
| 6,085,160 | Language Independent Speech Recognition | US | 4-Jul-00 |
| EP1141940 | Interleaved Forward Backward Search Algorithm Having Flat Model State Organization for Large Vocabulary Speech Recognition | Europe | 10-Oct-01 |
| ALLOWED | Interleaved Forward Backward Search Algorithm Having Flat Model State Organization for Large Vocabulary Speech Recognition | US | |
| 6,272,463 | Multi-Resolution System and Method for Speaker Verification and for Acoustic-Only Encoding of User Words | US | 7-Aug-01 |
| 3,168,004 | A Pattern Recognition Device Using an Artificial Neural Network for Context Dependent Modeling | Japan | 9-Mar-01 |
| ALLOWED | Apparatus and Method for Accelerated Convolutional Noise Elimination | Australia | |
| EP1010168 | Apparatus and Method for Accelerated Convolutional Noise Elimination | Europe | 12-Sep-01 |

| | | | |
|---|---|---|---|
| EP0553101 | A Pattern Recognition Device Using an Artificial Neural Network for Context Dependent Modeling | Belgium | 30-Oct-97 |
| EP0553101 | A Pattern Recognition Device Using an Artificial Neural Network for Context Dependent Modeling | Europe | 30-Oct-97 |
| EP0553101 | A Pattern Recognition Device Using an Artificial Neural Network for Context Dependent Modeling | France | 30-Oct-97 |
| EP0553101 | A Pattern Recognition Device Using an Artificial Neural Network for Context Dependent Modeling | Germany | 30-Oct-97 |
| EP0553101 | A Pattern Recognition Device Using an Artificial Neural Network for Context Dependent Modeling | Netherlands | 30-Oct-97 |
| EP0553101 | A Pattern Recognition Device Using an Artificial Neural Network for Context Dependent Modeling | United Kingdom | 30-Oct-97 |
| ALLOWED | Speech Controlled Computer User Interface | US | |
| 5,963,897 | Apparatus and Method for Hybrid Excited Linear Prediction Speech Encoding | US | 5-Oct-99 |
| D446,514 | Family Information Processor Interface | US | 14-Aug-01 |
| 4,799,262* | Speech Recognition | US | 17-Jan-89 |

| | | | |
|---|---|---|---|
| 5,008,941* | Method and Apparatus for Automatically Updating Estimates of Undesirable Components of the Speech Signal in a Speech Recognition System | US | 16-Apr-91 |
| 5,101,375* | Method and Apparatus for Providing Binding and Capitalization in Structured Report Generation | US | 31-Mar-92 |
| 5,127,055* | Speech Recognition Apparatus and Method Having Dynamic Reference Pattern Adoption | US | 30-Jun-92 |
| 5,136,654* | Vocabulary Partitioned Speech Recognition Apparatus | US | 4-Aug-92 |
| 5,168,548* | Integrated Voice Controlled Report Generating and Communicating System | US | 1-Dec-92 |
| 5,231,670* | Voice Controlled System and Method for Generating Text From a Voice Controlled Input | US | 27-Jul-93 |
| 5,280,563* | Method for Optimizing a Composite Speech Recognition Expert | US | 18-Jan-94 |
| 5,337,394* | Speech Recognizer | US | 9-Aug-94 |
| 5,386,492* | Speech Recognition System Utilizing Vocabulary Model Preselection | US | 31-Jan-95 |
| 5,388,183* | Speech Recognition Providing Multiple Outputs | US | 7-Feb-95 |
| 5,465,318* | Method for Generating a Speech Recognition Model for a Non-Vocabulary Utterance | US | 7-Nov-95 |

| Patent | Title | Country | Date |
|---|---|---|---|
| 5,546,499* | Speech Recognition System Utilizing Pre-Calculated Similarity Measurements | US | 13-Aug-96 |
| 5,572,624* | Speech Recognition System Accommodating Different Sources | US | 5-Nov-96 |
| 5,671,426* | Method for Organizing Incremental Search Dictionary | US | 23-Sep-97 |
| 5,677,991* | Speech Recognition System Using Arbitration Between Continuous Speech and Isolated Word Modules | US | 14-Oct-97 |
| 5,682,464* | Word Model Candidate Preselection for Speech Recognition Using Precomputed Matrix of Threshold Distance Values | US | 28-Oct-97 |
| 5,684,924* | User Adaptable Speech Recognition System | US | 4-Nov-97 |
| 5,794,196* | Speech recognition system distinguishing dictation from commands by arbitration between continuous speech and isolated word modules | US | 11-Aug-98 |
| 5,890,181* | System and Method for Remotely Grouping Contents of an Action History Stack | US | 30-Mar-99 |
| 5,970,448* | Historical Database Storing Relationships of Successively Spoken Words | US | 19-Oct-99 |
| 5,970,460* | Speech Recognition and Editing System | US | 19-Oct-99 |
| 6,125,342* | Pronoun Semantic Analysis System and Method | US | 26-Sep-00 |

