

- **About VoiceSignal**
- Company Profile
- Events
- Employment
- Contact

## About VoiceSignal

VoiceSignal has been developing state-of-the-art small footprint, highly accurate, speech solutions for consumer products and mobile devices since 1995.

VoiceSignal solutions are designed to address the ease-of-use problem that increasingly confronts mobile device users, as these devices get smaller and more sophisticated. VoiceSignal solutions eliminate the need for 5-10 button pushes to access a phone's features. With a VoiceSignal solution users can make a single command (e.g. "call Bill Smith at the office", "last number dialed", "open camera") to access any feature on a phone or any service offered by the operator, making mobile phones easier, safer and more fun to use.

The VoiceSignal solutions run on popular hardware and software platforms. VoiceSignal applications are precompiled and pre-tested, which makes them easy to integrate onto a manufacturer's phone and helps to reduce the critical "time to market" problem.

We license our software products to leading wireless device manufacturers and our solutions are available on products that they are shipping in North America, South America, Europe and Asia.

**Product Gallery**
**Check out the latest phones** powered by VoiceSignal software...

**Benefits**
VoiceSignal's speech **solutions** provide value to everyone in the wireless ecostructure, the user, the manufacturer and the operator.

© 2004 VoiceSignal Technologies, Inc.

EXHIBIT D



- Manufacturers
- End Users

## Manufacturers



VoiceSignal is proud to be working with Samsung, Motolola, Panasonic and Sendo. For additional information on each of these manufacturers, click on the link below.



**Product Gallery**
**Check out the latest phones** powered by VoiceSignal software...

**Benefits**
VoiceSignal's speech **solutions** provide value to everyone in the wireless ecostructure, the user, the manufacturer and the operator.

### SAMSUNG

Samsung Electronics Co. Ltd. is a global leader in semiconductor, telecommunication, and digital convergence technology.
Samsung Electronics employs approximately 70,000 people in 87 offices spanning 47 countries.

### MOTOROLA

Motorola is a global leader in wireless, automotive and broadband communications.

### sendo

Sendo, founded in August 1999, supplies mobile phones to Network Operators around the world.

### Panasonic

Panasonic Mobile Communications Co., Ltd. (PMC), whose headquarters are based in Yokohama, Japan, is a worldwide leader in the development and manufacture of mobile communications products.

top