## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC. | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 04-10353-PBS |
| v. | ) ) ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the plaintiff ScanSoft, Inc. in the above-captioned case.

Dated: May 14, 2004

                                                          Respectfully submitted,

                                                          /s/ Julia Huston
                                                          Julia Huston, BBO #562160
                                                          BROMBERG & SUNSTEIN LLP
                                                          125 Summer Street
                                                          Boston, Massachusetts 02110-1618
                                                          Tel: (617) 443-9292
                                                          Fax: (617) 443-0004
                                                          jhuston@bromsun.com

02639/00509 301129.1