UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., <br><br>　　　　　Plaintiff, <br><br>　　　　　v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., <br> LAURENCE S. GILLICK, ROBERT S. <br> ROTH, JONATHAN P. YAMRON, and <br> MANFRED G. GRABHERR, <br><br>　　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-10353-PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANTS' MOTION TO DISMISS
### COUNTS II, III, IV AND V OF THE AMENDED COMPLAINT

Defendants Laurence S. Gillick, Robert S. Roth, Jonathan P. Yamron, Manfred G. Grabherr, and Voice Signal Technologies, Inc. hereby move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Counts II (misappropriation of trade secrets), III (unfair competition against Voice Signal Technologies, Inc.), IV (unfair competition against the individual defendants), and V (violation of M.G.L. c. 93A) of plaintiff ScanSoft, Inc.'s Amended Complaint. The grounds for this Motion to Dismiss are set forth in the defendants' Memorandum of Law, submitted herewith.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), defendants respectfully request a hearing on this Motion to Dismiss.

**WHEREFORE,** defendants Laurence S. Gillick, Robert S. Roth, Jonathan P. Yamron, Manfred G. Grabherr, and Voice Signal Technologies, Inc. respectfully request that this Court dismiss Counts II, III, IV, and V of the Amended Complaint.

        Respectfully submitted,

        LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, MANFRED G. GRABHERR and VOICE SIGNAL TECHNOLOGIES, INC.

        By their attorneys,

        /s/ Paul E. Bonanno
        Robert S. Frank, Jr. (BBO No. 177240)
        Sarah Chapin Columbia (BBO No. 550155)
        Paul D. Popeo (BBO No. 567727)
        Paul E. Bonanno (BBO No. 646838)
        CHOATE, HALL & STEWART
        Exchange Place
        53 State Street
        Boston, MA  02109
        (617) 248-5000

Dated: June 14, 2004
3708830_1.DOC