UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, <br><br> Defendants. | C.A. No. 04-10353-PBS |

LOCAL RULE 7.1(A)(2)
CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(A)(2), I hereby certify that on June 11, 2004 I conferred in good faith with Lisa M. Fleming, counsel for plaintiff, in an effort to resolve or narrow the issues raised in defendants' Motion to Dismiss, and that this conference failed to yield a resolution of those issues such that defendants' motion might have been avoided.

/s/ Paul E. Bonanno

Dated: June 14, 2004
3669076_1.DOC