## ScanSoft, Inc. v. Voice Signal Technologies, Inc.

## Comparison of Complaint and Amended Complaint

| Amended Complaint | Complaint |
|---|---|
| Par. 1 | Identical to Par. 1. |
| Par. 2 | Identical to Par. 2. |
| Par. 3 | Identical to Par. 3. |
| Par. 4 | Identical to Par. 4. |
| Par. 5 | Identical to Par. 5. |
| Par. 6 | Identical to Par. 6. |
| Par. 7 | Identical to Par. 7. |
| Par. 8 | Identical to Par. 8. |
| Par. 9 | Identical to Par. 9. |
| Par. 10 | Identical to Par. 10. |
| Par. 11 | Identical to Par. 11. |
| Par. 12 | Identical content to Par. 12; virtually identical wording (Amended Complaint deletes reference to L&H acquisition date; adds generalized description of L&H technologies from Par. 13 of the Complaint). |
| Par. 13 | Amended Complaint references the date of the L&H acquisition (formerly contained in Par. 36). |
| Par. 14 | Identical to first sentence of Par. 12 (ScanSoft name substituted for L&H). |
| Par. 15 | Identical to Par. 14 |
| Par. 20 | Identical to Par. 53 |
| Par. 21 | Identical to Par. 54 |
| Par. 22 | Identical to Par. 17 (with addition of one sentence from Par. 18). |
| Par. 23 | Same content as Par. 18, but condensed, and rephrased. |
| Par. 24 | Same content as Par. 20 and 37, slightly rephrased. |
| Par. 25 | Several smaller paragraphs combined into one large paragraph – same content (and often same sentences) as Par. 22, 39, 40, 41 and 51. |
| Par. 26 | Same content as Par. 43, but reference to "Employment Agreements" omitted. |
| Par. 27 | Identical to Par. 45 (but last sentence of 45 deleted). |

| | |
|---|---|
| Par. 28 | Several smaller paragraphs combined into one large paragraph – same content (and many of the same sentences) as Par. 46, 47, 48, 49, 50 and 51. |
| Par. 29 | Same content as Par. 55 and 58. |
| Par. 30 | Same content as Par. 59. |
| Par. 31 | Same content as Par. 59 (Amended Complaint adds allegation concerning VST's technical capabilities). |
| Par. 32 | Same content as Par. 60. |
| Par. 34 | Same content as Par. 1 (Amended Complaint adds allegation that ScanSoft assisted in the development of litigation strategy in the L&H/VST litigation). |
| Par. 36 | Same content as Par. 16 (reference to L&H technology development deleted). |
| Par. 37 | Same content as Par. 53. |
| Par. 38 | Identical to Par. 54 ("has taken precautions" changed to "takes precautions"). |
| Par. 39 | Same content as Par. 70, except Amended Complaint alleges, on information and belief, that defendants are continuing to use L&H trade secrets. Complaint alleged that Defendants had "used and disclosed" trade secrets. |
| Par. 41 | Identical to Par. 62. |
| Par. 42 | Identical to Par. 63. |
| Par. 43 | Identical to Par. 64. |
| Par. 44 | Identical to Par. 65. |
| Par. 45 | Identical to Par. 66. |
| Par. 46 | Identical to Par. 67. |
| Par. 47 | Identical to Par. 68 ("restrictive covenants and ongoing obligations" added in place of "ongoing obligations"). |
| Par. 48 | Identical to Par. 69 ("restrictive covenants and ongoing obligations" added in place of "ongoing obligations"). |
| Par. 49 | Same content as Par. 70 (reference to previous allegation added; "continue to use and disclose…" added in place of "used and disclosed…"). |
| Par. 50 | Identical to Par. 71. |

| Par. 51 | Identical to Par. 72. |
| Par. 52 | Identical to Par. 73. |
| Par. 53 | Identical to Par. 74. |
| Par. 54 | Identical to Par. 75. |
| Par. 55 | Identical to Par. 76. |
| Par. 56 | Identical to Par. 77. |
| Par. 57 | Identical to Par. 78. |
| Par. 59 | Identical content as Par. 80 ("to breach their employment obligations and covenants" replaced with "to breach their fiduciary obligations and restrictive covenants"). |

3701693v1