UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR,<br><br>Defendants. | C.A. No. 04-10353-PBS |

## CERTIFICATE OF SERVICE

I, Sarah Chapin Columbia, attorney for the Defendants, Laurence S. Gillick, Robert S. Roth, Jonathan P. Yamron, Manfred G. Grabherr and Voice Signal Technologies, hereby certify that on the 27th day of May, 2004 I delivered a copy of the Defendants' Motion for Rule 11 Sanctions by hand, to Lee Carl Bromberg, Bromberg & Sunstein LLP, 125 Summer Street, Boston, MA 02110. In accordance with Rule 11(c)(1)(A), I certify that more than twenty-one (21) days has passed and that the Amended Complaint which is the subject of this Motion has not been withdrawn or corrected.

Respectfully submitted,

*[signature]*

Sarah Chapin Columbia (BBO No. 550155)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

Attorney for:

LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, MANFRED G. GRABHERR and VOICE SIGNAL TECHNOLOGIES, INC.

Dated: June 22, 2004