# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCANSOFT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10353-PBS |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | **Request For Oral Argument** |
| MANFRED G. GRABHERR | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>DECLARATION OF LISA M. FLEMING</u>

Lisa M Fleming declares under penalty of perjury that:

1.      I am attorney in the law firm of Bromberg & Sunstein LLP.  I am counsel to Plaintiff ScanSoft and make this declaration in support of ScanSoft's Opposition to Motion to Dismiss Counts II, III, IV, and V of the Amended Complaint submitted herewith.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Temporary Injunction Order of the Massachusetts Superior Court dated October 11, 2001, in the *Lernout & Hauspie v. Voice Signal Technologies* litigation, Civil Docket MICV2001-03924.

3.      Attached hereto as Exhibit 2 is a true and correct copy of Defendant's Opposition to ScanSoft's Motion to Intervene as Party Plaintiff in the *Lernout & Hauspie v. Voice Signal Technologies* litigation, Civil Docket MICV2001-03924.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a press release issued by Voice Signal Technologies dated September 6, 2001.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a news article appearing in *The Boston Globe* on June 7, 2004.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 28, 2004                         /s/ Lisa M. Fleming

02639/00509  319486.1