**For Immediate Release**

# VOICE SIGNAL TECHNOLOGIES DEMONSTRATES LARGE-VOCABULARY SPEECH RECOGNITION SOLUTION FOR HANDHELD DEVICES

*Embedded Speech Recognition Enables Users of Handheld Computers and Cell Phones to Speak—Rather Than Key In—Email, Memos, and SMS Messages*

LA JOLLA, CA – Sept. 6, 2001 – Today at the DEMOmobile Conference, Voice Signal Technologies, Inc., the leading developer of embedded speech technology, demonstrated a real-time, large-vocabulary, speech recognition solution capable of running on a handheld computer or mobile phone. Code-named E.L.V.I.S. (Embedded Large Vocabulary Interface System), this breakthrough solution is the latest and most advanced in Voice Signal's line of embedded speech recognizers. The E.L.V.I.S. platform enables mobile device users to create and send email or SMS messages using voice.

"People on the go want a way to enter or send text-based information by voice, without having to use the tiny buttons or an unfamiliar handwriting system," said Jim Forbes, Producer of DEMOmobile and Editor of DEMOletter. "Using speech recognition to dictate messages to a PDA or cell phone is a natural solution. Voice Signal has found a way to engineer their technology to provide state-of-the-art speech-to-text capabilities, while running in real-time on a mobile platform."

The E.L.V.I.S. platform is a modular scalable solution, ranging from simple dialing applications to state-of-the-art message solutions. It has a vocabulary of several thousand words (customizable by the user), and improves accuracy over time as it adapts to the voice of an individual speaker.

### Benefits of the E.L.V.I.S. (Embedded Large Vocabulary Interface System) Platform

•Converts speech to text in real time, providing users immediate visual feedback, without having to wait for network-based speech recognition software to "catch up."

•Provides a fast, convenient interface to a variety of applications, including SMS messaging, email, address book, calendars, memos, etc.

•Works with existing networks and services, and promotes greater utilization of those services.

- Adapts to the user's voice, accent, and speaking style, making the system more accurate over time.

- Filters background noise, for high accuracy in noisy environments, including cars.

- Is always available, with or without a network connection, so an E.L.V.I.S.-enabled interface never disappears due to network conditions or roaming.

- Conserves battery life because users can compose messages or email without a connection and then send them when a connection is present.

**Availability**
The E.L.V.I.S. platform is expected to be available in Q4 2001. Companies interested in integrating Voice Signal's embedded speech recognition can contact Chris Reiner at 781.970.5221 or creiner@voicesignal.com.

**About Voice Signal Technologies, Inc.**
Established in 1995, Voice Signal Technologies, Inc., is a privately held company based in Woburn, Massachusetts. The company specializes in delivering state-of-the art speech interface solutions for embedded devices, such as mobile phones, handheld computers and electronic entertainment products. More information is available at www.voicesignal.com.

**About DEMOmobile**
DEMOmobile is an annual executive conference organized by IDG Executive Forums and focused exclusively on the products and technologies that are shaping the mobile and wireless technology marketplace. DEMOmobile is modeled after the annual DEMO conference that has for over 10 years served as a premier launch venue for new technology products.

####

Press and Analyst Contacts:

Renee L. Blodgett
781.970.5223
renee@voicesignal.com

Chris Reiner
781.970.5221
creiner@voicesignal.com