# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-10353-PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNTS II, III, IV AND V OF THE AMENDED COMPLAINT

Defendants Voice Signal Technologies, Inc., Laurence S. Gillick, Robert S. Roth, Jonathan P. Yamron and Manfred G. Grabherr move, pursuant to Local Rule 7.1(B)(3), for leave to file a short, 7-page reply memorandum further supporting their Motion to Dismiss Counts II, III, IV and V of the Amended Complaint and addressing arguments raised by plaintiff in its Opposition thereto. Defendants believe that the reply memorandum, attached hereto as Exhibit A, will aid the Court in its determination of the issues.

**WHEREFORE**, defendants respectfully request leave of Court to file the reply memorandum attached hereto as <u>Exhibit A</u>, and for the reply memorandum to be deemed filed upon allowance of this motion.

        Respectfully submitted,

        LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, MANFRED G. GRABHERR and VOICE SIGNAL TECHNOLOGIES, INC.

        By their attorneys,

        /s/ Paul E. Bonanno
        Robert S. Frank, Jr. (BBO No. 177240)
        Sarah Chapin Columbia (BBO No. 550155)
        Paul D. Popeo (BBO No. 567727)
        Paul E. Bonanno (BBO No. 646838)
        CHOATE, HALL & STEWART
        Exchange Place
        53 State Street
        Boston, MA  02109
        (617) 248-5000

Dated:  July 7, 2004
3720648_1.DOC