UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 04-10353 PBS |
|  | ) |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) |
|  | ) |
| Defendants. | ) |

**SCANSOFT, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES**

Plaintiff ScanSoft, Inc. ("ScanSoft") hereby moves pursuant to Fed. R. Civ. P. 37 for an order compelling plaintiffs to produce documents responsive to ScanSoft's First Set of Document Requests and to provide further responses to ScanSoft's First Set of Interrogatories. The grounds for this motion are set forth in the accompanying Memorandum and exhibits hereto.

Accordingly, it is respectfully requested that this motion be granted. A proposed order is attached for the Court's convenience.

<u>CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1</u>

I hereby certify that on July 7, 2004, counsel for the parties conferred by telephone in an effort to resolve the issues presented in this motion, and that the parties were unable to reach an accord.

2

Dated: July 15, 2004                                SCANSOFT, INC.,
                                                    By its attorneys,


                                                    s/ Lisa M. Fleming
                                                    Lee Carl Bromberg, BBO #058480
                                                    Robert Asher, BBO #022865
                                                    Julia Huston, BBO #562160
                                                    Lisa M. Fleming, BBO #546148
                                                    John F. Ward, BBO #646689
                                                    BROMBERG & SUNSTEIN LLP
                                                    125 Summer Street
                                                    Boston, Massachusetts 02110-1618
                                                    (617) 443-9292


02639/00509 321950.1