# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353 PBS |

## ORDER COMPELLING PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES

Upon consideration of Plaintiff ScanSoft, Inc.'s Motion to Compel Production of Documents and Responses to Interrogatories, filed on July 14, 2004, it is hereby

ORDERED that

(1) Defendant's General Objection Nos. 2, 5 and 6 to ScanSoft's First Set of Document Requests and First Set of Interrogatories are overruled;

(2) Defendant Voice Signal Technologies, Inc., immediately produce documents responsive to ScanSoft's First Set of Document Requests; and

(3) Defendant Voice Signal Technologies, Inc., immediately provide responses to Interrogatory Nos. 8, 9, 10, 12 and 20 in ScanSoft's First Set of Interrogatories.

**IT IS SO ORDERED:**

_____          _____
Date                                                                   United States District Court Judge

02639/00509   321951.1