# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10353 PBS |
| ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF SCANSOFT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a short reply memorandum further supporting its Motion to Compel Production of Documents and Responses to Interrogatories and addressing arguments raised by defendant in its Opposition to the Motion. ScanSoft believes that the reply memorandum, attached hereto as Exhibit 1 will aid the Court in its determination of the issues.

Defendants respectfully request leave of this Court to file the reply memorandum attached hereto as Exhibit 1.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on August 9, 2004, counsel for the parties conferred by telephone in an effort to resolve the issues presented in this motion, and that counsel for Voice Signal Technologies, Inc. stated that it will not oppose this motion.

Dated:  August 9, 2004

SCANSOFT, INC.,

By its attorneys,

s/ Julia Huston
Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Julia Huston, BBO #562160
Lisa M. Fleming, BBO #546148
John F. Ward, BBO #646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
jhuston@bromsun.com

02639/00509   327164.1