**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SCANSOFT, INC. | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-10353-PBS |
| v. | ) ) ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) ) ) ) ) ) | **Jury Trial Demanded** |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the plaintiff ScanSoft, Inc. in the above-captioned case.

Dated:  September 24, 2004

Respectfully submitted,

/s/ Jack C. Schecter
Jack C. Schecter, BBO #652349
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
Tel:  (617) 443-9292
Fax:  (617) 443-0004
Email:  jschecter@bromsun.com

02639/00509  333560.1