UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR <br><br> Defendants. | Civil Action No. 04-10353 PBS |

## PLAINTIFF'S REQUEST FOR STATUS CONFERENCE

Plaintiff ScanSoft, Inc. ("ScanSoft") requests that the Court schedule a status conference in this case at the Court's earliest convenience. At present, there are several motions pending, including the following:

1. ScanSoft, Inc.'s Motion to Compel Production of Documents and Responses to Interrogatories, filed July 15, 2004 (D.I. 36).

2. Defendants' Motion for Rule 11 Sanctions, filed June 22, 2004 (D.I. 30)

3. Defendants' Motion to Dismiss Counts II, III, IV and V of the Amended Complaint, filed June 14, 2004 (D.I. 25).

Plaintiff believes that a conference with the Court will facilitate the administration of this case, particularly in light of the outstanding motions and the relatively short amount of time remaining in the fact discovery period (which is currently scheduled to close on January 15, 2005).

2

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

     I hereby certify that on October 7, 2004, counsel for the parties conferred by telephone in an effort to resolve the issues presented in this motion, and that the parties were unable to reach an accord.

Dated: October 7, 2004

                                              SCANSOFT, INC.,
                                              By its attorneys,

                                              s/ Jack C. Schecter
                                              Lee Carl Bromberg, BBO #058480
                                              Robert Asher, BBO #022865
                                              Julia Huston, BBO #562160
                                              Lisa M. Fleming, BBO #546148
                                              Jack C. Schecter, BBO #652349
                                              BROMBERG & SUNSTEIN LLP
                                              125 Summer Street
                                              Boston, Massachusetts 02110-1618
                                              (617) 443-9292

02639/00509 338733.1