UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCANSOFT, INC.
          Plaintiff

          v.                                                    CIVIL NO. 04-10353 PBS

VOICE SIGNAL TECHNOLOGIES, INC.
LAURENCE S. GILLICK, INC.
ROBERT ROTH
JONATHAN P. YAMRON.
MANFRED G. GRABHERR
          Defendants

NOTICE OF
STATUS CONFERENCE

ALEXANDER, U.S.M.J.

     **PLEASE TAKE NOTICE** that the above-entitled action has been scheduled for a

**Status Conference** at **2:30 p.m.** on **Thursday, October 28, 2004,** before Judge Joyce

London Alexander in Courtroom #24, 7th floor, United States Courthouse, One

Courthouse Way, Boston, MA 02210.

                         HONORABLE JOYCE LONDON ALEXANDER
                         UNITED STATES MAGISTRATE JUDGE

                         By the Court:

October 22, 2004              /S/ Rex Brown
Date                          Courtroom Clerk
                              (617) 748-9238

Notice to:    John F. Ward, Esq.
              *Via electronic notice*
              Lee C. Bromberg, Esq.
              *Via electronic notice*

Lisa M. Fleming, Esq.
*Via electronic notice*
Robert M. Asher, Esq.
*Via standard mail*
Jack C. Schecter, Esq.
*Via electronic notice*
Julia Huston, Esq.
*Via electronic notice*
Paul E. Bonanno, Esq.
*Via electronic notice*
Paul D. Popeo, Esq.
*Via electronic notice*
Robert S. Frank, Jr., Esq.
*Via electronic notice*
Sarah C. Columbia, Esq.
*Via electronic notice*