UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SCANSOFT, INC.
    Plaintiff

v.                                          CIVIL NO. 04-10353 PBS

VOICE SIGNAL TECHNOLOGIES
LAURENCE S. GILLICK, INC.
ROBERT ROTH
JONATHAN P. YAMRON
MANFRED G. GRABHER
    Defendants

NOTICE OF
RE-SCHEDULED STATUS CONFERENCE

ALEXANDER, U.S.M.J.

**PLEASE TAKE NOTICE** that the above-entitled action, previously set for October 28, 2004, has been re-scheduled for a **status conference** at **10:30 a.m.** on **Thursday, November 4, 2004,** before Judge Joyce London Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

                                      HONORABLE JOYCE LONDON ALEXANDER
                                      UNITED STATES MAGISTRATE JUDGE

                                        By the Court:

October 27, 2004                /S/ Rex Brown
Date                               Courtroom Clerk
                                (617) 748-9238

Notice to:    John F. Ward, Esq.
                *Via electronic notice*
                Lee C. Bromberg, Esq.
                *Via electronic notice*
                Lisa M. Fleming, Esq.

*Via electronic notice*
Robert M. Asher, Esq.
*Via electronic notice*
Jack C. Schecter, Esq.
*Via electronic notice*
Julia Huston, Esq.
*Via electronic notice*
Paul E. Bonanno, Esq.
*Via electronic notice*
Paul D. Popeo, Esq.
*Via electronic notice*
Robert S. Frank, Jr., Esq.
*Via electronic notice*
Sarah C. Columbia, Esq.
*Via electronic notice*