## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-10353 PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF SCANSOFT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a short supplemental memorandum further supporting its Motion to Compel Production of Documents and Responses to Interrogatories and addressing the Court's request for legal authority for the parties' positions with respect to the Motion To Compel. ScanSoft's Supplemental Memorandum is attached hereto as Exhibit 1.

Defendants respectfully request leave of this Court to file the supplemental memorandum.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on November 12, 2004, counsel for the parties conferred by telephone in an effort to resolve the issues presented in this motion, and that the parties failed to reach agreement on the issues.

Dated:  November 12, 2004          SCANSOFT, INC.,

By its attorneys,

s/ Lisa M. Fleming
Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Julia Huston, BBO #562160
Lisa M. Fleming, BBO #546148
John F. Ward, BBO #646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
lfleming@bromsun.com

02639/00509  345873.1