125 SUMMER STREET BOSTON MA 02110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG & SUNSTEIN LLP

BRIAN M DONOVAN
T 617 443 9292 X281
BDONOVAN@BROMSUN.COM

July 1, 2004

**VIA FACSIMILE**

Paul D. Popeo, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109-2809

Re    *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.,*
       Civil Action No. 04-10353 PBS
       Our File 2639/509

Dear Paul:

It is my understanding that, pursuant to your telephone conversation with Julia Huston on July 25, 2004, you agreed to advise the Court that VST joins in ScanSoft's motion to enter the Protective Order. You further proposed that the parties conduct themselves pursuant to the terms of the Protective Order until it is entered by the Judge, and offered to send us a letter to that effect. We have not yet received such a letter from you, and want to avoid any delay in VST's document production.

Thus, at your earliest convenience, please advise the Court of VST's agreement to the Protective Order, and countersign this letter where indicated to reflect your agreement that the parties will adhere to the terms of the Protective Order until it is entered by the Court.

Thank you for your attention to this matter.

Sincerely,

Brian M. Donovan
BMD/
02639/00509  320528.1

ATTORNEYS AT LAW

Paul D. Popeo, Esq.
Choate, Hall & Stewart
July 1, 2004
Page 2

Agreed to by counsel for defendants:

_____
Paul D. Popeo, Esq.