## CHOATE, HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804
TELEPHONE (617) 248-5000 · FAX (617) 248-4000
WWW.CHOATE.COM

PAUL D. POPEO, P.C.
DIRECT DIAL: (617) 248-4074
EMAIL: PPOPEO@CHOATE.COM

November 22, 2004

*VIA FACSIMILE AND*
*FIRST CLASS MAIL*

Lee Carl Bromberg, Esq.
Bromberg & Sunstein LLP
125 Summer Street Boston, MA 02110

Re:   *ScanSoft, Inc. v. Voice Signal Technologies, Inc.*: Documents Labeled "Highly Confidential"

Dear Lee:

It has come to my attention that the documents referenced below were inadvertently provided to Voice Signal Technologies employee Jordan Cohen:

SS 005412 – SS 005445
SS 005530 – SS 005560
SS 006023 – SS 006328
SS 006374 – SS 006470
SS 006713 – SS 006926

Once the error was discovered, the documents were retrieved from Mr. Cohen. They were not provided to any other Voice Signal Technologies employee.

Please contact me if you would like to discuss this matter further.

Sincerely,

Paul D. Popeo

PDP/slw:3771935
Enclosures



# CHOATE HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

# Fax Transmittal Sheet

| | | FAX | PHONE |
|---|---|---|---|
| **RECIPIENT** | **COMPANY** | 617-443-0004 | 617-443-9292 |
| Lee Carl Bromberg, Esq. | Bromberg & Sunstein LLP | | |

| **FROM** | Paul D. Popeo, P.C. | **NUMBER OF PAGES** | 2 |
|---|---|---|---|
| **DATE** | November 22, 2004 | **CLIENT NUMBER** | 2004207-0003 |
| **PHONE** | (617) 248-4074 | **OPERATOR** | **TIME SENT** |

**COMMENTS**

      **RETURN BY**    Inter-office Mail    Hold for pick-up

This transmittal is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmittal is not the intended recipient, or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

CHOATE, HALL & STEWART | 53 State Street, Boston MA 02109 | t 617 248 5000 f 617 248 4000 | www.choate.com