UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>          Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>          Defendants. | Civil Action No. 04-10353 PBS |

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR REMEDIES
FOR VIOLATION OF PROTECTIVE ORDER**

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a short reply memorandum further supporting its Emergency Motion for Remedies for Violation of Protective Order and addressing arguments raised by defendant in its Opposition to the Motion. ScanSoft believes that the reply memorandum, attached hereto as Exhibit 1 will aid the Court in its determination of the issues.

ScanSoft respectfully request leave of this Court to file the reply memorandum attached hereto as Exhibit 1.

CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on December 1, 2004, counsel for the parties conferred by telephone in an effort to resolve the issues presented in this motion and that counsel for Voice Signal Technologies, Inc. represented it will not oppose this motion.

Dated: December 1, 2004　　　　　　　　　　SCANSOFT, INC.,

By its attorneys,

s/ Jack C. Schecter
Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Julia Huston, BBO #562160
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
jschecter@bromsun.com

02639/00509  348954.1