# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10353 PBS |
| ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION TO REVISE SCHEDULING ORDER

Plaintiff ScanSoft, Inc. ("ScanSoft") hereby moves this Court to revise the current Scheduling Order, previously modified when the Court granted the Assented Motion to Amend Scheduling Order [D.I. 41] on August 17, 2004.  ScanSoft requests that the Court further revise the Scheduling Order to extend all current deadlines by six months.

Accordingly, ScanSoft proposes the following revisions to the current Scheduling Order:

| Event: | Current Date: | Proposed Date: |
|---|---|---|
| Fact Discovery Deadline | January 15, 2005 | July 15, 2005 |
| Initial Expert Reports due (for parties with burden of proof) | January 30, 2005 | July 30, 2005 |
| Rebuttal Expert Reports due | February 15, 2005 | August 15, 2005 |
| Expert Discovery Deadline | March 15, 2005 | September 15, 2005 |
| Summary Judgment and Markman Motion Filing Deadline | March 30, 2005 | September 30, 2005 |

| | | |
|---|---|---|
| Opposition to Summary Judgment And Markman Motions | April 15, 2005 | October 15, 2005 |
| Hearing on Markman, Summary Judgment or Pretrial Conference | May 26, 2005 | November 26, 2005 |

Fact discovery has been substantially delayed in this case, largely due to the persistent refusal of defendant Voice Signal Technologies, Inc. ("Voice Signal") to engage in proper discovery. Voice Signal has objected or failed to provide a sufficient response to numerous discovery requests that are standard in this type of patent infringement action, including requests for the source code of the accused software product, for documents relating to the technical development of the accused product (i.e. inventors' notes, design documents, notebooks, etc.), and for prior art documents with respect to the '966 patent.[1] The outstanding discovery disputes between the parties are the subject of multiple pending motions to compel, the details of which are set forth in those motion papers. In short, Voice Signal's discovery positions have prevented this case from moving forward at the necessary pace or, indeed, in any manner whatsoever. It will be extremely difficult, if not impossible, to conclude fact discovery by the current January 15, 2005 deadline and, consequently, to meet the remaining deadlines currently in effect. The Revised Scheduling Order proposed by ScanSoft provides deadlines that will allow for thorough and complete discovery and the hearing of dispositive motions within the next calendar year.

Accordingly, ScanSoft respectfully requests that the Court grant this motion and enter the revised schedule proposed above.

---

[1] Voice Signal has also refused to provide adequate discovery responses relating to ScanSoft's claim for theft of trade secrets. Voice Signal has moved to dismiss ScanSoft's trade secrets claim, but that motion remains pending and does not provide a justification for delaying discovery.

2

CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that counsel for the parties conferred in an effort to resolve the issues presented in this motion but could not reach agreement.

| | |
|---|---|
| Dated: December 20, 2004 | SCANSOFT, INC., |
| | By its attorneys, |
| | /s/ Jack C. Schecter |
| | Lee Carl Bromberg, BBO #058480 |
| | Robert Asher, BBO #022865 |
| | Julia Huston, BBO #562160 |
| | Lisa M. Fleming, BBO #546148 |
| | Jack C. Schecter, BBO #652349 |
| | BROMBERG & SUNSTEIN LLP |
| | 125 Summer Street |
| | Boston, Massachusetts 02110-1618 |
| | (617) 443-9292 |
| | jschecter@bromsun.com |

02639/00509   353068.1