# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC. | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-10353 PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION TO
## REVISE SCHEDULING ORDER

Plaintiff ScanSoft, Inc. ("ScanSoft") and defendant Voice Signal Technologies, Inc. ("Voice Signal") hereby jointly move this Court for a limited extension of discovery cutoff from January 15 to February 28, 2005, and for corresponding revision of dates in the Scheduling Order, entered by the Court on April 14, 2004, as set forth below. ScanSoft and Voice Signal request that the Court revise the Scheduling Order to (1) provide the parties with additional time to conduct fact discovery not in dispute; (2) allow either party to seek additional time for any additional discovery ordered or allowed by the Court that is the subject of a pending motion; and (3) defer discovery on damages until after the summary judgment stage of the proceedings.

Accordingly, ScanSoft and Voice Signal propose the following revisions to the current Scheduling Order:

| Event: | Current Date: | Proposed Date: |
|---|---|---|
| Fact Discovery Deadline (excluding discovery on damages) | January 15, 2005 | February 28, 2005 |

| | | |
|---|---|---|
| Initial Expert Reports due (for parties with burden of proof) | January 30, 2005 | March 14, 2005 |
| Rebuttal Expert Reports due | February 15, 2005 | March 29, 2005 |
| Expert Discovery Deadline | March 15, 2005 | April 26, 2005 |
| Summary Judgment and Markman Motion Filing Deadline | March 30, 2005 | May 11, 2005 |
| Opposition to Summary Judgment And Markman Motions | April 15, 2005 | May 27, 2005 |
| Hearing on Markman, Summary Judgment or Pretrial Conference | May 26, 2005 | July 7, 2005, (or as soon thereafter as permitted by the Court's schedule) |

ScanSoft and Voice Signal respectfully request that the Court grant this motion and enter the revised schedule proposed above.

<u>CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1</u>

I hereby certify that counsel for the parties conferred in an effort to resolve the issues presented in this motion, and that counsel for Voice Signal Technologies, Inc. assents to this motion.

Dated: Boston, Massachusetts
      December 30, 2004                    Respectfully submitted,

Assented:

VOICE SIGNAL TECHNOLOGIES, INC.,            SCANSOFT, INC.
LAURENCE S. GILLICK, ROBERT S.
ROTH, JONATHAN P. YAMRON, and
MANFRED G. GRABHERR

*By their attorneys,*                                 *By its attorneys,*


/s/ Robert S. Frank, Jr.                              /s/ Jack C. Schecter
Robert S. Frank, Jr. (BBO #177240)          Lee Carl Bromberg (BBO #058480)
Sarah Chapin Columbia (BBO #550155)     Robert Asher (BBO #022865)
Paul D. Popeo, Esq.   (BBO #567727)        Julia Huston (BBO #562160)
Paul A. Bonanno, Esq. (BBO #646838)       Lisa M. Fleming (BBO #546148)
CHOATE, HALL & STEWART                    Jack C. Schecter (BBO #652349)
Exchange Place                                      BROMBERG & SUNSTEIN LLP
53 State Street                                       125 Summer Street
Boston, MA 02109                                  Boston, MA 02110-1618
(617) 248-5000                                       (617) 443-9292
                                                                        jschecter@bromsun.com


02639/00509   354949.1