**close window**



**VoiceSignal Wants You to Talk to Your Phone**

First Phone In Europe to Offer Voice Signal's Speaker-Independent Voice Recognition Solution

Janaury 6, 2005
By Sascha Segan

VoiceSignal wants you to talk to your phone. Not with your phone -- to your phone. The company is the industry leader in voice-recognition technology; they're behind the speaker-independent voice dialing in phones like Sprint's MM-700 and Verizon's Motorola V710.

VoiceSignal's big announcement at CES this year is the world's first dictation phone, the Samsung p207. The p207 uses a database of phonemes -- the basic sounds behind language -- and a 50,000 word dictionary to turn any word you say into text, making text messaging accessible to even the over-18 crowd.

Even more excitingly, though, VoiceSignal said we should expect that technology to appear in other phones in the future. The Samsung A890, coming with Verizon, has a somewhat more primitive version; it lets you create text messages by speaking canned phrases from a short (but customizable) list.

VoiceSignal is also expanding the reach and capabilities of their existing voice-command suite, which lets you say, for instance, "Send text to Mira" to make your phone start a text mssage to Mira's mobile number. And they're aiming at using voice commands to untangle the maze of menus in wireless data services. In the near future, they say, you'll be able to say "Display movie showtimes" and get movie showtimes from your wireless carrier's data service on your screen, rather than burrowing through four levels of icons to find out when "Meet the Fockers" is playing.

Two other applications on the drawing board: voice-activated push-to-talk (would that be talk-to-talk?) and voice-activated MP3 navigation, enabling owners of future iPods to potentially say "play American Idiot" and let Green Day blast. There are no release dates for these technologies, of course - but we're hoping they'll come soon.

---

**For further information, please contact**

Mira Genser
Voice Signal Technologies
Phone:+1 (617) 513 7020
mgenser@voicesignal.com
www.voicesignal.com

---

**About Voice Signal Technologies**
Voice Signal is the world leader in voice interfaces for mobile devices. For the first time, Voice Signal has solved the interface problem of mobile phones and PDAs. Users can speak a name, a number, or a command, and get connected in one step. Voice Signals unique architecture is compatible with the entire range of mobile devices from entry-level voice-only handsets to enterprise-class PDAs

and smart phones. Voice Signal is shipping on millions of units manufactured by the largest global handset brands and sold by major operators worldwide. Additional information about the company is available at: www.voicesignal.com