UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Scansoft, Inc.

        Plaintiff,                      CIVIL ACTION
                                                 NO. 04-10353-PBS

    v.

Voice Signal Technologies, Inc., et al
        Defendants.

**NOTICE OF HEARING**

SARIS, U.S.D.J.                                                             February 11, 2005

      TAKE NOTICE that the above-entitled case has been set for a Hearing re: Objection to Order of Magistrate Judge Denying In Part Scansoft's Motion to Compel on **March 16, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                      By the Court,

                                                    /s/ Robert C. Alba
                                                    Deputy Clerk

Copies to:  All Counsel