# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-10353-PBS |
| ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR, ) | |
| ) | |
| Defendants. ) | |

## VOICE SIGNAL TECHNOLOGIES, INC.'S
## MOTION FOR IMPOUNDMENT OF RESPONSE
## TO SCANSOFT'S OBJECTION TO ORDER OF MAGISTRATE JUDGE

Defendant and counterclaim plaintiff Voice Signal Technologies, Inc. ("Voice Signal") moves pursuant to Local Rule 7.2 and section 14 of the parties' agreed-to Protective Order for an order impounding its Response to ScanSoft, Inc.'s Opposition to Order of Magistrate Judge Denying in Part ScanSoft's Motion to Compel, filed concurrently by hand.

As grounds for this motion, Voice Signal states that its Response cites to the transcript of the February 8, 2005 deposition of ScanSoft's Chief Technology Officer Michael Philips. Pursuant to section 3(d) of the Protective Order, which was filed with the Court on June 18, 2004, but has not yet been entered, deposition testimony is to be treated as "highly confidential" for fifteen days after the transcript is received from the stenographer. Section 14 of the Protective Order provides that highly confidential materials are to be filed with the Court under seal.

3815603v1

WHEREFORE, Voice Signal requests that the Court enter an order impounding the Response.  Voice Signal further request that the Court grant it leave, pursuant to Local Rule 7.2(d), to file the Response under seal concurrently with this motion for impoundment.

                                                      Respectfully submitted,

Dated:  February 11, 2005                VOICE SIGNAL TECHNOLOGIES, INC.

                                                      By its attorneys,

/s/  Wendy S. Plotkin
Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for Voice Signal attempted to confer with counsel for ScanSoft on February 11, 2005 in an effort to resolve the issues presented in this motion and that counsel for Voice Signal was unable to reach counsel for ScanSoft.

/s/ Wendy S. Plotkin
Wendy S. Plotkin

3781247_1.DOC

3815603v1