UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCANSOFT, INC. | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-10353 PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) ) ) ) ) ) | |
|     Defendants. | ) ) | |

**JOINT MOTION TO
REVISE SCHEDULING ORDER**

Plaintiff ScanSoft, Inc. ("ScanSoft") and defendant Voice Signal Technologies, Inc. ("Voice Signal") hereby jointly move this Court to (1) extend the discovery deadline by three months, and (2) revise the Scheduling Order to similarly extend all subsequent deadlines.

Accordingly, ScanSoft and Voice Signal propose the following revisions to the current Scheduling Order:

| Event: | Current Date: | Proposed Date: |
|---|---|---|
| Fact Discovery Deadline (excluding discovery on damages) | February 28, 2005 | May 30, 2005 |
| Initial Expert Reports due (for parties with burden of proof) | March 14, 2005 | June 14, 2005 |
| Rebuttal Expert Reports due | March 29, 2005 | June 29, 2005 |
| Expert Discovery Deadline | April 26, 2005 | July 26, 2005 |
| Summary Judgment and Markman Motion Filing Deadline | May 11, 2005 | August 11, 2005 |

| | | |
|---|---|---|
| Opposition to Summary Judgment And Markman Motions | May 27, 2005 | August 27, 2005 |
| Hearing on Markman, Summary Judgment or Pretrial Conference | July 7, 2005 | October 7, 2005 (or as soon thereafter as permitted by the Court's schedule) |

ScanSoft and Voice Signal respectfully request that the Court grant this motion and enter the revised schedule proposed above.

Dated: Boston, Massachusetts
      February 14, 2005                     Respectfully submitted,

Assented:

| | |
|---|---|
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | SCANSOFT, INC. |
| *By their attorneys,* | *By its attorneys,* |
| /s/ Paul D. Popeo | /s/ Jack C. Schecter |
| Robert S. Frank, Jr. (BBO #177240) | Lee Carl Bromberg (BBO #058480) |
| Sarah Chapin Columbia (BBO #550155) | Robert Asher (BBO #022865) |
| Paul D. Popeo, Esq. (BBO #567727) | Julia Huston (BBO #562160) |
| Paul A. Bonanno, Esq. (BBO #646838) | Lisa M. Fleming (BBO #546148) |
| CHOATE, HALL & STEWART | Jack C. Schecter (BBO #652349) |
| Exchange Place | BROMBERG & SUNSTEIN LLP |
| 53 State Street | 125 Summer Street |
| Boston, MA 02109 | Boston, MA 02110-1618 |
| (617) 248-5000 | (617) 443-9292 |
| | jschecter@bromsun.com |

02639/00509 364367.1