UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-10353 PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S EMERGENCY MOTION TO REVISE SCHEDULING ORDER**

Following the February 15, 2005 teleconference with the Court and pursuant to the agreement of the parties, reflected in the February 14, 2005 Joint Motion to Revise Scheduling Order (D.N. 94), plaintiff ScanSoft, Inc. ("ScanSoft") hereby withdraws its February 4, 2005 Emergency Motion to Revise Scheduling Order (D.N. 83).

Dated: February 15, 2005

SCANSOFT, INC.,

By its attorneys,

/s/ Jack C. Schecter
Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Julia Huston, BBO #562160
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
jschecter@bromsun.com

02639/00509 364371.1