UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-10353-PBS

SCANSOFT, INC.,

Plaintiff

v.

VOICE SIGNAL TECHNOLOGIES, INC.,
LAURENCE S. GILLICK, ROBERT S. ROTH,
JONATHAN P. YAMRON, and MANFRED G. GRABHERR,

Defendants

### ORDER ON

### DEFENDANT'S MOTION TO CLARIFY SCOPE OF DISCOVERY ORDER
(Docket # 80)

ALEXANDER, M.J.

On January 14, 2005, this Court issued its Order on ScanSoft Inc.'s Motion to Compel Production of Documents and Responses to Interrogatories and Voice Signal Technologies, Inc.'s Motion to Compel Production of Documents ("the Discovery Order"). That Order allowed in part and denied in part both parties' motions to compel. On January 31, 2005, defendant Voice Signal Technologies, Inc. ("VST"), filed a motion for clarification regarding the scope of the Discovery

Order. VST seeks, in particular, clarification regarding the extent of source code that the Discovery Order requires VST to produce to plaintiff ScanSoft, Inc.

In the parties Joint Memorandum Regarding the Parties' Outstanding Discovery Motions ("Joint Memo"), submitted at the Court's request prior to the hearing on the motions to compel, ScanSoft stated that it was seeking "source code of VST's accused infringing product, Vsuite . . . ." Joint Memo at 2. The Discovery Order, in turn, states that "ScanSoft seeks the source code of VST's allegedly infringing products" and that "ScanSoft asserts that 'the source of VST's Vsuite product is the infringing software product itself . . . .'" Discovery Order at 3-4. The Discovery Order then allows ScanSoft's motion to compel that source code from VST. VST must produce the source code of its Vsuite product.

To the extent that the Court has clarified its Discovery Order, as requested by VST, the Court ALLOWS VST's motion for clarification.[1]

SO ORDERED.

2/15/05
Date

_____
United States Magistrate Judge

---

[1] The Court notes that VST has also filed an objection to the Discovery Order. VST's recourse regarding its dissatisfaction with the Discovery Order, including the scope of the source code that the Discovery Order requires VST to produce, is through that objection.