UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-10353 PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) ) ) ) ) |
| Defendants. | ) ) |

**ASSENTED TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S OBJECTIONS TO ORDER OF MAGISTRATE JUDGE DENYING PRODUCTION OF VOICE SIGNAL'S TECHNICAL DEVELOPMENT DOCUMENTS AND PATENT APPLICATIONS**

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a short reply memorandum further supporting its Objections to Order of Magistrate Judge Denying Production of Voice Signal's Technical Development Documents and Patent Applications and addressing arguments raised by defendant in its Response to those Objections. ScanSoft believes that the reply memorandum, attached hereto as Exhibit 1 will aid the Court in its determination of these issues during the hearing scheduled for March 16, 2005.

ScanSoft respectfully requests leave of this Court to file the reply memorandum attached hereto as Exhibit 1.

2

CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on March 11, 2005, counsel for the parties conferred by telephone in an effort to resolve the issues presented in this motion and that counsel for Voice Signal Technologies, Inc. assented to this motion.

Dated: March 11, 2005

SCANSOFT, INC.,
By its attorneys,


s/ Jack C. Schecter
Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Julia Huston, BBO #562160
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
jschecter@bromsun.com

02639/00509  370128.1