UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-10353 PBS ) |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) ) ) ) ) |
| Defendants. | ) ) |

**SCANSOFT, INC.'S ASSENTED TO MOTION FOR IMPOUNDMENT**

ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.2 and paragraph 14 of the parties' agreed upon Protective Order, for an order impounding ScanSoft, Inc.'s Opposition to Defendant's Motion for Protective Order Compelling Identification of Trade Secrets ("the Opposition"), filed concurrently by hand.

As grounds for this motion, ScanSoft states that the Opposition discloses highly sensitive and proprietary ScanSoft trade secret information contained in ScanSoft's Answers to the Second Set of Interrogatories (Nos. 1-4) of Voice Signal Technologies, Inc., designated by ScanSoft as "Highly Confidential." A copy of ScanSoft's Answers to the Second Set of Interrogatories (Nos. 1-4) of Voice Signal Technologies, Inc. is also attached as an exhibit to the Opposition.

Pursuant to paragraph 14 of the parties' Protective Order, which was filed with the Court on June 18, 2004, but has not yet been entered, any documents filed with the Court that disclose materials designated as "Highly Confidential" must be filed under seal.

WHEREFORE, ScanSoft requests that the Court enter an order impounding ScanSoft's Opposition. ScanSoft further requests that the Court grant it leave, pursuant to Local Rule 7.2(d), to file the Opposition under seal concurrently with this motion for impoundment.

Dated:  March 15, 2005                                        SCANSOFT, INC.,
                                                              By its attorneys,


                                                              /s/ Jack C. Schecter
                                                              Lee Carl Bromberg, BBO #058480
                                                              Robert Asher, BBO #022865
                                                              Julia Huston, BBO #562160
                                                              Lisa M. Fleming, BBO #546148
                                                              Jack C. Schecter, BBO #652349
                                                              BROMBERG & SUNSTEIN LLP
                                                              125 Summer Street
                                                              Boston, Massachusetts 02110-1618
                                                              (617) 443-9292
                                                              jschecter@bromsun.com

### CERTIFICATE PURUSANT TO LOCAL RULE 7.1

I certify that counsel for ScanSoft conferred with counsel for VST on March 15, 2005 in an effort to resolve the issues presented in this motion and that counsel for VST assented to this motion.

                                                              /s/  Jack C. Schecter


02639/00509   371058.1