UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10353 PBS |
| ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER COMPELLING IDENTIFICATION OF TRADE SECRETS**

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a short supplemental memorandum further opposing Voice Signal Technologies, Inc.'s ("VST's") Motion for a Protective Order Compelling Identification of Trade Secrets. In light of the recent statements made by Judge Saris directly relating to Voice Signal Technologies, Inc.'s ("VST's") present motion for a protective order excusing VST from engaging in discovery on ScanSoft's trade secrets claims, ScanSoft believes that the supplemental opposition, attached hereto as Exhibit 1 will aid the Court in its determination of these issues.

ScanSoft respectfully requests leave of this Court to file the supplemental opposition attached hereto as Exhibit 1.

CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on March 21, 2005, counsel for ScanSoft attempted to confer with counsel for Voice Signal Technologies, Inc. in an effort to resolve the issues presented in this motion.

| | |
|---|---|
| Dated: March 21, 2005 | SCANSOFT, INC.,<br>By its attorneys,<br><br>s/ Jack C. Schecter<br>Lee Carl Bromberg, BBO #058480<br>Robert Asher, BBO #022865<br>Julia Huston, BBO #562160<br>Lisa M. Fleming, BBO #546148<br>Jack C. Schecter, BBO #652349<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110-1618<br>(617) 443-9292<br>jschecter@bromsun.com |

02639/00509 372321.1