# Exhibit A

3907486v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR, )<br>)<br>Defendants. )<br>) | C.A. No. 04-10353-PBS |

## DECLARATION OF WENDY S. PLOTKIN

Wendy S. Plotkin deposes and states as follows:

1. I am an attorney in the law firm of Choate, Hall & Stewart, and a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am counsel to the above-named defendants and make this declaration in support of the defendants' Motion for Sanctions for Failure to Comply with Discovery Order.

2. Attached hereto as Ex. 1 is a true and correct copy of ScanSoft, Inc.'s Responses to First Set of Interrogatories of Voice Signal Technologies, Inc.

3. Attached hereto as Ex. 2 is a true and correct copy of Defendant's First Set of Document Requests to Plaintiff.

4. Attached hereto as Ex. 3 is a true and correct copy of ScanSoft's Response to Defendant's First Set of Document Requests.

2

3

\*            \*            \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Wendy S. Plotkin

Dated:  April 1, 2005

3

3907486v1