# Exhibit A

3-16-05saris.txt

```
                                                                    1


 1                     UNITED STATES DISTRICT COURT
                         DISTRICT OF MASSACHUSETTS
 2
        * * * * * * * * * * * * * *
 3      SCANSOFT, INC.            *
                 Plaintiff,       *
 4                                *
                 vs.              *       CIVIL ACTION
 5                                *       No. 04-10353-PBS
        VOICE SIGNAL              *
 6      TECHNOLOGIES, INC.,       *
        et al                     *
 7              Defendants.       *
        * * * * * * * * * * * * * *
 8
                  BEFORE THE HONORABLE PATTI B. SARIS
 9                   UNITED STATES DISTRICT JUDGE
                     HEARING ON OBJECTIONS TO R&R
10
        A P P E A R A N C E S
11
                BROMBERG & SUNSTEIN LLP
12              125 Summer Street
                Boston, Massachusetts 02110-1618
13              for the plaintiff
                By:  Lee C. Bromberg
14                   Lisa M. Fleming, Esq.
                     Jack C. Schecter, Esq.
15
                CHOATE, HALL & STEWART
16              Exchange Place
                Boston, Massachusetts 02109-2804
17              for the defendants
                By:  Robert S. Frank, Jr., Esq.
18                   Sarah C. Columbia, Esq.
                     Paul D. Popeo, Esq.
19
20                                       Courtroom No. 19
                                         John J. Moakley Courthouse
21                                       1 Courthouse Way
                                         Boston, Massachusetts 02210
22                                       March 16, 2005
                                         2:10 p.m.
23
                       CAROL LYNN SCOTT, CSR, RMR
24                        Official Court Reporter
                       One Courthouse Way, Suite 7204
25                        Boston, Massachusetts 02210
                                (617) 330-1377
```

F

```
                                                                    2


 1                          P R O C E E D I N G S
```

Page 1

3-16-05saris.txt

19   Your Honor? This is a field that takes years and years of
20   work. And even the defendant company --
21          THE COURT: What time did they go over there?
22          MR. BROMBERG: They went over in January of
23   2001. Their first product that we're fighting about here
24   didn't get sold until May 2002. They have continued to do
25   updated versions of that.

5

19

1          We believe that --
2          THE COURT: Why don't you do 2001 to 2002?
3          MR. FRANK: Your Honor --
4          THE COURT: You know what, maybe what makes
5   the most sense is I am going to set up a schedule right now.
6          When can you file -- decide whether or not there
7   are going to be any claim definitions in dispute?
8          MR. FRANK: Within ten days.
9          THE COURT: Can you?
10         MR. BROMBERG: Yes.
11         THE COURT: Okay. And then you file your
12   Markman brief when?
13         MR. BROMBERG: With respect to the disputed
14   terms, Your Honor?
15         THE COURT: Yes.
16         MR. BROMBERG: We can file our Markman brief
17   within three weeks after that.
18         THE COURT: Okay. So that puts us when, the
19   end of April?
20         MR. BROMBERG: Yes.
21         THE COURT: Okay. And the end of April, can

Page 17

3-16-05saris.txt

22   you do something by the end of May?
23              MR. FRANK:  Certainly.
24              THE COURT:  And then we will have a hearing in
25   June.

5
                                                              20

1               MR. FRANK:  Certainly.  There is a
2    counterclaim patent.  And I take it we are -- do you want us
3    to address that or not?  They're complaining about our not
4    producing any source code but they haven't produced any
5    source code at all.
6               THE COURT:  I imagine that, is that important.
7    I am just trying to get through the discovery dispute.
8               MR. FRANK:  This discovery works both ways.
9    They're complaining about our --
10              THE COURT:  I understand that.  Do you have
11   claims that might be in dispute about the other patent?
12              MR. FRANK:  I don't know.
13              MR. BROMBERG:  I think the counterclaim is --
14   their own chief technical officer couldn't find
15   correspondence between that -- the elements of those claims,
16   the two claims that they say are infringed, and any
17   product of ours.
18              THE COURT:  All I want to know is whether
19   there is any claim construction issues.  So why don't you
20   just flag them for me.  I don't necessarily have to resolve
21   them.  I'm not sure they're important on the discovery
22   issue.
23              Now, you will do by the end of May.  Robert, when
24   can we do a claim construction hearing?
                            Page 18

3-16-05saris.txt

25    THE CLERK: June 17th at two p.m.

a
                     21

1    THE COURT: Okay. I'll give you the
2 afternoon. You can present the tutorial by video
3 beforehand. You can do it by live witness. Or you can do
4 it by affidavits.
5    MR. FRANK: Would you entertain the
6 possibility of a tutorial a few days before that or do you
7 want it all at once?
8    THE COURT: No. What has worked the best with
9 me actually is, although it is prohibitively expensive so I
10 don't require it, is to give it to me on video. And then I
11 watch it before the hearing.
12    Alternatively you can all give me affidavits and I
13 will read them before the hearing. Or what we could do is
14 start hearing the evidence on that day and if I don't
15 finish, then we will just keep it going, we will just keep
16 it going.
17    Now, on the trade secret, which I understand is a
18 ripe dispute between the two of you --
19    MR. FRANK: And you know there is a motion
20 pending before the magistrate on this question, which you
21 referred.
22    THE COURT: But that's just simply that you
23 want them to specify the trade secrets.
24    MR. FRANK: Please, no. That's not exactly
25 correct. I appreciate you don't have much time here. But