# Exhibit B

# CHOATE, HALL & STEWART LLP

ROBERT S. FRANK, JR.
DIRECT DIAL: (617) 248-5207
EMAIL: rfrank@choate.com

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

T (617) 248-5000    F (617) 248-4000
www.choate.com

March 30, 2005

*VIA FACSIMILE*

Lee C. Bromberg, Esq.
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110

         *Re:*    *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al*

Dear Lee:

    This will identify the claim terms/phrases that we believe will require construction by the court in connection with the above case.

    As to U.S. Patent 6,501,966, on the assumption that, as stated in its Answers to Interrogatories, ScanSoft is asserting claims 1-6 of the '966 patent, Voice Signal believes that the following terms or phrases will require construction by the court:

1. ". . . a mobile telecommunications system which includes a voice recognizer . . . ."

2. ". . . a first command type"

3. ". . . a second command type"

4. ". . . determining whether the command is a first or second command type"

5. "A speech recognition method . . . comprising the steps of . . . collecting digits representing a telephone number . . . ."

6. "A speech recognition method . . . comprising the steps of . . . determining whether a previously-stored telephone number is associated with a keyword . . . ."

Lee Bromberg, Esq.
March 30, 2005
Page 2

      As to U.S. Patent 6,594,630, we have previously informed ScanSoft that Voice Signal will assert claims 7 through 16 against ScanSoft. The claim terms/phrases that appear to require construction are:

1. "... a pause portion ... being at least one syllable in length"

2. "Spectral content"

3. "Preventing the operation of the electrical device when the spectral content is dynamic

4. "Energy content"

      I understand that if a claim term/phrase is included in either your list or our list of terms to be defined, that the parties will brief the meaning of that term. Let me know if you disagree.

                                    Sincerely,

                                    Bob

                                  Robert S. Frank, Jr.

RSFJr/kf

3905924_1.DOC