# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353-PBS |

### NOTICE OF APPEARANCE FOR ERIK PAUL BELT, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the plaintiff, ScanSoft, Inc., in the above-captioned case.

Dated: April 7, 2005

/s/    Erik Paul Belt
Erik Paul Belt, BBO# 558620
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: ebelt@bromsun.com

02639/00509 376558.1