# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| SCANSOFT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-10353-PBS |
| | ) |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) |
| LAURENCE S. GILLICK, ROBERT S. | ) |
| ROTH, JONATHAN P. YAMRON, and | ) |
| MANFRED G. GRABHERR, | ) |
| | ) |
| Defendants. | ) |

## APPLICATION FOR STAY PENDING APPEAL TO DISTRICT COURT

Defendant and counterclaim plaintiff Voice Signal Technologies, Inc. ("VST") applies, pursuant to Local Magistrate Rule 2(c) for a stay of Magistrate Judge's Alexander's Order of March 30, 2005, pending the District Court's ruling on VST's Objection to that Order, which will be filed on April 13, 2005.[1]

On March 1, 2005, VST filed a Motion for Protective Order Compelling Identification of Trade Secrets (the "Motion"). In the Motion, VST sought an order precluding discovery by plaintiff ScanSoft, Inc. ("ScanSoft") of VST's confidential information in support of ScanSoft's trade secret misappropriation claims unless and until ScanSoft identifies with particularity the trade secrets that it alleges have been misappropriated by VST.

On March 30, 2005, this Court entered the Order denying VST's Motion and ordering VST to produce "all documents indicating the work that the individual defendants performed for

---

[1] The Order is dated March 24, 2005 but was not entered on the docket or served on the parties until March 30, 2005 (Docket No. 115).

3907907v1

VST for a period of one year following the commencement of their employment with VST." The documents the Court has ordered VST to produce include highly sensitive proprietary and trade secret information.

Pursuant to Fed. R. Civ. P. 72 (a), VST will file an objection to the Court's Order on April 13, 2004.  VST requests that this Court stay enforcement of its Order requiring VST to produce documents relevant to the work of the individual defendants pending resolution of its Objection.

        Respectfully submitted,

        LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, MANFRED G. GRABHERR and VOICE SIGNAL TECHNOLOGIES, INC.

        By their attorneys,

        /s/ Wendy S. Plotkin
        Robert S. Frank, Jr. (BBO No. 177240)
        Sarah Chapin Columbia (BBO No. 550155)
        Paul D. Popeo (BBO No. 567727)
        Paul E. Bonanno (BBO No. 646838)
        CHOATE, HALL & STEWART LLP
        Exchange Place
        53 State Street
        Boston, MA  02109
        (617) 248-5000

April 7, 2005

**<u>Certification Pursuant to Local Rule 7.1.</u>**

      I certify that counsel for Voice Signal attempted to confer with counsel for ScanSoft on April 7, 2005 in an effort to resolve the issues presented in this Application and that counsel for Voice Signal was unable to reach counsel for ScanSoft.

                                                          <u>/s/ Wendy S. Plotkin</u>