**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353-PBS |

**NOTICE OF APPEARANCE FOR REBECCA L. HANOVICE**

Please enter my appearance for Plaintiff ScanSoft, Inc. in the above-captioned proceeding.

Dated: April 7, 2005

Respectfully submitted,

/s/  Rebecca L. Hanovice
Rebecca L. Hanovice, BBO# 660366
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
Tel:  (617) 443-9292
Fax:  (617) 443-0004
rhanovice@bromsun.com

02639/00509   376381.1