# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VOICE SIGNAL TECHNOLOGIES, INC., ) <br> LAURENCE S. GILLICK, ROBERT S. ) <br> ROTH, JONATHAN P. YAMRON, and ) <br> MANFRED G. GRABHERR ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-10353 PBS |

## SCANSOFT, INC.'S MOTION TO COMPEL
## DEPOSITION TESTIMONY AND FOR SANCTIONS

Plaintiff ScanSoft, Inc. ("ScanSoft") moves pursuant to Fed. R. Civ. P. 37 and Local Rule 37.1 for an order compelling plaintiffs to produce Mr. David Roth and Mr. Jordan Cohen for further examination and for sanctions. The grounds for this motion are set forth in the accompanying Memorandum and exhibits[1] which have been filed under seal.

Accordingly, it is respectfully requested that this motion be granted. A proposed order is attached for the Court's convenience.

### CERTIFICATE PURUSANT TO RULE 7.1 AND LOCAL RULE 37.1

I certify that counsel for ScanSoft conferred with counsel for VST on April 8, 2005, by telephone in an effort to resolve the issues presented in this motion and that counsel were unable to arrive at an agreement.

---

[1] As set forth in ScanSoft's Motion for Impoundment, the Memorandum in support of this motion and exhibits are being filed under seal pursuant to the terms of the parties' Protective Order.

2

Dated:  April 8, 2005

SCANSOFT, INC.,
By its attorneys,

s/ Lisa M. Fleming
Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Julia Huston, BBO #562160
Lisa M. Fleming, BBO #546148
John F. Ward, BBO #646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
lfleming@bromsun.com

02639/00509   373102.1

2