## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353 PBS |

**[PROPOSED] ORDER COMPELLING DEPOSITION TESTIMONY AND SANCTIONS**

Upon consideration of Plaintiff ScanSoft, Inc.'s Motion to Compel Deposition Testimony and for Sanctions, filed on April 8, 2005, it is hereby

ORDERED that

(1) Defendant Voice Signal Technologies immediately produce Daniel Roth and Jordan R. Cohen for further depositions;

(2) Defendant Voice Signal Technologies, Inc., refrain from improper coaching and instruction of witnesses not to answer; and

(3) Defendant Voice Signal Technologies, Inc., pay to Plaintiff ScanSoft, Inc. any costs associated with filing its Motion to Compel and its reasonable costs and attorney's fees associated with further deposition of the aforementioned witnesses.

**IT IS SO ORDERED:**

_____     _____
Date                            United States District Court Judge

02639/00509  376706.1