## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC.                                  )<br>                                                 )<br>        Plaintiff,                              )<br>                                                 )<br>v.                                               )<br>                                                 )<br>VOICE SIGNAL TECHNOLOGIES, INC.,                 )<br>LAURENCE S. GILLICK, ROBERT S.                   )<br>ROTH, JONATHAN P. YAMRON, and                    )<br>MANFRED G. GRABHERR                              )<br>                                                 )<br>        Defendants.                              )<br>                                                 ) | Civil Action No. 04-10353 PBS |

### ASSENTED TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
### IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR CLARIFICATION OF
### CLAIM CONSTRUCTION BRIEFING ORDER

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a short reply memorandum further supporting its Motion for Clarification of Claim Construction Briefing Order and addressing arguments raised by defendant in its Opposition to the Motion. ScanSoft believes that the reply memorandum, attached hereto as Exhibit 1 will aid the Court in its determination of the issues.

ScanSoft respectfully requests leave of this Court to file the reply memorandum attached hereto as Exhibit 1.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on April 12, 2005, counsel for the parties conferred by telephone in an effort to resolve the issues presented in this motion and that counsel for Voice Signal Technologies, Inc. represented it assents to this motion.

Dated: April 12, 2005                               SCANSOFT, INC.,

                                                    By its attorneys,


                                                    s/ Jack C. Schecter
                                                    Lee Carl Bromberg, BBO #058480
                                                    Robert Asher, BBO #022865
                                                    Erik Paul Belt, BBO #558620
                                                    Lisa M. Fleming, BBO #546148
                                                    Jack C. Schecter, BBO #652349
                                                    BROMBERG & SUNSTEIN LLP
                                                    125 Summer Street
                                                    Boston, Massachusetts 02110-1618
                                                    (617) 443-9292
                                                    jschecter@bromsun.com

02639/00509  377966.1