# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-10353-PBS |
| | ) |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) |
| LAURENCE S. GILLICK, ROBERT S. | ) |
| ROTH, JONATHAN P. YAMRON, and | ) |
| MANFRED G. GRABHERR, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S MOTION FOR IMPOUNDMENT

Defendant and counterclaim plaintiff Voice Signal Technologies, Inc. ("Voice Signal") moves pursuant to Local Rule 7.2 and section 14 of the parties' agreed-to Protective Order for an order impounding (1) Defendant's Voice Signal Technologies, Inc.'s Memorandum in Support of Its Objection to the Magistrate Judge's Order Regarding Trade Secrets, (2) the Declaration of Wendy S. Plotkin (the "Declaration"), and (3) the Affidavit of Charles C. Wooters (the "Wooters Affidavit"), all of which are being filed concurrently by hand.

As grounds for this motion, Voice Signal states that the Objection and Declaration disclose portions of documents produced by ScanSoft which have been designated "Highly Confidential" by ScanSoft. Also, the Objection, Declaration and Wooters Affidavit disclose the portions of ScanSoft's Responses to Defendant's First Set of Interrogatories that have been designated "Highly Confidential" by ScanSoft. Pursuant to section 14 of the parties' Protective Order, which was entered by the Court on March 11, 2005, any documents filed with the Court

3912105v1

that disclose materials designated "Confidential" or "Highly Confidential" must be filed under seal.

WHEREFORE, Voice Signal requests that the Court enter an order impounding the Objection, Declaration and Wooters Affidavit. Voice Signal further request that the Court grant it leave, pursuant to Local Rule 7.2(d), to file the Objection, Declaration and Wooters Affidavit under seal concurrently with this motion for impoundment.

Respectfully submitted,

Dated: April 13, 2005                VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

/s/ Wendy S. Plotkin
Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for Voice Signal conferred with counsel for ScanSoft on April 13, 2005 in an effort to resolve the issues presented in this motion and that counsel for ScanSoft assented to this motion.

/s/ Wendy S. Plotkin

3912105v1