UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR,<br><br>　　　　　　Defendants. | C.A. No. 04-10353-PBS |

## AFFIDAVIT OF MANFRED G. GRABHERR

I, Manfred G. Grabherr, on oath, depose and say as follows:

1.　I currently am employed by the Broad Institute of Massachusetts Institute of Technology as a computational biologist. I was formerly employed by Voice Signal Technologies, Inc.("Voice Signal"), and I am a defendant in the above captioned lawsuit. I make this affidavit in connection with Voice Signal Technology Inc.'s Memorandum in Support of its Objections to the Magistrate Judge's Order Regarding Trade Secrets.

2.　I joined Voice Signal as an employee on or about October, 2000. Prior to joining Voice Signal, I was employed by Iconverse.com. Before my employment with Iconverse.com, I was employed by Learnout & Hauspie Speech Products, N.V.("L&H").

3.　I never worked for Dragon Systems, Inc. During my employment at L&H, I was never given access to the source code or development documents for a product known as Dragon Naturally Speaking, nor did I perform any work related to that product. I have no idea whether

there are trade secrets in the Dragon Naturally Speaking source code, and if there are, what they are.

Case 1:04-cv-10353-PBS    Document 135    Filed 04/13/2005    Page 2 of 3

Signed under the pains and penalties of perjury this __12__ day of April, 2005.

_____
Manfred G. Grabherr

3911751v1