# CHOATE, HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804
TELEPHONE (617) 248-5000 • FAX (617) 248-4000
WWW.CHOATE.COM

SARAH CHAPIN COLUMBIA
DIRECT DIAL: (617) 248-5053
EMAIL: SCOLUMBIA@CHOATE.COM

January 28, 2005

**BY FAX**

Lisa M. Fleming
Bromberg & Sunstein
125 Summer Street
Boston, MA 02110-1618

　　RE:　ScanSoft, Inc. v. Voice Signal Technologies, Inc.

Dear Lisa:

　　I write in response to your letter of yesterday's date and to follow up on the voice mail message I left you last night. Your letter proposed an exchange of source code today. As I told you in my voice mail message, Voice Signal intends to file a motion for clarification of Magistrate Judge Alexander's Order, seeking to limit the source code to be produced by Voice Signal in connection with ScanSoft's patent claim to the user interface component. As you know, we have offered this to you by agreement, but you have not accepted our offer.

　　With respect to the discovery sought by ScanSoft in connection with its trade secret claims, we will be providing you with amended responses to ScanSoft's Interrogatories and Document Requests in light of Judge Saris' Order of January 26 denying Voice Signal's motion to dismiss those claims. I expect to get those responses to you next week.

　　You have also asked about VST's recently announced product for Samsung. Based on the press release you attached and my limited understanding of the product, I do not believe that there is anything not yet produced which relates to the '966 patent. However, I will confirm this understanding by talking with our clients. To the extent you seek information about the Samsung product in connection with ScanSoft's trade secrets claims, we will be providing you with amended responses to your document requests early next week. You can rest assured that our amendment will include any supplementation necessary as a result of new developments since the date of our initial responses.

3794061v1

Lisa Fleming
January 28, 2005
Page 2

Please give me a call if you would like to discuss these issues.

Sincerely,

Sarah Chapin Columbia

SCC:mld

3794061v1



# CHOATE HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

# Fax Transmittal Sheet

| **RECIPIENT** | **COMPANY** | **FAX** | **PHONE** |
|---|---|---|---|
| Lisa Fleming | Bromberg & Sunstein, LLP | 617-443-0004 | 617-443-9292 |

| **FROM** | Sarah Chapin Columbia | **NUMBER OF PAGES** | 3, including coversheet |
|---|---|---|---|
| **DATE** | January 28, 2005 | **CLIENT NUMBER** | 2004207-0003 |
| **PHONE** | (617) 248-5053 | **OPERATOR** | **TIME SENT** |

**COMMENTS**

**RETURN BY**   Inter-office Mail   Hold for pick-up

This transmittal is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmittal is not the intended recipient, or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

CHOATE, HALL & STEWART | 53 State Street, Boston MA 02109 | t 617 248 5000 f 617 248 4000 | www.choate.com

3769971v1