125 SUMMER STREET  BOSTON MA 02110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

**BROMBERG ✴ SUNSTEIN** LLP

LISA M FLEMING
T 617 443 9292 X248
LFLEMING@BROMSUN.COM

February 1, 2005

**VIA FACSIMILE**

Sarah Chapin Columbia, Esq.
Choate, Hall & Stewart
53 State Street
Boston, Massachusetts 02109-2804

Re   *ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al.*
     U.S.D.C. D. Mass. Civil Action No. 04-10353 PBS
     Our File   2639/509

Dear Sarah:

This responds to your January 28, 2005 letter. It appears our letters of January 28, 2005 crossed in the fax machines.

First, thank you for agreeing to provide us this week with VST's amended responses to ScanSoft's Interrogatories and Document Requests in light of Judge Saris' Order of January 26 denying Voice Signal's Motion To Dismiss the trade secret and 93A claims. Thank you also for agreeing to provide us this week with amended responses to ScanSoft's interrogatories and document requests relating to VST's speech recognition product in the newly-announced Samsung p207 phone.

VST's source code must also, of course, be produced forthwith. There is no basis for your recently filed Motion To Clarify Scope of Discovery Order. Magistrate Judge Alexander's Order clearly states that VST must produce source code of "VST's allegedly infringing products"; the Order expressly allows ScanSoft's motion to compel to the extent that it seeks "VST's source code," and not just a portion selected by VST. Moreover, VST's refusal to produce the source code in its entirety is exceedingly disingenuous in light of the Court's January 26, 2005 Order adopting the Magistrate Judge's Report and Recommendation denying Voice Signal's motion to dismiss ScanSoft's claim for misappropriation of trade secrets.

ATTORNEYS AT LAW

Sarah Chapin Columbia
Choate Hall & Stewart
February 1, 2005
Page 2

We therefore reject your offer to produce only a portion of VST's source code selected by VST, and reiterate our demand that VST produce the source code for the VSuite product and <u>other VST speech recognition products,</u> in accordance with the Court's Order. We stand ready to agree on a date for the mutual exchange of source code and urge you to comply with the Court's Order. As you know, time is of the essence in view of the close of discovery less than four weeks from now under the Court's Scheduling Order.


Very truly yours,

Lisa M. Fleming

LMF/02639/00509   361423.1