# CHOATE, HALL & STEWART LLP

PAUL D. POPEO, P.C.
DIRECT DIAL: (617) 248-4074
EMAIL: PPOPEO@CHOATE.COM

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

T (617) 248-5000    F (617) 248-4000
www.choate.com

March 11, 2005

**_BY HAND_**

Lisa M. Fleming, Esq.
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110-1618

RE:   *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et. al*
      Civil Action No. 04-10353 PBS

Dear Lisa:

I enclose with this letter electronic copies of Voice Signal Technologies' voice dialer user interface source code ("Source Code").

The Source Code is being produced under the following terms and conditions:

1. The Source Code shall remain at the offices of Bromberg & Sunstein at all times;

2. The Source Code is designated as HIGHLY CONFIDENTIAL information under the terms of the Protective Order;

3. The Source Code may not be copied or duplicated in any manner;

4. When the Source Code is reviewed, it shall be installed on a non-networked computer (e.g. not connected to the internet or to other computers or servers);

5. The Source Code shall not be made available to any ScanSoft employee, including ScanSoft in-house counsel.

If you intend to engage an expert to review the Source Code who is not located in the Boston area, I will work with you to identify a law firm located near the expert to house the Source Code for review. We must agree on the choice of any such law firm prior to that law firm receiving the Source Code. Any review of Source Code by an expert at a mutually agreed upon law firm must be made consistent with the terms set forth above (other than term No. 1). Please provide me with the name(s) and C.V.(s) of any expert(s) who will review this Source Code, as well as signed undertakings, before any review takes place.

Lisa M. Fleming, Esq.
March 11, 2005
Page 2

      If any of the above terms and conditions are not acceptable to you, please contact me immediately. In the interim, you are instructed not to review the enclosed Source Code, or make it available for review by an expert, until we can resolve any differences which may exist with respect to the proper handling of the Source Code.

                                                          Sincerely,

                                                         Paul D. Popeo

PDP/slw:3876411
Enclosure