125 SUMMER STREET  BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

**BROMBERG ✶ SUNSTEIN** LLP

LISA M FLEMING
T 617 443 9292 x248
LFLEMING@BROMSUN.COM

March 14, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Paul D. Popeo, Esq.
Choate, Hall & Stewart LLP
Exchange Place
53 State Street
Boston, Massachusetts  02109-2804

Re   *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*
     Our File     2639/509

Dear Paul:

This acknowledges receipt of your March 11, 2005 letter enclosing a disc labeled VST 03963 and purporting to contain "electronic copies of Voice Signal Technologies' voice dialer user interface source code." Because the demands included in your letter expressly prohibit our review of the disc, we are not in a position to confirm receipt of source code of any kind in response to ScanSoft's discovery requests or the Court's Orders that VST produce its source code. As a general matter, your demands are unreasonable and further evidence of your unwillingness to engage in discovery in good faith. More specifically, your letter fails to address any of the issues raised in my February 16, 2005 letter that the source code be produced in a form that is in reasonable useable and computer searchable form and accompanied by supporting technical and development documentation.

Moreover, in clear violation of the parties' Protective Order, you have prohibited the disclosure of the disc to ScanSoft's technical expert. As you know, paragraphs 7, 8 and 10 of the Order provide that the disc may be shared with our expert, Richard Goldhor. On August 23, 2004, I sent you Mr. Goldhor's written Undertaking and a letter indicating our intention to share with Mr. Goldhor Highly Confidential documents including VST's source code. You did not object to our disclosure last August and I see no basis for your objection today.

In response to the other demands contained in your letter, I refer you to Jack Schecter's February 25 letter proposing to (1) hold a copy of the VST disc at our offices and (2) provide a copy of the disc to Mr. Goldhor at his office in Bedford, Massachusetts.

ATTORNEYS AT LAW

Paul D. Popeo, Esq.
Choate, Hall & Stewart
March 14, 2005
Page 2

ScanSoft understands its obligations concerning the highly confidential nature of the source code and will make every effort to comply with both the letter and spirit of the Protective Order. To that end, I am willing to discuss with you your demand that the disc be placed only on a non-networked computer. Similarly, while we presently have no plans to share the disc with ScanSoft's in-house counsel, as you know, paragraph 7.e. of the Protective Order allows for counsel to have access to documents designated as Highly Confidential. We propose to contact you in advance of providing access to ScanSoft counsel in an attempt to resolve any concerns you may have regarding the disclosure to counsel.

Finally, I note that your description of the disc appears to limit the information to source code for a user interface. As you know, Voice Signal has been ordered by the Court to produce <u>the entire source code of the allegedly infringing products,</u> not a slice of that source code of Voice Signal's choosing. Please let me know as soon as possible when Voice Signal is prepared to comply with the Court's Order and produce the entire source code of the alleged infringing products, including all versions of VSuite, Voice Tag, the CCR voice recognition engine, ELVIS, and VoiceMode.

Very truly yours,

Lisa M. Fleming

LMF/02639/00509    370410.1

Enclosures