# CHOATE, HALL & STEWART LLP

WENDY S. PLOTKIN
DIRECT DIAL: (617) 248-5047
EMAIL: WPLOTKIN@CHOATE.COM

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

T (617) 248-5000   F (617) 248-4000
www.choate.com

April 15, 2005

**VIA FACSIMILE AND REGULAR MAIL**

Jack C. Schecter, Esq.
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110

RE: *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*
    Civil Action No. 04-10353 (PBS)

Dear Jack:

This letter is in response to your April 14, 2005 letter to Paul Popeo concerning the Court's denial of Voice Signal's application for stay of the Magistrate Judge's Order on the production of documents related to ScanSoft's trade secrets claims. Voice Signal is in the process of collecting the documents covered by the Order.

Sincerely,

Wendy S. Plotkin

cc: Robert S. Frank, Jr.
    Sarah Chapin Columbia
    Paul D. Popeo, P.C.
    Paul E. Bonanno

3913382v1