# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 04-10353-PBS |
| ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR, ) | |
| ) | |
| Defendants ) | |

**STIPULATION ON SCHEDULE FOR *MARKMAN* BRIEFING**

At a hearing on March 16, 2005, the Court set a *Markman* claim construction hearing for the afternoon of June 17, 2005, and asked the parties to submit briefs at the end of April and end of May, respectively, although no precise dates for these briefs were set on the record. The parties now agree that they will need a one-week extension for the briefing. Accordingly, the parties agree to submit their initial briefs on Friday, May 6, 2005, and responsive briefs on Friday, June 3, 2005. This schedule will not require an extension of the *Markman* hearing itself.

THE PARTIES SO STIPULATE

| | |
|---|---|
| VOICE SIGNAL TECHNOLOGIES, *et al*., By their attorneys, | SCANSOFT, INC. By its attorneys, |
| /s/ Robert S. Frank, Jr. | /s/ Erik P. Belt |
| Robert S. Frank, Jr., BBO # | Erik Paul Belt, BBO # 558620 |
| Choate, Hall & Stewart LLP | Bromberg & Sunstein LLP |
| 53 State Street | 125 Summer Street |
| Boston, MA 02109-2804 | Boston, MA 02110 |
| Tel: (617) 248-5000 | Tel: (617) 443-9292 |
| e-mail: RFRANK@CHOATE.COM | e-mail: ebelt@bromsun.com |

Dated: April 21, 2005

02639/00509 380460.1