# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR <br><br> Defendants. | Civil Action No. 04-10353 PBS |

## SCANSOFT, INC.'S ASSENTED-TO MOTION FOR IMPOUNDMENT

ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.2 and paragraph 14 of the parties' Protective Order for an order granting leave to file under seal Plaintiff's Response to Defendants' Objections to the Magistrate Judge's Order Requiring Trade Secrets Discovery, filed concurrently by hand.

As grounds for this motion, ScanSoft states that the Response discloses portions of the transcript of the February 22, 2005 deposition of Daniel Roth, designated by VST as "Highly Confidential." The Response also discloses highly sensitive and proprietary ScanSoft trade secret information contained in ScanSoft's Answers to the Second Set of Interrogatories (Nos. 1-4) of VST, designated by ScanSoft as "Highly Confidential."

Accordingly, pursuant to the terms of the Protective Order, ScanSoft moves that the Response be placed under seal in the envelope provided and that impoundment continue pursuant to Local Rule 7.2 and the terms of the Protective Order. Alternatively, should the Court

deny this motion to file under seal, ScanSoft respectfully requests that the Response be treated as filed in the regular course and placed in the public record.

Dated: April 27, 2005                                  SCANSOFT, INC.,
                                                       By its attorneys,


                                                       /s/ Rebecca L. Hanovice
                                                       Lee Carl Bromberg, BBO #058480
                                                       Robert Asher, BBO #022865
                                                       Erik P. Belt, BBO # 558620
                                                       Lisa M. Fleming, BBO #546148
                                                       Jack C. Schecter, BBO #652349
                                                       Rebecca L. Hanovice, BBO # 660366
                                                       BROMBERG & SUNSTEIN LLP
                                                       125 Summer Street
                                                       Boston, Massachusetts 02110-1618
                                                       (617) 443-9292
                                                       rhanovice@bromsun.com


CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for ScanSoft conferred with counsel for VST on April 27, 2005 in an effort to resolve the issues presented in this motion and that counsel for VST assented to this motion.

                                                       /s/ Rebecca L. Hanovice

02639/00509  381928.1