CV-061402.txt
## CURRICULUM VITAE
## Charles C. Wooters

**Education:**

Ph.D., Speech Recognition
  Univ. of California Berkeley, Nov. 1993
MA, Linguistics
  Univ. of California Berkeley, May 1988
BA, Linguistics
  Univ. of California Berkeley, May 1986

**Appointments:**

| | |
|---|---|
| Aug. 2000-Present | Senior Research Engineer<br>International Computer Science Institute<br>Berkeley, CA |
| Jul. 1999-Aug. 2000 | Senior Scientist, Speech and Natural Languages<br>GTE/BBN Technologies<br>Columbia, MD |
| Apr. 1997-Jul. 1999 | Senior Computer Scientist, Speech Research Division<br>U.S. Department of Defense<br>Ft. Meade, MD |
| Apr. 1995-Mar. 1997 | Senior Member of Technical Staff<br>Software Development Team<br>Computer Motion, Inc.<br>Goleta, CA |
| Dec. 1993-Mar. 1995 | Senior Computer Scientist, Speech Research Division<br>U.S. Department of Defense<br>Ft. Meade, MD |
| Apr. 1993-Feb. 1994 | Consultant<br>Octel Communication Corporation<br>Milpitas, CA |
| July 1988-Nov. 1993 | Research Assistant<br>International Computer Science Institute<br>Berkeley, CA |
| Aug 1988-Jan. 1989 | Visiting Lecturer<br>National Tsing Hua University<br>Hsin Chu, Taiwan, ROC |
| Spring 1987 | Research Assistant<br>Cognitive Studies Institute<br>University of California Berkeley |
| June 1987-Aug. 1987 | Research Assistant<br>Center for Robotic Systems in Microelectronics<br>Goleta, CA |
| 1986-1989 | Teaching Assistant, Dept. of Linguistics<br>University of California Berkeley<br>Berkeley, CA |

**Memberships:**

CV-061402.txt

IEEE member since 1991

Computer Skills:

C, C++, Java, Python, Perl, MySQL, Sybase, Tcl/Tk, and Matlab.

Patents:

H. Garudadri, S. Sivadas, H. Hermansky, N. Morgan, C. Wooters, A. Adami, C. Benitez, L. Burkas, S. Dupont, F. Grezl, P. Jain, S. Kajarekar, P. Motlicek. "Distributed Voice Recognition System Utilizing Multistream Network Feature Processing." Filed April 2002.

Y. Wang, D. Uecker, S. Jordan, and C. Wooters. Filed 1996. "General Purpose Distributed Operating Room Control System". Patent Pending.

Publications:

H. Shu, C. Wooters, O. Kimball, T. Colthurst, F. Richardson, S. Matsoukas, and H. Gish, 2000. "The BBN BYBLOS 2000 Conversational Mandarin LVCSR System", in NIST Speech Transcription Workshop.

M. Riley, W. Byrne, M. Finke, S. Khudanpur, A. Ljolje, J. McDonough, H. Nock, M. Saraclar, C. Wooters, and G. Zavaliagkos, 1999. "Stochastic pronunciation modelling from hand-labelled phonetic corpora", Speech Communication, vol. 29, no. 2-4, Nov., pp. 209-224.

W. Byrne, M. Finke, S. Khudanpur, A. Ljolje, J. McDonough, H. Nock, M. Riley, M. Saraclar, C. Wooters, and G. Zavaliagkos, 1998. "Pronunciation Modeling Using a Hand-labelled Corpus for Conversational Speech Recognition", in Proceedings International Conference on Acoustics, Speech, and Signal Processing (ICASSP).

W. Byrne, M. Finke, S. Khudanpur, A. Ljolje, J. McDonough, H. Nock, M. Riley, M. Saraclar, C. Wooters, and G. Zavaliagkos, 1997. "Pronunciation Modeling for Conversational Speech Recognition: A Status Report from WS97". In Proceedings of the IEEE Workshop on Automatic Speech Recognition and Understanding.

J. M. Sackier, M.D., C. Wooters, L. Jacobs, M.D., A. Halverson, M.D., D. Uecker, Y. Wang. 1997. "Voice Activation of a Surgical Robotic Assistant". The American Journal of Surgery.

C. Wooters. 1995. "Duration Measurements for American English Phonemes" In "Interdisciplinary Studies on Language and Language Change: In Honor Professor William S-Y. Wang" Edited by Matthew Y. Chen and Ovid J.L. Tzeng. Pyramid Press.

D. Jurafsky, C. Wooters, J. Segal, A. Stolcke, E. Fosler, G. Tajchman, and N. Morgan. 1995. "Using a Stochastic Context-Free Grammar as a Language Model for Speech Recognition" In Proceedings 1995 International Conference on Acoustics Speech and Signal Processing (ICASSP-95).

