UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>Defendants. | Civil Action No. 04-10353 PBS<br><br><br>ORAL ARGUMENT REQUESTED |

**SCANSOFT'S EMERGENCY MOTION TO SHOW CAUSE
WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT**

ScanSoft, Inc. ("ScanSoft") brings this emergency motion under Federal Rule of Civil Procedure 37(b)(2)(D) because defendant Voice Signal Technologies, Inc. ("VST") has steadfastly refused to comply with this Court's repeated Orders to produce trade secrets documentation. As discussed in greater detail in the accompanying Memorandum of Law, VST has continuously flouted this Court's Orders and should not be permitted to continue its egregious conduct.

Accordingly, ScanSoft respectfully requests that this Court grant its Emergency Motion and (i) order VST to answer why it should not be held in contempt, (ii) compel the production of the requested documents, and (iii) award ScanSoft attorneys fees, costs, and expenses incurred in preparing this motion.

1

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

    I hereby certify that counsel for the parties have conferred in a good faith effort to resolve or narrow the issues raised in this Motion pursuant to Local Rule 7.1(a)(2) on April 29, 2005. No agreement was reached.

Dated: April 29, 2005

    SCANSOFT, INC.
    By its attorneys,

    /s/ Jack C. Schecter
    Lee Carl Bromberg, BBO # 058480
    Robert Asher, BBO # 022865
    Erik Paul Belt, BBO # 558620
    Lisa M. Fleming, BBO # 546148
    Jack C. Schecter, BBO # 652349
    Rebecca L. Hanovice, BBO # 660366
    BROMBERG & SUNSTEIN LLP
    125 Summer Street
    Boston, Massachusetts 02110-1618
    (617) 443-9292
    jschecter@bromsun.com

02639/00509  382397.1