**Joanne Creedon**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Wednesday, March 30, 2005 10:01 AM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-10353-PBS ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al "Order on Motion for Protective Order" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp
\$' --> United States District Court District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 3/30/2005 at 10:00 AM EST and filed on 3/24/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp
\$' Case Name: ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al Case Number: 1:04-
cv-10353 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?90944

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view
the document:

Docket Text:
Judge Joyce London Alexander : ORDER entered denying [97] Motion for Protective Order.
This Court ORDERS VST to produce all documents indicating the work that the individual
defendants performed for VST for a period of one year following the commencement of their
employment with VST.  VST's motion for a protective order is, therefore, DENIED to the
extent that it seeks to protect confidential information that falls into the category of
documents that VST must produce.   (Brown, Rex)

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau
Exp \$' --> 1:04-cv-10353 Notice will be electronically mailed to:
Robert M. Asher                                             rasher@bromsun.com

Paul E. Bonanno                                            pbonanno@choate.com

Lee C. Bromberg                                      lbromberg@bromsun.com,
jcreedon@bromsun.com

Sarah C. Columbia                                        scolumbia@choate.com

Lisa M. Fleming                                         lfleming@bromsun.com,
jcreedon@bromsun.com

Robert S. Frank                                         , Jr rfrank@choate.com,
kfinnerty@choate.com

Julia Huston                                            jhuston@bromsun.com,
chiggins@bromsun.com

Wendy S. Plotkin                                         WPlotkin@choate.com

Paul D. Popeo                                            Ppopeo@choate.com

Jack C. Schecter                                         jschecter@bromsun.com,
lsargent@bromsun.com
```

John F. Ward                                                                                           jward@bromsun.com,
chiggins@bromsun.com

1:04-cv-10353 Notice will not be electronically mailed to: