**Joanne Creedon**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Thursday, April 14, 2005 1:40 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-10353-PBS ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al "Order on Motion to Stay" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp
\$' --> United States District Court District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 4/14/2005 at 1:39 PM EDT and filed on 4/13/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp
\$' Case Name: ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al Case Number: 1:04-
cv-10353 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?90944

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view
the document:

Docket Text:
Judge Patti B. Saris : Electronic ORDER entered denying [126] Application for Stay Pending
Appeal to District Court. "However, the documents shall be produced to attorneys only
until I have had a chance to rule." (Patch, Christine)

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau
Exp \$' --> 1:04-cv-10353 Notice will be electronically mailed to:
Robert M. Asher                                               rasher@bromsun.com

Paul E. Bonanno                                               pbonanno@choate.com

Lee C. Bromberg                                        lbromberg@bromsun.com,
jcreedon@bromsun.com

Sarah C. Columbia                                          scolumbia@choate.com

Lisa M. Fleming                                          lfleming@bromsun.com,
jcreedon@bromsun.com

Robert S. Frank                                    , Jr rfrank@choate.com,
kfinnerty@choate.com

Rebecca L. Hanovice                                      rhanovice@bromsun.com,
mflynn@bromsun.com

Julia Huston                                            jhuston@bromsun.com,
chiggins@bromsun.com

Wendy S. Plotkin                                            WPlotkin@choate.com

Paul D. Popeo                                               Ppopeo@choate.com

Jack C. Schecter                                           jschecter@bromsun.com,
lsargent@bromsun.com
```

John F. Ward                                              jward@bromsun.com,
chiggins@bromsun.com


1:04-cv-10353 Notice will not be electronically mailed to: