**Joanne Creedon**

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Wednesday, April 27, 2005 2:51 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-10353-PBS ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al "Order on Motion to Produce" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp
\$' --> United States District Court District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 4/27/2005 at 2:50 PM EDT and filed on 4/25/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp
\$' Case Name: ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al Case Number: 1:04-
cv-10353 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?90944

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view
the document:

Docket Text:
Judge Patti B. Saris : Electronic ORDER entered granting in part [140] Motion to Produce
Documents Pursuant to Court Order Under Seal.  "All documents shall be produced to counsel
for Scansoft, but the source code itself shall be redacted.  The complete set of documents
(redacted and unredacted) shall be produced to the Court under seal.  The Court is
considering the idea of a neutral expert who will look at Scansoft's trade secrets and
compare them to Voice Signal's trade secrets.  I will review Scansoft's response and hold
a hearing." (Patch, Christine)

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau
Exp \$' --> 1:04-cv-10353 Notice will be electronically mailed to:
Robert M. Asher                                             rasher@bromsun.com

Erik Paul Belt                                      ebelt@bromsun.com,
idiaz@bromsun.com

Paul E. Bonanno                                          pbonanno@choate.com

Lee C. Bromberg                                   lbromberg@bromsun.com,
jcreedon@bromsun.com

Sarah C. Columbia                                       scolumbia@choate.com

Lisa M. Fleming                                      lfleming@bromsun.com,
jcreedon@bromsun.com

Robert S. Frank                                    , Jr rfrank@choate.com,
kfinnerty@choate.com

Rebecca L. Hanovice                                   rhanovice@bromsun.com,
mflynn@bromsun.com

Julia Huston                                          jhuston@bromsun.com,
chiggins@bromsun.com
```

| | |
|---|---|
| Wendy S. Plotkin | WPlotkin@choate.com |
| Paul D. Popeo | Ppopeo@choate.com |
| Jack C. Schecter<br>lsargent@bromsun.com | jschecter@bromsun.com, |
| John F. Ward<br>chiggins@bromsun.com | jward@bromsun.com, |

1:04-cv-10353 Notice will not be electronically mailed to: