125 SUMMER STREET  BOSTON MA 02110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG ✻ SUNSTEIN LLP

JACK C. SCHECTER
T 617 443 9292 X281
JSCHECTER@BROMSUN.COM

April 28, 2005

**VIA FACSIMILE AND MAIL**

Wendy S. Plotkin, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

Re   *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*, Docket No. 04-10353(PBS)
     Our File     2639/509

Dear Wendy:

In a phone conversation with you yesterday afternoon, you represented that VST was aware of the Court's April 27, 2005 Order commanding VST to produce to counsel for ScanSoft all documents indicating the work that Messrs. Gillick, Roth, Yamron and Grabherr performed for VST for a period of one year following the commencement of their employment with VST (redacted for source code). You stated that these documents were being readied for production and would be produced as soon as possible, but you could not identify a date and time by which the documents at issue would be produced to ScanSoft's counsel.

Please immediately confirm in writing that VST will produce the documents in question by the close of business tomorrow, April 29, 2005. If VST fails to produce the documents at issue by the close of business tomorrow, ScanSoft will have no choice but to move for an order to show cause why VST is not in contempt.

Sincerely,

Jack C. Schecter

02639/00509  382014.1

ATTORNEYS AT LAW