



FIG. 4





FIG. 5

FIG. 6





FIG. 7

START — 150

152 — Receive Sound Data

154 — Classify Sound Data

156 — Compare Classified Data to Command Word Templates

158   164   160
L I G H T S ti ti ti ... O N
L I G H T S ti ti ti ... O F F
D I M ti ti ti ... L I G H T S
164   162

166 — Calculate Score ($S_A$) for Command Words and Pauses

168 — Compare Classified Data to All Other Sounds Template

138
A X G B C C E R ...

170 — Calculate Score ($S_B$) for All Other Sounds

172 — Is $S_A$ Smaller Than $S_B$?   N ... Y

190 — Analyze Signal Strength ($E_C$) of Command Word(s)

192 — Analyze Signal Strength ($E_B$) of Background Noise

194 — Is $E_C - E_B$ Greater Than Preset Value?   N ... Y

196 — Trigger System

**PH 163**





FIG. 8

START ~ 120

122 — Receive Sound Data

124 — Classify Sound Data

126 — Compare Classified Data to Command Word Templates

128 | LIGHTSON | 130
LIGHTSOFF
DIMLIGHTS | 132

200 — Calculate Scores for All Command Words

202 — Calculate Best Score (S$_A$)

136 — Compare Classified Data to All Other Sounds Template

138 | AXGBCCER...

140 — Calculate Score (S$_B$) for All Other Sounds

Threshold ΔS From Adjusting Means — 206

204 — Is S$_B$-S$_A$ Greater Than ΔS?    N    Y    Trigger System — 144

PH 164

File No. F9618-A

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re New Application of: **Igor Zlokarnik, et al.**

U.S. Application Serial No. **09/443,957**

Filed: **November 19, 1999**

Group Art Unit: **2654**

Examiner: **Daniel A. Nolan**

For: **Voice-Activated Control For Electrical Device**

Commissioner for Patents
Washington, D.C. 20231

RECEIVED
OCT 1 8 2002
Technology Center 2600

Dear Sir:

## TRANSMITTAL OF
## INFORMATION DISCLOSURE STATEMENT

Applicants wish to inform the PTO that U.S. Patent 6,188,986 (the '986 patent) entitled "Voice Activated Switch Method and Apparatus" has been asserted against the Assignee of the above-referenced application – Voice Signal Technologies, Inc. in the United States District Court for the District of Massachusetts. The caption for this case is as follows: <u>Voice Signal Technologies, Inc. v. VOS Systems, Inc., et al. – Civil Action No. 01-11434 RCL.</u>

A copy of the '986 Patent and copies of the references cited during prosecution thereof at the PTO are enclosed for the convenience of the Examiner.

In compliance with the duty of disclosure under 37 CFR 1.56, it is respectfully requested that this Information Disclosure Statement be entered and the documents listed on the attached form PTO-1449 be considered by the Examiner and made of record.

In accordance with 37 CFR 1.56(a), this Disclosure Statement is not to be construed as a representation that no other possibly material information as defined in 37 CFR 1.56(a) exists.

Respectfully submitted,

SILBER & FRIDMAN

October 15, 2002

Lawrence G. Fridman
Registration No. 31,615
Attorney for Applicant

66 Mount Prospect Avenue
Clifton, New Jersey 07013-1918
Telephone (973) 779-2580
Fax (973) 779-4473

IDSTRNS_618A

**PH 166**

| INFORMATION DISCLOSURE CITATION *(Use several sheets if necessary.)* | | Docket Number (Optional) F9618-A | | Application Number 09/443,957 | |
|---|---|---|---|---|---|
| | | Applicant(s) Igor Zlokarnik | | | |
| | | Filing Date November 19, 1999 | | Group Art Unit 2654 | |

*(stamp: OIPE OCT 1 5 2002 PATENT TRADEMARK OFFICE)*

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| DAN | 1 | 6,188,986 | 02/13/2001 | Matulich, et al. | | | RECEIVED |
| DAN | 2 | H891 | 02/05/1991 | Hashimoto | | | OCT 1 8 2002 |
| DAN | 3 | 3,555,192 | 01/12/1971 | Hymer | | | Technology Center 2600 |
| DAN | 4 | 3,818,481 | 06/18/1974 | Dorfman, et al. | | | |
| DAN | 5 | 4,052,568 | 10/04/1977 | Jankowski | | | |
| DAN | 6 | 4,119,797 | 10/10/1978 | Wollert | | | |
| DAN | 7 | 4,433,435 | 02/21/1984 | David | | | |
| DAN | 8 | 4,829,576 | 05/09/1989 | Porter | | | |
| DAN | 9 | 4,843,627 | 06/27/1989 | Stebbins | | | |
| DAN | 10 | 4,912,766 | 03/27/1990 | Forse | | | |
| DAN | 11 | 5,086,385 | 02/04/1992 | Launey | | | |

### FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|---|
| DAN | 12 | 28 40 132 A1 | 3/1980 | German Patent Publication | | | | |
| DAN | 13 | 297 13 054 U1 | 12/1997 | German Patent Publication | | | | |
| DAN | 14 | 297 18 636 U1 | 3/1998 | German Patent Publication | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| DAN | 15 | Sensory, Inc., RSC-164 Data Sheet, pp. 1-8, 1996 |
| DAN | 16 | Lereboullet, Voice Recognition Processors (DATABASE), pp. 1-12, Nov., 1996 |
| JEAN | 17 | Sensory, Inc., Voice Direct TM, Speech Recognition IC, pp. 1-4, 1996 |
| DAN | 18 | Beranek, Leo, Acoustics, McGraw-Hill Book Company, Inc., pp. 338, 407, 414, 415 and 419, 1954 |
| DAN | 19 | Printed Excerpts of Images Company's Web Page- Speech Recognition Circuit; Speaker Dependent/Speaker Independent; Programming the HM 2007; Printed Dec. 4, 1997 |
| DAN | 20 | Printed Excerpts of Voice Connexion, Inc.'s Web Page- Intro Voice Pro-Module; Printed Dec. 4, 1997 |
| DAN | 21 | Printed Excerpts of Sensory, Inc.'s Web Page - RSC-164 Datasheet; Printed Nov. 19, 1997 |
| DAN | 22 | |

**PH 167**

| EXAMINER *(signature)* | DATE CONSIDERED 21 Feb '03 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| | | | | INFORMATION DISCLOSURE CITATION | | Docket Number (Optional) F9618-A | Application Number 09/443,957 |

