# EXHIBIT 7



P10 T

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

## NOTICE OF ALLOWANCE AND FEE(S) DUE



U2 SEP 2002

| | 7590 | 08/09/2002 |
|---|---|---|
| Corporate Patent Counsel | | |
| U.S. Philips Corporation | | |
| 580 White Plains Road | | |
| Tarrytown, NY 10591 | | |

DOCKETED    DATE    INITIAL
RECEIVED    AUG 3 2002
SECRETARY    DC AUG 1 3 2002
ATTORNEY

| EXAMINER |
|---|
| NGUYEN, SIMON |

| ART UNIT | CLASS-SUBCLASS |
|---|---|
| 2683 | 455-414000 |

DATE MAILED: 08/09/2002

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/722,810 | 11/27/2000 | Bernard F. Bareis | PHA 23,944X US | 4929 |

TITLE OF INVENTION: SPEECH RECOGNITION SYSTEM FOR ELECTRONIC SWITCHES IN A NON-WIRELINE COMMUNICATIONS NETWORK

GOSS
(ME)

**In case of additional Candor &
Good Faith material, inform IP&S-US
before 9/9/0_____.**

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1280 | $0 | $1280 | 11/12/2002 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above. If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is changed, pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above and notify the United States Patent and Trademark Office of the change in status, or

B. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check the box below and enclose the PUBLICATION FEE and 1/2 the ISSUE FEE shown above.

☐ Applicant claims SMALL ENTITY status.
See 37 CFR 1.27.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 4

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

MG

PR4

SS 00023

## PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail** **Box ISSUE FEE**
**Commissioner for Patents**
**Washington, D.C. 20231**
**Fax (703)746-4000**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark up with any corrections or use Block 1)

7590    08/09/2002

Corporate Patent Counsel
U.S. Philips Corporation
580 White Plains Road
Tarrytown, NY 10591

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above, or being facsimile transmitted to the USPTO, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/722,810 | 11/27/2000 | Bernard F. Barcis | PHA 23,944X | 4929 |

TITLE OF INVENTION: SPEECH RECOGNITION SYSTEM FOR ELECTRONIC SWITCHES IN A NON-WIRELINE COMMUNICATIONS NETWORK

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1280 | $0 | $1280 | 11/12/2002 |

| EXAMINER | | ART UNIT | CLASS-SUBCLASS |
|---|---|---|---|
| NGUYEN, SIMON | | 2683 | 455-414000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the USPTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent)  ☐ individual  ☐ corporation or other private group entity  ☐ government

4a. The following fee(s) are enclosed:

☐ Issue Fee
☐ Publication Fee
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):

☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Commissioner is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.

(Authorized Signature)                    (Date)

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, Washington, DC 20231.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

**TRANSMIT THIS FORM WITH FEE(S)**

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004. OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

SS 00024



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/722,810 | 11/27/2000 | Bernard F. Barcis | PHA 23,944X | 4929 |

| | 7590 | 08/09/2002 | EXAMINER |
|---|---|---|---|
| | | | NGUYEN, SIMON |

Corporate Patent Counsel
U.S. Philips Corporation
580 White Plains Road
Tarrytown, NY 10591

| ART UNIT | PAPER NUMBER |
|---|---|
| 2683 | |

DATE MAILED: 08/09/2002

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (application filed on or after May 29, 2000)

The patent term adjustment to date is 87 days. If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the term adjustment will be 87 days.

If a continued prosecution application (CPA) was filed in the above-identified application, the filing date that determines patent term adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) system. (http://pair.uspto.gov)

Page 3 of 4

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

SS 00025

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/722,810 | 11/27/2000 | Bernard F. Bareis | PHA 23,944X | 4929 |

7590      08/09/2002

Corporate Patent Counsel
U.S. Philips Corporation
580 White Plains Road
Tarrytown, NY 10591
UNITED STATES

| EXAMINER |
|---|
| NGUYEN, SIMON |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2683 | |

DATE MAILED: 08/09/2002

### Notice of Fee Increase on October 1, 2002

If a reply to a "Notice of Allowance and Fee(s) Due" is filed in the Office on or after October 1, 2002, then the amount due may be higher than that set forth in the "Notice of Allowance and Fee(s) Due" since there will be an increase in fees effective on October 1, 2002. See Revision of Patent and Trademark Fees for Fiscal Year 2003; Notice of Proposed Rulemaking, 67 Fed. Reg. 30634, 30636 (May 7, 2002). Although a change to the amount of the publication fee is not currently proposed for October 2002, if the issue fee or publication fee is to be paid on or after October 1, 2002, licant should check the USPTO web site for the current fees before submitting the payment. The USPTO Internet address for the fee schedule is: http://www.uspto.gov/main/howtofees.htm.

If the issue fee paid is the amount shown on the "Notice of Allowance and Fee(s) Due," but not the correct amount in view of the fee increase, a "Notice to Pay Balance of Issue Fee" will be mailed to applicant. In order to avoid processing delays associated with mailing of a "Notice to Pay Balance of Issue Fee," if the response to the Notice of Allowance and Fee(s) due form is to be filed on or after October 1, 2002 (or mailed with a certificate of mailing on or after October 1, 2002), the issue fee paid should be the fee that is required at the time the fee is paid. If the issue fee was previously paid, and the response to the "Notice of Allowance and Fee(s) Due" includes a request to apply a previously-paid issue fee to the issue fee now due, then the difference between the issue fee amount at the time the response is filed and the previously paid issue fee should be paid. See Manual of Patent Examining Procedure, Section 1308.01 (Eighth Edition, August 2001).

Effective October 1, 2002, 37 CFR 1.18 is proposed to be revised to change the patent issue fees as set forth below. As stated above, the final fees may be a different amount, and applicant should check the web site given above when paying the fee.

(a) Issue fee for issuing each original or reissue patent, except a design or plant patent:

By a small entity (Sec. 1.27(a))--$655.00
- other than a small entity--$1,310.00

(b) Issue fee for issuing a design patent:

By a small entity (Sec. 1.27(a))--$235.00
By other than a small entity--$470.00

(c) Issue fee for issuing a plant patent:

By a small entity (Sec. 1.27(a))--$315.00
By other than a small entity--$630.00

Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

Page 4 of 4

PTOL-85 (REV. 04-02) Approved for use through 01/31/2004.

