# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353 PBS |

## SCANSOFT, INC.'S ASSENTED-TO MOTION FOR IMPOUNDMENT

ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.2 and paragraph 14 of the parties' agreed upon Protective Order for an order impounding Plaintiff's Reply in Support of its Motion to Compel Deposition Testimony and for Sanctions ("Reply") and Exhibit A to Plaintiff's Reply, filed concurrently by hand.

As grounds for this motion, ScanSoft states that the Reply and Exhibit A of the Reply disclose portions of the transcript of the February 28, 2005, deposition of Jordan Cohen, designated by VST as "Highly Confidential."

Accordingly, pursuant to the terms of the Protective Order, ScanSoft moves that the Reply be placed under seal in the envelope provided and that impoundment continue pursuant to Local Rule 7.2 and the terms of the Protective Order. Alternatively, should the Court deny this motion to file under seal, ScanSoft respectfully requests that the Reply be treated as filed in the regular course and placed in the public record.

Dated:  May 10, 2005

SCANSOFT, INC.,

By its attorneys,

/s/ Rebecca L. Hanovice
Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Erik P. Belt, BBO # 558620
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
Rebecca L. Hanovice, BBO # 660366
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
rhanovice@bromsun.com

CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for ScanSoft conferred with counsel for VST on May 10, 2005 and that counsel for VST assented to this motion.

/s/  Rebecca L. Hanovice

02639/00509  384880.1