# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>　　　　　Defendants. | Civil Action No. 04-10353 PBS |

### PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO COMPEL DEPOSITION TESTIMONY AND FOR SANCTIONS

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a short reply memorandum further supporting its Motion to Compel Deposition Testimony and for Sanctions (filed April 8, 2005) and addressing arguments raised by defendant in its Opposition to the Motion (filed April 22, 2005). ScanSoft believes that the Reply memorandum, filed concurrently by hand, will aid the Court in its determination of the issues. Therefore, Plaintiff respectfully requests leave of this Court to file the Reply memorandum.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on May 10, 2005, counsel for ScanSoft conferred by telephone with counsel for VST and that counsel for VST assented to this motion.

Dated: May 10, 2005                                     SCANSOFT, INC.,

                                                        By its attorneys,


                                                        /s/ Rebecca L. Hanovice
                                                        Lee Carl Bromberg, BBO #058480
                                                        Robert Asher, BBO #022865
                                                        Erik P. Belt, BBO # 558620
                                                        Lisa M. Fleming, BBO #546148
                                                        Jack C. Schecter, BBO #652349
                                                        Rebecca L. Hanovice, BBO # 660366
                                                        BROMBERG & SUNSTEIN LLP
                                                        125 Summer Street
                                                        Boston, Massachusetts 02110-1618
                                                        (617) 443-9292
                                                        rhanovice@bromsun.com


02639/00509  384883.1