## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-10353-PBS |
| ) | |
| ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## <u>DECLARATION OF WENDY S. PLOTKIN</u>

Wendy S. Plotkin deposes and states as follows:

1.      I am an attorney in the law firm of Choate, Hall & Stewart, and a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.  I am counsel to the above-named defendants and make this declaration in support of the Voice Signal Technologies, Inc.'s Reply to Plaintiff's Response to Objections to the Magistrate Judge's Order Requiring Trade Secrets Discovery.

2.      Attached hereto as Ex. A is a true and correct copy of documents Bates labeled SS005630-SS005633.

3.      Attached hereto as Ex. B is a true and correct copy of a documents Bates labeled SS0016352 – SS001653.

4.      Attached hereto as Ex. C is a true and correct copy of  a document Bates labeled SS016354.

\*            \*            \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct to the best of my knowledge and

belief.

/s/ Wendy S. Plotkin
Wendy S. Plotkin

Dated:  May 12, 2005

2