UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353 PBS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT**

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a supplemental memorandum further supporting its Motion to Show Cause Why Defendant Should Not be Held in Contempt (filed April 29, 2005). ScanSoft believes that the Supplemental Memorandum, filed concurrently, will aid the Court in its determination of the issues. Therefore, Plaintiff respectfully requests leave of this Court to file the Supplemental Memorandum.

**CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1**

I hereby certify that on May 12, 2005, counsel for the parties conferred in a good faith effort to resolve or narrow the issues presented by this motion but were unable to do so.

Dated: May 13, 2005                                         SCANSOFT, INC.,

                                                            By its attorneys,


                                                            /s/ Rebecca L. Hanovice
                                                            Lee Carl Bromberg, BBO #058480
                                                            Robert Asher, BBO #022865
                                                            Erik P. Belt, BBO # 558620
                                                            Lisa M. Fleming, BBO #546148
                                                            Jack C. Schecter, BBO #652349
                                                            Rebecca L. Hanovice, BBO # 660366
                                                            BROMBERG & SUNSTEIN LLP
                                                            125 Summer Street
                                                            Boston, Massachusetts 02110-1618
                                                            (617) 443-9292
                                                            rhanovice@bromsun.com


02639/00509   385932.1