# CHOATE, HALL & STEWART LLP

WENDY S. PLOTKIN
DIRECT DIAL: (617) 248-5047
EMAIL: WPLOTKIN@CHOATE.COM

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

T (617) 248-5000    F (617) 248-4000
www.choate.com

May 2, 2005

**BY HAND**

Jack C. Schecter, Esq.
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110

RE:   *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*
      Civil Action No. 04-10353 (PBS)

Dear Jack:

Enclosed please find documents bearing bates range VST 03968 – VST 04222. These documents have been designated "Highly Confidential" pursuant to the Protective Order entered by the court on March 11, 2005. In addition, certain documents have been redacted pursuant to the Court's April 27, 2005 Order.

Sincerely,

Wendy S. Plotkin

cc:   Robert S. Frank, Jr.
      Sarah Chapin Columbia
      Paul D. Popeo
      Paul E. Bonanno

3920256v1