UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353-PBS |

**DECLARATION OF JACK C. SCHECTER**

I, Jack C. Schecter, depose under oath and state as follows:

1.  I am an attorney at the firm of Bromberg & Sunstein LLP, 125 Summer Street, Boston, MA 02110. I represent ScanSoft, Inc. ("ScanSoft") in the above-captioned matter.

2.  On March 30, 2005, Magistrate Judge Alexander ordered Voice Signal Technologies, Inc. ("VST") to produce "all documents indicating the work that the individual defendants performed for VST for a period of one year following the commencement of their employment with VST."

3.  On April 27, 2005, this Court again ordered VST to produce the documents covered by Magistrate Judge Alexander's Order (with source code redacted). Following the Court's Order, I telephoned Ms. Plotkin and requested that VST produce the documents immediately. Ms. Plotkin represented to me that VST was working as quickly as possible to get

the documents covered by the Magistrate Judge's Order ready for production, but, again, Ms. Plotkin was unable or unwilling to provide any further specifics.

4. As of April 29, 2005, the time of filing of ScanSoft's Emergency Motion to Show Cause Why Defendant Should Not Be Held In Contempt, VST had not produced a single document covered by Magistrate Judge Alexander's March 30, 2005 Order or this Court's Order of April 27, 2005.

5. On Tuesday, May 3, 2005, VST produced 254 pages of heavily redacted documents. In addition to redactions for source code, non-source code information was also redacted, including the names of email authors and recipients and the names of individuals discussed within the documents.

6. On Tuesday, May 3, 2005, I called Wendy Plotkin, counsel for VST, to discuss the documents produced by VST. During this phone conversation, Ms. Plotkin represented that the production to ScanSoft was not complete. Ms. Plotkin stated that VST had produced "the bulk of the documents," but would be producing additional documents in "two or three days."

7. To date, more than a week after my conversation with Ms. Plotkin, ScanSoft has not received any additional production from VST.

Signed under the pains and penalties of perjury this 13th day of May, 2005.

/s/ Jack C. Schecter  
Jack C. Schecter

02639/00509   385318.1

-2-