# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC.<br><br>      Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>      Defendants. | Civil Action No. 04-10353 PBS |

## PLAINTIFF'S MOTION TO REVISE SCHEDULING ORDER

Plaintiff ScanSoft, Inc. ("ScanSoft") respectfully requests, for the reasons addressed in the accompanying memorandum, that this Court (1) extend the discovery deadline by ninety days and (2) revise the Scheduling Order to similarly extend all subsequent deadlines. Accordingly, ScanSoft proposes that the Court grant a ninety (90) day extension to the current Scheduling Order:

| Event: | Current Date: | Proposed Date: |
|---|---|---|
| Fact Discovery Deadline<br>(excluding discovery on damages) | May 30, 2005 | August 30, 2005 |
| Initial Expert Reports due<br>(for parties with burden of proof) | June 14, 2005 | September 14, 2005 |
| Rebuttal Expert Reports due | June 29, 2005 | September 29, 2005 |
| Expert Discovery Deadline | July 26, 2005 | October 26, 2005 |
| Summary Judgment and<br>Markman Motion Filing Deadline | August 11, 2005 | November 11, 2005 |

| | | |
|---|---|---|
| Opposition to Summary Judgment And Markman Motions | August 27, 2005 | November 28, 2005 |
| Hearing on Markman, Summary Judgment or Pretrial Conference | October 7, 2005 | January 9, 2006 |

Dated: Boston, Massachusetts
      May 18, 2005

Respectfully submitted

SCANSOFT, INC.
*By its attorneys,*


/s/ Rebecca L. Hanovice
Lee Carl Bromberg (BBO #058480)
Robert Asher (BBO #022865)
Erik Paul Belt (BBO # 558620)
Lisa M. Fleming (BBO #546148)
Jack C. Schecter (BBO #652349)
Rebecca L. Hanovice (BBO # 660366)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
(617) 443-9292
rhanovice@bromsun.com

## CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that counsel for the parties conferred on May 17 and 18, 2005, in an effort to resolve the issues presented by this motion, but were unable to reach an agreement.

02639/00509 385838.1