UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-10353-PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF PAUL D. POPEO

I, Paul D. Popeo, on oath, depose and say as follows:

I am a partner in the law firm Choate, Hall & Stewart, LLP and am counsel of record for the defendants in this action. I make this declaration in connection with Voice Signal Technologies, Inc.'s ("Voice Signal") Response to Plaintiff's ("ScanSoft") Motion to Revise Scheduling Order.

1. Attached hereto as Exhibit A is a true and accurate copy of a May 17, 2005 email from Voice Signal counsel Paul Popeo to ScanSoft counsel Lisa Fleming.

Signed under the pains and penalties of perjury this 25th day of May, 2005.

/s/ Paul D. Popeo
Paul D. Popeo

3929871v1