# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. </br></br> Plaintiff, </br></br> v. </br></br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR </br></br> Defendants. | Civil Action No. 04-10353 PBS |

## SCANSOFT, INC.'S MOTION TO COMPEL DEPOSITION OF MANFRED G. GRABHERR

Plaintiff ScanSoft, Inc. ("ScanSoft") hereby moves pursuant to Fed. R. Civ. P. 37 for an order compelling defendant Manfred G. Grabherr to comply with the deposition notice duly served on December 10, 2004, and re-served on February 1, 2005. The grounds for this motion are set forth in the accompanying Memorandum.

Accordingly, it is respectfully requested that this motion be granted. A proposed order is attached for the Court's convenience.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on May 23, 2005, counsel for the parties conferred by telephone in an effort to resolve the issues presented in this motion, and that the parties were unable to reach an accord.

| | |
|---|---|
| Dated: May 25, 2005 | SCANSOFT, INC.,<br>By its attorneys,<br><br>/s/ Rebecca L. Hanovice<br>Lee Carl Bromberg, BBO # 058480<br>Robert Asher, BBO # 022865<br>Erik Paul Belt, BBO # 558620<br>Lisa M. Fleming, BBO # 546148<br>Jack C. Schecter, BBO # 652349<br>Rebecca L. Hanovice, BBO # 660366<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110-1618<br>(617) 443-9292 |

02639/00509 388179.1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353 PBS |

### ORDER COMPELLING DEPOSITION OF MANFRED G. GRABHERR

Upon consideration of Plaintiff ScanSoft, Inc.'s Motion to Compel Deposition of Manfred G. Grabherr, filed on May 25, 2005, it is hereby ordered that Manfred G. Grabherr appear for a deposition within five (5) days after this order is issued.

**IT IS SO ORDERED:**

_____                    _____
Date                                         United States District Court Judge

02639/00509 388179.1