## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10353 PBS |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | |
| MANFRED G. GRABHERR | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

To:   Robert S. Frank, Jr., Esq.
      Sarah Chapin Columbia, Esq.
      Paul D. Popeo, Esq.
      Paul E. Bonanno, Esq.
      Wendy S. Plotkin, Esq.
      CHOATE, HALL & STEWART
      Exchange Place
      53 State Street
      Boston, MA 02109
      (617) 248-5000

## NOTICE OF DEPOSITION OF MANFRED G. GRABHERR

Please take notice that counsel for ScanSoft, Inc. will take the deposition upon oral examination of Manfred G. Grabherr, beginning at 10:00 a.m. on Friday, January 14, 2004 at the office of Bromberg & Sunstein LLP, 125 Summer Street, Boston, Massachusetts 02110, or at such other time and place as may be agreed upon by counsel. The deposition will take place before a Notary Public or other person authorized to administer oaths and will be recorded by stenographic and/or video means. Attorneys may also use equipment for providing simultaneous stenography during the deposition.

Dated:  December 10, 2004

SCANSOFT, INC.,

By its attorneys,

Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Julia Huston, BBO #562160
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2004, a true and correct copy of the foregoing document was served upon opposing counsel by facsimile and first class mail.

Jack C. Schecter

02639/00509  349604.1

2