UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
FEB 2 5 2005
BROMBERG & SUNSTEIN

SCANSOFT, INC., )
)
    Plaintiff, )
)
v. ) C.A. No. 04-10353-PBS
)
VOICE SIGNAL )
TECHNOLOGIES, INC., )
LAURENCE S. GILLICK, )
ROBERT S. ROTH, )
JONATHAN P. YAMRON, )
and MANFRED G. GRABHERR, )
)
    Defendants. )

DEPOSITION OF DANIEL ROTH, a witness called by and on behalf of the Plaintiffs, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Dana Welch, CSR, Registered Professional Reporter, and Notary Public, in and for the Commonwealth of Massachusetts, at the offices of Bromberg & Sunstein, 125 Summer Street, Boston, Massachusetts, on February 22, 2005, commencing at 10:01 a.m.

ORIGINAL

Job No. 2590

```
 1    APPEARANCES:

 2    For the Defendants:

 3         CHOATE, HALL & STEWART, P.C.
           Exchange Place
 4         53 State Street
           Boston, Massachusetts   02109
 5         (617) 248-5000
           By:  Robert S. Frank Jr., Esq.
 6
      For the Plaintiff:
 7
           BROMBERG & SUNSTEIN, LLP
 8         125 Summer Street, 11th Floor
           Boston, Massachusetts   02110-1618
 9         (617) 443-9292
           By:  Lee Carl Bromberg, Esq.
10         And: Jack C. Schecter, Esq.

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    I N D E X

 2

 3   WITNESS:  DANIEL ROTH              PAGE NO.

 4   EXAMINATION:

 5   By Mr. Bromberg                        4
     By Mr. Frank                         259
 6   By Mr. Bromberg                      262

 7   Certificate of the Reporter          264

 8

 9

10                    E X H I B I T S

11
     NO.        DESCRIPTION              PAGE NO.
12
     (Exhibits attached to transcript.)
13
     1 - Boston Business Journal Clip      17
14   2 - Rule 30(b)(6) Notice of Depo      23
     3 - Amended Response                  31
15   4 - 2/18/05 Website Printout          72
     5 - Howe Article 11/27/00             96
16   6 - Globe Article  6/7/04            101
     7 - 9/6/01 Press Release             104
17   8 - Patent #2004/0049388A1           110
     9 - 9/18/00 Press Release            119
18   10- 3/20/01 Press Release            119
     11- User Interface Spec 1.2 11/7/03  128
19   12- VSuite 3.0 Version Release       156
     13- VST 01089 through 01143          156
20   14- Affidavit of D. Roth 9/19/01     166
     15- Temporary Injunction             170
21   16- Gillick Agreement 1/23/85        184
     17- 12/29/04 Letter                  253
22

23

24
```

```
 1                    P R O C E E D I N G S
 2           (The Massachusetts driver's license
 3       number as identification of the deponent
 4       was noted for the record.)
 5  WHEREUPON,
 6                    DANIEL ROTH,
 7  having duly sworn or affirmed that his
 8  testimony would be the truth, the whole truth,
 9  and nothing but the truth, testified as
10  follows:
11                 DIRECT EXAMINATION
12  BY MR. BROMBERG:
13      Q.   Would you state your name for the
14  record, sir.
15      A.   Daniel Lawrence Roth.
16      Q.   What is your address?
17      A.   [redacted]
18      Q.   What's your occupation, sir?
19      A.   I'm an entrepreneur.
20      Q.   What's your current employment?
21      A.   I work for Voice Signal.
22      Q.   What is your position?
23      A.   President.
24      Q.   How long have you been the president?
```

```
 1        THE DEPONENT:  Okay.

 2   BY MR. BROMBERG:

 3        Q.  [redacted]

 4   [redacted]

 5        A.  [redacted]

 6        Q.  [redacted]

 7   [redacted]

 8        A.  [redacted]

 9        Q.  [redacted]

10        A.  [redacted]

11   [redacted]

12   [redacted]

13        Q.  [redacted]

14   [redacted]

15        A.  [redacted]

16        Q.  [redacted]

17        A.  [redacted]

18        Q.  [redacted]

19   [redacted]

20        A.  [redacted]

21        Q.  Okay.  How about Manfred Grabherr, does

22   he work on a particular area of this

23   technology?

24        A.  What technology?
```

1   Q.  The Core Technology, as set forth in
2   your website.
3   A.  Manfred is a generalist.
4   Q.  So does he work in any one of these
5   areas?
6   A.  Manfred is capable of working in any
7   one of these areas.
8   Q.  And what assignments has he had at
9   Voice Signal since he arrived there four or
10  five years ago, whenever that was?
11  A.  Manfred, like the other guys, worked on
12  speech recognition engine development for
13  mobile phones.
14  Q.  I didn't hear the last part.
15  A.  For mobile phones.
16  Q.  For mobile phones; okay.  And in
17  connection with that work did he work on the
18  VoiceTag engine?
19  A.  No.
20  Q.  Did he work on --
21  A.  Not that I recall.
22  Q.  Did he work on the CCR engine?
23  A.  He did work on CCR.
24  Q.  Did he work on the ELVIS engine?

Case 1:04-cv-10353-PBS    Document 192-4    Filed 05/25/2005    Page 7 of 8

Page 263

```
 1                    C E R T I F I C A T E

 2         I, Daniel Roth, do hereby certify that I

 3    have read the foregoing transcript of my

 4    testimony given on February 22, 2005, and I

 5    further certify that said transcript is a true

 6    and accurate record of said testimony (with the

 7    exception of the corrections listed below):

 8    Page   Line         Correction

 9

10

11

12

13

14    Dated at _____, this _____

15    day of _____, 2005.

16

17                      _____
                            Daniel Roth
18
      SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
19

20

21

22
      duw
23

24
```

Esquire Deposition Services
1-866-619-3925

Case 1:04-cv-10353-PBS    Document 192-4    Filed 05/25/2005    Page 8 of 8

# CERTIFICATE

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS

I, Dana Welch, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify:

That DANIEL ROTH, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of my stenotype notes taken in the foregoing matter, to the best of my knowledge, skill and ability.

IN WITNESS WHEREOF, I have hereunto set my hand this 25th day of February, 2005.

*Dana Welch*
———————————————
Dana Welch, CSR, RPR
Registered Professional Reporter