UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RECEIVED**

FEB 2 5 2005

BROMBERG & SUNSTEIN

SCANSOFT, INC.,   )
                 )
      Plaintiff, )
                 )
v.               )   C.A. No. 04-10353-PBS
                 )
VOICE SIGNAL     )
TECHNOLOGIES, INC., )
LAURENCE S. GILLICK, )
ROBERT S. ROTH, )
JONATHAN P. YAMRON, )
and MANFRED G. GRABHERR, )
                 )
      Defendants. )
                 )

DEPOSITION OF DANIEL ROTH, a witness called by and on behalf of the Plaintiffs, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Dana Welch, CSR, Registered Professional Reporter, and Notary Public, in and for the Commonwealth of Massachusetts, at the offices of Bromberg & Sunstein, 125 Summer Street, Boston, Massachusetts, on February 22, 2005, commencing at 10:01 a.m.

Job No. 2590

**ORIGINAL**

```
 1   APPEARANCES:

 2   For the Defendants:

 3        CHOATE, HALL & STEWART, P.C.
          Exchange Place
 4        53 State Street
          Boston, Massachusetts  02109
 5        (617) 248-5000
          By:  Robert S. Frank Jr., Esq.
 6
     For the Plaintiff:
 7
          BROMBERG & SUNSTEIN, LLP
 8        125 Summer Street, 11th Floor
          Boston, Massachusetts  02110-1618
 9        (617) 443-9292
          By:  Lee Carl Bromberg, Esq.
10        And: Jack C. Schecter, Esq.

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1                           I N D E X

2

3   WITNESS: DANIEL ROTH                        PAGE NO.

4   EXAMINATION:

5   By Mr. Bromberg                                 4
    By Mr. Frank                                  259
6   By Mr. Bromberg                               262

7   Certificate of the Reporter                   264

8

9

10                          E X H I B I T S

11

    NO.          DESCRIPTION                     PAGE NO.
12
    (Exhibits attached to transcript.)
13
    1 - Boston Business Journal Clip               17
14  2 - Rule 30(b)(6) Notice of Depo               23
    3 - Amended Response                           31
15  4 - 2/18/05 Website Printout                   72
    5 - Howe Article 11/27/00                      96
16  6 - Globe Article 6/7/04                      101
    7 - 9/6/01 Press Release                      104
17  8 - Patent #2004/0049388A1                    110
    9 - 9/18/00 Press Release                     119
18  10- 3/20/01 Press Release                     119
    11- User Interface Spec 1.2 11/7/03           128
19  12- VSuite 3.0 Version Release                156
    13- VST 01089 through 01143                   156
20  14- Affidavit of D. Roth 9/19/01              166
    15- Temporary Injunction                      170
21  16- Gillick Agreement 1/23/85                 184
    17- 12/29/04 Letter                           253
22

23

24

```
 1                    P R O C E E D I N G S
 2          (The Massachusetts driver's license
 3       number as identification of the deponent
 4       was noted for the record.)
 5  WHEREUPON,
 6                     DANIEL ROTH,
 7  having duly sworn or affirmed that his
 8  testimony would be the truth, the whole truth,
 9  and nothing but the truth, testified as
10  follows:
11                  DIRECT EXAMINATION
12  BY MR. BROMBERG:
13      Q.  Would you state your name for the
14  record, sir.
15      A.  Daniel Lawrence Roth.
16      Q.  What is your address?
17      A.  20 Tileston Street, Boston, 02113.
18      Q.  What's your occupation, sir?
19      A.  I'm an entrepreneur.
20      Q.  What's your current employment?
21      A.  I work for Voice Signal.
22      Q.  What is your position?
23      A.  President.
24      Q.  How long have you been the president?
```

1  BY MR. BROMBERG:

2     Q.  Am I correct that in those

3  demonstration projects there was not a payment

4  to Voice Signal?

5     A.  Not to my recollection.

6     Q.  So when you say Samsung is your first

7  customer in the mobile handset OEM market as of

8  May 2002, how was that relationship different,

9  say?

10    A.  They were the first customer to ship a

11 product containing our technology in a mobile

12 handset.

13    Q.  Okay.  And have they remained a

14 customer from that time to this?

15    A.  Yes.

16    Q.  And has your company added additional

17 customers since that time?

18    A.  Yes.

19    Q.  What is the name of the product or

20 technology that Voice Signal supplied to

21 Samsung in May 2002?

22    A.  VoiceTag.

23    Q.  VoiceTag?

24    A.  I think we had the V capitalized and

1    the T capitalized as I recall.
2         Q.  Okay.  Is VoiceTag the same as or
3    different than VSuite?
4              MR. FRANK:  Objection.  You might tell
5         us what you mean by different.  Did it --
6         you might be asking whether it addresses
7         the same general functionality; you might
8         also be asking and perhaps are asking
9         whether, let's see, the structure of the
10        product was different.  And I'd just ask
11        you to clarify.
12   BY MR. BROMBERG:
13        Q.  Okay.  Let me try to get at it a
14   different way, then.  In your sale to Samsung
15   beginning in May 2002, when they shipped
16   handsets containing Voice Signal Technologies,
17   what was the Voice Signal technology that was
18   included in that Samsung handset?
19        A.  It was VoiceTag.
20        Q.  It was called VoiceTag?
21        A.  Correct.
22        Q.  And did it have any other name inside
23   the company?
24        A.  No.

