# EXHIBIT A

Issued by the
# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

### SUBPOENA IN A CIVIL CASE

| TO: | Peter J. Foster<br>3924 Bryn Mawr<br>Dallas, TX 75225 | *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*<br>Civil Action No. 04-10353-PBS<br>United States District Court for the<br>District of Massachusetts |
|---|---|---|

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear for the taking of a deposition at the place, date, and time specified below to testify with respect to the above-captioned case.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | January 5, 2005 at<br>10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| DELIVER TO | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER
Paul E. Bonanno
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Paul Bonanno<br>Attorney for defendant Voice Signal Technologies, Inc. | 12/13/04 |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
SEP 28 2004
BROMBERG & SUNSTEIN

| | |
|---|---|
| SCANSOFT, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-10353-PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) |
| Defendants. | ) |

**NOTICE OF DEPOSITION AND REQUEST FOR PRODUCTION OF DOCUMENTS**

To:    All Parties and Their Counsel of Record

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 26, 30, 34, and 45, defendant Voice Signal Technologies, Inc. will take the deposition upon oral examination of Texas Instruments Incorporated, 7839 Churchill Way, MS3999, Dallas, TX 75251. A copy of the deposition subpoena is attached hereto.

The deposition will be conducted at the offices of Storm & Hemingway LLP, 8117 Preston Road, Suite 460, Dallas, TX 75225, and is scheduled to commence at 10:00 a.m. on October 29, 2004.

PLEASE TAKE FURTHER NOTICE that the deponent has been commanded to testify with respect to the matters listed in Attachment A and to produce the documents specified in Attachment B to the accompanying subpoena.

The deposition shall be taken before a notary public or other officer authorized to administer oaths. The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

_/s/ Paul Bonanno_____
Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, MA 02109
(617) 248-5000

Dated: September 27, 2004
3740236_1.DOC

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/~~HAND~~ ON

DATE 9/27/04 SIGNATURE _Paul Bonanno_

Issued by the
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

### SUBPOENA IN A CIVIL CASE

| TO: | Thomas B. Schalk | *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*<br>Civil Action No. 04-10353-PBS<br>United States District Court for the<br>District of Massachusetts |
|---|---|---|

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear for the taking of a deposition at the place, date, and time specified below to testify with respect to the above-captioned case.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | January 10, 2005 at<br>10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| DELIVER TO | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER
Paul E. Bonanno
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]*<br>Attorney for defendant Voice Signal Technologies, Inc. | DATE<br>12/13/04 |
|---|---|

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )
---|---
SCANSOFT, INC., | )
 | )
    Plaintiff, | )
 | )
v. | )    C.A. No. 04-10353-PBS
 | )
VOICE SIGNAL TECHNOLOGIES, INC., | )
LAURENCE S. GILLICK, ROBERT S. | )
ROTH, JONATHAN P. YAMRON, and | )
MANFRED G. GRABHERR, | )
 | )
    Defendants. | )

RECEIVED
JAN 13 2005
BROMBERG & SUNSTEIN

To:    Lee Carl Bromberg, Esq.
        Robert Asher, Esq.
        Julia Huston, Esq.
        Lisa M. Fleming, Esq.
        Jack C. Schecter, Esq.
        BROMBERG & SUNSTEIN LLP
        125 Summer Street
        Boston, MA 02110-1618

### NOTICE OF RULE 30(b)(6) DEPOSITION OF SCANSOFT, INC.

Please take notice that, pursuant to Fed. R. Civ. P. 30(b)(6), defendant and counterclaim plaintiff Voice Signal Technologies, Inc. will take the deposition upon oral examination of plaintiff and counterclaim defendant ScanSoft, Inc. ("ScanSoft") on Friday, January 21, 2005 beginning at 10:00 a.m. The deposition shall be conducted at the offices of Choate, Hall & Stewart, 33rd Floor, Exchange Place, Boston, Massachusetts 02109, before an official authorized by law to administer oaths. The deposition shall be recorded by stenographic means and shall continue through the day until completed.

Please take further notice that, pursuant to Fed. R. Civ. P. 30(b)(6), ScanSoft shall designate to testify concerning each of the matters set forth in the attached **Schedule A** one or more of its officers, directors, managing agents or other persons who consent to testify on its behalf.

