# EXHIBIT E

Issued by the
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

### SUBPOENA IN A CIVIL CASE

| TO:  Koninklijke Philips Electronics, N.V.<br>Records Custodian<br>1251 Avenue of the Americas<br>New York, NY 10020 | *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*<br>Civil Action No. 04-10353-PBS<br>United States District Court for the<br>District of Massachusetts |
|---|---|

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒   YOU ARE COMMANDED pursuant to Fed. R. Civ. P. 30(b)(6) to designate one or more officers, directors, managing agents, or other persons who consent to testify on your behalf to appear for the taking of a deposition at the place, date, and time specified below to testify regarding the following matters:  **SEE ATTACHMENT A**

| PLACE OF TESTIMONY<br>Hodgson Russ LLP<br>Carnegie Hall Tower<br>152 West 57th Street, 35th Floor<br>New York, NY 10019 | DATE AND TIME<br>February 14, 2005 at<br>10:00 a.m. |
|---|---|

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  **SEE ATTACHMENT B**

| DELIVER TO<br>Paul E. Bonanno<br>CHOATE, HALL & STEWART<br>Exchange Place, 53 State Street<br>Boston, MA 02109 | DATE AND TIME<br>January 25, 2005 |
|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER
Paul E. Bonanno
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>*Paul Bonanno*<br><br>Attorney for Defendant Voice Signal Technologies, Inc. | DATE<br><br>1/18/05 |
|---|---|

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

Issued by the
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

### SUBPOENA IN A CIVIL CASE

| | |
|---|---|
| TO:  Intervoice, Inc.<br>17811 Waterview Parkway<br>Dallas, TX 75252 | *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*<br>Civil Action No. 04-10353-PBS<br>United States District Court for the<br>District of Massachusetts |

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED pursuant to Fed. R. Civ. P. 30(b)(6) to designate one or more officers, directors, managing agents, or other persons who consent to testify on your behalf to appear for the taking of a deposition at the place, date, and time specified below to testify regarding the following matters: **See Attachment A**

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| Storm, L.L.P.<br>901 Main St.<br>Suite 7100<br>Dallas, TX 75202 | February 17, 2005 at<br>10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the documents listed on **Attachment B** hereto at the place, date, and time specified below.

| DELIVER TO | DATE AND TIME |
|---|---|
| Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | February 10, 2005 at<br>10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER
Paul E. Bonanno
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Paul Bonanno*<br>Attorney for defendant Voice Signal Technologies, Inc. | 2/3/05 |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

AO 88 (Rev. 1/94) Subpoena in a Civil Case

RECEIVED

Issued by the
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEB 1 ─ 2005

BROMBERG & SUNSTEIN

### SUBPOENA IN A CIVIL CASE

| TO: Philips Electronics North America Corp.<br>Records Custodian<br>1251 Avenue of the Americas<br>New York, NY 10020 | *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*<br>Civil Action No. 04-10353-PBS<br>United States District Court for the<br>District of Massachusetts |
|---|---|

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED pursuant to Fed. R. Civ. P. 30(b)(6) to designate one or more officers, directors, managing agents, or other persons who consent to testify on your behalf to appear for the taking of a deposition at the place, date, and time specified below to testify regarding the following matters: **SEE ATTACHMENT A**

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| Hodgson Russ LLP<br>Carnegie Hall Tower<br>152 West 57th Street, 35th Floor<br>New York, NY 10019 | February 28, 2005 at<br>10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **SEE ATTACHMENT B**

| DELIVER TO | DATE AND TIME |
|---|---|
| Paul E. Bonanno<br>CHOATE, HALL & STEWART<br>Exchange Place, 53 State Street<br>Boston, MA 02109 | February 22, 2005 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

| ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER |
|---|
| Paul E. Bonanno<br>CHOATE, HALL & STEWART<br>Exchange Place, 53 State Street<br>Boston, Massachusetts 02109<br>(617) 248-5000 |

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for Defendant Voice Signal Technologies, Inc. | DATE<br>2/15/05 |
|---|---|

