# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR, )<br>)<br>Defendants. )<br>) | C.A. No. 04-10353-PBS |

## WITHDRAWAL OF VOICE SIGNAL TECHNOLOGIES' MOTION TO COMPEL DEPOSITIONS

Voice Signal Technologies, Inc. hereby withdraws, without prejudice, its Motion to Compel Depositions, filed on April 1, 2005 (Docket No. 119), based on ScanSoft, Inc.'s representation that it will make Ms. Jeanne McCann available for a deposition on June 15, 2005 at 10:00 a.m. at Choate, Hall & Stewart's offices and the fact that ScanSoft made Mr. Fadi Kaake available for a deposition on May 24, 2005.

Respectfully submitted,

Dated:  June 1, 2005

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

/s/  Paul E. Bonanno
Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Paul E. Bonanno (BBO No. 646838)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART LLP
Exchange Place, 53 State Street
Boston, MA  02109
(617) 248-5000

3932123_1.DOC