UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. </br></br>    Plaintiff, </br></br>    v. </br></br>VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR </br></br>    Defendants. | Civil Action No. 04-10353 PBS |

NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO
COMPEL THE DEPOSITION OF MANFRED G. GRABHERR

Pursuant to Voice Signal Technologies, Inc.'s ("VST") agreement to produce defendant Manfred G. Grabherr for a deposition, plaintiff ScanSoft, Inc. ("ScanSoft") hereby withdraws its May 25, 2005 Motion to Compel the Deposition of Manfred G. Grabherr (D.N. 191).

Dated: June 1, 2005

SCANSOFT, INC.,

By its attorneys,

/s/ Rebecca L. Hanovice
Lee Carl Bromberg, BBO # 058480
Robert Asher, BBO # 022865
Erik Paul Belt, BBO # 558620
Lisa M. Fleming, BBO # 546148
Jack C. Schecter, BBO # 652349
Rebecca L. Hanovice, BBO # 660366
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
rhanovice@bromsun.com

02639/00509 389563.1