125 SUMMER STREET  BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG ✷ SUNSTEIN LLP

LISA M FLEMING
T 617 443 9292 x248
LFLEMING@BROMSUN.COM

June 1, 2005

**By Hand**

The Honorable Patti B. Saris
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Room 6130
Boston, MA 02210

Re  *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*
    U.S.D.C. D. Mass. Civil Action No. 04-10353 PBS
    Our File No. 2639/509

Your Honor:

We represent ScanSoft, Inc. in the above-referenced matter and write to clarify an apparent misunderstanding regarding ScanSoft's May 18, 2005 Motion for Extension of Time by Revising Scheduling Order (D.N. 184). The Court's electronic Order of today denied that motion, stating, "The motion to continue the Markman hearing is denied. However, I will address scheduling issues at the hearing."

We write solely to clarify that ScanSoft's Motion did not seek to continue the Markman hearing presently scheduled for June 17, 2005. Rather, its Motion seeks an extension of all discovery events by 90 days including, if necessary, a subsequent Marksman/Summary Judgment hearing. ScanSoft therefore requests the Court's reconsideration of its Motion based upon this clarification.

Very truly yours,

Lisa M. Fleming

ATTORNEYS AT LAW

The Honorable Patti B. Saris
United States District Court
   for the District of Massachusetts
June 1, 2005
Page 2


LMF/


cc:   Robert S. Frank, Jr. (via facsimile)

02639/00509  390329.1