EXHIBIT B

XUEDONG HUANG | ALEX ACERO | HSIAO-WUEN HON

# SPOKEN LANGUAGE PROCESSING

## A Guide to Theory, Algorithm and System Development



Foreword by Dr. Raj Reddy
Carnegie Mellon University

Syllable centers can be thought of as *peaks* in sonority (high-amplitude, periodic sections of the speech waveform). These sonority peaks have affiliated *shoulders* of strictly non-increasing sonority. A scale of sonority can be used, ranking consonants along a continuum of stops, affricates, fricatives, and approximants. So, in a word like *verbal*, the syllabification would be *ver-bal*, or *verb-al*, but not *ve-rbal*, because putting the approximant /r/ before the stop /b/ in the second syllable would violate the non-decreasing sonority requirement heading into the syllable.

As long as the sonority conditions are met, the exact affiliation of a given consonant that could theoretically affiliate on either side can be ambiguous, unless determined by higher-order considerations of word structure, which may block affiliation. For example, in a word like *beekeeper*, an abstract boundary in the compound between the component words *bee* and *keeper* keeps us from accepting the syllable parse: *beek-eeper*, based on lexical interpretation. However, the same phonetic sequence in *beaker* could, depending on one's theory of syllabicity, permit affiliation of the *k: beak-er*. In general, the syllable is a unit that has intuitive plausibility but remains difficult to pin down precisely.



**Figure 2.25** The word/syllable *strengths* (/s t r eh nx th s/) is the longest syllable of English.

Syllables are thought (by linguistic theorists) to have internal structure, and the terms used are worth knowing. Consider a big syllable such as *strengths* /s t r eh nx th s/. This consists of a vowel peak, called the *nucleus*, surrounded by the other sounds in characteristic positions. The *onset* consists of initial consonants if any, and the rime is the nucleus with trailing consonants (the part of the syllable that matters in determining poetic rhyme). The coda consists of consonants in the rime following the nucleus (in some treatments, the last consonant in a final cluster would belong to an *appendix*). This can be diagrammed as a syllable parse tree as shown in Figure 2.25. The syllable is sometimes thought to be the primary domain of coarticulation, that is, sounds within a syllable influence one another's realization more than the same sounds separated by a syllable boundary.