UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-10353-PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) |
| Defendants. | ) |

## DECLARATION OF WENDY S. PLOTKIN

Wendy S. Plotkin deposes and states as follows:

1. I am an attorney in the law firm of Choate, Hall & Stewart, and a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am counsel to the above-named defendants and make this declaration in support of the Voice Signal Technologies' Claim Construction Memorandum for U.S. Patent 6,501,966.

2. Attached hereto as Ex. 1 is a true and correct copy of a portion of the deposition transcript of Peter Foster.

3. Attached hereto as Ex. 2 is a true and correct copy of a portion of the deposition transcript of Thomas Schalk.

4. Attached hereto as Ex. 3 is a true and correct copy of the portion of the deposition transcript of Michael Phillips.

**Error! Unknown document property name.**

\*          \*          \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Wendy S. Plotkin

Dated:  June 3, 2005

**Error! Unknown document property name.**