# Exhibit 2

# Schalk Transcript Excerpts

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-10353-PBS |
| | ) |
| VOICE SIGNAL | ) |
| TECHNOLOGIES, INC., | ) |
| LAURENCE S. GILLICK, | ) |
| ROBERT S. ROTH, | ) |
| JONATHAN P. YAMRON, | ) |
| and MANFRED G. GRABHERR, | ) |
| | ) |
| Defendants. | ) |
| | ) |

DEPOSITION OF THOMAS B. SCHALK, a witness
called by and on behalf of the Defendants, taken
pursuant to the applicable provisions of the Federal
Rules of Civil Procedure, before Dana Ulrich Welch,
CSR, Registered Professional Reporter, and Notary
Public, in and for the Commonwealth of Massachusetts,
at the offices of Choate, Hall & Stewart, 53 State
Street, Boston, Massachusetts, on January 28, 2005,
commencing at 9:18 a.m.

Job No.: 2197

ORIGINAL

Page 2

```
 1    APPEARANCES:
 2    For the Defendants:
 3         CHOATE, HALL & STEWART, P.C.
           Exchange Place
 4         53 State Street
           Boston, Massachusetts  02109
 5         (617) 248-5000
           By:  Robert S. Frank Jr., Esq.
 6
 7    For the Plaintiff:
 8         BROMBERG & SUNSTEIN, LLP
           125 Summer Street, 11th Floor
 9         Boston, Massachusetts  02110-1618
           (617) 443-9292
10         And: Jack C. Schecter, Esq.
11
      Also Present:  Daniel Roth
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1                    I N D E X

 2

     WITNESS:   THOMAS B. SCHALK          PAGE NO.

 3

     By Mr. Frank                              4

 4

     Certificate of the Reporter            245

 5

 6

 7

 8

 9                  E X H I B I T S

10   NO.         DESCRIPTION            PAGE NO.

11

12   1 - ComTel '85 Documents              25

13   2 - Schalk Article                    30

14   3 - SpeechTech '86 Article            54

15   4 - Uniden Voice Dial Operating Guide  91

16   5A- License Agreement                133

17   5B- Amendment to License Agreement   133

18   6 - U.S. Patent 6,501,966 B1         141

19

20

21

22

23

24
```

```
 1              P R O C E E D I N G S
 2         (The Texas driver's license number as
 3         identification of the deponent was noted
 4         for the record.)
 5   WHEREUPON,
 6                    THOMAS B. SCHALK,
 7   having duly sworn or affirmed that his
 8   testimony would be the truth, the whole truth,
 9   and nothing but the truth, testified as
10   follows:
11         MR. FRANK:  I'm not quite sure what the
12         previous arrangement has been, but we're
13         prepared to stipulate that, although Mr.
14         Schalk should read and sign the deposition,
15         that it need not be -- his signature need
16         not be notarized.
17         And the only other agreement that I'd
18         ask is if there are no corrections after
19         30 days, that the deposition be deemed to
20         have been signed in its then current form.
21         Is that acceptable?
22         MR. SCHECTER:  That's acceptable.
23                    DIRECT EXAMINATION
24   BY MR. FRANK:
```

Page 11

1        Q.   How long did you work for Wirenix?

2    What was your position with Wirenix?

3        A.   CTO.

4        Q.   How long did you work for Wirenix?

5        A.   That's a difficult question to answer,

6    because we were trying to raise money and I

7    ended up sort of giving up on that, and I did

8    some consulting.   So we'll say approximately

9    six months.

10       Q.   Okay.   And what was your next

11   employment after Wirenix?

12       A.   I did some formal consulting work for

13   NetByTel.   But my first full time job was ATX.

14       Q.   When did you start at ATX?

15       A.   September 1st of 2002.

16       Q.   If I understood you correctly, you said

17   that after you left Philips, you consulted to

18   Philips --

19       A.   Yeah, that might have been -- it was

20   sometime between the time I left Philips and

21   the time I joined ATX.   I don't remember

22   exactly when.   But I did some brief consulting.

23       Q.   What was the subject matter of that

24   consulting?

1       A.   It was patent.

2       Q.   Do you recall which patents?

3       A.   They were related to voice activated

4   dialing; but I don't remember exactly which

5   ones.

6       Q.   Have you -- do you have or have you had

7   an employment or consulting arrangement or

8   relationship with ScanSoft?

9       A.   Can you restate the question?

10      Q.   Sure.  Actually, I asked you two

11  questions.  I'll break it into two parts.  Do

12  you presently have a consulting arrangement

13  with ScanSoft?

