# Exhibit E

# VoiceDial

## OPERATING GUIDE

America's First Speaker Independent

## Voice Command System For Cellular Telephones





SS 19696

# Table Of Contents

INTRODUCTION ...................................................................................1

VOICE COMMAND YOUR PHONE ...........................................1

STARTING VOICEDIAL ..................................................................2

DIAL BY DICTATING DIGITS .......................................................4

REDIAL THE LAST NUMBER DIALED ....................................5

HANG UP THE PHONE....................................................................6

ANSWER INCOMING CALLS ......................................................7

STORE TELEPHONE NUMBERS BY VOICE ..........................7

STORE BY VOICE PROCEDURE ................................................9

DIAL BY DESCRIPTIVE WORDS ...............................................10

DIAL STORED NUMBERS IN MEMORY .................................11

DIAL/ANSWER BY VOICE PROCEDURE ...............................12

USER PROGRAMMABLE FEATURES .......................................13

VOICEDIAL MESSAGES AND RESPONSES ..........................14

HINTS IN OPERATING VOICEDIAL.......................................15

STORED NUMBERS DIRECTORY ............................................17

All rights reserved.  Copyright By-Word Technologies, Inc. 1989.

System Technologies supplied by
Voice Control Systems and By-Word Technologies, Inc.

SS 19697

## INTRODUCTION

Welcome to Uniden America Corporation's new world of
voice command phone operation! Using your cellular phone
with VoiceDial is not only easy, it adds safety, speed and
convenience. VoiceDial permits normal phone functions,
besides adding voice command features as well. Now, keep
both hands on the steering wheel and your eyes on the road
while you make or receive your telephone calls.

Before you begin, please take a few minutes to read through
this Guide. It contains all the information you need to get
started, plus useful hints to help you get the best perfor-
mance from VoiceDial.

KEEP THIS GUIDE IN THE GLOVE COMPARTMENT OF
YOUR VEHICLE FOR REFERENCE.

## VOICE COMMAND YOUR PHONE

You can voice command your phone in a number of ways:

• Dictate the digits of the phone number you want to dial.

• Say one of ten descriptive words to dial preprogrammed
  numbers. For example, *"Office"* to dial your office num-
  ber, *"Home"* to dial your home number, etc.

• Access 19 stored numbers from your phone's memory and
  dial this number with a key word.

• Hang up your phone by a simple command.

• Answer incoming calls by voice command.

We hope that you use all of these features when you make
and receive your phone calls, but whichever feature's you
use, **VoiceDial** puts you in command of your phone!

SS 19698

## STARTING VOICEDIAL

◊ Power On - When you turn the power on to your phone, you hear several tones. This indicates VoiceDial is testing itself and when completed, you hear *"Hello."* This occurs each time you turn the ignition on.

◊ Standby - After the ignition is turned on and VoiceDial has completed its testing, VoiceDial is in standby and waits until you say the key words to start.

◊ Key words - To start VoiceDial, say the two key words, *"Phone"..."Start"* with a one second pause between them.

*NOTE: Be sure to leave a one second pause between the two words. This pause prevents* Voicedial *from accidentally starting from conversations inside your vehicle.*

If too short of a pause is left between the words, VoiceDial may: Remain silent while waiting for the second word, say *"Slower please"* which indicates not a long enough pause between the words, or other responses.

We recommend that you take a few minutes to practice this feature. (Listen to the provided audio cassette tape to hear how VoiceDial works.)

◊ Practice Key Words - Turn the power on and press * * 7 on your phone keypad. (This code is only used for the practice session.)

Say the words *"Phone"..."Start,"* in a normal voice while facing the microphone (located 12 to 18 inches away). If VoiceDial understands each of the three elements, you hear *"Ready"* and on the phone display you see three 1's for about one second. Each digit 1 indicates a correct recognition for each element.

If any one of the three elements (first word, a pause, second word) is not correct, VoiceDial says *"Error"* and the display shows a digit 0 for each incorrect element.

· 2 ·

SS 19699

To end the practice session, press any key, otherwise it is automatically deactivated after a one and a half minute time out which returns VoiceDial to standby.

