# Exhibit F


## AUTOMOTIVE

# DIALING A PHONE BY VOICE

SAVARAJ I. PAWATE
PETER EHLIG
Technical Staff Members
Texas Instruments Inc.
Houston, TX

**Soon you may be able to "dial" a car phone and turn on the lights and wipers with voice commands.**

Look for speech recognition to be the next hot technology in the burgeoning automotive electronics industry. In fact, some experts expect voice command systems that control vehicle functions to become widely accepted in this decade.

One application getting a lot of attention today is a speech recognition voice dialer for cellular car phones. Voice-activated telephone dialing allows the driver to keep his eyes on the road and at least one hand on the wheel. Conventional dialers, in contrast, require operators to look at a keypad to punch in numbers, a dangerous activity in moving vehicles.

The voice dialer recognizes both male and female voices, as well as a number of dialects. It can have a vocabulary of 25 or more words, depending on memory size. Surprisingly, all this functionality requires only one digital signal processor (DSP).

The voice dialer employs a speech recognition algorithm known as continuous density Hidden Markov Modeling (HMM). HMMs are statistical models for vocabulary words. The algorithms devised to decode voice patterns require substantially more computing power than other techniques, but the improved recognition accuracy outweighs any added expense incurred by using bigger microprocessors.

The voice recognition system has a speaker-independent mode, which means a person does not have to train it to learn his or her voice. For example, any rental-car customer can use the dialer. Any American speakers, regardless of their accents, can be accommodated. Continuous speech recognition is employed so the speaker can talk naturally; no deliberate pauses between words are required.

In addition to unsurpassed accuracy, the voice dialer solves a related communications problem. The cellular telephone industry is rapidly running out of available channels because of the demand for such service. However, a new algorithm called Vector Sum Excited Linear Predictive (VSELP) speech coding, allows the



...th convenience and safety dictate the need for speech recognition systems to dial car phones. A voice dialer prototype demonstration unit is packaged in a briefcase-size box. After initial program installation, the dialer plugs into a cigar lighter receptacle. Correct operation is verified with another telephone in a working vehicle.



phone system to accommodate mc
channels in the available bandwidth tha..
previous methods.

## Using the dialer

A typical application uses a grammar
definition program built into, or down-

## EVERYTHING OLD IS NEW AGAIN

Speech recognition technology is not new. A speaker verification system for
military security was introduced in 1974, several years after research began in the
1960s. Even then, the system was said to be superior to fingerprint identification.
TI also used a version of the system to control entry to its own computer center.
Today, speech and development systems are designed for a variety of appli-
cations, including text-to-speech, record/playback, telephone management, lan-
guage recognition and speaker verification. Also, credit card verification systems
are now widely used.

Text-to-speech algorithms convert ASCII text (as it appears on a computer
monitor) into spoken English. The computer-generated voice is natural, intel-
ligible, and has an unlimited vocabulary. Specific applications include inventory
assessment, order entry input, and status review.

Record/playback applications are similar to tape recorders or dictation ma-
chines. The user can record notes, speeches and other material. However, com-
puter storage provides greater clarity than magnetic recordings and enables the
recorded file to be easily merged with other data files.

Telephone management systems employ computers to answer telephones, re-
play messages, and dial other telephones. Applications can be more complex than
simple voice mail. In computer banking, for example, customer transactions
phoned in can be confirmed at each step of the process by a synthesized voice.

Language recognition enables a computer to recognize complete sentences as
they are spoken. One system, for example, can handle applications requiring up to
2,000 words. Language recognition goes beyond mere word recognition; entire
sentences are analyzed using context analysis to help determine what is spoken.
Language recognition is particularly useful in applications where keyboards
cannot be used.

Speaker verification identifies a person through his or her unique voice charac-
teristics. As such, it is ideal for a wide variety of security or entry control
applications.

Successful applications arise from a melding of research and development in
speech and semiconductor technology, and speech algorithms. For example,
established multiple speech databases help create speaker-independent models
for the digits used in the voice dialer.

Speech application development requires special software and hardware tools
and utilities, and run-time libraries. Such software is available for a variety of DOS
and Unix platforms. For example, a speech system tool kit (Speech System V) is
available for Xenix or Unix systems running on Intel 80386-based computers. The
tool kit also contains an interface for Unix systems operating on minicomputers.



DSP algorithms recognize the
digitized form of an analog
speech pattern. The top
waveshape is a speechgraph of
the words call home. The lower
waveform is a spectrogram of
the same phrase.

loaded to, the DSP memory, so either
man or woman can speak to a car tele
phone and say "Call office" or "Ca
home." He or she can also state the num
ber to be called, using the words zer
through nine for digits or the word "ok
for zero. The user can also define a reper
tory name, for example, "Call Harvey."

