# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| SCANSOFT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10353 PBS |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) ) ) ) | **ORAL ARGUMENT REQUESTED** |
| | ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' OVERLONG BRIEF REGARDING THE CLAIM CONSTRUCTION OF THE '966 PATENT

Plaintiff ScanSoft, Inc. moves to strike defendant Voice Signal Technologies, Inc.'s ("VST") thirty-four page Claim Construction Memorandum regarding U.S. Patent 6,501,966 because it is substantially over the twenty page limit for briefs set by Local Rule 7.1(B)(4) and was filed without leave of Court. The grounds for this motion are set forth in the accompanying Memorandum.

Accordingly, ScanSoft respectfully requests that the Court grant this motion and strike VST's overlong brief regarding the '966 patent, or, in the alternative, order VST to submit a revised brief that complies with the twenty page limit set by the Local Rules.

### CERTIFICATE PURSUANT LOCAL RULES 7.1

I certify that on June 7, 2005, counsel for the parties conferred by telephone in an effort to resolve the issues presented in this motion, and that the parties were unable to reach an accord.

Dated: June 8, 2005

SCANSOFT, INC.,
By its attorneys,

/s/ Rebecca L. Hanovice
Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Erik Paul Belt, BBO # 558620
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
Rebecca L. Hanovice, BBO # 660366
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
rhanovice@bromsun.com

02639/00509 391203.1