T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG ∗ SUNSTEIN LLP



JACK C. SCHECTER
T 617 443 9292 x281
JSCHECTER@BROMSUN.COM

June 6, 2005

## VIA EMAIL AND FIRST CLASS MAIL

Wendy S. Plotkin, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2809

Re   *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.,*
Civil Action No. 04-10353 PBS
Our File 2639/509

Dear Wendy:

I write to confirm our phone conversation this morning. I informed you that on Friday, June 3, 2005, ScanSoft inadvertently appended a six page confidential and privileged document to Exhibit 1 to its Markman Brief on Claim Construction of U.S. Patent 6,594,630. The Court has been advised of this situation and an appropriate version of the Markman Brief and Exhibits will be re-filed electronically today.

Per my request, and pursuant to paragraph 4 of the Protective Order, please refrain from reviewing Exhibit 1 to ScanSoft's '630 Markman Brief. Also, please certify in writing as soon as possible that any copies of Exhibit 1 have been destroyed and that no copies have been disclosed to your client or anyone else.

Thank you in advance for your attention to this matter.

Sincerely,

Jack C. Schecter

Wendy S. Plotkin, Esq.
Choate, Hall & Stewart
June 6, 2005
Page 2


Cc:     Robert S. Frank (via email)
        Sarah C. Columbia (via email)
        Paul D. Popeo (via email)
        Paul Bonanno (via email)


02639/00509  386662.1