## Erik Belt

**From:** Erik Belt
**Sent:** Monday, June 06, 2005 5:39 PM
**To:** 'RFRANK@CHOATE.COM'
**Subject:** ScanSoft v. Voice Signal Technologies, Civil Action No. 04-10353 PBS (D. Mass)

Dear Bob:

As you requested, I am confirming that the document inadvertently attached behind the copy of the '630 patent in Exhibit 1 to ScanSoft's Markman Brief on Claim Constriction of United States Patent No. 6,594,630, filed on Friday afternoon, June 3, 2005, is a document prepared exclusively by Bromberg & Sunstein LLP attorneys on behalf of one of this firm's clients. No third parties were involved in the preparation of the document. The document is a claim chart concerning patents not asserted in Civil Action No. 04-10353 PBS. The document was addressed to the client's in-house counsel for the purpose of giving legal advice. The contents of the document represent information that is both attorney-client privileged and attorney work product.

The Protective Order in this case, entered by Judge Saris on March 11, 2005 (and attached below), provides in clear terms, in Paragraph 4, that "the inadvertent production of information subject to attorney-client privilege or work-product immunity, . . . will not be deemed to constitute a waiver of such privilege, immunity, rights, or any other privilege, immunity, or rights that would otherwise attach to such information. Any party receiving inadvertently produced information will forthwith, upon request, return the original and all copies to the party producing such information."



03-11-05 Protective
order sign...

In a phone call this morning between my associate, Jack Schecter, and your associate, Wendy Plotkin, and in a follow-up letter, we put your firm on notice that the document was inadvertently attached to the exhibit and demanded the return of all originals and copies. I repeat that demand to you now. Please confirm by return e-mail that you will comply with the Protective Order forthwith. Otherwise, we will have no choice but to file a motion for contempt of the order.

Very truly yours,

/Erik

Erik P. Belt
Partner

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004

This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.



Erik Belt.vcf (3 KB)

1