## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-10353-PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF WENDY S. PLOTKIN

Wendy S. Plotkin deposes and states as follows:

1.  I am an attorney in the law firm of Choate, Hall & Stewart, and a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am counsel to the above-named defendants and make this declaration in support of the Voice Signal Technologies, Inc's Opposition to ScanSoft, Inc.'s Motion to Compel Further Production of Documents and Responses to Interrogatories.

2.  Attached hereto as Ex. A is a true and correct copy of a portion of the deposition transcript of Thomas J. Lazay.

\*           \*           \*

3940747v1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Wendy S. Plotkin

Dated:  June 8, 2005

# Exhibit A

ESQUIRE DEPOSITION SERVICES

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - -

SCANSOFT, INC.,                     :

    Plaintiff,                     :

VS.                                 :

VOICE SIGNAL TECHNOLOGIES,          : CASE NO.

INC., LAURENCE S. GILLICK,          : 04-10353-PBS

ROBERT S. ROTH, JONATHAN P.         :

YAMRON and MANFRED G.               :

GRABHERR,                           :

    Defendants.                    :

- - - - - - - - - - - - - - -

    DEPOSITION OF THOMAS J. LAZAY, a witness called by and on behalf of the Plaintiff, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Sandra L. Bray, Registered Diplomate Reporter, CSR Number 103593, and Notary Public in and for Commonwealth of Massachusetts, at the offices of Bromberg Sunstein LLP, 125 Summer Street, Boston, Massachusetts, on Wednesday, May 25, 2005, commencing at 10:14 a.m.

ESQUIRE DEPOSITION SERVICES

Page 2

```
 1    APPEARANCES:
 2    Representing the Plaintiff:
 3       CHOATE HALL & STEWART
 4       53 State Street
 5       Exchange Place
 6       Boston, Massachusetts  02109
 7       BY:  PAUL D. POPEO, P.C.
 8
 9    Representing the Defendants:
10       BROMBERG SUNSTEIN LLP
11       125 Summer Street
12       Boston, Massachusetts  02110
13       BY:  LISA M. FLEMING, ESQUIRE
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1            INDEX
 2   WITNESS:                    PAGE NO.
 3   THOMAS J. LAZAY
 4   BY MS. FLEMING                 4
 5
            EXHIBITS
 6
     NO.   DESCRIPTION            PAGE NO.
 7
     1    Voice Signal Technologies Web
 8        Site Printout              13
 9   2    VSuite 1.2.00 Mass Market
          Handsets User Interface
10        Specification              80
11   3    VSuite 2.0 Mass Market Handsets
          User Interface Specification  100
12
     4    Document entitled Samsung
13        Korean VSuites             129
14   5    Marketing Requirements
          Specification              131
15
     6    Copy of E-mail from
16        Mr. Gillick, dated 4-19-01   180
17   7    Copy of E-mail to Mr. Yamron,
          dated 5-7-01               195
18
     8    Document entitled Core
19        Technology at VST          198
20
21
22
23
24
```

Page 4

```
10:14:24  1             PROCEEDINGS
10:14:24  2       (The Massachusetts driver's license
10:14:24  3   number as identification of the deponent
10:14:24  4   was noted for the record.)
          5       THOMAS J. LAZAY, having duly sworn or
          6   affirmed that his testimony would be the truth,
          7   the whole truth, and nothing but the truth,
          8   testified as follows:
          9              * * *
10:14:29 10   EXAMINATION BY MS. FLEMING:
10:14:29 11   Q.  Mr. Lazay, could you state your name and spell
10:14:32 12       it for the record, please?
10:14:33 13   A.  Thomas Lazay, L A Z A Y.
10:14:36 14   Q.  And, Mr. Lazay, have you been deposed before?
10:14:40 15   A.  No, I have not.
10:14:40 16   Q.  New experience?
10:14:41 17   A.  Yes.
10:14:41 18   Q.  I'm going to ask you a series of questions, and
10:14:44 19       if at any time you don't understand a question,
10:14:46 20       I want you to let me know that.  My role here is
10:14:49 21       to ask you questions that you understand so I
10:14:52 22       can get intelligible answers.  So it's not -- my
10:14:56 23       role is not to deceive you in any way.  So if
10:15:01 24       you feel like you don't understand a question,
```

