# Exhibit B

**BROMBERG & SUNSTEIN LLP**

125 SUMMER STREET BOSTON MA 02110-1618
T 617 443 9292 F 617 443 0004 WWW.BROMSUN.COM

JACK C. SCHECTER
T 617 443 9292 x281
JSCHECTER@BROMSUN.COM

May 16, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Wendy S. Plotkin, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2809

Re  *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.,*
    Civil Action No. 04-10353 PBS
    Our File 2639/509

Dear Wendy:

Responding to the recent deposition notices of Messrs. Gallopyn, Morse, Schwartz and Varhasselt and of Ms. McCann, ScanSoft is currently working to determine the availability of these witnesses and will propose dates shortly. However, given the tight schedules of these witnesses, it is unlikely they will all be available on the noticed dates. I also note that three of the witnesses are noticed for the same day, May 27, 2005, and trust we are safe in treating that date as a placeholder until we can coordinate mutually agreeable, firm dates.

Sincerely,

Jack C. Schecter

02639/00509 386662.1

## Bonanno, Paul

**From:** Bonanno, Paul
**Sent:** Thursday, May 26, 2005 5:47 PM
**To:** Jack C. Schecter
**Subject:** ScanSoft/Voice Signal - Depositions

Jack,

I write to confirm that, as we just discussed, ScanSoft will make Jeanne McCann available for a deposition on June 15, 2005 at 10:00 a.m. at Choate, Hall & Stewart's offices. Also, Manfred Grabherr is available for a deposition on June 13, 14, or 16. You agreed you would get back to me as to which of those dates ScanSoft will take Grabherr's deposition, and that ScanSoft would now withdraw its motion to compel Grabherr's deposition. (You also asked that Voice Signal withdraw its motion to compel the depositions of Fadi Kaake and Jeanne McCann, and I said we would get back to you on that.) Finally, consistent with your May 16, 2005 letter to Wendy Plotkin, we agreed that the parties' recent deposition notices would serve as placeholders only, and that the parties would coordinate mutually agreeable dates for the depositions, subject to the objections raised by ScanSoft in its motion for a protective order filed today.

Please let me know if I have misstated our agreement.

Paul E. Bonanno
Choate, Hall & Stewart LLP
Exchange Place
53 State Street
Boston, MA 02109
tel: 617-248-4753
fax: 617-248-4000
pbonanno@choate.com

6/9/05

## Bonanno, Paul

**From:** Jack C. Schecter [JSchecter@bromsun.com]
**Sent:** Friday, May 27, 2005 10:39 AM
**To:** Bonanno, Paul
**Cc:** Lisa Fleming
**Subject:** RE: ScanSoft/Voice Signal - Depositions

Paul,

We'll take the deposition of Manfred Grabherr at our offices on June 16, 2005 at 10:00 am.

Your notes regarding our discussion of yesterday are correct. However, we'd like to get confirmation from you that you will withdraw VST's motion to compel the depositions of Fadi Kaake and Jeanne McCann before we go ahead and withdraw our motion to compel Mr. Grabherr's deposition. I'd like to resolve this matter as soon as possible and remove these motions from the Court's docket.

Thanks,
Jack

Jack C. Schecter
Attorney

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004


This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.


-----Original Message-----
**From:** Bonanno, Paul [mailto:PBonanno@choate.com]
**Sent:** Thursday, May 26, 2005 5:47 PM
**To:** Jack C. Schecter
**Subject:** ScanSoft/Voice Signal - Depositions

Jack,

I write to confirm that, as we just discussed, ScanSoft will make Jeanne McCann available for a deposition on June 15, 2005 at 10:00 a.m. at Choate, Hall & Stewart's offices. Also, Manfred Grabherr is available for a deposition on June 13, 14, or 16. You agreed you would get back to me as to which of those dates ScanSoft will take Grabherr's deposition, and that ScanSoft would now withdraw its motion to compel Grabherr's deposition. (You also asked that Voice Signal withdraw its motion to compel the depositions of Fadi Kaake and Jeanne McCann, and I said we

6/8/05

would get back to you on that.) Finally, consistent with your May 16, 2005 letter to Wendy Plotkin, we agreed that the parties' recent deposition notices would serve as placeholders only, and that the parties would coordinate mutually agreeable dates for the depositions, subject to the objections raised by ScanSoft in its motion for a protective order filed today.

Please let me know if I have misstated our agreement.

Paul E. Bonanno
Choate, Hall & Stewart LLP
Exchange Place
53 State Street
Boston, MA 02109
tel: 617-248-4753
fax: 617-248-4000
pbonanno@choate.com

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

For more information about Choate, Hall & Stewart LLP, please visit us at www.choate.com

6/8/05