UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VOICE SIGNAL TECHNOLOGIES, INC., ) <br> LAURENCE S. GILLICK, ROBERT S. ) <br> ROTH, JONATHAN P. YAMRON, and ) <br> MANFRED G. GRABHERR ) <br> ) <br> Defendants. ) | Civil Action No. 04-10353 PBS |

### SCANSOFT'S ASSENTED TO MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF *MARKMAN* CLAIM CONSTRUCTION OF THE '966 PATENT

Pursuant to Local Rule 7.1(B)(3), ScanSoft, Inc., moves for leave to file a short reply further supporting its *Markman* claim construction of the '966 patent and addressing arguments raised by Voice Signal Technologies, Inc. ("VST"), in its opposing claim construction brief (filed June 3, 2005). ScanSoft believes that the proposed reply, attached as Exhibit A, will aid the Court in its determination of the claim construction disputes. Therefore, ScanSoft respectfully requests leave of this Court to file the attached reply brief.

### CERTIFICATE UNDER LOCAL RULE 7.1

I certify that, pursuant to an agreement between the parties on April 12, 2005, the parties mutually assent to the filing of all reply briefs filed in this case.

Dated: June 10, 2005                                SCANSOFT, INC.,

By its attorneys,

/s/ Erik P. Belt
Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Erik P. Belt, BBO # 558620
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
Rebecca L. Hanovice, BBO # 660366
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
E-mail: ebelt@bromsun.com

02639/00509 392443.1