**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| SCANSOFT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10353 PBS |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | |
| MANFRED G. GRABHERR | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S ASSENTED TO MOTION FOR LEAVE TO FILE REPLY**
**IN SUPPORT OF ITS MOTION TO COMPEL FURTHER PRODUCTION**
**OF DOCUMENTS AND RESPONSES TO INTERROGATORIES**

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(B)(3), for leave

to file a short reply memorandum further supporting its Motion to Compel Further Production of

Documents and Response to Interrogatories (filed May 25, 2005) and addressing arguments

raised by defendant in its Opposition to the Motion (filed June 8, 2005).  ScanSoft believes that

the Reply memorandum, filed concurrently, will aid the Court in its determination of the issues.

Therefore, Plaintiff respectfully requests leave of this Court to file the Reply memorandum.

**CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1**

I hereby certify that, on or about April 12, 2005, the parties agreed to assent to the filing

of all reply briefs.

Dated:  June 20, 2005

SCANSOFT, INC.,

By its attorneys,


/s/ Rebecca L. Hanovice
Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Erik P. Belt, BBO # 558620
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
Rebecca L. Hanovice, BBO # 660366
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
rhanovice@bromsun.com


02639/00509  392244.1