UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RECEIVED**

FEB 2 5 2005

**BROMBERG & SUNSTEIN**

SCANSOFT, INC., )
)
Plaintiff, )
)
v. )  C.A. No. 04-10353-PBS
)
VOICE SIGNAL )
TECHNOLOGIES, INC., )
LAURENCE S. GILLICK, )
ROBERT S. ROTH, )
JONATHAN P. YAMRON, )
and MANFRED G. GRABHERR, )
)
Defendants. )

DEPOSITION OF DANIEL ROTH, a witness called by
and on behalf of the Plaintiffs, taken pursuant to
the applicable provisions of the Federal Rules of
Civil Procedure, before Dana Welch, CSR, Registered
Professional Reporter, and Notary Public, in and for
the Commonwealth of Massachusetts, at the offices of
Bromberg & Sunstein, 125 Summer Street, Boston,
Massachusetts, on February 22, 2005, commencing at
10:01 a.m.

Job No. 2590

**ORIGINAL**

Page 2

```
 1    APPEARANCES:

 2    For the Defendants:

 3         CHOATE, HALL & STEWART, P.C.
           Exchange Place
 4         53 State Street
           Boston, Massachusetts  02109
 5         (617) 248-5000
           By:  Robert S. Frank Jr., Esq.
 6
      For the Plaintiff:
 7
           BROMBERG & SUNSTEIN, LLP
 8         125 Summer Street, 11th Floor
           Boston, Massachusetts  02110-1618
 9         (617) 443-9292
           By:  Lee Carl Bromberg, Esq.
10         And: Jack C. Schecter, Esq.

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1                           I N D E X

2

3    WITNESS:  DANIEL ROTH                PAGE NO.

4    EXAMINATION:

5    By Mr. Bromberg                         4
     By Mr. Frank                          259
6    By Mr. Bromberg                       262

7    Certificate of the Reporter           264

8

9

10                      E X H I B I T S

11
     NO.        DESCRIPTION              PAGE NO.
12
     (Exhibits attached to transcript.)
13
     1 - Boston Business Journal Clip       17
14   2 - Rule 30(b)(6) Notice of Depo       23
     3 - Amended Response                   31
15   4 - 2/18/05 Website Printout           72
     5 - Howe Article 11/27/00              96
16   6 - Globe Article  6/7/04             101
     7 - 9/6/01 Press Release              104
17   8 - Patent #2004/0049388A1            110
     9 - 9/18/00 Press Release             119
18   10- 3/20/01 Press Release             119
     11- User Interface Spec 1.2 11/7/03   128
19   12- VSuite 3.0 Version Release        156
     13- VST 01089 through 01143           156
20   14- Affidavit of D. Roth 9/19/01      166
     15- Temporary Injunction              170
21   16- Gillick Agreement 1/23/85         184
     17- 12/29/04 Letter                   253
22

23

24

```
 1                    P R O C E E D I N G S

 2              (The Massachusetts driver's license

 3         number as identification of the deponent

 4         was noted for the record.)

 5    WHEREUPON,

 6                    DANIEL ROTH,

 7    having duly sworn or affirmed that his

 8    testimony would be the truth, the whole truth,

 9    and nothing but the truth, testified as

10    follows:

11                    DIRECT EXAMINATION

12    BY MR. BROMBERG:

13         Q.  Would you state your name for the

14    record, sir.

15         A.  Daniel Lawrence Roth.

16         Q.  What is your address?

17         A.  20 Tileston Street, Boston, 02113.

18         Q.  What's your occupation, sir?

19         A.  I'm an entrepreneur.

20         Q.  What's your current employment?

21         A.  I work for Voice Signal.

22         Q.  What is your position?

23         A.  President.

24         Q.  How long have you been the president?
```

1    earlier this morning reference to providing

2    clear and complete documentation, correct?

3        A.   We did see that this morning.

4        Q.   And to your knowledge, sir, could it be

5    that something that looks very much like this,

6    just without the legend "internal use only"

7    would be provided to your customers?

8        A.   The question is, is that possible?

9        Q.   Yes.

10           MR. FRANK:   Objection.

11           THE DEPONENT:   Yes, it's possible.

12   BY MR. BROMBERG:

13       Q.   Do you know whether that is, in fact,

14   what happens?

15       A.   I just said I don't know.

16       Q.   You don't know.  Who would know that,

17   sir?

18       A.   I think earlier I had commented that

19   the relationships don't have a cookie cutter

20   format.  So there's no single thing that we can

21   point to, to say here's exactly the process

22   that we go through for each and every customer.

23           The relationships are very unique.  And

24   so for each customer, the information that's

Page 137

1    shared would depend on what they're doing, what

2    we're doing, the nature of the schedules, et

3    cetera.

4        Q.  How many people in your organization,

5    Mr. Roth?

6        A.  We have about, including full and

7    part-time and consultants, maybe 60 or so, 60

8    or 65.

9        Q.  Among those 60 people, sir, who would

10   be involved in providing documentation to a

11   customer?

12       A.  Anyone in the engineering organization

13   could do that.

14       Q.  Who are those?

15       A.  There's a, you know, 15 or 20

16   engineers.  So those guys.  Product management

17   could do that; sales could do that.  Those are

18   probably the ones that would be most likely to

19   do it.

20       Q.  Tom Lazay?

21       A.  Certainly.

22       Q.  He'd be one?

23       A.  I think absolutely, I said before.

24       Q.  Can you name another who would be

Page 229

1       Q.   Okay.   And taking Mr. Gillick, were

2    there specific projects that he worked on in

3    that connection?

4       A.   Larry is the manager, so he doesn't

5    directly work on any one thing.   He's the boss

6    of the folks who are doing that work.

7       Q.   All right.   How about Bob Roth?

8       A.   How about --

9       Q.   What projects has he worked on since

10   he's been at Voice Signal?

11      A.   He's worked on the development of our

12   Core Technology for mobile phones, speech

13   recognition engine technology for mobile

14   phones.

15      Q.   Does that mean he's worked on the

16   VoiceTag speech recognition engine?

17      A.   He has worked on the VoiceTag engine.

18      Q.   Has he worked on the CCR speech

19   recognition engine?

20      A.   I don't believe so.

21      Q.   Has he worked on the ELVIS engine?

22      A.   Yes.

23      Q.   What role has he had in the ELVIS

24   engine?

1      A.   Apparently.

2      Q.   Okay.

3      A.   Although, keep in mind, it's marketing

4   material.  So --

5          MR. FRANK:  Just answer the question.

6          THE DEPONENT:  Sure.

7   BY MR. BROMBERG:

8      Q.   Okay.  So then, if we look at these

9   Core Technology areas, I'm wondering if you can

10  tell me which one has been the focus of Larry

11  Gillick's work.

12         MR. FRANK:  Objection.  We've been

13     here.

14         THE DEPONENT:  Yeah.  I think you've

15     asked me that.  I explained that he

16     oversees all of that work.

17  BY MR. BROMBERG:

18     Q.   All of that work.  Okay.  How about Bob

19  Roth?

20         MR. FRANK:  Objection.  Been there,

21     too.

22  BY MR. BROMBERG:

23     Q.   What has been the focus of his work?

24     A.   Bob is a speech recognition scientist

