Subject:
Date: Mon, 2 Apr 2001 17:33:25 -0400
From: "Gillick, Larry" <lgillick@voicesignal.com>
To: _Research <research@voicesignal.com>
CC:

**REDACTED**

Bob Roth will give a talk on Thursday April 5 at 11 am on ELVIS.

Larry

HIGHLY CONFIDENTIAL
VST 04048