Subject: ELVIS
Date: Thu, 19 Apr 2001 14:37:48 -0400
From: "Gillick, Larry" <lgillick@voicesignal.com>
To: _Research <research@voicesignal.com>
CC:

**REDACTED**

In order to better support our ELVIS development efforts, we have also identified functional leadership in a number of important technical areas.

Recognizer:           REDACTED       and Manfred Grabherr
Acoustic modeling:            REDACTED
Language modeling and data: Jon Yamron
Front End:           REDACTED
Testing and Tuning:         REDACTED

We may well augment this list as our plans mature.

Larry

HIGHLY CONFIDENTIAL
VST 04051