ESQUIRE DEPOSITION SERVICES

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

SCANSOFT, INC.,                      :

    Plaintiff,                      :

VS.                                  :

VOICE SIGNAL TECHNOLOGIES,           : CASE NO.

INC., LAURENCE S. GILLICK,           : 04-10353-PBS

ROBERT S. ROTH, JONATHAN P.          :

YAMRON and MANFRED G.                :

GRABHERR,                            :

    Defendants.                     :

- - - - - - - - - - - - - - - -

    DEPOSITION OF THOMAS J. LAZAY, a witness called by and on behalf of the Plaintiff, taken pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Sandra L. Bray, Registered Diplomate Reporter, CSR Number 103593, and Notary Public in and for Commonwealth of Massachusetts, at the offices of Bromberg Sunstein LLP, 125 Summer Street, Boston, Massachusetts, on Wednesday, May 25, 2005, commencing at 10:14 a.m.

RECEIVED
MAY 27 2005
BROMBERG & SUNSTEIN

ORIGINAL

Page 2

```
 1    APPEARANCES:
 2       Representing the Plaintiff:
 3          CHOATE HALL & STEWART
 4          53 State Street
 5          Exchange Place
 6          Boston, Massachusetts   02109
 7          BY:   PAUL D. POPEO, P.C.
 8
 9       Representing the Defendants:
10          BROMBERG SUNSTEIN LLP
11          125 Summer Street
12          Boston, Massachusetts   02110
13          BY:   LISA M. FLEMING, ESQUIRE
14
15
16
17
18
19
20
21
22
23
24
```

```
 1                        I N D E X
 2    WITNESS:                                    PAGE NO.
 3    THOMAS J. LAZAY
 4    BY MS. FLEMING                                  4
 5
                          E X H I B I T S
 6
      NO.        DESCRIPTION                      PAGE NO.
 7
       1    Voice Signal Technologies Web
 8          Site Printout                             13

 9     2    VSuite 1.2.00 Mass Market
            Handsets User Interface
10          Specification                             80

11     3    VSuite 2.0 Mass Market Handsets
            User Interface Specification             100
12
       4    Document entitled Samsung
13          Korean VSuites                           129

14     5    Marketing Requirements
            Specification                            131
15
       6    Copy of E-mail from
16          Mr. Gillick, dated 4-19-01               180

17     7    Copy of E-mail to Mr. Yamron,
            dated 5-7-01                             195
18
       8    Document entitled Core
19          Technology at VST                        198

20
21
22
23
24
```

ESQUIRE DEPOSITION SERVICES

Page 4

| | | |
|---|---|---|
| 10:14:24 | 1 | PROCEEDINGS |
| 10:14:24 | 2 | (The Massachusetts driver's license |
| 10:14:24 | 3 | number as identification of the deponent |
| 10:14:24 | 4 | was noted for the record.) |
| | 5 | THOMAS J. LAZAY, having duly sworn or |
| | 6 | affirmed that his testimony would be the truth, |
| | 7 | the whole truth, and nothing but the truth, |
| | 8 | testified as follows: |
| | 9 | * * * |
| 10:14:29 | 10 | EXAMINATION BY MS. FLEMING: |
| 10:14:29 | 11 | Q. Mr. Lazay, could you state your name and spell |
| 10:14:32 | 12 | it for the record, please? |
| 10:14:33 | 13 | A. Thomas Lazay, L A Z A Y. |
| 10:14:36 | 14 | Q. And, Mr. Lazay, have you been deposed before? |
| 10:14:40 | 15 | A. No, I have not. |
| 10:14:40 | 16 | Q. New experience? |
| 10:14:41 | 17 | A. Yes. |
| 10:14:41 | 18 | Q. I'm going to ask you a series of questions, and |
| 10:14:44 | 19 | if at any time you don't understand a question, |
| 10:14:46 | 20 | I want you to let me know that. My role here is |
| 10:14:49 | 21 | to ask you questions that you understand so I |
| 10:14:52 | 22 | can get intelligible answers. So it's not -- my |
| 10:14:56 | 23 | role is not to deceive you in any way. So if |
| 10:15:01 | 24 | you feel like you don't understand a question, |

Page 84

| Time | # | | |
|---|---|---|---|
| 11:45:10 | 1 | | software that would then be built and sold. Is |
| 11:45:13 | 2 | | that -- |
| 11:45:14 | 3 | Q. | What's the purpose of this document? |
| 11:45:15 | 4 | A. | The document has a few purposes. One is it is a |
| 11:45:19 | 5 | | specification for our software engineers and |
| 11:45:25 | 6 | | technical teams so they build software that |
| 11:45:27 | 7 | | accurately fills the requirements of this |
| 11:45:29 | 8 | | document. |
| 11:45:29 | 9 | Q. | Okay. |
| 11:45:30 | 10 | A. | And it's also available to anyone in the company |
| 11:45:35 | 11 | | who may have a need to send the document or |
| 11:45:39 | 12 | | components of the document to a customer so that |
| 11:45:42 | 13 | | the customer knows what the details of the |
| 11:45:46 | 14 | | product are that they are receiving and that |
| 11:45:48 | 15 | | their test teams will know how to test the |
| 11:45:50 | 16 | | product to make sure it complies with the |
| 11:45:52 | 17 | | specification. |
| 11:45:53 | 18 | Q. | So if I understand your testimony, this user |
| 11:45:57 | 19 | | interface specification may be sent to a |
| 11:46:01 | 20 | | customer so that its engineering team can |
| 11:46:06 | 21 | | understand how the VSuite product works? |
| 11:46:08 | 22 | | MR. POPEO: Objection. |
| 11:46:09 | 23 | A. | It can be sent, yes. |
| 11:46:11 | 24 | Q. | Is it sent oftentimes? |

