## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil Action No. 04-10353 PBS<br>) |
| VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## SCANSOFT'S MOTION TO COMPEL DEPOSITIONS OF
## LAWRENCE R. GILLICK, ROBERT S. ROTH, AND JONATHON P. YAMRON

Plaintiff ScanSoft, moves pursuant to Fed. R. Civ. P. 37 for an order compelling defendants Lawrence R. Gillick, Robert S. Roth, and Jonathon P. Yamron to comply with the deposition notice duly served on December 10, 2004, re-served on February 1, 2005, and re-served for a second time on June 14, 2005. The grounds for this motion are set forth in the accompanying memorandum.

Accordingly, ScanSoft respectfully requests that this motion be granted.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULES 7.1 and 37.1

I certify that on June 22, 2005, and again on June 24, 2005, counsel for the parties conferred by telephone in an effort to resolve the issues presented in this motion, and that the parties were unable to reach an accord.

2

| | |
|---|---|
| Dated: June 24, 2005 | SCANSOFT, INC.,<br>By its attorneys,<br><br>/s/ Erik P. Belt<br>Lee Carl Bromberg, BBO # 058480<br>Robert Asher, BBO # 022865<br>Erik Paul Belt, BBO # 558620<br>Lisa M. Fleming, BBO # 546148<br>Jack C. Schecter, BBO # 652349<br>Rebecca L. Hanovice, BBO # 660366<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110-1618<br>(617) 443-9292<br>ebelt@bromsun.com |

02639/00509 396182.1