Exhibit A

WORKING COPY

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCANSOFT, INC.,                          )
                                         )
                Plaintiff                )
                                         )
        -VS-                             )  CA No. 04-10353-PBS
                                         )  Pages 1 - 102
VOICE SIGNAL TECHNOLOGIES, INC.,         )
LAURENCE S. GILLICK, ROBERT S. ROTH,     )
JONATHAN P. YAMRON, and                  )
MANFRED G. GRABHERR,                     )
                                         )
                Defendants               )

RECEIVED

JUN 2 3 2005

BROMBERG & SUNSTEIN

MARKMAN HEARING

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

     LEE C. BROMBERG, ESQ., ERIK PAUL BELT, ESQ.,
and LISA M. FLEMING, ESQ., Bromberg & Sunstein,
125 Summer Street, Boston, Massachusetts, 02110-1618,
for the Plaintiff.

     ROBERT S. FRANK, JR., ESQ., PAUL D. POPEO, ESQ.,
and SARAH CHAPIN COLUMBIA, ESQ., Choate, Hall & Stewart,
53 State Street, Boston, Massachusetts, 02109,
for the Defendants.

                    United States District Court
                    1 Courthouse Way, Courtroom 19
                    Boston, Massachusetts
                    June 17, 2005, 2:10 p.m.

            LEE A. MARZILLI
        CERTIFIED REALTIME REPORTER
        United States District Court
        1 Courthouse Way, Room 3205
            Boston, MA  02210
            (617)345-6787

1    THE COURT:  So right now all discovery is under the

2    old deadlines until I get to impose new deadlines.  And you

3    obviously aren't agreeing, so I'm going to set up another

4    status conference so you can give me your respective

5    proposals and all of us aren't exhausted after a long week.

6    So that's the best bet.  I won't cut you off at the knees, I

7    promise, particularly on trade secrets.  I won't do that to

8    you, but I just don't think I'm ready -- it's now five of

9    5:00 -- to go head to head on a scheduling order, especially

10   since it will be so much more helpful when I have an expert

11   in mind, I have a timetable in mind, I'll know what to think

12   about it.  So in July, like around the 15th, 16th, the next

13   week, the 20th, somewhere in there?

14       THE CLERK:  July 18 at 2:00 p.m.

15       THE COURT:  All right, so it gives you basically a

16   month to get an expert in line, give me alternative sets of

17   proposals.  We'll be working on this, and hopefully we'll be

18   done with it by the end of the summer and so I don't start a

19   new clerk on it, but if not, it will create some delay.

20       MR. BROMBERG:  Your Honor, we do have some

21   depositions scheduled right now.  Are you saying that we

22   should not do them or just go ahead and --

23       THE COURT:  That's fine.  If they have been

24   prescheduled, do them.

25       Anybody want the Miriam Webster definition of

1                    C E R T I F I C A T E

2

3
   UNITED STATES DISTRICT COURT )
4  DISTRICT OF MASSACHUSETTS    ) ss.
   CITY OF BOSTON               )
5

6

7

8          I, Lee A. Marzilli, Official Federal Court

9  Reporter, do hereby certify that the foregoing transcript,

10 Pages 1 through 102 inclusive, was recorded by me

11 stenographically at the time and place aforesaid in Civil

12 Action No. 04-10353-PBS, ScanSoft, Inc. Vs. Voice Signal

13 Technologies, Inc., et al, and thereafter by me reduced to

14 typewriting and is a true and accurate record of the

15 proceedings.

16          In witness whereof I have hereunto set my hand this

17 22nd day of June, 2005.

