# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10353 PBS |
| ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR ) | |
| ) | |
| Defendants. ) | |

## ASSENTED TO MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF THE COURT'S PROTECTIVE ORDER

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a reply memorandum further supporting its Emergency Motion to Show Cause Why Defendant Should Not Be Held in Contempt for Violation of the Court's Protective Order. ScanSoft believes that the reply memorandum will aid the Court in its determination of these issues.

ScanSoft respectfully requests leave of this Court to file the reply memorandum and accompanying exhibits, attached hereto as Exhibit A.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that counsel for defendant, Voice Signal Technologies, Inc., assented to this motion.

Dated: June 28, 2005                              SCANSOFT, INC.,
                                                  By its attorneys,

                                                  s/ Jack C. Schecter
                                                  Lee Carl Bromberg, BBO # 058480
                                                  Robert Asher, BBO # 022865
                                                  Lisa M. Fleming, BBO # 546148
                                                  Erik Paul Belt, BBO # 558620
                                                  Jack C. Schecter, BBO # 652349
                                                  Rebecca L. Hanovice, BBO # 660366
                                                  BROMBERG & SUNSTEIN LLP
                                                  125 Summer Street
                                                  Boston, Massachusetts 02110-1618
                                                  (617) 443-9292
                                                  jschecter@bromsun.com

02639/00509   413823.1