UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>   Plaintiff,<br><br>  v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>   Defendants. | Civil Action No. 04-10353-PBS |

## DECLARATION OF REBECCA L. HANOVICE

I, Rebecca L. Hanovice, depose under oath and state as follows:

1. I am an attorney at the firm of Bromberg & Sunstein LLP, 125 Summer Street, Boston, MA 02110. I represent ScanSoft, Inc. ("ScanSoft") in the above-captioned matter.

2. On Monday, May 23, 2005, I received correspondence related to the above-captioned action via facsimile from Wendy S. Plotkin, Esq., counsel for Voice Signal Technologies, Inc. ("VST"). The facsimile also contained a lengthy document unrelated to this action.

3. Per the request of an administrative assistant to counsel for VST, I disregarded the inadvertently attached document and immediately destroyed it.

Signed under the pains and penalties of perjury this 28th day of June, 2005.

_____
Rebecca L. Hanovice

02639/00509 396508.1

-2-

Signed under the pains and penalties of perjury this 28th day of June, 2005.

/s/ Rebecca L. Hanovice
Rebecca L. Hanovice

02639/00509  396508.1