125 SUMMER STREET  BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG ✶ SUNSTEIN LLP

LEE CARL BROMBERG
T 617 443 9292 x213
LBROMBERG@BROMSUN.COM

June 24, 2005

**By Hand**

Michael P. Mullins, Esq.
Choate, Hall & Stewart LLP
Exchange Place
53 State Street
Boston, MA 02109-2804

Re   *Massachusetts Port Authority v. RLI Corp. and RLI Ins. Co.*
     Case No. 05-CV-10924

Dear Mr. Mullins:

I return to you herewith the following materials received from you at our office last evening:

1. Large envelope addressed to Rebecca L. Hanovice, Esq. and Neil G. McGaragahan, Esq. at Bromberg & Sunstein LLP, containing two sealed letter-size envelopes;

2. Letter-size envelope addressed to Ms. Hanovice;

3. Letter and document contained in 2 above, addressed to Beth I. Boland of Bingham McCutchen LLP, and relating to the above-referenced matter, in which we are not involved; and

4. Letter-size envelope addressed to Neil G. McGaraghan (incorrectly listing our firm on the address), which has not been opened.

These items appear to have been addressed to Ms. Hanovice and our firm in error.

ATTORNEYS AT LAW

Michael P. Mullins, Esq.
Choate, Hall & Stewart LLP
June 24, 2005
Page 2

Sincerely yours,

*Lee Carl Bromberg*

Lee Carl Bromberg

LCB/jmc

Enclosures

cc:   Robert S. Frank, Esq.

02639/00509  396282.1