UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR <br><br> Defendants. | Civil Action No. 04-10353 PBS |

**SCANSOFT'S MOTION FOR
RECONSIDERATION OF COURT'S NEUTRAL EXPERT PROCEDURE**

ScanSoft moves for reconsideration of the Court's June 17th order requiring the parties to agree upon a neutral expert for trade secret and infringement discovery. The grounds for this motion are set forth in the accompanying memorandum, which contains material that VST has designated as highly confidential and is thus being filed under seal and will be delivered to the court by hand.

Accordingly, ScanSoft respectfully requests that this motion be granted.

CERTIFICATE PURSUANT TO CIVIL LOCAL RULES 7.1

I certify that on July 1, 2005, counsel for the parties conferred by telephone in an effort to resolve the issues presented in this motion, and that the parties were unable to reach an accord.

Dated: July 1, 2005                                  SCANSOFT, INC.,
                                                     By its attorneys,


                                                     /s/ Jack C. Schecter
                                                     Lee Carl Bromberg, BBO # 058480
                                                     Robert Asher, BBO # 022865
                                                     Erik Paul Belt, BBO # 558620
                                                     Lisa M. Fleming, BBO # 546148
                                                     Jack C. Schecter, BBO # 652349
                                                     Rebecca L. Hanovice, BBO # 660366
                                                     BROMBERG & SUNSTEIN LLP
                                                     125 Summer Street
                                                     Boston, Massachusetts 02110-1618
                                                     (617) 443-9292
                                                     jschecter@bromsun.com

02639/00509  415014.1