# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> VOICE SIGNAL TECHNOLOGIES, INC., ) <br> LAURENCE S. GILLICK, ROBERT S. ) <br> ROTH, JONATHAN P. YAMRON, and ) <br> MANFRED G. GRABHERR, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 04-10353-PBS |

## **DECLARATION OF WENDY S. PLOTKIN**

Wendy S. Plotkin deposes and states as follows:

1. I am an attorney in the law firm of Choate, Hall & Stewart, and a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am counsel to the above-named defendants and make this declaration in support of Manfred Grabherr's Reply Memorandum in Support of his Motion for Summary Judgment.

2. Attached hereto as Ex. A is a true and correct copy of a portion of the deposition transcript of Manfred Grabherr.

3. Attached hereto as Ex. B is a true and correct copy of a portion of the deposition transcript of Jeanne McCann.

4. Attached hereto as Ex. C. is a copy of a document bearing Bates label SS020570.

5. Attached hereto as Ex. D is a copy of a document bearing Bates label SS020182.

3952440v1

2

\*          \*          \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Wendy S. Plotkin

Dated: July 6, 2005

3952440v1