UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **C.A. No. 04-10353-PBS** |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | |
| MANFRED G. GRABHERR, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
REGARDING CONSTRUCTION OF U.S. PATENT NO. 6,501,966**

Defendant Voice Signal Technologies, Inc. moves, pursuant to Local Rule 7.1(B)(3), for leave to file a short, six-page memorandum supplementing its principal brief regarding the construction of the claims of U.S. Patent No. 6,501,966. The supplemental memorandum calls to the Court's attention a decision of the United States Court of Appeals for the Federal Circuit that was rendered after the filing of Voice Signal's principal claims construction brief.

Voice Signal believes that the supplemental memorandum, attached hereto as **Exhibit A**, will aid the Court in its construction of the claims of the '966 patent.

WHEREFORE, Voice Signal respectfully requests leave of Court to file the supplemental memorandum attached as **Exhibit A**, and for the supplemental memorandum to be deemed filed upon allowance of this Motion.

        Respectfully submitted,

        VOICE SIGNAL TECHNOLOGIES, INC.

        By its attorneys,

        /s/ Paul E. Bonanno
        Robert S. Frank, Jr. (BBO No. 177240)
        Sarah Chapin Columbia (BBO No. 550155)
        Paul D. Popeo (BBO No. 567727)
        Paul E. Bonanno (BBO No. 646838)
        Wendy S. Plotkin (BBO No. 647716)
        CHOATE, HALL & STEWART
        Exchange Place
        53 State Street
        Boston, MA  02109
        (617) 248-5000

July 6, 2005

Certification Pursuant to Local Rule 7.1

I certify that counsel for Voice Signal conferred with counsel for ScanSoft and attempted in good faith to resolve the issues presented in this Motion.

        /s/ Paul E. Bonanno

3954347_1.DOC