**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SCANSOFT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10353 PBS |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | |
| MANFRED G. GRABHERR | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SCANSOFT, INC.'S MOTION TO COMPEL FURTHER**
**DEPOSITION OF MANFRED G. GRABHERR AND FOR SANCTIONS**

Plaintiff ScanSoft, Inc. ("ScanSoft") moves pursuant to Fed. R. Civ. P. 37 and Local Rule

37.1 for an order compelling Manfred G. Grabherr to appear for further examination and for

sanctions.  The grounds for this motion are set forth in the accompanying Memorandum and

Exhibits A through E to the Memorandum, filed concurrently electronically.

Accordingly, it is respectfully requested that this motion be granted.  A proposed order is

attached for the Court's convenience.

**CERTIFICATE PURUSANT TO RULE 7.1 AND LOCAL RULE 37.1**

I certify that counsel for ScanSoft conferred with counsel for VST on July 1, 2005, by

telephone in an effort to resolve the issues presented in this motion and that counsel were unable

to arrive at an agreement.

2

Dated:  July 8, 2005

SCANSOFT, INC.,
By its attorneys,


/s/ Rebecca L. Hanovice
Lee Carl Bromberg, BBO # 058480
Robert Asher, BBO # 022865
Erik Paul Belt, BBO # 558620
Lisa M. Fleming, BBO # 546148
Jack C. Schecter, BBO # 652349
Rebecca L. Hanovice, BBO # 660366
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

02639/00509  393951.1