# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VOICE SIGNAL TECHNOLOGIES, INC., ) <br> LAURENCE S. GILLICK, ROBERT S. ) <br> ROTH, JONATHAN P. YAMRON, and ) <br> MANFRED G. GRABHERR ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-10353 PBS |

**[PROPOSED] ORDER COMPELLING DEPOSITION TESTIMONY AND SANCTIONS**

Upon consideration of Plaintiff ScanSoft, Inc.'s Motion to Compel Deposition Testimony and for Sanctions, filed on July 8, 2005, it is hereby

ORDERED that

(1) Defendant Manfred G. Grabherr appear for further deposition;

(2) Counsel for Manfred G. Grabherr refrain from improper coaching and instruction of the witness not to answer; and

(3) Counsel for defendant Manfred G. Grabherr pay to Plaintiff ScanSoft, Inc. any costs associated with filing its Motion to Compel and its reasonable costs and attorney's fees associated with further deposition of the aforementioned witness.

**IT IS SO ORDERED:**

_____                _____
Date                                             United States District Court Judge

02639/00509 393950.1