UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR<br><br>Defendants. | Civil Action No. 04-10353 PBS |

To:  Robert S. Frank, Jr., Esq.
Sarah Chapin Columbia, Esq.
Paul D. Popeo, Esq.
Paul E. Bonanno, Esq.
Wendy S. Plotkin, Esq.
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

### NOTICE OF DEPOSITION OF MANFRED G. GRABHERR

Please take notice that counsel for ScanSoft, Inc. will take the deposition upon oral examination of Manfred G. Grabherr, beginning at 10:00 a.m. on Friday, January 14, 2004 at the office of Bromberg & Sunstein LLP, 125 Summer Street, Boston, Massachusetts 02110, or at such other time and place as may be agreed upon by counsel. The deposition will take place before a Notary Public or other person authorized to administer oaths and will be recorded by stenographic and/or video means. Attorneys may also use equipment for providing simultaneous stenography during the deposition.

Dated: December 10, 2004

SCANSOFT, INC.,

By its attorneys,

*/s/ Jack C. Schecter*

Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Julia Huston, BBO #562160
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2004, a true and correct copy of the foregoing document was served upon opposing counsel by facsimile and first class mail.

*/s/ Jack C. Schecter*

02639/00509 349604.1