UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>　　　　　Defendants. | Civil Action No. 04-10353 PBS |

To:　Robert S. Frank, Jr., Esq.
　　　Sarah Chapin Columbia, Esq.
　　　Paul D. Popeo, Esq.
　　　Paul E. Bonanno, Esq.
　　　Wendy S. Plotkin, Esq.
　　　CHOATE, HALL & STEWART
　　　Exchange Place
　　　53 State Street
　　　Boston, MA 02109
　　　(617) 248-5000

### RE-NOTICE OF DEPOSITION OF MANFRED G. GRABHERR

Please take notice that counsel for ScanSoft, Inc. will take the deposition upon oral examination of Manfred G. Grabherr, beginning at 10:00 a.m. on Thursday, February 24, 2005 at the office of Bromberg & Sunstein LLP, 125 Summer Street, Boston, Massachusetts 02110, or at such other time and place as may be agreed upon by counsel. The deposition will take place before a Notary Public or other person authorized to administer oaths and will be recorded by stenographic and/or video means. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

2

Dated: February 1, 2005

SCANSOFT, INC.,

By its attorneys,

_____
Lee Carl Bromberg, BBO #058480
Robert Asher, BBO #022865
Julia Huston, BBO #562160
Lisa M. Fleming, BBO #546148
Jack C. Schecter, BBO #652349
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2005, a true and correct copy of the foregoing document was served upon opposing counsel by facsimile and first class mail.

_____
Lisa M. Fleming

02639/00509 349604.1

2