# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | )   Civil Action No. 04-10353 PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) ) ) ) ) |
| Defendants. | ) ) |

### SCANSOFT, INC.'S MOTION TO COMPEL PRODUCTION OF
### MANFRED G. GRABHERR'S EMPLOYMENT CONTRACT WITH KURZWEIL

Plaintiff ScanSoft, Inc. ("ScanSoft") moves pursuant to Fed. R. Civ. P. 37 and Local Rule 37.1 for an order compelling the production of Manfred G. Grabherr's employment agreement with Kurzweil, ScanSoft's predecessor-in-interest. The grounds for this motion are set forth in the accompanying Memorandum and Exhibits A and B to the Memorandum, filed concurrently electronically.

Accordingly, it is respectfully requested that this motion be granted.

### CERTIFICATE PURUSANT TO RULE 7.1 AND LOCAL RULE 37.1

I certify that counsel for ScanSoft conferred with counsel for VST on July 15, 2005, by telephone in an effort to resolve the issues presented by this motion and that counsel were unable to arrive at an agreement.

| | |
|---|---|
| Dated: July 15, 2005 | SCANSOFT, INC.,<br>By its attorneys,<br><br>/s/ Rebecca L. Hanovice<br>Lee Carl Bromberg, BBO # 058480<br>Robert Asher, BBO # 022865<br>Erik Paul Belt, BBO # 558620<br>Lisa M. Fleming, BBO # 546148<br>Jack C. Schecter, BBO # 652349<br>Rebecca L. Hanovice, BBO # 660366<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110-1618<br>(617) 443-9292 |

02639/00509 417461.1