```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2

 3
                                            RECEIVED
 4   _____
                                   )         JUN 2 1 2005
     SCANSOFT, INC.,               )
 5                                 )        BROMBERG & SUNSTEIN
             Plaintiff,            )
 6                                 )
         v.                        )   C.A. No. 04-10353-PBS
 7                                 )
     VOICE SIGNAL                  )
 8   TECHNOLOGIES, INC.,           )
     LAURENCE S. GILLICK,          )
 9   ROBERT S. ROTH,               )   PRESUMED CONFIDENTIAL UNTIL 7/6/2005
     JONATHAN P. YAMRON,           )   PURSUANT TO PROTECTIVE ORDER
10   and MANFRED G. GRABHERR,      )
                                   )
11           Defendants.           )
     _____)
12                                       ORIGINAL
13
14
15
16       DEPOSITION OF MANFRED G. GRABHERR, Ph.D., a
17   witness called by and on behalf of the Plaintiffs,
18   taken pursuant to the applicable provisions of the
19   Federal Rules of Civil Procedure, before Dana Welch,
20   CSR, Registered Professional Reporter, and Notary
21   Public, in and for the Commonwealth of Massachusetts,
22   at the offices of Bromberg & Sunstein, 125 Summer
23   Street, Boston, Massachusetts, on June 16, 2005,
24   commencing at 10:04 a.m.
```

Page 2

```
 1    APPEARANCES:
 2    For the Defendants:
 3          CHOATE, HALL & STEWART, P.C.
            Exchange Place
 4          53 State Street
            Boston, Massachusetts  02109
 5          (617) 248-5000
            By:  Paul D. Popeo, Esq.
 6
      For the Plaintiff:
 7
            BROMBERG & SUNSTEIN, LLP
 8          125 Summer Street, 11th Floor
            Boston, Massachusetts  02110-1618
 9          (617) 443-9292
            By:  Lisa Fleming, Esq.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1                    I N D E X
 2
     WITNESS:  MANFRED G. GRABHERR, Ph.D.
 3   EXAMINATION:                              PAGE NO.
     By Ms. Fleming                                 4
 4   Certificate of the Reporter                  322
 5                  E X H I B I T S
 6   NO.        DESCRIPTION                     PAGE NO.
 7   (Exhibits attached to transcript.)
 8    1 - Affidavit of Manfred G.  Grabherr        5
 9    2 - Employment agreement                    18
10    3 - Patent application                     219
11    4 - E-mail dated July 31, 2001             231
12    5 - E-mail, May 7, 2001 from Yamron        245
13    6 - VST 03998                              254
14    7 - VST 03993                              261
15    8 - VST 03971                              263
16    9 - VST 05351                              268
17   10 - VST 05350                              271
18   11 - VST 04005                              282
19   12 - VST 04050                              290
20   13 - VST 04051                              301
21   14 - VST 04219                              315
22   Questions Instructed Not To Answer:
23   Page 277/Line 18
24   Page 314/Line 23
```

Page 53

```
 1   BY MS. FLEMING:
 2       Q.  Did you have an agreement with Lernout
 3   & Hauspie?
 4       A.  To the best of my knowledge -- you mean
 5   a non-disclosure?
 6       Q.  No.  Did you have a written employment
 7   agreement with Lernout & Hauspie?
 8           MR. POPEO:  Written agreement with
 9       Lernout & Hauspie?
10           THE DEPONENT:  With Lernout & Hauspie,
11       to the best of my knowledge, no.
12   BY MS. FLEMING:
13       Q.  You did not.  Did you have a
14   non-disclosure agreement?
15           MR. POPEO:  With Lernout & Hauspie?
16           THE DEPONENT:  To the best of my
17       knowledge, no.
18   BY MS. FLEMING:
19       Q.  Did you ever sign any agreement with
20   Lernout & Hauspie?
21       A.  To the best of my knowledge, no.
22       Q.  You were looking toward your counsel.
23   Are you unsure of your answer?
24       A.  I did sign an employment agreement with
```

Page 54

1    Kurzweil.

2        Q.  And you were employed with Kurzweil

3    before Lernout & Hauspie acquired Kurzweil; is

4    that correct?

5        A.  I'm not sure.  It was around the time

6    of the acquisition of Kurzweil.

7        Q.  Prior to your employment with Lernout &

8    Hauspie, am I correct that you were employed by

9    Kurzweil?

10       A.  Again, I'm -- when I interviewed with

11   -- I interviewed with --

12          MR. POPEO:  She's just trying to ask --

13       if I understand right, I think she wants to

14       know whether you worked for Kurzweil at any

15       time before you worked for Lernout &

16       Hauspie.  I think that's what she's asking.

17          THE DEPONENT:  I don't quite understand

18       the question.

19          MR. POPEO:  Sorry.

20          THE DEPONENT:  Well, let me --

21          MR. POPEO:  No, no, no.  Let her ask

22       another question.

