

125 SUMMER STREET  BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

REBECCA L. HANOVICE
T 617 443 9292 x 303
RHANOVICE@BROMSUN.COM

June 17, 2005

**FACSIMILE AND FIRST CLASS MAIL**

Paul D. Popeo, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109-2809

Re   *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*,
    Civil Action No. 04-10353 PBS
    Our File  2639/509

Dear Paul:

I write to follow up on your representation during yesterday's deposition of Manfred G. Grabherr that you would search for Dr. Grabherr's employment contract with Kurzweil.  ScanSoft's Document Request No. 32 to VST and Document Request No. 10 to Dr. Grabherr both request production of:

> Each document concerning trade secrets of ScanSoft (or its predecessors, <u>including without limitation</u> Dragon Systems and Lernout & Hauspie) that were in the possession of or known to [Laurence S. Gillick, Robert S. Roth, Jonathan P. Yamron, or Manfred G. Grabherr] at the time they became employees of Voice Signal.  (Emphasis added).

Dr. Grabherr stated that Kurzweil was acquired by Lernout & Hauspie shortly after he became employed by Kurzweil.  Grabherr Transcript at pp. 53-57.

Furthermore, Document Request No. 13 to Dr. Grabherr requests production of:

> Each document, including but not limited to documents in electronic format and/or source code, in your possession at the time you became an employee of Voice Signal that was related to your employment at Lernout & Hauspie and/or your work on Speech Recognition Products at Lernout & Hauspie.

ATTORNEYS AT LAW

Paul D. Popeo, Esq.
Choate, Hall & Stewart
June 17, 2005
Page 2

Dr. Grabherr's employment contract with Kurzweil is relevant to work he did at Lernout & Hauspie. Please supplement the defendants' responses by providing a copy of Dr. Grabherr's employment contract.

Sincerely,

Rebecca L. Hanovice

RLH/

02639/00509 393953.1