# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10353 PBS |
| ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR ) | |
| ) | |
| Defendants. ) | |

### SCANSOFT'S ASSENTED TO MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTION TO COMPEL DEPOSITIONS OF LAWRENCE R. GILLICK, ROBERT S. ROTH, AND JONATHON P. YAMRON

Pursuant to Local Rule 7.1(B)(3), ScanSoft, Inc., moves for leave to file a short reply further supporting its Motion to Compel Depositions of Lawrence R. Gillick, Robert S. Roth, and Jonathon P. Yamron, and addressing arguments raised by Voice Signal Technologies, Inc., in its opposing memorandum (filed July 8, 2005). ScanSoft believes that the proposed reply, attached as Exhibit A, will aid the Court in its determination of the discovery disputes. Therefore, ScanSoft respectfully requests leave of this Court to file the attached reply memorandum.

### CERTIFICATE UNDER LOCAL RULE 7.1 and 37.1

I certify that, pursuant to an agreement between the parties on April 12, 2005, the parties mutually assent to the filing of all reply briefs filed in this case.

Dated: July 15, 2005                                    SCANSOFT, INC.,
                                                        By its attorneys,


                                                        /s/ Erik P. Belt
                                                        Lee Carl Bromberg, BBO #058480
                                                        Robert Asher, BBO #022865
                                                        Erik P. Belt, BBO # 558620
                                                        Lisa M. Fleming, BBO #546148
                                                        Jack C. Schecter, BBO #652349
                                                        Rebecca L. Hanovice, BBO # 660366
                                                        BROMBERG & SUNSTEIN LLP
                                                        125 Summer Street
                                                        Boston, Massachusetts 02110-1618
                                                        (617) 443-9292
                                                        E-mail: ebelt@bromsun.com


02639/00509  417687.1