## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 04-10353-PBS |
| ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR, ) | |
| ) | |
| Defendants ) | |

### SCANSOFT'S MOTION FOR ADOPTION OF A NEUTRAL EXPERT PROCEDURE

At the *Markman* hearing on June 17, 2005, this Court directed the parties to select a neutral expert and then to propose a procedure designed to facilitate the expert's informed analysis of the parties' speech recognition engine source code. After that analysis, the expert will advise the Court on whether there is a good faith basis for ScanSoft's trade secret and VST's patent infringement claims.

ScanSoft now proposes a procedure for this Court's endorsement. The proposed procedure for the neutral expert's assignment is detailed in the accompanying memorandum.

### CERTIFICATE UNDER LOCAL RULE 7.1

I certify that the parties' counsel conferred by telephone in a good faith attempt to resolve the subject of this motion but were unable to do so.

| | |
|---|---|
| Dated: July 18, 2005 | SCANSOFT, INC.,<br>By its attorneys, |
| | /s/ Erik P. Belt<br>Lee Carl Bromberg, BBO # 058480<br>Erik Paul Belt, BBO # 558620<br>Lisa M. Fleming, BBO # 546148<br>Jack C. Schecter, BBO # 652349<br>Rebecca L. Hanovice, BBO # 660366<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110-1618<br>(617) 443-9292<br>ebelt@bromsun.com |

02639/00509 418743.1