# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.,            ) <br>                             ) <br>           Plaintiff,       ) <br>                             ) <br>        v.                  ) <br>                             ) <br> VOICE SIGNAL TECHNOLOGIES, INC.,   ) <br> LAURENCE S. GILLICK, ROBERT S.      ) <br> ROTH, JONATHAN P. YAMRON, and     ) <br> MANFRED G. GRABHERR,          ) <br>                             ) <br>          Defendants.     ) | C. A. No. 04-10353-PBS |

## AFFIDAVIT OF ROBERT S. FRANK, JR.

I, Robert S. Frank, Jr., on oath depose and say

1.       I am counsel to defendant Voice Signal Technologies, Inc.

2.       Attached as Exhibit A are the parties' letters proposing experts to be selected by the Court.

3.       ScanSoft identified three potential court-appointed experts, Timothy J. Hazen, Lee Hetherington and D. Scott Cyphers. It did not disclose their affiliations. A computerized search reveals that all three are members of the "research staff" at the Spoken Language Systems Group at MIT.

4.       There appears to be a long association between the Spoken Language Systems Group at MIT and ScanSoft, ScanSoft's predecessors and ScanSoft's senior personnel. Michael Phillips is ScanSoft's Chief Technology Officer. ScanSoft's website states that Mr. Phillips

spent seven years as a research scientist at the Spoken Language Systems Group at MIT. Exhibit B.

5.      Mr. Phillips was designated by ScanSoft as a Rule 30(b)(6) witness in this case. He testified that from 1987 to 1994 he was a research scientist at MIT and that the subject of his research was speech recognition technology. He further testified that, in 1994, he founded a company, then called Altech, and later named SpeechWorks. Mr. Phillips became Chief Technology Officer of SpeechWorks in 1998. Exhibit C. SpeechWorks was acquired by ScanSoft in 2003. Mr. Phillips then became, and he remains, ScanSoft's Chief Technology Officer.

6.      Attached as Exhibit D is an excerpt from SpeechWorks website as it appeared in 1999. It states that SpeechWorks "was founded with technology licensed from the Spoken Language Systems Group" of the MIT, that SpeechWorks has "commercialized" technology developed at MIT, and that SpeechWorks "continues to collaborate closely with MIT to improve its award winning products and solutions." Readers are invited to click on the website for MIT's Spoken Language Systems Group.

7.      If one clicks on that website one obtains a listing of Spoken Language Systems Group staff at the time of that "close collaboration." ScanSoft's proposed experts, Messrs. Cyphers, Hazen and Hetherington, are identified as three of the eight members of the Spoken Language Systems Group "research staff." Michael Phillips is identified as "emeritus" staff. Exhibit E. The Court may confirm these facts by going to http://www.archive.org/, entering the web address http://www.speechworks.com and clicking on the entry for February 29, 2000.

8.      As of late last week, the Spoken Language Systems Group's website listed Messrs. Cyphers, Hazen and Hetherington as "research staff" and Mr. Phillips as an emeritus member of the staff. Exhibit F.

9.      The same website displays ScanSoft's logo and states ScanSoft is an "SLS Affiliate Member." The website states that SLS' research is "sponsored by" and receives "funding from" ScanSoft. Exhibit G.

10.      Attached as Exhibit H is my correspondence with ScanSoft's counsel proposing criteria to be used in the selection of a court-appointed expert, as well as ScanSoft's response rejecting those proposed criteria.

11.      Voice Signal proposed the following as experts:

| | | |
|---|---|---|
| a. | Frederick Jelinek - | Professor of Electrical Engineering and Director of Center for Language and Speech Processing, Johns Hopkins University. See Exhibit I. |
| b. | Nelson Morgan - | Professor in the Electrical Engineering and Computer Science Department, University of California at Berkley; Director, International Computer Science Institute ("ICSI"), an affiliate of the University of California at Berkeley, and leader of the Speech Group at ICSI. See Exhibit J. |
| c. | Hermann Ney - | Chair of Computer Science VI, Human Language Technology and Pattern Recognition, and Professor of Computer Science, RWTH Aachen (University of Technology), Germany. See Exhibit K. |
| d. | Charles Wayne - | Retired speech and language program manager, Defense Advanced Research Projects Agency. (No biographical materials were located by computer search). |
| e. | Phil Woodland - | Professor of Information Engineering, and Coordinator of the Speech Research Group, University of Cambridge, England. See Exhibit L. |

