## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. </br></br> Plaintiff, </br></br> v. </br></br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR </br></br> Defendants. | Civil Action No. 04-10353 PBS |

## MOTION TO APPOINT NEUTRAL EXPERT PROPOSED BY SCANSOFT

Pursuant to Local Rule 7.1, plaintiff ScanSoft, Inc. moves for an order appointing one of the neutral experts proposed by ScanSoft.  The grounds for this motion are set forth in the accompanying Memorandum and Exhibits, filed concurrently electronically.  Accordingly, it is respectfully requested that this motion be granted.

## CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on July 18, 2005, counsel for the parties conferred in an effort to resolve the issues presented by this motion but were unable to come to an agreement.

| | |
|---|---|
| Dated: July 18, 2005 | SCANSOFT, INC.,<br>By its attorneys, |
| | /s/ Rebecca L. Hanovice<br>Lee Carl Bromberg, BBO # 058480<br>Robert Asher, BBO # 022865<br>Erik Paul Belt, BBO # 558620<br>Lisa M. Fleming, BBO # 546148<br>Jack C. Schecter, BBO # 652349<br>Rebecca L. Hanovice, BBO # 660366<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110-1618<br>(617) 443-9292 |

02639/00509  418791.1