125 SUMMER STREET  BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG ✶ SUNSTEIN LLP

LISA M FLEMING
T 617 443 9292 X248
LFLEMING@BROMSUN.COM

July 14, 2005

**VIA FACSIMILE**

Robert S. Frank, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109-2809

Re  *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*, Civil Action No. 04-10353 PBS
     Our File  2639/509

Dear Bob:

ScanSoft offers the following individuals to serve as possible neutral experts in the above-referenced matter, all of whom have positions with MIT's Spoken Language Systems Lab:

1. Lee Hetherington;

2. Timothy James Hazen; and

3. D. Scott Cyphers.

Although we have not contacted these individuals, it appears from public sources that each of the three individuals have broad-based experience in computer science and speech recognition.  Please let me know if any of these individuals are acceptable to your clients.

Very truly yours,

Lisa M. Fleming

LMF/
02639/00509 418185