# SLS
## SPOKEN LANGUAGE SYSTEMS
@ Computer Science and Artificial Intelligence Laboratory

**Home**
**About SLS**
**Research Initiatives**
**Publications**
**News and Events**
**SLS People**
   Research Staff
   Post-Doctoral Associates
   Administrative Staff
   Support Staff
   Visitors
   Graduate Students
   Undergraduate Students
   Emeritus
   Positions with SLS
**For Our Affiliates**
**Contact Us**

## Lee Hetherington



Lee Hetherington arrived at MIT in 1984 and received his S.B. and S.M. degrees from the Department of Electrical Engineering and Computer Science in 1989, at which time he joined the Spoken Language Systems group. In 1994, after completing his Ph.D. thesis, *A Characterization of the the Problem of New, Out-of-Vocabulary Words in Continuous-Speech Recognition and Understanding*, he joined the research staff. His research interests include many aspects of speech recognition, including search techniques, acoustic measurement discovery, and recently the use of weighted finite-state transduction for context-dependent phonetic models, phonological rules, lexicons, and language models in an integrated search.

ilh@csail.mit.edu
Personal Page

©2005, Spoken Language Systems. All rights reserved.

32 Vassar Street
Cambridge, MA 02139 USA
(+1) 617.253.3049