

## SPOKEN LANGUAGE SYSTEMS

MIT Computer Science and Artificial Intelligence Laboratory

**Home**
**About SLS**
**Research Initiatives**
**Publications**
**News and Events**
**SLS People**
    Research Staff
    Post-Doctoral Associates
    Administrative Staff
    Support Staff
    Visitors
    Graduate Students
    Undergraduate Students
    Emeritus
    Positions with SLS
**For Our Affiliates**
**Contact Us**

# D. Scott Cyphers



D. Scott Cyphers received an S.B. in Computer Science and Engineering at the Massachusetts Institute of Technology in 1982, and an S.M. in Electrical Engineering and Computer Science in 1985. In 1986 he went to Symbolics and from there to Object Design (now Progress Software) in 1991. Scott returned to MIT in 1999 where he is a research scientist.

Scott has had experience in speech recognition, mathematics, software development, software tool development, debugging, operating systems, object-oriented language implementation, and the organization of reliable and maintainable software systems.

Scott is using his software development experiences to improve the reliability and ease of development and use of the current systems. At the same time, he is investigating future architectural changes that will support rapid development of more sophisticated dialogues, agents, mobile devices, and integration with other Oxygen systems.

cyphers@mit.edu

---

32 Vassar Street
Cambridge, MA 02139 USA
(+1) 617.253.3049

©2005, Spoken Language Systems. All rights reserved.