

# SPOKEN LANGUAGE SYSTEMS

MIT Computer Science and Artificial Intelligence Laboratory

Home

About SLS

Research Initiatives

Publications

News and Events

SLS People
- Research Staff
- Post-Doctoral Associates
- Administrative Staff
- Support Staff
- Visitors
- Graduate Students
- Undergraduate Students
- Emeritus
- Positions with SLS

For Our Affiliates

Contact Us

## Timothy James (T. J.) Hazen



Timothy James (T. J.) Hazen arrived at MIT in 1987 where he received his S.B. degree in 1991, S.M. degree in 1993 and PhD in 1998, all in Electrical Engineering. T.J. joined the SLS group as an undergraduate in 1991 and has been with the group ever since. He is currently working as a research scientist in the group. His primary research interests include acoustic modeling, speaker adaptation, automatic language identification, and phonological modeling.

hazen@csail.mit.edu
Personal Page

32 Vassar Street
Cambridge, MA 02139 USA
(+1) 617.253.3049

©2005, Spoken Language Systems. All rights reserved.