# CHOATE, HALL & STEWART LLP

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

T (617) 248-5000  F (617) 248-4000
www.choate.com

July 14, 2005

**VIA FACSIMILE**

Lisa M. Fleming, Esq.
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110-1618

RE: <u>ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al</u>

Dear Lisa:

Herewith Voice Signal's list of proposed court appointed experts:

1) Frederick Jelinek -- Professor of Electrical Engineering and Director of the Center for Language and Speech Processing, Johns Hopkins University;

2) Nelson Morgan -- Director of The International Computer Science Institute, a not-for-profit research laboratory that is affiliated with the University of California - Berkeley;

3) Hermann Ney -- Professor of Computer Science, RWTH Aachen (University of Technology), Germany;

4) Charles Wayne -- Retired speech and language program manager, Defense Advanced Research Projects Agency; and

5) Phil Woodland -- Professor of Information Engineering, Cambridge University.

We have included five experts on the list because we have not spoken to any of them and therefore do not know whether they are available for, and would accept, the assignment. We reserve the right to withdraw a name if any of these proposed experts has a business or personal relationship with ScanSoft or a ScanSoft person.

3958300v1

Lisa M. Fleming, Esq.
July 14, 2005
Page 2

If there is no match between the names listed above and the names that appear in your comparable letter, are any of the persons listed above acceptable to ScanSoft?

Very truly yours,

*Bob*

Robert S. Frank, Jr.

RSF:mm

3958300v1



# Fax Transmittal Sheet

| | | | |
|---|---|---|---|
| **RECIPIENT** | **COMPANY** | **FAX** | **PHONE** |
| Lisa M. Fleming, Esq. | Bromberg & Sunstein LLP | (617) 443-0004 | (617) 443-9292 x 248 |

| | | | |
|---|---|---|---|
| **FROM** | Robert S. Frank, Jr. | **NUMBER OF PAGES** | 3 |
| **DATE** | July 14, 2005 | **CLIENT NUMBER** | 2004207-0003 |
| **PHONE** | (617) 248-5207 | **OPERATOR** M. Murphy | **TIME SENT** 3:50 PM |

**COMMENTS**

**RETURN BY**   Inter-office Mail   Hold for pick-up

This transmittal is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmittal is not the intended recipient, or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

CHOATE, HALL & STEWART LLP | 53 State Street, Boston MA 02109 | t 617 248 5000 f 617 248 4000 | www.choate.com