Chair of Computer Science VI-3-Homepage of Prof. Dr.-Ing. H. Ney    Page 1 of 2

Case 1:04-cv-10353-PBS    Document 268-8    Filed 07/18/2005    Page 1 of 2




# Chair of Computer Science VI
# Human Language Technology and Pattern Recognition



**Prof. Dr.-Ing. Hermann Ney**
Lehrstuhl für Informatik VI
RWTH Aachen
Ahornstr. 55
52056 Aachen
Email:        ney@informatik.rwth-aachen.de
Phone:       +49 241 80-21600
Secretary:   +49 241 80-21601
Fax:          +49 241 80-22219
Office hours: Fr, 15.45-16.45 or by arrangement

## Research

Research interests:

- Statistical Modeling and Learning
- Speech Recognition
- Natural Language Processing and Translation
- Computer Vision

## Publications

List of Publications PS PDF
Most of the recent publications can be downloaded from the publication page.

## Teaching

My courses for 3rd or 4th year students are:

- Pattern Recognition and Neural Networks
- Speech Recognition
- Digital Processing of Speech and Image Signals
- Language Modeling
- Statistical Natural Language Processing
- Advanced Topics in Statistical Modeling

See this page for details.

### Professional Services

- Associate Editor "IEEE Transactions on Speech and Audio Processing"
- Editorial Board "Computer, Speech and Language"
- Editorial Board "Speech Communication"
- Member of the "Technisches Komitee der DAGM"