

IPTO Home Page  >>  Personnel  >>  Program Manager, Mr. Charles Wayne

### Mr. Charles Wayne

**Program Manager**

**charles.wayne.ctr@darpa.mil**

DARPA / IPTO
3701 Fairfax Drive
Arlington, VA 22203-1714

**Programs**

**Effective, Affordable,
Reusable Speech-to-Text
(EARS)**

**Translingual Information
Detection, Extraction and
Summarization (TIDES)**

Personnel    Programs    Solicitations    Briefings    News/Information    Contact

Please read our **Privacy And Security Notice**
Comments, questions about the website? E-Mail: **Webmaster**