**UNIVERSITY OF CAMBRIDGE**     **DEPARTMENT OF ENGINEERING**

# Phil Woodland

Phil Woodland is a Professor of Information Engineering in the Machine Intelligence Laboratory (forme the Speech Vision and Robotics (SVR) group) and a Professorial Fellow of Peterhouse. He co-ordinates Speech Research Group, and works closely with other staff members of the group Dr Mark Gales, Dr Bi Byrne, and Prof. Steve Young.

## Current Research Projects

- HTK Rich Audio Transcription (DARPA EARS funded project)
  (local web-pages)
- HTK Version 3

Recently completed projects:

- CoreTex (EU funded: Improving Core Speech Recognition technology)
- Multimedia Document Retrieval (EPSRC funded)

## Teaching (2004-2005)

- Masters in Computer Speech, Text and Internet Technology
- Fourth year engineering undergraduates
  Module 4F10: Statistical Pattern Processing.
  Material available online (local access only)
  Module 4F11: Speech Processing.
  Material available online (local access only)

## Contact Information

Phil Woodland
Baker Building, Room 501 (5th Loft)
Engineering Department
Trumpington Street, Cambridge
CB2 1PZ, UK

Email pcw@eng.cam.ac.uk
Tel: +44 1223 332669
Fax: +44 1223 765154

[ Cambridge University | CUED | MIL ]