# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC.  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>VOICE SIGNAL TECHNOLOGIES, INC.,  )<br>LAURENCE S. GILLICK, ROBERT S.  )<br>ROTH, JONATHAN P. YAMRON, and  )<br>MANFRED G. GRABHERR  )<br>  )<br>       Defendants.  )<br>  ) | Civil Action No. 04-10353 PBS |

### PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE TO FILE SUR REPLY IN SUPPORT OF ITS OPPOSITION TO DEFENDANT MANFRED G. GRABHERR'S MOTION FOR SUMMARY JUDGMENT

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a short Sur-reply memorandum further supporting its Opposition to Defendant Manfred G. Grabherr's Motion for Summary Judgment (filed May 18, 2005) and addressing new arguments raised by defendant in its Reply in Support of Grabherr's Summary Judgment Motion (filed July 6, 2005). ScanSoft believes that the Sur-reply memorandum, filed concurrently, will aid the Court in its determination of the issues. Therefore, Plaintiff respectfully requests leave of this Court to file the Sur-reply memorandum.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that, on July 8, 2005, the parties conferred by telephone and counsel for VST assented to this motion.

Dated: July 21, 2005                           SCANSOFT, INC.,

                                               By its attorneys,


                                               /s/ Rebecca L. Hanovice
                                               Lee Carl Bromberg, BBO #058480
                                               Robert Asher, BBO #022865
                                               Erik P. Belt, BBO # 558620
                                               Lisa M. Fleming, BBO #546148
                                               Jack C. Schecter, BBO #652349
                                               Rebecca L. Hanovice, BBO # 660366
                                               BROMBERG & SUNSTEIN LLP
                                               125 Summer Street
                                               Boston, Massachusetts 02110-1618
                                               (617) 443-9292
                                               rhanovice@bromsun.com


02639/00509  416722.1