1                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
2

3                                        **RECEIVED**

4    _____    )        JUN 2 0 2005

     SCANSOFT, INC.,            )        **BROMBERG & SUNSTEIN**
5                                )

          Plaintiff,            )
6                                )

     v.                          )        C.A. No.  04-10353-PBS
7                                )

     VOICE SIGNAL              )
8    TECHNOLOGIES, INC.,       )
     LAURENCE S. GILLICK,      )
9    ROBERT S. ROTH,          )        HIGHLY  CONFIDENTIAL
     JONATHAN P. YAMRON,      )
10   and MANFRED G. GRABHERR,  )
                                 )
11        Defendants.           )        CONTAINS CONFIDENTIAL INFORMATION
     _____    )        SUBJECT TO PROTECTIVE ORDER

12

13                                       **COPY**

14

15

16

17        DEPOSITION OF JEANNE McCANN, a witness called

18   by and on behalf of the Defendants, taken pursuant to

19   the applicable provisions of the Federal Rules of

20   Civil Procedure, before Dana Welch, CSR, Registered

21   Professional Reporter, and Notary Public, in and for

22   the Commonwealth of Massachusetts, at the offices of

23   Choate, Hall & Stewart, 53 State Street, Boston,

24   Massachusetts, commencing at 9:03 a.m.

Page 2

1    APPEARANCES:

2    For the Defendants:

3          CHOATE, HALL & STEWART, P.C.
           Exchange Place

4          53 State Street
           Boston, Massachusetts   02109

5          (617) 248-5000
           rfrank@choate.com

6          By:   Robert S. Frank, Jr., Esq.

7    For the Plaintiff:

8          BROMBERG SUNSTEIN, LLP
           125 Summer Street

9          Boston, Massachusetts   02110-1618
           (617) 443-9292

10         lfleming@bromsun.com
           By:  Lisa Fleming, Esq.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1        Q.   Starting with college, what is your

2   educational background?

3        A.   My bachelor's degree is from Simmons

4   College in Boston, Massachusetts, with

5   specialties in math, physics and education.  I

6   have an M.B.A. from Babson College with

7   specialty in finance and computer systems.

8        Q.   When did you graduate from Simmons?

9        A.   In 1972.

10       Q.   And from Babson?

11       A.   1976.

12       Q.   I'm just going to ask you some

13   questions that are designed to elicit your

14   employment history since Babson.  What did you

15   do after you obtained your degree from Babson?

16       A.   I went to Babson while I was working.

17   So my first employment --

18       Q.   So let me stop you there and ask you

19   where you were working at the time?

20       A.   In 1972, after I had graduated from

21   Simmons, I went to work for Liberty Mutual

22   Insurance Company in their systems development

23   group, their internal software development

24   group.  I worked at Liberty Mutual in Boston,

1  Massachusetts from 1972 until 1979.

2      Q.  What did you do next?

3      A.  And in 1979, I joined Wang Laboratories

4  in Lowell, Massachusetts; and I was at Wang and

5  successor subsidiaries until 1997.

6      Q.  What was the last position you held at

7  Wang?

8      A.  The last position I held at Wang was

9  vice-president of product development for their

10 Wang Software subsidiary.

11     Q.  While at Wang, did you work on speech

12 recognition technology?

13     A.  While at Wang, I worked very

14 tangentially on speech recognition

15 technologies.  For several years I managed the

16 product development team that was developing

17 voice mail systems for Wang and the product

18 management team that was managing the speech

19 efforts.  Those speech efforts were a very,

20 very tiny part of what Wang was doing at the

21 time.

22     Q.  When you left Wang, where did you go to

23 work?  When you left Wang did you immediately

24 go to work for someone else?

1        A.    Wang Software was acquired by Eastman

2   Kodak and the name changed from Wang Software

3   to Eastman Software.   So for approximately

4   two years I worked for a subsidiary of Kodak.

5        Q.    Which subsidiary?

6        A.    Well, Eastman Software was the

7   subsidiary of Kodak.

8        Q.    What was your position at Eastman

9   Software?

10        A.    I was vice-president of development for

11   production products, which was a subset of the

12   product lines focused on digital imaging,

13   production work flow and COLD, capital C-O-L-D,

14   which stands for Computer Output to Laser Disk.

15   It's a storage mechanism.

16        Q.    And is it correct that you left Eastman

17   in 1999?

18        A.    I believe I left Eastman in 1998.   I

19   went directly from Eastman Software to Dragon

20   Systems; and I believe I joined Dragon Systems

21   in July of '98.

22        Q.    What was your first position at Dragon?

23        A.    My first position at Dragon was

24   vice-president of development; that was also my

Page 8

1    only position at Dragon.

2        Q.   I take it there came a time when Dragon

3    was acquired by Lernout & Hauspie; is that

4    correct?

5        A.   That's right.

6        Q.   And at or shortly after the time of the

7    L&H acquisition, what was your position?

8        A.   At L&H, my position was vice-president

9    of product development for the dictation

10   products.

11       Q.   During your time -- during the Dragon

12   period, that is prior to L&H, you said you were

13   vice-president of development.  Did that

14   encompass all of the products that Dragon was

15   then developing or a subset of those products?

16           MS. FLEMING:  Objection.  You can

17       answer.

18           THE DEPONENT:  Okay.  That covered all

19       of the products that Dragon was developing.

20   BY MR. FRANK:

21       Q.   How long did you hold the position of

22   vice-president of product development for L&H?

