## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-10353 PBS |
| | ) |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) |
| LAURENCE S. GILLICK, ROBERT S. | ) |
| ROTH, JONATHAN P. YAMRON, and | ) |
| MANFRED G. GRABHERR | ) |
| | ) |
| Defendants. | ) |

### SCANSOFT, INC.'S ASSENTED-TO MOTION FOR IMPOUNDMENT

Pursuant to Local Rule 7.2 and paragraph 14 of the parties' Protective Order, plaintiff ScanSoft, Inc. moves for an order impounding ScanSoft's Sur-reply in Support of its Opposition to Defendant Manfred G. Grabherr's Motion for Summary Judgment ("Sur-reply") and Exhibits A and D through L of the Sur-reply, filed concurrently by hand. Exhibits B, C, and M to the Sur-reply and a partially redacted copy of the Sur-reply are being filed concurrently electronically.

As grounds for the motion, ScanSoft states that Exhibit A contains the declaration of Francis Ganong, which describes ScanSoft's proprietary speech recognition trade secrets, and Exhibits D through L contain email correspondence designated "Highly Confidential" by VST. Furthermore, the unredacted copy of the Sur-reply quotes from Exhibits A and D through L, and thus contains highly confidential information.

Accordingly, pursuant to the terms of the Protective Order, ScanSoft moves that the unredacted copy of the Sur-reply and Exhibits A and D through L of the Sur-reply be placed

under seal in the envelope provided and that impoundment continue pursuant to Local Rule 7.2 and the terms of the Protective Order.

## CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on July 21, 2005, counsel for the parties conferred and that counsel for Dr. Grabherr assented to this motion.

Dated: July 21, 2005

SCANSOFT, INC.,
By its attorneys,

/s/ Rebecca L. Hanovice
Lee Carl Bromberg, BBO # 058480
Robert Asher, BBO # 022865
Erik Paul Belt, BBO # 558620
Lisa M. Fleming, BBO # 546148
Jack C. Schecter, BBO # 652349
Rebecca L. Hanovice, BBO # 660366
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

02639/00509 419425.1