# EXHIBIT C

**Bonanno, Paul**

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| Sent: | Wednesday, April 27, 2005 2:51 PM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:04-cv-10353-PBS ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al "Order on Motion to Produce" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp
\$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 4/27/2005 at 2:50 PM EDT and filed on 4/25/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp
\$'
Case Name: ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al
Case Number: 1:04-cv-10353 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?90944

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view
the document:

Docket Text:
Judge Patti B. Saris : Electronic ORDER entered granting in part [140] Motion to Produce
Documents Pursuant to Court Order Under Seal. "All documents shall be produced to counsel
for Scansoft, but the source code itself shall be redacted. The complete set of documents
(redacted and unredacted) shall be produced to the Court under seal. The Court is
considering the idea of a neutral expert who will look at Scansoft's trade secrets and
compare them to Voice Signal's trade secrets. I will review Scansoft's response and hold
a hearing." (Patch, Christine)

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau
Exp \$' -->
1:04-cv-10353 Notice will be electronically mailed to:
Robert M. Asher                                               rasher@bromsun.com

Erik Paul Belt                                                ebelt@bromsun.com,
idiaz@bromsun.com

Paul E. Bonanno                                               pbonanno@choate.com

Lee C. Bromberg                                               lbromberg@bromsun.com,
jcreedon@bromsun.com

Sarah C. Columbia                                             scolumbia@choate.com

Lisa M. Fleming                                               lfleming@bromsun.com,
jcreedon@bromsun.com

Robert S. Frank                                         , Jr  rfrank@choate.com,
kfinnerty@choate.com

Rebecca L. Hanovice                                           rhanovice@bromsun.com,
mflynn@bromsun.com

Julia Huston                                                  jhuston@bromsun.com,
```

1

chiggins@bromsun.com

| | |
|---|---|
| Wendy S. Plotkin | WPlotkin@choate.com |
| Paul D. Popeo | Ppopeo@choate.com |
| Jack C. Schecter<br>lsargent@bromsun.com | jschecter@bromsun.com, |
| John F. Ward<br>chiggins@bromsun.com | jward@bromsun.com, |

1:04-cv-10353 Notice will not be electronically mailed to:

2

# Bonanno, Paul

| | |
|---|---|
| From: | ECFnotice@mad.uscourts.gov |
| Sent: | Wednesday, March 30, 2005 10:01 AM |
| To: | CourtCopy@mad.uscourts.gov |
| Subject: | Activity in Case 1:04-cv-10353-PBS ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al "Order on Motion for Protective Order" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp
\$' -->
United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was entered on 3/30/2005 at 10:00 AM EST and filed on 3/24/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp
\$'
Case Name: ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al
Case Number: 1:04-cv-10353 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?90944

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view
the document:

Docket Text:
Judge Joyce London Alexander : ORDER entered denying [97] Motion for Protective Order.
This Court ORDERS VST to produce all documents indicating the work that the individual
defendants performed for VST for a period of one year following the commencement of their
employment with VST.  VST's motion for a protective order is, therefore, DENIED to the
extent that it seeks to protect confidential information that falls into the category of
documents that VST must produce.   (Brown, Rex)

The following document(s) are associated with this transaction:


<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau
Exp \$' -->
1:04-cv-10353 Notice will be electronically mailed to:
Robert M. Asher                                                  rasher@bromsun.com

Paul E. Bonanno                                                  pbonanno@choate.com

Lee C. Bromberg                                                  lbromberg@bromsun.com,
jcreedon@bromsun.com

Sarah C. Columbia                                                scolumbia@choate.com

Lisa M. Fleming                                                  lfleming@bromsun.com,
jcreedon@bromsun.com

Robert S. Frank                                                , Jr  rfrank@choate.com,
kfinnerty@choate.com

Julia Huston                                                     jhuston@bromsun.com,
chiggins@bromsun.com

Wendy S. Plotkin                                                 WPlotkin@choate.com

Paul D. Popeo                                                    Ppopeo@choate.com

Jack C. Schecter                                                 jschecter@bromsun.com,
```

1

lsargent@bromsun.com

John F. Ward                                                            jward@bromsun.com,
chiggins@bromsun.com

1:04-cv-10353 Notice will not be electronically mailed to: