UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Scansoft Inc.
        Plaintiff,                         CIVIL ACTION
                                                 NO.   04-10353-PBS
    v.

Voice Signal Technologies, Inc., et al
        Defendants.

**NOTICE OF RESCHEDULED STATUS CONFERENCE**

SARIS, U.S.D.J.                                                                                                    July 26, 2005

      At the request of counsel, the Status Conference previously scheduled for August 9, 2005, has been **rescheduled** to **August 15, 2005, at 3:00 p.m.**

                                                      By the Court,

                                                     _/s/ Robert C. Alba__
                                                     Deputy Clerk

Copies to:  All Counsel

resched.ntc