# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353 PBS |

**ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL FURTHER
DEPOSITION OF MANFRED G. GRABHERR AND FOR SANCTIONS**

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a short reply memorandum further supporting its Motion to Compel Further Deposition of Manfred G. Grabherr and for Sanctions and addressing arguments raised by defendant in its Opposition to the Motion. ScanSoft believes that the reply memorandum, filed concurrently electronically, will aid the Court in its determination of the issues.

**CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1**

I hereby certify that the parties conferred by telephone and that counsel for the defendants assented to the filing of this motion.

|  |  |
|---|---|
| Dated: July 28, 2005 | SCANSOFT, INC., |
|  | By its attorneys, |
|  | s/ Rebecca L. Hanovice |
|  | Lee Carl Bromberg, BBO #058480 |
|  | Robert Asher, BBO #022865 |
|  | Erik Paul Belt, BBO #558620 |
|  | Lisa M. Fleming, BBO #546148 |
|  | Jack C. Schecter, BBO #652349 |
|  | Rebecca L. Hanovice, BBO #660366 |
|  | BROMBERG & SUNSTEIN LLP |
|  | 125 Summer Street |
|  | Boston, Massachusetts 02110-1618 |
|  | (617) 443-9292 |
|  | rhanovice@bromsun.com |

02639/00509  421023.1