**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SCANSOFT, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-10353-PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## VOICE SIGNAL TECHNOLOGIES, INC.'S OPPOSITION TO SCANSOFT'S MOTION TO APPOINT NEUTRAL EXPERT

Voice Signal Technologies, Inc. ("Voice Signal") submits this Opposition to ScanSoft's Motion to Appoint a Neutral Expert. ScanSoft's Motion seeks the appointment of one of the three individuals nominated by ScanSoft to serve as the court-appointed expert in this case. ScanSoft's Motion was filed shortly prior to the hearing held by the Court on July 18, 2005. At that hearing, the Court ruled that the experts proposed by ScanSoft would not be selected because of closeness of the relationship between ScanSoft and the experts proposed. See Affidavit of Robert S. Frank, filed July 18, 2005. As a result, ScanSoft's motion is either moot or has been denied by the Court.

3964441v1

        Respectfully submitted,

        VOICE SIGNAL TECHNOLOGIES, INC.

        By its attorneys,

        /s/ Wendy S. Plotkin
        Robert S. Frank, Jr. (BBO No. 177240)
        Sarah Chapin Columbia (BBO No. 550155)
        Paul D. Popeo (BBO No. 567727)
        Paul E. Bonanno (BBO No. 646838)
        Wendy S. Plotkin (BBO No. 647716)
        CHOATE, HALL & STEWART LLP
        Exchange Place,
        53 State Street
        Boston, MA  02109
        (617) 248-5000

Dated:  July 29, 2005

3964441v1