# CHOATE, HALL & STEWART LLP

ROBERT S. FRANK, JR.
DIRECT DIAL: (617) 248-5207
EMAIL: RFRANK@CHOATE.COM

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

T (617) 248-5000    F (617) 248-4000
www.choate.com

July 28, 2005

Mr. Robert Alba
Deputy Clerk
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Suite 6130
Boston, MA 02210

        Re:    *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al*
                *Civil Action No. 04-10353 PBS*

Dear Mr. Alba:

      This will confirm that you have scheduled a hearing in the above case for 3:00 p.m. on August 15th and that I have notified ScanSoft's counsel of a hearing on that date.

                                               Sincerely yours,

                                               Robert S. Frank, Jr.

RSFJr/pg

cc:    Lee Carl Bromberg, Esq.

3964130v1