UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, <br><br> Defendants. | C. A. No. 04-10353-PBS |

## AFFIDAVIT OF GUNNAR EVERMANN

I, Gunnar Evermann, on oath depose and say:

1. I am a Research Scientist at Voice Signal Technologies. I joined Voice Signal in October, 2004.

2. Prior to joining Voice Signal, I was a Research Associate at Cambridge University. Professor Phil Woodland is my thesis advisor. Since leaving Cambridge University in October, 2004, I have spoken to Professor Woodland on two occasions, once at a workshop attended by many speech recognition scientists, and once on the telephone regarding my thesis. Apart from those two occasions, I have had no contact with Professor Woodland since leaving Cambridge University.

Signed under the pains and penalties of perjury this 15th day of August, 2005.

_____
Gunnar Evermann

3971051v1