IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, AND MANFRED G. GRABHERR,<br><br>    Defendants. | CASE NO.    04-10353-PBS |

## NOTICE OF APPEARANCE OF DANIEL M. FORMAN, ESQ.

Pursuant to Local Rule 83.5.2, Daniel M. Forman from the firm of Goodwin Procter LLP, hereby files this Notice of Appearance in the above-captioned matter on behalf of Plaintiff ScanSoft, Inc.

    Respectfully submitted,

    ScanSoft, Inc.
    By its attorneys,


    /s/ Daniel M. Forman
    Paul F. Ware Jr., P.C. (BBO # 516240)
    Douglas J. Kline (BBO # 556680)
    Daniel F. Forman (BBO # 637405)
    GOODWIN PROCTER LLP
    Exchange Place
    53 State Street
    Boston, MA 02109-2881
    Tel:    (617) 570-1000
    Fax:    (617) 523-1231

DATED: September 28, 2005

LIBA/1587821.1