IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, AND MANFRED G. GRABHERR,<br><br>     Defendants. | CASE NO.   04-10353-PBS |

### NOTICE OF APPEARANCE OF PAUL F. WARE, JR., ESQ.

Pursuant to Local Rule 83.5.2, Paul F. Ware, Jr. from the firm of Goodwin Procter LLP, hereby files this Notice of Appearance in the above-captioned matter on behalf of Plaintiff ScanSoft, Inc.

Respectfully submitted,

ScanSoft, Inc.
By its attorneys,

/s/ Paul F. Ware, Jr.,
Paul F. Ware Jr., P.C. (BBO # 516240)
Douglas J. Kline (BBO # 556680)
Daniel F. Forman (BBO # 637405)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
Tel:   (617) 570-1000
Fax:   (617) 523-1231

DATED: September 28, 2005

LIBA/1587812.1