# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. </br></br>  Plaintiff, </br></br> v. </br></br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR </br></br>  Defendants. | Civil Action No. 04-10353 PBS |

## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's Local Rule 7.3(A), Plaintiff ScanSoft, Inc. states that it has changed its name to Nuance Communications, Inc. This name change is the result of a merger between ScanSoft, Inc. and Nuance Communications, Inc. that occurred on October 17, 2005. The Certificate of Ownership and Merger is attached as Exh. A. Nuance also states that no publicly held corporation owns 10% or more of Nuance Communications, Inc.'s stock.

|  |  |
|---|---|
| Dated: October 24, 2005 | SCANSOFT, INC.<br><br>By its attorneys,<br><br>/s/ Rebecca L. Hanovice<br><br>Lee Carl Bromberg, BBO # 058480<br>Robert Asher, BBO # 022865<br>Lisa M. Fleming, BBO # 546148<br>Erik Paul Belt, BBO # 558620<br>Jack C. Schecter, BBO # 652349<br>Rebecca L. Hanovice, BBO # 660366<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110-1618<br>(617) 443-9292<br>rhanovice@bromsun.com |

02639/00509 438901.1