Biography_Ney_Aug05.txt

August 2005

Prof. Dr.-Ing. Hermann Ney
- Human Language Technology and Pattern Recognition -
Lehrstuhl fuer Informatik VI
Computer Science Department
RWTH Aachen University
Ahornstrasse 55
D-52056 Aachen, Germany

Email: ney@informatik.rwth-aachen.de
http://www-i6.informatik.rwth-aachen.de/

Hermann Ney has been working in the field of speech recognition,
natural language processing, and stochastic modeling for more than
20 years and has authored and co-authored more than 200 papers
in journals (IEEE Transactions, Speech Communication,
Computer Speech and Language, Computational Linguistics,...),
international conferences (IEEE Int. Conf. on Acoustics Speech
and Signal Processing, Europ. Conf. on Speech Technology,
Int. Conf. on Spoken Language Processing, Annual Meetings of the
Assoc. of Computational Linguistics, ...) and books.

He received the Diploma degree (1977) in physics from Goettingen
University, Germany, and the Dr.-Ing. degree (1982) in electrical
engineering from Braunschweig University of Technology, Germany.
In 1977, he joined Philips Research in Germany.  In 1985, he was
appointed  department head.
All of his career at Philips was in research and advanced development
of basic technology for pattern recognition, speech recognition and
spoken language systems.  From October 1988 to October 1989, he was
a visiting scientist at Bell Laboratories, Murray Hill, NJ.
In July 1993, he joined the  computer science department of
RWTH Aachen (University of Technology) as a full professor.
His responsibilities include planning, directing and carrying out
research for national, European and industrial sponsors and
supervising PhD students.

His group has made significant contributions to the areas
of speech recognition and of language translation and has been
involved in many European projects on speech recognition and
translation. The group participates in international evaluation
campaigns on speech and language technology, where the co-operating
partners are research groups like CMU Pittsburgh,
MIT Cambridge, IBM Research and Microsoft Research.

Hermann Ney is a member of many scientific committees and
has been or is on the editorial board of the leading international
journals in the area of human language technology
(e.g. member of the IEEE speech technical committee, associate
editor of the IEEE Transactions on Speech and Audio Processing).
He will be a co-chair of the upcoming IEEE/ACL workshop
on Spoken Language Technologies in 2006.

-------------------------------------------------------------------------

# Complete List of Publications

Prof. Dr.-Ing. Hermann Ney

Human Language Technology and Pattern Recognition
Lehrstuhl für Informatik VI
Computer Science Department
RWTH Aachen University
Ahornstraße 55
D-52056 Aachen, Germany

December 21, 2004

## Contents

| | | |
|---|---|---:|
| 1 | BEST PAPER AWARDS | 2 |
| 2 | PUBLICATIONS IN JOURNALS | 2 |
| 3 | INVITED TALKS | 6 |
| | 3.1 Invited Talks with Paper | 6 |
| | 3.2 Invited Talks without Paper | 7 |
| 4 | CONTRIBUTIONS TO BOOKS | 9 |
| 5 | INTERNATIONAL CONFERENCES | 10 |
| 6 | PROCEEDINGS OF OTHER CONFERENCES | 23 |

# 1  BEST PAPER AWARDS

- L. Welling, H. Ney: Formant Estimation for Speech Recognition. IEEE Trans. on Speech and Audio Processing, Vol. 6, No. 1, pp. 36-48, Jan. 1998.

- R. Schlüter, W. Macherey, B. Müller, H. Ney: Comparison of Discriminative Training Criteria and Optimization Methods for Speech Recognition. Speech Communication, Vol. 34, pp. 287-310, May 2001.

- F. J. Och, H. Ney: Discriminative Training and Maximum Entropy Models for Statistical Machine Translation. 40th Annual Meeting of the Ass. for Computational Linguistics (ACL), Philadelphia, PA, pp. 295-302, July 2002.

- D. Keysers, T. Deselaers, H. Ney: Pixel-to-Pixel Matching for Image Recognition using Hungarian Graph Matching. DAGM-Jahrestagung (Deutsche Arbeitsgemeinschaft für Mustererkennung), Tübingen, Germany, Springer LNCS Vol. 3175, pp. 154-162, Aug./Sep. 2004.

# 2  PUBLICATIONS IN JOURNALS

1. H. Ney, P. Haasen: Die Statische Reibungsspannung in Mischkristallen. Nachrichten der Akademie der Wissenschaften in Göttingen, No. 3, pp. 27-29, May 1977.

2. H. Ney, R. Labusch, P. Haasen: Measurement of Dislocation Velocities in Cu-Al Single Crystals – II. Acta Metallurgica, Vol. 25, pp. 1257-1269, 1977.

3. M. H. Kuhn, H. Ney, R. Geppert, R. Gierloff: Automatische Zugangskontrolle mit Hilfe der 'akustischen Unterschrift'. VDI-Zeitschrift, No. 4, pp. 125-130, Feb. 1980.

4. H. Ney: Bestimmung der Zeitverläufe von Intensität und Grundperiode der Sprache für die automatische Sprechererkennung. Frequenz, pp. 265-270, Oct. 1981.

5. H. Ney: A Time Warping Approach to Fundamental Period Estimation. IEEE Trans. on Systems, Man and Cybernetics, Vol. SMC-12, No. 3, pp. 383-388, May-June 1982.

6. H. Ney: Automatic Speaker Recognition Using Time Alignment of Spectrograms. Speech Communication, Vol. 1, No. 2, pp. 135-149, Aug. 1982.

7. H. Ney: A Dynamic Programming Algorithm for Nonlinear Smoothing. Signal Processing, Vol. 5, pp. 163-173, March 1983.

8. H. Ney: Dynamic Programming Algorithm for Optimal Estimation of Speech Parameter Contours. IEEE Trans. on Systems, Man and Cybernetics, Vol. SMC-13, No. 3, pp. 208-214, March-April 1983.

9. H. Ney: The Use of a One-Stage Dynamic Programming Algorithm for Connected Word Recognition. IEEE Trans. on Acoustics, Speech and Signal Processing, Vol. ASSP-32, No. 2, pp. 263-271, April 1984.

10. H. Ney, R. Geppert, D. Mergel, A. Noll, H. Piotrowski, P. Schwartau, H. Tomaschewski: Statistical Modelling and Dynamic Programming in Speech Recognition. Sprache und Datenverarbeitung, 8. Jahrgang, No. 1/2, pp. 17-33, 1984.

11. H. Ney, D. Mergel, S. Marcus: On the Automatic Training of Phonetic Units for Word Recognition. IEEE Trans. on Acoustics, Speech and Signal Processing, Vol. ASSP-34, No. 1, pp. 209-213, Feb. 1986.

12. H. Ney: Spracherkennung im Projekt SPICOS. Informatik – Forschungs- und Entwicklungsprojekte, No. 3, pp. 102-103, 1988.

13. H. Ney, A. Paeseler: Phoneme-Based Continuous Speech Recognition Results for Different Language Models in the 1000-Word SPICOS System. Speech Communication, Sonderheft "Speech Recognition", Vol. 7, pp. 367-373, Dec. 1988.

14. H. Ney: Dynamic Programming Parsing for Context Free Grammars in Continuous Speech Recognition. IEEE Trans. on Signal Processing, Vol. SP-39, No. 2, pp. 336-341, Feb. 1991.

15. H. Ney, D. Mergel, A. Noll, A. Paeseler: Data Driven Search Organization for Continuous Speech Recognition. IEEE Trans. on Signal Processing, Vol. SP-40, No. 2, pp. 272-281, Feb. 1992.

16. H. Ney: Automatische Spracherkennung: Architektur und Suchstrategie aus statistischer Sicht. Informatik – Forschung und Entwicklung, pp. 83-97, April 1992.

17. H. Ney: A Comparative Study of Two Search Strategies for Connected Word Recognition: Dynamic Programming and Heuristic Search. IEEE Trans. on Pattern Analysis and Machine Intelligence, Vol. PAMI-14, No. 5, pp. 586-595, May 1992.

18. S. Dobler, D. Geller, R. Haeb-Umbach, P. Meyer, H. Ney, H. Rühl: Design and Use of Speech Recognition Algorithms for a Mobile Radio Telephone. Speech Communications, Vol. 12, pp. 221-229, Dec. 1993.

19. H. Ney, A. Noll: Acoustic-Phonetic Modeling in the SPICOS System. IEEE Trans. on Speech and Audio Processing, Vol. 2, pp. 312-319, April 1994.

20. R. Haeb-Umbach, H. Ney: Improvements in Beam Search for 10000-Word Continuous Speech Recognition. IEEE Trans. on Speech and Audio Processing, Vol. 2, pp. 353-356, April 1994.

21. H. Ney, U. Essen, R. Kneser: On Structuring Probabilistic Dependencies in Language Modelling. Computer Speech and Language, Vol. 8, pp. 1-38, 1994.

22. H. Ney, V. Steinbiss, R. Haeb-Umbach, B.-H. Tran, U. Essen: An Overview of the Philips Research System for Large-Vocabulary Continuous-Speech Recognition. Int. Journal of Pattern Recognition and Artificial Intelligence, Special Issue on Speech Recognition for Different Languages, Vol. 8, No. 1, pp. 33-70, 1994.

23. H. Ney: On the Probabilistic Interpretation of Neural Net Classifiers and Discriminative Training Criteria. IEEE Trans. on Pattern Analysis and Machine Intelligence, Vol. PAMI-17, No. 2, pp. 107-119, Feb. 1995.

24. V. Steinbiss, H. Ney, U. Essen, B.-H. Tran, X. Aubert, C. Dugast, R. Kneser, H.-G. Meier, M. Oerder, R. Haeb-Umbach, D. Geller, W. Höllerbauer, H. Bartosik: Continuous Speech Dictation – From Theory to Praxis. Speech Communication, Vol. 17, pp. 19-38, Aug. 1995.

25. H. Ney, U. Essen, R. Kneser: On the Estimation of Small Probabilities by Leaving-One-Out. IEEE Trans. on Pattern Analysis and Machine Intelligence, Vol. PAMI-17, No. 12, pp.1202-1212, Dec. 1995.

26. V. Steinbiss, H. Ney, X. Aubert, S. Besling, C. Dugast, U. Essen et al.: The Philips Research System for Continuous-Speech Recognition. Philips Journal of Research, Vol. 49, No. 4, pp. 317-352, Dec. 1995.

27. H. Ney: Maschinelle Sprachverarbeitung und Statistik. Künstliche Intelligenz, pp. 27-30, No. 5, 1995.

28. S. Ortmanns, H. Ney, X. Aubert: A Word Graph Algorithm for Large Vocabulary Continuous Speech Recognition. Computer Speech and Language, Vol. 11, No. 1, pp. 43-72, Jan. 1997.

29. L. Welling, H. Ney: Formant Estimation for Speech Recognition. IEEE Trans. on Speech and Audio Processing, Vol. 6, No. 1, pp. 36-48, Jan. 1998.
**(Best Paper Award)**

30. S. Martin, J. Liermann, H. Ney: Automatic Bigram and Trigram Clustering for Word Classes. Speech Communication, Vol. 24, No. 1, pp. 19-37, April 1998.

31. H. Ney, S. Ortmanns: Dynamic Programming Search for Continuous Speech Recognition. IEEE Signal Processing Magazine, Vol. 16, No. 5, pp. 64-83, Sep. 1999.

