# Exhibit A

**ScanSoft Has Been Renamed Nuance**



# NUANCE

Company | News | Products | Industries | Support | Partners | International | Contact

Home > News > Press Releases



NEWS
Press Releases

News
**Overview**
**Press Releases**
**In The News**
**Events**
**Webinars**
**Image Gallery**
**Contact PR**

ScanSoft Files Patent Infringement and Trade Secret Misappro
Lawsuit Against Voice Signal

Patent Covers Voice Dialing for Mobile Devices

**PEABODY, Mass. and CANNES, France, February 23, 2004** - ScanSoft, Inc.
SSFT), the leading supplier of speech and imaging solutions, today announced th
a patent infringement and trade secret misappropriation lawsuit against Voice Si(
Technologies, Inc. in the United States District Court for the Commonwealth of
Massachusetts.

In its complaint, ScanSoft states that Voice Signal Technologies, Inc. infringes a :
patent that covers voice-activated dialing for mobile telephones and has misappr
ScanSoft confidential information and trade secrets in the field of speech recogni!
related technologies. In the patent infringement claim, ScanSoft seeks monetary
past infringement and injunctive relief to prevent Voice Signal from continuing to
U.S. Patent No. 6,501,966 "Speech Recognition System for Electronic Switches ir
Wireline Communications Network."

In the trade secret misappropriation claim, ScanSoft states that Voice Signal has
misappropriated and uses ScanSoft confidential information and trade secrets in
speech recognition and related technologies, which ScanSoft acquired when it pu
certain assets from Lernout and Hauspie in 2001. This trade secret information ir
speech and natural language information and technologies that provide ScanSoft
competitive advantages in the market for embedded speech products.

"ScanSoft has invested heavily in developing technologies and acquiring intellectı
that are critical to the success of our business," said Jo-Anne Sinclair, vice presid
general counsel, ScanSoft. "These specific patents and trade secrets are propriet
distinct applications for mobile devices that differentiate our solutions from comp
offerings. ScanSoft values its intellectual property and intends to assert its paten
proprietary rights to protect its technology and prevent infringing use by others."

ScanSoft, Inc. holds more than 425 patents in the fields of speech and imaging t
and has made significant investments in research, development and the acquisiti
intellectual property to provide its customers with unique, best-of-breed solution:
company will continue to drive innovation through the patenting of proprietary te

About ScanSoft, Inc.

ScanSoft, Inc. is the leading supplier of speech and imaging solutions that autom
range of manual processes - saving time, increasing worker productivity and imp
customer service. For more information regarding ScanSoft products and technol

visit www.scansoft.com.

ScanSoft and the ScanSoft logo are registered trademarks or trademarks of ScanSoft, Inc States and other countries. All other company or product names mentioned herein may b trademarks of their respective owners.

### Safe Harbor Statement

The foregoing contains "forward-looking statements" which are based on management's l as on a number of assumptions concerning future events made by and information currer to management. Readers are cautioned not to put undue reliance on such forward-lookinç which are not a guarantee of performance and are subject to a number of uncertainties a factors, many of which are outside ScanSoft's control, which could cause actual results to materially from such statements. For a more detailed description of the factors that could difference, please see ScanSoft's filings with the Securities and Exchange Commission  Sc disclaims any intention or obligation to update or revise any forward-looking statements, result of new information, future events or otherwise.

### Contact Information