IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, AND MANFRED G. GRABHERR,<br><br>Defendants. | CASE NO.   04-10353-PBS |

**PLAINTIFF'S ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO MOTION TO DISQUALIFY GOODWIN PROCTER**

Plaintiff ScanSoft, Inc., with the assent of defendants, hereby moves the court for a four-day extension of time—until November 18, 2005—in which to file its opposition to defendants' Motion to Disqualify Goodwin Procter LLP from Representing ScanSoft in this Case.

As grounds for this motion, ScanSoft states that the defendants have assented to this motion, the granting of this motion will not prejudice any party and will not result in any added burden on the Court.

Respectfully submitted,

/s/ Douglas J. Kline
Paul F. Ware Jr., P.C. (BBO # 516240)
Douglas J. Kline (BBO # 556680)
Daniel F. Forman (BBO # 637405)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109-2881
Tel:   (617) 570-1000
Fax:   (617) 523-1231
*Counsel for Plaintiff ScanSoft, Inc.*

DATED: November 10, 2005

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

     I, Douglas J. Kline, hereby certify that I conferred by telephone with Robert S. Frank, Jr., and he assented to this motion.

                                       /s/ Douglas J. Kline
                                       Douglas J. Kline

LIBA/1645536.1