# EXHIBIT A



**Company | Solutions | Products | Customers | News | FAQs | ▶ Support | Store**

- Support Home
- ▶ **Samsung i730**
  - License

# i730

Download the Samsung i730 User Guide here

📄 User Guide

FAQs

Guidelines

### VSuite<sup>TM</sup> 2.0 for the Samsung SPH-i730

VoiceSignal's state-of-the-art VSuiteTM 2.0 software for the Samsung SPH-i730 for Verizon lets you dial phone numbers and launch applications by voice. In a single-step, you can place a call by saying a phone number, or by saying any name in your contact list, with no prior setup or training. You can also lookup contacts and launch applications on your device.

### August 31, 2005: VSuite 2.0 Version 0157-i730 Available!

VoiceSignal's latest VSuite 2.0 update for the i730 (version 0157) is available for download (free for i730 owners). This update enhances some functionality and fixes several known bugs.

### Release Notes

Product: SW Version 2.0.0157 for Samsung SCH-i730
Date: August 31, 2005

**Warning:** This software will only install on a Samsung i730 device. The installation of this software on another device is a violation of the software license.

**Note:** Installing this software will undo any digit dial adaptation you may have done.

### Installation

To install this software on your i730 device, double-click the executable file and follow the instructions. The next time you connect your i730 to your PC using ActiveSync 3.7 or later, the software will automatically install itself.

To complete the process, after installation, you must reset your i730, by inserting a pin (or paperclip) in the "reset" hole at the bottom of your i730.

As part of the installation process, the User manual will be installed on your PC, accessible from START->PROGRAMS->VOICESIGNAL FOR SAMSUNG SCH-I730

### What's fixed with version 0157 of the VSuite 2.0 software?

Eliminates all known bugs in software released on i730, including:

- Speeding up Application response time

- Occasional "freezing" of the application.

- Improved recognition performance.

- Improved performance with Bluetooth headset

## FAQs

**Support FAQs**

- Where can I find the user guide for the software?

- What do the items in brackets mean on the main menu?

- Can I launch the VSuite software by pressing a button on the device?

- How do I maximize my success rate using the "Call" command to dial by name?

- After I change my contact list, I see the screen "Please wait while the VoiceSignal application updates your contacts." Can this be avoided?

- How many contacts does VSuite support?

**Support FAQs**

**Where can I find the user guide for the software?**

Click here to download the VSuite 2.0 user guide for the i730.

**What do the items in brackets mean on the main menu?**

In VSuite 2.0, you can use a single command to dial a name, lookup a contact, or open an application. The items in brackets indicate the optional information you can specify after the command. For example, Call <Name or #> allows you to specify either a name from your contact list or a phone number after the "Call" command. You could say "Call John Smith Home" or "Call 781 970 5200."

**Can I launch VSuite by pressing a button on the device?**

Yes. Press and **hold** the button on the right hand side of the device to launch VSuite.

**How do I maximize my success rate using the "Call" command to dial by name?**

You must say the name exactly as it appears in your contact list. If the contact is "John and Jane Smith", then you must say "John and Jane Smith" when using the "Call" command to dial a name. Similarly, if the contact is "John F. Smith", you must pronounce the middle initial. The only time you do not pronounce the exact name of your contact is when the name is listed as Last Name, First Name. For example, a contact named "Smith, John" would still be pronounced "John Smith."

**After I change my contact list, I see the screen, "Please wait while the VoiceSignal application updates your contacts." Can this be avoided?**

Any time there is a change to your contact list, the VoiceSignal application must scan your contact list to see if you've added, edited,

or deleted contacts and phone numbers. This can take some time with large contact lists. You can control the contacts update setting by launching VSuite and selecting **Settings** > **Contacts Update**.

**How many contacts does VSuite support?**

VSuite can support up to 3,000 names that are stored in the contact list. If you have over 3,000 names stored, delete those names from your contact list that are seldom used.

top

## Guidelines

**Speaking Guidelines**

- Don't talk over the beep: the software doesn't begin listening to your voice until after the beep is finished and the listening indicator on the screen begins flashing.

- The system is expecting natural, but clear speech. Speaking very loudly, slowly or robotically will generally not improve accuracy, and in fact, will likely degrade accuracy. Speak commands and names as though you were speaking to a person on a phone call.

- Don't yell. In noisy environments you will have to increase your speaking volume, just as you would if you were speaking to another person, however very loud speech, or yelling, can degrade accuracy.

**Contact List Guidelines**

- You will experience the best results when the names in your contact lists are long and unique. A list of short, rhyming names (John, Don, Ron) can result in confusions. For contact entries like this, try adding a last name to make it more unique sounding.

- Avoid entering Contact names with abbreviated spellings or acronyms; VSuite may not create the expected pronunciations for these types of entries.

top

Company, Solutions, Products, Customers, News, FAQs, Support, Store

Home, Contact, Site Map

© 2005 VoiceSignal Technologies, Inc.