# EXHIBIT B

# VoiceSignal's VSuite<sup>TM</sup> 2.0 for the Samsung i730

User Guide

This document is distributed under the provisions of a Non-Disclosure Agreement between the recipient and Voice Signal Technologies, Inc.



**July 2005**

Copyright 2005, Voice Signal Technologies, Inc. All rights reserved.

No part of this manual may be reproduced in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval systems, without the express written consent of Voice Signal Technologies, Inc.

The content of this manual is furnished for informational use only, is subject to change without notice, and should not be construed as a commitment by Voice Signal Technologies, Inc. Voice Signal Technologies, Inc. assumes no responsibility or liability for any errors or inaccuracies that may appear in this manual.

VoiceSignal is a trademark and the VoiceSignal logo is a registered trademark of Voice Signal Technologies, Inc. Other trademarks and trade names may be used in this document to refer to either the entities claiming the marks and names or their products. Voice Signal Technologies, Inc. disclaims any proprietary interest in trademarks and trade names other than its own.


VoiceSignal 2.0                                                                                       User Guide

# Table of Contents

**ABOUT VOICESIGNAL 2.0**..................................................................................**4**
**STARTING VOICESIGNAL** ..............................................................................**5**
**CALLING A NAME OR NUMBER** ......................................................................**6**
**LOOKING UP A CONTACT**..............................................................................**8**
**OPENING AN APPLICATION** ..........................................................................**9**
**APPENDIX: VOICESIGNAL SETTINGS** .......................................................**11**
    CHOICE LISTS.................................................................................................11
    DIGIT DIALING ...............................................................................................12
    SENSITIVITY ...................................................................................................12
    SOUND............................................................................................................13
    LANGUAGE .....................................................................................................13
    APPLICATION LAUNCHER ..............................................................................13
    CONTACTS UPDATE .......................................................................................14

## About VoiceSignal 2.0

VoiceSignal 2.0 is an exciting upgrade to the VoiceSignal 1.3 voice recognition application for wireless handsets and devices. VoiceSignal 2.0 offers new features, even better performance, and access to a wide variety of voice-enabled dialing and application services.

VoiceSignal 2.0 includes the following features:

- The **Call** command provides natural, one-step commands for placing calls to contact names or numbers. For example, you can say "*Call John Smith's Mobile*" or "*Call 781 970-5200*."

- The **Lookup** command lets you retrieve contact information for any entry in your contacts database. For example, you can say "*Lookup John Smith*."

- The **Open** command provides one-step access to applications and menus. For example, you can say "*Open Calendar*" to launch the phone's Calendar application.

## Starting VoiceSignal

To start VoiceSignal 2.0, you can either:

▶ Press and **Hold** the button on the right hand side of the device

or…

**From the home screen, select** Start → Programs → VoiceSignal.

VoiceSignal prompts you to "Say a command" and displays the available commands at the bottom of the screen.



**Note**: If you plug an adapter or headset into your phone while voice recognition is active, voice recognition will immediately exit. To resume, simply start voice recognition, as described above.

**Note**: When you first start VoiceSignal, it voice-activates the names stored in your contact list. If you have a large number of contacts, you might see the following screen while VoiceSignal is reading your contacts:



You can change VoiceSignal settings by starting VoiceSignal and then selecting the "Settings" soft key. Refer to the appendix "VoiceSignal Settings" for more information.

## Calling a Name or Number

Use the Call command to place a call. If the number you want to call is stored in your contact list, you can say the contact name and, optionally, which number (home, mobile etc.) you want to call. If the number is not in your contact list, you can say the number itself.

▶   **To call a name or number:**

**1.**  Start VoiceSignal.
You hear "*Say a command.*"

**2.**  Say "**Call**" or…
Say "**Call**" followed by the name of a person in your contact list, and optionally, the number location (home, work, mobile, etc.) to call or…
Say "**Call**" followed by a valid telephone number.


### Examples

Call Angela Martinez

Call Tom Stewart at Work

Call Donna Harper's Mobile

Call 781 970-5200

**3.**  After you say a name or number, you might be prompted "Did you say?" followed by the first of up to three names or numbers.



To confirm a name or number, wait for the beep and then say "**Yes**."
You can also choose the correct name or number from the choice list using the phone's arrow keys. For information on customizing the behavior of choice lists, see the appendix, "VoiceSignal Settings."

**Hints for using Call**:

- Wait for the beep before saying the command.

- When saying a name, speak clearly and say the name of a person in your contact list, first name followed by last name.

- If you say "Call" followed by a name, and there are multiple numbers stored for that name, VoiceSignal prompts you to say "*Which Number*." Say the label (home, work, mobile, etc.) associated with the number you wish to call.



- When saying a telephone number, pronounce each digit clearly and distinctly but do not pause between the digits. VoiceSignal recognizes the digits one, two, three, four, five, six, seven, eight, nine, zero, and "oh." It does not recognize expressions such as
"one eight hundred." Instead, say "one eight zero zero."

- If VoiceSignal doesn't recognize numbers correctly, try adapting digit dialing to your voice. To adapt digit dialing, choose
**Digit Dialing → Adapt Digits** from the VoiceSignal Settings menu.

## Looking Up a Contact

Use the Lookup command to look up contact information for any person stored in your contact list.

▶ **To look up contact information:**

1. Start VoiceSignal.
   You hear "*Say a command.*"

2. Say "**Lookup**" followed by the name of a person in your contact list.

| Examples |
| --- |
| Lookup Angela Martinez |
| Lookup Tom Stewart |

3. After you say a name or number, you might be prompted "Did you say?" followed by the first of up to three names. To confirm a name, wait for the beep and then say "**Yes**." You can also choose the correct item from the choice list using the phone's arrow keys.