| | | | |
|---|---|---|---|
| 6,125,347* | System for Controlling Multiple User Application Programs by Spoken Input | US | 26-Sep-00 |
| 6,138,098* | Command Parsing and Rewrite System | US | 24-Oct-00 |
| 6,260,013* | Speech Recognition System Employing Discriminatively Trained Models | US | 10-Jul-01 |
| 6,292,779* | System and Method for Modeless Large Vocabulary Speech Recognition (formerly: Apparatus and Method for Simultaneous Multimode Dictation) | US | 18-Sep-01 |
| ALLOWED* | System of Command Parsing and Rewrite | Australia | |
| EP0617827 (692 29 124.5 - 08)* | Method for Optimizing a Composite Speech Recognition Expert | France | 6-May-99 |
| EP0617827 (692 29 124.5 - 08)* | Method for Optimizing a Composite Speech Recognition Expert | Germany | 6-May-99 |
| EP0617827 (692 29 124.5 - 08)* | Method for Optimizing a Composite Speech Recognition Expert | Italy | 6-May-99 |
| EP0617827 (692 29 124.5 - 08)* | Method for Optimizing a Composite Speech Recognition Expert | United Kingdom | 6-May-99 |
| EP0617827* | Method for Optimizing a Composite Speech Recognition Expert | Europe | 6-May-99 |
| 6,161,087*** | Speech-Recognition-Assisted Selective Suppression of Silent | US | 12-Dec-00 |

Selective Suppression of Silent
and Filled Speech Pauses
During Playback of an Audio
Recording
Recursively Excited Linear        US
Prediction Speech Coder

### B2.    Patent Applications

| | | | |
|---|---|---|---|
| Access Controlled Multiuser Computer System with Automatic Speech Recognition | US | 25-Jun-98 | 09/104,896 |
| Apparatus and Method for Distinguishing Similar-Sounding Utterances | Australia | 24-Sep-98 | 94554/98 |
| Apparatus and Method for Distinguishing Similar-Sounding Utterances | Canada | 24-Sep-98 | 2,303,312 |
| Apparatus and Method for Distinguishing Similar-Sounding Utterances | Europe | 24-Sep-98 | 98 947 737.7 |
| Apparatus and Method for Distinguishing Similar-Sounding Utterances | Japan | 15-Mar-00 | 2000-513269 |
| Apparatus and Method for Distinguishing Similar-Sounding Utterances | US | 24-Sep-98 | 09/159,838 |
| Apparatus and Method for Accelerated Convolution Noise Elimination | Australia | 13-Feb-98 | 64160/98 |
| Apparatus and Method for Accelerated Convolution Noise Elimination | Canada | 13-Feb-98 | 2,278,231 |
| Apparatus and Method for Accelerated Convolution Noise Elimination | Japan | 13-Feb-98 | 10-536441 |
| Apparatus and Method for Hybrid Excited Linear Prediction | Australia | 12-Jul-00 | 25417/99 |

Speech Encoding

| | | | |
|---|---|---|---|
| Apparatus and Method for Hybrid Excited Linear Prediction Speech Encoding | Canada | 25-Feb-99 | 2,317,435 |
| Apparatus and Method for Hybrid Excited Linear Prediction Speech Encoding | Europe | 25-Feb-99 | 99 905 132.9 |
| Apparatus and Method for Hybrid Excited Linear Prediction Speech Encoding | Japan | 25-Feb-99 | 2000-533868 |
| Apparatus and Method for Simultaneous Multimode Dictation | Australia | 9-Mar-99 | 29012/99 |
| Apparatus and Method for Simultaneous Multimode Dictation | Canada | 9-Mar-99 | 2,231,299 |
| Apparatus and Method for Simultaneous Multimode Dictation | Europe | 9-Mar-99 | 99 909 926.0 |
| Apparatus and Method for Simultaneous Multimode Dictation | Japan | 9-Mar-99 | 2000-536068 |
| Audio Visual Interface for Telecommunications | US | 8-Mar-00 | 29/119,782 |
| Compound Words in Speech Recognition Systems | US | 20-Apr-99 | 09/295,424 |
| Context-Sensitive Probabilistic Left-Corner Parsing Models for Speech Recognition | US | 5-Oct-00 | 60/237,983 |
| Discriminatively Trained Models in Continuous Speech Recognition | US | 5-Apr-00 | 09/543,202 |
| Generic Run-Time Engine for Interfacing Between Applications and Speech Engines | Australia | 25-Feb-99 | 27894/99 |

| | | | |
|---|---|---|---|
| Generic Run-Time Engine for Interfacing Between Applications and Speech Engines | Canada | 25-Feb-99 | 2,319,002 |
| Generic Run-Time Engine for Interfacing Between Applications and Speech Engines | Europe | 25-Feb-99 | 99 908 464.3 |
| Generic Run-Time Engine for Interfacing Between Applications and Speech Engines | Japan | 25-Feb-99 | 2000-533802 |
| Improved Word Boundary Acoustic Units | Europe | 29-Sep-99 | 99 952 974.6 |
| Improved Word Boundary Acoustic Units | US | 29-Sep-99 | 09/408,388 |
| Insert/Resume/Select Through | Europe | 15-Jun-99 | 99304637.4 |
| Insert/Resume/Select Through | France | 15-Jun-99 | 99304637.4 |
| Insert/Resume/Select Through | Germany | 15-Jun-99 | 99304637.4 |
| Insert/Resume/Select Through | Japan | 15-Jun-99 | 168303/99 |
| Insert/Resume/Select Through | United Kingdom | 15-Jun-99 | 99304637.4 |
| Insert/Resume/Select Through | US | 15-Jun-98 | 09/094611 |
| Interface Between a Control Process and a Target Process | Australia | 31-Aug-99 | 59053/99 |
| Interface Between a Control Process and a Target Process | Canada | 31-Aug-99 | 2,342,246 |
| Interface Between a Control Process and a Target Process | Europe | 7-Mar-01 | 99 946701.2 |
| Interface Between a Control Process and a Target Process | US | 31-Aug-99 | 09/387,227 |
| Inter-Word Triphone Models (former title: Improved Word Boundary Acoustic Units) | Australia | 29-Sep-99 | 65019/99 |