C. Wooters and A. Stolcke. 1994. "Multiple-Pronunciation Lexical Modeling in a Speaker Independent Speech Understanding System." In Proceedings of the 1994 International Conference on Spoken Language Processing (ICSLP). Yokohama, Japan.

D. Jurafsky, C. Wooters, G. Tajchman, J. Segal, A. Stolcke, E. Fosler,

CV-061402.txt
and N. Morgan. 1994. "The Berkeley Restaurant Project" In Proceedings of the 1994 International Conference on Spoken Language Processing (ICSLP). Yokohama, Japan.

D. Jurafsky, C. Wooters, G. Tajchman, J. Segal, A. Stolcke, and N. Morgan. 1994. "Integrating Advanced Models of Syntax, Phonology, and Accent/Dialect with a Speech Recognizer", Proceedings of the AAAI Workshop on the Integration of Speech and Natural Language. Seattle WA. July 1994.

C. Wooters, 1993. "Lexical Modeling in a Speaker Independent Speech Understanding System", Berkeley, CA: University of California dissertation.

C. Wooters, D. Jurafsky, G. Tajchman, and N. Morgan, "The Berkeley Restaurant Project", pp. 119-128, Speech Research Symposium XIII, Johns Hopkins, 1993.

T. Robinson, L. Almeida, J. Boite, H. Bourlard, F. Fallside, M. Hochberg, D. Kershaw, P. Kohn, Y. Konig, N. Morgan, J. Neto, S. Renals, M. Saerens and C. Wooters, "A Neural Network Based, Speaker Independent, Large Vocabulary, Continuous Speech Recognition System: The WERNICKE Project". In Proceedings 1993 EUROSPEECH.

Y. Konig, N. Morgan, C. Wooters, V. Abrash, M. Cohen and H. Franco. 1993. "Modeling Consistency in a Speaker Independent Continuous Speech Recognition System", in Hanson J.S., Cowan J.D., and Giles C.L., editors, Advances in Neural Information Processing Systems 5, San Mateo, CA, Morgan Kaufman.

C. Wooters and N. Morgan. 1992. "Acoustic Sub-word Models in the Berkeley Restaurant Project", in Proceedings Int'l Conference on Spoken Language Processing, Banff, Alberta, Canada.

C. Wooters and N. Morgan. 1992. "Connectionist-Based Acoustic Word Models" in Proceedings IEEE Workshop on Neural Networks for Signal Processing, Copenhagen, Denmark.

H. Bourlard, N. Morgan, C. Wooters, and S. Renals. 1992. "CDNN: A Context Dependent Neural Network for Continuous Speech Recognition", in Proceedings IEEE Intl. Conference on Acoustics, Speech, and Signal Processing, San Francisco, California, March 1992.

S. Renals, N. Morgan, H. Bourlard, M. Cohen, H. Franco, C. Wooters and P. Cohen. 1991. "Connectionist Speech Recognition: Status and Prospects", ICSI Tech Report TR-91-070. December 1991.

N. Morgan, C. Wooters, and H. Hermansky. 1991. "Experiments with Temporal Resolution For Continuous Speech Recognition With Multi-Layer Perceptrons", in Proceedings IEEE Workshop on Neural Networks for Signal Processing, B.H. Juang, S.Y. Kung, Candace A. Kamn (eds.) 1991.

H. Bourlard, N. Morgan, and C. Wooters. 1991. "Connectionist Approaches to the Use of Markov Models for Speech Recognition", in Advances in Neural Information Processing Systems 3, D.S. Touretzky and R. Lippman (eds.), San Mateo, CA: Morgan Kaufman, 1991.

N. Morgan, H. Hermansky, H. Bourlard, P. Kohn and C. Wooters. 1991. "Phonetically-based Speaker Independent Continuous Speech Recognition Using PLP Analysis with Multilayer Perceptrons", in Proceedings IEEE Intl. Conference on Acoustics, Speech, Signal Processing, Toronto, Canada, 1991

CV-061402.txt

N. Morgan, H. Bourlard, C. Wooters, P. Kohn, and M. Cohen, "Phonetic Context in Hybrid HMM/MLP Continuous Speech Recognition", Proceedings of Eurospeech 1991, pp. 109-112, Genova, Italy

N. Morgan, C. Wooters, H. Bourlard and M. Cohen. 1990. "Continuous Speech Recognition on the Resource Management Database Using Connectionist Probability Estimation", in Proceedings 1990 International Conference on Spoken Language Processing, Kobe, Japan, 1990.

N. Morgan, H. Hermansky, and C. Wooters. 1990. "SPOONS '90: The Speech recognition front end workshop". ICSI Tech Report TR-90-045. Sept. 1990.

C. Wooters and N. Morgan 1990. "Speech Segmentation and Labeling on the NeXT Machine", ICSI Tech Report TR-90-002, January 1990.

Z.W. Shen, C. Wooters and W. S-Y Wang. 1987. "Closure Duration in the Classification of Stops: A Statistical Analysis", In: A Tribute to Ilse Lehiste, Michigan University.