INFORMATION DISCLOSURE CITATION
*(Use several sheets if necessary)*

| Docket Number (Optional) | Application Number |
|---|---|
| F9618-A | 09/443,957 |

| Applicant(s) |
|---|
| Igor Zlokarnik |

| Filing Date | Group Art Unit |
|---|---|
| November 19, 1999 | 2654 |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| DAN | 22 | 5,199,080 | 03/30/1993 | Kimura, et al. | | | RECEIVED |
| DAN | 23 | 5,351,272 | 09/27/1994 | Abraham | | | OCT 1 8 2002 |
| DAN | 24 | 5,430,826 | 07/04/1995 | Webster, et al. | | | Technology Center 2600 |
| DAN | 25 | 5,488,273 | 01/30/1996 | Chang | | | |
| DAN | 26 | 5,493,618 | 02/20/1996 | Stevens | | | |
| DAN | 27 | 5,644,061 | 09/02/1997 | Andreshak, et al. | | | |
| DAN | 28 | 5,790,754 | 08/04/1998 | Mozer, et al. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OTHER DOCUMENTS**   *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | | |
| | | |

**PH 168**

| EXAMINER | DATE CONSIDERED   2( Feb '03 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

PTO/SB/30 (10/2001)
Approved for use through 10/31/2002 OMB 0651-0031
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| **REQUEST**<br>**FOR**<br>**CONTINUED EXAMINATION (RCE)**<br>**TRANSMITTAL**<br><br>Address to:<br>Commissioner for Patents<br>Box RCE<br>Washington, DC 20231 | *Application Number* | 09/443,957 |
| --- | --- | --- |
| | *Filing Date* | 11/19/199 |
| | *First Named Inventor* | Igor Zlokarnik |
| | *Art Unit* | 2654 |
| | *Examiner Name* | Daniel A. Nolan |
| | *Attorney Docket Number* | F9618-A |

**RECEIVED**
OCT 1 8 2002
Technology Center 2600

This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO ) on page 2.

1. ☐ Submission required under 37 CFR §1.114
   a. ☐ Previously submitted
      i. ☐ Consider the amendment(s)/reply under 37 CFR §1.116 previously filed on _____
         (Any unentered amendment(s) referred to above will be entered).
      ii. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____
      iii. ☐ Other _____
   b. ☒ Enclosed
      i. ☐ Amendment/Reply              iii. ☒ Information Disclosure Statement (IDS)
      ii. ☐ Affidavit(s)/Declaration(s)  iv. ☒ Other   Amended Formal Drawings

2. ☐ Miscellaneous
   a. ☒ Suspension of action on the above-identified application is requested under 37 CFR §1.103(c) for
      a period of ___3___ months (Period of suspension shall not exceed 3 months; Fee under 37 CFR§1.17(i) required)
   b. ☐ Other _____

3. ☐ Fees   The RCE fee under 37 CFR §1.17(e) is required by 37 CFR §1.114 when the RCE is filed.
   a. ☐ The Director is hereby authorized to charge the following fees, or credit any overpayments, to
      Deposit Account No. _____   10/18/2002 AWDHDAF1 00000042 09443957
      i. ☒ RCE fee required under 37 CFR §1.17(e)           01 FC:2801        370.00 OP
      ii. ☐ Extension of time fee (37 CFR §§1.136 and 1.17)  02 FC:1460        130.00 OP
      iii. ☒ Other   Fee under 37 CFR 1.17(i) for Suspension of Action
   b. ☒ Check in the amount of $ 500.00 _____ enclosed
   c. ☐ Payment by credit card (Form PTO-2038 enclosed)
         WARNING: Information on this form may become public. Credit card information should not
         be included on this form. Provide credit card information and authorization on PTO-2038.

| SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED | | |
| --- | --- | --- |
| *Name* *(Print / Type)*  Lawrence G. Fridman, Esq. | *Registration No.* *(Attorney / Agent)* | 31,615 |
| *Signature* | *Date* | 10/15/02 |

| CERTIFICATE OF MAILING OR TRANSMISSION | | |
| --- | --- | --- |
| I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Commissioner For Patents, Box RCE, Washington, DC 20231, or facsimile transmitted to the U.S. Patent and Trademark | | |
| *Name* *(Print / Type)* | | |
| *Signature* | *Date* | |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND Fees and Completed Forms to the following address: Assistant Commissioner for Patents, Box RCE, Washington, DC 20231.

**PH 169**

N/A

N/A

N/A

N/A

N/A

N/A

N/A

N/A

N/A

N/A

N/A

N/A

N/A

N/A

N/A

N/A

N/A



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE

7590      02/25/2003

LAWRENCE G FRIDMAN ESQ
SILBERT & FRIDMAN
66 MOUNT PROSPECT AVE.
CLIFTON, NJ 070131918

| EXAMINER |
| --- |
| NOLAN, DANIEL A |

| ART UNIT | CLASS-SUBCLASS |
| --- | --- |
| 2655 | 704-256000 |

DATE MAILED: 02/25/2003

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 09/443,957 | 11/19/1999 | IGOR ZLOKARNIK | F9618-A | 8002 |

TITLE OF INVENTION: VOICE-ACTIVATED CONTROL FOR ELECTRICAL DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- |
| nonprovisional | YES | $650 | $0 | $650 | 05/27/2003 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:
A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

PH 170



## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail**  **Box ISSUE FEE**
Commissioner for Patents
Washington, D.C. 20231
**Fax**  **(703)746-4000**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

7590      02/25/2003

LAWRENCE G FRIDMAN ESQ
SILBERT & FRIDMAN
66 MOUNT PROSPECT AVE.
CLIFTON, NJ 070131918

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/443,957 | 11/19/1999 | IGOR ZLOKARNIK | F9618-A | 8002 |

TITLE OF INVENTION: VOICE-ACTIVATED CONTROL FOR ELECTRICAL DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $650 | $0 | $650 | 05/27/2003 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NOLAN, DANIEL A | 2655 | 704-256000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363)

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE          (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent)  ☐ individual  ☐ corporation or other private group entity  ☐ government

4a. The following fee(s) are enclosed:
☐ Issue Fee
☐ Publication Fee
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):
☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)          (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PH 171**

TRANSMIT THIS FORM WITH FEE(S)
PTOL-85 (REV. 04-02) Approved for use through 01/31/2004. OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/442,957 | 11/19/1999 | IGOR ZLOKARNIK | F9618-A | 8002 |

| | | |
|---|---|---|
| 7590 | 02/25/2003 | |

LAWRENCE G FRIDMAN ESQ
SILBERT & FRIDMAN
66 MOUNT PROSPECT AVE.
CLIFTON, NJ 070131918

| EXAMINER |
|---|
| NOLAN, DANIEL A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2655 | |

DATE MAILED: 02/25/2003

## Determination of Patent Term Extension under 35 U.S.C. 154 (b)
(application filed after June 7, 1995 but prior to May 29, 2000)

The patent term extension is 0 days. Any patent to issue from the above identified application will include an indication of the 0 day extension on the front page.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term extension is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

Any questions regarding the patent term extension or adjustment determination should be directed to the Office of Patent Legal Administration at (703)305-1383.