SS 00026

PR4

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 09/722,810 | BAREIS ET AL. |
| | Examiner | Art Unit | |
| | SIMON D NGUYEN | 2683 | |

*— The MAILING DATE of this communication appears on the cover sheet with the correspondence address—*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>6/11/02</u>.

2. ☒ The allowed claim(s) is/are <u>10-19 and 24-43</u>.

3. ☒ The drawings filed on _____ are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All    b) ☐ Some*    c) ☐ None   of the:

       1. ☐ Certified copies of the priority documents have been received.

       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____.

5. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

    (a) ☐ The translation of the foreign language provisional application has been received.

6. ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

7. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

8. ☐ CORRECTED DRAWINGS must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

       1) ☐ hereto or 2) ☐ to Paper No. _____.

    (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the Examiner.

    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the top margin (not the back) of each sheet. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.**

9. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1 ☐ Notice of References Cited (PTO-892)

3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

5 ☐ Information Disclosure Statements (PTO-1449), Paper No. _____.

7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

2 ☐ Notice of Informal Patent Application (PTO-152)

4 ☐ Interview Summary (PTO-413), Paper No. _____.

6 ☐ Examiner's Amendment/Comment

8 ☒ Examiner's Statement of Reasons for Allowance

9 ☐ Other

SS 00027

Application/Control Number: 09/722,810                                          Page 2
Art Unit: 2683

## DETAILED ACTION

### *Terminal Disclaimer*

1.      The terminal disclaimer filed on June 11, 2002 disclaiming the terminal portion of

any patent granted on this application which would extend beyond the expiration date of

the full statutory term of U.S. Patent No. 6,157,848 (SN 98/914,440) which issued on

December 15, 2000 has been reviewed and is accepted. The terminal disclaimer has

been recorded.

### EXAMINER'S AMENDMENT

2.      An examiner's amendment to the record appears below. Should the changes

and/or additions be unacceptable to applicant, an amendment may be filed as provided

by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be

submitted no later than the payment of the issue fee.

        Authorization for this examiner's amendment was given in a telephone interview

with Mr. Tony Piotrowski on August 6, 2002.

        The application has been amended as follows: In claim 25, "the apparatus

according to claim 25", replaces as ...the apparatus according to claim 24....

### *Allowable Subject Matter*

3.      Claims 10-19, 24-43 are allowed.

4.      The following is an examiner's statement of reasons for allowance:

SS 00028

Application/Control Number: 09/722,810                          Page 3
Art Unit: 2683

Regarding claims 10, 16, and 39, the Ishii reference (5,182,765) disclosed a
speech recognition method for a telecommunication system including a voice recognizer
in which the user inputs the dial number as a command type with his own voice through
a microphone, a CPU collects digits representing a telephone number to be dialed, and
a speech recognizer determines whether or not there exists the dialed number
information involved.

This reference does not specifically disclose an another command type wherein
the user inputs a keyword or code by his own voice and the system will determine
whether a previously stored telephone number is associated with the keyword or code
received by the user.

Regarding claims 11-15, 17-19, 24-38, 40-43, these claims are allowed as being
dependent upon independent claims that have been allowed.

## Conclusion

5.    Any comments considered necessary by applicant must be submitted no later
than the payment of the issue fee and, to avoid processing delays, should preferably
accompany the issue fee. Such submissions should be clearly labeled "Comments on
Statement of Reasons for Allowance."


6.    Any inquiry concerning this communication or earlier communications from the
examiner should be directed to Simon Nguyen whose telephone number is (703) 308-

Application/Control Number: 09/722,810                                            Page 4
Art Unit: 2683

1116. The examiner can normally be reached on Monday-Friday from 7:00 AM to

4:00PM.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, William Trost, can be reached on (703) 308-5318.

    Any inquiry of a general nature or relating to the status of this application or

proceeding should be directed to the Group receptionist whose telephone number is

(703) 306-0377.

    Any response to this action should be mailed to:

        Commissioner of Patents and Trademarks

        Washington, D.C. 20231

    Or faxed to:

        (703) 872-9314, (for formal communications intended for entry)

    Hand-delivered response should be brought to Crystal Park II,

2121 Crystal Drive, Arlington, VA, Sixth Floor (Receptionist).


Simon Nguyen

August 7, 2002

Lee Nguyen
Primary Examiner

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                                    Atty. Docket

BAREIS ET AL                                            PHA 23,944X   US

Serial No. 09/722,810                          Group Art Unit: 2683

Filed: November 27, 2000                       Examiner:  S. Nguyen

SPEECH RECOGNITION SYSTEM FOR ELECTRONIC SWITCHES...

FOSS
(DE)

Honorable Commissioner for Patents
Washington, D.C.  20231

AMENDMENT


Sir:

In response to the Office Action dated April 24, 2002,
Applicants submit the following amendments and remarks.



IN THE SPECIFICATION


Page 1, paragraph 1:

This application is a continuation of application
08/914,440, filed August 19, 1997, now U.S. Patent 6,157,848, which
is a continuation of application 08/216,009, filed March 22, 1994,
now U.S. Patent 5,659,597, which is a continuation of application
07/867,873, filed April 13, 1992, now U.S. Patent 5,297,183.



s:\pi\a23944x.amd1                          1

IOBV

SS 00031

<u>IN THE CLAIMS</u>

Please cancel Claims 20-23 without prejudice.

Please add Claims 24-43 as follows:

--24. The apparatus according to Claim 16 wherein the interface communicates with the mobile telecommunication switch using at least one trunk.

25. The apparatus according to Claim 25 wherein the at least one trunk is a digital trunk.

26. The apparatus according to Claim 15 wherein the speech recognition apparatus is connected to the mobile telecommunication switch as an external peripheral.

27. The apparatus according to Claim 15 wherein the memory is connected to the controller through a data network.

28. The apparatus according to Claim 15 wherein the speech recognition apparatus is a shared resource that can be accessed by more than one mobile telecommunication switch.

29. The apparatus according to Claim 15 wherein the speech recognition apparatus is connected to a non-mobile telecommunication switch and the interface communicates with the mobile telecommunication switch through the non-mobile telecommunication switch.

30. The apparatus according to Claim 15 wherein the voice recognizer is also capable of recognizing commands and characters

s:\pi\a23944x.amd1

SS 00032

received through the interface from a non-mobile telecommunication user.