```
 1       A.   In some cases.
 2       Q.   Well, there are five versions of VSuite
 3  listed in answer number one, correct?
 4       A.   Correct.
 5       Q.   Does each of them include VoiceTag, the
 6  speech recognition engine?
 7       A.   No.
 8       Q.   Which ones do not have it?
 9       A.   VSuite 2.0 does not have VoiceTag.
10       Q.   Okay.  Does VSuite 2.0 have a speech
11  recognition engine?
12       A.   Yes.
13       Q.   Does that speech recognition engine
14  have a name?
15       A.   Yes.
16       Q.   What is the name?
17       A.   ELVIS.
18       Q.   ELVIS.  But do I understand you
19  correctly, sir, that ELVIS is not contained in
20  VSuite 1.0, 1.1, 1.2 or 1.3?
21       A.   Yes.
22       Q.   When was the first time that VSuite 2.0
23  was sold by Voice Signal to a customer?
24       A.   Define sold.
```

```
 1      Q.  When did Voice Signal first offer to
 2   license         1.3?
 3      A.  I believe it was in early 2004.
 4      Q.  And am I correct that VSuite 1.3 has
 5   the user interface and the VoiceTag speech
 6   recognition engine?
 7      A.  Yes.
 8      Q.  Does it have any other components?
 9      A.  Yes.
10      Q.  What else does it have?
11      A.  It has additional speech recognition
12   engines.
13      Q.  What additional speech recognition
14   engines does it have?
15      A.  It has CCR.
16      Q.  What is CRR, sir?
17      A.  It's a speech recognition engine.
18      Q.  And what does CCR stand for?
19      A.  Command Control Recognizer.
20      Q.  Does the CCR speech recognition engine
21   provide functionality that is not available in
22   VoiceTag?
23      A.  Yes.
24      Q.  What functionality, sir?
```

```
 1
 2
 3
 4
 5              THE DEPONENT:
 6    BY MR. BROMBERG:
 7         Q.   What other products?
 8         A.   We have a product called VoiceMode.
 9         Q.   What is VoiceMode, sir?
10         A.   VoiceMode is a configuration which
11    allows for dictating short messages into a
12    mobile phone, converting them into text.
13         Q.   Does VoiceMode have a speech
14    recognition engine?
15         A.   Yes.
16         Q.   What is that speech recognition engine?
17         A.   ELVIS.
18         Q.   The same as in VSuite 2.0?
19              MR. FRANK:   Objection.
20              THE DEPONENT:   No.
21    BY MR. BROMBERG:
22         Q.   How is it different, sir?
23         A.   It has different components.
24         Q.   Even though it's got the same name?
```

1   Q.  And one of them is, "clear and concise
2   documentation."  Do you see that?
3   A.  Yes.
4   Q.  What does that refer to, Mr. Roth?
5   A.  It's a good question.  I'm sure it
6   relates to documentation about the product
7   functions and features.
8   Q.  Is that something that is provided to a
9   licensee in order to enable them to make use of
10  the Voice Signal product?
11  A.  I would think so, yes.
12  Q.  Something akin to a user manual?
13  A.  Sure.
14  Q.  Technical specifications?
15  A.  Technical specifications, I don't know.
16  Q.  Who would be able to tell us what is
17  provided to the customer by way of
18  documentation?
19  A.  There's no single way we do it.  So
20  what is provided to the customer varies from
21  customer to customer.  So there's no package
22  that we sort of pull off the shelf and hand
23  over.  These are very customized relationships.
24  Q.  And who would know about it, for

1  example, the relationship with Samsung at this
2  level of the documentation that is provided?
3      A.  Product management, most likely.
4      Q.  And again, that would be Mr. Lazay?
5      A.  Would be his organization.
6      Q.  So somebody within his organization
7  would have responsibility for the Samsung
8  account, for example?
9      A.  Yes.
10     Q.  And would be able to tell us what clear
11 and concise documentation had been provided to
12 Samsung in order to permit them to make use of
13 the VSuite 2.0 and the VoiceMode?
14     A.  Yeah.
15         MR. FRANK:  Yes?
16         THE DEPONENT:  Yes.
17 BY MR. BROMBERG:
18     Q.  Okay.  On the second to the last page,
19 third to the last page, sorry, there's
20 something called the Voice Signal Store.  And
21 it says, "Periodically, Voice Signal will make
22 software available for sale at the Voice Signal
23 store."  Do you see that, sir?
24     A.  I see that.

```
 1                  C E R T I F I C A T E
 2         I, Daniel Roth, do hereby certify that I
 3   have read the foregoing transcript of my
 4   testimony given on February 22, 2005, and I
 5   further certify that said transcript is a true
 6   and accurate record of said testimony (with the
 7   exception of the corrections listed below):
 8   Page   Line         Correction
 9
10
11
12
13
14   Dated at _____, this _____
15   day of _____, 2005.
16
17                 _____
                           Daniel Roth
18
     SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
19
20
21
22
     duw
23
24
```

CERTIFICATE

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, SS

I, Dana Welch, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify:

That DANIEL ROTH, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of my stenotype notes taken in the foregoing matter, to the best of my knowledge, skill and ability.

IN WITNESS WHEREOF, I have hereunto set my hand this 25th day of February, 2005.

*Dana Welch*

Dana Welch, CSR, RPR
Registered Professional Reporter