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

/s/ Paul Bonanno

Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

Dated: January 12, 2005
3781255_1.DOC

Issued by the
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

### SUBPOENA IN A CIVIL CASE

TO: Bernard F. Bareis

*ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*
Civil Action No. 04-10353-PBS
United States District Court for the
District of Massachusetts

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear for the taking of a deposition at the place, date, and time specified below to testify with respect to the above-captioned case.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | January 4, 2005 at<br>10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| DELIVER TO | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER
Paul E. Bonanno
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)

*[signed] Paul Bonanno*

Attorney for defendant Voice Signal Technologies, Inc.

DATE: 12/13/04

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

Issued by the
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### SUBPOENA IN A CIVIL CASE

| TO: Sam S. Viglione<br>P.O. Box 993<br>Big Bear Lake, CA 92315 | *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*<br>Civil Action No. 04-10353-PBS<br>United States District Court for the<br>District of Massachusetts |
|---|---|

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear for the taking of a deposition at the place, date, and time specified below to testify with respect to the above-captioned case.

| PLACE OF TESTIMONY<br>Northwoods Resort and Conference Center<br>40650 Village Drive<br>Big Bear Lake, CA 92315 | DATE AND TIME<br>April 21, 2005<br>at 10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the documents listed below at the place, date, and time specified below.

| DELIVER TO | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER
Paul E. Bonanno
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*[signature]*<br>Attorney for defendant Voice Signal Technologies, Inc. | DATE<br>4/14/05 |
|---|---|

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

## Issued by the
## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### SUBPOENA IN A CIVIL CASE

| TO: Fadi Kaake | *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*<br>Civil Action No. 04-10353-PBS<br>United States District Court for the<br>District of Massachusetts |
|---|---|

| ☐ | YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case. ||
|---|---|---|
| PLACE OF TESTIMONY || COURTROOM |
| |  | DATE AND TIME |

| ☒ | YOU ARE COMMANDED to appear for the taking of a deposition at the place, date, and time specified below to testify with respect to the above-captioned case. ||
|---|---|---|
| PLACE OF TESTIMONY | Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | DATE AND TIME<br>February 14, 2005<br>at 10:00 a.m. |

| ☒ | YOU ARE COMMANDED to produce and permit inspection and copying of the documents listed on **Attachment A** hereto at the place, date, and time specified below. ||
|---|---|---|
| DELIVER TO | Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | DATE AND TIME<br>February 7, 2005 at<br>10:00 a.m. |

| ☐ | YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below. ||
|---|---|---|
| PREMISES || DATE AND TIME |

| ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER<br>Paul E. Bonanno<br>Choate, Hall & Stewart<br>Exchange Place, 53 State Street<br>Boston, Massachusetts 02109<br>(617) 248-5000 ||
|---|---|
| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>*/s/ Paul Bonanno/*<br>Attorney for defendant Voice Signal Technologies, Inc. | DATE<br>2/1/05 |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

Issued by the
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## SUBPOENA IN A CIVIL CASE

| TO: | Uniden America Corporation<br>4700 Amon Carter Blvd.<br>Fort Worth, TX 76155 | *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*<br>Civil Action No. 04-10353-PBS<br>United States District Court for the<br>District of Massachusetts |
|---|---|---|

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED pursuant to Fed. R. Civ. P. 30(b)(6) to designate one or more officers, directors or managing agents, or other persons who consent to testify on your behalf to appear for the taking of a deposition at the place, date, and time specified below to testify regarding the following matters: **SEE ATTACHMENT A**

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| Storm, L.L.P.<br>901 Main St.<br>Suite 7100<br>Dallas, TX 75202 | March 18, 2005<br>at 10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **SEE ATTACHMENT B**

| DELIVER TO | DATE AND TIME |
|---|---|
| Paul E. Bonanno<br>CHOATE, HALL & STEWART<br>Exchange Place, 53 State Street<br>Boston, MA 02109 | March 11, 2005 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER
Paul E. Bonanno
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Paul Bonanno<br>Attorney for Defendant Voice Signal Technologies, Inc. | 2/28/05 |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)