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

Issued by the
## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA

### SUBPOENA IN A CIVIL CASE

| TO: | Cingular Wireless<br>c/o Neal Berinhout, Esq.<br>5565 Glenridge Connector, Suite 1700<br>Atlanta, Georgia 30342 | *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*<br>Civil Action No. 04-10353-PBS<br>United States District Court for the<br>District of Massachusetts |
|---|---|---|

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒  YOU ARE COMMANDED pursuant to Fed. R. Civ. P. 30(b)(6) to designate one or more officers, directors, managing agents, or other persons who consent to testify on your behalf to appear for the taking of a deposition at the place, date, and time specified below to testify regarding the following matters: **See Attachment A**

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| Carter & Ansley LLP<br>Suite 2300<br>1180 W. Peachtree St.<br>Atlanta, Georgia 30309 | April 11, 2005 at<br>10:00 a.m. |

☒  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents at the place and date specified below: **See Attachment B**

| DELIVER TO | DATE |
|---|---|
| Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 | April 4, 2005 |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

ISSUING OFFICER NAME, ADDRESS AND PHONE NUMBER
Paul E. Bonanno
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, Massachusetts 02109
(617) 248-5000

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for defendant Voice Signal Technologies, Inc. | DATE<br><br>3/22/05 |
|---|---|

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BROMBERG & SUNSTEIN LLP
RECEIVED

MAY 1 2 2005

|  |  |  |
|---|---|---|
| SCANSOFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-10353-PBS |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | |
| MANFRED G. GRABHERR, | ) | |
| | ) | |
| Defendants. | ) | |

To:    Lee Carl Bromberg, Esq.
       Robert Asher, Esq.
       Julia Huston, Esq.
       Lisa M. Fleming, Esq.
       Jack C. Schecter, Esq.
       BROMBERG & SUNSTEIN LLP
       125 Summer Street
       Boston, MA 02110-1618

## NOTICE OF DEPOSITION

Please take notice that, pursuant to Fed. R. Civ. P. 30, defendant Voice Signal Technologies, Inc., will take the deposition upon oral examination of Guido Gallopyn on Wednesday May 25, 2005 beginning at 10:00 a.m. The deposition shall be conducted at the offices of Choate, Hall & Stewart, 33rd Floor, Exchange Place, Boston, Massachusetts, 02109 before an official authorized by law to administer oaths. The deposition shall be recorded by stenographic means and shall continue through the day until completed.

3923676v1

Dated:  May 11, 2005 2004

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

3779015_1.DOC

3923676v1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BROMBERG & SUNSTEIN LLP
RECEIVED

MAY 1 2 2005

|  |  |  |
|---|---|---|
| SCANSOFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-10353-PBS |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | |
| MANFRED G. GRABHERR, | ) | |
| | ) | |
| Defendants. | ) | |

To:  Lee Carl Bromberg, Esq.
     Robert Asher, Esq.
     Julia Huston, Esq.
     Lisa M. Fleming, Esq.
     Jack C. Schecter, Esq.
     BROMBERG & SUNSTEIN LLP
     125 Summer Street
     Boston, MA 02110-1618

## NOTICE OF DEPOSITION

Please take notice that, pursuant to Fed. R. Civ. P. 30, defendant Voice Signal Technologies, Inc., will take the deposition upon oral examination of Tom Morse on Thursday May 26, 2005 beginning at 10:00 a.m. The deposition shall be conducted at the offices of Choate, Hall & Stewart, 33rd Floor, Exchange Place, Boston, Massachusetts, 02109 before an official authorized by law to administer oaths. The deposition shall be recorded by stenographic means and shall continue through the day until completed.