14      A.   I have a consulting arrangement with

15  the attorneys representing the ScanSoft patent

16  case.

17      Q.   So let me see if I understand.  You've

18  been -- have you been retained as a consultant

19  by Bromberg & Sunstein, the law firm?

20      A.   I'm not certain of what your definition

21  of retained is.

22      Q.   Do you have a consulting agreement with

23  Bromberg & Sunstein?

24      A.   I have a verbal agreement.

1      Q.   I take it that agreement is not

2   recorded in any writing?

3      A.   They may have faxed me something.   I

4   don't remember the exact arrangement.   I agreed

5   to act as a consultant over the telephone.

6      Q.   Okay.   And apart from testifying here

7   and preparing for that testimony, have you

8   provided other consulting services?

9      A.   Prior to yesterday?

10      Q.   Prior to yesterday, yes.

11      A.   Yes.

12      Q.   Okay.   And would you describe the

13   general nature of those consulting services?

14         MR. SCHECTER:   I'm going to object to

15      that.   To the extent you can do so without

16      revealing any attorney work product, feel

17      free to answer.

18         THE DEPONENT:   I would call it general

19      support, requests for information.

20   BY MR. FRANK:

21      Q.   Okay.   And are you paid for those

22   consulting services on an hourly basis?

23      A.   Yes.

24      Q.   What's the hourly rate?

Page 29

1    of those applications is telephone -- is

2    cellular telephones.  Do you see that?

3        A.  Yes.

4        Q.  Okay.  And then below that it says,

5    "There are 25 companies in the U.S. presently

6    working on the technology."  And I don't

7    suggest that that's limited in that context to

8    cellular telephones.  Who were the others

9    working on voice recognition technology as it

10   relates to cellular phones at that time?

11       A.  At that time, I honestly don't

12   remember.

13       Q.  Who else was working on voice

14   recognition technology in connection with voice

15   dialing at that time?

16       A.  I honestly don't know.  We may have

17   been the only ones at that time.

18       Q.  Okay.  Now, let me show you something

19   else.

20           MR. FRANK:  Please mark as Schalk

21       Deposition Exhibit 2 for identification a

22       document which appears to be an article

23       from a publication called "Speech

24       Technology," September/October 1986.  And

1      ask you, sir, to take a moment, familiarize

2      yourself with the document while the

3      reporter marks this and then I'll ask you

4      some questions.

5           (Schalk Exhibit No. 2 marked for

6      identification.)

7  BY MR. FRANK:

8      Q.   Do you recognize Exhibit 2, sir?

9      A.   I remember it.  I can't say I

10 remembered it before I saw it again.  But yes,

11 I do remember this.

12     Q.   When did you see it again?

13     A.   When -- I believe the time that I've

14 seen it within the last year was in some

15 documentation associated with a subpoena from

16 ART.  I believe it was an attachment.

17     Q.   I take it that -- well, first, what is

18 Schalk Exhibit 2?

19     A.   It's an article.

20     Q.   Okay.  Prepared by you?

21     A.   That would be what one would conclude,

22 yes.

23     Q.   And was that article published in

24 something called "Speech Technology"?

```
 1      A.   Yes.

 2      Q.   What is "Speech Technology"?

 3      A.   In the context of a publication?

 4      Q.   Yeah.

 5      A.   I believe it was a magazine, a

 6   marketing magazine.

 7      Q.   Dose it still -- is it still a

 8   publication or has it ceased to publish?

 9      A.   This particular one ceased to publish.

10   But there's one today that's called something

11   very similar.

12      Q.   Did this publication appear in the

13   September/October 1986 issue of "Speech

14   Technology"?

15      A.   I don't remember.  But that's what one

16   would conclude if you look at this.

17      Q.   You don't have any reason to think that

18   that's wrong?

19      A.   I have no reason to think that A, this

20   didn't exist or it's been doctored or anything.

21      Q.   Do you recall how long prior to the

22   actual publication you wrote this article?

23      A.   My guess is that it was literally days

24   before it went to press because of the nature
```

1    of -- the way you do things for publication

2    like this.

3        Q.  Okay.  And did it -- let me direct your

4    attention first to the left-hand column on the

5    first page of the article.  Toward the bottom

6    of the column it says that, "A

7    speaker-independent voice recognition system

8    for cellular phones has been developed."  Do

9    you see that?

10       A.  Uh-huh.

11       Q.  I take it that statement was correct as

12   of the date of the article?

13       A.  Yes.

14       Q.  Okay.  And it goes on to say that,

15   "This Voice Control unit is designed to operate

16   optimally in driving vehicles."  Do you see

17   that?