Should you still have trouble with starting VoiceDial, call Uniden technical support at (317) 842-2483. The practice session also works during a call-in-progress. You are first asked if you heard *"Hello"* from VoiceDial. If not, press the buttons * * 1 and then press * * 7 and say the key words *"Phone"...."Start."* Now you are asked what appeared on the phone display and they can tell you where the trouble is. During your call, * * 7 must be entered to see the recognition for each element result.

*NOTE: If for any reason you cannot start Voicedial by voice command, press the END button.*

◊ VoiceDial responds with *"Ready"* and a beep.

The response *"Ready"* means that VoiceDial is waiting for you to speak a command. If you do not say a command in a short period of time, VoiceDial puts itself in standby.

As soon as you hear *"Ready,"* make your phone call with VoiceDial in one of four ways:

Dial By Dictating Digits .............................Page 4
Redial The Last Number Dialed ...............Page 5
Dial By Descriptive Words ......................Page 10
Dial Stored Numbers In Memory ...........Page 11

SS 1970.1

## DIAL BY DICTATING DIGITS

◊ Say "*Phone*"..."*Start.*"  You hear "*Ready,*" and a beep.

◊ Say "*Dial.*"

◊ VoiceDial responds with "*Number please.*"

◊ Say the phone number, speaking <u>one digit at a time</u>, say the first digit and pause until you hear a beep, then proceed to the next digit (each digit is shown on the phone display as you speak it).  Wait until you hear this beep before you say the next digit.

◊ After speaking the last digit and hearing a beep you must say "*End.*"  This tells VoiceDial that you have finished speaking the digits.

◊ VoiceDial repeats the number back to you and also shows the telephone number on the phone display.

◊ Say "*Send.*"

◊ VoiceDial says "*Dialing,*" and dials the number.

At any time during this sequence, if you or VoiceDial make a mistake, simply say "*Clear.*"  The last digit is cleared off the phone display and VoiceDial says "*Digit please.*"  You then enter a new digit.

To clear the whole display, say another "*Clear.*"  To dictate the number again, begin with "*Dial*" and then the digits as outlined above.

On occasion, VoiceDial does not understand what you have said and asks you to "*Repeat please*" or "*Pardon.*"  If this happens, repeat the last digit or last command only.  <u>Do not repeat the whole sequence of digits.</u>

· 4 ·

SS 19701

VoiceDial may also say *"Louder please."* If this happens just follow the request and speak the command accordingly.

The response *"Slower please"* means VoiceDial needs a longer pause between commands.

## REDIAL THE LAST NUMBER DIALED

Use this feature to redial phone numbers that you could not get through (the line is busy or there is no answer).

To use the Last Number Dialed feature, do the following:

◊ Say *"Phone". . ."Start."* You hear *"Ready,"* and a beep.

◊ Say *"Send."* Voice Dial calls the last number dialed.

*NOTE: This number may not appear on the phone display.*

If you do not remember what the last number you dialed was, do the following:

◊ Say *"Phone". . ."Start."* You hear *"Ready,"* and a beep.

◊ Say *"Call."*

◊ VoiceDial says *"Calling."*

◊ Say *"Memory."*

◊ VoiceDial asks *"Which memory?"*

◊ Say *"Zero" . . ."Zero"* Wait for the beep after each digit.

Say *"Send"* and VoiceDial dials the call, or say *"Verify"* and the phone number is repeated back to you before you say *"Send."* This is convenient to check the last number dialed contents before making the call.

At any time you can say *"Clear"* and VoiceDial goes back to *"Ready."* To completely abandon the dialing sequence say *"Clear"* again. You hear 2 beeps. VoiceDial is in standby.

· 5 ·

SS 19702

## HANG UP THE PHONE

After you finish your conversation and want VoiceDial to hang up the phone:

◊ Say *"Phone"* . . .*"Quit."*  Pause about one second between each word.  (Pressing the END button on your phone also hangs up the phone.)

◊ You hear one beep followed by a pause and then a double beep.

◊ VoiceDial automatically hangs up the phone and is in standby.