The heart of the dialer comprises fixed
point DSPs, a ROM-based design particu
larly suited for cellular phones. The Ds
has a number of built-in hardware fea
tures that speed the implementation c
speech recognition algorithms. Con
sequently, the phones make full use c
state-of-the-art digital technology t
maximize available telephone channe
bandwidth.

Voice dialing features can be added t
cellular telephones by simply increasin
system memory — other DSP devices ar
not required. The single speech codin
DSP can be time shared to handle voic
recognition as well because both func
tions do not need to run simultaneousl
Further, integrated cellular telephone
can use the same DSP to control othe
functions, such as vehicle entertainmer
equipment, climate, and windshiel
wipers.

Voice dialer ROM and RAM com
binations can be varied to handle differ
ent size boot programs, program memor
and data. The programs differ dependir
on the number of telephony applicatior
and the functions provided. An analc
interface to the telephone handset, a
alpha-numeric display, and interrup
driven connections to the telephor
handset complete the set-up.

## New product development

To aid in the design of new speech re
ognition products, the dialer doubles as
development system. An RS-232 inte
face, for example, supports download
external software and provides a condu
for control and input information
other systems associated with the diale
As a result, the voice dialer is easily int
grated into a specific application en
ronment or another development syste
and evaluated.

The RS-232 port downloads to a sep
rate 64k RAM in the voice dialer. The b
program transfers the downloaded p
gram and data to the correct DSP memo

The dialer has uses other than the
phone application. They include persor
computers or workstations where vo

SS 04421

mory, so either recognition is used instead of keyboard
eak to a car tele input. Also, voice input can supplement
office" or "Cal factory automation and process in-
lso state the num spection data for various machines and
g the words zer computers.
. or the word "oh    A speech recognition system can also
lso define a reper provide hands-off control of a vehicle en-
, "Call Harvey." tertainment system, climate control, win-
r comprises fixed dows, windshield wipers, and door locks.
d design particu For example, a driver can select a radio
· phones. The DS station with his voice or change the inte-
-in hardware fea rior temperature without removing his
mplementation c hands from the steering wheel. The voice
lgorithms. Con system can also query the vehicle for fuel
make full use c status and mpg ratings. Even more ele-
al technology t gant features can be had at negligible
:lephone channe cost, such as a voice lock that allows the
vehicle to be started only by authorized
s can be added t persons.
simply increasing    A demonstration voice dialer system is
er DSP devices ar contained in a portable, briefcase-size
gle speech coding box. It is powered by either a 220/110-Vac
d to handle voic supply or 12 Vdc through a vehicle cigar
:cause both func lighter receptacle. Such a portable voice
in simultaneously dialer can be used as a development sys-
:llular telephone tem or a test set to diagnose faults in
· to  trol othe telephones in other mobile units. ·
cle: rtainment    The voice dialer circuit is located on
and windshield one printed-circuit board with program-
mable array logic (PAL) to minimize the
and RAM com number of individual support logic chips.
1 to handle differ Voice dialer subsystems include analog
program memory circuits and codec, processor and RAM
s differ depending memory, processor control and EEPROMs,
hony application display and communications port, and
vided. An analo power.
hone handset, a
y, and interrupt-

## Application-specific grammar

:o the telephone
et-up.

**evelopment**

of new speech rec
dialer doubles as
An RS-232 inter
ports downloade
provides a condu
t information 1
ed with the diale
ialer is easily int
application env
velopment syste

vnloads to a seps
ce di∵ler. The boo
· d  paded pr
rrec. DSP memor
other than the c
:y include person
tions where voic

An algorithm can be loaded that makes
the dialer recognize up to 25 words with-
out discriminating male or female voices.
And application-specific grammar can be
either downloaded to the system through
an RS-232 serial port, or installed at the
factory.

A grammar is also called a sentence
model. The DSP and speech recognition
algorithms understand and respond to
sentence models, and control the syntax
by which the words are put together.

After the grammar is loaded, the voice
dialer recognizes the following sequence
of commands spoken in any order: call
office, call home, or number (digits).
In this sequence, number is a digit
string of any length, for example, number
16-666-7777 is a legal sentence. A 1-s
pause (or other adjustable value) termi-

nates any speech. When the voice dialer
recognizes a complete phrase followed by
the pause, it displays a period (.) on the
voice dialer 32-character alpha-nu-
meric liquid-crystal display screen. The
commands 'enter' or 'cancel' can also
terminate the connection.

Pressing the off-hook switch on either
the voice dialer case or the handset re-
starts the voice recognition process. In
fact, the system recognizes just one com-
mand each time the phone goes off hook.