Page 5

```
10:15:04  1       please let me know, and I'll do my best to
10:15:06  2       rephrase it.  Okay?
10:15:06  3   A.  Okay.
10:15:07  4   Q.  If at any time during today's session you want
10:15:08  5       to take a break, let me know that too, and we'll
10:15:09  6       accommodate you.  At some point, we'll take a
10:15:12  7       lunch break, and we'll work that out with
10:15:14  8       counsel as to timing.
10:15:20  9            The only other thing I would ask you,
10:15:21 10       that when you do respond, you respond audibly
10:15:21 11       because if you shake your head or nod,
10:15:23 12       oftentimes the court reporter can't record that
10:15:25 13       properly, and we want to have an accurate
10:15:31 14       transcript when we're through today.  Okay?
10:15:34 15   A.  Okay.
10:15:34 16   Q.  Great.  Are you presently employed, Mr. Lazay?
10:15:38 17   A.  Yes, I am.
10:15:39 18   Q.  By whom?
10:15:39 19   A.  Voice Signal Technologies.
10:15:41 20   Q.  Can you start -- give me your educational
10:15:44 21       background starting with high school, please.
10:15:46 22   A.  I graduated from King Phillip Regional High
10:15:49 23       School in Wrentham, Massachusetts, and I have a
10:15:51 24       bachelor's degree in computer science from
```

2 (Pages 2 to 5)

ESQUIRE DEPOSITION SERVICES
1-866-619-3925

ebfc5e5a-7fd5-408f-b096-3392664acbcf

### Page 42

```
10:55:35  1        the question.
10:55:35  2     A. Can you clarify your question?
10:55:37  3     Q. Sure. Well, you said that Voice Tag recognizes
10:55:41  4        speech?
10:55:41  5     A. Yes.
10:55:41  6     Q. And I'm wondering if VSuite also recognizes
10:55:45  7        speech.
10:55:46  8            MR. POPEO: Objection.
10:55:47  9     A. VSuite can contain Voice Tag.
10:55:51 10     Q. But on its own. My question is, on its own
10:55:55 11        without Voice Tag, can VSuite recognize speech?
10:55:58 12            MR. POPEO: Objection to the form of
10:55:59 13        the question. Are you asking whether it offered
10:56:02 14        VSuite in a configuration without a voice
10:56:06 15        recognizer as a component?
10:56:08 16            MS. FLEMING: I'm just asking what
10:56:09 17        each of these products are to his understanding.
10:56:09 18            MR. POPEO: Let's have some
10:56:10 19        clarification. If you need her to rephrase the
10:56:12 20        question, you ought to ask for that. So let's
10:56:16 21        continue.
10:56:20 22     A. Did you ask whether VSuite can be configured
10:56:23 23        without Voice Tag?
10:56:25 24     Q. Yes.
```

### Page 43

```
10:56:26  1     A. Yes, it can.
10:56:26  2     Q. What does VSuite do if it doesn't have Voice Tag
10:56:31  3        configured in it?
10:56:32  4            MR. POPEO: Object to the form of the
10:56:34  5        question. Are you asking whether there are
10:56:35  6        configurations of VSuite which don't contain
10:56:38  7        Voice Tag?
10:56:39  8            MS. FLEMING: He already answered
10:56:40  9        that.
10:56:40 10            MR. POPEO: I think your question
10:56:41 11        assumes a fact which is not in evidence. You
10:56:43 12        can answer the question if you can.
10:56:44 13     A. I'm just not clear on the question.
10:56:46 14     Q. Then why don't you tell me what VSuite does as a
10:56:50 15        product?
10:56:51 16     A. Again, that depends on the version of VSuite and
10:56:55 17        the particular configuration.
10:56:58 18     Q. And do you know about the different versions of
10:57:00 19        VSuite?
10:57:01 20     A. I do.
10:57:01 21     Q. So let's take Version -- VSuite Version 1.1.
10:57:10 22        Are you familiar with that?
10:57:11 23     A. I believe I'm -- at a high level, I'm familiar
10:57:14 24        with it.
```