```
 1              THE DEPONENT:  Okay.

 2  BY MR. BROMBERG:

 3      Q.  Language modeling is applicable to

 4  what?

 5      A.  Many things.

 6      Q.  Has Dr. Yamron worked on the ELVIS

 7  speech recognition engine?

 8      A.  No.

 9      Q.  Has he worked on the CCR engine?

10      A.  No.  Uh -- CCR.  Speech recognition

11  engine.  He has worked on components, the

12  pronunciation model I discussed before.

13      Q.  How about the VoiceTag speech

14  recognition engine?

15      A.  No.

16      Q.  No?

17      A.  No.

18      Q.  Does his work relate at all to the user

19  interface for any of these products?

20      A.  No, not generally.

21      Q.  Okay.  How about Manfred Grabherr, does

22  he work on a particular area of this

23  technology?

24      A.  What technology?
```

1    Q.  The Core Technology, as set forth in

2  your website.

3    A.  Manfred is a generalist.

4    Q.  So does he work in any one of these

5  areas?

6    A.  Manfred is capable of working in any

7  one of these areas.

8    Q.  And what assignments has he had at

9  Voice Signal since he arrived there four or

10  five years ago, whenever that was?

11    A.  Manfred, like the other guys, worked on

12  speech recognition engine development for

13  mobile phones.

14    Q.  I didn't hear the last part.

15    A.  For mobile phones.

16    Q.  For mobile phones; okay.  And in

17  connection with that work did he work on the

18  VoiceTag engine?

19    A.  No.

20    Q.  Did he work on --

21    A.  Not that I recall.

22    Q.  Did he work on the CCR engine?

23    A.  He did work on CCR.

24    Q.  Did he work on the ELVIS engine?

Page 242

```
 1        A.  No, not for any substantial period of

 2   time.  I think he may have in the early days,

 3   you know, like 2000.

 4        Q.  Is there a reason why he's a named

 5   inventor on Exhibit 8?

 6        A.  That's a user interface application.

 7        Q.  Okay.  This is user interface, not the

 8   speech engine itself?

 9        A.  There are many elements and his

10   contributions were, like I said, general and

11   had to do with things like the user interface

12   and I'm sure he also contributed ideas to

13   speech engine technology.

14        Q.  Who was responsible, sir, for assigning

15   the projects to the scientists who work at

16   Voice Signal?

17        A.  What projects?

18        Q.  Any of them.

19        A.  We have scientists who are in different

20   areas of the company.  So what do you mean

21   specifically?

22        Q.  Well, is that part of Larry Gillick's

23   job as the Vice-president of Core Technology?

24        A.  It would depend on what projects you're
```

Page 263

```
1                    C E R T I F I C A T E

2          I, Daniel Roth, do hereby certify that I

3    have read the foregoing transcript of my

4    testimony given on February 22, 2005, and I

5    further certify that said transcript is a true

6    and accurate record of said testimony (with the

7    exception of the corrections listed below):

8    Page  Line        Correction

9

10

11

12

13

14   Dated at _____, this _____

15   day of _____, 2005.

16

17          _____

18                Daniel Roth

     SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY
19

20

21

22

     duw
23

24
```

Page 264

1                         CERTIFICATE

2

COMMONWEALTH OF MASSACHUSETTS
3   SUFFOLK, SS

4          I, Dana Welch, Registered Professional

5   Reporter and Notary Public in and for the

6   Commonwealth of Massachusetts, do hereby

7   certify:

8          That DANIEL ROTH, the witness whose

9   deposition is hereinbefore set forth, was duly

10  sworn by me and that such deposition is a true

11  record of my stenotype notes taken in the

12  foregoing matter, to the best of my knowledge,

13  skill and ability.

14         IN WITNESS WHEREOF, I have hereunto set

15  my hand this 25th day of February, 2005.

16         *Dana Welch*

17         _____
           Dana Welch, CSR, RPR
18         Registered Professional Reporter

19

20

21

22

23

24