ESQUIRE DEPOSITION SERVICES

Page 85

| | | | |
|---|---|---|---|
| 11:46:14 | 1 | A. | I don't know for sure, but I'm confident it has |
| 11:46:18 | 2 | | been sent to customers in various forms. |
| 11:46:20 | 3 | Q. | Okay. As vice president of product management, |
| 11:46:25 | 4 | | are you involved with what documents are |
| 11:46:27 | 5 | | provided to customers? |
| 11:46:29 | 6 | | MR. POPEO: Objection. |
| 11:46:29 | 7 | A. | Generally not, no. |
| 11:46:31 | 8 | Q. | Generally not. Who was involved with the |
| 11:46:36 | 9 | | decision about the documents that go to |
| 11:46:37 | 10 | | customers? |
| 11:46:37 | 11 | | MR. POPEO: Objection. |
| 11:46:38 | 12 | A. | Their -- are you asking if there's a single role |
| 11:46:41 | 13 | | in the company? |
| 11:46:42 | 14 | Q. | I'm asking in general who might be involved. If |
| 11:46:44 | 15 | | you're not, who is involved? |
| 11:46:47 | 16 | A. | It could be anyone at the company who may have a |
| 11:46:50 | 17 | | contact with a customer. So it could be |
| 11:46:52 | 18 | | salespeople. It could be engineers. It could |
| 11:46:56 | 19 | | be one of the executives like Dan. |
| 11:46:58 | 20 | Q. | Okay. But you authored this particular |
| 11:47:01 | 21 | | document, Exhibit 2, correct? |
| 11:47:02 | 22 | A. | Correct, yes. |
| 11:47:03 | 23 | Q. | And to your knowledge, has this document been |
| 11:47:06 | 24 | | shared with customers of VST? |

ESQUIRE DEPOSITION SERVICES

Page 86

| Time | Line | | |
|---|---|---|---|
| 11:47:08 | 1 | A. | I don't know of a specific instance, but it |
| 11:47:11 | 2 | | would not surprise me this had been sent out for |
| 11:47:15 | 3 | | various reasons. |
| 11:47:15 | 4 | Q. | And given your general knowledge of the company, |
| 11:47:17 | 5 | | are you aware that these user interface |
| 11:47:21 | 6 | | specifications have been shared with customers |
| 11:47:26 | 7 | | of Voice Signal? |
| 11:47:26 | 8 | A. | I'm aware that certainly -- I don't know if |
| 11:47:30 | 9 | | specifically this specific specification has |
| 11:47:33 | 10 | | been shared -- |
| 11:47:33 | 11 | Q. | In general? |
| 11:47:34 | 12 | A. | -- but in general, it would be acceptable for |
| 11:47:38 | 13 | | this to be shared with a customer. |
| 11:47:40 | 14 | Q. | Again, given your general knowledge of the |
| 11:47:42 | 15 | | company, are there other documents that you know |
| 11:47:44 | 16 | | are shared with customers or sent with customers |
| 11:47:47 | 17 | | when they license your products? |
| 11:47:49 | 18 | | MR. POPEO: Object to the form. You |
| 11:47:52 | 19 | | may answer. |
| 11:47:53 | 20 | A. | The thing that comes to mind is in some cases, |
| 11:47:57 | 21 | | there may be a user guide that the customers |
| 11:48:02 | 22 | | documentation group would use to put in their |
| 11:48:04 | 23 | | user manual for the phone itself, so end-user- |
| 11:48:09 | 24 | | type documentation. |

Page 214

1           C E R T I F I C A T E

2      I, THOMAS J. LAZAY, do hereby certify that I

3   have read the foregoing transcript of my

4   testimony, given on May 25, 2005, and I further

5   certify that said transcript is a true and

6   accurate record of said testimony (with the

7   exception of the corrections listed below):

8   Page          Line           Correction

17      Dated at                              , this

18      day of                      , 2005.

19

20                  THOMAS J. LAZAY

21      SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

22

23

24      slb

1                    CERTIFICATE
2
3    COMMONWEALTH OF MASSACHUSETTS
4    SUFFOLK, SS
5        I, Sandra L. Bray, Registered Diplomate
6    Reporter and Notary Public in and for the
7    Commonwealth of Massachusetts, do hereby
8    certify:
9        That THOMAS J. LAZAY, the witness whose
10   deposition is hereinbefore set forth, was duly
11   sworn by me and that such deposition is a true
12   record of my stenotype notes taken in the
13   foregoing matter, to the best of my knowledge,
14   skill and ability.
15       IN WITNESS WHEREOF, I have hereunto set
16   my hand this 27th day of May, 2005.
17
18   _____
     Sandra L. Bray, RDR
19   Registered Diplomate Reporter
20
21
22
23
24