18

19

20

21

22

23  _Lee A. Marzilli_____

24  LEE A. MARZILLI, RPR
    OFFICIAL FEDERAL COURT REPORTER

25

Exhibit B

125 SUMMER STREET  BOSTON MA 02110-1618

BROMBERG ✶ SUNSTEIN LLP

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM



JACK C. SCHECTER
T 617 443 9292 x281
JSCHECTER@BROMSUN.COM

December 10, 2004

**By Facsimile and First Class Mail**

Paul D. Popeo, Esq.
Choate, Hall & Stewart
53 State Street
Boston, Massachusetts 02109-2804

Re    *ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al.*
      U.S.D.C. D. Mass. Civil Action No. 04-10353 PBS
      Our File    2639/509

Dear Paul:

Attached for service, please find (1) Notice of Rule 30(b)(6) Deposition of Voice Signal Technologies, Inc., (2) Notice of Deposition of Laurance S. Gillick, (3) Notice of Deposition of Robert S. Roth, (4) Notice of Deposition of Jonathan P. Yamron, and (5) Notice of Deposition of Manfred G. Grabherr.

Please feel free to contact me if you have any questions.

Sincerely,

Jack C. Schecter

Enclosures

02639/00509  351211.1

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO                4373
CONNECTION TEL          02639#00509#16172484000#
CONNECTION ID
ST. TIME                12/10 15:27
USAGE T                 06'32
PGS. SENT                 21
RESULT                  OK
```

125 SUMMER STREET  BOSTON MA 02110-1618

BROMBERG ≠ SUNSTEIN LLP

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

# FACSIMILE

| | | | |
|---|---|---|---|
| TO | Paul D. Popeo, Esq. <br> Choate, Hall & Stewart | FAX | (617) 248-4000 |
| FROM | Jack Schecter, Esq. | PAGES | 21  (INCLUDING THIS SHEET) |
| PHONE | | DATE | 12/10/2004 |
| RE | *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.,* <br> Civil Action No. 04-10353 PBS | | |
| OUR FILE | 2639/509 | YOUR FILE | |

COMMENTS

Please see attached.

125 SUMMER STREET  BOSTON MA 02110-1618

BROMBERG ✻ SUNSTEIN LLP

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

# FACSIMILE

| | | | |
|---|---|---|---|
| **TO** | Paul D. Popeo, Esq.<br>Choate, Hall & Stewart | **FAX** | (617) 248-4000 |
| **FROM** | Jack Schecter, Esq.  _JCS_ | **PAGES** | 21  (INCLUDING THIS SHEET) |
| **PHONE** | | **DATE** | 12/10/2004 |
| **RE** | *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.,*<br>Civil Action No. 04-10353 PBS | | |
| **OUR FILE** | 2639/509 | **YOUR FILE** | |

**COMMENTS**

Please see attached.

PLEASE NOTIFY BROMBERG & SUNSTEIN LLP AT (617) 443-9292, IF THERE ARE ANY PROBLEMS WITH THIS
TRANSMISSION.

THIS TRANSMITTAL IS INTENDED ONLY FOR THE ADDRESSEE, AND MAY CONTAIN INFORMATION THAT IS
PRIVILEGED OR CONFIDENTIAL. IF THE RECIPIENT OF THIS TRANSMITTAL IS NOT THE ADDRESSEE, PLEASE NOTIFY
US IMMEDIATELY BY TELEPHONE.

02639/00509  348985.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCANSOFT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10353 PBS |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | |
| MANFRED G. GRABHERR | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

To:    Robert S. Frank, Jr., Esq.
       Sarah Chapin Columbia, Esq.
       Paul D. Popeo, Esq.
       Paul E. Bonanno, Esq.
       Wendy S. Plotkin, Esq.
       CHOATE, HALL & STEWART
       Exchange Place
       53 State Street
       Boston, MA 02109
       (617) 248-5000

## NOTICE OF DEPOSITION OF LAURENCE S. GILLICK

Please take notice that counsel for ScanSoft, Inc. will take the deposition upon oral examination of Laurence S. Gillick, beginning at 10:00 a.m. on Friday, January 7, 2005 at the office of Bromberg & Sunstein LLP, 125 Summer Street, Boston, Massachusetts 02110, or at such other time and place as may be agreed upon by counsel. The deposition will take place before a Notary Public or other person authorized to administer oaths and will be recorded by stenographic and/or video means. Attorneys may also use equipment for providing simultaneous stenography during the deposition.

Dated:  December 10, 2004

SCANSOFT, INC.,

By its attorneys,

Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Julia Huston, BBO #562160
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2004, a true and correct copy of the foregoing

document was served upon opposing counsel by facsimile and first class mail.

Jack C. Schecter

02639/00509  349598.1

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.                                     ) | |
|                                                    ) | |
| Plaintiff,                                         ) | |
|                                                    ) | |
| v.                                                 ) | Civil Action No. 04-10353 PBS |
|                                                    ) | |
| VOICE SIGNAL TECHNOLOGIES, INC.,                   ) | |
| LAURENCE S. GILLICK, ROBERT S.                     ) | |
| ROTH, JONATHAN P. YAMRON, and                      ) | |
| MANFRED G. GRABHERR                                ) | |
|                                                    ) | |
| Defendants.                                        ) | |
|                                                    ) | |

To:    Robert S. Frank, Jr., Esq.
       Sarah Chapin Columbia, Esq.
       Paul D. Popeo, Esq.
       Paul E. Bonanno, Esq.
       Wendy S. Plotkin, Esq.
       CHOATE, HALL & STEWART
       Exchange Place
       53 State Street
       Boston, MA 02109
       (617) 248-5000