23          THE DEPONENT:  Okay.

24

Page 55

```
 1   BY MS. FLEMING:
 2       Q.  You testified earlier that you were
 3   employed by Lernout & Hauspie for the period of
 4   July 1997, approximately --
 5       A.  Yeah.
 6       Q.  -- to June of 2000; is that correct?
 7       A.  Yes.
 8       Q.  Now, prior to your employment with
 9   Lernout & Hauspie in July of 1997, who did you
10   work for?
11       A.  I worked for Philips Dictation Systems.
12   But can I just clarify?
13       Q.  Sure.
14       A.  So when I interviewed, I interviewed
15   with KurzweilAI; that was before the
16   acquisition.  And when I -- it took a while to
17   get my visa in order, so there was a period of,
18   I don't remember exactly, but it was six weeks,
19   eight weeks.  And when I -- at my first day
20   when I started to actually work, I don't recall
21   whether it was already L&H or if it was still
22   Kurzweil.  It may have been Kurzweil for a few
23   days; it might have been L&H.
24       Q.  Is it your understanding that L&H
```

Page 56

```
 1    acquired Kurzweil in that period of time?
 2           MR. POPEO:  Objection to form.  If
 3       that's your understanding.
 4           THE DEPONENT:  That's my understanding.
 5    BY MS. FLEMING:
 6       Q.  Okay.  And is it your testimony, sir,
 7    that you signed an employment agreement with
 8    Kurzweil?
 9       A.  That's what the document said.
10       Q.  Do you have that document in your
11    possession?
12       A.  I don't know.
13       Q.  Have you been asked to search for that
14    document?
15       A.  I don't think so.
16       Q.  Okay.  I would ask you, sir, to search
17    for that document.
18           MR. POPEO:  Objection.  First of all,
19       I've already spoken.  We'll collect the
20       document if it exists, okay?  Let's move
21       on.
22           MS. FLEMING:  You're representing that
23       you have spoken to the witness about the
24       document?
```

```
 1        MR. POPEO:  Whether or not -- the
 2   nature of the communications that I've had
 3   with my client are not a topic of discovery
 4   or discussion today.
 5        MS. FLEMING:  You're disclosing on the
 6   record now that you will produce that
 7   document on the basis that it's relevant?
 8        MR. POPEO:  If the document exists, I
 9   will determine whether it does exist, and
10   if so, if it responds to any discovery in
11   the case, then we will produce it.
12  BY MS. FLEMING:
13      Q.  Dr. Grabherr, do you recall the
14  substance of the agreement that you signed with
15  Kurzweil?
16        MR. POPEO:  Objection.  You can answer,
17   if you can.
18        THE DEPONENT:  I don't remember.
19  BY MS. FLEMING:
20      Q.  Was it an employment agreement?
21      A.  It was an employment agreement.
22      Q.  Did it offer you employment?
23      A.  I don't remember what the document
24  said.
```

```
1        Q.   Did it contain any obligations to keep
2   information confidential that you obtained in
3   your employment with Kurzweil?
4             MR. POPEO:  Objection.  Only if you
5        remember.
6             THE DEPONENT:  I don't remember.
7   BY MS. FLEMING:
8        Q.   You don't remember?
9        A.   I don't remember any specific things
10  about this document.
11       Q.   You don't remember if you were under
12  any obligations to keep information
13  confidential while you worked at Kurtzweil?
14            MR. POPEO:  That wasn't the question.
15       That's a different question.  You can
16       answer that question, if you know the
17       answer to it.
18            THE DEPONENT:  It very much depends on,
19       you know, what the document says and what
20       the wording is.  I assume that there was
21       something in there that --
22            MR. POPEO:  Just what you remember,
23       please.
24
```

1   BY MS. FLEMING:

2       Q.  Let's put the document aside.  Do you
3   remember or do you recall whether you were
4   under any obligation to maintain as
5   confidential any information you received as
6   part of your employment with Kurzweil?

7           MR. POPEO:  Object to the form.  Do you
8       recall, that's the question.

9           THE DEPONENT:  I recall that was my
10      understanding that I should keep
11      confidential information confidential.

12  BY MS. FLEMING:

13      Q.  Okay.  And is it your understanding
14  that Lernout & Hauspie acquired Kurzweil after
15  you received that Kurzweil agreement?

16          MR. POPEO:  Objection.  Asked and
17      answered.

18          MS. FLEMING:  That wasn't asked and
19      answered.

20  BY MS. FLEMING:

21      Q.  You can answer.

22      A.  I don't remember exactly that the flow
23  of events was.  So again, it might have been
24  Kurzweil when I signed this; it might have been

Page 60

```
 1   L&H already and they still used the Kurzweil
 2   documents.  I don't know.
 3        Q.  Did you work on speech recognition at
 4   Kurzweil?
 5        A.  You mean that possibly for a few days
 6   while it was still Kurzweil?
 7        Q.  Uh-huh.
 8        A.  Well, yes, my job was to work on speech
 9   recognition.  Whether I actually, you know,
10   started doing that or was just trying to get
11   familiar, I don't remember, I mean, familiar
12   with, you know, just what kind of environment
13   they have.
14        Q.  Do you recall what your position or
15   title was at Kurzweil?
16        A.  I believe it was senior software
17   engineer.  I think that's what it was.
18        Q.  And when Lernout & Hauspie acquired
19   Kurzweil, did you maintain that same title with
20   Lernout & Hauspie?
21        A.  Yes.
22        Q.  And did you work on speech recognition
23   at Lernout & Hauspie?
24        A.  Yes.
```

Page 322

1         CERTIFICATE

2

COMMONWEALTH OF MASSACHUSETTS

3   SUFFOLK, SS

4        I, Dana Welch, Registered Professional

5   Reporter and Notary Public in and for the

6   Commonwealth of Massachusetts, do hereby

7   certify:

8        That MANFRED G. GRABHERR, the witness

9   whose deposition is hereinbefore set forth, was

10  duly sworn by me and that such deposition is a

11  true record of my stenotype notes taken in the

12  foregoing matter, to the best of my knowledge,

13  skill and ability.

14       IN WITNESS WHEREOF, I have hereunto set

15  my hand this 16th day of June, 2005.

16

17       *DANA ULRICH WELCH*
         _____
         Dana Welch, RPR
18       Registered Professional Reporter

19

20

21

22

23

24