Each is a widely known, respected expert in the speech recognition field.  Each is believed to have substantial experience with Hidden Markov Model-based speech recognition systems. None is affiliated in any way with Voice Signal.  The biographical materials that are attached as Exhibits I-L were obtained by computer search.  They were not provided by the proposed experts themselves, because no contact has been made with those experts.

Signed under the pains and penalties of perjury this __18th__ day of July, 2005.

_____

Robert S. Frank, Jr.

3959205_1

# Exhibit A

# CHOATE, HALL & STEWART LLP

EXCHANGE PLACE

53 STATE STREET

BOSTON, MASSACHUSETTS 02109-2804

T (617) 248-5000    F (617) 248-4000
www.choate.com

July 14, 2005

**VIA FACSIMILE**

Lisa M. Fleming, Esq.
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110-1618

RE:    ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al

Dear Lisa:

Herewith Voice Signal's list of proposed court appointed experts:

1)  Frederick Jelinek -- Professor of Electrical Engineering and Director of the Center for Language and Speech Processing, Johns Hopkins University;

2)  Nelson Morgan -- Director of The International Computer Science Institute, a not-for-profit research laboratory that is affiliated with the University of California - Berkeley;

3)  Hermann Ney -- Professor of Computer Science, RWTH Aachen (University of Technology), Germany;

4)  Charles Wayne -- Retired speech and language program manager, Defense Advanced Research Projects Agency; and

5)  Phil Woodland -- Professor of Information Engineering, Cambridge University.

We have included five experts on the list because we have not spoken to any of them and therefore do not know whether they are available for, and would accept, the assignment. We reserve the right to withdraw a name if any of these proposed experts has a business or personal relationship with ScanSoft or a ScanSoft person.

Lisa M. Fleming, Esq.
July 14, 2005
Page 2


    If there is no match between the names listed above and the names that appear in your comparable letter, are any of the persons listed above acceptable to ScanSoft?

                                   Very truly yours,

                                   Robert S. Frank, Jr.

RSF:mm

3958300v1

125 SUMMER STREET  BOSTON MA 02110-1618                          BROMBERG · SUNSTEIN LLP

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

LISA M FLEMING
T 617 443 9292 X248
LFLEMING@BROMSUN.COM

July 14, 2005

**VIA FACSIMILE**

Robert S. Frank, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109-2809

Re  *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*, Civil Action No. 04-10353 PBS
      Our File 2639/509

Dear Bob:

ScanSoft offers the following individuals to serve as possible neutral experts in the above-referenced matter, all of whom have positions with MIT's Spoken Language Systems Lab:

   1.      Lee Hetherington;

   2.      Timothy James Hazen; and

   3.      D. Scott Cyphers.

   Although we have not contacted these individuals, it appears from public sources that each of the three individuals have broad-based experience in computer science and speech recognition.  Please let me know if any of these individuals are acceptable to your clients.

Very truly yours,

Lisa M. Fleming

LMF/
02639/00509 418185

ATTORNEYS AT LAW

# Exhibit B

Rich joined the company in May 2000, and is responsible for all corporate devel
activities, including strategic merger and acquisition prospecting, integration an
management. Previously chief financial officer for ScanSoft, his background spa
diverse financial assignments at Xerox Corporation. Prior to joining ScanSoft, he
position of director of corporate development and was instrumental in Xerox' $9
acquisition of the color print division of Tektronix Corporation, and worked in a
financial management positions at Xerox including vice president of business an
Xerox Financial Services, Inc., corporate assistant treasurer, and manager of pl
Xerox' Latin-American Operations.