23       A.   I'm not exactly sure of the time.  L&H

24   was undergoing a lot of changes during the year

1          THE DEPONENT:  Speech recognition

2      systems generally do operate with

3      algorithms that determine which are the

4      words or sounds most likely to have matched

5      the incoming, incoming set, and use that

6      most likely list as part of the selection

7      criteria.

8  BY MR. FRANK:

9      Q.  Okay.  And in the context of Natural

10  Language Understanding as we were talking about

11  before, is it correct that one of the inputs to

12  the judgment made by the system of what the

13  most likely word spoken was are the statistical

14  models that you described that cause the system

15  to know that the word "bush" likely follows or

16  more likely follows the word "president" than

17  other words?

18      A.  As a generalization, that would be

19  correct.

20      Q.  Okay.  So that is one of the inputs to

21  the determination of the most likely word that

22  was spoken by the user?

23      A.  That would be correct.

24      Q.  Okay.  Are you familiar with the term

Page 63

1    called "duration modeling of speech"?

2        A.    No.

3        Q.    That's not familiar to you?

4        A.    No.

5        Q.    Okay.   Are you familiar with something

6    called "duration modeling"?

7        A.    No.   My background is not on the speech

8    research side of speech recognition.

9        Q.    Have you heard the term "duration

10   modeling" used?

11       A.    I may well have.   I don't recall what

12   it was in reference to or what it means at this

13   point.

14       Q.    Okay.   Is duration modeling used in any

15   product that is sold by ScanSoft?

16            MS. FLEMING:   Objection.

17            THE DEPONENT:   I don't know.   You would

18       need to ask one of our researchers.

19   BY MR. FRANK:

20       Q.    Who would be most likely to know?

21       A.    With respect to the Dragon

22   NaturallySpeaking products, it would probably

23   be Francis Ganong, F-R-A-N-C-I-S, G-A-N-O-N-G.

24       Q.    Is the phrase or term "word sequence

1   hypothesis" familiar to you?

2        A.   I'm sure I've heard the phrase before.

3        Q.   What do you understand it to mean?

4        A.   I would be speculating.

5        Q.   What do you understand it to mean?

6             MS. FLEMING:  We don't want you to

7        speculate.  If you have an understanding of

8        what that phrase means, then state it.

9             THE DEPONENT:  I would be speculating

10        and it would not map to what a researcher

11        when they use that phrase would mean.

12   BY MR. FRANK:

13        Q.   How do you use the word -- what do you

14   understand the words "word sequence hypothesis"

15   to mean?

16             MS. FLEMING:  Objection.

17             THE DEPONENT:  I would never have used

18        those words.

19   BY MR. FRANK:

20        Q.   Okay.  So is it your testimony that

21   those words just don't have a meaning to you?

22        A.   I'm not on the research side of speech

23   recognition.

24        Q.   Do those --

Page 70

1    "phoneme look ahead" to mean?

2         A.   I understand the words.  Phoneme, it's

3    a subpart of speech; look ahead, looking ahead

4    of one phoneme to another.  The phrase likely

5    has meaning that a researcher would understand

6    differently than my understanding of the

7    two words.

8         Q.   What is your understanding of the

9    phrase phoneme look ahead?

10              MS. FLEMING:  Objection.  Asked and

11         answered.

12              THE DEPONENT:  In a research context I

13         would not answer.

14    BY MR. FRANK:

15         Q.   What is a "lexical tree"?

16         A.   I don't have that kind of detailed

17    technical insight.

18         Q.   What is "lexical tree prefiltering"?

19         A.   I don't have that knowledge.

20         Q.   Who would you go to amongst your direct

21    reports to find out what a lexical tree is?

22              MS. FLEMING:  Objection.

23              THE DEPONENT:  I would go to Vlad

24         Sejnoha.

Page 263

1                        CERTIFICATE

2

   COMMONWEALTH OF MASSACHUSETTS

3  SUFFOLK, SS

4         I, Dana Welch, Registered Professional

5  Reporter and Notary Public in and for the

6  Commonwealth of Massachusetts, do hereby

7  certify:

8         That JEANNE MCCANN, the witness whose

9  deposition is hereinbefore set forth, was duly

10 sworn by me and that such deposition is a true

11 record of my stenotype notes taken in the

12 foregoing matter, to the best of my knowledge,

13 skill and ability.

14        IN WITNESS WHEREOF, I have hereunto set

15 my hand this 17th day of June, 2005.

16
                    DANA ULRICH WELCH
17                 _____

                      Dana Welch, RPR

                      Registered Professional Reporter
18

19

20

21

22

23

24

Page 262

```
 1                 C E R T I F I C A T E

 2        I, Jeanne McCann, do hereby certify that

 3   I have read the foregoing transcript of my

 4   testimony, given on June 15, 2005, and I

 5   further certify that said transcript is a true

 6   and accurate record of said testimony (with the

 7   exception of the corrections listed below):

 8   Page   Line          Correction

 9    10     21      'Gido" should be 'Guido"

10    153    12      'Burt' should be 'Bert'

11    156     7      'Kaaki' should be "Kaake"

12    220    2-4     Answer references answer

13                   on Page 219, Lines 13-17

14   Dated at  Middlesex County , this  14TH

15   day of  July         , 2005.

16

17          _____
                  Jeanne McCann

18   SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

19

20

21

22   duw

23

24
```

INA NATHAN-MADOW
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 17, 2010