32. H. Ney, S. Nießen, F. J. Och, C. Tillmann, H. Sawaf, S. Vogel: Algorithms for Statistical Translation of Spoken Language. IEEE Trans. on Speech and Audio Processing, Special Issue on Language Modeling and Dialogue Systems, Vol. 8, No. 1, pp. 24-36, Jan. 2000.

33. S. Ortmanns, H. Ney: Look-Ahead Techniques for Fast Beam Search. Computer Speech and Language, Vol. 14, No. 1, pp. 15-32, Jan. 2000.

34. H. Ney, S. Ortmanns: Progress in Dynamic Programming Search for LVCSR. Proceedings of the IEEE, Vol. 88, No. 8, pp. 1224-1240, Aug. 2000.

35. S. C. Martin, H. Ney, C. Hamacher: Maximum Entropy Language Modeling and the Smoothing Problem. IEEE Trans. on Speech and Audio Processing, Vol. 8, No. 5, pp. 626-632, Sep. 2000.

36. S. Ortmanns, H. Ney: The Time-Conditioned Approach in Dynamic Programming Search for LVCSR. IEEE Trans. on Speech and Audio Processing, Vol. 8, No. 6, pp. 676-687, Nov. 2000.

37. C. Tillmann, S. Vogel, H. Ney, H. Sawaf: Statistical Translation of Text and Speech: First Results with the RWTH System. Machine Translation, Vol. 15, pp. 43-74, 2000.

38. F. Wessel, R. Schlüter, K. Macherey, H. Ney: Confidence Measures for Large Vocabulary Continuous Speech Recognition. IEEE Trans. on Speech and Audio Processing, Vol. 9, No. 3, pp. 288-298, March 2001.

39. R. Schlüter, W. Macherey, B. Müller, H. Ney: Comparison of Discriminative Training Criteria and Optimization Methods for Speech Recognition. Speech Communication, Vol. 34, pp. 287-310, May 2001.
**(Best Paper Award)**

40. R. Schlüter, H. Ney: Model-based MCE Bound to the True Bayes' Error. IEEE Signal Processing Letters, Vol. 8, No. 5, pp. 131-133, May 2001.

41. J. Dahmen, D. Keysers, H. Ney, M. Güld: Statistical Image Object Recognition using Mixture Densities. Journal of Mathematical Imaging and Vision, Kluwer Academic Publishers, Vol. 14, No. 3, pp. 285-296, May 2001.

42. A. Sixtus, H. Ney: From Within-Word Model Search to Across-Word Model Search in Large Vocabulary Continuous Speech Recognition. Computer Speech and Language, Vol. 16, No. 2, pp. 245-271, May 2002.

43. P. Beyerlein, X. Aubert, R. Haeb-Umbach, M. Harris, D. Klakow, A. Wendemuth, S. Molau, H. Ney, M. Pitz, A. Sixtus: Large Vocabulary Continuous Speech Recognition of Broadcast News – The Philips/RWTH Approach. Speech Communication, Vol. 37, No. 1/2, pp. 109-131, May 2002.

44. H. Ney: Maschinelle Sprachverarbeitung – Der statistische Ansatz in der Spracherkennung und Sprachübersetzung. Informatik-Spektrum, pp. 94-102, May 2002.

45. L. Welling, H. Ney, S. Kanthak: Speaker Adaptive Modeling by Vocal Tract Normalization. IEEE Trans. on Speech and Audio Processing, Vol. 10, pp. 415-427, Sep. 2002.

46. D. Keysers, J. Dahmen, H. Ney, B. Wein, T. Lehmann: A Statistical Framework for Model-based Image Retrieval in Medical Applications. Journal of Electronic Imaging, Special Section on Model-based Medical Image Processing and Analysis, Vol. 12, No. 1, pp. 59-68, Jan. 2003.

47. W. Macherey, J. Viechtbauer, H. Ney: Probabilistic Aspects in Spoken Document Retrieval. EURASIP Journal on Applied Signal Processing, Vol. 2003, No. 2, pp. 115-127, Feb. 2003.

48. F. J. Och, H. Ney: A Systematic Comparison of Various Alignment Models. Computational Linguistics, Vol. 29, No. 1, pp. 19-51, March 2003.

49. C. Tillmann, H. Ney: Word Re-ordering and a DP Beam Search Algorithm for Statistical Machine Translation. Computational Linguistics, Vol. 29, No. 1, pp. 97-133, March 2003.

50. S. Molau, D. Keysers, H. Ney: Matching Training and Test Data Distributions for Robust Speech Recognition. Speech Communication, Vol. 41, No. 4, pp. 579-601, Nov. 2003.

51. F. Casacuberta, H. Ney, F. J. Och, E. Vidal et al.: Some Approaches to Statistical and Finite-State Speech-to-Speech Translation. Computer Speech and Language, Vol. 18, No. 1, pp. 25-47, Jan. 2004.

52. D. Keysers, W. Macherey, H. Ney, J. Dahmen: Adaptation in Statistical Pattern Recognition Using Tangent Vectors. IEEE Trans. on Pattern Analysis and Machine Intelligence, Vol. 26, No. 2, pp. 269-274, Feb. 2004.

53. A. Toselli, A. Juan, J. Gonzalez, I. Salvador, E. Vidal, F. Casacuberta, D. Keysers, H. Ney: Integrated Handwriting Recognition and Interpretation using Finite State Models. Int. Journal of Pattern Recognition and Artificial Intelligence, Vol. 18, No. 4, pp. 519-539, June 2004.

54. S. Nießen, H. Ney: Statistical Machine Translation with Scarce Resources Using Morpho-syntactic Information. Computational Linguistics, Vol. 30, No. 2, pp. 181-204, June 2004.

55. T. Lehmann, M. Güld, C. Thies, B. Fischer, K. Spitzer, D. Keysers, H. Ney, M. Kohnen, H. Schubert, B. Wein: Content-based Image Retrieval in Medical Applications. Information in Medicine, Vol. 43, No. 4, pp. 354-361, 2004.

56. F. J. Och, H. Ney: The Alignment Template Approach to Statistical Machine Translation. Computational Linguistics, Vol. 30, No. 4, pp. 417-449, Dec. 2004.

57. F. Wessel, H. Ney: Unsupervised Training of Acoustic Models for Large Vocabulary Continuous Speech Recognition. IEEE Trans. on Speech and Audio Processing, Vol. 13, No. 1, pp. 23-31, Jan. 2005.

58. M. Hilger, H. Ney: Quantile Based Histogram Equalization for Noise Robust Large Vocabulary Speech Recognition. IEEE Trans. on Speech and Audio Processing, 2005, in press.

59. M. Pitz, H. Ney: Vocal Tract Normalization Equals Linear Transformation in Cepstral Space. IEEE Trans. on Speech and Audio Processing, 2005, in press.

# 3   INVITED TALKS

## 3.1   Invited Talks with Paper

1. H. Ney: Dynamic Programming for Speech Recognition. Eighth Int. Conf. on Pattern Recognition, Tutorial Lecture, Paris, pp. 235-262, Oct. 1986.

2. H. Ney: Automatic Speech Recognition in the SPICOS System. Konferenz "VDE-Tage Budapest 1987", Budapest, erschienen in "Hiradastechnika"(ungarisch), pp. 198-201, May 1987.

3. H. Ney: Acoustic Modelling of Phoneme Units for Continuous Speech Recognition. Fifth European Signal Processing Conf., Barcelona, pp. 65-72, Sep. 1990.

4. H. Ney: Automatische Erkennung kontinuierlicher Sprache im Rahmen des Forschungsprojektes SPICOS. Konf. Elektronische Sprachsignalverarbeitung, TU Berlin, pp. 95-102, Sep. 1990.

5. H. Ney, R. Billi: Prototype Systems for Large Vocabulary Speech Recognition. Second European Conf. on Speech Communication and Technology, Genua, pp. 193-200, Sep. 1991.

6. H. Ney: Stochastic Grammars and Pattern Recognition. NATO Advanced Studies Institute "Speech Recognition and Understanding: Recent Advances, Trends and Applications", Cetraro, Italy, Juli 1990, Springer, Berlin, pp. 319-344, 1992.

7. H. Ney, X. Aubert, R. Haeb-Umbach: Overview of the Philips Continuous Speech Recognition System and Evaluation on DARPA RM. US-DARPA Workshop "Artificial Neural Network Technology Speech Program", Stanford University, CA, Proceedings, pp. 83-88, Sep. 1992.

8. H. Ney: Search Strategies for Large-Vocabulary Continuous-Speech Recognition, NATO Advanced Studies Institute "New Advances and Trends in Speech Recognition and Coding", Bubion, Spain, June-July 1993, Springer, Berlin, pp. 210-225, 1995.

9. H. Ney: Modeling and Search in Continuous Speech Recognition. Third European Conf. on Speech Communication and Technology, Berlin, pp. 491-498, Sep. 1993.

10. H. Ney, V. Steinbiss, X. Aubert, R. Haeb-Umbach: Progress in Large-Vocabulary Continuous Speech Recognition, FORWISS-CRIM Workshop, München, Sep. 1994, pp. 75-92, in H. Niemann, R. de Mori, G. Hanrieder (eds.): *Progress and Prospects of Speech Research and Technology*, Infix-Verlag, St. Augustin/Bonn, ISBN 3-929037-91-2, 1994.

11. H. Ney: The Pronunciation Lexicon in Automatic Speech Recognition. Konvens 94 – Konferenz "Verarbeitung natürlicher Sprache", Wien, pp. 3-12, Sep. 1994.

12. S. Ortmanns, H. Ney, A. Eiden, N. Coenen: Look-Ahead Techniques for Improved Beam Search. FORWISS-CRIM Workshop, Montreal, Canada, pp. 10-22, Oct. 1996.

13. H. Ney, S. Ortmanns: Progress in Dynamic Programming Search for LVCSR. IEEE Workshop on Automatic Speech Recognition and Understanding, Sta. Barbara, CA, pp. 287-294, Dec. 1997.

14. H. Ney: Stochastic Modelling of Knowledge Sources in Automatic Speech Recognition. Gesellschaft für Klassifikation, Potsdam, March 1997, pp. 313-334, in I. Balderjahn, R. Mathar, M. Schader (eds.): *Data Highways and Information Flooding, a Challenge for Classification and Data Analysis*, Springer, Berlin, 1998.

15. H. Ney: The Use of the Maximum Likelihood Criterion in Language Modelling. NATO Advanced Studies Institute, St. Helier, Jersey, July 1997, pp. 259-279, in K. Ponting (ed.): *Computational Models of Speech Pattern Processing*, Springer, Berlin, 1999.

16. H. Ney: Statistical Modelling – From Speech Recognition to Text Translation. Int. School on Neural Nets "Eduardo R. Caianiello", Salerno, Italy, Oct. 1998, pp. 190-215, in G. Chollet, M. Di Benedetto, A. Esposito, M. Marinaro (eds.): *Speech Processing, Recognition and Artificial Neural Networks*. Springer, Berlin, 1999.

17. H. Ney: Stochastic Modelling: From Pattern Recognition to Speech Recognition and Language Translation. DAGM-Jahrestagung (Deutsche Arbeitsgemeinschaft für Mustererkennung), Bonn, Sep. 1999, pp. 325-337, in W. Förstner et al. (eds.): *Mustererkennung 1999*, Springer, Berlin 1999.

18. H. Ney: Stochastic Modelling: From Pattern Classification to Speech Recognition and Translation. Int. Conf. on Pattern Recognition, Barcelona, Vol. 3, pp. 25-32, Sep. 2000.