   **Hints for using Lookup**:

   - Wait for the beep before saying the command.
   - When saying a name, speak clearly and say the name of a person in your contact list, first name followed by last name.

VoiceSignal 2.0                                                                                   User Guide

## Opening an Application

Use the "Open" command to open an application on your device.

▶ **To open an application or access a menu:**

**1.** Start VoiceSignal.
You hear "*Say a command.*"

**2.** Say "**Open**" or…
Say "**Open**" followed by the application you want to open.

### Examples

Open  (To see a list of applications you can open)

Open Contacts (etc.)

**Hints for using Open**:

- Wait for the beep before saying the command.

- To see a list of applications/menu items you can open, say "Open." VoiceSignal displays a list and prompts you with "Please Choose." You can then say the name of the application to open.



- If the list is too long to fit on one screen, the screen will contain the choice "Next Menu." You can say one of the application or menu names on the list, or say "Next Menu" to view the next screen

- You can customize which applications you can launch by voice by choosing **Application Launcher** from the VoiceSignal Settings menu. Refer to the appendix "VoiceSignal Settings" for more information.

VoiceSignal 2.0                                                                                              User Guide

# Appendix: VoiceSignal Settings

You can customize the behavior of the VoiceSignal application using the VoiceSignal Settings menu. To access the menu, start VoiceSignal and then select the Settings soft key.



## *Choice Lists*

If VoiceSignal is not absolutely confident that it has correctly identified a name or number, it can display a choice list of up to three possibilities, and prompt you to confirm the correct one.

You can control when choice lists appear by changing the Choice Lists setting to **Automatic**, **Always On**, or **Always Off**.

| | |
|---|---|
| **Automatic** | VoiceSignal displays a choice list when it is not confident it has identified the correct choice from among multiple alternatives. |
| **Always On** | When there are multiple alternatives, VoiceSignal always displays a choice list. |
| **Always Off** | VoiceSignal never displays a choice list. Instead, the application picks the best from among the possible choices. |

VoiceSignal 2.0                                                                              User Guide

## *Digit Dialing*

Use the Digit Dialing menu to select your current dialing location, or adapt digit dialing to your voice.

| | |
|---|---|
| **Select Location** | Lets you select your current location (region), so that voice recognition recognizes only numbers valid for that region. |
| **Adapt Digits** | Lets you adapt digits, which can improve voice recognition of phone numbers. Adaptation takes about 60 seconds. |
| **Reset Digits** | Erases any digit adaptation you have done and resets digit recognition to the factory default. If you have not adapted digits, this option is grayed out. |

## *Sensitivity*

In VoiceSignal, **Sensitivity** controls the balance between rejecting too much, which means the phone frequently does not recognize names, numbers, or commands, and rejecting too little, which means it frequently recognizes something even if nothing was said.

When it rejects an utterance, VoiceSignal displays a message such as "Please repeat…" or "No match found." If you frequently experience these messages, you might be able to get better recognition by adjusting the Sensitivity setting toward **Reject Less**.

If you frequently experience false activations (VoiceSignal detects a wrong match), you might be able to get better performance by adjusting the Sensitivity setting toward **Reject More**.

| | |
|---|---|
| **Commands** | Adjusts the sensitivity of command recognition. |
| **Names** | Adjusts the sensitivity of name recognition. |

VoiceSignal 2.0                                              User Guide

## *Sound*

You can customize the VoiceSignal user interface by turning playback on or off for prompts, names, and numbers. You can also change the speed and volume of name playback.

| | |
|---|---|
| **Prompts** | Turns playback on or off for prompts such as "Please say a command." |
| **Digits** | Turns playback on or off for digits, for example, when confirming a phone number. |
| **Names** | Turns playback on or off for names. |
| **Name Settings** | Adjusts the speed and volume of name playback. |

## *Language*

Depending on your phone and the language it supports, you can change the language of the VoiceSignal application. When you change the language setting, you change the language used for voice recognition, prompts, name and number playback, and display text.

## *Application Launcher*

VoiceSignal lets you launch applications and access menus on your phone by saying "Open" followed by the name of the application or menu item. You can also specify which applications you want to be able to launch in this way. When you choose **Application Launcher** from the Settings menu, VoiceSignal displays a list of applications.



Applications marked with a "✓" can be launched by voice. To mark or unmark an application, click on the check box to the left of the application name. When you are done, select Back.

## *Contacts Update*

When you first start VoiceSignal, it voice-activates all the names that it finds in your contact list. If you have added or changed contacts since the last time you used VoiceSignal, it automatically re-activates the entire list of names.

If you never want to wait for the application to update names, you can configure VoiceSignal to turn off automatic contacts update. This allows you to update the list manually at your convenience.

| | |
|---|---|
| **Configure** | Lets you set Contacts Update to either Automatic (the default) or Manual. <br><br> When set to Automatic, VoiceSignal reads the contact list whenever contacts have been added or changed. When set to manual, you must choose "Update now" to voice-activate new contacts. |
| **Update now** | Causes VoiceSignal to read and voice-activate all the contacts in the contact list (used only when Contacts Update has been set to Manual). |
| **Help** | Displays help for the Contacts Update feature. |

VoiceSignal 2.0                                                                                                          User Guide



Voice Signal Technologies

150 Presidential Way

Woburn, Massachusetts  01801

781.970.5200

www.voicesignal.com
comments@voicesignal.com

- 15 -