| | | | |
|---|---|---|---|
| Inter-Word Triphone Models (former title: Improved Word Boundary Acoustic Units) | Canada | 29-Sep-99 | PCT/US99/22501 |
| Language Independent Speech Architecture | US | 22-Feb-01 | 09/791,395 |
| Language Independent Speech Recognition | Europe | 8-Jul-99 | 99933088.9 |
| Language Independent Speech Recognition | Japan | 8-Jul-99 | 2000-559559 |
| Method and System for Performing Text Edits During Audio Record Playback | US | 5-Oct-98 | 09/166,363 |
| Method for Generating Semi-Literal Transcripts for Speech Recognition | US | 18-Jan-00 | 09/487,398 |
| Method for Generating Text from a Voice Input | US | 21-Jan-94 | 08/184,664 |
| Method for Remotely Grouping Contents of an Action History Stack Running on a Computer System | Australia | 18-May-99 | 51791/98 |
| Method for Remotely Grouping Contents of an Action History Stack Running on a Computer System | Canada | 14-Nov-97 | 2,270,461 |
| Method for Remotely Grouping Contents of an Action History Stack Running on a Computer System | Europe | 18-May-99 | 0938712 |
| Method for Remotely Grouping Contents of an Action History Stack Running on a Computer System | Japan | 14-Oct-97 | 10-522817 |

| | | | |
|---|---|---|---|
| Multi-Resolution System and Method for Speaker Verification and for Acoustic-Only Encoding of User Words | Australia | 3-Mar-99 | 28503/99 |
| Multi-Resolution System and Method for Speaker Verification and for Acoustic-Only Encoding of User Words | Canada | 3-Mar-99 | 2,318,262 |
| Multi-Resolution System and Method for Speaker Verification and for Acoustic-Only Encoding of User Words | Europe | 3-Mar-99 | 99 909 158.0 |
| Multi-Resolution System and Method for Speaker Verification and for Acoustic-Only Encoding of User Words | Japan | 3-Mar-99 | 2000-534997 |
| Multiuser Computer System with Automatic Speech Recognition | Canada | 25-Jun-98 | 2,288,183 |
| Multiuser Computer System with Automatic Speech Recognition | Europe | 25-Jun-98 | 98 930 984.4 |
| Multiuser Computer System with Automatic Speech Recognition | Japan | 25-Jun-98 | 11-505402 |
| Noise Level Adaptive Residual Echo Suppressor | US | 11-Aug-00 | 60/224,597 |
| Open Structured System Information Manager for Information Entry | US | 23-Sep-99 | 09/404,566 |
| Recursively Excited Linear Prediction Coder | US | 2-Feb-01 | 09/775,458 |
| Small Vocabulary Speaker Dependent Speech Recognition | US | 24-Oct-00 | 09/695,732 |
| Speaker Specific Language Model Adaptation | US | 9-Apr-01 | 60/282,423 |
| Speech Controlled Computer User Interface | Australia | 5-Oct-99 | 62251/99 |

| | | | |
|---|---|---|---|
| Speech Controlled Computer User Interface | Canada | 5-Oct-99 | PCT/IB99/01752 |
| Speech Controlled Computer User Interface | Europe | 5-Oct-99 | 99 949 290.3 |
| Speech Dialed Telephone | US | 12-Oct-00 | 60/240,112 |
| Speech Processor Apparatus and System | US | 11-May-01 | 09/854,137 |
| Speech Recognition Dictionary Enlargement Using Derived Words | Australia | 24-Mar-99 | 29534/99 |
| Speech Recognition Dictionary Enlargement Using Derived Words | Canada | 24-Mar-99 | 2,320,151 |
| Speech Recognition Dictionary Enlargement Using Derived Words | Europe | 24-Mar-99 | 99 910 634.7 |
| Speech Recognition Dictionary Enlargement Using Derived Words | Japan | 24-Mar-99 | 2000-541666 |
| Speech Recognition Dictionary Enlargement Using Derived Words | US | 24-Mar-99 | 09/275,208 |
| Speech Recognition Providing Multiple Outputs | Japan | 30-Sep-92 | 4-262178 |
| Speech Recognition System Employing Discriminatively Trained Models | Australia | 13-Mar-98 | 64636/98 |
| Speech Recognition System Employing Discriminatively Trained Models | Canada | 13-Mar-98 | 2,275,712 |
| Speech Recognition System Employing Discriminatively Trained Models | Europe | 13-Mar-98 | 98910384.1 |