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

**PH 172**



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/443,957 | 11/19/1999 | IGOR ZLOKARNIK | F9618-A | 8002 |

|  |  |
|---|---|
| 7590    02/25/2003 | EXAMINER |
| LAWRENCE G FRIDMAN ESQ | NOLAN, DANIEL A |
| SILBERT & FRIDMAN | |
| 66 MOUNT PROSPECT AVE. | ART UNIT — PAPER NUMBER |
| CLIFTON, NJ 070131918 | 2655 |

DATE MAILED: 02/25/2003

## Notice of Fee Increase on January 1, 2003

If a reply to a "Notice of Allowance and Fee(s) Due" is filed in the Office on or after January 1, 2003, then the amount due will be higher than that set forth in the "Notice of Allowance and Fee(s) Due" since there will be an increase in fees effective on January 1, 2003. See Revision of Patent and Trademark Fees for Fiscal Year 2003; Final Rule, 67 Fed. Reg. 70847, 70849 (November 27, 2002).

The current fee schedule is accessible from: http://www.uspto.gov/main/howtofees.htm.

If the issue fee paid is the amount shown on the "Notice of Allowance and Fee(s) Due," but not the correct amount in view of the fee increase, a "Notice to Pay Balance of Issue Fee" will be mailed to applicant. In order to avoid processing delays associated with mailing of a "Notice to Pay Balance of Issue Fee," if the response to the Notice of Allowance and Fee(s) due form is to be filed on or after January 1, 2003 (or mailed with a certificate of mailing on or after January 1, 2003), the issue fee paid should be the fee that is required at the time the fee is paid. If the issue fee was previously paid, and the response to the "Notice of Allowance and Fee(s) Due" includes a request to apply a previously-paid issue fee to the issue fee now due, then the difference between the issue fee amount at the time the response is filed and the previously paid issue fee should be paid. See Manual of Patent Examining Procedure, Section 1308.01 (Eighth Edition, August 2001).

Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

**PH 173**



| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 09/443,957 | ZLOKARNIK ET AL. |
| | Examiner | Art Unit | |
| | Daniel A. Nolan | 2655 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *RCE filed 15 October 2002*.

2. ☒ The allowed claim(s) is/are *1, 3-9, 11-17 & 27*.

3. ☒ The drawings filed on *15 October 2002* are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None   of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

5. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    (a) ☐ The translation of the foreign language provisional application has been received.

6. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No. _____ .

    (b) ☐ including changes required by the proposed drawing correction filed _____ , which has been approved by the Examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____ .

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Attachment(s)

1☒ Notice of References Cited (PTO-892)
3☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
5☒ Information Disclosure Statements (PTO-1449), Paper No. *6*.
7☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

2☐ Notice of Informal Patent Application (PTO-152)
4☐ Interview Summary (PTO-413), Paper No. _____ .
6☐ Examiner's Amendment/Comment
8☒ Examiner's Statement of Reasons for Allowance
9☐ Other

**PH 174**

Application/Control Number: 09/443,957                                    Page 2
Art Unit: 2655

## DETAILED ACTION

(Note that as of October 1, 2002 a new **Art Unit 2655** was established that includes this application, and that this new AU number should be used in all future correspondence.)

### *Continued Examination Under 37 CFR 1.114*

1.     A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after allowance or after an Office action under *Ex Parte Quayle*, 25 USPQ 74, 453 O.G. 213 (Comm'r Pat. 1935). Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, prosecution in this application has been reopened pursuant to 37 CFR 1.114.  Applicant's submission filed on 15 October 2002 has been entered.

### *Information Disclosure Statement*

2.     The information disclosure statement (IDS) submitted on 15 October 2002 was filed after the mailing date of the Notice of Allowance on 15 July 2002 and was filed with the Request for Continued Examination (above).  The submission is in compliance with the provisions of 37 CFR 1.97.  Accordingly, the information disclosure statement is being considered by the examiner.

Application/Control Number: 09/443,957
Art Unit: 2655

### *Allowable Subject Matter*

3.      Applicant is advised that the Notice of Allowance mailed 15 July 2002 was vacated in consideration of the Request for Continued Examination (above).

-      The finality of that action is withdrawn.

-      The indicated allowability of claims 1, 3-7, 8, 10-17 and 27 was withdrawn in view of the Information Disclosure Statement submitted with that RCE.

-      The renumbering performed in accordance with 37 CFR 1.126 to reflect the removal of cancelled claims was undone, causing the numbering of the claims to reverted to their state prior to the Notice of Allowance mailed 15 July 2002 for the purpose of conducting the examination.

-      The claims were subsequently examined on the merits.

4.      Claims 1, 3-7, 8, 10-17 and 27 are allowed.

5.      The following is an examiner's statement of reasons for allowance:

-      Regarding claims 1 and 8; where the prior art of record is typical in enabling a device on recognition, the normal process exemplified by Andreshak *et al* (U.S. Patent 5,664,061 A), Launey *et al* (U.S. Patent 5,086,385 A) and Forse (U.S. Patent 4,912,766 A) – to continue operation until subsequent commands are recognized – teaches against that feature of the instant application, being that of the speech recognition actively *preventing operation* while the signal processing

Application/Control Number: 09/443,957                          Page 4
Art Unit: 2655

> is ongoing.  Consequently, the indicated feature of the claims is neither
>
> anticipated nor was it found in obvious combination in the prior art of record.

- Regarding claims 3-7 and 10-17; the claims depend on claims that have been

  allowed and for that reason are they also allowed as a consequence.