31.  The apparatus according to Claim 15 wherein the mobile telecommunication system interfaces with a communication network.

32.  The apparatus according to Claim 31 wherein the communication network is a circuit switched network.

33.  The apparatus according to Claim 31 wherein the communication network is a packet switched network.

34.  The method according to Claim 12 wherein the location modifier is home, work or office.

35.  The method according to Claim 10 wherein the keyword is associated with a type of data requested by the mobile telecommunication user.

36.  The method according to Claim 35 wherein the keyword includes time and information.

37.  The method according to Claim 35 further comprising the step of having the mobile telecommunication user subscribe to a service that includes a predetermined list of keywords.

38.  The method according to Claim 10 further comprising the step of having the mobile telecommunication system establish a path connection between the mobile telecommunication user and the voice recognizer.

39.  A voice activated dialing system for a wireless

s:\pi\a23944x.amd1

3

SS 00033

communication user, the system comprising:

at least one wireless telecommunication switch;

an interface with the at least one wireless telecommunication switch;

a voice recognizer capable of recognizing commands and characters received through the interface from the wireless communication user; and

a controller, coupled to the voice recognizer, arranged to determine whether a speech input from the wireless communication user is a call command, if the command is a first call command type, collect digits representing a telephone number to be dialed spoken by the user, if the command is a second call command type, determine whether a previously stored telephone number is associated with a reference code received from the wireless communication user.

40.  The system according to Claim 39, wherein the reference code is a name.

41.  The system according to Claim 39 wherein the interface communicates with the at least one wireless telecommunication switch using at least one trunk.

42.  The system according to Claim 39 wherein the voice recognizer and the controller form a speech recognition node that is communicatively coupleable to the at least one wireless telecommunication switch as an external peripheral.

43.  The system according to Claim 39 wherein the voice recognizer and the controller form a speech recognition node that acts like a shared resource that can be accessed by more than one telecommunication switch.--

s:\pi\a23944x.amd1

4

SS 00034

## REMARKS

Claims 10-19 and 24-43 are now pending[1] in this application. Claims 20-23 have been cancelled without prejudice. Dependent Claims 24-43 have been added. The specification has also been amended. Applicants respectfully request favorable reconsideration.

As noted above, Claims 24-43 have been added. Support for these claims can at least be found in Fig. 1 and at page 6, lines 5-8 and 17-20, page 13, lines 2-5 and 10-13, and page 18, lines 1-2.

In the Office Action, Claims 10-19 were provisionally rejected under the judicially created doctrine of obviousness-type double patenting over claims 1-9 of U.S. Patent application 08/914,440. Applicants note that the 08/914,440 application issued as U.S. Patent number 6,157,848.

A terminal disclaimer is filed herewith to overcome this double patenting rejection.

Claims 20-22 were rejected under 35 U.S.C. 102 as being anticipated by U.S. Patent 4,961,212 (Marui et al.). Claim 23 was rejected under 35 U.S.C. 103 as being unpatentable over Marui et al. in view of U.S. Patent 5,222,121 (Shimada).

Cancellation of Claims 20-23 renders their rejections moot.

In view of the foregoing amendments and remarks, Applicants

---

1 It is noted that Claims 2-9 were cancelled in the filing papers of the present application and Claim 1 was cancelled in a Preliminary Amendment dated January 31, 2001.
s:\pi\a23944x.amd1

5

SS 00035

respectfully request favorable reconsideration and early passage to issue of the present application.

Applicants' attorney may be reached by telephone at the number given below.

Respectfully submitted,

By _____
Tony Piotrowski, Reg. 42,080
Attorney for Applicants
(914) 333-9609

<u>CERTIFICATE OF MAILING</u>

It is hereby certified that this correspondence is being deposited with the United States Postal Service as first-class mail in an envelope addressed to:

COMMISSIONER FOR PATENTS
Washington, D.C. 20231

On June 3, 2002

By Elissa De Luccy

s:\pi\a23944x.amd1

6

SS 00036

Appendix of Amendments

IN THE SPECIFICATION

Page 1, paragraph 1:

This application is a continuation of application 08/914,440, filed August 19, 1997, now U.S. Patent 6,157,848, which is a continuation of application 08/216,009, filed March 22, 1994, now U.S. Patent 5,659,597, which is a continuation of application 07/867,873, filed April 13, 1992, now U.S. Patent 5,297,183.

s:\pi\a23944x.amd1

7

SS 00037

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                     Atty. Docket

BAREIS ET AL                             PHA 23,944X

Serial No. 09/722,810                    Group Art Unit: 2683

Filed: November 27, 2000                 Examiner:  S. Nguyen

SPEECH RECOGNITION SYSTEM FOR ELECTRONIC SWITCHES...

Commissioner for Patents
Washington, D.C.  20231

### TERMINAL DISCLAIMER

Sir:

        The undersigned, Tony E. Piotrowski, represents that

he is a representative authorized to sign on behalf of the

Assignee, Philips Electronics North America Corporation.

Philips Electronics North America Corporation is located at

1251 Avenue of the Americas, New York, New York 10020-1104,

and is the owner of all right, title and interest in this

application.

        The Assignee hereby disclaims the terminal part of

any patent granted on the above-identified application or on

any continuations thereof which would extend beyond the

expiration date of the full statutory term of U.S. Patent No.

6,157,848 (SN 08/914,440) which issued on December 15, 2000

and as presently shortened by any terminal disclaimer and

hereby agrees that any patent so granted on the above-

identified application or on any continuations thereof shall

be enforceable only for and during such period that the legal

S:\PI\a23944x.TERMPENA.DOC                    1

SS 00038

title to said patent shall be the same as legal title to U.S. Patent 6,157,848. This agreement shall run with any patent granted on the above-identified application and is binding upon the grantor, its successor and assigns.

Assignee does not disclaim any terminal part of any patent granted on the above-identified application prior to the expiration and the full statutory term of U.S. Patent No. 6,157,848 in the event it later expires for failure to pay a maintenance fee, is held unenforceable, is found invalid, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321(a), has all claims cancelled by a reexamination certificate, or is otherwise terminated prior to expiration of its statutory term as presently shortened by any Terminal Disclaimer, except for the separation of legal title stated above.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

S:\PI\a23944x.TERMPENA.DOC                2

SS 00039

Please charge our Deposit Account No. 14-1270 for the Terminal Disclaimer fee and any other fees required by this Disclaimer.