Dated: May 11, 2005 2004

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

_____

Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

3779015_1.DOC

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

BROMBERG & SUNSTEIN LLP
RECEIVED

MAY 1 2 2005

|  |  |
|---|---|
| SCANSOFT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) |
| LAURENCE S. GILLICK, ROBERT S. | ) |
| ROTH, JONATHAN P. YAMRON, and | ) |
| MANFRED G. GRABHERR, | ) |
| | ) |
| Defendants. | ) |

C.A. No. 04-10353-PBS

To:    Lee Carl Bromberg, Esq.
       Robert Asher, Esq.
       Julia Huston, Esq.
       Lisa M. Fleming, Esq.
       Jack C. Schecter, Esq.
       BROMBERG & SUNSTEIN LLP
       125 Summer Street
       Boston, MA 02110-1618

**NOTICE OF DEPOSITION**

Please take notice that, pursuant to Fed. R. Civ. P. 30, defendant Voice Signal

Technologies, Inc., will take the deposition upon oral examination of Alan Schwartz on Friday

May 27, 2005 beginning at 10:00 a.m. The deposition shall be conducted at the offices of

Choate, Hall & Stewart, 33rd Floor, Exchange Place, Boston, Massachusetts, 02109 before an

official authorized by law to administer oaths. The deposition shall be recorded by stenographic

means and shall continue through the day until completed.

3923684v1

Dated:  May 11, 2005 2004

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

3779015_1.DOC

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

BROMBERG & SUNSTEIN LLP
RECEIVED

MAY 1 2 2005

|  |  |  |
|---|---|---|
| SCANSOFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-10353-PBS |
| | ) | |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | |
| MANFRED G. GRABHERR, | ) | |
| | ) | |
| Defendants. | ) | |

To:    Lee Carl Bromberg, Esq.
       Robert Asher, Esq.
       Julia Huston, Esq.
       Lisa M. Fleming, Esq.
       Jack C. Schecter, Esq.
       BROMBERG & SUNSTEIN LLP
       125 Summer Street
       Boston, MA 02110-1618

## NOTICE OF DEPOSITION

Please take notice that, pursuant to Fed. R. Civ. P. 30, defendant Voice Signal Technologies, Inc., will take the deposition upon oral examination of Jeanne McCann on Friday May 27, 2005 beginning at 10:00 a.m. The deposition shall be conducted at the offices of Choate, Hall & Stewart, 33rd Floor, Exchange Place, Boston, Massachusetts, 02109 before an official authorized by law to administer oaths. The deposition shall be recorded by stenographic means and shall continue through the day until completed.

3923685v1

Dated:  May 11, 2005 2004

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

3779015_1.DOC

2

3923685v1

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-10353-PBS |
| | ) |
| | ) |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) |
| LAURENCE S. GILLICK, ROBERT S. | ) |
| ROTH, JONATHAN P. YAMRON, and | ) |
| MANFRED G. GRABHERR, | ) |
| | ) |
| Defendants. | ) |

To:    Lee Carl Bromberg, Esq.
       Robert Asher, Esq.
       Julia Huston, Esq.
       Lisa M. Fleming, Esq.
       Jack C. Schecter, Esq.
       BROMBERG & SUNSTEIN LLP
       125 Summer Street
       Boston, MA 02110-1618

### <u>NOTICE OF DEPOSITION</u>

Please take notice that, pursuant to Fed. R. Civ. P. 30, defendant Voice Signal Technologies, Inc., will take the deposition upon oral examination of Jan Varhasselt on Friday May 27, 2005 beginning at 10:00 a.m. The deposition shall be conducted at the offices of Choate, Hall & Stewart, 33rd Floor, Exchange Place, Boston, Massachusetts, 02109 before an official authorized by law to administer oaths. The deposition shall be recorded by stenographic means and shall continue through the day until completed.

Dated: May 16, 2005

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

3925265_1.DOC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**RECEIVED**

MAY 2 0 2005

BROMBERG & SUNSTEIN

SCANSOFT, INC.,

        Plaintiff,

        v.

VOICE SIGNAL TECHNOLOGIES, INC.,
LAURENCE S. GILLICK, ROBERT S. ROTH,
JONATHAN P. YAMRON, and MANFRED G.
GRABHERR,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 04-10353-PBS

## NOTICE OF DEPOSITION AND REQUEST FOR PRODUCTION OF DOCUMENTS

To:    All Parties and Their Counsel of Record

       PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 26, 30, 34, and 45, defendant

Voice Signal Technologies, Inc. will take the deposition upon oral examination of Michael

McMahan, Texas Instruments, Inc., 7839 Churchill Way, MS3999, Dallas, TX 75251. A copy of

the deposition subpoena is attached hereto.