18       A.  Uh-huh.

19       Q.  That was correct, as well?

20       A.  I assume so.  I mean --

21       Q.  So do I. Would you -- the system that

22   is described in Schalk Exhibit 2, was that

23   shown or displayed at any trade show or other

24   industry gathering at about the time that

1    Exhibit 2 was published?

2        A.   I don't remember exactly when, but it

3    would be -- I would -- I would -- I believe

4    that we did show it at trade -- we showed

5    something.  I remember that it was very

6    difficult to do that because of the

7    environment.

8        Q.   When you say it was difficult, what was

9    it difficult to do?

10       A.   To demonstrate voice recognition at all

11   in any kind of environment where there were a

12   lot of people talking and such, which is what

13   happens at trade shows and things like that.

14       Q.   Did you attend trade shows in 1986 at

15   which you, you, Voice Control, displayed the

16   thing that is described in Schalk Exhibit 2?

17       A.   I don't remember, but it's very

18   possible.  I don't remember specifically.

19       Q.   All right.  Now, this refers to the

20   system that you had developed as being

21   speaker-independent.

22       A.   Yes.

23       Q.   What does that mean?

24       A.   Speaker-independent means that the

1    system is designed to understand spoken input

2    in a particular language, regardless of the

3    individual producing the speech.

4        Q.  At least at that time, was

5    speaker-independent voice recognition

6    distinguished from speaker-dependent voice

7    recognition?

8        A.  Yes.

9        Q.  What was speaker-dependent voice

10   recognition?

11       A.  Speaker-dependent recognition was a

12   type of technology where you would first define

13   the vocabulary items.  And then a particular

14   targeted user would speak the items or the

15   vocabulary words.  And the system would learn

16   templates that represented each of the

17   vocabulary words for the individual who was

18   planning to use it at a subsequent time.

19       Q.  And did speaker-dependent voice

20   recognition also allow the speaker to select

21   the words that could be recognized?

22       A.  In theory, yes.

23       Q.  Okay.  Turning to the second page of

24   the article, in the center column toward the

Page 35

1    bottom, it says that "The cellular phone

2    recognition system described here was designed

3    to work under close talk conditions with a

4    cellular handset."  First, tell me what -- what

5    is meant by the phrase "close talk conditions

6    with a cellular handset"?

7        A.  That means that the microphone element

8    contained within the cellular phone handset was

9    held close to the mouth, much like a

10   conventional telephone.

11       Q.  Okay.  And is the distinction between

12   what you've just described on the one hand and

13   the microphone being located some distance from

14   the driver, for example, on the visor of the

15   car?

16       A.  That's correct.

17       Q.  When the microphone is on the visor of

18   the car, that was called far talk?

19       A.  That's what we called it.

20       Q.  Okay.  And is it correct that the

21   system recognized a defined vocabulary?

22       A.  Yes.

23       Q.  Turning if you would to page number 26,

24   at the top, am I correct in understanding that

Page 36

1    the commands that it recognized were the 28

2    listed things that appear in the right-hand

3    column?

4        A.   As subsets, but not as one set.

5        Q.   Okay.  Let me ask you to explain what

6    you mean when you say, "as subsets but not as

7    one set"?

8        A.   For example, if you pushed -- if you

9    started the system, it wouldn't be listening

10   for all these words.  It would be listening for

11   maybe "dial" or "call."  So you would have

12   sub-vocabularies that would activate subsequent

13   application specific vocabularies.

14       Q.   Okay.  The article refers -- let me get

15   you to stay with that for just a moment.

16       A.   Okay.

17       Q.   The article refers on page 27, center

18   column, top, to something that is referred to

19   there as "syntactically structured voice

20   commands from the user and voice responses from

21   the voice control unit."  Do you see that?

22       A.   Where?

23       Q.   Very top.

24       A.   Oh, very top.  Yes, that's --

```
 1        Q.   So let me just make sure that I

 2   understand.  As this product was designed, it

 3   listened first for a command that would tell it

 4   what type of command to listen for next; have I

 5   said that accurately?

 6        A.   Well --

 7             MR. SCHECTER:  Objection.

 8   BY MR. FRANK:

 9        Q.   Please answer.

10        A.   First, we're not talking about a

11   product here.

12        Q.   The thing.

13        A.   The thing or the system, the prototype

14   is probably the most accurate word, would

15   listen for a particular set of words.  And then

16   based on what was recognized, it would listen

17   for potentially a different subset of words.

18   And I think that's what's being articulated in

19   the article.

20        Q.   The words that it listens for are

21   referred to in the article as commands; is that

22   an accurate description?  Or let me frame it

23   this way:  Is that a description that people

24   used at the time to describe the verbal
```

1   utterances that --

2       A.  Loosely, yeah, loosely.  Commands, you

3   know, people think of voice commands in a

4   general sense.  But then there are command and

5   control words versus other types of words.  I

6   wouldn't call "four" a command word, unless it

7   was used to indicate a choice, like I want to

8   call four or something.