*NOTE:  If you cannot hang up the phone by voice command (this occurs while attempting to make a call and the phone at the other end is still ringing or busy), press the END button.*

During a conversation there may be an occasion when you hear a beep.  VoiceDial, while in standby, mistakingly heard the command to hang up the phone.  If this happens, ignore the beep and continue talking.  VoiceDial recognizes you are still talking and keeps the line open.

After your conversation has ended and you want to immediately dial another number, do the following:

◊ Say *"Phone"* . . .*"Start"* instead of *"Phone"* . . .*"Quit."*

◊ VoiceDial hangs up the first call, then says *"Ready"* and waits for your voice commands to dial the second call.

· 6 ·

SS 19703

## ANSWER INCOMING CALLS

When the phone rings, to answer the incoming call with VoiceDial:

◊ Say *"Phone."* You must speak this command between rings. This may take several attempts to accomplish.

◊ VoiceDial says *"OK"* and now you can talk to your caller with the handsfree microphone.

When you have finished your conversation, to hang up the phone with VoiceDial:

◊ Say *Phone" . . ."Quit,"* or press the END button.

## STORE TELEPHONE NUMBERS BY VOICE

To use VoiceDial's Dial By Descriptive Words or Dial Stored Numbers In Memory, do the following:

To store your home telephone number using the descriptive word *"Home"*:

◊ Say *"Phone". . ."Start."* You hear *"Ready,"* and a beep.

◊ Say *"Dial."*

◊ VoiceDial says *"Number please."*

◊ Say your home number, <u>one digit at a time</u>, waiting for the beep after each digit.

◊ After saying the last digit and hearing the beep, say *"End."*

◊ VoiceDial repeats the number to you.

◊ Say *"Store."*

◊ VoiceDial responds with *"Storing."*

◊ Say *"Home."* (*See* Store Numbers In Memory *below*).

· 7 ·

SS 19704

◊ VoiceDial says *"Storing Home,"* and proceeds to store your home number. When finished storing, VoiceDial says *"Ready."*

◊ You can now store another phone number against another VoiceDial descriptive word using the same procedure as above, beginning at the command *"Dial,"* or finish by saying *"Clear"* or press the END button.

*NOTE: See the* Store By Voice Procedure *chart on page 9.*

<u>Store Numbers In Memory</u> – Store telephone numbers in the phone's memory locations 01 through 19 as follows:

◊ Instead of saying *"Home"* as in above, say *"Memory."*

◊ VoiceDial asks *"Which memory?"*

◊ Say the two digit memory location 01 - 19, <u>one digit at a time</u>. You must say two digits for a memory location. Example: *"Zero"* . . .*"Two"* for memory location 2, or *"One"* . . .*"Six"* for memory location 16. Wait for the beep after each digit.

◊ VoiceDial says *"Storing memory . . ."* and stores the phone number in the designated memory location.

*NOTE: See the* Store By Voice Procedure *chart on page 9.*

Keep a record of the numbers you are storing in the memory locations in the back of this manual on page 17. You may need to refer to this list in the future.

*NOTE: Any number stored with this procedure can be erased by over writing with a new number.*

SS 19705

## STORE BY VOICE PROCEDURE

Say *"Phone"..."Start"* or press END

*"Ready"*

Say *"Dial"*

*"Number please"*

Say each digit with about a one second pause

After the last digit say *"End"*

Number is repeated

Say *"Store"*

*"Storing"*



Say only one

*"Home"*
*"Office"*
*"Secretary"*
*"Information"*
*"Emergency"*
*"Service"*
*"Friend"*
*"Broker"*
*"Work"*
*"Bank"*

*"Storing ..."*

Say *"Memory"*

*"Which memory?"*

Say the two
digit memory
location 01 - 19

*"Storing memory ..."*

To end the procedure say *"Clear"* or press END

· 9 ·

SS 19706

## DIAL BY DESCRIPTIVE WORDS

VoiceDial can dial numbers associated with any of the ten descriptive words listed below.

*NOTE:  Before using this feature, first store telephone numbers to some or all of the descriptive words listed below.  Do this by using the procedure in* Store Telephone Numbers By Voice.

◊ Say *"Phone". . ."Start."*  You hear *"Ready,"* and a beep.