Other application grammars also are



possible. An application may, for exam-
ple, require that the speech recognition
system recognize names and the word call
as in the command call John Jones.

A basic voice dialer vocabulary consists
of 11 digits (zero through nine and the
word oh for zero) and four words (call,
office, home, and number). But other
words are easily added to the application
grammar. In one version of the dialer,

*The voice dialer requires either a TMS320C25 or TMS320C51 DSP with data memory, program memory, and EEPROM. A telephone handset interface, RS-232 port, display, and various switches comprise a system with a digital configuration that is different for each speech recognition algorithm that it employs.*

*Flow chart shows operation of the voice dialer when application-specific grammar is loaded. Here, the commands call office, call home, and number (digits) are possible, where digits is a digit string of any length.*

SS 04422



# AUTOMOTIVE

**TARGET TOPIC**

other common words used are enter, cancel, area, code, extension, and emergency.

## The database connection

Many speaker-independent word models were created for the voice dialer to eliminate a training phase needed by ear-

voice dialer boots up with a speaker-independent model. The model is "seed" and the voice dialer controlling algorithm continuously adapts the model to the user in what is called a voice dialer training mode.

Many novel applications also are poss

## DSP TARGETED FOR SPEECH RECOGNITION

The newest DSP, the TMS320C51, has an architecture especially configured for speech processing. The design speeds speech algorithm processing much as a hardware multiplier/accumulator speeds more conventional DSP signal processing. For example, an important calculation performed by a speech algorithm is selecting a maximum or minimum value out of a set of values. Recognizing this, designers implemented such a maximum and minimum instruction set in hardware for the TMS320C51. A description of the maximum value instruction that compares only two values is illustrated here to help understand the more complex operation for a set of values.

Assume that the maximum value of two numbers is to be found. One is placed in the TMS320C51 accumulator, the other is placed in the accumulator buffer. The instruction CRGT initiates the following sequence: The contents of the accumulator are compared to the contents of the accumulator buffer, and the larger (signed) value is loaded into both registers. A carry bit is modified according to the comparison result. For example, if the contents of the accumulator are greater than or equal to the contents of the accumulator buffer, the carry bit is set to 1; otherwise it is zero. A similar procedure finds the least value in a set of values using the CRLT instruction.

A hardware feature of the TMS320C51 that makes it particularly suited to voice recognition is that, unlike other DSPs, the C51 performs single-cycle 16-×-16-bit multiplications in 35 to 50 ns. Data shifting and address manipulations also are in hardware rather than microcode or software.

Speech recognition algorithms typically are arithmetic intensive and need to access as much DSP power as possible. The C51 DSP features a zero-overhead context switch on interrupts. That means no extra cycle time is needed to save or restore data when an interrupt is received. Because no timing cycles are used for data save/restore, that time is available for computation.

The TMS320C5L is a fifth-generation digital signal processor and a fixed-point machine. Available in a 132-pin Quad-Flat-Pack package, the 5-V static CMOS Harvard architecture (separate data and program buses) DSP can be tested using the industry standard JTAG IEEE P1149.1 boundary scan logic. Capable of more than 28 Mips, the DSP features on-chip ROM, program/data RAM, dual-access data RAM, and memory security. Also on-chip are address-mapped software wait state generators, serial ports, a hardware timer, five internal and four external user-maskable interrupts, and 64k I/o ports accessed by sixteen 16-bit address lines.

*Texas Instruments Speech System V Toolkit is a software development package used with a 80386-based computer to create speech programs. The tool kit provides the environment to make systems for voice recognition, record-and-play, text-to-speech, and telephone management. An option is also available for speaker verification applications in security products.*



lier speech recognition systems. By collecting speech samples from 200 native American speakers (100 male and 100 female), statistical models for each vocabulary word were created. Thus, the likelihood of an unrecognizable word was largely diminished. Care was taken to sample different geographical regions to reflect various dialects. The repertory of voice information is archived in a speech database.

Recognizing that different accents need to be accommodated in certain applications, a speaker-adaptive operating mode was developed. In this mode, the

ble using the database concept. For example, a vocabulary may be developed that specific to one automobile manufactur or customer. For some applications, suc as a personalized car phone that is disabled when others try to use it, TI ca supply speaker-dependent capability f a code word.

In the present voice dialer, all need voice recognition functions, such as HM algorithms, signal processing, and gram mar control are performed by one DS For more complex applications, however such as large vocabularies and more co plex grammars, more than one DSP m be needed. Multiprocessor architect allows algorithm partitioning so th larger vocabularies may be recogni and accommodated.

Experimental versions of a mul processor DSP architecture for speech r ognition have already been made. many as 32 DSPs were connected which present, uses an IBM AT computer a host for development and input/out functions. ■

SS 04423