### Page 44

```
10:57:14  1     Q. What does VSuite Version 1.1 do as a product?
10:57:19  2     A. VSuite 1.1 can recognize voice commands. It can
10:57:31  3        recognize sequences of digits, and it can
10:57:39  4        interact with other software on the phone.
10:57:43  5            MR. POPEO: Miss Fleming, can we go
10:57:46  6        off the record for a second?
10:57:47  7            MS. FLEMING: Sure.
10:58:13  8        (Discussion off the record)
10:58:19  9        (Recess taken from 10:58 a.m. to
11:02:10 10        11:02 a.m.)
11:02:13 11     Q. Okay. Mr. Lazay, before the break, we were
11:02:15 12        talking about the various products that Voice
11:02:18 13        Signal offers and sells or develops, and you
11:02:21 14        were describing for me what VSuite is. Do you
11:02:24 15        remember that testimony?
11:02:24 16     A. I do.
11:02:26 17     Q. Okay. And am I correct that Voice -- you
11:02:31 18        testified that Voice Tag is a speech recognizer,
11:02:34 19        correct?
11:02:35 20     A. Correct.
11:02:35 21     Q. And Voice Tag can be configured with VSuite?
11:02:39 22     A. Voice Tag can be contained within VSuite.
11:02:43 23     Q. Can be contained in VSuite. Thank you. But it
11:02:48 24        doesn't have to be?
```

### Page 45

```
11:02:50  1            MR. POPEO: You said contained in each
11:02:51  2        iteration of VSuite?
11:02:53  3     Q. Or in any iteration of VSuite.
11:02:56  4     A. Yes.
11:02:56  5     Q. And if Voice Tag is not contained in VSuite,
11:03:02  6        does VSuite work as a user interface? Does it
11:03:05  7        perform its functions as a user interface?
11:03:08  8            MR. POPEO: I object to the form of
11:03:09  9        the question.
11:03:09 10     A. VSuite can function if it has another recognizer
11:03:13 11        inside.
11:03:13 12     Q. Okay. Does Voice Signal have other recognizers
11:03:20 13        by common names that you can name for me?
11:03:22 14     A. It does.
11:03:23 15     Q. Can you tell me what those other voice
11:03:26 16        recognizers are called?
11:03:28 17     A. They're called CCR.
11:03:30 18     Q. Okay.
11:03:32 19     A. And Elvis.
11:03:37 20     Q. Okay. Can you tell me what the difference
11:03:39 21        between Elvis and Voice Tag is?
11:03:42 22            MR. POPEO: Objection.
11:03:51 23     A. I don't believe I can at any meaningful level.
11:03:54 24     Q. Is Elvis a product that Voice Signal offers to
```

Page 46

```
11:03:57  1      customers?
11:03:58  2           MR. POPEO: Object to the form of the
11:03:59  3      question. If you understand it, you can answer
11:04:01  4      it.
11:04:01  5   A. No, we don't offer Elvis as a product.
11:04:04  6   Q. Do you offer Voice Tag as a product?
11:04:08  7           MR. POPEO: Same objection.
11:04:10  8   A. No.
11:04:10  9   Q. So am I right that the only way that a customer
11:04:16 10      gets to use Voice Tag is if they license
11:04:20 11      VSuite --
11:04:20 12           MR. POPEO: Objection.
11:04:24 13   Q. -- and Voice Tag is contained in VSuite; is that
11:04:27 14      right?
11:04:31 15   A. I'm sorry. Can you rephrase?
11:04:33 16   Q. In other words, you don't sell or license Voice
11:04:35 17      Tag to customers?
11:04:36 18   A. Correct.
11:04:37 19   Q. And am I right that you don't sell or license
11:04:41 20      CCR to customers?
11:04:44 21           MR. POPEO: Of itself?
11:04:45 22           MS. FLEMING: Of itself.
11:04:47 23   A. That's correct.
11:04:53 24   Q. Am I correct that the only two products that
```

Page 47

```
11:04:57  1      Voice Signal licenses in the wireless handset
11:05:00  2      market are VSuite and VoiceMode?
11:05:06  3           MR. POPEO: Object to the form.
11:05:07  4   A. I believe I also mentioned PC Link.
11:05:09  5   Q. I'm sorry, and PC Link. Are those three
11:05:13  6      products the only products -- I recognize they
11:05:17  7      may be different versions of the product, but
11:05:20  8      are they the only products -- only three
11:05:23  9      products that Voice Signal sells in the wireless
11:05:26 10      handset market?
11:05:28 11           MR. POPEO: Object to the term
11:05:32 12      "sells."
11:05:33 13   A. Yes, I believe so.
11:05:33 14   Q. And are they the only three products that Voice
11:05:37 15      Signal licenses in the wireless handset market?
11:05:41 16   A. That's my understanding.
11:05:41 17   Q. And are there other products in development at
11:05:42 18      Voice Signal in the wireless handset market?
11:05:42 19           MR. POPEO: Object to the form. You
11:05:44 20      can answer that as a yes or no, please.
11:05:46 21   A. Can you repeat?
11:05:47 22   Q. Sure. Are there other products that Voice
11:05:49 23      Signal is developing in the wireless handset
11:05:51 24      market?
```