## NOTICE OF DEPOSITION OF ROBERT S. ROTH

Please take notice that counsel for ScanSoft, Inc. will take the deposition upon oral examination of Robert S. Roth, beginning at 10:00 a.m. on Wednesday, January 12, 2005 at the office of Bromberg & Sunstein LLP, 125 Summer Street, Boston, Massachusetts 02110, or at such other time and place as may be agreed upon by counsel. The deposition will take place before a Notary Public or other person authorized to administer oaths and will be recorded by stenographic and/or video means. Attorneys may also use equipment for providing simultaneous stenography during the deposition.

Dated: December 10, 2004                    SCANSOFT, INC.,

                                            By its attorneys,


                                            _____
                                            Lee Carl Bromberg, BBO #058480
                                            Robert Asher, BBO #022865
                                            Julia Huston, BBO #562160
                                            Lisa M. Fleming, BBO #546148
                                            Jack C. Schecter, BBO #652349
                                            BROMBERG & SUNSTEIN LLP
                                            125 Summer Street
                                            Boston, Massachusetts 02110-1618
                                            (617) 443-9292

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2004, a true and correct copy of the foregoing

document was served upon opposing counsel by facsimile and first class mail.


                                            _____
                                            Jack C. Schecter

02639/00509  349601.1

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.                            ) | |
|                  )| |
|        Plaintiff,                 ) | |
|                  ) | |
|        v.                        ) | Civil Action No. 04-10353 PBS |
|                  ) | |
| VOICE SIGNAL TECHNOLOGIES, INC.,   ) | |
| LAURENCE S. GILLICK, ROBERT S.      ) | |
| ROTH, JONATHAN P. YAMRON, and       ) | |
| MANFRED G. GRABHERR                  ) | |
|                  ) | |
|        Defendants.              ) | |
|                  ) | |

To:   Robert S. Frank, Jr., Esq.
       Sarah Chapin Columbia, Esq.
       Paul D. Popeo, Esq.
       Paul E. Bonanno, Esq.
       Wendy S. Plotkin, Esq.
       CHOATE, HALL & STEWART
       Exchange Place
       53 State Street
       Boston, MA 02109
       (617) 248-5000

### NOTICE OF DEPOSITION OF JONATHAN P. YAMRON

Please take notice that counsel for ScanSoft, Inc. will take the deposition upon oral examination of Jonathan P. Yamron, beginning at 10:00 a.m. on Thursday, January 13, 2005 at the office of Bromberg & Sunstein LLP, 125 Summer Street, Boston, Massachusetts 02110, or at such other time and place as may be agreed upon by counsel. The deposition will take place before a Notary Public or other person authorized to administer oaths and will be recorded by stenographic and/or video means. Attorneys may also use equipment for providing simultaneous stenography during the deposition.

Dated:  December 10, 2004                    SCANSOFT, INC.,

                                             By its attorneys,


                                             _____
                                             Lee Carl Bromberg, BBO #058480
                                             Robert Asher, BBO #022865
                                             Julia Huston, BBO #562160
                                             Lisa M. Fleming, BBO #546148
                                             Jack C. Schecter, BBO #652349
                                             BROMBERG & SUNSTEIN LLP
                                             125 Summer Street
                                             Boston, Massachusetts 02110-1618
                                             (617) 443-9292

                    **CERTIFICATE OF SERVICE**

    I hereby certify that on December 10, 2004, a true and correct copy of the foregoing

document was served upon opposing counsel by facsimile and first class mail.


                                             _____
                                             Jack C. Schecter

02639/00509  349603.1

Exhibit C

125 SUMMER STREET  BOSTON MA 02110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG ✶ SUNSTEIN LLP

LISA M FLEMING
T 617 443 9292 x248
LFLEMING@BROMSUN.COM

February 1, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Sarah Chapin Columbia, Esq.
Choate, Hall & Stewart
53 State Street
Boston, Massachusetts 02109-2804

Re   *ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al.*
     U.S.D.C. D. Mass. Civil Action No. 04-10353 PBS
     Our File    2639/509

Dear Sarah:

Attached for service, please find (1) Re-Notice of Deposition of Laurance S. Gillick, (2) Re-Notice of Deposition of Robert S. Roth, (3) Re-Notice of Deposition of Jonathan P. Yamron, and (4) Re-Notice of Deposition of Manfred G. Grabherr.

As you know, in December we noticed the individual defendants for deposition in January and subsequently agreed to postpone the depositions until the trial court ruled on VST's Motion to Dismiss.  Now that the court has denied VST's motion to dismiss the trade secret claim, we intend to proceed with these depositions before the close of discovery on February 28, 2005.

Please feel free to contact me if you have any questions.

Very truly yours,

Lisa M. Fleming

LMF/02639/00509  360769.1
Enclosures

ATTORNEYS AT LAW