Michael S. Phillips

**Chief Technology Officer**
Mike is responsible for technical innovation and the evolution of ScanSoft's spee
With over 20 years in the speech recognition field, Phillips co-founded SpeechW
served as Chief Technology Officer and a Director since 1994. He spent seven y
Research Scientist at the Spoken Language Systems Group at the Massachusett
Technology, developing a conversational interface between computers and hum
MIT, he was a speech recognition researcher at Carnegie-Mellon University and
Instruments Corporation. Phillips holds a BS in Electrical Engineering from Carn
University.

Akos Reszler

**Senior Vice President of Budapest Operations**
Akos is responsible for ScanSoft-Recognita Corp. Located in Budapest, the com|
as an engineering hub. Dr. Reszler has been with the company since February 1
positions include Managing Director of SCIL, a hardware and software developm
manufacturing and trading company and Vice President of Technical Services fo
computer research and development institute, both in Hungary. Previous to this
as a computer development engineer. By profession Dr. Reszler is an electrical
a Masters of Science and Ph.D. in Electronics and Computer Sciences.

Larry Rowland

**Senior Vice President, Chief Information Officer**
Larry joined the company as Chief Information Officer in June of 2002 and has
responsibility for IT strategic planning, infrastructure, application systems and I
worldwide. He has over 21 years experience in information technology and over
CIO with rapid growth and high tech companies such as Macromedia, Allaire, Te
Faneuil, and Thomson Global Markets. Larry also has nearly 10 years experienc
with Accenture and Fortune 100 PepsiCo.

Robert J. Weideman

**Senior Vice President, Marketing and Product Strategy, Productivity Ap|**
Robert Weideman leads the global marketing, product marketing and product st
for ScanSoft's Productivity Applications division. From 1999 until 2001 Weidema
president of marketing for the Adobe Systems' portfolio company Cardiff Softwa
instrumental role in the invention of LiquidOffice™ and establishing the W3C XF
standard. From 1991 to 1999, Weideman was vice president of marketing for T
helping to establish the Internet 3D standard VRML, and to deliver the world's f
browser, WebSpace™ Navigator. From 1984 to 1991, he held senior product an
management positions at Computer Associates International. Weideman holds a
Business Administration, Computer Information Systems from San Diego State

Peter Mahoney

**Vice President, Worldwide Marketing, SpeechWorks Solutions**
Peter Mahoney leads the global marketing efforts for SpeechWorks Solutions fro
including overall marketing strategy, external communications, customer progra
industry marketing. A seasoned and well-known marketing executive, Mahoney

# Exhibit C

Page 4

1        (Exhibit No. 1 marked for

2        identification.)

3              P R O C E E D I N G S

4        (The Massachusetts driver's license

5        number as identification of the deponent

6        was noted for the record.)

7    WHEREUPON,

8              MICHAEL PHILLIPS,

9    having duly sworn or affirmed that his

10   testimony would be the truth, the whole truth,

11   and nothing but the truth, testified as

12   follows:

13              DIRECT EXAMINATION

14   BY MR. FRANK:

15       Q.  Good morning, sir.  Would you state

16   your name for the record, please.

17       A.  Michael Phillips.

18       Q.  Where do you live, Mr. Phillips?

19       A.  In Belmont, Massachusetts.

20       Q.  Street address, please?

21       A.  39 Howells Road, in Belmont.

22       Q.  Are you presently employed?

23       A.  Yes.

24       Q.  By whom are you employed?

Page 5

```
 1        A.   ScanSoft.

 2        Q.   What is your position with ScanSoft?

 3        A.   Chief technology officer.

 4        Q.   How long have you held that position?

 5        A.   Since August 2003.

 6        Q.   And what are your duties as chief

 7   technology officer of ScanSoft?

 8        A.   Overlooking technology development

 9   within the company.

10        Q.   Would you take just a moment and tell

11   us your educational background, beginning with

12   college?

13        A.   Bachelor of science from Carnegie

14   Mellon University.

15        Q.   When?

16        A.   Graduated in 1982.

17        Q.   Graduate degrees?

18        A.   No.

19        Q.   Any formal education after college?

20        A.   Some master's program at MIT, but I did

21   not complete that.

22        Q.   After you graduated from Carnegie

23   Mellon, what did you do?

24        A.   I worked at a company called Scott
```

1    Instruments.

2        Q.   What position did you hold at Scott

3    Instruments?

4        A.   I don't remember the title, but it was

5    software development for speech recognition.