19. H. Ney: Stochastic Modelling: From Pattern Classification to Language Translation. Data-Driven Machine Translation Workshop, 39th Annual Meeting of the Ass. for Computational Linguistics (ACL), Toulouse, pp. 33-37, July 2001.

20. H. Ney: The Statistical Approach to Spoken Language Translation. IEEE Automatic Speech Recognition and Understanding Workshop, Madonna di Campiglio, Italy, 8 pages, CD ROM, IEEE Catalog No. 01EX544, Dec. 2001.

21. H. Ney: The Statistical Approach to Machine Translation and a Roadmap for Speech Translation. Special Session, Europ. Conf. on Speech Communication and Technology, Geneva, Switzerland, pp. 361-364, Sep. 2003.

22. H. Ney: The Statistical Approach to Spoken Language Translation. Int. Workshop on Spoken Language Translation (IWSLT 2004), Kyoto, Japan, pp. XV-XVI (ext.abs.), Sep./Oct. 2004.

23. H. Ney: Statistical Machine Translation and its Challenges. Special Session, Int. Conf. on Spoken Language Processing (ICSLP 2004), Jeju Island, Korea, pp. 361-364, Oct. 2004.

## 3.2 Invited Talks without Paper

1. H. Ney: Mustererkennung und Spracherkennung. VDMA-Informationsveranstaltung "Sprach- und Mustererkennung", Verband Deutscher Maschinen- und Anlagenbau e.V., Fachgemeinschaft Büro- und Informationstechnik, Frankfurt am Main, May 1983.

2. H. Ney: Pattern Matching Systems. IEEE Workshop "Frontiers of Speech Recognition", Harriman, NY, Dec. 1985.

3. H. Ney: Automatische Segmentierung fließender Rede. GLDV-Jahrestagung, Podiumsdiskussion, Gesellschaft für linguistische Datenverarbeitung, Bonn, March 1987.

4. H. Ney: Maschinelle Spracherkennung – Status und Trends. IBM-Hochschulkolloquium "Maschinelle Sprachverarbeitung", Heidelberg, May 1990.

7

5. H. Ney: A Prototype System for Large Vocabulary, Continuous Speech Recognition. Konferenz "Voice Systems Worldwide", Hannover, March 1992.

6. H. Ney: Large Vocabulary, Continuous Speech Recognition. ELSNET/ESCA Workshop "Integrating Speech and Natural Language", European Language and Speech Network / European Speech Communication Ass., Dublin, July 1992.

7. H. Ney: Large-Vocabulary Continuous-Speech Recognition. Int. Workshop on Speech Translation, Schloß Dagstuhl/Wadern, Oct. 1992.

8. H.-W. Rühl, H. Ney: How Might Speech Recognition Influence the Future Telephone Network ? COST-232 Workshop, Rom, Nov. 1992.

9. H. Ney: Automatische Erkennung kontinuierlicher Sprache für großen Wortschatz. Kolloquium der DAGA'93, Deutsche Arbeitsgemeinschaft für Akustik, Frankfurt am Main, March-April 1993.

10. H. Ney: Maschinelle Spracherkennung – Status und Trends. Kolloquium "Sprachtechnologie 2000", Bundesministerium für Forschung und Technologie, Bonn, June 1993.

11. H. Ney: Speech Recognition vs. Pattern Recognition. IEEE Workshop on Automatic Speech Recognition, Snowbird, UT, p. 58 (abstract), Dec. 1993.

12. H. Ney: Statistical Methods in Speech and Language Processing. 5-Day-Course in the European Summer School on Corpus-Based Methods, Utrecht, July 1994.

13. H. Ney, U. Essen, R. Kneser: Smoothing and Clustering in Language Modeling. Tutorial Lecture, US-ARPA Workshop "Frontiers in Speech Recognition", Rutgers University, Piscatway, NJ, July-Aug. 1994.

14. H. Ney: Experiments in $m$-gram Language Modeling. Final Day Review, US-ARPA Workshop "Frontiers in Speech Recognition", Rutgers University, Piscatway, NJ. July-Aug. 1994.

15. H. Ney, A. Stolcke: Language Modeling – Portability and Adaptation. Final Day Review, US-ARPA Workshop "Language Modeling", Johns Hopkins University, Baltimore, MD, July-Aug. 1995.

16. H. Ney: Language Modelling and Search – Expert's Summary. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, München, April 1997.

17. H. Ney: Language Modelling and Search for Large Vocabulary Continuous Speech Recognition. Tutorial Lecture, ENST Paris, March 1998.

18. H. Ney: Statistical Machine Translation. Tutorial Lecture, ENST Paris, March 1998.

19. H. Ney: Search for Large Vocabulary Continuous Speech Recognition. Tutorial Lecture, Summer School (ESCA-IIASS-EMSCSC) "Acoustic Speech Processing and Neural Networks for Automatic Speech Recognition", Salerno, Italy, Oct. 1998.

20. H. Ney: Statistical Translation. Tutorial Lecture, Summer School (ESCA-IIASS-EMSCSC) "Acoustic Speech Processing and Neural Networks for Automatic Speech Recognition", Salerno, Italy, Oct. 1998.

21. H. Ney: Stochastic Modelling: From Pattern Recognition to Language Translation. National Symposium of Pattern Recognition and Image Analysis, Bilbao, Spain, May 1999.

22. H. Ney: Large Vocabulary Continuous Speech Recognition. Tutorial Lecture, National Symposium of Pattern Recognition and Image Analysis, Bilbao, Spain, May 1999.

23. H. Ney: Highlights of Eurospeech-99 – Expert's Summary. Europ. Conf. on Speech Communication and Technology, Budapest, Sep. 1999.

24. H. Ney: Dynamic Programming Search and Large Vocabulary Continuous Speech Recognition. DARPA/Bell Labs Workshop–2000 on Spoken Language Recognition and Understanding, Summit, NJ, Feb. 2000.

25. H. Ney: Stochastic Modelling: From Pattern Recognition to Spoken Language Processing. Heraeus–Seminar Physikzentrum Bad Honnef, April 2000.

26. H. Ney: Statistical Translation. Verbmobil – Final Symposium, July 2000, Saarbrücken.

# 4   CONTRIBUTIONS TO BOOKS

1. H. Ney (Dissertation): 'Untersuchungen zur automatischen Erkennung kooperativer Sprecher über Telefon'. Hamburger Phonetische Beiträge, Vol. 42, Helmut Buske Verlag, Hamburg, 1983.

2. H. Ney: 'Methoden der Sprachanalyse', pp. 117-154, 'Verfahren der Mustererkennung', pp. 225-258, 'Sprecherverifikation über Telefon', pp. 297-313, 'Wortkettenerkennung', pp. 358-372, in K. Sickert (ed.): *Automatische Spracheingabe und Sprachausgabe*, Verlag Markt und Technik, Haar/München, 1983.

3. H. Bourlard, Y. Kamp, H. Ney, C. J. Wellekens: 'Speaker Dependent Connected Speech Recognition via Dynamic Programming and Statistical Methods', pp. 115-148, in M.R. Schröder (ed.): *Speech and Speaker Recognition*, Bibliotheca Phonetica, Vol. 12, Karger, Basel, 1985.

4. H. Ney: 'Automatic Speech Recognition', pp. 735-762, in A.E. Cawkell (ed.): *Handbook of Information Technology and Office Systems*, North-Holland, Amsterdam, 1986.

5. D. Mergel, H. Ney: 'Automatische Erkennung kontinuierlicher Sprache', pp. 108-113, in "Philips – Unsere Forschung in Deutschland", Aachen/Hamburg, 1988.

6. A. Noll, H. Ney: 'Worterkenner für kleinen Wortschatz', pp. 113-116, 1988. in "Philips – Unsere Forschung in Deutschland", Aachen/Hamburg, 1988.

7. H. Ney: 'Automatic Speech Recognition', pp. 586-599, in I. S. Batori, W. Lenders, W. Putschke (eds.): *Computational Linguistics*, de Gruyter, Berlin, 1989.

8. H. Ney, V. Steinbiss, A. Paeseler: 'A Research Prototype System for Large Vocabulary Continuous Speech Recognition', pp. 79-90, in H. Mangold (ed.): *Sprachliche Mensch-Maschine-Kommunikation*, Oldenbourg-Verlag, München, 1992.

9. V. Steinbiss, H. Ney, R. Haeb-Umbach, B.-H. Tran, U. Essen, R. Kneser et al.: 'The Philips Research System for Large-Vocabulary Continuous-Speech Recognition', in K. C. Varghese, S. Pfleger, J. P. Lefevre (eds.): *Advanced Speech Applications – European Research on Speech Technology*, Research Reports ESPRIT, Vol. 1, ISBN-3-540-58142-1, 1994.

10. H. Ney, X. Aubert: 'Dynamic Programming Search: From Digit Strings to Large Vocabulary Word Graphs', pp. 385-412, in C.-H. Lee, F. K. Soong, K. K. Paliwal (eds.): *Automatic Speech and Speaker Recognition: Advanced Topics*, Kluwer Academic Publishers, Dordrecht, March 1996.

11. H. Ney: 'Corpus-Based Statistical Methods in Speech and Language Processing', pp. 1-26, in G. Bloothooft, S. Young (eds.): *Corpus-Based Methods in Speech and Language*, Kluwer Academic Publishers, Dordrecht, 1997.

12. H. Ney, S. Martin, F. Wessel: 'Statistical Language Modelling by Leaving-One-Out', pp. 174-207, in G. Bloothooft, S. Young (eds.): *Corpus-Based Methods in Speech and Language*, Kluwer Academic Publishers, Dordrecht, 1997.

13. H. Ney: 'Language Models', pp. 237-287, in D. Gibbon, R. Moore, R. Winski (eds.): *Handbook for Spoken Language Systems*, de Gruyter, Berlin, 1997.

14. H. Ney: 'Warum ist Spracherkennung so schwierig?', pp. 392-398, in R. Walter, B. Rauhut (eds.): *Horizonte – Die RWTH Aachen auf dem Weg ins 21. Jahrhundert*, Springer, Berlin 1999.

15. H. Ney: Sprach- und Informationsverarbeitung für das 21. Jahrhundert. Workshop Chancen und Grenzen der Informationstechnik, RWTH Aachen, Oct. 1999, pp. 263-272, in M. Kerner (ed.): *Der vernetzte Mensch*, Verlag Mainz, Aachen, 1999.

16. S. Vogel, F. J. Och, C. Tillmann, S. Nießen, H. Sawaf, H. Ney: 'Statistical Methods for Machine Translation', in W. Wahlster (ed.): *Verbmobil: Foundations of Speech-to-Speech Translation*, Springer, Berlin, pp. 377-393, 2000.

17. S. Kanthak, A. Sixtus, S. Molau, R. Schlüter, H. Ney: 'Fast Search for Large Vocabulary Speech Recognition', in W. Wahlster (ed.): *Verbmobil: Foundations of Speech-to-Speech Translation*, Springer, Berlin, pp. 63-78, 2000.

18. H. Ney, F. J. Och: 'Machine Translation using Statistical Modelling', in W. Chou, B. H. Juang (eds.): *Pattern Recognition and Natural Language Processing*, pp. 321-351, CRC Press, Boca Raton, FL, 2003.

19. H. Ney: 'Hidden Markov Models', pp. 151-152, Vol. 2, in in W. J. Frawley (ed.): *International Encyclopedia of Linguistics*, 4 Volumes, sec. ed., ISBN 0-19-513977-1, Oxford University Press, New York, 2003.