| | | | |
|---|---|---|---|
| Speech Recognition System Employing Discriminatively Trained Models | Japan | 13-Mar-98 | 10-539863 |
| Speech User Interface for Portable Personal Devices | US | 26-Feb-01 | 09/793,377 |
| System and Method for Multi-Modal User Interface | US | 21-Jul-00 | 60/219,881 |
| System of Command Parsing and Rewrite | Canada | 26-Jun-98 | 2,289,066 |
| System of Command Parsing and Rewrite | Europe | 26-Jun-98 | 98 932 454.6 |
| System of Command Parsing and Rewrite | Hong Kong | 26-Jun-98 | 00106273.5 |
| System of Command Parsing and Rewrite | Japan | 26-Jun-98 | 11-506815 |
| User Interface for Speech Recognition System Grammars | Australia | 30-Sep-99 | 10973/00 |
| User Interface for Speech Recognition System Grammars | Canada | 30-Sep-99 | PCT/US99/22545 |
| User Interface for Speech Recognition System Grammars | Europe | 30-Sep-99 | 99 954 682.3 |
| User Interface for Speech Recognition System Grammars | US | 30-Sep-99 | 09/410,213 |
| Voice Command Navigation of Electronic Mail Reader | Australia | 30-Sep-99 | 61164/99 |
| Voice Command Navigation of Electronic Mail Reader | Canada | 30-Sep-99 | PCT/IB99/01689 |
| Voice Command Navigation of Electronic Mail Reader | Europe | 30-Sep-99 | 09/408,923 |
| Voice Command Navigation of Electronic Mail Reader | US | 30-Sep-99 | 09/408,923 |

C.    Copyright Registrations/Mask Works

    [To be provided.]

D1.    Trademarks

PDSAY
    Application(s) for Registration:
      None

    Registration(s):
      None

[The parties shall agree upon the trademarks or service marks (collectively, "trademarks"), if any, that will be included in this asset group. The trademarks that may be included must either (1) be trademarks that Sellers have used, are using, or intend to use in connection with goods or services associated with this asset group, or (2) be trademarks that Sellers have registered or sought to register for use in connection with goods or services associated with this asset group.]

D2.    Domain Names

    nothingbutspeech.com

E.    Licenses In

The following licenses from other asset groups:

a.    Covenant not to sue for making, using, selling or offering to sell, any inventions embodied in patents (or existing patent applications) contained within the ICM Asset Group (from the ICM Asset Group).

F.    Obligations

a.    Provide license to all L&H Text Corpora and L&H Acoustic Data necessary for the ISI business as currently conducted and as currently proposed to be conducted, for the following six (6) languages (American English, Japanese, Korean, French, Spanish, German) to the ISI Speech Processing/Dialog Asset Group.

b.    Provide license to Voice Xpress/Burlington Language Modeling Tools, in source code form, and license to the accompanying Language Modeling Research Database: (Server: LNAPPBOS01/SERVER/US/LHS Filename: databases/lmrescar.nsf) containing information relating to the Voice Xpress/Burlington Language Modeling Tools, to the ISI Speech Processing/Dialog Asset Group

# DRAGON SPEECH PROCESSING/DIALOG ASSET GROUP[3]

(Owned entirely by L&H Holdings USA, Inc., except†, which is owned by Dragon Systems UK Research & Development Ltd., or except as otherwise expressly indicated.)

A1.    Dragon Speech Processing/Dialog Technology

Sellers' technology that performs certain function(s) in response to speech input, and that was originally owned or created by Dragon Systems, Inc. or its successor-in-interest, L&H Holdings USA, Inc. ("Dragon"), including, without limitation, the MREC Speech Recognition Engine, SMS Dictation Pilot and the Manhattan Project, (collectively, "Dragon Speech Processing/Dialog Technology"), consisting, without limitation, of the following:

a.    All human-generated inputs used to create, test, and enhance Dragon Speech Processing/Dialog Technology, including, without limitation, software source code, linguistic rules, makefiles, and scripts.

b.    All data created or acquired by Dragon to create, test, or tune Dragon Speech Processing/Dialog Technology.

c.    All proprietary tools, in object and source code form, used to create, test, or enhance Dragon Speech Processing/Dialog Technology, including, without limitation, PMREC/TMREC, MREC Acoustic Model Building Tools, and MREC Language Model Building Tools (but excluding the VX Language Modeling Toolkit).

d.    All research projects, research results, and intermediate projects derived directly from Dragon Speech Processing/Dialog Technology, in object code form and machine-generated source code form, including, without limitation, acoustic models, language models, and voice fonts.

A2.    Dragon Speech Processing/Dialog Products

All products that directly incorporate any Dragon Speech Processing/Dialog Technology, including, without limitation, the SpeechOne products (but excluding those products contained in the AudioMining Asset Group), (collectively, "Dragon Speech Processing/Dialog Products"), consisting, without limitation, of the following:

a.    All human-generated inputs used to create, test, and enhance Dragon Speech Processing/Dialog Products, including, without limitation, source code for software, linguistic rules, makefiles, scripts, and external documentation.

---

[3] These assets are subject to the obligations contained in Section F.

b.  Dragon Speech Processing/Dialog Products data, comprising all data used to create, test, and enhance Dragon Speech Processing/Dialog Products.

c.  All proprietary tools used to create, test, or enhance Dragon Speech Processing/Dialog Products, including, without limitation, the executable code, documentation, and source code for SAPITEST.

d.  All demonstration versions, sample applications, and prototypes derived directly from or created for Dragon Speech Processing/Dialog Products.