- Regarding claim 27, the requirement for an *audio command to have* both _a 1st &_

  _2nd word with three pauses of one syllable duration_ each is neither anticipated

  nor was it found in obvious combination in the prior art of record.

Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee.  Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."

### Conclusion

6.     The claims have been (again) renumbered in accordance with 37 CFR 1.126 to

reflect the removal of cancelled claims.  Corresponding adjustments to references were

done.

7.     Any inquiry concerning this communication or earlier communications from the

Examiner should be directed to Daniel A. Nolan at telephone (703) 305-1368 whose

normal business hours are Mon, Tue, Thu & Fri, from 7 AM to 5 PM.

Application/Control Number: 09/443,957                                    Page 5

Art Unit: 2655

If attempts to contact the examiner by telephone are unsuccessful, the

examiner's supervisor, Doris To, can be reached at (703) 305-4827.

The fax phone number for Technology Center 2600 is (703) 872-9314.  Label

informal and draft communications as "DRAFT" or "PROPOSED", & designate formal

communications as "EXPEDITED PROCEDURE".


Formal response to this action may be faxed according to the above instructions,

or mailed to:              Box AF
                           Commissioner of Patents and Trademarks
                           Washington, D.C. 20231

or hand-delivered to:      Crystal Park 2,
                           2121 Crystal Drive, Arlington, VA,
                           Sixth Floor (Receptionist).

Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to Technology Center 2600 Customer Service Office at

telephone number (703) 306-0377.


                                        Daniel A.  Nolan
                                        Examiner
                                        Art Unit 2655

DAN/d

February 21, 2003


DORIS H. TO  2/24/03
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

| *Notice of References Cited* | Application/Control No.<br>09/443,957 | Applicant(s)/Patent Under Reexamination<br>ZLOKARNIK ET AL. | |
|---|---|---|---|
| | Examiner<br>Daniel A. Nolan | Art Unit<br>2655 | Page 1 of 1 |

### U. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| X | A | US-5,664,061 | 09-1997 | Andreshak et al. | 704/275 |
| X | B | US-4,912,76^ | 03-1990 | Forse, Nicholas J. A. | 704/225 |
| X | C | US-5,086,385 | 02-1992 | Launey et al. | 704/270 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

[Received from < 201 779 4473 > at 3/10/10 12:53:08 PM Eastern Standard Time]

File No. F9618-A

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re New Application of: **Igor Zlokarnik, et al.**

U.S. Application Serial No. 09/443,957

Filed: **November 19, 1999**

#9
3-13-03
KS

Group Art Unit: **2655**

Examiner: **Daniel A. Nolan**

For: **Voice-Activated Control For Electrical Device**

Total Pages: 8

**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

Dear Sir:

### COMMUNICATION

The undersigned wishes to thank Examiner Daniel A. Nolan for the courtesy extended to him during the telephone conversation on March 7, 2003.

It has been indicated during the telephone conversation that the Notice of Allowance dated February 25, 2003, recently received by our office, does not contain a copy of the Supplemental Information Disclosure Statement dated January 16, 2003 initialed by the Examiner.

As requested by the Examiner, a copy of the Supplemental Information Disclosure Statement bearing the stamp confirming receipt thereof by the Technology Center 2600 on January 16, 2003 is being transmitted herewith.

Received from < 201 779 4473 > at 3/10/03 12:53:30 PM [Eastern Standard Time]

It is therefore respectfully requested that the Applicant is provided with a copy of the Supplemental Information Disclosure Statement initialed by the Examiner and indicating that the Disclosure Statement was reviewed and made of record in the application.

Respectfully submitted,

SILBER & FRIDMAN

Lawrence G. Fridman
Registration No. 31,615
Attorney for Applicant

66 Mount Prospect Avenue
Clifton, New Jersey 07013-1918
Telephone (973) 779-2580
Fax (973) 779-4473

Idstrnsoj_618A

Received from < 201 779 4473 > at 3/10/03 12:53:05 PM [Eastern Standard Time]

File No. F9618-A

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re New Application of: Igor Zlokarnik, et al.

U.S. Application Serial No. **09/443,957**

Filed: **November 19, 1999**

Group Art Unit: **2654**

Examiner: **Daniel A. Nolan**

For: **Voice-Activated Control For Electrical Device**

**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

Dear Sir:

**RECEIVED**

JAN 1 6 2003

Technology Center 2600

### TRANSMITTAL OF A SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT

In compliance with the duty of disclosure under 37 CFR 1.56, it is respectfully requested that this Information Disclosure Statement be entered and the documents listed on the attached form PTO-1449 be considered by the Examiner and made of record. Copies of the listed documents are enclosed for the convenience of the Examiner.

In accordance with 37 CFR 1.56(a), this Disclosure Statement is not to be construed as a representation that no other possibly material information as defined in 37 CFR 1.56(a) exists.

Respectfully submitted,

SILBER & FRIDMAN

Lawrence G. Fridman
Registration No. 31,615
Attorney for Applicant

66 Mount Prospect Avenue
Clifton, New Jersey 07013-1918
Telephone (973) 779-2580
Fax (973) 779-4473

Tdscrns02_618A

Received from < 201 779 4473 > at 3/10/03 12:53:05 PM [Eastern Standard Time]

| CERTIFICATE OF TRANSMISSION BY FACSIMILE (37 CFR 1.8) | Docket No. |
|---|---|
| Applicant(s):  Igor Zlokarnik, et al. | F9618-A |

| Serial No.<br>09/443,957 | Filing Date<br>11/19/1999 | Examiner<br>Daniel A. Nolan | Group Art Unit<br>2655 |
|---|---|---|---|

Invention:

**Voice-Activated Control For Electrical Device**

I hereby certify that this _____  **Communication** _____
                                             *(Identify type of correspondence)*

Is being facsimile transmitted to the United States Patent and Trademark Office (Fax. No. ____(703)746-5823 ___

on        March 10, 2003
            *(Date)*

                                            Lawrence G. Friedman, Esq. _____
                                            *(Typed or Printed Name of Person Signing Certificate)*


                                            _____
                                            *(Signature)*



                    Note: Each paper must have its own certificate of mailing.