The evidentiary documents accompanying or referred to in the Terminal Disclaimer have been reviewed by the undersigned and it is certified that to the best of the assignee's knowledge and belief, title is in the assignee seeking to take action.

Respectfully submitted,

Dated:

_____
Tony E. Piotrowski, Reg. 42,080
Philips Electronics North America
Corporation

S:\PI\a23944x.TERMPENA.DOC          3

SS 00040

PIOT

## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/722,810 | 11/27/2000 | Bernard F. Bareis | PHA 23,944X US | 4929 |

7590     04/24/2002

Corporate Patent Counsel
U.S. Philips Corporation
580 White Plains Road
Tarrytown, NY 10591

1 3 MEI 2002

| EXAMINER |
|---|
| NGUYEN, SIMON |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2683 | |

DATE MAILED: 04/24/2002

FOSS
(DE)

Please find below and/or attached an Office communication concerning this application or proceeding.

| DOCKETED | DATE | INITIAL |
|---|---|---|
| COMPUTER | JR | APR 3 0 2002 |
| SECRETARY | | |
| ATTORNEY | | |

toby

PTO-90C (Rev. 07-01)





SS 00041

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/722,810 | BAREIS ET AL. |
| | Examiner | Art Unit | |
| | SIMON D NGUYEN | 2683 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☒  Responsive to communication(s) filed on <u>05 February 2001</u>.

2a)☐  This action is FINAL.    2b)☒  This action is non-final.

3)☐  Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4)☒  Claim(s) <u>2-23</u> is/are pending in the application.

   4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐  Claim(s) _____ is/are allowed.

6)☒  Claim(s) <u>2-23</u> is/are rejected.

7)☐  Claim(s) _____ is/are objected to.

8)☐  Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9)☐  The specification is objected to by the Examiner.

10)☒  The drawing(s) filed on <u>27 November 2000</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.

   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

11)☐  The proposed drawing correction filed on _____ is: a)☐ approved b)☐ disapproved by the Examiner.

   If approved, corrected drawings are required in reply to this Office action.

12)☐  The oath or declaration is objected to by the Examiner.

## Priority under 35 U.S.C. §§ 119 and 120

13)☐  Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All b)☐ Some * c)☐ None of:

      1.☐  Certified copies of the priority documents have been received.

      2.☐  Certified copies of the priority documents have been received in Application No. _____ .

      3.☐  Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

   * See the attached detailed Office action for a list of the certified copies not received.

14)☐  Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

   a) ☐ The translation of the foreign language provisional application has been received.

15)☐  Acknowledgment is made of a claim for domestic priority under 35 U.S.C. §§ 120 and/or 121.

## Attachment(s)

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>2</u>.

4)☐ Interview Summary (PTO-413) Paper No(s). _____ .
5)☐ Notice of Informal Patent Application (PTO-152)
6)☐ Other: .

U.S. Patent and Trademark Office
PTO-326 (Rev. 04-01)                    Office Action Summary                    Part of Paper No. 4

| *Notice of References Cited* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 09/722,810 | BAREIS ET AL. |
| | Examiner | Art Unit | Page 1 of 1 |
| | SIMON D NGUYEN | 2683 | |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,157,848 | 12-2000 | Bareis et al. | 379/88.01 |
| * | B | US-5,659,597 | 08-1997 | Bareis et al. | 379/88.01 |
| * | C | US-5,297,183 | 03-1994 | Bareis et al. | 379/88.02 |
| * | D | US-5,222,121 | 06-1993 | Shimada, Keiko | 379/354 |
| * | E | US-5,148,471 | 09-1992 | Metroka et al. | 379/88.02 |
| * | F | US-5,182,765 | 01-1993 | Ishli et al. | 379/354 |
| * | G | US-5,054,053 | 10-1991 | Sakanishi et al. | 379/354 |
| * | H | US-4,949,374 | 11-1986 | Ishli et al. | 455/563 |
| | I | US-4,961,212 | 10-1990 | Marui et al. | 379/354 |
| * | J | US-5,390,278 | 02-1995 | Gupta et al. | 379/88.01 |
| * | K | US-5,365,574 | 11-1994 | Hunt et al. | 379/189 |
| * | L | US-5,335,313 | 08-1994 | Douglas, Terry L. | 379/355.01 |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    Notice of References Cited                    Part of Paper No. 4

SS 00043

Application/Control Number: 09/722,810                                    Page 2
Art Unit: 2683

## DETAILED ACTION

### *Claim Objections*

1.      Claims 2-6 are objected to because of the following informalities:  Since claim 1

has been cancelled, claims 2-6 can't depend on claim 1.  Appropriate correction is

required.

### *Double Patenting*

A rejection based on double patenting of the "same invention" type finds its support in

the language of 35 U.S.C. 101 which states that "whoever invents or discovers any new

and useful process ... may obtain a patent therefor ..."  (Emphasis added).  Thus, the

term "same invention," in this context, means an invention drawn to identical subject

matter.  See *Miller v. Eagle Mfg. Co.*, 151 U.S. 186 (1894); *In re Ockert*, 245 F.2d 467,

114 USPQ 330 (CCPA 1957); and *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA

1970).

A statutory type (35 U.S.C. 101) double patenting rejection can be overcome by
canceling or amending the conflicting claims so they are no longer coextensive in
scope.  The filing of a terminal disclaimer cannot overcome a double patenting rejection
based upon 35 U.S.C. 101.

2.      Claims 2-9 are rejected under 35 U.S.C. 101 as claiming the same invention as

that of claim 2-9 of prior U.S. Patent No. 6,157,848.  This is a double patenting

rejection.

SS 00044

Application/Control Number: 09/722,810                                    Page 3
Art Unit: 2683

3.    The nonstatutory double patenting rejection is based on a judicially created
doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the
unjustified or improper timewise extension of the "right to exclude" granted by a patent
and to prevent possible harassment by multiple assignees. See In re Goodman, 11
F.3d 1046, 29 USPQ2d 2010 (Fed. Cir. 1993); In re Longi, 759 F.2d 887, 225
USPQ 645 (Fed. Cir. 1985); In re Van Ornum, 686 F.2d 937, 214 USPQ 761 (CCPA
1982); In re Vogel, 422 F.2d 438, 164 USPQ 619 (CCPA 1970); and, In re Thorington,
418 F.2d 528, 163 USPQ 644 (CCPA 1969).
      A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be
used to overcome an actual or provisional rejection based on a nonstatutory double
patenting ground provided the conflicting application or patent is shown to be commonly
owned with this application. See 37 CFR 1.130(b).
      Effective January 1, 1994, a registered attorney or agent of record may sign a
terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with
37 CFR 3.73(b).