       The deposition will be conducted at the Texas Law Center, 1414 Colorado Street, Austin,

Texas 78701, and is scheduled to commence at 9:00 a.m. on May 27, 2005.

       PLEASE TAKE FURTHER NOTICE that the deponent has been commanded to produce

the documents specified in Attachment A to the accompanying subpoena.

The deposition shall be taken before a notary public or other officer authorized to administer oaths.  The deposition will continue from day to day until completed.  You are invited to attend and cross-examine.

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, MA  02109
(617) 248-5000

Dated:  May 19, 2005
3926918_1.DOC

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RECEIVED**

MAY 2 3 2005

**BROMBERG & SUNSTEIN**

| | |
|---|---|
| SCANSOFT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 04-10353-PBS |
| | ) |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) |
| LAURENCE S. GILLICK, ROBERT S. | ) |
| ROTH, JONATHAN P. YAMRON, and | ) |
| MANFRED G. GRABHERR, | ) |
| | ) |
| Defendants. | ) |

To:     Lee Carl Bromberg, Esq.
        Robert Asher, Esq.
        Julia Huston, Esq.
        Lisa M. Fleming, Esq.
        Jack C. Schecter, Esq.
        BROMBERG & SUNSTEIN LLP
        125 Summer Street
        Boston, MA 02110-1618

## NOTICE OF DEPOSITION

Please take notice that, pursuant to Fed. R. Civ. P. 30, defendant Voice Signal

Technologies, Inc., will take the deposition upon oral examination of Kenneth Bayse on Friday

May 27, 2005 beginning at 10:00 a.m.  The deposition shall be conducted at the offices of

Choate, Hall & Stewart, 33rd Floor, Exchange Place, Boston, Massachusetts, 02109 before an

official authorized by law to administer oaths.  The deposition shall be recorded by stenographic

means and shall continue through the day until completed.

Dated:  May 20, 2005

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

_____

Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

3925265_1.DOC

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, <br><br> Defendants. | C.A. No. 04-10353-PBS |

To:    Lee Carl Bromberg, Esq.
       Robert Asher, Esq.
       Julia Huston, Esq.
       Lisa M. Fleming, Esq.
       Jack C. Schecter, Esq.
       BROMBERG & SUNSTEIN LLP
       125 Summer Street
       Boston, MA 02110-1618

### NOTICE OF DEPOSITION

Please take notice that, pursuant to Fed. R. Civ. P. 30, defendant Voice Signal Technologies, Inc., will take the deposition upon oral examination of Vlad Sejnoha on Monday May 30, 2005 beginning at 10:00 a.m. The deposition shall be conducted at the offices of Choate, Hall & Stewart, 33rd Floor, Exchange Place, Boston, Massachusetts, 02109 before an official authorized by law to administer oaths. The deposition shall be recorded by stenographic means and shall continue through the day until completed.

Dated: May 24, 2005

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

3929637_1.DOC

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.,<br><br>    Plaintiff,<br><br>      v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 04-10353-PBS |

To: Lee Carl Bromberg, Esq.
   Robert Asher, Esq.
   Julia Huston, Esq.
   Lisa M. Fleming, Esq.
   Jack C. Schecter, Esq.
   BROMBERG & SUNSTEIN LLP
   125 Summer Street
   Boston, MA 02110-1618

### NOTICE OF DEPOSITION

Please take notice that, pursuant to Fed. R. Civ. P. 30, defendant Voice Signal Technologies, Inc., will take the deposition upon oral examination of Francis Ganong on Monday May 30, 2005 beginning at 10:00 a.m. The deposition shall be conducted at the offices of Choate, Hall & Stewart, 33rd Floor, Exchange Place, Boston, Massachusetts, 02109 before an official authorized by law to administer oaths. The deposition shall be recorded by stenographic means and shall continue through the day until completed.

Dated: May 24, 2005

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

3929640_1.DOC

2