9       Q.  Let's just take it one step at a time.

10  You've told me that the system could recognize

11  the words that are listed on page 26.  And

12  those -- the words that the system recognized

13  -- actually, let me return to the top of page

14  27.  And I want to lead you back to the

15  language which is in the center paragraph on

16  page 27.

17          In the same paragraph that I directed

18  you to, after saying that "The unit centers

19  around syntactically structured voice commands

20  from the user," it refers to voice responses

21  from the voice control unit.  Do you see that?

22      A.  Uh-huh.

23      Q.  Okay.  It then says that "The command

24  syntax structure is illustrated in Figure 3."

1    Do you see that?

2        A.  Yeah.  From high, low, yeah.

3        Q.  And does Figure 3, in fact, set forth

4    the command structure for the cellular

5    telephone recognizer that's described in the

6    article?

7        A.  From a high level, yes.

8        Q.  And is it correct that you would --

9    that the first type of command that the system

10   would listen for was the word "dial" or the

11   word "recall" or the word "speed dial"?

12       A.  That's what's implied by the diagram.

13   I don't remember what exactly we had active

14   because --

15       Q.  Do you have any reason to think that

16   the article was an inaccurate description of

17   the then existing thing?

18       A.  It could be misleading, because a lot

19   of the details of the actual system were

20   filtered out.  So if one were to take this and

21   say that's all you need, it would be misleading

22   in that context.  But to teach someone the

23   concepts, this is accurate.

24       Q.  So the system listened for either the

 1    command "dial," the command "recall" or the

 2    command "speed dial"; is that correct?

 3        A.   Yes.  Something like "clear" might have

 4    been used to turn it off.

 5        Q.   So there were yet other commands?

 6        A.   There could have been.  I don't recall.

 7    It wouldn't surprise me if there weren't.

 8        Q.   Okay.  Now, if the system heard the

 9    command "speed dial," for example, is it

10    correct that it recognized that it should

11    listen for a particular type of word or command

12    to come next, as distinguished from the entire

13    universe of words or commands that it might be

14    listening for?

15        A.   I'm not sure if -- I'm not sure what

16    your question is.

17        Q.   Why did you -- why was this

18    hierarchical structure created?

19        A.   Well, it represents the application

20    flow.  But in general, you want to minimize the

21    vocabulary complexity at any time because of

22    accuracy limitations.

23        Q.   Let me see if I understand.  When a

24    speaker makes sounds, is it correct that in the

Page 41

1    technology that existed then, and that's

2    described generally in this article, the system

3    compares those sounds to recorded templates and

4    establishes a probability as to what it is most

5    likely that the speaker just said?

6         A.   That's one way to think of it; that's

7    not how the technology worked, though.

8         Q.   Would you explain how the technology

9    worked?

10        A.   That's a very involved question.

11            MR. SCHECTER:   I also want to say if

12        we're going to go into that level of

13        specificity, as to how the technology

14        worked, I'm going to have to ask Mr. Roth

15        to absent himself.

16            MR. FRANK:   We're talking about 1985

17        technology.

18    BY MR. FRANK:

19        Q.   Is it correct that, in general, the

20    objective of the system was to --

21        A.   To classify.

22        Q.   What do you mean by classify?

23        A.   You would speak something.  It would

24    analyze it, it being the speech recognizer.

Page 42

1    And it would produce a match with one of the

2    words that were active or a reject, meaning

3    that it couldn't figure it out very well.

4        Q.  And is the process of matching made

5    easier if the system is only attempting to

6    match against a subset of the entire vocabulary

7    that it might hear?

8        A.  Well, the smaller -- people can say

9    anything at any time, and so you're trying to

10    constrain what a user speaks.  And you want

11    what the user speaks to be represented in the

12    vocabulary.  So if you're dialing a phone

13    number, you don't go, "6, 5, yesterday, house,

14    2, 3."

15        Q.  Yes.

16        A.  So the recognizer is not going to

17    listen to "house, yesterday," and so forth.

18    It's going to listen for words or utterances

19    that correspond to dialing commands or

20    utterances or digits.