◊ Say *"Call."*

◊ VoiceDial says *"Calling."*

Say one of the words from VoiceDial's descriptive word list:

| | |
|---|---|
| "Home" | "Service" |
| "Office" | "Friend" |
| "Secretary" | "Broker" |
| "Information" | "Work" |
| "Emergency" | "Bank" |

◊ VoiceDial says *"Calling . . ."* and the descriptive word.

You now have a choice: say *"Send"* and VoiceDial dials the call, or say *"Verify"* and the telephone number is repeated back to you before you say *"Send."*

At any time during this sequence you can say *"Clear"* and VoiceDial goes back to *"Ready."*  To completely abandon the dialing sequence say *"Clear"* again.  You hear 2 *"beeps."* VoiceDial is in standby.

*NOTE: See* Dial/Answer By Voice Procedure *chart on page 12.*

SS 19707

DIAL STORED NUMBERS IN MEMORY

VoiceDial can access the phone's memory to retrieve numbers that you have stored there. Valid memory locations are 01 through 19.

*NOTE: Before using this feature, first store telephone numbers to some or all of the memory locations 01 through 19. Do this by using the procedure in Store Telephone Numbers By Voice.*

◊ Say *"Phone". . ."Start."* You hear *"Ready,"* and a beep.

◊ Say *"Call."*

◊ VoiceDial says *"Calling."*

◊ Say *"Memory."*

◊ VoiceDial asks *"Which memory?"*

◊ Say the two digit memory location. You must say two digits for a memory location. Example: *"Zero" . . ."Two"* for memory location 2, or *"One" . . ."Six"* for memory location 16. Wait for the beep after each digit.

*NOTE: Your Uniden phone, memory locations 20 through 30 are no longer accessible. If you say any one of these locations by mistake, VoiceDial responds with "Location error" and then asks you for a new command by saying "Memory please." Now say a valid memory location 01 and 19.*

You now have a choice: say *"Send"* and VoiceDial dials the call, or say *"Verify"* and the phone number is repeated back to you before you say *"Send."* This is convenient to check the memory location's contents before making the call.

At any time during this sequence you can say *"Clear"* and VoiceDial goes back to *"Ready."* To completely abandon the dialing sequence say *"Clear"* again. You hear 2 "beeps." VoiceDial is in standby.

*NOTE: See* Dial/Answer By Voice Procedure *chart on page 12.*

• 11 •

SS 19708

## DIAL/ANSWER BY VOICE PROCEDURE



To hang up say *"Phone"..."Quit"* or press END, or
for a follow on call say *"Phone"..."Start"* to go back to *"Ready"*

◊ During a sequence you can say *"Clear"* to bring you back to *"Ready."*

◊ For accurate results follow the sequences exactly as shown.

◊ If you get error messages, please refer to VoiceDial Messages And Responses.

· 12 ·

SS 19700

## USER PROGRAMMABLE FEATURES

Some features of VoiceDial can be turned on and off by pressing certain codes on the keypad of your phone. All the codes act like an on/off toggle switch. VoiceDial is designed with this flexibility for each user's needs.

Each time you change a setting, VoiceDial tells you what its voice response will be. Listed below are all the features you can change. When VoiceDial leaves the factory, all features are set to on except for Digit Repeat.

| FEATURE | KEY CODE | VOICE RESPONSE ON | OFF |
|---|---|---|---|
| DIGIT REPEAT (Each digit repeated as dictated) | * * 0 | "Digit repeat" | "Digit repeat off" |
| PHONE START (Turned on) | * * 1 | "Hello" | "Hello off" |
| PHONE QUIT (Hang up) | * * 2 | "Service OK" | "Service off" |
| PHONE (Call answer) | * * 3 | "OK" | "OK off" |
| PHONE START PRACTICE (User practice session) | * * 7 | — | — |

*RECOMMENDATION: Enter these codes into your phone only when the phone is powered up and your vehicle is stationary.*

*NOTE: With some cellular phones, the Digit Repeat and Phone Start Codes are opposite to the above list. If this occurs, simply use the other code for the proper response.*

· 13 ·

SS 19710

## VOICEDIAL MESSAGES AND RESPONSES

VoiceDial may give you a response for a number of reasons: if you mispronounce or say an incorrect command; noises in the background, such as other people talking, the radio is loud, unusually loud traffic noises, etc. The most important of the responses you might hear are *"Please repeat,"* or *"Pardon," "Slower please"* and *"Louder please."* You may also hear *"Location Error," "Memory Error"* or just *"Error."*

- *"Please repeat"* or *"Pardon,"* means you should repeat the last word or digit that you spoke.