Page 48

```
11:05:52  1           MR. POPEO: Yes or no, please.
11:05:53  2   A. I don't believe so.
11:05:56  3   Q. Okay. Now, I apologize if I asked this earlier,
11:06:05  4      but your counsel will point that out to me if I
11:06:09  5      did. Is the software that Voice Signal
11:06:11  6      developed for Lamp Commander different than the
11:06:15  7      software developed for VSuite?
11:06:17  8           MR. POPEO: Objection. You can
11:06:19  9      answer.
11:06:19 10   A. Yes.
11:06:19 11   Q. How is it different, if you know?
11:06:23 12           MR. POPEO: Same objection, but you
11:06:25 13      can try to answer.
11:06:26 14   A. I don't know.
11:06:26 15   Q. But you just know that it's different?
11:06:28 16   A. I know software that controls a lamp is not the
11:06:33 17      same as software that goes into a phone.
11:06:35 18           MR. POPEO: And by that, I take it
11:06:36 19      you're asking whether it's identical to the --
11:06:39 20           MS. FLEMING: No, I'm just asking if
11:06:41 21      he knows what the differences are.
11:06:42 22           MR. POPEO: Okay. I think he's
11:06:43 23      answered that question.
11:06:45 24   A. I don't know the differences.
```

Page 49

```
11:06:47  1   Q. But you know there are differences?
11:06:48  2   A. It's my belief there are differences.
11:06:51  3   Q. And what do you base that belief on?
11:06:52  4   A. I base that belief on the time frame in which
11:06:57  5      the software was developed for Lamp Commander.
11:07:02  6      I don't believe any piece of software is static
11:07:04  7      for years and years and years. So that's my
11:07:07  8      primary reason. And the application is,
11:07:09  9      obviously, much different.
11:07:11 10   Q. Okay. Now, you testified that at some point in
11:07:23 11      late 1999, the company began to develop products
11:07:29 12      in areas other than the toy marketplace; is that
11:07:33 13      right?
11:07:33 14   A. That's my recollection, yes.
11:07:35 15   Q. And were you involved in the decision to move
11:07:39 16      into the wireless handset market space?
11:07:42 17   A. I believe I was.
11:07:43 18   Q. Okay. And am I right that part of the decision
11:07:49 19      involved discussions that you had with Dan Roth?
11:07:52 20   A. I believe so.
11:07:52 21   Q. Okay. And do you know whether there are
11:07:55 22      documents that reflect those discussions at
11:07:58 23      Voice Signal?
11:07:59 24           MR. POPEO: Objection.
```

Page 118

```
13:09:05  1    front of you Versions 1.2 and 2.0. And earlier,
13:09:10  2    you testified that there was documentation that
13:09:13  3    would accompany your products that go to
13:09:18  4    particular entities that you license the product
13:09:21  5    to; is that correct?
13:09:22  6         MR. POPEO: Objection.
13:09:22  7  Q. Did I state that accurately?
13:09:24  8         MR. POPEO: Objection,
13:09:26  9    mischaracterizes.
13:09:27 10  A. What I stated was that this document in whole or
13:09:30 11    in part could be provided to our customers.
13:09:32 12  Q. And when you say "this document," you're
13:09:36 13    referring to Exhibit 2?
13:09:36 14  A. Any of the user interface descriptions, yes.
13:09:39 15  Q. They could be. And I believe you testified that
13:09:42 16    there may be other documents that are sent along
13:09:45 17    with your product. For instance, I think you
13:09:49 18    said a user manual. Do you remember that?
13:09:50 19         MR. POPEO: Objection.
13:09:51 20  A. Again, I think I said that in some cases, we may
13:09:56 21    have sent an end user manual that describes to
13:09:58 22    an end user how they might use it so that the
13:10:01 23    OEM customer can write their user guide for the
13:10:04 24    product manual.
```