```
                           ************************
                           ***   TX REPORT   ***
                           ************************


        TRANSMISSION OK

        TX/RX NO              4781
        CONNECTION TEL        202639#00509#6172484000#
        CONNECTION ID
        ST. TIME             02/01 10:35
        USAGE T              02'57
        PGS. SENT             10
        RESULT               OK
```

125 SUMMER STREET  BOSTON MA 02110-1618                    BROMBERG ⋆ SUNSTEIN LLP

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

# FACSIMILE

| | | | |
|---|---|---|---|
| TO | Sarah Chapin Columbia | FAX | 617-248-4000 |
| FROM | Lisa M. Fleming | PAGES | 10    (INCLUDING THIS SHEET) |
| PHONE | 617.443.9292 | DATE | 2/1/05 |
| RE | ScanSoft, Inc. v. Voice Signal Technologies, Inc. | | |
| OUR FILE | 2639/509 | YOUR FILE | |

COMMENTS

Please see attached.

125 SUMMER STREET  BOSTON MA 02110-1618

BROMBERG & SUNSTEIN LLP

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

# FACSIMILE

| | | | |
|---|---|---|---|
| TO | Sarah Chapin Columbia | FAX | 617-248-4000 |
| FROM | Lisa M. Fleming | PAGES | 10     (INCLUDING THIS SHEET) |
| PHONE | 617.443.9292 | DATE | 2/1/05 |
| RE | ScanSoft, Inc. v. Voice Signal Technologies, Inc. | | |
| OUR FILE | 2639/509          YOUR FILE | | |

COMMENTS

Please see attached.

PLEASE NOTIFY BROMBERG & SUNSTEIN LLP AT (617) 443-9292, IF THERE ARE ANY PROBLEMS WITH THIS
TRANSMISSION.

THIS TRANSMITTAL IS INTENDED ONLY FOR THE ADDRESSEE, AND MAY CONTAIN INFORMATION THAT IS
PRIVILEGED OR CONFIDENTIAL. IF THE RECIPIENT OF THIS TRANSMITTAL IS NOT THE ADDRESSEE, PLEASE NOTIFY
US IMMEDIATELY BY TELEPHONE.

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO              4782
        CONNECTION TEL        202639#00509#6172484000#
        CONNECTION ID
        ST. TIME              02/01 10:46
        USAGE T               01'00
        PGS. SENT             3
        RESULT                OK
```