6        Q.   How long were you at Scott Instruments?

7        A.   Just one year.

8        Q.   From when to when?

9        A.   Well, '82 until '83.

10       Q.   What did you do next?

11       A.   I was a research scientist at Carnegie

12   Mellon University.

13       Q.   What was the subject matter of your

14   research?

15       A.   Also speech recognition technology.

16       Q.   How long did you do that?

17       A.   Until 1987.

18       Q.   What did you do next?

19       A.   At MIT, I was a research scientist at

20   MIT.

21       Q.   What was the subject matter of the

22   research?

23       A.   Also speech recognition technology.

24       Q.   And how long were you a research

1    scientist at MIT?

2        A.   Until 1994.

3        Q.   What did you do beginning in 1994?

4        A.   I founded a company.  It was called

5    Altech at the time, but we changed the name to

6    SpeechWorks, same company.

7        Q.   Changed the name to what?

8        A.   SpeechWorks.

9        Q.   What position did you hold initially at

10   Altech?

11       A.   Vice-president of engineering.

12       Q.   Did you continue to hold that position

13   throughout the time that you were employed by

14   Altech, later SpeechWorks?

15       A.   No.  My role changed to chief

16   technology officer, I think about 1998 or so.

17       Q.   And were you a founder of Altech?

18       A.   Yes.

19       Q.   What was the business of

20   Altech/SpeechWorks?

21       A.   Primarily telephone-based speech

22   recognition, and later, text-to-speech, and

23   also automotive speech recognition.

24       Q.   So text-to-speech?

# Exhibit D

*MIT Technology at Core of SpeechWorks Solution*

SpeechWorks International was founded in 1994 with technology licensed from the Spoken Language Systems Group of the Massachusetts Institute of Technology (MIT). The goal of MIT's Spoken Language Systems Group is to create technology that makes it possible for everyone in the world to interact with computers via natural, spoken language.

**Our Relationship:**

For well over a decade, ARPA (the U.S. Government's Advanced Research Projects Agency) has supported a significant amount of research directed at improving the capabilities of computer speech recognition and understanding systems. The Massachusetts Institute of Technology, with ARPA support, has conducted speech recognition research with a focus on systems that do not require speaker-specific training, can operate with large vocabularies and relatively unconstrained grammars, accept continuous speech and support natural language understanding. Through a licensing agreement with MIT, SpeechWorks has commercialized and enhanced this technology by expanding on the core technology to offer a full set of tools, platforms, and applications. SpeechWorks continues to collaborate closely with MIT to improve its award-winning products and solutions.

**Key Benefits:**

- MIT is the leader in speech research efforts, and continues to develop key advances in speech recognition technology

- The relationship has allowed SpeechWorks to leverage this world-leading research and offer customers the most advanced, most accurate speech recognition system available

For more information on MIT's Spoken Language Systems Group, visit their website at http://web.archive.org/web/19991003221234/http://www.sls.lcs.mit.edu/

# Exhibit E



# SPOKEN
# LANGUAGE
# SYSTEMS
## MIT Laboratory for Computer Science

What We Do
About Us
News & Events
Publications
Positions with SLS
Archives
Sponsorship
Contact Us

☒

200 Technology Square   Cambridge. MA 02139 USA   (+1) 617 253 8924
Copyright © 1998. Spoken Language Systems  All Rights Reserved

# SPOKEN LANGUAGE SYSTEMS

Glossary
Search

What We Do
About Us
News & Events
Publications
Positions with SLS
Archives
Sponsorship
Contact Us

## ·······················about us

### Research Staff

- D. Scott Cyphers
- Jim Glass
- T.J. Hazen
- Lee Hetherington
- Joe Polifroni
- Stephanie Seneff
- Michelle Spina
- Victor Zue