20. K. Macherey, H. Ney: 'Feature Functions for Tree-Based Dialogue Course Management', in W. Minker, D. Bühler, L. Dybkjaer (eds.): *Spoken Multimodal Human-Computer Dialogue in Mobile Environments*, Springer Series: Text, Speech and Language Technology, Volume 28, New York, NY, 2005, in press.

21. H. Ney: 'Statistical Natural Language Processing', 30 pages, in G. Altmann, R. Köhler, R. G. Piotrowski (eds.): *International Handbook of Quantitative Linguistics*, de Gruyter, Berlin, 2005, to appear.

# 5   INTERNATIONAL CONFERENCES

1. H. Ney, M. H. Kuhn: Cluster Analysis for Telephone-Line Speaker Recognition. First European Signal Processing Conf., Lausanne, pp. 609-613, Sep. 1980.

2. H. Ney: A Dynamic Programming Technique for Nonlinear Smoothing. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Atlanta, GA, pp. 62-65, March-April 1981.

3. H. Ney: Telephone-Line Speaker Recognition Using Clipped Autocorrelation Analysis. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Atlanta, GA, pp. 188-192, March-April 1981.

4. H. Ney: An Optimization Algorithm for Determining the Endpoints of Isolated Utterances. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Atlanta, GA, pp. 720-723, March-April 1981.

5. M. H. Kuhn, H. Tomaschewski, H. Ney: Fast Nonlinear Time Alignment for Isolated Word Recognition. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Atlanta, GA, pp. 736-740, March-April 1981.

6. H. Ney, R. Gierloff: Speaker Recognition Using a Feature Weighting Technique. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Paris, pp. 1645-1648, May 1982.

7. H. Ney: Dynamic Programming as a Technique for Pattern Recognition. Sixth Int. Conf. on Pattern Recognition, München, pp. 1119-1125, Oct. 1982.

8. H. Ney: Experiments in Connected Word Recognition. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Boston, MA, pp. 288-291, April 1983.

9. H. Bourlard, C. J. Wellekens, H. Ney: Connected Digit Recognition Using Vector Quantization. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, San Diego, CA, pp. 26.10.1-4, March 1984.

10. H. Ney: A Script-Guided Algorithm for the Automatic Segmentation of Continuous Speech. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Tampa, FL, pp. 1209-1212, March 1985.

11. D. Mergel, H. Ney: Phonetically Guided Clustering for Isolated Word Recognition. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Tampa, FL, pp. 854-857, March 1985.

12. H. Ney: Dynamic Programming Speech Recognition Using a Context Free Grammar. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Dallas, TX, pp. 3.2.1-4, April 1987.

13. H. Ney, D. Mergel, A. Noll, P. Paeseler: A Data-Driven Organization of Dynamic Programming Beam Search for Continuous Speech Recognition. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Dallas, TX, pp. 20.9.1-4, April 1987.

14. A. Noll, H. Ney: Training of Phoneme Models in a Sentence Recognition System. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Dallas, TX, pp. 29.6.1-4, April 1987.

15. H. Ney, D. Mergel, A. Noll, P. Paeseler: An Overview of Speech Recognition in the SPICOS System. NATO Advanced Studies Institute "Recent Advances in Speech Understanding and Dialog Systems", Bad Winsheim, July 1987, Springer, Berlin, pp. 305-310, 1988.

16. H. Ney, A. Noll: Phoneme Modelling Using Continuous Mixture Densities. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, New York, NY, pp. 437-440, April 1988.

17. V. Steinbiss, R. Ullrich, H. Ney: Curve Fitting for the Recognition of Line Drawings. Fourth European Signal Processing Conf., Grenoble, pp. 1449-1452, Sep. 1988.

18. A. Paeseler, H. Ney: Continuous Speech Recognition Using a Stochastic Language Model. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Glasgow, pp. 719-722, May 1989.

19. V. Steinbiss, H.-H. Hamer, D. Mergel, H. Ney et al.: The Speech Database Used in SPICOS. ESCA Workshop "Speech Input/Output Assessment and Speech Databases", European Speech Communication Ass., pp. 2.7.1-4, Noordwijkerhout, Netherlands, Sep. 1989.

20. A. Paeseler, H. Ney, V. Steinbiss, H. Höge, E. Marschall: Continuous Speech Recognition in the SPICOS-II System. Dritter Int. GI-Kongreß, München, pp. 286-295, Oct. 1989.

21. H. Ney: Experiments on Mixture-Density Phoneme-Modelling for the Speaker-Independent 1000-Word Speech Recognition DARPA Task. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Albuquerque, NM, pp. 713-716, April 1990.

22. V. Steinbiss, A. Noll, A. Paeseler, H. Ney et al.: A 10000-Word Continuous Speech Recognition System. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Albuquerque, NM, pp. 57-60, April 1990.

23. H. Ney: Speech Recognition in a Neural Network Framework: Discriminative Training of Gaussian Models and Radial Basis Functions as Mixture Densities. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Toronto, pp. 573-576, May 1991.

24. H. Ney, U. Essen: On Smoothing Techniques for Bigram-Based Natural Language Modelling. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Toronto, pp. 825-828, May 1991.

25. R. Haeb-Umbach, H. Ney: A Look-Ahead Search Technique for Large Vocabulary, Continuous Speech Recognition. Second European Conf. on Speech Communication and Technology, Genua, pp. 495-498, Sep. 1991.

26. H. Ney, R. Haeb-Umbach, B.-H.Tran, M. Oerder: Improvements in Beam Search for 10000-Word Continuous Speech Recognition. IEEE Workshop on Automatic Speech Recognition, Harriman, NY, pp. 76-77, Dec. 1991.

27. R. Haeb-Umbach, H. Ney: Linear Discriminant Analysis for Improved Large-Vocabulary Continuous-Speech Recognition. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, San Francisco, CA, pp. 9-12, March 1992.

28. H. Ney, R. Haeb-Umbach, B.-H. Tran, M. Oerder: Improvements in Beam Search for 10000-Word Continuous Speech Recognition. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, San Francisco, CA, pp. 13-16, March 1992.

29. M. Oerder, H. Ney: Word Graphs: An Efficient Interface between Continuous Speech Recognition and Language Understanding. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Minneapolis, MN, Vol. II, pp. 119-122, April 1993.

30. X. Aubert, R. Haeb-Umbach, H. Ney: Continuous Mixture Densities and Linear Discriminant Analysis for Improved Context Dependent Acoustic Models. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Minneapolis, MN, Vol. II, pp. 648-651, April 1993.

31. R. Haeb-Umbach, D. Geller, H. Ney: Improvements in Connected Digit Recognition Using Linear Discriminant Analysis and Mixture Densities. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Minneapolis, MN, Vol. II, pp. 239-242, April 1993.

32. R. Kneser, U. Essen, H. Ney: Improved Statistical Clustering by Leaving-One-Out. NATO Advanced Studies Institute "New Advances and Trends in Speech Recognition and Coding", Bubion, Spain, June-July 1993, Springer, Berlin, pp. 256-259, 1995.

33. H. Ney, U. Essen: Estimating Small Probabilities by Leaving-One-Out. Third European Conf. on Speech Communication and Technology, Berlin, pp. 2239-2242, Sep. 1993.

34. R. Kneser, H. Ney: Improved Clustering Techniques for Class-Based Statistical Language Modelling. Third European Conf. on Speech Communication and Technology, Berlin, pp. 973-976, Sep. 1993.

35. V. Steinbiss, H. Ney, R. Haeb-Umbach, B.-H. Tran, U. Essen, R. Kneser et al.: The Philips Research System for Large-Vocabulary Continuous-Speech Recognition. Third European Conf. on Speech Communication and Technology, Berlin, pp. 2125-2128, Sep. 1993.

36. X. Aubert, C. Dugast, H. Ney, V. Steinbiss: Large Vocabulary Continuous Speech Recognition of Wall Street Journal Corpus. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Adelaide, Australia, Vol. II, pp. 129-132, April 1994.

37. H. Ney, X. Aubert: A Word Graph Algorithm for Large Vocabulary, Continuous Speech Recognition. Int. Conf. on Spoken Language Processing, Yokohama, Japan, pp. 1355-1358, Sep. 1994.

38. V. Steinbiss, B.-H. Tran, H. Ney: Improvements in Beam Search. Int. Conf. on Spoken Language Processing, Yokohama, Japan, pp. 2143-2146, Sep. 1994.

39. X. Aubert, C. Dugast, R. Kneser, S. Ortmanns, K. Beulen, H. Ney: Continuous Speech Recognition Tests and Results for the NAB'94 Corpus. ARPA Workshop on Speech and Language Technology, Austin, TX, pp. 156-161, Jan. 1995.

40. X. Aubert, H. Ney: Large Vocabulary Continuous Speech Recognition using Word Graphs. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Detroit, MI, Vol. I, pp. 49-52, May 1995.

41. R. Kneser, H. Ney: Improved Backing-Off for $m$-gram Language Modeling. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Detroit, MI, Vol. II, pp. 181-184, May 1995.

42. K. Beulen, L. Welling, H. Ney: Experiments with Linear Feature Extraction in Speech Recognition. Fourth European Conf. on Speech Communication and Technology, Madrid, pp. 1415-1418, Sep. 1995.

43. M. Generet, H. Ney, F. Wessel: Extensions of Absolute Discounting for Language Modelling. Fourth European Conf. on Speech Communication and Technology, Madrid, pp. 1245-1248, Sep. 1995.

44. S. Martin, J. Liermann, H. Ney: Algorithms for Bigram and Trigram Word Clustering. Fourth European Conf. on Speech Communication and Technology, Madrid, pp. 1253-1256, Sep. 1995.

45. S. Ortmanns, H. Ney: Experimental Analysis of the Search Space for 20000-Word Speech Recognition. Fourth European Conf. on Speech Communication and Technology, Madrid, pp. 901-904, Sep. 1995.

46. L. Welling, H. Ney, H. Eiden, C. Forbrig: Connected Digit Recognition Using Statistical Template Matching. Fourth European Conf. on Speech Communication and Technology, Madrid, pp. 1483-1486, Sep. 1995.

47. L. Welling, H. Ney: A Model for Efficient Formant Estimation. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Atlanta, GA, Vol. II, pp. 797-800, May 1996.

48. S. Vogel, H. Ney, C. Tillmann: HMM-Based Word Alignment in Statistical Translation. Int. Conf. on Computational Linguistics 1996, Copenhague, pp. 836-841, Aug. 1996.

49. C. Tillmann, H. Ney: Selection Criteria for Word Triggers in Language Modeling. Fourth Int. Colloquium on Grammatical Inference, Montpellier, pp.95-106, Springer, Lecture Notes in Artificial Intelligence 1147, Sep. 1996.

50. S. Ortmanns, H. Ney, A. Eiden: Language-Model Look-Ahead for Large Vocabulary Speech Recognition. 1996 Int. Conf. on Spoken Language Processing, Philadelphia, PA, pp. 2095-2098, Oct. 1996.

51. S. Ortmanns, H. Ney, F. Seide, I. Lindam: A Comparison of Time Conditioned and Word Conditioned Search Techniques for Large Vocabulary Speech Recognition. Int. Conf. on Spoken Language Processing, Philadelphia, PA, pp. 2091-2094, Oct. 1996.

52. H. Ney, S. Ortmanns: Extensions to the Word Graph Method for Large Vocabulary Continuous Speech Recognition. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, München, Vol. 3, pp. 1791-1794, April 1997.