A3.  Documentation

All internal documentation concerning Dragon Speech Processing/Dialog Technology and Dragon Speech Processing/Dialog Products, including, without limitation, documents, notebooks, and Lotus Notes® discussion databases.

B1.  Patents

| | | | |
|---|---|---|---|
| 5,809,453† | Method and Apparatus for Detecting Harmonic Structure in a Waveform | US | 15-Sep-98 |
| 5,027,406 | Method for Interactive Speech Recognition and Training | US | 25-Jun-91 |
| 5,202,952 | Large-Vocabulary Continuous Speech Prefiltering and Processing System | US | 13-Apr-93 |
| 5,428,707 | Apparatus and Methods for Performing Improved Speech Recognition | US | 27-Jun-95 |
| 5,526,463 | System for Processing a Succession of Utterances Spoken in Continuous or Discrete Form | US | 11-Jun-96 |
| 5,680,511 | Systems and Methods for Word Recognition | US | 21-Oct-97 |
| 5,715,367 | Apparatuses and Methods for Developing and Using Models for Speech Recognition | US | 3-Feb-98 |
| 5,754,972 | Speech Recognition System for Languages with Compound Words | US | 19-May-98 |

| | | | |
|---|---|---|---|
| 5,765,132 | Building Speech Models for New Words in a MultiWord Utterance | US | 9-Jun-98 |
| 5,794,189 | Continuous Speech Recognition | US | 11-Aug-98 |
| 5,799,279 | Continuous Speech Recognition of Text and Commands | US | 25-Aug-98 |
| 5,818,423 | Voice Controlled Cursor Movement | US | 6-Oct-98 |
| 5,822,730 | Lexical Tree Pre-filtering in Speech Recognition | US | 13-Oct-98 |
| 5,850,627 | Apparatuses and Methods for Training and Operating Speech Recognition Systems | US | 15-Dec-98 |
| 5,903,864 | Speech Recognition | US | 11-May-99 |
| 5,909,666 | Speech Recognition System Which Creates Acoustic Model by Concatenating Acoustic Models of Individual Words | US | 1-Jul-99 |
| 5,915,236 | Word Recognition System Which Alters Code Executed as a Function of Available Computational Resources | US | 22-Jun-99 |
| 5,920,836 | Word Recognition System Using Language Context at Current Cursor Position to Affect Recognition Probabilities | US | 6-Jul-99 |
| 5,920,837 | Word Recognition System Which Stores Two Models for Some Words and Allows Selective Deletion of One Such Model | US | 6-Jul-99 |
| 5,946,654 | Speaker Identification Using Unsupervised Speech Models | US | 31-Aug-99 |
| 5,949,886 | Setting a Microphone Volume Level | US | 7-Sep-99 |

| | | | |
|---|---|---|---|
| 5,960,394 | Method of Speech Command Recognition with Dynamic Assignment of Probabilities According to the State of the Controlled Applications | US | 28-Sep-99 |
| 5,983,179 | Speech Recognition System which turns its Voice Response On for Confirmation when it has been turned Off without Confirmation | US | 9-Nov-99 |
| 6,029,124 | Sequential, Non-Parametric Speech Recognition and Speaker Identification | US | 22-Feb-00 |
| 6,052,657 | Text Segmentation and Identification of Topic Using Language Models | US | 18-Apr-00 |
| 6,064,959 | Error Correction in Speech Recognition | US | 16-May-00 |
| 6,073,097 | Speech Recognition System which selects One of a Plurality of Vocabulary Models | US | 6-Jun-00 |
| 6,088,671 | Continuous Speech Recognition of Text and Commands | US | 11-Jul-00 |
| 6,092,043 | Apparatuses and Method for Training and Operating Speech Recognition Systems | US | 18-Jul-00 |
| 6,092,044 | Pronunciation Generation in Speech Recognition | US | 18-Jul-00 |
| 6,101,468 | Apparatuses and Method for Training and Operating Speech Recognition Systems | US | 8-Aug-00 |
| 6,122,613 | Speech Recognition Using Multiple Recognizers | US | 19-Sep-00 |
| 6,151,575 | Rapid Adaptation of Speech Models | US | 21-Nov-00 |

| | | | |
|---|---|---|---|
| 6,163,768 | Non-Interactive Enrollment in Speech Recognition | US | 19-Dec-00 |
| 6,167,377 | Speech Recognition Language Models | US | 26-Dec-00 |
| 6,212,498 | Enrollment in Speech Recognition | US | 3-Apr-01 |
| 6,224,636 | Speech Recognition using Nonparametric Speech Models | US | 1-May-01 |
| ALLOWED | Case Insensitive Alphabetic Filtering in Word Recognition | US | |
| ALLOWED | Word Recognition System Determines which Program Unit has Focus | US | |
| 2297465B† | Detecting Periodicity or Harmonic Structure in a Waveform | United Kingdom | 28-Apr-99 |
| 9607233† | Speech Recognition Apparatus and Methods | France | 4-Jun-99 |
| 0376501 | Method for Interactive Speech Recognition and Training | Austria | 30-Nov-89 |
| 0376501 | Method for Interactive Speech Recognition and Training | Belgium | 30-Nov-89 |
| 0376501 | Method for Interactive Speech Recognition and Training | France | 30-Nov-89 |
| 0376501 | Method for Interactive Speech Recognition and Training | Germany | 30-Nov-89 |
| 0376501 | Method for Interactive Speech Recognition and Training | Italy | 30-Nov-89 |
| 0376501 | Method for Interactive Speech Recognition and Training | Luxembourg | 30-Nov-89 |
| 0376501 | Method for Interactive Speech Recognition and Training | Switzerland | 30-Nov-89 |
| 0376501 | Speech Recognition System | United Kingdom | 30-Nov-89 |