P181REV01



### United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/443,957 | 11/19/1999 | IGOR ZLOKARNIK | F9618-A | 8002 |

7590     03/27/2003

LAWRENCE G FRIDMAN ESQ
SILBERT & FRIDMAN
66 MOUNT PROSPECT AVE.
CLIFTON, NJ  070131918

| EXAMINER |
|---|
| NOLAN, DANIEL A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2655 | 10 |

DATE MAILED: 03/27/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)



**UNITED STATES DE    RTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

| APPLICATION NO./<br>CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR /<br>PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| EXAMINER |
|---|
| |

| ART UNIT | PAPER |
|---|---|
| | |
| | 10 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

Information Disclosure Statement

'The information disclosure statement filed on 10 March 2003 does not fully comply with the requirements of 37 CFR 1.98 because:

- Dates were not provided on the 1449 list of prior art – and could not be determined from reading – for certain documents.

- Since the submission appears to be bona fide – and in consideration of the delay already involved with this issue – re-submission of the accompanying Forms 1449 with the missing dates provided will be accepted as repair of this outstanding issue.

See MPEP § 609  C(1).

DORIS H. TO   3/24/03
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 3800

**PH 185**

| *Interview Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/443,957 | ZLOKARNIK ET AL. |
| | Examiner | Art Unit |
| | Daniel A. Nolan | 2655 |

All participants (applicant, applicant's representative, PTO personnel):

(1) _Daniel A. Nolan._                    (3)_____ .

(2) _Lawrence Fridman_.                   (4)_____ .

Date of Interview: _7-20 March, '03_ .

Type:  a)☒ Telephonic   b)☐ Video Conference
       c)☐ Personal [copy given to:  1)☐ applicant    2)☐ applicant's representative]

Exhibit shown or demonstration conducted:   d)☐ Yes   e)☐ No.
       If Yes, brief description: _____ .

Claim(s) discussed: _____ .

Identification of prior art discussed: _____ .

Agreement with respect to the claims  f)☐  was reached.   g)☐  was not reached.   h)☒  N/A.

Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: _signed IDS was not included with allowance.  Examiner requested that original be_ _faxed to desktop for review, then submitted it to Scott McCloud for entry (on 10 March)._ _On receipt of the 1449 indicated that the materials were not received.  Applicant personally delivered copies for consideration._  .

(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MPEP Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN ONE MONTH FROM THIS INTERVIEW DATE TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

Examiner Note:  You must sign this form unless it is an Attachment to a signed Office action.

_____
Examiner's signature, if required

U.S. Patent and Trademark Office
PTO-413 (Rev. 11- 02)                        Interview Summary                        Paper No. 10

**PH 186**

## Summary of Record of Interview Requirements

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

### Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews
Paragraph (b)
In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant. An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

### 37 CFR §1.2 Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing. The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary. The action of the Patent and Trademark Office will be based exclusively on the written record in the Office. No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

---

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so. It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear upon the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks. Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below. Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper. In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview. In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
- Application Number (Series Code and Serial Number)
- Name of applicant
- Name of examiner
- Date of interview
- Type of interview (telephonic, video-conference, or personal)
- Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
- An indication whether or not an exhibit was shown or a demonstration conducted
- An identification of the specific prior art discussed
- An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable). Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
- The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of the interview of each case unless both: applicant and examiner agree that the examiner will record same. Where the examiner agrees to record the substance of the interview, or when it is adequately recorded on the Form or in an attachment to the Form, the examiner should check the appropriate box at the bottom of the Form which informs the applicant that the submission of a separate record of the substance of the interview as a supplement to the Form is not required.

It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
   (The identification of arguments need not be lengthy or elaborate. A verbatim or highly detailed description of the arguments is not required. The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file. Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.

Examiners are expected to carefully review the applicant's record of the substance of an interview. If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

### Examiner to Check for Accuracy

**PH 187**

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her. If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

PTO/SB/67 (08-00)
Approved for use through 10/31/2002  OMB 0651-0031
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

| POWER TO INSPECT/COPY | Docket Number (Optional)<br>F961R-A |
|---|---|

| In re Application of<br>IGOR ZLOKARNIK, et al. | |
|---|---|
| Application Number<br>09/443,957 | Filed<br>11/19/1999 |
| Group Art Unit<br>2654 | Examiner<br>Daniel A. Nolan |

Paper No. _____

Assistant Commissioner for Patents
Washington, DC 20231

Please permit the following person(s) to inspect and make copies of the above identified application:

Rick Jordan of World Patent Services _____

I am an:

☐ Applicant.
☐ Authorized official of the assignee of record. The assignment was recorded in the United
States Patent and Trademark Office at Reel _____, Frame _____
or for which a copy thereof is attached.
☒ Attorney or agent of record Registration No. 31,615
☐ Attorney or agent Registration No. _____ named in the
application papers filed under 37 CFR 1.53, 1.494, or 1.495 (37 CFR 1.63 or
1.497 oath or declaration not filed).

October 14, 2002
Date

Signature

Lawrence G. Fridman, Esq.
Typed or printed name

Title (Officer of company or corporate assignee)

Name of Assignee, if any (e.g., company name)

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (initials) |
| Unit: _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner of Patents, Washington, DC 20231

**PH 188**

File No. F9618-A     #12
                      TLR
                      5/12/03

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re New Application of: **Igor Zlokarnik, et al.**

U.S. Application Serial No. **09/443,957**

**RECEIVED**

Filed: **November 19, 1999**

JAN 1 6 2003

Group Art Unit: **2654**     Technology Center 2600

Examiner: **Daniel A. Nolan**

For: **Voice-Activated Control For Electrical Device**

**Assistant Commissioner for Patents**
**Washington, D.C. 20231**

Dear Sir:

### TRANSMITTAL OF A SUPPLEMENTAL
### INFORMATION DISCLOSURE STATEMENT

In compliance with the duty of disclosure under 37 CFR 1.56, it is respectfully requested that this Information Disclosure Statement be entered and the documents listed on the attached form PTO-1449 be considered by the Examiner and made of record. Copies of the listed documents are enclosed for the convenience of the Examiner.

In accordance with 37 CFR 1.56(a), this Disclosure Statement is not to be construed as a representation that no other possibly material information as defined in 37 CFR 1.56(a) exists.