4.    Claims 10-19 are provisionally rejected under the judicially created doctrine of

obviousness-type double patenting as being unpatentable over claims 1-9 of copending

Application No. 08/914,440. Although the conflicting claims are not identical, they are

not patentably distinct from each other because the second command type with a

keyword for a previously stored telephone number is merely a modification of a keyword

associated with a destination number to be dialed at the non-wireline

telecommunications switching office (claims 1,5). Furthermore claims 10-19 are

corresponding method claims to the apparatus claims of the patent.

      This is a _provisional_ obviousness-type double patenting rejection because the

conflicting claims have not in fact been patented.


### Claim Rejections - 35 USC § 102

5.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

Application/Control Number: 09/722,810                                      Page 4
Art Unit: 2683

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

6.    Claims 20-22 are rejected under 35 U.S.C. 102(b) as being anticipated by Marui et al. (4,961,212).

Regarding claim 20, Marui discloses a voice recognizing telephone apparatus, comprising: receiving a voice command at a voice recognizing circuit and determining the voice command is a call command (column 15 lines 37-41); collecting an identifier associated with the call command and associated the identifier with a telephone number previously stored in a memory (column 14 lines 18-22, column 16 lines 47-53); and retrieving the telephone number (column 16 line 55).

Regarding claim 21, the identifier is name (column 14 line 19).

Regarding claim 22, the identifier is a relationship modifier (column 14 lines 8-18).


### *Claim Rejections - 35 USC § 103*

7.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

8.    Claim 23 is rejected under 35 U.S.C. 103(a) as being unpatentable over Marui et al. (4,961,212) in view of Shimada (5,222,121).

Regarding claim 23, Marui failed to disclose the step of verifying.

Application/Control Number: 09/722,810                                    Page 5
Art Unit: 2683

Shimada discloses a voice recognition unit having a step of verifying mobile users (abstract). Therefore, it would have been obvious to one skilled in the art at the time the invention was made to have Marui, modified by Shimada in order to prevent a wrong connection.


9.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Simon Nguyen whose telephone number is (703) 308-1116. The examiner can normally be reached on Monday-Friday from 7:00 AM to 4:00PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, William Trost, can be reached on (703) 308-5318.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 306-0377.

Any response to this action should be mailed to:

Commissioner of Patents and Trademarks

Washington, D.C. 20231

Or faxed to:

(703) 872-9314, (for formal communications intended for entry)

Hand-delivered response should be brought to Crystal Park II,

2121 Crystal Drive, Arlington, VA, Sixth Floor (Receptionist).

SS 00047

Application/Control Number: 09/722,810                               Page 6
Art Unit: 2683

Simon Nguyen

April 18, 2002

WILLIAM TROST
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

SS 00048

FEB 0 5 2001

Sheet 1 of 4

| Form PTO-1449 (REV. 7-80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | Atty. Docket No. PHA 23,944X | Serial No. 09/722,810 |
|---|---|---|---|
| | | Applicant BARLIS ET AL | |
| **INFORMATION DISCLOSURE CITATION** (Use several sheets if necessary) | | Filing Date 11/27/00 | Group |

## U.S. PATENT DOCUMENTS

| Ex. Int. | | Document Number | | | | | | | | Date | Name | Class | Sub-class | Filing Date If Approp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SMN | AA | 5 | 3 | 9 | 0 | 2 | 7 | 8 | | 2/14/95 | GUPTA ET AL | 395 | 2.52 | |
| | AB | 5 | 3 | 7 | 1 | 9 | 0 | 1 | | 12/6/94 | REED ET AL | 455 | 69 | |
| | AC | 5 | 3 | 6 | 5 | 5 | 7 | 4 | | 11/15/94 | HUNT ET AL | 379 | 88 | |
| | AD | 5 | 3 | 3 | 5 | 3 | 1 | 3 | | 8/2/94 | DOUGLAS | 395 | 2.84 | |
| | AE | 5 | 3 | 0 | 1 | 2 | 2 | 3 | | 4/5/94 | AMADON ET AL | 379 | 58 | |
| | AF | 5 | 2 | 8 | 9 | 5 | 3 | 0 | | 2/22/94 | REESE | 379 | 88 | |
| | AG | 5 | 2 | 8 | 3 | 8 | 3 | 3 | | 2/1/94 | CHURCH ET AL | 381 | 41 | |
| | AH | 5 | 2 | 2 | 2 | 1 | 2 | 1 | | 6/22/93 | SHIMADA | 379 | 88 | |
| | AI | 5 | 1 | 9 | 9 | 0 | 6 | 2 | | 3/30/93 | VON MEISTER ET AL | 379 | 67 | |
| | AJ | 5 | 1 | 9 | 5 | 0 | 9 | 0 | | 3/16/93 | BOLLIGER ET AL | 370 | 94 | |
| | AK | 5 | 1 | 8 | 2 | 7 | 6 | 5 | | 1/26/93 | ISHII ET AL | 379 | 88 | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | | | | | | | Date | Country | Class | Sub-class | Trans. Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AJ | | | | | | | | | | | | | |

## OTHER (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| SMN | AL | "Network Protocols for the Cellular Packet Switch", by Meier-Hellstern et al, IEEE Transactions on Communications, Vol. 42. No. 2/3/4, February/March/April 1994, pages 1235-1243 |
| | AM | "The 5ESS® Wireless Mobile Switching Center", by Gouldin et al, AT&T Technical Journal, July/August 1993, Pages 38-47 |
| | AN | "Environment Adaptation for Speech Recognition in Noise", by Blanchet et al, Signal Processing VI: Theories and Applications, 1992, pages 391-394 |
| | AO | "HMM Modeling for Speaker Independent Voice Dialing in Car Environment", by Fissore et al, IEEE 1992, pages I-249-I-252 |

| Examiner Simon Nguyen | Date Considered 4/16/02 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

s:\pl\mc18pid0.wa0

\\SERVER0\SYS2\WPDOCS\PI\mc18pid0.wa0.doc

SS 00049

O I P E

FEB 0 5 2001

PATENT & TRADEMARK OFFICE

Sheet 2 of 4

| Form PTO-1449 (REV. 7-80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | Atty. Docket No. PHA 23,944X | Serial No. 09/722,810 |
|---|---|---|---|
| | | Applicant BAREIS ET AL | |
| **INFORMATION DISCLOSURE CITATION** (Use several sheets if necessary) | | Filing Date 11/27/00 | Group |