21        Q.  Okay.  So let me see if I can simply

22    illustrate what you said from this article.  If

23    the voice recognizer hears the word "speed

24    dial" --

1    A.  Yes.

2    Q.  -- it --

3    A.  If it recognizes the word "speed dial."

4    Q.  A person utters a group of sounds which

5    in auditory speech you and I would understand

6    to be the words "speed dial."  The system then

7    asks itself, what did I just hear.  And it, by

8    some process, determines that it just heard the

9    words, the command "speed dial"?

10   A.  Yes, conceptually correct.

11   Q.  And the system is now cued to expect a

12   follow-on command, which is within -- which is

13   a subset of the total potential vocabulary?

14   A.  Vocabulary, yes.

15   Q.  And the follow-on command might be the

16   word "home" or "office" or a set of utterances

17   which the system interprets as the word "home"

18   or "office"; is that correct?

19   A.  It's listening for a set of vocabulary

20   items.  You say something and that activates a

21   new set of vocabulary items.  And depending on

22   the application, what gets recognized after

23   that, if anything, you might get a different

24   set; that's what's illustrated in this diagram.

Page 44

1        Q.  So for example, if "speed dial" is one

2    example, and the subset of the vocabulary that

3    the system is then listening for is in the box

4    that's under the word "speed dial"; is that

5    correct?

6        A.  Yes.

7        Q.  And if the system hears the command

8    "dial" and then it listens for the commands

9    which are in the box underneath the word

10    "dial"?

11        A.  Yes.

12        Q.  And similarly, if the system hears the

13    word "recall," it then listens for the commands

14    which are in the box under the heading

15    "recall"?

16        A.  Yes.

17        Q.  Okay.  If the system hears the commands

18    in the box under "recall" or the commands in

19    the box under "speed dial," it then performed a

20    second step, which is to do some kind of a look

21    up to associate a prerecorded telephone number

22    with whatever either two digit memory code or

23    word it believed it heard; is that correct?

24        A.  There were, as I recall, there were

Page 45

 1    phone numbers associated with the two digit

 2    memories codes or the speed dial words,

 3    "spouse," "home," et cetera.

 4         Q.  So taking just the example of "home" as

 5    the example.  If the system heard the command

 6    "home," it would associate that in some fashion

 7    with a telephone number, which I assume was in

 8    some form of look up table; is that correct?

 9         A.  Yes.  It was programed somehow in the

10    memory.

11         Q.  And having retrieved that telephone

12    number, it would pass that telephone number

13    along to a dialing --

14         A.  Process.

15         Q.  -- process; is that correct?

16         A.  That would be how I would assume, yes.

17         Q.  Okay.  Now, if the system heard the

18    command "dial" and then a series of digit

19    commands, am I correct that it deciphered or

20    attempted to recognize each digit separately?

21         A.  It was one at a time.  There were

22    control words.  There were other words besides

23    digits.  But yes.

24         Q.  Okay.  And once the system had obtained

Page 46

```
 1    a string of digits corresponding to a phone

 2    number, it would then pass that string of

 3    digits along to a dialing functionality?

 4        A.   The system would capture -- that's not

 5    exactly correct because people could speak

 6    anything with this system and you had a command

 7    to terminate the spoken digit sequence to

 8    indicate that that's the equivalent to what

 9    someone dialed on the phone.

10        Q.   Okay.  So let me see if I understand.

11    Step number one would be to say the command

12    "dial"?

13        A.   Yes.

14        Q.   That would cause the system to start

15    listening for digits; is that right?

16        A.   Yes, with this implementation, yes.

17        Q.   And then the next step would be or the

18    next command would be a string of digits,

19    followed by a word or command that the system

20    recognized as demarking the end of the string

21    of digits?

22        A.   Yeah.  It would be like pushing a send

23    button on a cell phone, you know, where you

24    dial and you're saying okay, that's what I want
```

Page 98

1    the call, other than you could push the button.

2    And we may have had or -- well, you could say

3    "good-bye" or "end."  The hard part was

4    activating it.

5        Q.  So turn, if you would, to page two.  Am

6    I correct in understanding that in the Uniden

7    product -- well, first, am I correct in

8    understanding that the Uniden product described

9    in Exhibit 4 was developed by Voice Control

10   Systems?

11       A.  The technology used in this embodiment

12   was our technology.

13       Q.  Was the physical thing manufactured by

14   Uniden or for Uniden?

15       A.  I believe it was manufactured for

16   Uniden.  I don't know who manufactured it.

17       Q.  And I take it that thing was sold by

18   Uniden to people, to people who wanted to use

19   it in connection with the use of a mobile

20   phone?

21          MR. SCHECTER:  Objection.

22          THE DEPONENT:  Like a lot of these,

23       they did not become actual products you

24       could buy off the shelf.  I think this one

1        did, but I don't remember.  None of them

2        were pervasive.