- *"Slower please"* means you should say again, but leave a slightly longer pause between the words or digits.

- *"Louder please"* means you should repeat the last word or digit that you spoke, only this time louder.

Typically, one of these responses has been generated because VoiceDial heard something that it did not expect or cannot understand. Usually, it is obvious what caused the response (such as a loud background noise, etc.).

However, it is not always possible to control such noises in a moving vehicle. If conditions are not right, say *"Clear"* to get back to *"Ready,"* and then another *"Clear"* again, or press END. You hear 2 "beeps." VoiceDial is in standby.

- *"Location error"* occurs if you ask VoiceDial to access an invalid number from the phone's memory. For example, if the phone has twenty available memory locations and you give the commands *"Call" , "Memory," "Six" . . ."Two"* (i.e. memory location 62), VoiceDial knows there is no such memory location.

- *"Memory error"* occurs if you ask VoiceDial to recover a telephone number from an empty memory location.

- *"Error"* occurs if you dictate more than sixteen digits at any one time.

· 14 ·

SS 19711

If you hear any of these error messages, it is best to stop and check this Guide to see where the mistake is being made and start from the beginning again.

In addition to the above messages, there are other responses. These messages tell you about VoiceDial's status or remind you to say something. All these responses are self explanatory and you should have no difficulty in understanding what they mean or why they are prompting you.

## HINTS IN OPERATING VOICEDIAL

The following hints are helpful in getting the best performance from VoiceDial:

• When you say *"Dial,"* VoiceDial expects to hear only the digits, followed by the command *"End."*

• When you say *"Call,"* VoiceDial expects to hear one word from the descriptive word list and only these words.

• When you say *"Call"* followed by *"Memory,"* VoiceDial expects to hear a two digit memory location.

• A single *"Clear"* undoes your last command and brings you back to *"Ready"* (unless you are dictating digits, then the last dictated digit is erased from the display and VoiceDial says *"Digit please"* to enable you to say another digit. If you now want to stop dictating digits a second *"Clear"* is required to bring VoiceDial to *"Ready"*).

   A final *"Clear"* after *"Ready"* puts VoiceDial in standby.

• VoiceDial does not interfere with the normal functions of your phone. Make and receive your calls as normal.

• You can always turn VoiceDial on and off by pressing the END button. When in doubt, press the END button to start over. Press buttons lightly – never hold them down.

· 15 ·

SS 19712

- While making a call and the phone at the other end is still ringing or busy, you can not hang up the phone by voice command. If either of these conditions occurs, hang up your phone by pressing the END button.

- Shouting distorts your voice. VoiceDial may interpret this as noise. Always speak clearly and in a natural tone. Digits should be dictated one at a time, but wait for the beep between each digit.

- The microphone should be mounted directly in front of you, positioned 12 to 15 inches from your mouth and the switch on LO, or 18 inches on HI. The visor is a good location, since a directional microphone performs best when you face the microphone when you speak.

- For the best performance, try to make your calls when background noises are at a minimum. VoiceDial has been designed to accept a certain amount of noise, but loud noises inside and outside a moving vehicle can overwhelm it. Windows should be closed, the volume on the car radio or stereo turned down, and the heater/air conditioner fan set at an intermediate level. Keeping background noises at a minimum helps the other party hear you more clearly when you talk on the handsfree microphone.

- If other people in your vehicle are talking at the same time, try not to give voice commands to VoiceDial.

- Do not eat or drink when giving voice commands.

- If you receive a call while you are in the middle of voice dialing, VoiceDial immediately abandons its tasks, puts itself in standby and waits. The phone rings normally and you can then answer the call by saying *"Phone."*

- VoiceDial alerts you to a hang up with a beep. Should you hear a beep during your conversation, to avoid a "false" hang up, just continue talking.