Page 119

```
13:10:05  1  Q. Okay. Now -- and you testified earlier that
13:10:16  2    there are other products that Voice Signal
13:10:19  3    offers to or sells or licenses to manufacturers,
13:10:22  4    correct?
13:10:23  5         MR. POPEO: Objection. You can
13:10:24  6    answer.
13:10:24  7  A. I did.
13:10:25  8  Q. And one such product is VoiceMode; is that
13:10:31  9    correct?
13:10:31 10  A. Yes.
13:10:32 11  Q. And is it also true that with the product
13:10:35 12    VoiceMode, Voice Signal might send similar
13:10:40 13    documentation along with the product to the
13:10:41 14    customer?
13:10:42 15         MR. POPEO: Objection.
13:10:43 16  A. Similar to?
13:10:44 17  Q. To these user interface specifications or some
13:10:49 18    other specifications or end user manuals that
13:10:51 19    you described earlier.
13:10:52 20         MR. POPEO: Objection. You can
13:10:54 21    answer.
13:10:54 22  A. Yes, we would send a similar user interface
13:10:57 23    document.
13:10:58 24  Q. And why would you send a user interface document
```

Page 120

```
13:11:03  1    with VoiceMode?
13:11:05  2  A. For the exact same reasons that I stated before
13:11:08  3    for VSuite.
13:11:09  4  Q. Which are?
13:11:12  5         MR. POPEO: Objection. You can answer
13:11:14  6    again if you can.
13:11:14  7  A. Okay. One, to notify the customer of the
13:11:19  8    behavior of the product from us that they're
13:11:22  9    receiving; two, so that they know how to test it
13:11:28 10    for compliance, and the third reason, which I
13:11:31 11    don't think I mentioned before, would be if
13:11:32 12    their documentation department for their product
13:11:37 13    manuals needed to understand how to describe the
13:11:39 14    functionality to an end user, they might refer
13:11:42 15    to this as well.
13:11:44 16  Q. And would the same be true for Voice Tag?
13:11:46 17         MR. POPEO: Object to the form of the
13:11:47 18    question.
13:11:48 19  A. No, I think I stated Voice Tag is a speech
13:11:50 20    recognition engine. It's not sold as a product.
13:11:53 21  Q. And is there any other product in the speech
13:11:56 22    recognition area that you would license to a
13:12:00 23    customer and provide documentation with?
13:12:03 24         MR. POPEO: Objection, asked and
```

Page 121

```
13:12:04  1    answered. You can answer it again.
13:12:06  2  A. No.
13:12:07  3  Q. By the way, in connection with this litigation,
13:12:10  4    have you been asked to search for documents?
13:12:13  5         MR. POPEO: Yes-or-no answer.
13:12:15  6  A. Can you -- which type of documents?
13:12:17  7  Q. Any.
13:12:19  8  A. Yes.
13:12:19  9  Q. You have been?
13:12:20 10  A. Yes.
13:12:20 11  Q. And did you search for documents?
13:12:22 12  A. I produced documents to our lawyers.
13:12:24 13  Q. To your lawyers?
13:12:25 14  A. Yes.
13:12:25 15  Q. And what were the kinds of documents you
13:12:30 16    produced in general terms?
13:12:33 17  A. Well, documents from my group, and specifically,
13:12:39 18    these user interface documents are an example.
13:12:42 19  Q. And you're referring to Exhibits 2 and 3?
13:12:44 20  A. Yes.
13:12:53 21  Q. Now, I would like to go back to Exhibit 1, if I
13:12:56 22    can. Let me ask you, if you would -- it may not
13:13:27 23    do any good to count. You may know better than
13:13:30 24    me. I'm looking for the manufacturers listing.
```

ESQUIRE DEPOSITION SERVICES

Page 122

```
13:13:35  1  Manufacturers.
13:13:36  2       MR. POPEO: What does the front page
13:13:38  3  look like?
13:13:39  4       MS. FLEMING: The front page has Voice
13:13:43  5  Signal at the top, and it has manufacturers and
13:13:46  6  has Samsung, Motorola, and Nokia listed. It's
13:13:46  7  about three-quarters of the way in, maybe
13:13:50  8  two-thirds in. If you want to give it to me, I
13:13:52  9  can find it.
13:13:53 10       MR. POPEO: We know it's in here.
13:13:55 11  Hold on.
13:13:55 12       MS. FLEMING: It's after Products,
13:14:01 13  well after Products.
13:14:02 14       MR. POPEO: Trade you.
13:14:04 15       MS. FLEMING: Thank you.
13:14:04 16  Q. Now, Mr. Lazay, this is part of, again,
13:14:09 17     Exhibit 1, which is the printout of Voice
13:14:12 18     Signal's Web site. Would you agree with that?
13:14:14 19       MR. POPEO: Objection.
13:14:15 20  A. It looks that way, yes.
13:14:17 21  Q. And I've referred you to a particular listing of
13:14:20 22     manufacturers, correct?
13:14:21 23  A. Yes.
13:14:21 24  Q. And am I correct that those manufacturers are
```