125 SUMMER STREET  BOSTON MA 02110-1618

BROMBERG ⊀ SUNSTEIN LLP

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

# FACSIMILE

| | | | |
|---|---|---|---|
| TO | Sarah Chapin Columbia | FAX | 617-248-4000 |
| FROM | Lisa M. Fleming | PAGES | 3 (INCLUDING THIS SHEET) |
| PHONE | 617.443.9292 | DATE | 2/1/05 |
| RE | ScanSoft, Inc. v. Voice Signal Technologies, Inc. | | |
| OUR FILE | 2639/509 | YOUR FILE | |

COMMENTS

Please see attached.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SCANSOFT, INC.            ) <br>                     ) <br>      Plaintiff,      ) <br>                     ) <br>       v.             ) <br>                     ) <br> VOICE SIGNAL TECHNOLOGIES, INC., ) <br> LAURENCE S. GILLICK, ROBERT S.    ) <br> ROTH, JONATHAN P. YAMRON, and    ) <br> MANFRED G. GRABHERR      ) <br>                     ) <br>      Defendants.      ) <br>                     ) | Civil Action No. 04-10353 PBS |

To:    Robert S. Frank, Jr., Esq.
         Sarah Chapin Columbia, Esq.
         Paul D. Popeo, Esq.
         Paul E. Bonanno, Esq.
         Wendy S. Plotkin, Esq.
         CHOATE, HALL & STEWART
         Exchange Place
         53 State Street
         Boston, MA 02109
         (617) 248-5000

**<u>RE-NOTICE OF DEPOSITION OF LAURENCE S. GILLICK</u>**

Please take notice that counsel for ScanSoft, Inc. will take the deposition upon oral examination of Laurence S. Gillick, beginning at 10:00 a.m. on Thursday, February 17, 2005 at the office of Bromberg & Sunstein LLP, 125 Summer Street, Boston, Massachusetts 02110. The deposition will take place before a Notary Public or other person authorized to administer oaths and will be recorded by stenographic and/or video means. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Dated:  February 1, 2005                    SCANSOFT, INC.,

                                            By its attorneys,


                                            Lee Carl Bromberg, BBO #058480
                                            Robert Asher, BBO #022865
                                            Julia Huston, BBO #562160
                                            Lisa M. Fleming, BBO #546148
                                            Jack C. Schecter, BBO #652349
                                            BROMBERG & SUNSTEIN LLP
                                            125 Summer Street
                                            Boston, Massachusetts 02110-1618
                                            (617) 443-9292

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2005, a true and correct copy of the foregoing

document was served upon opposing counsel by facsimile and first class mail.


                                            Lisa M. Fleming

02639/00509  349598.1

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.      ) <br><br> Plaintiff,      ) <br><br> v.      ) <br><br> VOICE SIGNAL TECHNOLOGIES, INC.,      ) <br> LAURENCE S. GILLICK, ROBERT S.      ) <br> ROTH, JONATHAN P. YAMRON, and      ) <br> MANFRED G. GRABHERR      ) <br><br> Defendants.      ) | Civil Action No. 04-10353 PBS |

To:    Robert S. Frank, Jr., Esq.
        Sarah Chapin Columbia, Esq.
        Paul D. Popeo, Esq.
        Paul E. Bonanno, Esq.
        Wendy S. Plotkin, Esq.
        CHOATE, HALL & STEWART
        Exchange Place
        53 State Street
        Boston, MA 02109
        (617) 248-5000

## RE-NOTICE OF DEPOSITION OF ROBERT S. ROTH

Please take notice that counsel for ScanSoft, Inc. will take the deposition upon oral examination of Robert S. Roth, beginning at 10:00 a.m. on Wednesday, February 16, 2005 at the office of Bromberg & Sunstein LLP, 125 Summer Street, Boston, Massachusetts 02110, or at such other time and place as may be agreed upon by counsel. The deposition will take place before a Notary Public or other person authorized to administer oaths and will be recorded by stenographic and/or video means. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Dated:  February 1, 2005

SCANSOFT, INC.,

By its attorneys,

Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Julia Huston, BBO #562160
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2005, a true and correct copy of the foregoing

document was served upon opposing counsel by facsimile and first class mail.