### Administrative Staff

- Victoria Palay

### Support Staff

- Sally Lee

### Visitors

- Patrick Huang (Delta Electronics)
- Alan Lee (Delta Electronics)
- Brian Liang (Delta Electronics)
- Mikio Nakano (NTT, Japan)
- Alejandra Olivier Merino (UDLA, Puebla, Mexico)
- Lynn Shen (Delta Electronics)
- Rita Singh (Carnegie Mellon University)

### Graduate Students

- Issam Bazzi
- Lei Chen
- Grace Chung
- Ed Filisko
- Attila Kondacs
- Karen Livescu
- Xiaolong Mou
- Ernie Pusateri
- Han Shu
- Min Tang
- Chao Wang
- Eugene Weinstein
- Jon Yi

### Undergraduate Students

- Chian Chuu

**Emeritus**

- Krishna Arvind
- Lauren Baptist
- Eric Brill
- Theresa Burianek
- Senis Busayaponchai
- Jane Chang
- Raymond Chun
- Giovanni Flammia
- David Goddeau
- Bill Goldenthal
- Drew Halberstadt
- Lynette Hirschman
- Jim Hugunin
- Ed Hurley
- Simo Kamppari
- Rob Kassel
- Nancy Kelly
- Hyung-Jin Kim
- Tetsunori Kobayashi
- Joshua Koppelman
- Raymond Lau
- Steven Lee
- Hong Leung
- Jin C. Li
- Yi-Chung Lin
- Kristine Ma
- Alexandros Manos
- Helen Meng
- Mike McCandless
- Manish Muzumdar
- Kenney Ng
- Aarati Parmar
- Jef Pearlman
- Mike Phillips
- Eric Sandness
- Sridevi Sarma
- Philipp Schmid
- Ben Serridge
- Nikko Ström
- Atiwong Suchato

200 Technology Square · Cambridge, MA 02139 USA  (+1) 617 253 8924

Copyright © 1998. Spoken Language Systems  All Rights Reserved

# Exhibit F



# SPOKEN LANGUAGE SYSTEMS
MIT Computer Science and Artificial Intelligence Laboratory

**Home**

**About SLS**

**Research Initiatives**

**Publications**

**News and Events**

SLS People

    Research Staff

    Post-Doctoral Associates

    Administrative Staff

    Support Staff

    Visitors

    Graduate Students

    Undergraduate Students

    Emeritus

    Positions with SLS

**For Our Affiliates**

**Contact Us**

## SLS PEOPLE

### Research Staff
D. Scott Cyphers
Jim Glass
T.J. Hazen
Lee Hetherington
Stephanie Seneff
Chao Wang
Victor Zue

### Support Staff
Marcia G. Davidson

### Graduate Students
Ghinwa Choueiter
Ed Filisko
Alex Gruenstein
Paul Hsu
John Lee
Karen Livescu
Mitchell Peabody
Alex Park
Ekaterina Saenko
Tara Sainath
Ken Schutte
Han Shu
Min Tang
Ram Woo

### Undergraduate Students
Yin Feng Shao

### Emeritus
Lauren Baptist
Issam Bazzi
Peter Pal Boda
Alicia Boozer
Eric Brill
Theresa Burianek
Jane Chang
Raymond Chun
Chian Chuu

Brooke Cowan
Sterling Crockett
Giovanni Flammia
Vladislav Gabovich
David Goddeau
Bill Goldenthal
Drew Halberstadt
Jay B. Hancock
Lynette Hirschman
Jessica Howe
Jim Hugunin
Ed Hurley
Simo Kamppari
Rob Kassel
Nancy Kelly
Hyung-Jin Kim
Joshua Koppelman
Attila Kondacs
Justin Kuo
Chia-Hao La
Jonathan Lau
Raymond Lau
Sally Lee
Steven Lee
Vivienne Lee
Hong Leung
Yi-Chung Lin
Kristine Ma
Alexandros Manos
Helen Meng
Mike McCandless
Alejandra Olivier Merino
Laura Miyakawa
Xiaolong Mou
Manish Muzumdar
Mikio Nakano (NTT, Japan)
Kenney Ng
Victoria Palay
Aarati Parmar
Jef Pearlman
Mike Phillips
Joe Polifroni
Ernie Pusateri
Shinsuke Sakai
Eric Sandness
Sridevi Sarma
Philipp Schmid
Ben Serridge
Michelle Spina
Nikko Ström
Atiwong Suchato
Min Tang
Doroteo Torre Toledano
Sybor Wang
Eugene Weinstein
Ram Woo