53. S. Ortmanns, A. Eiden, H. Ney, N. Coenen: Look-Ahead Techniques for Fast Beam Search. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, München, Vol. 3, pp. 1783-1786, April 1997.

54. M. Simons, H. Ney, S.C. Martin: Distant Bigram Language Modelling Using Maximum Entropy. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, München, Vol. 2, pp. 787-790, April 1997.

55. C. Tillmann, S. Vogel, H. Ney, A. Zubiaga: A DP-based Search Using Monotone Alignments in Statistical Translation. ACL/EACL Conf. (Ass. for Comput. Linguistics), Madrid, pp. 289-296, July 1997.

56. C. Tillmann, H. Ney: Word Triggers and the EM Algorithm. ACL Special Interest Group Workshop on Computational Natural Language Learning (Assoc. for Comput. Linguistics), Madrid, pp. 117-124, July 1997.

57. R. Schlüter, W. Macherey, S. Kanthak, H. Ney, L. Welling: Comparison of Optimization Methods for Discriminative Training. Fifth European Conf. on Speech Communication and Technology, Rhodos, Vol. 1, pp. 14-17, Sep. 1997.

58. K. Beulen, E. Bransch, H. Ney: State-Tying for Context Dependent Phoneme Models. Fifth European Conf. on Speech Communication and Technology, Rhodos, Vol. 3, pp. 1179-1182, Sep. 1997.

59. S. Ortmanns, H. Ney, T. Firzlaff: Fast Likelihood Computation Methods for Continuous Mixture Densities in Large Vocabulary Speech Recognition. Fifth European Conf. on Speech Communication and Technology, Rhodos, Vol. 1, pp. 139-142, Sep. 1997.

60. S. Martin, J. Liermann, H. Ney: Adaptive Topic-Dependent Language Modelling using Word-based Varigrams. Fifth European Conf. on Speech Communication and Technology, Rhodos, Vol. 3, pp. 1447-1450, Sep. 1997.

61. C. Tillmann, S. Vogel, H. Ney, H. Sawaf, A. Zubiaga: Accelerated DP-based Search for Statistical Translation. Fifth European Conf. on Speech Communication and Technology, Rhodos, Vol. 5, pp. 2667-2670, Sep. 1997.

62. L. Welling, N. Haberland, H. Ney: Acoustic Front-End Optimization for Large Vocabulary Speech Recognition. Fifth European Conf. on Speech Communication and Technology, Rhodos, Vol. 4, pp. 2099-2102, Sep. 1997.

63. S. Nießen, S. Vogel, H. Ney, C. Tillmann: A DP-Based Search Algorithm for Statistical Machine Translation. COLING-ACL 98 (Ass. for Comput. Linguistics), Montreal, Canada, pp. 960-966, August 1998.

64. K. Beulen, H. Ney: Automatic Question Generation for Decision Tree Based State Tying. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Seattle, WA, pp. 805-808, May 1998.

65. S. Ortmanns, A. Eiden, H. Ney: Improved Lexical Tree Search for Large Vocabulary Recognition. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Seattle, WA, pp. 817-820, May 1998.

66. H. Ney, L. Welling, S. Ortmanns, K. Beulen, F. Wessel: The RWTH Large Vocabulary Speech Recognition System. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Seattle. WA, pp. 853-856, May 1998.

67. H. Aust, H. Ney: Evaluating Dialog Systems Used in the Real World. IEEE Int. Conf. on Acoustics. Speech and Signal Processing, Seattle, WA, pp. 1053-1056, May 1998.

68. H. Ney, L. Welling, S. Ortmanns, K. Beulen, F. Wessel: The RWTH Speech Recognition System and Spoken Document Retrieval. 24th Annual Conf. of the IEEE Industrial Electronics Society (IECON), Aachen, pp. 2022-2027, Sep. 1998.

69. I. García-Varea, F. Casacuberta, H. Ney: An Iterative DP-based Search Algorithm for Statistical Machine Translation. Int. Conf. on Spoken Language Processing, pp. 1135-1138, Sydney, Australia, Nov./Dec. 1998.

70. M. Pitz, S. Molau, R. Schlüter, H. Ney: Automatic Transcription Verification of Broadcast News and Similar Speech Corpora. DARPA Broadcast News Workshop, Herndon, VA, pp. 157-159. Feb.- March 99.

71. H. Ney: Speech Translation: Coupling of Recognition and Translation. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Phoenix, AR, pp. I-517-520, March 1999.

72. S. C. Martin, H. Ney, J. Zaplo: Smoothing Methods in Maximum Entropy Language Modelling. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Phoenix, AR, pp. I-545-548, March 1999.

73. L. Welling, S. Kanthak, H. Ney: Improved Methods for Vocal Tract Normalization. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Phoenix, AR, pp. II-761-764, March 1999.

74. F. J. Och, C. Tillmann, H. Ney: Improved Alignment Models for Statistical Machine Translation. Joint SIGDAT Conf. on Empirical Methods in Natural Language Processing and Very Large Corpora, College Park, MD, pp. 20-28, June 1999.

75. S. Martin, C. Hamacher, J. Liermann, F. Wessel, H. Ney: Assessment of Smoothing Methods and Complex Stochastic Language Modeling. Sixth European Conf. on Speech Communication and Technology, Budapest, pp. 1939-1942, Sep. 1999.

76. F. Wessel, K. Macherey, H. Ney: A Comparison of Word Graph and N-Best List based Confidence Measures. Sixth European Conf. on Speech Communication and Technology, Budapest, pp. 315-318, Sep. 1999.

77. R. Schlüter, W. Macherey, H. Ney: A Combined Maximum Mutual Information and Maximum Like-lihood Approach for Mixture Density Splitting. Sixth European Conf. on Speech Communication and Technology, Budapest, pp. 1715-1718, Sep. 1999.

78. R. Schlüter, B. Müller, F. Wessel, H. Ney: Interdependence of Language Models and Discriminative Training. IEEE Workshop on Automatic Speech Recognition and Understanding, Keystone, CO, pp. 119-122, Dec. 1999.

79. H. Sawaf, K. Schütz, H. Ney: On the Use of Grammar Based Language Models for Statistical Machine Translation. Int. Workshop on Parsing Technologies, Trento, Italy, pp. 231-241, Feb. 2000.

15

80. J. Dahmen, T. Theiner, D. Keysers. H. Ney, T. Lehmann, B. Wein: Classification of Radiographs in the 'Image Retrieval in Medical Applications (IRMA)' – System. Recherche d'Informations Assistee par Ordinateur (RIAO), Content-Based Multimedia Information Access, Paris, pp. 551-566, April 2000.

81. J. Dahmen, M. O. Güld, H. Ney, K. Beulen: A Mixture Densities Approach to Object Recognition for Image Retrieval. Recherche d'Informations Assistee par Ordinateur (RIAO), Content-Based Multimedia Information Access, Paris, pp. 1632-1647. April 2000.

82. S. Nießen, F. J. Och, G. Leusch, H. Ney: An Evaluation Tool for Machine Translation: Fast Evaluation for MT Research. 2nd Int. Conf. on Language Resources and Evaluation (LREC). Athens, pp. 39-45, May 2000.

83. S. Vogel, S. Nießen, H. Ney: Automatic Extrapolation of Human Assessment of Translation Quality. Workshop on Evaluation of Machine Translation, Athens, pp. 35-39, May 2000.

84. S. Kanthak, K. Schütz, H. Ney: Using SIMD Instructions for Fast Likelihood Calculation in LVCSR. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Istanbul, Turkey, pp. 1531-1534, June 2000.

85. A. Sixtus, S. Molau, S. Kanthak, R. Schlüter, H. Ney: Recent Improvements in the RWTH Large Vocabulary Speech Recognition System on Spontaneous Speech. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Istanbul, Turkey, pp. 1671-1674, June 2000.

86. F. Wessel, R. Schlüter, H. Ney: Using Posterior Word Probabilities for Improved Speech Recognition. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Istanbul, Turkey, pp. 1587-1590, June 2000.

87. S. Nießen, H. Ney: Improving SMT Quality with Morpho-Syntactical Analysis. Int. Conf. on Computational Linguistics 2000 (COLING), Saarbrücken, pp. 1081-1085, Aug. 2000.

88. F. J. Och, H. Ney: A Comparison of Alignment Models for Statistical Machine Translation. Int. Conf. on Computational Linguistics 2000 (COLING), Saarbrücken, pp. 1086-1090, Aug. 2000.

89. C. Tillmann, H. Ney: Word Re-ordering in a DP-based Approach to Statistical MT. Int. Conf. on Computational Linguistics 2000 (COLING), Saarbrücken, pp. 850-856, Aug. 2000.

90. S. Vogel, H. Ney: Construction of a Hierarchical Translation Memory. Int. Conf. on Computational Linguistics 2000 (COLING), Saarbrücken, pp. 1131-1135, Aug. 2000.

91. J. Dahmen, D. Keysers, M. O. Güld, H. Ney: Invariant Image Object Recognition using Mixture Densities. Int. Conf. on Pattern Recognition, Barcelona, pp. 614-617, Sep. 2000.

92. D. Keysers, J. Dahmen, T. Theiner, H. Ney: Experiments with an Extended Tangent Distance. Int. Conf. on Pattern Recognition, Barcelona, pp. 38-42, Sep. 2000.

93. S. Kanthak, A. Sixtus, S. Molau, H. Ney: Within-Word vs. Across-Word Decoding for Online Speech Recognition. ISCA Workshop Automatic Speech Recognition: 'Challenges for the New Millennium', Paris, pp. 40-46, Sep. 2000.

94. F. Hilger, H. Ney: Noise Level Normalization and Reference Adaptation for Robust Speech Recognition. ISCA Workshop Automatic Speech Recognition: 'Challenges for the New Millennium', Paris, pp. 64-68, Sep. 2000.

95. H. Ney, F. J. Och, S. Vogel: Statistical Translation of Spoken Dialogues in the Verbmobil System. Workshop Multilingual Speech Communication 2000, Kyoto, pp. 69-74, Oct. 2000.

96. F. J. Och, H. Ney: Improved Statistical Alignment Models. ACL Conf. (Ass. for Comput. Linguistics), Hong Kong, pp. 440-447, Oct. 2000.

97. S. Vogel, H. Ney: Translation with Cascaded Finite-State Transducers. ACL Conf. (Ass. for Comput. Linguistics), Hong Kong, pp.23-30, Oct. 2000.

98. R. Schlüter, F. Wessel, H. Ney: Speech Recognition using Context Conditional Word Posterior Probabilities. Int. Conf. on Spoken Language Processing, pp. 923-926, Beijing, Oct. 2000.

99. M. Pitz, F. Wessel, H. Ney: Improved MLLR Speaker Adaptation using Confidence Measures for Conversational Speech Recognition. Int. Conf. on Spoken Language Processing, pp. 548-541, Beijing, Oct. 2000.

100. F. Jelinek, W. Byrne, S. Khudanpur, B. Hladka, H. Ney, F. J. Och, J. Curin, J. Psutka: Robust Knowledge Discovery from Parallel Speech and Text Sources. Human Language Technology Conference, San Diego, CA, pp. 299-301, March 2001.

101. H. Ney, F. J. Och, S. Vogel: The RWTH System for Statistical Translation of Spoken Dialogues. Human Language Technology Conference, San Diego, CA, pp. 302-308, March 2001.

102. S. Molau, M. Pitz, R. Schlüter, H. Ney: Computing Mel-Frequency Cepstral Coefficients on the Power Spectrum. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Salt Lake City, UT, pp. 73-76, May 2001.