| | | | |
|---|---|---|---|
| 0535146 | Large-Vocabulary Continuous Speech Prefiltering and Processing System | France | 1-Oct-97 |
| 0535146 | Large-Vocabulary Continuous Speech Prefiltering and Processing System | Germany | 1-Oct-97 |
| 0535146 | Large-Vocabulary Continuous Speech Prefiltering and Processing System | United Kingdom | 1-Oct-97 |
| EP0376501 | Method for Interactive Speech Recognition and Training | Europe | 30-Nov-89 |
| EP0535146 | Continuous Speech Processing System | Europe | 1-Oct-97 |
| 6,195,635 | User-Cued Speech Recognition | US | 27-Feb-01 |

B2.   Patent Applications

| | | | |
|---|---|---|---|
| 99307567.0 | Compound Word Recognition | Europe | 24-Sep-99 |
| 09/163422 | Compound Word Recognition | US | 30-Sep-98 |
| 96308182.3 | Continuous Speech Recognition | Europe | 11-Nov-96 |
| 96308182.3 | Continuous Speech Recognition | France | 11-Nov-96 |
| 96308182.3 | Continuous Speech Recognition | Germany | 11-Nov-96 |
| 96308182.3 | Continuous Speech Recognition | Italy | 11-Nov-96 |
| 96308182.3 | Continuous Speech Recognition | United Kingdom | 11-Nov-96 |
| 96308181.5 | Continuous Speech Recognition of Text and Commands | Europe | 11-Nov-96 |
| 96308181.5 | Continuous Speech Recognition of Text and Commands | France | 11-Nov-96 |
| 96308181.5 | Continuous Speech Recognition of Text and Commands | Germany | 11-Nov-96 |
| 96308181.5 | Continuous Speech Recognition of Text and Commands | Italy | 11-Nov-96 |

| 96308181.5 | Continuous Speech Recognition of Text and Commands | United Kingdom | 11-Nov-96 |
|---|---|---|---|
| 98302361.5 | Enrollment in Speech Recognition | Europe | 27-Mar-98 |
| 98302361.5 | Enrollment in Speech Recognition | France | 27-Mar-98 |
| 98302361.5 | Enrollment in Speech Recognition | Germany | 27-Mar-98 |
| 98302361.5 | Enrollment in Speech Recognition | Italy | 27-Mar-98 |
| 98302361.5 | Enrollment in Speech Recognition | Spain | 27-Mar-98 |
| 98302361.5 | Enrollment in Speech Recognition | United Kingdom | 27-Mar-98 |
| 98302362.3 | Error Correction in Speech Recognition | Europe | 27-Mar-98 |
| 98302362.3 | Error Correction in Speech Recognition | France | 27-Mar-98 |
| 98302362.3 | Error Correction in Speech Recognition | Germany | 27-Mar-98 |
| 98302362.3 | Error Correction in Speech Recognition | Italy | 27-Mar-98 |
| 98302362.3 | Error Correction in Speech Recognition | Spain | 27-Mar-98 |
| 98302362.3 | Error Correction in Speech Recognition | United Kingdom | 27-Mar-98 |
| 09/390370 | Expanding an Effective Vocabulary of a Speech Recognition System | US | 9-Jul-99 |
| | Large-Vocabulary Continuous Speech Prefiltering and Processing System | Japan | |
| 97306528.7 | Lexical Tree Pre-filtering in Speech Recognition | Europe | 22-Aug-97 |
| 2178696 | Methods and Apparatus for Detecting Harmonic Structure in a Waveform | Canada | 10-Jun-96 |

| | | | |
|---|---|---|---|
| 2735268 | Methods and Apparatus for Detecting Harmonic Structure in a Waveform | France | 11-Jun-96 |
| 99304623 | Non-Interactive Enrollment in Speech Recognition | Europe | 15-Jun-99 |
| 168768/99 | Non-Interactive Enrollment in Speech Recognition | Japan | 15-Jun-99 |
| 09/094609 | Non-Interactive Enrollment in Speech Recognition | US | 15-Jun-98 |
| 09/432,155 | Performing Recorded Actions | US | 10-Jun-99 |
| 98302441.5 | Pronunciation Generation in Speech Recognition | Europe | 30-Mar-98 |
| 98302441.5 | Pronunciation Generation in Speech Recognition | France | 30-Mar-98 |
| 98302441.5 | Pronunciation Generation in Speech Recognition | Germany | 30-Mar-98 |
| 98302441.5 | Pronunciation Generation in Speech Recognition | Italy | 30-Mar-98 |
| 98302441.5 | Pronunciation Generation in Speech Recognition | Spain | 30-Mar-98 |
| 98302441.5 | Pronunciation Generation in Speech Recognition | United Kingdom | 30-Mar-98 |
| 08/958,957 | Rapid Adaptation of Speech Models | US | 28-Oct-97 |
| 09/316,191 | Selecting a Target Sequence of Words that Corresponds to an Utterance | US | 21-May-99 |
| | Speech Processing (formerly Lombard Speech Level Prediction) | United Kingdom | 15-Oct-99 |
| 9822529.5 | Speech Processing (formerly Lombard Speech Level Prediction) | US | 16-Oct-98 |
| 96306255.9 | Speech Recognition | Europe | 29-Aug-96 |