Respectfully submitted,

SILBER & FRIDMAN

Lawrence G. Fridman
Registration No. 31,615
Attorney for Applicant

66 Mount Prospect Avenue
Clifton, New Jersey 07013-1918
Telephone (973) 779-2580
Fax (973) 779-4473

Idstrns02_618A

**PH 189**

| INFORMATION DISCLOSURE CITATION *(Use several sheets if necessary)* | | Docket Number (Optional) F9618-A | | Application Number 09/443,957 |
|---|---|---|---|---|
| | | Applicant(s) Igor Zlokarnik | | |
| | | Filing Date November 19, 1999 | | Group Art Unit 2654 |

U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | 5,615,271 | 03/25/1997 | Stevens, et al. | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | WO 99/35637 | 07/15/1999 | PCT Int'l. Application | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

OTHER DOCUMENTS    *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | |
|---|---|
| | 1) Sensory, Inc. Interactive Speech Prod., RSC-164, Recognition. Synthesis. Control<br>2) Speaker Dependent/Speaker Independent Publication<br>3) Speech Recognition Circuit Publication<br>4) Programming the HM2007 Publication<br>5) Sensory Voice Activation Advertisement, IntelaVoice, VOS Systems, Sensory, Inc. |
| | 6) Sensory Voice Activation Publication, IntelaVoice, VOS Systems, Sensory, Inc., 1/08/1998<br>7) Wall Street Journal Publication, VOS Systems, Inc., 3/10/1998<br>8) North County Times, VOS Systems, Inc. Publication, 4/4/1998, Switches that are activated by voice.<br>9) San Francisco Chronicle, VOS Systems, Inc. Publication, 5/12/1998<br>10)San Diego Publication, VOS Systems, Inc., IntelaVoice, 8/03/1998. |

| EXAMINER | DATE CONSIDERED | PH 190 |
|---|---|---|
| | | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| | | | | Docket Number (Optional) | | Application Number | |
|---|---|---|---|---|---|---|---|
| | | | | F9618-A | | 09/443,957 | |

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

Applicant(s)
Igor Zlokarnik

| Filing Date | Group Art Unit |
|---|---|
| November 19, 1999 | 2654 |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OTHER DOCUMENTS    *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | |
|---|---|
| | 11) Poway News Chieftain, VOS Systems, Inc., 8/20/1998 <br> 12) Lamp Commander, Voice Signal advertisement <br> 13) 1998 publication about RSC-164 voice recognition chip on Mars <br> 14) INTELA Voice Switch, The Transponder, 3/1998 VOS Systems, Inc. advertisement <br> 15) INTELA Voice Light Switch advertisement |
| | 16) INTELA Voice Dimmer Switch advertisement <br> 17) Quartet Technology, Inc., Voice Activated Environmental Control Units bulletin <br> 18) Quartet Technology, Inc., Voice Activated Environmental Control Units, series 5.6 & 6 <br> 19) Quartet Technology, Inc., Voice Activated Environmental Control Units, series 7 & 7M <br> 20) PerformaHome advertisement |

| EXAMINER | DATE CONSIDERED | **PH 191** |
|---|---|---|
| | | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| | | | | | | Docket Number (Optional) F9618-A | | Application Number 09/443,957 |
|---|---|---|---|---|---|---|---|---|

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

| Applicant(s) Igor Zlokarnik | |
|---|---|
| Filing Date November 19, 1999 | Group Art Unit 2654 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENTS     *(Including Author, Title, Date, Pertinent Pages, Etc.)*

21) Improvements in Connected Didit Recognition Using Linear Discriminant Analysis & Mixture Densities, R. Haeb-Umbach, D. Geller, H. Ney, Philips GmbH Research Laboratories, Germany
22) SmartSwitch VOS Systems Press Release, Sunnyvale, CA., 10/15/1997
23) Sensory RSC 164, Union Electric Corp., Taiwan, Autodialer, Las Vegas, NV. 1/8/1997 Press Release
24) Voice Signal Tech., VoiceDimmer advertisement

25) Voice Connexion, Intro Voice Pro-Module advertisement
26) Sensory, Inc., Voice Direct, Interactive Speech, Speaker-Dependent Speech Recognition Solution
27) Noise Estimation Techniques For Robust Speech Recognition, H.G. Hirsch, C. Ehrlicher
28) Acoustic-Phonetic Modeling in the SPICOS System, Hermann Ney and Andras Noll,
29) Egbert, Simplicity Series 5, Voice Recognition Environmental Control Unit, Middlesex News, 6/9/1988 article

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

**PH 192**

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line-through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

**INFORMATION DISCLOSURE CITATION**
*(Use several sheets if necessary)*

| Docket Number (Optional) | Application Number |
|---|---|
| F9618-A | 09/443,957 |

| Applicant(s) |
|---|
| Igor Zlokarnik |

| Filing Date | Group Art Unit |
|---|---|
| November 19, 1999 | 2654 |

## U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

30) Subband or Cepstral Domain Filering for Recognition of Lombard and Channel-Distorted Speech, Hanson & Appelbaum
31) Simplicity Series 5, Quartet Tech. Owners' Manual
32) Sensory, Interactive Speech (TM) Overview
Sensory Circuits, Inc., RSC-164 Development Kit Manual

33) Sensory Circuits, Inc., Development Kit Manual
34) Programming the HM2007
35) Sensory Circuits, Inc., RSC-164 Recognition . Synthesis . Control
36) Sensory Circuits, Inc., RSC-164 Development Kit Manual
37) Voice Trek Beta System 1.0 User's Guide, Advanced Home Automation

| EXAMINER | DATE CONSIDERED | **PH 193** |
|---|---|---|
| | | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Form PTO-A820
(also form PTO-1449)

P09A/REV04

Patent and Trademark Office • U.S. DEPARTMENT OF COMMERCE

| INFORMATION DISCLOSURE CITATION *(Use several sheets if necessary)* | | Docket Number (Optional) F9618-A | | Application Number 09/443,957 | |
|---|---|---|---|---|---|
| | | Applicant(s) Igor Zlokarnik | | | |
| | | Filing Date November 19, 1999 | | Group Art Unit 2654 | |

**U.S. PATENT DOCUMENTS**

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OTHER DOCUMENTS**     *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | 38) Butler In A Box of Mastervoice article, by Jim Schefter, Popular Science, p. 62 39) Commandt of Eric Bernard Designs & Beech Assoc. article by Timothy O. Bakke, Popular Science of 12/1990, p. 112 40) EDN, A Cahners Pub., Vol. 40, No. 2, Cache Memory/Speech Recognition, 1/19/1995, pp. 4, 41-46 41) Electronic House, New Products article, 4/1996, p. 50      SmartSwitch advertisement, Voice Signal Technologies, Inc. 12/01/96 Pub. | |
| | 42) Computerworld, In Depth article, 11/11/96 by Kim Girard 43) Enabling Design, Office Design, 4/1997 article by Alvin Rosenbaum 44) MASS and Dragon Dictate article by James Hunter, Phoenix Dev. Group -HTINews article, 6/1997 45) Imagesco.com, Speaker Dependent/Speaker Independent speech recognition publication 46) Wall Street Journal, 3/10/1998, VOS Systems, Inc. | |

| EXAMINER | DATE CONSIDERED | **PH 194** |
|---|---|---|
| | | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.



PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: Mail    Box ISSUE FEE
                                                                    Commissioner for Patents
                                                                    Washington, D.C. 20231
                                                            Fax    (703)746-4000

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1) | |
|---|---|
| 7590              02/25/2003 | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission. |
| LAWRENCE G FRIDMAN ESQ | |
| SILBERT & FRIDMAN | **Certificate of Mailing or Transmission** |
| 66 MOUNT PROSPECT AVE. | I hereby certify that this Fee(s) Transmittal is being deposited with the |
| CLIFTON, NJ 070131918 | United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below. |

| | |
|---|---|
| | Lawrence G. Fridman Esq. (Depositor's name) |
| | (Signature) |
| | May 21, 2003 (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/443,957 | 11/19/1999 | IGOR ZLOKARNIK | F9618-A | 8002 |

TITLE OF INVENTION: VOICE-ACTIVATED CONTROL FOR ELECTRICAL DEVICE

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | YES | $650 | $0 | $650 | 05/27/2003 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NOLAN, DANIEL A | 2655 | 704-256000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Lawrence G. Fridman
2 _____
3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.
(A) NAME OF ASSIGNEE                                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)
    Voice Signal Technologies, Inc., Woburn, MA.

Please check the appropriate assignee category or categories (will not be printed on the patent)    ☐ individual ☒ corporation or other private group entity ☐ government

4a. The following fee(s) are enclosed:        4b. Payment of Fee(s):
☒ Issue Fee                                   ☒ A check in the amount of the fee(s) is enclosed.
☐ Publication Fee                             ☐ Payment by credit card. Form PTO-2038 is attached.
☐ Advance Order - # of Copies _____         ☐ The Commissioner is hereby authorized to charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

| (Authorized Signature) | |
|---|---|
| | (Date) |
| | 5/21/2003 |

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

05/28/2003 CHGUYEN1 00000073 09443957
01 FC:2501                    650.00 OP

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**PH 195**

TRANSMIT THIS FORM WITH FEE(S)

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004. OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



File No. F9618-A

S-27-03

#### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re New Application of: **Igor Zlokarnik, et al.**

U.S. Application Serial No. 09/443,957

Filed: **November 19, 1999**

Group Art Unit: **2655**

Examiner: **Daniel A. Nolan**

For: **Voice-Activated Control For Electrical Device**

**Commissioner for Patents**
**P.O. Box 1450**
**Alexandria, VA. 22313-1450**

Dear Sir:

#### RESPONSE TO THE EXAMINER'S COMMUNICATION
#### DATED MARCH 24, 2003 (PAPER NO. 10)

Review of the Examiner's Communication (Paper No. 10) reveals that the reference No. 12 (Lamp Commander, Voice Signal advertisement) has not been entered into the Supplemental Information Disclosure Statement because of the absence of its date.

We are transmitting herewith a copy of the reference No. 12 from the Applicants' file clearly showing that this reference bears the Copyright date of 1998. Entering of the reference No. 12 (Lamp Commander, Voice Signal advertisement) into the Supplemental

Received from < USPTO > at 6/19/03 3:15:00 PM [Eastern Daylight Time][Time]

Information Disclosure Statement is respectfully requested.    A copy of the respective form PTO 1449 is also attached.

With respect to the remaining references, Applicants provided all of the information available to them concerning these items.

Respectfully submitted,

SILBER & FRIDMAN

Lawrence G. Fridman
Registration No. 31,615
Attorney for Applicant

66 Mount Prospect Avenue
Clifton, New Jersey  07013-1918
Telephone (973) 779-2580
Fax (973) 779-4473

Idutrns04_610A

May-27-03 12:06P SILBER & FRIDMAN          201 779 4473          P.04



Received from < USPTO > at 6/19/03 3:15:00 PM [Eastern Daylight Time]Time]

PH 198

## The Speech Recognition Advantage

Lamp Commander™ uses high-tech speech recognition technology that enables lamps to be controlled by voice. Lamp Commander™ doesn't respond to just any noise, your voice commands activate it. Using the Lamp Commander™ is easy and fun, simply say one of the following commands:

"Lights, On"
"Lights, Off"
"Lights, Dim"

## Easy Setup

Just plug lamps into the Lamp Commander™ and they are ready for your commands. There is no need for a training session or special wiring. Lamp Commander™ is preprogrammed to listen for English commands right from the factory. Foreign language versions are coming soon from Voice Signal Technologies.

## Hands Free

Stop fumbling around in the dark while trying to switch on the light with your elbow. With Lamp Commander™ you will experience the convenience of hands-free control over lamps you already own! Plug into Lamp Commander™ and stop taking your chances in the dark.

## The Internal Dimming System

The Lamp Commander™ has its own built-in dimming system that allows you to dim any lamp that you connect to it. Even if your lamp has no dimmer, just plug it into Lamp Commander™ and let the Internal Dimming System take care of the rest. You can throw out those expensive three-way bulbs too, because Lamp Commander™ can dim any ordinary light bulb!

## New and Exciting

The excitement of speech recognition combined with the Lamp Commander's™ simple interface attracts a variety of consumers including early adopters, the elderly, mobility impaired, and children. The low price point positions the Lamp Commander™ for widespread appeal and high volume sales.

## Packaging Options

Clamshell (stands or hangs)
10"x 7" x 3" Max. Depth
Weight: 8 0z.

Shipper box
3" x 6" x 4"
Weight: 8 0z.

## Specifications:

60 Hz., 120 VAC
300 watts max. (Combined)
For use with lamps only.

## Patents Pending

This device has been tested and found to comply with Part 15B of the FCC Rules

For more information, please contact:

Voice Signal Technologies, Inc.
432 Columbia St., Suite 28A
Cambridge, MA 02141

Tel: (617) 494-0777
Fax: (617) 494-4851
Email: sales@voicesignal.com

Lamp Commander and the Voice Signal Logo are trademarks of Voice Signal Technologies, Inc.
Copyright 1998 Voice Signal Technologies, Inc.