## U.S. PATENT DOCUMENTS

| Ex. Int. | | Document Number | | | | | | | Date | Name | Class | Sub-class | Filing Date If Approp. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SB | AA | 5 | 1 | 4 | 8 | 4 | 7 | 1 | 9/15/92 | METROKA ET AL | 379 | 58 | |
| | AB | 5 | 0 | 5 | 4 | 0 | 5 | 3 | 10/1/91 | SAKANISHI ET AL | 379 | 63 | |
| | AC | 4 | 9 | 6 | 1 | 2 | 1 | 2 | 10/2/90 | MARUI ET AL | 379 | 67 | |
| | AD | 4 | 9 | 4 | 9 | 3 | 7 | 4 | 8/14/90 | ISHII ET AL | 379 | 88 | |
| | AE | 4 | 8 | 2 | 7 | 5 | 0 | 0 | 5/2/89 | BINKERD ET AL | 379 | 88 | |
| | AF | 4 | 3 | 8 | 2 | 5 | 3 | 9 | 5/24/83 | WATARI ET AL | 364 | 513 | |
| | AG | 4 | 9 | 2 | 2 | 5 | 3 | 8 | 5/1/90 | TCHORZEWSKI | 381 | 42 | |
| | AH | 4 | 5 | 8 | 7 | 6 | 7 | 0 | 5/6/86 | LEVINSON ET AL | 381 | 43 | |
| | AI | 3 | 9 | 2 | 8 | 7 | 2 | 4 | 12/23/75 | BYRAM ET AL | 179 | 1SD | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Sub-class | Trans. Yes | No |
|---|---|---|---|---|---|---|---|---|
| | AJ | | | | | | | |

OTHER (Including Author, Title, Date, Pertinent Pages, Etc.)

| SB | AL | "Hands-Free Voice Communication in an Automobile with a Microphone Array", by Oh et al, IEEE 1992, pages 1-281-1-1-284 |
|---|---|---|
| | AM | "A Multi-DSP Implementation of a Broad-Band Adaptive Beamformer for Use in a Hands-Free Mobile Radio Telephone", by Claesson et al, IEEE Transactions on Vehicular Technology, Vol. 40, No. 1, Feb. 1991, pages 194-202 |
| | AN | "Automating Services with Speech Recognition over the Public Switched Telephone Network: Human Factors Considerations", by Karis et al, IEEE Journal on Selected Areas in Communications, Vol. 9, No. 4, May 1991, pages 574-585 |
| | AO | "Freedom Doesn't Come Easy", by Shandle, Electronics, March 1991, pages 45-48 |
| | AP | "Wireless Network Directions" by Ross, IEEE Communications Magazine, Feb. 1991, pages 40-42 |
| | AQ | "Trends in Cellular and Cordless Communications", by Goodman, IEEE Communications Magazine, June 1991, pageas 31-40 |

| Examiner Simon Mynyer | Date Considered 4/16/02 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

a:\pi\MC18PIE0.WA0

\\SERVBR0\SYS2\WPDOCS\PI\MC18PIE0.WA0.DOC

OIPE

FEB 05 2001

PATENT & TRADEMARK OFFICE

Sheet 3 of 4

| Form PTO-1449<br>(REV. 7-80) | U.S. DEPARTMENT OF COMMERCE<br>PATENT AND TRADEMARK OFFICE | Atty. Docket No.<br>PHA 23,944X | Serial No.<br>09/722,810 |
|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION**<br>(Use several sheets if necessary) | | Applicant<br>BAREIS ET AL | |
| | | Filing Date<br>11/27/00 | Group |

## U.S. PATENT DOCUMENTS

| Ex.<br>Int. | | Document<br>Number | Date | Name | Class | Sub-<br>class | Filing Date<br>If Approp. |
|---|---|---|---|---|---|---|---|
| Can | AA | 3 6 7 3 3 1 | 6/27/72 | HAIR ET AL | 179 | 15B | |

## FOREIGN PATENT DOCUMENTS

| | | Document<br>Number | Date | Country | Class | Sub-<br>class | Trans. | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| | AB | | | | | | | |

OTHER (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| An | AC | "Dialing a Phone by Voice", by Pawale et al, Machine Design, January 19, 1991, Pages 95-98 |
| | AD | "Eyes Free Dialing for Cellular Telephones", by Bendelac et al, IEEE 1991, Pages 120-125 |
| | AE | "Eyes Free Dialing for Cellular Telephones", by Bendelac et al, pages 234-237 |
| | AF | "SPS51-A universal interface for hands-free telephony, speech recognition and speech storage in the car telephone", by Ruhl et al, Philips Telecommunication Review, Vol. 48, No. 4, Dec. 1990, Pages 1-10 |
| | AG | "Interactive Voice Technology Applications", by Fischell et al, AT&T Technical Journal, Sept/Oct 1990, Pages 61-76 |
| | AH | "A speaker independent voice dialing system for Italian in the cellular phone application", by Babini et al, CSELT Technical Reports, Vol. XVIII, No. 3, June 1990, Pages 201-205 |
| | AI | "Cellular Packet Communications", by Goodman, IEEE Transactions on Communications, Vol 38, No. 8, August 1990, Pages 1272-1280 |
| | AJ | "Isolated Word Recognition in the Mobile-Radio System: Experiments and Results", by Fissore, Signal Processing V: Theories and Applications, 1990, Pages 1207-1210 |
| | AK | "Packet Switching in Digital Cellular Systems", by Felix, Motorola Inc, pages 414-418 |
| | AL | "Putting Speech Recognition to Work in the Telephone Network", by Lennig, Computer, August 1990, Pages 35-41 |
| | AM | "Development of the Speaker-Dependent Voice Activated Dialing Equipment", by Sato, pages 548-554 |
| | AN | "A New Speaker-Independent Voice Recognition Scheme for Voice Dialling", by Takizawa et al, IEEE 1987 pg. 547-551 |
| | AO | "Dialing by Voice", IEEE Spectrum, August 1986, Page 22 |
| | AP | "Voice Control of Mobile Telephones", by Helms, Speech Tech 1986, Pages 126-130 |
| | AQ | "The 5ESS Switching System", by Martersteck et al, AT&T Technical Journal, Vol. 64, No. 6, July, August 1985, Pages 1305-1313 |