3    BY MR. FRANK:

4        Q.  I know.  But there were some units sold

5    by Uniden, correct?

6        A.  I don't remember for a fact.  I think

7    so, but I don't remember for a fact.  It wasn't

8    millions of them.  It wasn't anything that made

9    our company, you know --

10        Q.  Rich?

11        A.  -- remember it.

12        Q.  Well, certainly, it was something that

13    Uniden tried to sell to people, correct?

14        A.  Bob Charles certainly did.  His job was

15    to get them to sell it.  And it seemed like

16    some progress was made, but I don't remember

17    how successful.

18        Q.  And Uniden did offer to sell this

19    product for a defined price to people, correct?

20        A.  I don't remember for certain whether

21    this became an off-the-shelf product.

22        Q.  Do you have any reason to believe that

23    it didn't?

24        A.  I have no reason to believe that it

Page 100

```
 1    didn't.

 2         MR. FRANK:  Let me show you a different

 3    document which I'll ask the court reporter

 4    to mark as Schalk Exhibit 5 for

 5    identification.  And before I ask you about

 6    it, I need to provide a little background

 7    about the document.

 8         MR. SCHECTER:  I just want to object.

 9    This is marked highly confidential, subject

10    to protective order.

11         MR. FRANK:  Yes.  Is it your suggestion

12    that I can't use a document produced in

13    this case with a witness in this case?

14         MR. SCHECTER:  I'm sorry.  I was

15    confused as to who produced this.  This is

16    a TI document, correct?

17         MR. FRANK:  That's correct.

18         MR. SCHECTER:  I don't believe that Dr.

19    Schalk would be privileged to look at

20    confidential documents of TI.  Maybe I'm

21    wrong and you can talk to TI about that.

22    I'm unaware of that part.

23         MR. FRANK:  I'll withdraw it.

24    BY MR. FRANK:
```

1      Q.  Let me ask you, sir, let me ask you

2   whether the following statement is correct --

3   well, first, did Voice Control approach TI in

4   or about 1990, with respect to the purchase or

5   the potential purchase of components from Texas

6   Instruments?

7      A.  It's very possible.

8      Q.  Okay.  And is it correct that at that

9   time the production volumes of the -- of the

10  hands-free dialing product of the type

11  described in the Uniden materials in Exhibit 4

12  were on the order of 20 to 25,000 units a year?

13     A.  I have -- I don't have any reason to

14  believe that's true or false.

15          MR. SCHECTER:  Just so I can be clear,

16      that was not marked as Exhibit 5, right.

17          MR. FRANK:  No.  I'll withdraw it.

18  BY MR. FRANK:

19     Q.  Now, the way the Uniden product worked,

20  and I direct your attention now to page two,

21  was that, in effect, the product was alerted to

22  start listening for further commands by the

23  command "phone start"?

24     A.  Yeah.  After you turn it on, and as it

1    indicates, you'd say "hello," it would be

2    listening for "phone start," "activate

3    service," some kind of pair of commands.

4        Q.  And there was to be a pause between the

5    word "phone" and "start"?

6        A.  Had to be.

7        Q.  Of a sufficient duration?

8        A.  Had to be, yes.

9        Q.  Okay.  And if the speaker spoke too

10   rapidly, the system would say back to you

11   "slower, please," that is, it would prompt you

12   to put a longer pause in the middle?

13       A.  Not during the activation phase.  I

14   believe it would just sit there unless it heard

15   something that met all the criteria; in other

16   words, it would stay dormant.

17       Q.  Let me direct your attention, if I

18   could, to the second page.  You see the heading

19   that starts with the word "note"?

20       A.  Uh-huh.

21       Q.  Now, let me direct your attention to

22   the paragraph that's just underneath it.  It

23   says, "If too short a pause is left between the

24   words" and I think the words that are being

1    referred to there are "phone" "start," "voice

2    dial may remain silent while waiting for the

3    second word, say 'slower please,' which

4    indicates that not a long enough pause between

5    the words, that there was not a long enough

6    pause between the two words."

7        A.   Yeah, that's obviously what is written

8    here.  I wouldn't have thought we did it this

9    way, but it's very possible.  It's certainly a

10   possible way that it was implemented.  We had a

11   lot of issues with this particular feature.

12       Q.   Is it correct that when the system was

13   ready to receive further commands, it spoke the

14   response "ready"?

15       A.   Yes.

16       Q.   Okay.  And was that response

17   prerecorded or synthesized?

18       A.   I'm pretty sure it was prerecorded.

19       Q.   And one set of options were that the

20   user could then issue the command "dial"?