· 16 ·

SS 19713

## STORED NUMBERS DIRECTORY

Write in your frequently called telephone numbers:

| Mem. Loc. | Name | Phone No. |
|-----------|------|-----------|
| 01 | ------------------------ | ------------ |
| 02 | ------------------------ | ------------ |
| 03 | ------------------------ | ------------ |
| 04 | ------------------------ | ------------ |
| 05 | ------------------------ | ------------ |
| 06 | ------------------------ | ------------ |
| 07 | ------------------------ | ------------ |
| 08 | ------------------------ | ------------ |
| 09 | ------------------------ | ------------ |
| 10 | ------------------------ | ------------ |
| 11 | ------------------------ | ------------ |
| 12 | ------------------------ | ------------ |
| 13 | ------------------------ | ------------ |
| 14 | ------------------------ | ------------ |
| 15 | ------------------------ | ------------ |
| 16 | ------------------------ | ------------ |
| 17 | ------------------------ | ------------ |
| 18 | ------------------------ | ------------ |
| 19 | ------------------------ | ------------ |
| Home | ------------------------ | ------------ |
| Office | ------------------------ | ------------ |
| Secretary | ------------------------ | ------------ |
| Information | ------------------------ | ------------ |
| Emergency | ------------------------ | ------------ |
| Service | ------------------------ | ------------ |
| Friend | ------------------------ | ------------ |
| Broker | ------------------------ | ------------ |
| Work | ------------------------ | ------------ |
| Bank | ------------------------ | ------------ |

SS 19714

## One Year Limited Warranty

**WARRANTOR:** Uniden America Corporation ("Uniden")

**ELEMENTS OF WARRANTY:** Uniden warrants, for one year, to the original retail owner, Uniden VoiceDial (hereinafter referred to as the Product) to be free from defects in materials and craftsmanship with only the limitations or exclusions set out below.

**WARRANTY DURATION:** This warranty to the original user shall terminate and be of no further effect 12 months after the date of original retail sale. The warranty is invalid if the Product is (A) damaged or not maintained as reasonable or necessary, (B) modified, altered, or used as part of any conversion kits, subassemblies, or any configurations not sold by Uniden, (C) improperly installed, (D) repaired by someone other than an authorized service center for a defect or malfunction covered by this warranty, (E) used in any conjunction with equipment or parts or as part of any system not manufactured by Uniden, or (F) installed, programmed, or serviced by anyone other than an authorized Uniden service center.

**STATEMENT OF REMEDY:** In the event that the Product does not conform to this warranty at any time while this warranty is in effect, warrantor will repair the defect and return it to you without charge for parts, service, or any other cost (except shipping and handling) incurred by warrantor or its representatives in connection with the performance of this warranty. THE ONE YEAR LIMITED WARRANTY SET FORTH ABOVE IS THE SOLE AND ENTIRE WARRANTY PERTAINING TO THE PRODUCT AND IS IN LIEU OF AND EXCLUDES ALL OTHER WARRANTIES OF ANY NATURE WHATSOEVER, WHETHER EXPRESS, IMPLIED OR ARISING BY OPERATION OF LAW, INCLUDING, BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THIS WARRANTY DOES NOT COVER OR PROVIDE FOR THE REIMBURSEMENT OR PAYMENT OF INCIDENTAL OR CONSEQUENTIAL DAMAGES. Some states do not allow this exclusion or limitation of incidental or consequential damages so the above limitation or exclusion may not apply to you.

**LEGAL REMEDIES:** This warranty gives you specific legal rights, and you may also have other rights which vary from state to state. This warranty is void outside of the United States of America.

**PROCEDURE FOR OBTAINING PERFORMANCE OF WARRANTY:** If, after following the instructions in this Operating Guide you are *certain* that the Product is defective, pack the Product carefully (preferably in its original packaging) and include a note describing the defect that has caused you to return it. The Product should be shipped or delivered (by UPS or insured parcel post), freight prepaid to warrantor, at:

> Uniden Customer Service
> Uniden America Corporation
> 9900 Westpoint Drive, P.O. Box 501368
> Indianapolis, IN 46250, (317) 842-2483

with evidence of original purchase.