Page 123

```
13:14:24  1     customers of Voice Signal?
13:14:26  2  A. I believe so, yes.
13:14:27  3  Q. Okay. And if you would look at the first
13:14:32  4     manufacturer, it indicates it's Samsung. Do you
13:14:34  5     see that?
13:14:35  6  A. I do.
13:14:35  7  Q. And what is Samsung a customer of for Voice
13:14:40  8     Signal?
13:14:40  9       MR. POPEO: Objection.
13:14:41 10  A. Can you rephrase that?
13:14:45 11  Q. Sure. Do you license products to Samsung?
13:14:47 12  A. We do.
13:14:47 13  Q. What products do you license to Samsung?
13:14:51 14  A. VSuite and VoiceMode.
13:14:55 15  Q. Which version of VSuite?
13:14:58 16       MR. POPEO: If you can recall.
13:15:00 17  A. The versions I can recall are 1.3 and 2.0, and
13:15:05 18     they may have also licensed earlier versions.
13:15:08 19  Q. Okay. And any other products besides VSuite and
13:15:12 20     VoiceMode?
13:15:14 21  A. PC Link, I believe, as well.
13:15:17 22  Q. Any other products?
13:15:21 23  A. No, I don't think so.
13:15:22 24  Q. Okay. And, again, included in the VSuite
```

Page 124

```
13:15:29  1     product would be the speech recognizer or the
13:15:33  2     speech engine; is that right?
13:15:34  3       MR. POPEO: Objection. You can
13:15:36  4     answer.
13:15:36  5  A. Yes.
13:15:36  6  Q. Do you know what documentation was provided to
13:15:41  7     Samsung with VSuite 2.0?
13:15:46  8  A. I do not, no.
13:15:47  9  Q. How about with VSuite 1.3?
13:15:50 10  A. No.
13:15:50 11  Q. How about with VoiceMode?
13:15:52 12  A. No.
13:15:52 13  Q. Do you know if any documentation was provided to
13:15:55 14     Samsung?
13:15:56 15  A. It's my belief that the documents we already
13:15:59 16     discussed were in some form provided to Samsung
13:16:04 17     along the way.
13:16:05 18  Q. In some form?
13:16:06 19  A. Yes.
13:16:06 20  Q. Do you know who might know that or might be
13:16:09 21     better able to answer that question?
13:16:10 22  A. Again, there's no single person for this kind of
13:16:13 23     role that you're describing.
13:16:15 24  Q. Do you know any person at Voice Signal that
```

Page 125

```
13:16:18  1     interacts specifically or communicates
13:16:21  2     specifically with Samsung?
13:16:22  3       MR. POPEO: Do you mean exclusively?
13:16:25  4       MS. FLEMING: Well, no, I'm looking
13:16:28  5     for any person or persons.
13:16:29  6  A. It could be a large range of people, ranging
13:16:32  7     from people on the executive team, like Dan
13:16:35  8     Roth, to various members of the sales team to
13:16:39  9     the engineers down to some of my staff.
13:16:43 10  Q. Okay. Now, the next manufacturer listed on the
13:16:47 11     Web page is Motorola. Do you see that?
13:16:52 12  A. Yes.
13:16:52 13  Q. And what products does Voice Signal license to
13:16:55 14     Motorola, if you know?
13:16:58 15  A. The VSuite products.
13:17:00 16  Q. Okay. Any particular versions that you know?
13:17:03 17  A. 1.2 and -- I'm sorry. Strike that. 2.0 and one
13:17:14 18     of the previous -- one or more of the previous
13:17:17 19     versions, but I'm not exactly sure.
13:17:18 20  Q. Does Motorola have a product on the market --
13:17:24 21     are they selling a product to the public that
13:17:26 22     contains 2.0?
13:17:28 23       MR. POPEO: Objection.
13:17:28 24  A. No, they're not.
```

32 (Pages 122 to 125)