Lisa M. Fleming

02639/00509  349601.1

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10353 PBS |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | |
| MANFRED G. GRABHERR | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

To:    Robert S. Frank, Jr., Esq.
       Sarah Chapin Columbia, Esq.
       Paul D. Popeo, Esq.
       Paul E. Bonanno, Esq.
       Wendy S. Plotkin, Esq.
       CHOATE, HALL & STEWART
       Exchange Place
       53 State Street
       Boston, MA 02109
       (617) 248-5000

## NOTICE OF DEPOSITION OF JONATHAN P. YAMRON

Please take notice that counsel for ScanSoft, Inc. will take the deposition upon oral examination of Jonathan P. Yamron, beginning at 10:00 a.m. on Monday, February 14, 2005 at the office of Bromberg & Sunstein LLP, 125 Summer Street, Boston, Massachusetts 02110, or at such other time and place as may be agreed upon by counsel. The deposition will take place before a Notary Public or other person authorized to administer oaths and will be recorded by stenographic and/or video means. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Dated:  February 1, 2005                    SCANSOFT, INC.,

By its attorneys,


Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Julia Huston, BBO #562160
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2005, a true and correct copy of the foregoing

document was served upon opposing counsel by facsimile and first class mail.


Lisa M. Fleming

02639/00509  349603.1

2

Exhibit D

125 SUMMER STREET  BOSTON MA 02110-1618

BROMBERG ✶ SUNSTEIN LLP

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

FILE COPY 

REBECCA L. HANOVICE
617 443 9292 X 303
RHANOVICE@BROMSUN.COM

June 14, 2005

**By Facsimile and First Class Mail**

Wendy S. Plotkin, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109-2809

Re   *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.,*
     Civil Action No. 04-10353 PBS
     Our File 2639/509

Dear Wendy:

In December of last year, we noticed the depositions of the individual defendants in the above-referenced action.  When VST failed to provide dates for their depositions, more than four months ago, we re-noticed for deposition the individual defendants.  Despite our repeated efforts to obtain satisfactory dates from you, and your repeated promises to provide dates, no dates have been offered.  Indeed, during our telephone conversation of Monday, June 6, 2005, I asked you for acceptable dates and you indicated you would provide those dates.  Still, I have heard nothing from you.

There is no justification for this delay.  Enclosed please find deposition re-notices for Laurence S. Gillick, Robert S. Roth, and Jonathan P. Yamron.  We expect the defendants to appear for their depositions on these dates.

Sincerely,

Rebecca L. Hanovice

RLH/

ATTORNEYS AT LAW

Wendy S. Plotkin
Choate, Hall & Stewart
June 13, 2005
Page 2


Enclosures


02639/00509  391992.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.         )<br><br>         Plaintiff,      )<br><br>         v.              )<br><br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR      )<br><br>         Defendants.    )<br>             ) | Civil Action No. 04-10353 PBS |

To:     Robert S. Frank, Jr., Esq.
         Sarah Chapin Columbia, Esq.
         Paul D. Popeo, Esq.
         Paul E. Bonanno, Esq.
         Wendy S. Plotkin, Esq.
         CHOATE, HALL & STEWART
         Exchange Place
         53 State Street
         Boston, MA 02109
         (617) 248-5000

## RE-NOTICE OF DEPOSITION OF LAURENCE S. GILLICK

Please take notice that counsel for ScanSoft, Inc. will take the deposition upon oral examination of Laurence S. Gillick, beginning at 9:00 a.m. on Tuesday, June 28, 2005 at the office of Bromberg & Sunstein LLP, 125 Summer Street, Boston, Massachusetts 02110. The deposition will take place before a Notary Public or other person authorized to administer oaths and will be recorded by stenographic and/or video means. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Dated: June 14, 2005

SCANSOFT, INC.,

By its attorneys,

/s/

Lee Carl Bromberg, BBO # 058480
Robert Asher, BBO # 022865
Erik Paul Belt, BBO # 558620
Lisa M. Fleming, BBO # 546148
Jack C. Schecter, BBO # 652349
Rebecca L. Hanovice, BBO # 660366
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, a true and correct copy of the foregoing document was served upon opposing counsel by facsimile and first class mail.