# Exhibit G



# SPOKEN LANGUAGE SYSTEMS
MIT Computer Science and Artificial Intelligence Laboratory

**Home**

**About SLS**

**Research Initiatives**

**Publications**

**News and Events**

**SLS People**

**For Our Affiliates**

   Program Members

   Distributions

   Documentation

   Meetings

   News and Events

   Contact Info

**Contact Us**

## SLS Affiliate Members

















32 Vassar Street
Cambridge, MA 02139 USA
(+1) 617.253.3049

©2005, Spoken Language Systems. All rights reserved.

# SLS

## SPOKEN LANGUAGE SYSTEMS
MIT Computer Science and Artificial Intelligence Laboratory

**Home**

**About SLS**

   Our Technologies

   Our Sponsors

   Demonstration

**Research Initiatives**

**Publications**

**News and Events**

**SLS People**

**For Our Affiliates**

**Contact Us**

## SLS SPONSORS

The Spoken Language Systems Group's research is sponsored by government and industry, with funding from:

- The National Science Foundation
- Defense Advanced Research Projects Agency (DARPA)
- The MIT/Microsoft iCampus Alliance for Educational Technology
- The Cambridge-MIT Institute
- MIT Lincoln Laboratory
- Acer
- Delta Electronics
- Ford
- General Motors
- Hewlett-Packard Laboratories
- Honda
- The Industrial Technology Research Institute of Taiwan (ITRI)
- Intel Corporation
- Lockheed Martin Advanced Technology Laboratories
- Nokia
- Sabre
- ScanSoft
- Sunplus
- Verizon

32 Vassar Street
Cambridge, MA 02139 USA
(+1) 617 253 3049

©2005, Spoken Language Systems. All rights reserved

# Exhibit H

**Murphy, Marilyn**

| | |
|---|---|
| **From:** | Murphy, Marilyn |
| **Sent:** | Wednesday, July 13, 2005 5:25 PM |
| **To:** | 'lfleming@bromsun.com' |
| **Cc:** | Frank, Robert S. |
| **Subject:** | Message sent on behalf of Robert Frank |

Lisa:

We are willing to proceed substantially as you have proposed with respect to the identification of prospective experts.

As you have proposed, the parties would simultaneously exchange lists containing the names of three or four persons who might serve as the court appointed expert with respect to the review of source code and other related trade secret issues. The exchange would occur simultaneously, sometime tomorrow (Thursday). If one person appeared on both lists, that person would, subject to his or her availability, be selected as the expert. In the absence of a match, the lists would be submitted to the court, along with a brief description of the qualifications of the proposed expert. Each party would be free to argue for or against the selection of a particular expert.

In addition to the foregoing, we believe that qualified candidates should meet the following criteria. We ask that you agree. I doubt that these criteria will be this controversial.

The expert:

1. must not be, or have ever been, employed by or a consultant or advisor to either party or their predecessors;

2. must not have a financial or familial relationship with any present or recent past employee of either company;

3. must have proven ability to read and understand software code (written in C and C++);

4. must have ten years' experience in fundamental speech recognition algorithm development (as opposed to user interface or speech application development);

5. should have a Ph.D. in speech recognition or a related statistical mathematics' field;

6. should be employed in, or retired from, a position in academics or government; and

7. should have published, reasonably extensively, in the area of fundamental speech recognition technology.

All contacts by either party with a proposed expert relating to this case must be fully disclosed.

Please respond promptly.