103. R. Schlüter, H. Ney: Using Phase Spectrum Information for Improved Speech Recognition Performance. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Salt Lake City, UT, pp. 133-136, May 2001.

104. F. Wessel, R. Schlüter, H. Ney: Explicit Word Error Minimization using Word Hypothesis Posterior Probabilities. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Salt Lake City, UT, pp. 33-36, May 2001.

105. F. Casacuberta, D. Llorens, C. Martinez, S. Molau, F. Nevado, H. Ney, M. Pasto, D. Pico, A. Sanchis, E. Vidal, J. M. Vilar: Speech-to-Speech Translation based on Finite-State Transducer. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Salt Lake City, UT, pp. 613-616, May 2001.

106. I. García-Varea, F. J. Och, H. Ney, F. Casacuberta: Refined Lexicon Models for Statistical Machine Translation using a Maximum Entropy Approach 39th Annual Meeting of the Ass. for Computational Linguistics (ACL), pp. 204-211, Toulouse, July 2001.

107. H. Sawaf, J. Zaplo, H. Ney: Statistical Classification Methods for Arabic News Articles. Arabic Natural Language Processing Workshop, 39th Annual Meeting of the Ass. for Computational Linguistics (ACL), Toulouse, 6 pages, July 2001.

108. S. Nießen, H. Ney: Toward Hierarchical Models for Statistical Machine Translation of Inflected Languages. Data-Driven Machine Translation Workshop, 39th Annual Meeting of the Ass. for Computational Linguistics (ACL), pp. 47-54, Toulouse, July 2001.

109. F. J. Och, N. Ueffing, H. Ney: An Efficient A* Search Algorithm for Statistical Machine Translation. Data-Driven Machine Translation Workshop, 39th Annual Meeting of the Ass. for Computational Linguistics (ACL), pp. 55-62, Toulouse, July 2001.

110. F. Hilger, H. Ney: Quantile Based Histogram Equalization for Noise Robust Speech Recognition. European Conf. on Speech Communication and Technology, Aalborg, Denmark, pp. 1135–1138, Sep. 2001.

111. K. Macherey, F. J. Och, H. Ney: Natural Language Understanding Using Statistical Machine Translation. European Conf. on Speech Communication and Technology, Aalborg, Denmark, pp. 2205–2208, Sep. 2001.

112. M. Pitz, S. Molau, R. Schlüter, H. Ney: Vocal Tract Normalization Equals Linear Transformation in Cepstral Space. European Conf. on Speech Communication and Technology, Aalborg, Denmark, pp. 2653–2656, Sep. 2001.

113. M. Bisani, H. Ney: Breadth-First Search for Finding the Optimal Phonetic Transcription from Multiple Utterances. European Conf. on Speech Communication and Technology, Aalborg, Denmark, pp. 1429-1432, Sep. 2001.

114. W. Macherey, D. Keysers, J. Dahmen, H. Ney: Improving Automatic Speech Recognition Using Tangent Distance. European Conf. on Speech Communication and Technology, Aalborg, Denmark, pp. 1825–1828, Sep. 2001.

115. S. Nießen, H. Ney: Morpho-syntactic Analysis for Reordering in Statistical Machine Translation. Machine Translation Summit VIII, Santiago de Compostela, Spain, pp. 247-252, Sep. 2001.

116. F. J. Och, H. Ney: Statistical Multi-Source Translation. Machine Translation Summit VIII, Santiago de Compostela, Spain, pp. 253-258, Sep. 2001.

117. F. J. Och, H. Ney: What Can Machine Translation Learn from Speech Recognition? Workshop on Machine Translation 2010 - Towards a Road Map for MT, Santiago de Compostela, Spain, pp. 26-31, Sep. 2001.

118. S. Molau, M. Pitz, H. Ney: Histogram Based Normalization in the Acoustic Feature Space. IEEE Workshop Automatic Speech Recognition and Understanding, Madonna di Campiglio, Italy, CD ROM, IEEE Catalog No. 01EX544, 4 pages, Dec. 2001.

119. W. Wessel, H. Ney: Unsupervised Training for Broadcast News Speech Recognition. IEEE Workshop Automatic Speech Recognition and Understanding, Madonna di Campiglio, Italy, CD ROM, IEEE Catalog No. 01EX544, 4 pages, Dec. 2001.

120. A. Juan, H. Ney: Reversing and Smoothing the Multinomial Naive Bayes Text Classifier. 2nd Int. Workshop on Pattern Recognition in Information Systems (PRIS 2002), Alicante, Spain, pp. 200-212, April 2002.

121. S. Kanthak, H. Ney: Context-Dependent Acoustic Modeling using Graphemes for Large Vocabulary Speech Recognition. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Orlando, FL, pp. 845-848, May 2002.

122. W. Macherey, H. Ney: Towards Automatic Corpus Preparation for a German Broadcast News Transcription System. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Orlando, FL, pp. 733-736, May 2002.

123. A. Sixtus, H. Ney: Training of Across-Word Phoneme Models for Large Vocabulary Continuous Speech Recognition. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Orlando, FL, pp. 849-852, May 2002.

124. K. Macherey, H. Ney: Scoring Criteria for Tree Based Dialogue Course Management. ISCA Tutorial and Research Workshop Multi-Modal Dialogue in Mobile Environments (ISCA = Int. Speech Communication Ass.), Kloster Irsee, Germany, CD-Rom, 15 pages, June 2002.

125. F. J. Och, H. Ney: Discriminative Training and Maximum Entropy Models for Statistical Machine Translation. 40th Annual Meeting of the Ass. for Computational Linguistics (ACL), Philadelphia, PA, pp. 295-302, July 2002.
    **(Best Paper Award)**

126. N. Ueffing, F. J. Och, H. Ney: Generation of Word Graphs in Statistical Machine Translation. Conf. on Empirical Methods in Natural Language Processing (EMNLP), 40th Annual Meeting of the Ass. for Computational Linguistics (ACL), Philadelphia, PA, pp. 156-163, July 2002.

127. D. Keysers, R. Paredes, H. Ney, E. Vidal: Combination of Tangent Vectors and Local Representations for Handwritten Digit Recognition. Int. Workshop on Statistical Pattern Recognition, Windsor, Canada, Springer LNCS 2396, pp. 538-547, Aug. 2002.

128. I. García-Varea, F. J. Och, H. Ney, F. Casacuberta: Improving Alignment Quality in Statistical Machine Translation using Context-Dependent Maximum Entropy Models. Int. Conf. on Computational Linguistics (COLING), Taipei, Taiwan, pp. 1051-1057, Aug. 2002.

129. M. Bisani, H. Ney: Investigations on Joint-Multigram Models for Grapheme-to-Phoneme Conversion. Int. Conf. on Spoken Language Processing, Denver, CO, pp. 105-108, Sep. 2002.

130. H. Hilger, S. Molau, H. Ney: Quantile based Histogram Equalization for Online Applications. Int. Conf. on Spoken Language Processing, Denver, CO, pp. 237-240, Sep. 2002.

131. S. Kanthak, H. Ney, M. Riley, M. Mohri: A Comparison of two LVCSR Search Optimization Techniques. Int. Conf. on Spoken Language Processing, Denver, CO, pp. 1309-1312, Sep. 2002.

132. W. Macherey, J. Viechtbauer, H. Ney: Probabilistic Retrieval based on Document Representations. Int. Conf. on Spoken Language Processing, Denver, CO, pp. 1481-1484, Sep. 2002.

133. M. Molau, F. Hilger, D. Keysers, H. Ney: Enhanced Histogram Normalization in the Acoustic Feature Space. Int. Conf. on Spoken Language Processing, Denver, CO, pp. 1421-1424, Sep. 2002.

134. A. Zolnay, R. Schlüter, H. Ney: Robust Speech Recognition using a Voiced-Unvoiced Feature. Int. Conf. on Spoken Language Processing, Denver, CO, pp. 1065-1068, Sep. 2002.

135. I. García-Varea, F. J. Och, H. Ney, F. Casacuberta: Efficient Integration of Maximum Entropy Lexicon Models within the Training of Statistical Alignment Models. Assoc. for Machine Translation of the Americas, AMTA Workshop, Tiburon, CA, Springer, LNAI 2499, pp. 54-63, Oct. 2002.

136. F. Hilger, H. Ney, O. Siohan, F. K. Soong: Combining Neighboring Filter Channels to Improve Quantile Based Histogram Equalization. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Hong Kong, pp. 640-643, April 2003.

137. S. Molau, F. Hilger, H. Ney: Feature Space Normalization in Adverse Acoustic Conditions. IEEE Int. Conf. on Acoustics, Speech and Signal Processing, Hong Kong, pp. 656-659, April 2003.

138. F. J. Och, R. Zens, H. Ney: Efficient Search for Interactive Statistical Machine Translation. Europ. Assoc. for Comput. Linguistics (EACL), Budapest, pp. 387-393, April 2003.

139. N. Ueffing, H. Ney: Using POS Information for Statistical Machine Translation into Morphologically Rich Languages. Europ. Assoc. for Comput. Linguistics (EACL), Budapest, pp. 347-354, April 2003.

140. O. Bender, K. Macherey, F. J. Och, H. Ney: Comparison of Alignment Templates and Maximum Entropy Models for Natural Language Understanding. Europ. Assoc. for Comput. Linguistics (EACL), Budapest, pp. 11-18, , April 2003.

141. O. Bender, F.J. Och, H. Ney: Maximum Entropy Models for Named Entity Recognition. 7th Conf. on Computational Natural Language Learning (CoNLL-2003), Edmonton, Canada, pp. 148-151, May 2003.

142. D. Keysers, R. Paredes, E. Vidal, H. Ney: Comparison of Log-Linear Models and Weighted Dissimilarity Measures. First Iberian Conf. on Pattern Recognition and Image Analysis, Puerto de Andratx, Spain, Springer LNCS Vol. 2652, pp. 370-377, June 2003.

143. H. Ney: On the Relationship between Classification Error Bounds and Training Criteria in Statistical Pattern Recognition. First Iberian Conf. on Pattern Recognition and Image Analysis, Puerto de Andratx, Spain, Springer LNCS Vol. 2652, pp. 636-645, June 2003.

144. R. Zens, H. Ney: A Comparative Study on Reordering Constraints in Statistical Machine Translation. Annual Meeting of the Association for Computational Linguistics, Sapporo, Japan, pp. 144-151, July 2003.

145. D. Sündermann, H. Ney: An Automatic Segmentation and Mapping Approach for Voice Conversion Parameter Training. 10th Int. Workshop on Advances in Speech Technology (AST 2003), Maribor, Slovenia, July 2003.

146. K. Macherey, O. Bender, H. Ney: Multi-Level Error Handling for Tree-Based Dialogue Course Management. ISCA Tutorial and Research Workshop on Error Handling in Spoken Dialogue Systems, Chateau-d'Oex-Vaud, Switzerland, pp. 123-128, Aug. 2003.

147. F. Hilger, H. Ney: Evaluation of Quantile Based Histogram Equalization with Filter Combination on the Aurora 3 and 4 Databases. Europ. Conf. on Speech Communication and Technology, pp. 341-344, Geneva, Switzerland, Sep. 2003.

148. W. Macherey, H. Ney: A Comparative Study on Maximum Entropy and Discriminative Training for Acoustic Modeling in Automatic Speech Recognition. Europ. Conf. on Speech Communication and Technology, pp. 493-496, Geneva, Switzerland, Sep. 2003.