| | | | |
|---|---|---|---|
| 2,178,696 | Speech Recognition Apparatus and Methods | Canada | 10-Jun-96 |
| 98302363.1 | Speech Recognition Language Models | Europe | 27-Mar-98 |
| 98302363.1 | Speech Recognition Language Models | France | 27-Mar-98 |
| 98302363.1 | Speech Recognition Language Models | Germany | 27-Mar-98 |
| 98302363.1 | Speech Recognition Language Models | Italy | 27-Mar-98 |
| 98302363.1 | Speech Recognition Language Models | Spain | 27-Mar-98 |
| 98302363.1 | Speech Recognition Language Models | United Kingdom | 27-Mar-98 |
| 08/825535 | Speech Recognition Language Models | US | 28-Mar |
| | Speech Recognition System for Languages with Compound Words | Europe | |
| | Speech Recognition System for Languages with Compound Words | Japan | |
| 98903803.9 | Speech Recognition Using Multiple Recognizers | Europe | 29-Jan-98 |
| 98903803.9 | Speech Recognition Using Multiple Recognizers | France | 29-Jan-98 |
| 98903803.9 | Speech Recognition Using Multiple Recognizers | Germany | 29-Jan-98 |
| 98903803.9 | Speech Recognition Using Multiple Recognizers | United Kingdom | 29-Jan-98 |
| 98301511.6 | Speech Recognition using Nonparametric Speech Models | Europe | 2-Mar-98 |
| 98301511.6 | Speech Recognition using Nonparametric Speech Models | France | 2-Mar-98 |
| 98301511.6 | Speech Recognition using Nonparametric Speech Models | Germany | 2-Mar-98 |

| | | | |
|---|---|---|---|
| 98301511.6 | Speech Recognition using Nonparametric Speech Models | Italy | 2-Mar-98 |
| 98301511.6 | Speech Recognition using Nonparametric Speech Models | United Kingdom | 2-Mar-98 |
| | Systems and Methods for Word Recognition | France | |
| | Systems and Methods for Word Recognition | Germany | |
| | Systems and Methods for Word Recognition | United Kingdom | |
| 96302536.6 | Voice Controlled Cursor Movement | Europe | 11-Apr-96 |
| 09/535,155 | Call Analysis | US | 24-Mar-00 |
| 09/094,611 | Position Manipulation in Speech Recognition | US | 15-Jun-98 |
| 09/845,769 | Error Correction in Speech Recognition Using a Hand-Held Device | US | 2-May-01 |
| 09/878,173 | Sentence-Level Confidence | US | 12-Jun-01 |
| 09/664,545 | Homophone Selection in Speech Recognition | US | 18-Sep-00 |
| 09/696,685 | Speech Recognition Using Word-in-Phrase Command | US | 26-Oct-00 |

C.    Copyright Registrations/Mask Works

[Intentionally left blank.]

D1.    Trademarks

DRAGON
Application(s) for Registration (each owned by Lernout & Hauspie Speech Products N.V.):
Brazil, Application Nos. 823262693 and 823262669
Guatemala, Application Nos. 2000-10163 and 200-10164
Mexico, Application Nos. 459344

Peru, Application Nos. 113386 and 113385
Venezuela, Application Nos. 16577/2000

Registration(s):
Australia, Serial No. 737276
Austria, Serial No. 161043
Benelux, Serial Nos. 492612 and 575110
EU, Serial No. 00052438
France, Serial No. 95 558 530
Germany, Serial No. 2060856
Italy, Serial No. 713 229
Mexico, Serial No. 689912 (owned by Lernout & Hauspie Speech Products N.V.)
Peru, Serial No. 00025472 (owned by Lernout & Hauspie Speech Products N.V.)
South Africa, Serial No. 97/1352
Sweden, Serial No. 327432
Switzerland, Serial No. 430.269
UK, Serial No. 2010510

DRAGON (plus design)
Application(s) for Registration:
None

Registration(s):
United States of America, Serial No. 1,423,358

DRAGON Design (design only)
Application(s) for Registration (each owned by Lernout & Hauspie Speech Products N.V.):
Brazil, Application Nos. 823262642 and 823262634
Guatemala, Application Nos. 200-10159 and 2000-10155
Venezuela, Application Nos. 16583/2000

Registration(s):
United States of America, Serial Nos. 1,423,358 and 1,428,201
Australia, Serial No. 715851
Austria, Serial No. 159,703
Benelux, Serial No. 586953
Colombia, Serial No. 221743
France, Serial No. 95 558 532
Germany, Serial No. 2060857
Italy, Serial No. 713,230
Mexico, Serial No. 599672
South Africa, Serial No. 97/1353
Spain, Serial Nos. 1953594 and 1953593