**VOICE SIGNAL**
Speech Recognition For Consumer Products ™

## PH 199



## UNITED STATES PATENT AND TRADEMARK OFFICE

### Patent Technology Center 2600

### Facsimile Transmission

To:      **Name:**                               \<TONAME\>
                    **Company:**          \<TOCOMPANY\>
                    **Fax Number:**      \<TOFAXNUM\>
                    **Voice Phone:**    \<TOCONTACTNUM\>

From:    **Name:**                                \<FROM_NAME\>
                    **Official Fax Number:**    (703) 872-9314
                    **Official After Final Fax Number:**    (703) 872-9315
                    **Voice Phone:**    \<FROM_PHONENUM\>

37 C.F.R. 1.6 sets forth the types of correspondence that can be communicated to the Patent and Trademark Office via facsimile transmissions. Applicants are advised to use the certificate of facsimile transmission procedures when submitting a reply to a non-final or final Office action by facsimile (37 CFR 1.8(a)).

Fax Notes:

Date and time of transmission: Thursday, June 19, 2003 3:16:22 PM
Number of pages including this cover sheet: 07

**PH 200**

May-27-03 12:06P SILBER & FRIDMAN   ~~Original~~201 779 4473    P.01

| CERTIFICATE OF TRANSMISSION BY FACSIMILE (37 CFR 1.8) | Docket No. |
|---|---|
| Applicant(s): Igor Zlokarnik, et al. | F9618-A |

| Serial No. | Filing Date | Examiner | Group Art Unit |
|---|---|---|---|
| 09/443,957 | November 19, 1999 | Daniel A. Nolan | 2655 |

Invention:

**Voice-Activated Control For Electrical Device**

I hereby certify that this _____ Response To The Examiner's Communication _____
                                               *(Identify type of correspondence)*

is being facsimile transmitted to the United States Patent and Trademark Office (Fax. No.   (703)746-5823

on        **May 27, 2003**
          *(Date)*

                                                    Lawrence G. Fridman, Esq.
                                              *(Typed or Printed Name of Person Signing Certificate)*

                                                              *(Signature)*

Note: Each paper must have its own certificate of mailing.

P18/KFV01

**PH 201**



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/443,957 | 11/19/1999 | IGOR ZLOKARNIK | F9618-A | 8002 |

7590     08/12/2003

LAWRENCE G FRIDMAN ESQ
SILBERT & FRIDMAN
66 MOUNT PROSPECT AVE.
CLIFTON, NJ 070131918

| EXAMINER |
|---|
| NOLAN, DANIEL A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2655 | 14 |

DATE MAILED: 08/12/2003

Please find below and/or attached an Office communication concerning this application or proceeding.

PTC-90C (Rev. 07-01)



UNITED STATES DEPAR     ENT OF COMMERCE
**U.S. Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| | | | |

| EXAMINER |
|---|
| |

| ART UNIT | PAPER |
|---|---|
| | 14 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

1.   The information disclosure statement (IDS) submitted on 27 May 2003 was considered by the examiner. Attached find the IDS initialed and signed as indicated.

2.   Any inquiry concerning this communication or earlier communications from the Examiner should be directed to Daniel A. Nolan at telephone (703) 305-1368 whose normal business hours are Mon, Tue, Thu & Fri, from 7 AM to 5 PM. If attempts to contact the examiner by telephone are unsuccessful, supervisor Richemond Dorvil can be reached at (703)305-9645. The fax phone number for Technology Center 2600 is (703)872-9314. Label informal and draft communications as "DRAFT" or "PROPOSED", & designate formal communications as "EXPEDITED PROCEDURE". Formal response to this action may be faxed according to the above instructions, or mailed to:

Box AF
Commissioner of Patents and Trademarks
Washington, D.C. 20231

or hand-delivered to:     Crystal Park 2,
2121 Crystal Drive, Arlington, VA,
Sixth Floor (Receptionist).

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to Technology Center 2600 Customer Service Office at telephone number (703) 306-0377.
Daniel A. Nolan, Examiner, Art Unit 2654
DAN/d
August 10, 2003

VIJAY CHAWAN
PRIMARY EXAMINER

Attachment: Information Disclosure Statement (PTO-1449) Paper Number 14.

**PH 203**

May-27-03 12:07P SILBER & FRIDMAN          201 779 4473          P.06

Received from < 201 779 4473 > at 3/1/03 12:55:05 PM [Eastern Standard Time]

## INFORMATION DISCLOSURE CITATION
(the several sheets if necessary)

| | |
|---|---|
| Docket number | F961R-A |
| Application number | 09/443,957 |
| Applicant(s) | Igor Zlokarnik |
| Filing Date | November 19, 1999 |
| Group Art Unit | 2654 2655 |

### U.S. PATENT DOCUMENTS

| *EXAMINER INITIAL | REF | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | REF | DOCUMENT NUMBER | DATE | COUNTRY | CLASS | SUBCLASS | Translation YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENTS   (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | 11) | Poway News Chieftain, VOS Systems, Inc., 8/20/1998 |
| | 12) | Lamp Commander, Voice Signal advertisement    ? NO DATE |
| | 13) | 1998 publication about RSC-164 voice recognition chip on Mars |
| | 14) | INTELA Voice Switch, The Transponder, 3/1998 VOS Systems, Inc. advertisement |
| | 15) | INTELA Voice Light Switch advertisement   1999 ? No MONTH, WITHIN 1 YR OF INVENTION |
| | 16) | INTELA Voice Dimmer Switch advertisement   1999 ? No MONTH, WITHIN 1 YR OF INVENTION |
| | 17) | Quartet Technology, Inc., Voice Activated Environmental Control Units   NO DATE |
| | 18) | Quartet Technology, Inc., Voice Activated Environmental Control Units Bulletin   NO DATE |
| | 19) | Quartet Technology, Inc., Voice Activated Environmental Control Units, series 5.6 & 6   NO DATE |
| | 20) | Quartet Technology, Inc., Voice Activated Environmental Control Units, series 7 & 7M  NO DATE |
| | 20) | PerformaHome advertisement |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | 27-JUL-'03 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP Section 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

Form PTO-A820
(also form PTO-1449)

P09AREV04

Patent and Trademark Office - U.S. DEPARTMENT OF COMMERCE

SHEET 2 OF 5

Received from < USPTO > at 6/19/03 3:15:00 PM [Eastern Daylight Time]

PH 204