| Examiner<br>Simon Nguyen | Date Considered<br>4/16/02 |
|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

s:\pi\vnc18pif0.wa0

\\SERVER0\SYS2\WPDOCS\PI\vnc18pif0.wa0.doc

OIPE
FEB 0 5 2001
PATENT & TRADEMARK OFFICE

Sheet 4 of 4

| Form PTO–1449 (REV. 7–80) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | Atty. Docket No. PHA 23,944X | Serial No. 09/722,810 |
|---|---|---|---|
| | | Applicant BAREIS ET AL. | |
| **INFORMATION DISCLOSURE CITATION** (Use several sheets if necessary) | | Filing Date 11/27/00 | Group |

## U.S. PATENT DOCUMENTS

| Ex. Int. | | Document Number | Date | Name | Class | Sub-class | Filing Date If Approp. |
|---|---|---|---|---|---|---|---|
| | AA | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Sub-class | Trans. Yes | No |
|---|---|---|---|---|---|---|---|---|
| | AB | | | | | | | |

### OTHER (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | AC | "The 5ESS Switching Systems: Applications Planning", by W.R. Byre et al. AT&T Technical Journal, July–August 1985, Pages 1315–1336 |
| | AD | "The 5ESS Switching System: Architectural Overview", by D.L. Carney et al. AT&T Technical Journal, Vol. 64, No. 6, July–August 1985, Pages 1339–1355 |
| | AE | "Voice Recognition in Cellular Mobile Telephones", by Thomas B. Schalk, Speech Technology, Sept./Oct. 1986, Pages 24–28 |
| | AF | Voice Dial Operating Guide, Voice Command System for Cellular Telephones, By-Word Technologies, Inc. 1989, Pages 1–18 |
| | AG | "AT&T's Conversant I Voice System", by John P. Moosemiller, Speech Technology, Mar./Apr. 1986, Pages 88–93 |
| | AH | "A PABX That Listens and Talks", Speech Technology, Jan./Feb. 1984, Pages 75–79 |
| | AI | "Speech Recognition Services" Projects to consider for voice input work at USWEST, from 1988 Presentation to USWEST |
| | AJ | "Hands-free telephony, speech recognition and speech coding techniques implemented in the SPS51, by Armbruster et al, Philips Telecommunication Review, Vol. 49, No. 1, March 1991, Pages 19–27 |
| | AK | "Learned Codebook Excited Linear Predictive (LCELP) Speech Codec for Digital Cellular System", by Unno et al, NEC Res. & Develop., Vol. 32, No. 4, Oct. 1991, Pages 549–556 |
| | AL | Abstract of "Acceptance of voice system hinges on "true" recognition: Voice Ware offers speech recognition board, by Waurzyniak, Computer Software News Vol., v4, Issue No. 10, March 10, 1986 |
| | AM | "Is thought dialing next?", Telephone Engineer & Management, April 1, 1991, page 58, ISSN: 0040–263X |
| | AN | |
| | AO | |
| | AP | |
| | AQ | |

| Examiner | Simon Kymger | Date Considered | 4/16/02 |
|---|---|---|---|

*EXAMINER:    Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include a copy of this form with next communication to applicant.

s:\pi\mc22pig0.wa0

\\SERVER0\SYS2\WPDOCS\PI\mc22pig0.wa0.doc

SS 00052

1 5 MEI 2001

APR 10 11 05

Page 1 of 3

*PTOT*

## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | DRAWINGS | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|---|
| 09/722,810 | 11/27/2000 | 2681 | 710 | PHA 23,944X | 12 | 9 | 3 |

CONFIRMATION NO. 4929

**FILING RECEIPT**

Corporate Patent Counsel
U.S. Philips Corporation
580 White Plains Road
Tarrytown, NY 10591

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
*OC000000005916176*

Date Mailed: 03/29/2001

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Office of Initial Patent Examination's Customer Service Center. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the PTO processes the reply to the Notice, the PTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).

**Applicant(s)**

    Bernard F. Bareis, Dallas, TX;
    Peter J. Foster, Dallas, TX;
    Thomas B. Schalk, Dallas, TX;

**Continuing Data as Claimed by Applicant**

    THIS APPLICATION IS A CON OF 08/914,440 08/19/1997 PAT 6,157,848
    WHICH IS A CON OF 07/867,873 04/13/1992 PAT 5,297,183

**Foreign Applications**

**If Required, Foreign Filing License Granted** 03/28/2001

**Projected Publication Date:**

**Non-Publication Request:** No

**Early Publication Request:** No

**Title**

    Speech recognition system for electronic switches in a non-wireline communications network

**Preliminary Class**

PC APR 0 9 2001

SS 00053

I 5 FEB 2001

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                           Atty. Docket

BAREIS ET AL                                   PHA 23,944X

Serial No. 09/722,810                 Group Art Unit:

Filed: November 27, 2000              Examiner:

SPEECH RECOGNITION SYSTEM FOR ELECTRONIC SWITCHES...

Honorable Commissioner for Patents
Washington, D.C.   20231

PRELIMINARY AMENDMENT

Sir:

        Prior to calculating the filing fee and examination,

please amend the above-identified application as follows:

GOSS

IN THE SPECIFICATION


    Page 1, lines 4, 5, 6,  delete in their entirety and insert:

        -- This application is a continuation of application

08/914,440, filed August 19, 1997, which is a continuation of

application 08/216,009, filed March 22, 1994, now U.S. Patent

5,659,597, which is a continuation of application 07/867,873, filed

April 13, 1992, now U.S. Patent 5,297,183. --


IN THE CLAIMS


    Please cancel claim 1.

    Please add claims 10-23 as follows:

s:\pi\pc15pia0.pir                      1                              A80I

SS 00054

10.    A speech recognition method for a mobile telecommunication system which includes a voice recognizer capable of recognizing commands and characters received from a mobile telecommunication user, the method comprising the steps of:

receiving a command from the mobile telecommunication user;

determining whether the command is a first or second command type;

if the command is the first command type, collecting digits representing a telephone number to be dialed received from the mobile telecommunication user; and

if the command is the second command type, determining whether a previously stored telephone number is associated with a keyword received from the mobile telecommunication user.