21       A.   That would be very, very likely, yes,

22   because we had "dial," "call"; we had a couple

23   of times we switched those around, but dial was

24   probably the one.

1        Q.   And the Uniden product would then

2    prompt the user to issue a command consisting

3    of a string of digits by saying "number,

4    please"; is that correct?   Top of page four.

5        A.   According to this document, that's how

6    it works.   I don't remember exactly what it

7    said.   We had a number of ways to prompt for

8    digit sequences.

9        Q.   Was that a way?

10        A.   I have no reason to believe that this

11    was not how it worked.

12        Q.   Am I correct that if this functionality

13    was being used, the user would then speak a

14    string of digits one at a time?

15        A.   Yeah.   Yes.

16        Q.   And just as you explained before, after

17    speaking the last digit, the speaker would say

18    "end," signaling to the voice recognizer the

19    string of digits had been completed?

20        A.   That was the anchor command, if you

21    will.

22        Q.   Then is it correct that the product

23    designed by Voice Control would repeat the

24    digits that it had heard back to the user in

1    some fashion?

2        A.   Yes.  I believe that's true.

3        Q.   And if the user were satisfied, he

4    would then say a word like "send" --

5        A.   Or "dial."

6        Q.   -- or "dial"?

7        A.   Yes.

8        Q.   Which, if recognized accurately by the

9    device, would cause the telephone number that

10   is the same as that string -- as the spoken

11   string of digits --

12       A.   Yeah.  It would feed the string of

13   digits that was recognized into the phone as

14   though you were typing them.

15       Q.   Okay.  And if it didn't understand a

16   digit, it would say "repeat, please" or

17   something like that?

18       A.   Yeah.  "Please repeat."  There were

19   various implementations; sometimes it would say

20   "pardon."  When it didn't classify something,

21   it would usually tell you to repeat it.

22       Q.   And is it correct that there were a set

23   of commands that would or there was a command

24   that would alert the voice recognizer that the

1    next command coming was a word like "home" or

2    "office"?

3        A.  Yeah.  Something like "call" instead of

4    "dial."

5        Q.  So let's see --

6        A.  I don't remember if that's in there.

7    But it would have been something like that.  We

8    used to use "speed dial"; that didn't work very

9    well.  We switched over to other words.  Yeah,

10   "call."

11       Q.  Where are you, please, what page?

12       A.  Page five.

13       Q.  Yeah.  So --

14       A.  This is for redialing, but --

15       Q.  Well, go to page ten, if you would.

16       A.  This is --

17       Q.  One of the functionalities of the

18   system -- and I'm directing you to page ten.  I

19   will come back to that.

20       A.  Sorry.

21       Q.  The user would begin the exchange by

22   saying "phone" and then the word "start."

23       A.  Right.

24       Q.  And if that were recognized, the device

1    would say back, "ready"; is that correct?

2        A.   Yes.

3        Q.   The user would then say "call"?

4        A.   Could say "call."

5        Q.   Okay.  And assuming that the word

6    "call" were recognized as the word "call" by

7    the voice recognizer, it would then listen for

8    one of the predefined command words, "home,"

9    "office," "secretary," and so on?

10       A.   Yes.

11       Q.   And did the system then say -- let's

12   assume that the speaker said the word "home,"

13   would the device then repeat back to the

14   speaker the verification "calling home"?

15       A.   As I recall, yes.

16       Q.   And if the speaker was satisfied that

17   that's what he had, in fact, said, he would say

18   "send," and assuming that the word send was

19   properly recognized, the system would do two

20   things; first it would do a look up to

21   determine what telephone number was associated

22   with the command word "home"?

23       A.   Yes.

24       Q.   And having identified that telephone

1   number, it would send that telephone number to

2   a dialer?

3       A.  Yeah.  In some fashion it would

4   simulate or somehow communicate to do the same

5   thing as dialing the number, the stored number.

6       Q.  Okay.  And is it correct that

7   substantially the same process would be

8   followed if the user wanted to enter a speed

9   dial that was a number rather than the command

10  "home" or "office"?

11      A.  You could speed dial with a numeric

12  indicator, yes.

13      Q.  Now, let me direct your attention to

14  the chart that's on page 12.  Is it -- does the

15  chart on page 12 accurately set forth the

16  command structure that was used in the Uniden

17  product?

18      A.  That's -- yeah, I would assume that.  I

19  have no reason to believe anything in this is

20  intended to be wrong.  So yes.