Rebecca L. Hanovice

02639/00509  392233.1

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-10353 PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) | |
| Defendants. | ) | |

To:   Robert S. Frank, Jr., Esq.
      Sarah Chapin Columbia, Esq.
      Paul D. Popeo, Esq.
      Paul E. Bonanno, Esq.
      Wendy S. Plotkin, Esq.
      CHOATE, HALL & STEWART
      Exchange Place
      53 State Street
      Boston, MA 02109
      (617) 248-5000

## RE-NOTICE OF DEPOSITION OF ROBERT S. ROTH

Please take notice that counsel for ScanSoft, Inc. will take the deposition upon oral examination of Robert S. Roth, beginning at 9:00 a.m. on Thursday, July 7, 2005, at the office of Bromberg & Sunstein LLP, 125 Summer Street, Boston, Massachusetts 02110, or at such other time and place as may be agreed upon by counsel. The deposition will take place before a Notary Public or other person authorized to administer oaths and will be recorded by stenographic and/or video means. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Dated:  June 14, 2005                    SCANSOFT, INC.,

                                         By its attorneys,

                                         /s/ _____

                                         Lee Carl Bromberg, BBO # 058480
                                         Robert Asher, BBO # 022865
                                         Erik Paul Belt, BBO # 558620
                                         Lisa M. Fleming, BBO # 546148
                                         Jack C. Schecter, BBO # 652349
                                         Rebecca L. Hanovice, BBO # 660366
                                         BROMBERG & SUNSTEIN LLP
                                         125 Summer Street
                                         Boston, Massachusetts 02110-1618
                                         (617) 443-9292

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2005, a true and correct copy of the foregoing document was served upon opposing counsel by facsimile and first class mail.

                                         _____
                                         Rebecca L. Hanovice

02639/00509  392230.1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04-10353 PBS |

To:    Robert S. Frank, Jr., Esq.
        Sarah Chapin Columbia, Esq.
        Paul D. Popeo, Esq.
        Paul E. Bonanno, Esq.
        Wendy S. Plotkin, Esq.
        CHOATE, HALL & STEWART
        Exchange Place
        53 State Street
        Boston, MA 02109
        (617) 248-5000

## NOTICE OF DEPOSITION OF JONATHAN P. YAMRON

Please take notice that counsel for ScanSoft, Inc. will take the deposition upon oral examination of Jonathan P. Yamron, beginning at 9:00 a.m. on Thursday, June 30, 2005 at the office of Bromberg & Sunstein LLP, 125 Summer Street, Boston, Massachusetts 02110, or at such other time and place as may be agreed upon by counsel. The deposition will take place before a Notary Public or other person authorized to administer oaths and will be recorded by stenographic and/or video means. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Dated:  June 14, 2005                         SCANSOFT, INC.,

                                              By its attorneys,

                                              /s/ _____
                                              Lee Carl Bromberg, BBO # 058480
                                              Robert Asher, BBO # 022865
                                              Erik Paul Belt, BBO # 558620
                                              Lisa M. Fleming, BBO # 546148
                                              Jack C. Schecter, BBO # 652349
                                              Rebecca L. Hanovice, BBO # 660366
                                              BROMBERG & SUNSTEIN LLP
                                              125 Summer Street
                                              Boston, Massachusetts 02110-1618
                                              (617) 443-9292

## CERTIFICATE OF SERVICE

       I hereby certify that on June 14, 2005, a true and correct copy of the foregoing document
was served upon opposing counsel by facsimile and first class mail.

                                              _____
                                              Rebecca L. Hanovice

02639/00509  392225.1