Bob

1



125 SUMMER STREET  BOSTON MA 02110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

**BROMBERG & SUNSTEIN** LLP

LISA M FLEMING
T 617 443 9292 x248
LFLEMING@BROMSUN.COM

July 13, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Robert S. Frank, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109-2809

Re    *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.,*
        Civil Action No. 04-10353 PBS
        Our File 2639/509

Dear Bob:

In response to the electronic mail message I just received from Marilyn Murphy of your office, the additional criteria you propose for selection of neutral expert candidates are unnecessary and unworkable.  It appears from the narrow criteria you propose that you indeed have someone specific in mind and may have already contacted that individual in connection with this case.  Alternatively, your proposed criteria serve only to rule out any and all candidates from consideration, thus making the process a non-starter.  Since your insistence on these narrow criteria violates any notion of cooperation, we reject your disingenuous attempt to thwart this process.

We have already agreed that in the event we cannot agree on one of the names on our respective lists, we can submit them to the Court and state our objections regarding any of the candidates' credentials.  Please let's just exchange lists today to get the process started.

Very truly yours,

Lisa M. Fleming
LMF/02639/00509  418022 1

ATTORNEYS AT LAW

CHOATE, HALL & STEWART LLP

ROBERT S. FRANK. JR
DIRECT DIAL: (617) 248-5207
EMAIL: RFRANK@CHOATE.COM

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

T (617) 248-5000    F (617) 248-4000
www.choate.com

July 13, 2005

**VIA FACSIMILE**

Lisa M. Fleming, Esq.
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110-1618

  RE:  <u>ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.</u>

Dear Lisa:

  We will exchange lists tomorrow.

  The criteria that I proposed were not "narrow." They do not "rule out any and all candidates from consideration," and they were not designed to suggest a particular person. I gather from the intensity of your response that you are not willing even to discuss selection criteria. Let me know if I have misread you.

  We have not contacted any of the people we will propose. I hope (and will insist) that you can say the same.

    Sincerely yours,

    Bob

    Robert S. Frank, Jr.

RSF:sp

3957937v1

# Exhibit I

Case 1:04-cv-10853-RBS    Document 366    Filed 07/19/2005    Page 33 of 42

# JULIAN S. SMITH ENDOWED PROFESSORSHIP IN ELECTRICAL ENGINEERING

*Established in 1996 by the Smith family in memory of Julian S. Smith*



Baltimore broadcast pioneer JULIAN S. SMITH *(seated, center)*, Engr 1952, had a diverse background in satellites, missiles, and electronics before entering broadcasting in 1958, the year he applied for his first FM radio station license. He later founded the Sinclair Broadcast Group with his wife, CAROLYN SMITH, and sons *(pictured from left)* DUNCAN SMITH, FRED SMITH, ROBERT SMITH, and DAVID SMITH. In 1971, Mr. Smith launched WBFF-TV, now known as Fox-45. Today, the Sinclair Broadcast Group owns, operates, or provides programming for television stations that deliver information to 24 percent of the population of the United States. Julian Smith died in 1993 at the age of 72.



FREDERICK JELINEK, the Julian S. Smith Endowed Professor of Electrical Engineering, directs the Center for Language and Speech Processing, established in 1992 with federal support to promote research and education in the science of language and speech. Dr. Jelinek's research focuses on speech recognition, statistical methods of natural language processing, and information theory. A Life Fellow of the Institute of Electrical and Electronics Engineers, he was recognized in 1981 as one of the top 100 innovators by *Technology Magazine*. In 1988 he received the IEEE Signal Processing Society Award for his leadership and contributions to the field, and in 1999 he was awarded the European Speech Communication Association's Medal for Outstanding Scientific Achievement. Dr. Jelinek joined the

Case 1:04-cv-10353-PBS    Document 266    Filed 07/18/2005    Page 34 of 42

faculty in 1993.