149. A. Zolnay, R. Schlüter, H. Ney: Extraction Methods of Voicing Feature for Robust Speech Recognition. Europ. Conf. on Speech Communication and Technology, pp. 497-500, Geneva, Switzerland, Sep. 2003.

150. K. Macherey, H. Ney: Features for Tree-Based Dialogue Course Management. Europ. Conf. on Speech Communication and Technology, pp. 601-604, Geneva, Switzerland, Sep. 2003.

151. M. Bisani, H. Ney: Multigram-based Grapheme-to-Phoneme Conversion for LVCSR. Europ. Conf. on Speech Communication and Technology, pp. 933-936, Geneva, Switzerland, Sep. 2003.

152. A. Kobayashi, F. J. Och, H. Ney: Named Entity Extraction from Japanese Broadcast News. Europ. Conf. on Speech Communication and Technology, pp. 1125-1128, Geneva, Switzerland, Sep. 2003.

153. S. Kanthak, H. Ney: Multilingual Acoustic Modeling Using Graphemes. Europ. Conf. on Speech Communication and Technology, pp. 1145-1148, Geneva, Switzerland, Sep. 2003.

154. M. Pitz, H. Ney: Vocal Tract Normalization as Linear Transformation of MFCC. Europ. Conf. on Speech Communication and Technology, pp. 1445-1448, Geneva, Switzerland, Sep. 2003.

155. N. Ueffing, K. Macherey, H. Ney: Confidence Measures for Statistical Machine Translation. Machine Translation Summit IX, New Orleans, LO, pp. 394-401, Sep. 2003.

156. G. Leusch, N. Ueffing, H. Ney: A Novel String-to-String Distance Measure with Applications to Machine Translation Evaluation. Machine Translation Summit IX, New Orleans, LO, pp. 240-247, Sep. 2003.

157. D. Sündermann, H. Ney: Synther - a New m-Gram POS Tagger. Int. Conf. on Natural Language Processing and Knowledge Engineering (NLP-KE'03), Beijing, China, pp. 628-633, Oct. 2003.

158. D. Sündermann, H. Ney, H. Höge: VTLN-Based Cross-Language Voice Conversion. 8th IEEE Automatic Speech Recognition and Understanding Workshop (ASRU 2003), St. Thomas, Virgin Islands, USA, pp. 676-681, Dec. 2003.

159. D. Sündermann, H. Ney: VTLN-Based Voice Conversion. 3rd IEEE Int. Symp. on Signal Processing and Information Technology (ISSPIT 2003), Darmstadt, Germany, Dec. 2003.

160. D. Vilar, H. Ney, A. Juan, E. Vidal: Effect of Feature Smoothing Methods in Text Classification Tasks. 4th Int. Workshop on Pattern Recognition in Information Systems (PRIS), Porto, Portugal, pp. 108-117, April 2004.

161. M. Bisani, H. Ney: Bootstrap Estimates for Confidence Intervals in ASR Performance Evaluation. IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, Montreal, Canada, pp. 409-412, May 2004.

162. M. Popovic, H. Ney: Towards the Use of Word Stems and Suffixes for Statistical Machine Translation. 4th Int. Conf. on Language Resources and Evaluation (LREC), Lisbon, Portugal, pp. 1585-1588, May 2004.

163. J. Bungeroth, H. Ney: Statistical Sign Language Translation. Workshop on Representation and Processing of Sign Languages, 4th Int. Conf. on Language Resources and Evaluation (LREC 2004), Lisbon, Portugal, pp. 105-108, May 2004.

164. R. Zens, H. Ney: Improvements in Phrase-Based Statistical Machine Translation. Human Language Technology Conference (HLT-NAACL), Boston, MA, pp. 257-264, May 2004.

165. S. Kanthak, H. Ney: FSA: An Efficient and Flexible C++ Toolkit for Finite State Automata Using On-Demand Computation. 42nd Annual Meeting of the Association for Computational Linguistics (ACL 2004), Barcelona, Spain, pp. 510-517, July 2004.

166. J. Xu, R. Zens, H. Ney: Do We Need Chinese Word Segmentation for Statistical Machine Translation? Third SIGHAN Workshop on Chinese Language Learning, 42nd Annual Meeting of the Association for Computational Linguistics (ACL), Barcelona, Spain, pp. 122-128, July 2004.

167. H. Ney, M. Popovic, D. Sündermann: Error Measures and Bayes Decision Rules Revisited with Applications to POS Tagging. Conf. on Empirical Methods in Natural Language Processing (EMNLP), 42nd Annual Meeting of the Association for Computational Linguistics (ACL), Barcelona, Spain, pp. 270-276, July 2004.

168. E. Matusov, R. Zens, H. Ney: Symmetric Word Alignments for Statistical Machine Translation. 20th Int. Conf. on Computational Linguistics (COLING 2004), Geneva, Switzerland, pp. 219-225, Aug. 2004.

169. M. Popovic, H. Ney: Improving Word Alignment Quality using Morpho-Syntactic Information. 20th Int. Conf. on Computational Linguistics (COLING 2004), Geneva, Switzerland, pp. 310-314, Aug. 2004.

170. R. Zens, E. Matusov, H. Ney: Improved Word Alignment Using a Symmetric Lexicon Model. 20th Int. Conf. on Computational Linguistics (COLING 2004), Geneva, Switzerland, pp. 36-42, Aug. 2004.

171. R. Zens, H. Ney, T. Watanabe, E. Sumita: Reordering Constraints for Phrase-Based Statistical Machine Translation. 20th Int. Conf. on Computational Linguistics (COLING 2004), Geneva, Switzerland, pp. 205-211, Aug. 2004.

172. T. Deselaers, D. Keysers, H. Ney: Classification Error Rate for Quantitative Evaluation of Content-based Image Retrieval Systems. Int. Conf. on Pattern Recognition (ICPR 2004), Cambridge, England, pp. 505-508, Aug. 2004.

173. D. Keysers, C. Gollan, H. Ney: Local Context in Non-linear Deformation Models for Handwritten Character Recognition. Int. Conf. on Pattern Recognition (ICPR 2004), Cambridge, England, pp. 511-514, Aug. 2004.

174. D. Keysers, H. Ney: Linear Discriminant Analysis and Discriminative Log-linear Modeling. Int. Conf. on Pattern Recognition (ICPR 2004), Cambridge, England, pp. 156-159, Aug. 2004.

175. T. Kölsch, D. Keysers, H. Ney, R. Paredes: Enhancements for Local Feature Based Image Classification. Int. Conf. on Pattern Recognition (ICPR 2004), Cambridge, England, pp. 248-251, Aug. 2004.

176. T. Deselaers, D. Keysers, H. Ney: FIRE - Flexible Image Retrieval Engine: ImageCLEF 2004 Evaluation. Cross Language Evaluation Forum Workshop (CLEF 2004), Bath, England, pp. 535-544, Sep. 2004.

177. E. Matusov, M. Popovic, R. Zens, H. Ney: Statistical Machine Translation of Spontaneous Speech with Scarce Resources. Int. Workshop on Spoken Language Translation (IWSLT 2004), Kyoto, Japan, pp. 139-146, Sep./Oct. 2004.

178. O. Bender, R. Zens, E. Matusov, H. Ney: Alignment Templates: the RWTH SMT System. Int. Workshop on Spoken Language Translation (IWSLT 2004), Kyoto, Japan, pp. 79-84. Sep./Oct. 2004.

179. D. Sündermann, A. Bonafonte, H. Ney: A First Step Towards Text-Independent Voice Conversion. Int. Conf. on Spoken Language Processing (ICSLP 2004), Jeju Island, Korea, pp. 1173-1176, Oct. 2004.

180. W. Macherey, R. Schlüter, H. Ney: Discriminative Training with Tied Covariance Matrices. Int. Conf. on Spoken Language Processing (ICSLP 2004), Jeju Island, Korea, pp. 681-684, Oct. 2004.

181. N. Ueffing, H. Ney: Bayes Decision Rules and Confidence Measures for Statistical Machine Translation. ESTAL Workshop, Springer LNCS, Alicante, Spain, pp. 70-81, Oct. 2004.

182. D. Sündermann, A. Bonafonte, H. Höge, H. Ney: Time Domain Vocal Tract Length Normalization. 4th IEEE Int. Symposium on Signal Processing and Information Technology (ISSPIT 2004), Rome, Italy, Dec. 2004.

183. C. Gollan, M. Bisani, S. Kanthak, R. Schlüter, H. Ney: Cross Domain Automatic Transcription on the TC-STAR EPPS Corpus. IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, Philadelphia, PA, March 2005, in press.

184. D. Sündermann, A. Bonafonte, H. Ney: A Study on Residual Prediction Techniques for Voice Conversion. IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, Philadelphia, PA, March 2005, in press.

185. A. Zolnay, R. Schlüter, H. Ney: Acoustic Feature Combination for Robust Speech Recognition. IEEE Int. Conf. on Acoustics, Speech, and Signal Processing, Philadelphia, PA, March 2005, in press.

# 6  PROCEEDINGS OF OTHER CONFERENCES

1. H. Ney: Quantisierung von Spektralkomponenten für die Klassifikation von Sprachsignalen. DAGM-Symposium "Bildverarbeitung und Mustererkennung", Deutsche Arbeitsgemeinschaft für Mustererkennung, Oberpfaffenhofen, Informatik-Fachberichte, Springer, Berlin, Vol. 17, pp. 62-67, Oct. 1978.

2. H. Ney: Echtzeit-Bestimmung der Stimmbandgrundfrequenz auf einem Minicomputer. Viertes DFG-Kolloquium "Sprachverarbeitung", Darmstadt, pp. 95-100, Oct. 1979.

3. H. Ney, M. H. Kuhn, H. Piotrowski: Sprechererkennung anhand einer Statistik der Kurzzeitspektren. Viertes DFG-Kolloquium "Sprachverarbeitung", Darmstadt, pp. 144-147, Oct. 1979.

4. H. Ney: Automatische Sprecher- und Spracherkennung. Nachrichtentechnisches Kolloquium, Fachbereich Elektrotechnik der Universität Duisburg, pp. 129-162, July 1980.

5. H. Ney: Automatic 'Voiceprint' Comparison by Computer. Int. Conf. "Security Through Science and Engineering", Berlin, pp. 121-130, Sep. 1980.

6. M. H. Kuhn, H. Ney: Anwendungen der Sprechererkennung in Informationssystemen – automatische Zugangskontrolle mittels Sprecherverifikation. ONLINE '81 – vierter europäischer Messekongreß für Telekommunikation, Düsseldorf, 22 Seiten, Feb. 1981.

7. R. Gierloff, H. Ney, R. Frehse: Ein On-Line-System für die Sprechererkennung über Telefon. Fortschritte der Akustik – DAGA'81, Deutsche Arbeitsgemeinschaft für Akustik, Berlin, pp. 657-660, April 1981.

8. H. Ney, R. Gierloff, R. Frehse: An Automatic System for Verification of Cooperative Speakers via Telephone. 1981 Carnahan Conf. on Crime Countermeasures, Lexington, KY, pp. 97-101, May 1981.

9. H. Ney: Konturbestimmung in Bildern mit dynamischer Programmierung. DAGM-Symposium "Modelle und Strukturen", Deutsche Arbeitsgemeinschaft für Mustererkennung, Hamburg, Informatik-Fachberichte, Springer, Berlin, Vol. 49, pp. 319-326, Oct. 1981.