Sweden, Serial No. 309670
Switzerland, Serial No. 430752
UK, Serial No. 2010511
Peru, Serial No. 00025482 and 0007251 (both owned by Lernout &
Hauspie Speech Products N.V.)
Colombia, Serial No. 221743

**DRAGON NATURALLY SPEAKING**
    Application(s) for Registration:
        None

    Registration(s)
        China, Serial No. 1244419
        EU, Serial No. 000524611
        Japan, Serial No. 4251926
        Mexico, Serial No. 605964

**DRAGON SYSTEMS**
    Application(s) for Registration:
        None

    Registration(s):
        United States of America, Serial Nos. 1,419,515 and 1,428,200 and
        1,480,770
        Australia, Serial No. 715850
        China, Serial No. 1244420
        Mexico, Serial No. 600955

**DRAGONDICTATE**
    Application(s) for Registration:
        None

    Registration(s):
        United States of America, Serial No. 1,769,822
        Australia, Serial No. 701189

**L&H VOICE XPRESS**
    Application(s) for Registration:
        Canada, Application No. 1083130
        United States of America, Application No. 76/103,307

    Registration(s):
        None

NATURALLY SPEAKING
    Application(s) for Registration:
        None

    Registration(s):
        United States of America, Serial No. 2,254,151

NATURALLYSPEAKING
    Application(s) for Registration (each owned by Lernout & Hauspie Speech
    Products N.V.):
        Bolivia, Application No. SM-3990
        Brazil, Application No. 823262685
        Guatemala, Application No. 2000-10162
        Peru, Application No. 113384

---

NOTHING BUT SPEECH (NBS)***
    Application(s) for Registration:
        United States of America, Application No. 75/720,412

    Registration(s):
        None

POINT & SPEAK
    Application(s) for Registration:
        None

    Registration(s):
        United States of America, Serial No. 2,347,215

SAY WHAT YOU SEE*
    Application(s) for Registration:
        None

    Registration(s):
        United States of America, Serial No. 2,253,907

SELECT-AND-SAY
    Application(s) for Registration:
        None

    Registration(s):
        United States of America, Serial No. 2,440,109

[The parties shall agree upon the trademarks or service marks (collectively,
"trademarks"), if any, that will be included in this asset group.  The trademarks
that may be included must either (1) be trademarks that Sellers have used, are

using, or intend to use in connection with goods or services associated with this asset group, or (2) be trademarks that Sellers have registered or sought to register for use in connection with goods or services associated with this asset group.]

D2.    Domain Names

Voice Xpress.com
Voice Xpress.net domain names

[To be provided.]

E.    Licenses In

The following licenses from other asset groups:

a.    Covenant not to sue for making, using, selling or offering to sell, any inventions embodied in patents (or existing patent applications) contained within the ICM Asset Group (from the ICM Asset Group).

b.    Covenant not to sue for making, using, selling or offering to sell, any inventions embodied in patents (or existing patent applications) contained within the ISI Speech Processing/Dialog Asset Group (from the ISI Speech Processing/Dialog Asset Group).

F.    Obligations

a.    Provide research and development agreement to the AudioMining Asset Group.

b.    Provide a license to MREC engine for use with specific AudioMining™ Technology, in object code form, developed by the MREC development teams for AudioMining™ Technology to the AudioMining Asset Group.

c.    Provide a license to Dragon NaturallySpeaking® Developer Suite and Dragon Vocabulary Builder, in object code form, to the AudioMining Asset Group.

d.    Assume all rights and obligations under the Technology License Agreement, dated as of September 20, 2001, Between Lernout & Hauspie Speech Products N.V., L&H Applications USA, Inc., L&H Holdings USA, Inc., Linguistic Technologies, Inc. and Dictaphone Corporation, as amended ("License Agreement"), of L&H (as L&H is defined in such License Agreement).

e.    Provide a Covenant not to sue for making, using, selling or offering to sell, any inventions embodied in patents (or existing patent applications) contained in the list below to the ISI Asset Group.

| 5,822,730 | Lexical Tree Pre-filtering in Speech Recognition | US | 13-Oct-98 |
| 5,715,367 | Apparatuses and Methods for Developing and Using Models for Speech Recognition | US | 3-Feb-98 |
| 5,903,864 | Speech Recognition | US | 11-May-99 |
| 5,946,654 | Speaker Identification Using Unsupervised Speech Models | US | 31-Aug-99 |
| 6,088,671 | Continuous Speech Recognition of Text and Commands | US | 11-Jul-00 |
| 5,960,394 | Method of Speech Command Recognition with Dynamic Assignment of Probabilities According to the State of the Controlled Applications | US | 28-Sep-99 |
| 5,915,236 | Word Recognition System Which Alters Code Executed as a Function of Available Computational Resources | US | 22-Jun-99 |
| 6,092,044 | Pronunciation Generation in Speech Recognition | US | 18-Jul-00 |
| 6,122,613 | Speech Recognition Using Multiple Recognizers | US | 19-Sep-00 |
| 6,195,635 | User-cued Speech Recognition | US | 27-Feb-01 |