11.    The method according to Claim 10, wherein the keyword is a name.

12.    The method according to Claim 10, wherein the keyword is a location or relationship modifier.

13.    The method according to Claim 10, further comprising the steps of verifying the command and initiating a telecommunication call with the mobile telecommunication system.

14.    The method according to Claim 10, further comprising the step of prompting the mobile telecommunication user to enter information needed for the first or the second command type.

15.    The method according to Claim 10, further comprising the step of verifying the mobile telecommunication user's identity.

s:\pi\pc15pia0.pir

2

SS 00055

16.   A speech recognition apparatus for a mobile
telecommunication system, the apparatus comprising:
    a memory;
    an interface with a mobile telecommunication switch;
    a voice recognizer capable of recognizing commands and
characters received through the interface from a mobile
telecommunication user; and
    a controller, coupled to the memory and the voice recognizer,
arranged to determine whether a speech input from the user is a call
command, if the command is a first call command type, collect digits
representing a telephone number to be dialed spoken by the user, if
the command is a second call command type, determine whether a
previously stored telephone number is associated with a reference
code received from the mobile telecommunication user.

    17.   The apparatus according to Claim 16, wherein the reference
code is a name.

    18.   The apparatus according to Claim 16, wherein the reference
code is a location or relationship modifier.

    19.   The apparatus according to Claim 16 further comprising
means for verifying the mobile telecommunication user's identity.

    20.   A speech recognition method for a mobile telecommunication
system, which includes a voice recognizer capable of recognizing
commands and characters received from a mobile telecommunication
user, the method comprising the steps of:
    receiving a voice command from the mobile telecommunication
user;
    determining whether the voice command is a call command;

s:\pi\pc15pia0.pir

3

SS 00056

collecting an identifier associated with the call command;

associating the identifier with a telephone number previously stored in a memory; and

retrieving the telephone number.

21. The method according to Claim 20, wherein the identifier is a name.

22. The method according to Claim 20, wherein the identifier is a location or relationship modifier.

23. The method according to Claim 20, further comprising the step of verifying the mobile telecommunication user's identity.

<u>REMARKS</u>

Applicant respectfully requests favorable consideration and early passage to issue of the present application.

Respectfully submitted,

By _____
Tony Piotrowski, Reg. 42,080
Attorney for Applicant(s)
(914) 333-9609

CERTIFICATE OF MAILING

It is hereby certified that this correspondence is being deposited with the United States Postal Service as first-class mail in an envelope addressed to:

COMMISSIONER FOR PATENTS
Washington, D.C. 20231

On Jan. 31, 2001 _____

By _Elissa De Lucey_____

s:\pi\pc15pia0.pir

4

SS 00057

4 DEC 2000

[X] Continuation
[ ] Divisional
[ ] CPA

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

The Commissioner for Patents
Washington, D.C.  20231

Date: November 27, 2000
Docket No. PHA 23,944X
Prior Art Unit 2746'
Prior Ex. S. Nguyen

Sir:

This is a request for filing a:

[ ]   continued prosecution application ("CPA") under 37 CFR 1.53(d)

[X]   continuing application under 37 CFR 1.53(b)

of pending prior application Serial No. 08/914,440, filed on
August 19, 1997 of Bernard F. Bareis, Peter J. Foster, and
Thomas B. Schalk for SPEECH RECOGNITION SYSTEM FOR ELECTRONIC
SWITCHES IN A NON-WIRELINE COMMUNICATIONS NETWORK.

[X]   Enclosed are copies of 34 sheets of specification and 12
      drawing sheets (all of which constitutes the specification
      and drawing in this application) and the Declaration and
      Power of Attorney as filed in the parent application.

[X]   Amend the specification by inserting before the first line
      as a centered heading: --Cross Reference To Related
      Applications--; and insert below that as a new paragraph --
      This is a continuation of application Serial No.
      08/914,440, filed August 19, 1997.--

[X]   An appointment of associates is enclosed.

[ ]   As last amended, the title has been changed to

[ ]   As last amended, the name of applicant(s) has changed to

[X]   Before calculating the filing fee, cancel in this
      application original claims 2-9.

[X]   The filing fee is calculated below:

CLAIMS AS FILED IN THIS APPLICATION

| For | Number Filed | Number Extra | Rate | Basic fee | $710 |
|-----|--------------|--------------|------|-----------|------|
| Total Claims | -20 = | X $18 | = | | |
| Independ. Claims | - 3 = | X $78 | = | | |
| Mult. Dependent Claims, if any ($260) | | | = | | |
| Total Filing Fee | | | | | $ 710.00 |

[X]   Please charge the filing fee calculated above, plus any
      additional fees which may be required except for the Issue
      Fee, or credit any overpayment to Deposit Account No. 14-
      1270.

s:\pi\ma27pic0.wa0.doc

1

SS 00058

[ ]     Priority of application Serial No. *, filed on * in *, is claimed under 35 U.S.C. 119.

[ ]     The certified copy of the priority application was filed in prior application Serial No. *.

[X]     This application is assigned to Philips Electronics North America Corporation by way of the assignment filed in application Serial No. 09/914,440.

[X]     Address all future communications to Corporate Patent Counsel, U.S. Philips Corporation, 580 White Plains Road, Tarrytown, New York 10591.

[ ]     A preliminary amendment to this application is enclosed.

[ ]     Enter in this application the amendment under 37 C.F.R. 1.116 which was unentered in the prior application.

[ ]     An Information Disclosure Statement is enclosed.

[X]     An Authorization Pursuant to 37 CFR 1.136(a)(3) is enclosed.

[X]     Request Under 37 CFR 3.73 to Proceed in the Name of Assignee and Power of Attorney.


Tony E. Piotrowski
Registration No. 42,080
(914) 333-9609
U.S. Philips Corporation
580 White Plains Road
Tarrytown, New York 10591

| CERTIFICATE OF EXPRESS MAILING |
|---|
| Express Mail Mailing Label No. EL458218648 |
| Date of Deposit November 27, 2000 |
| I hereby certify that this paper and/or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231. |
| Elissa DeLuccy          Elissa DeLuccy |
| Typed Name          Signature |

s:\pi\ma27pic0.wa0.doc

2

SS 00059