21      Q.  So that in each case, there was what I

22  describe as a first stage command that would --

23  that if recognized, would alert the voice

24  recognizer to listen for a subset of the

1    Uniden product?

2        A.   I can -- I remember which chips we

3    used.   There was a family of 8186; there was

4    also a TMS 320, a digital signaler processor

5    series.   I believe one's an Intel and one's a

6    Texas Instruments kind of processor.   Exactly

7    what we used, I don't remember.

8        Q.   Is there an Intel chip that you

9    associate with chips that had become powerful

10   enough and small enough so that you could have

11   a speaker-dependent and speaker-independent

12   functionality in the same product?

13       A.   Without putting a timeline on it, yes.

14       Q.   What Intel product do you associate

15   with that greater -- that smaller footprint and

16   greater capability?

17       A.   Smaller footprint is not what I meant.

18       Q.   I'm sorry.

19       A.   It could accommodate more complexity

20   and more memory, but you know, without

21   increasing in size or cost.   So I don't know

22   exactly.   There was more than just the

23   processor.   There was memory.   And then there

24   was the audio interface, the analog to digital

1    and digital to audio component of cost.

2        Q.   Do you associate a particular -- well,

3    first, let's take the CPU chip; was it a 286

4    chip that permitted --

5        A.   I don't remember which one it was.  I'm

6    not a hardware expert.  I'm a signal processing

7    expert.  So that would have been, you know, we

8    had people that specialized in that, Bern

9    Bareis being one, Larry Morse being one and

10   Steve Peterson.

11       Q.   Did Voice Control Systems develop --

12   did there come a time when Voice Control

13   Systems began work on a product where the voice

14   recognizer would be located someplace else than

15   at the handset?

16       A.   Yes.

17       Q.   Okay.  Where was the voice recognizer

18   to be located as associated with that product?

19       A.   Of course, there was the cellular

20   switch-based recognizer, which I would refer to

21   as off-board.

22       Q.   Okay.  What's the easier -- the

23   cellular switch-based product is something you

24   called an off-board product?

Page 119

1      A.   Yes.

2      Q.   As compared to an on-board product?

3      A.   Embedded.   Embedded is the word.

4      Q.   I just want to get the nomenclature

5    straight, so we're talking about the same

6    thing.   One type of product is a so-called

7    embedded product and that's a product that's

8    embedded in a cellular handset?

9      A.   Not necessarily in a handset; but it's

10   part of the phone.

11     Q.   Part of the cellular telephone?

12     A.   And a good way to think of it is that

13   for an embedded solution, you have a direct

14   connection between what you speak into and the

15   recognizer; whereas with an off-board, you're

16   going through some wireless media to

17   communicate the audio in both directions.

18     Q.   Okay.   I think I understand.   Let me

19   just say it back to you to make sure I do have

20   it.   With the embedded product, that product

21   was either part of the cellular handset itself

22   or at least it was so closely associated with

23   the handset that you were speaking directly to

24   the voice recognizer and not over the air

1    waves?

2        A.  Yes.  But let me clarify.  In the time

3    frames we've been talking where the portable

4    phone, where the handset was it, was still --

5        Q.  Large?

6        A.  Well --

7        Q.  Larger?

8        A.  Well, it hadn't really come to

9    fruition.  I don't remember the exact time.

10   But portable phones -- what existed back when

11   we were working on these were separate

12   transceivers.  So you would pick up the phone

13   and a lot of the intelligence, including the

14   transceiver, would be not in your hand.  You

15   would not have the antenna up there; you'd have

16   it in the back of your car.

17       Q.  My memory is that those were the first

18   car phones, what lay people, those of us in the

19   lay public refer to as car phones.

20       A.  When people think of car phones, those

21   are the ones they think of.  There was actually

22   something before that, but --

23       Q.  That was, in fact, transmitting

24   messages over a cellular system; is that

Page 121

1    correct?

2        A.  Yeah, audio.  They were audio channels

3    and bi-directional audio, yes.

4        Q.  And you distinguish that -- that's what

5    you've been calling or what I think you called

6    an on-board system.  Whereas an off-board

7    system is a system that was typically either a

8    part of or peripheral to a central switch; is

9    that correct?

10        A.  That it's relying on wireless media or

11    some kind of connection.  A telephone could be

12    -- a land line telephone could also be an

13    off-board kind of thing.  When you call into a

14    call center and you get a computer, that would

15    be certainly not in the handset; it would be

16    off-board.

17        Q.  It's essentially, that, too, is

18    associated in some way with a centralized

19    location; is that correct?

20        A.  Yes.

21        Q.  So instead of there being a voice

22    recognizer in or associated with each handset

23    on the periphery of the system, the voice

24    recognizer, a single voice recognizer or at