Return to Table of Contents >>

Named Professorships, Deanships, and Directorships
The Johns Hopkins University

# Exhibit J

# Nelson Morgan



Nelson Morgan is the Director of the International Computer Science Institute (ICSI), an independent not-for profit research laboratory that is closely affiliated with UC Berkeley. In addition to directing the Institute he has led the Speech Group at ICSI since 1988. He is also is a Professor-in-residence in the EECS Department at the University of California at Berkeley, where he received his Ph.D. as an NSF Fellow in 1980. He has been working on problems in signal processing and pattern recognition since 1974, with a primary emphasis on speech processing. He may have been the first to use neural networks for speech classification in a commercial application, and to incorporate time-frequency distributions for event-related potentials (brain waves). He is a former Editor-in-chief of Speech Communication, and has been a member of the IEEE Speech Technical Committee and the IEEE Neural Networks Committee. He is also a Fellow of the IEEE. In 1997 he received the Signal Processing Magazine best paper award. Currently he is the Principal Investigator for the multi-site coalition funded by the DARPA EARS Novel Approaches project, which is the US government program focusing on long term progress in speech recognition.

Professor Morgan has been the US representative on a number of collaborations with European researchers, including several European Union projects. As Director (since 1999), he is responsible for ICSI's visitor programs with other countries, particularly Finland, Spain, Germany, and Switzerland. He is also on the Scientific Advisory Board for IDIAP, a Swiss research institute.

Professor Morgan has over 150 publications including three books; his most recent book is a text (written jointly with Ben Gold) on speech and audio signal processing. He holds a number of patents in speech processing methods, including one that is currently being used in millions of CDMA cell phones. His current research interests include the redesign from first principles of the primary signal processing used in speech recognition systems, and the use of neural networks for the design of these new features.

E-mail is the best way to reach me.
morgan @ icsi . berkeley . edu
Also, check my schedule.

Last updated November 13, 2003.

# Exhibit K



# Chair of Computer Science VI
## Human Language Technology and Pattern Recognition





**Prof. Dr.-Ing. Hermann Ney**
Lehrstuhl für Informatik VI
RWTH Aachen
Ahornstr. 55
52056 Aachen
Email:      ney@informatik.rwth-aachen.de
Phone:     +49 241 80-21600
Secretary: +49 241 80-21601
Fax:        +49 241 80-22219
Office hours: Fr, 15.45-16.45 or by arrangement

## Research

Research interests:

- Statistical Modeling and Learning
- Speech Recognition
- Natural Language Processing and Translation
- Computer Vision

## Publications

List of Publications PS  PDF
Most of the recent publications can be downloaded from the publication page.

## Teaching

My courses for 3rd or 4th year students are:

- Pattern Recognition and Neural Networks
- Speech Recognition
- Digital Processing of Speech and Image Signals
- Language Modeling
- Statistical Natural Language Processing
- Advanced Topics in Statistical Modeling

See this page for details.

## Professional Services

- Associate Editor "IEEE Transactions on Speech and Audio Processing"
- Editorial Board "Computer, Speech and Language"
- Editorial Board "Speech Communication"
- Member of the "Technisches Komitee der DAGM"

# Exhibit L

 **UNIVERSITY OF CAMBRIDGE**

 **DEPARTMENT ( ENGINEERIN**

# Phil Woodland

Phil Woodland is a Professor of Information Engineering in the Machine Intelligence Laboratory (forme the Speech Vision and Robotics (SVR) group) and a Professorial Fellow of Peterhouse. He co-ordinates Speech Research Group, and works closely with other staff members of the group Dr Mark Gales, Dr Bi Byrne, and Prof. Steve Young.

## Current Research Projects

- HTK Rich Audio Transcription (DARPA EARS funded project) (local web-pages)
- HTK Version 3

Recently completed projects:

- CoreTex (EU funded: Improving Core Speech Recognition technology)
- Multimedia Document Retrieval (EPSRC funded)

## Teaching (2004-2005)

- Masters in Computer Speech, Text and Internet Technology
- Fourth year engineering undergraduates
  Module 4F10: Statistical Pattern Processing.
  Material available online (local access only)
  Module 4F11: Speech Processing.
  Material available online (local access only)

## Contact Information

Phil Woodland
Baker Building, Room 501 (5th Loft)
Engineering Department
Trumpington Street, Cambridge
CB2 1PZ, UK

Email pcw@eng.cam.ac.uk
Tel: +44 1223 332669
Fax: +44 1223 765154

[ Cambridge University | CUED | MIL ]

http://mi.eng.cam.ac.uk/~pcw/                                                            7/14/2005