10. H. Ney: Automatische Sprechererkennung. TELECOM'81 – Fachkongreß für organisierte geschäftliche Telekommunikation, Köln, pp. 128-131, Nov. 1981.

11. H. Ney: Connected Utterance Recognition Using Dynamic Programming. Fortschritte der Akustik – FASE/DAGA'82, Federation of Acoustic Societies of Europe / Deutsche Arbeitsgemeinschaft für Akustik, Göttingen, pp. 915-918, Sep. 1982.

12. H. Ney, R. Gierloff: Evaluation of a Speaker Verification System via Telephone. Fortschritte der Akustik – FASE/DAGA'82, Federation of Acoustic Societies of Europe / Deutsche Arbeitsgemeinschaft für Akustik, Göttingen, pp. 939-942, Sep. 1982.

13. H. Ney: Erkennung von Ziffernfolgen. GMD-Workshop "Sprachverarbeitung", St. Augustin/Bonn. pp. 26-30, Dec. 1982.

14. M.H. Kuhn, H. Ney: Aufwandsreduktion bei der sprecherunabhängigen Worterkennung. GMD-Workshop "Sprachverarbeitung", St. Augustin/Bonn. pp. 16-25, Dec. 1982.

15. H. Ney: Statistical Aspects in Connected Word Recognition. 5. Aachener Kolloquium "Mathematische Methoden der Signalverarbeitung", Aachen, pp. 374-377, Sep. 1984.

16. H. Ney, D. Mergel, A. Noll, A. Paeseler: Word Recognition in the SPICOS System. NTG-Fachtagung "Sprachkommunikation", München, pp. 85-90. April 1986.

17. A. Noll, H. Ney, D. Mergel: Emission Probability Modelling for Speaker Independent Recognition of Isolated Words via Telephone Lines. NTG-Fachtagung "Sprachkommunikation", München, pp. 26-30, April 1986.

18. H. Höge, H. Ney: Architektur des sprachverstehenden Systems SPICOS. Kleinheubacher Berichte Nr. 29, Kleinheubach, pp. 29-36, Oct. 1986.

19. H. Ney: Spracherkennung mit stochastischen Grammatiken: Wissensrepräsentation, Architektur und Suchstrategie. DAGM-Symposium "Mustererkennung", Braunschweig, Deutsche Arbeitsgemeinschaft für Mustererkennung, Informatik-Fachberichte, Springer, Berlin, Vol. 149, pp. 118-122, Oct. 1987.

20. D. Mergel, H. Ney, A. Noll, A. Paeseler: Wechselwirkung zwischen akustischer Erkennung und höheren Wissensquellen im sprachverstehenden System SPICOS. DAGM-Symposium "Mustererkennung", Braunschweig, Deutsche Arbeitsgemeinschaft für Mustererkennung, Informatik-Fachberichte, Springer, Berlin, Vol. 149, pp. 112-117, Oct. 1987.

21. A. Paeseler, H. Ney: Large-Vocabulary, Phoneme-Based, Continuous Speech Recognition in the SPICOS System. ITG-Fachtagung "Digitale Sprachverarbeitung – Prinzipien und Anwendungen", Bad Nauheim, pp. 153-157, Oct. 1988.

22. D. Geller, R. Haeb-Umbach, H. Ney: Improvements in Speech Recognition for Voice Dialling in the Car Environment. ETRW Workshop "Speech Processing in Adverse Conditions", pp. 203-206, Cannes, Nov. 1992.

23. U. Essen, H. Ney: Statistical Language Modelling Using a Cache Memory. First Quantitative Linguistics Conf., Trier, Sep. 1991, erschienen in R. Köhler, B. B. Rieger (eds.): *Contributions to Quantitative Linguistics*, Kluwer Academic Publishers, Dordrecht, pp. 213-220, 1993.

24. H. Kneser, H. Ney: Forming Word Classes by Statistical Clustering for Statistical Language Modelling. First Quantitative Linguistics Conf., Trier, Sep. 1991, erschienen in R. Köhler, B. B. Rieger (eds.): *Contributions to Quantitative Linguistics*, Kluwer Academic Publishers, Dordrecht, pp. 221-226, 1993.

25. K. Beulen, E. Bransch, M. Kramer, H. Ney: State-Tying für kontextabhängige Phonemmodelle. ITG-Fachtagung Sprachkommunikation, Frankfurt am Main, pp. 51-54, Sep. 1996.

26. C. Tillmann, H. Ney: Statistical Language Modeling and Word Triggers. Int. Workshop on Speech and Computer, St. Petersburg, pp. 22-27, Oct. 1996.

27. L. Welling, H. Ney: Formantbestimmung zur Spracherkennung mit digitalen Resonatoren. Konf. Elektronische Sprachsignalverarbeitung, TU Berlin, Studientexte zur Sprachkommunikation, Heft 13, pp.59-67, Nov. 1996.

28. R. Schlüter, H. Ney, L. Welling: Diskriminatives Training für Spracherkennung bei kleinem Vokabular. 9. Aachener Kolloquium "Signaltheorie – Bild- und Sprachsignale", Aachen, pp. 297-300, March 1997.

29. F. Wessel, S. Ortmanns, H. Ney: Implementation of Word Based Statistical Language Models. SQEL Workshop on Multi-lingual Information Retrieval Dialogs, Pilsen, Czech Republic, pp. 55-59, April 1997.

30. S. Ortmanns, L. Welling, K. Beulen, F. Wessel, H. Ney: Architecture and Search Organization for Large Vocabulary Continuous Speech Recognition. 27. Jahrestagung der Gesellschaft für Informatik, Aachen, Sep. 1997.

31. J. Dahmen, K. Beulen, H. Ney: Objektklassifikation mit Mischverteilungen. DAGM-Jahrestagung (Deutsche Arbeitsgemeinschaft für Mustererkennung), Stuttgart, Sep. 1998, pp. 167-174, in P. Levi, R.-J. Ahlers, F. May, M. Schanz (eds.): *Mustererkennung 1998*, Springer, Berlin 1998.

32. J. Dahmen, T. Lehmann, K. Spitzer, H. Ney: Image Retrieval für klinische Bilddatenbanken. Workshop Bildverarbeitung für die Medizin 1998 (BVM 1998), Aachen, March 1998, T. Lehmann, V. Metzler, K. Spitzer, T. Tolxdorff (eds.): *Bildverarbeitung für die Medizin 1998*, Springer, Berlin, pp. 442-446, 1998.

33. J. Dahmen, K. Schlüter, H. Ney: Discriminative Training of Gaussian Mixtures for Image Object Recognition. DAGM-Jahrestagung (Deutsche Arbeitsgemeinschaft für Mustererkennung), Bonn, Sep. 1999, pp. 205-212, in W. Förstner et al. (eds.): *Mustererkennung 1999*, Springer, Berlin 1999.

34. J. Dahmen, J. Hektor, R. Perrey, H. Ney: Automatic Classification of Red Blood Cells using Gaussian Mixture Densities. Workshop Bildverarbeitung für die Medizin 2000 (BVM 2000), München, March 2000, pp. 331-335, in A. Horsch, T. Lehmann (eds.): *Bildverarbeitung für die Medizin 2000*, Springer, Berlin, 2000.

35. M. Schreckenberg, J. Dahmen, M. O. Güld, G. Schummers, D. Meyer-Ebrecht, H. Ney: Automatische Endokarderkennung in 3D mit approximierenden Thin-Plate-Spline Modellen unter Einsatz von Gauss'schen Mischverteilungs-Modellen für die lokale Klassifikation. Workshop Bildverarbeitung für die Medizin 2000 (BVM 2000), München, March 2000, pp. 351-355, A. Horsch, T. Lehmann (eds.): *Bildverarbeitung für die Medizin 2000*, Springer, Berlin, 2000.

36. J. Dahmen, D. Keysers, M. Pitz, H. Ney: Structured Covariance Matrices for Statistical Image Object Recognition. DAGM-Jahrestagung (Deutsche Arbeitsgemeinschaft für Mustererkennung), Kiel, pp. 99-106, Sep. 2000.

37. D. Keysers, J. Dahmen, H. Ney: A Probabilistic View on Tangent Distance. DAGM-Jahrestagung (Deutsche Arbeitsgemeinschaft für Mustererkennung), Kiel, pp. 107-114, Sep. 2000.

38. S. Molau, S. Kanthak, H. Ney: Efficient Vocal Tract Normalization in Automatic Speech Recognition. Konf. Elektron. Sprachsignalverarbeitung, Cottbus, pp. 209-216, Sep. 2000.

39. S. Kanthak, S. Molau, A. Sixtus, R. Schlüter, H. Ney: The RWTH Large Vocabulary Speech Recognition System for Spontaneous Speech. Konvens 2000– Konferenz "Verarbeitung natürlicher Sprache", Ilmenau, pp. 249-254, Oct. 2000.

40. D. Keysers, S. Celik, H. Braess, J. Dahmen, H. Ney: Parameter Estimation for Automatic Dose Control in Radioscopy. Bildverarbeitung für die Medizin 2002 (BVM 2002), Leipzig, Germany, pp. 279-282, March 2002.

41. R. Paredes, D. Keysers, T. Lehmann, B. Wein, H. Ney, E. Vidal: Classification of Medical Images using Local Representations. Bildverarbeitung für die Medizin 2002 (BVM 2002), Leipzig, Germany, pp. 171-174, March 2002.

42. R. Zens, F. J. Och, H. Ney: Phrase-Based Statistical Machine Translation. German Conf. on Artificial Intelligence (KI 2002), Aachen, Germany, Springer, LNAI, pp. 18-32, Sep. 2002.

43. D. Keysers, F. J. Och, H. Ney: Maximum Entropy and Gaussian Models for Image Object Recognition. DAGM-Jahrestagung (Deutsche Arbeitsgemeinschaft für Mustererkennung), Zurich, Springer, LNAI, pp. 498-506, Sep. 2002.

44. T. Deselaers, D. Keysers, R. Paredes, E. Vidal, H. Ney: Local Representations for Multi-Object Recognition. DAGM-Jahrestagung (Deutsche Arbeitsgemeinschaft für Mustererkennung), Magdeburg, Germany, Springer LNCS Vol. 2781, pp. 305-312, Sep. 2003.

45. D. Keysers, M. Motter, T. Deselaers, H. Ney: Training and Recognition of Complex Scenes using a Holistic Statistical Model. DAGM-Jahrestagung (Deutsche Arbeitsgemeinschaft für Mustererkennung), Magdeburg, Germany, Springer LNCS Vol. 2781, pp. 52-59, Sep. 2003.

46. D. Keysers, C. Gollan, H. Ney: Classification of Medical Images using Non-linear Distortion Models. Workshop Bildverarbeitung für die Medizin 2004 (BVM 2004), Berlin, Germany, pp. 366-370, March 2004.

47. D. Keysers, T. Deselaers, H. Ney: Pixel-to-Pixel Matching for Image Recognition using Hungarian Graph Matching. DAGM-Jahrestagung (Deutsche Arbeitsgemeinschaft für Mustererkennung), Tübingen, Germany, Springer LNCS Vol. 3175, pp. 154-162, Aug./Sep. 2004.
**(Best Paper Award)**

48. T. Deselaers, D. Keysers, H. Ney: Features for Image Retrieval: a Quantitative Comparison. DAGM-Jahrestagung (Deutsche Arbeitsgemeinschaft für Mustererkennung), Tübingen, Germany, Springer LNCS Vol. 3175, pp. 228-236, Aug./Sep. 2004.