# EXHIBIT C

# Using the Voice Features of the Samsung® i600

Version 1.2.08



**Version 1.2.08**

Copyright © 2003, Voice Signal Technologies, Inc. All rights reserved.

No part of this manual may be reproduced in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval systems, without the express written consent of Voice Signal Technologies, Inc.

The content of this manual is furnished for informational use only, is subject to change without notice, and should not be construed as a commitment by Voice Signal Technologies, Inc. Voice Signal Technologies, Inc. assumes no responsibility or liability for any errors or inaccuracies that may appear in this manual.

Voice Signal and the Voice Signal logo are trademarks of Voice Signal Technologies, Inc. Samsung is a registered trademark of Samsung Electronics, Inc. Other trademarks and trade names may be used in this document to refer to either the entities claiming the marks and names or their products. Voice Signal Technologies, Inc. disclaims any proprietary interest in trademarks and trade names other than its own.

Using the Voice Features of the Samsung i600

## Overview

This document describes Voice Signal Technologies' speech recognition application for the Samsung® i600 mobile device. The Voice Signal application lets i600 users complete common tasks quickly and easily by voice.

This document covers the following topics:

**1. Starting the Voice Signal Application** – How to start the voice recognition software and access all of the voice-activated functions.

**2. Launching Applications** – How to launch applications by voice.

**3. Using Name Dial** – How to dial the phone by saying any name in the Phone Book, with no need to "train" the system to recognize the names.

**4. Using Quick Dial** – How to dial the phone by saying a name or short phrase that you recorded earlier.

**5**. **Using Digit Dial** – How to dial the phone by saying a phone number.

**6. Using Name Lookup** – How to retrieve records from the Contacts list by saying the person's name.

Using the Voice Features of the Samsung i600

# 1. Starting the Voice Signal Application

There are two ways to start the Voice Signal application: using the [ $i$ ] button, or using the Programs menu.

### Starting the Voice Application

1. Press and hold the [ $i$ ] button on the right side of the phone until you hear a tone, or…
   Select **Programs → More… → Voice Signal**.

   *The phone briefly displays the Voice Signal logo and then prompts you to say the name of the function you want to use.*

   **What you see:**            **What you hear:**

             "Please say a command."

   **Note**: When you start the Voice Signal application, you might see a message indicating that the Voice Signal application is loading names from your Contacts list. This message occurs if you have added or downloaded names since the last time you used the application.

2. Say one of the commands in the list; or, if you don't want to start any of these functions, press the ↶ (Back) button.

   **Note**: The speech recognition software will wait for approximately ten seconds for you to respond to a prompt. If you do not say anything within ten seconds, the software cancels the function.

   **Note**: Pressing **Exit** causes the Voice Signal application to completely exit, rather than remain in memory. The next time you use the application, you may notice a delay while the software is loaded.

### Ending Calls Before Restarting the Voice Signal Software

If you use the Voice Signal software to dial the phone, you must hang up the phone before you can use the Voice Signal application again.

## 2. Launching Applications

The Voice Signal software lets you use your voice to launch applications.
By default, you can launch the following applications by voice: **Settings**, **Call History**, **Contacts**, **Calendar**, **Internet Explorer**, **Inbox**, and **MSN Messenger**.

**To launch an application by voice:**

1. Start the Voice Signal application.
   *The phone prompts you "Please say a command."*

2. Say "**Open**" followed by the name of the application that you want to launch; for example, say "**Open Contacts**."
   *The phone launches the* Contacts *application.*

### Customizing the List of Applications

**To customize the list of applications that can be launched by voice:**

1. Select **Programs** → **More…** → **Voice Signal Setup** → **Open<App> Editor**.
   *The phone displays a list of applications, with checks next to those that can be launched by voice.*

   

2. To change a checked item to unchecked, or vice versa, press the number associated with the item you want to change. For example, to uncheck **Settings**, press **1**.
   You can also highlight the application and then select **Remove** or **Add**.

3. When you are finished, select **Done**.

## 3. Using Name Dial

Name Dial lets you dial any name in your Contacts list by saying the name. With Name Dial, you do not have to do any initial training. Instead, the Voice Signal software voice-activates all the names in the Contacts list automatically.

To use Name Dial, the name and number that you want to dial must be in your Contacts list. To add contacts, either enter them manually on the i600 device or transfer them from your PC using Microsoft ActiveSync 3.6. When you transfer contacts, the next time you start the Voice Signal application on your device, it will voice-activate the new names. For a large contact list, this might take a while.

### Placing Calls With Name Dial

**To dial someone in your Contacts list:**

1. Start the Voice Signal application.
   *The phone prompts you "Please say a command."*

2. Say "**Name Dial**."
   *The phone prompts you "Please say the name."*

| **What you see:** | **What you hear:** |
|---|---|
|  | "Please say the name" |

3. Say the full name of the person, exactly as it appears in your Contacts list (for example, "David Johnson"). If the name contains punctuation characters or symbols, do not pronounce them when you say the name. For example, when pronouncing the name "Price-Jones," say, "Price Jones," not "Price hyphen Jones."

4. If the Name Dial Choice List is enabled, the phone might display a list of names and ask you to confirm the correct name.

   **What you see:**    **What you hear:**

   
   
   "Did you say David Johnson?"

   - If the phone asks "Did You Say," followed by the correct name, say or select **"Yes**."
   - If the phone asks "Did You Say," followed by an incorrect name, say or select "**No**" to hear the next name, if any. You can also press the number of the correct name, or use the arrow keys to highlight the correct name and press "**Yes**."
   - If the correct name does not appear in the list, press the ↩ (Back) key, or say **Exit** to try again.

5. When you confirm a name, if there is only one number for the name, the phone dials the number. If there are multiple numbers (for example, a work and a mobile number), the phone displays the different locations and asks you which one to call.

   **What you see:**    **What you hear:**

   
   
   "At which location?"

6. Say the name of the location you want to call, for example, "Work."
   *The phone repeats the location and then dials the number.*

Using the Voice Features of the Samsung i600

### Enabling or Disabling the Name Dial Choice List

The Name Dial feature offers an optional Choice List that lets you review and confirm names before dialing the associated numbers. The Choice List is enabled by default. When the Choice List is disabled, the phone does not present a choice list, but instead attempts to dial the first name it recognizes.

**To enable or disable the Name Dial Choice List**:

1. Select **Programs** → **More…** → **Voice Signal Setup** → **Voice Settings** → **Choice List**.



2. Press **2** for **Name Dial** to check or uncheck the feature.
3. When you are finished, select **Done**.

## 4. Using Quick Dial

Quick Dial lets you record, or *train*, a name or short phrase and associate it with an entry in your contact list. After recording a Quick Dial name, you can dial the default number for that contact by saying the name you have trained.

### Recording Quick Dial Names

When recording Quick Dial names, follow these guidelines:

- Record in a quiet area
- Choose a name that is not too long or short.
- Speak clearly and distinctly when you record.
- Avoid recording names that sound alike.

**To record a Quick Dial name**:

1. Select **Programs → More… → Voice Signal Setup → Record Names**.
   *Depending on the number of entries in your Contacts list, the phone either lets you select from several ranges of entries, or simply displays a list of entries. Entries that have Quick Dial names recorded for them are marked with a red check.*



2. Press the number of the contact you want to train, or highlight the contact and select **Train**.
   *The phone prompts you "Please say the name…"*

**3.** Wait for the beep, and then say the name, for example "David."
*The phone repeats what you said and prompts you "Did the recording sound OK?"*

| **What you see:** | **What you hear:** |
|---|---|
|  | "Did the recording sound OK?" |

**4.** If the recording sounded ok, select **Yes** to save it.
If the recording did not sound ok, select **No**. The phone discards the recording and returns to the Contacts list with the same entry selected.

### Placing Calls Using Quick Dial

Once you have trained a Quick Dial name, you can dial the number associated with that name, as follows.

**To place a call using Quick Dial**:

**1.** Start the Voice Signal application.
*The phone prompts you "Please say a command."*

**2.** Say "**Quick Dial**."
*The phone prompts you "Who would you like to call?"*

| **What you see:** | **What you hear:** |
|---|---|
|  | "Who would you like to call?" |

**3.** Say one of the Quick Dial names that you recorded, for example "David."
*If the phone recognizes the name, it automatically dials the number.*

**4.** If the phone is not sure which name you said, it will ask you to confirm the name.

- If the phone asks "Did You Say," followed by the correct name, say or select **"Yes**."

- If the phone asks "Did You Say," followed by an incorrect name, say or select "**No**" to hear the next name, if any. You can also press the number of the correct name, or use the arrow keys to highlight the correct name and press "**Yes**."

- If the correct name does not appear in the list, press the ↶ (Back) key, or say **Exit** to try again.

In some cases, the phone might ask you to repeat a name. If, after you repeat the name, the phone still doesn't understand, it will say "Sorry, no match found," and will not place a call. Make sure you are saying a name that you have recorded.

### Deleting Quick Dial Names

You can delete the recording for one Quick Dial name, or erase all Quick Dial names at once.

**To delete a single Quick Dial name:**

**1.** Select **Programs → More… → Voice Signal Setup → Review Names**.
The phone displays a list of all the entries in your Contacts list. Entries that have Quick Dial names are marked with a red check.

**2.** Highlight an entry marked with a check.

**3.** Select **Delete**.

**To erase all Quick Dial names you have recorded**:

**1.** Select **Programs → More… → Voice Signal Setup → Erase → Erase Names**.
*The phone prompts you to confirm that you want to erase all names.*

**2.** Select **Yes**.

**Note**: Choosing **Reset All** erases all Quick Dial names you have recorded and also resets Digit Dial adaptation to the default.
.

## 5. Using Digit Dial

Digit Dial lets you dial valid 7-digit or 10-digit North American phone numbers simply by speaking the number continuously, without pausing between the digits.

**Note**: The phone recognizes the digits "one," "two," "three," "four," "five," "six," "seven," "eight," "nine," "zero," and "oh." The phone can not recognize numbers such as "one eight hundred" for "1 800." Say "one eight zero zero" instead.

### Placing Calls With Digit Dial

**To place a call using Digit Dial**:

1. Start the Voice Signal application.
   *The phone prompts you "Please say a command."*

2. Say "**Digit Dial**."
   *The phone prompts you "Please say the number."*

   **What you see:**            **What you hear:**

   

   "Please say the number."

3. Say a valid 7-digit or 10-digit number. Optionally, you can say "1" before the number, for example, "1 617 555-1212." Pronounce each digit distinctly, without pausing between digits.
   *The phone displays a list of up to three numbers and prompts you "Did you say," followed by the first number in the list.*

   **What you see:**            **What you hear:**

   

   "Did you say:
   *1 617 555 1212*?"

Using the Voice Features of the Samsung i600

4. If the number is correct, say or select "**Yes**" to initiate dialing.
   If the number is not correct, say or select "**No**" to hear the next most likely match, or press the number of the correct choice to select it from the list.

### Enabling or Disabling the Digit Dial Choice List

The Digit Dial feature offers an optional Choice List that lets you review and confirm numbers before dialing them. The Digit Dial Choice List is enabled by default. If you disable the Digit Dial Choice List, the phone automatically dials the recognized number, without requiring that you confirm it.

**To enable or disable the Digit Dial Choice List**:

1. Programs → More… → Voice Signal Setup → Voice Settings → **Choice List**.

2. To disable the Choice List for Digit Dial (if it is enabled) or enable it (if it is disabled), press **1.** You can also highlight **Digit Dial** and select **Disable** or **Enable**.



3. When you are finished, select **Done**.

Using the Voice Features of the Samsung i600

### Adapting Digit Dial

Digit Dial works well for most people as is, without any special adaptation. However, if you have a strong accent or other unique vocal characteristics, you may obtain better results from Digit Dial by completing a short process to adapt the system to your voice. Adaptation involves recording 12 sequences of four digits each to teach the system your voice. The recording process takes about 3 minutes.

**Note**: You should only adapt Digit Dial if it is frequently misrecognizing you. Adaptation customizes Digit Dial to your voice, so other people will not be able to use Digit Dial on your phone unless they reset adaptation to the factory settings, as described in the section, *Resetting Digit Dial Adaptation*.

When adapting Digit Dial, follow these guidelines:

- Adapt digits in a quiet place.
- Make sure you wait for the beep before starting to speak.
- Speak clearly, and say each digit distinctly.
- If you make a mistake while recording a sequence of digits, or if there is an unexpected noise that spoils the recording, re-record that sequence.

**To adapt Digit Dial to your voice**:

1. **Programs → More… → Voice Signal Setup → Voice Settings → Adapt Digits**.
   *The phone prompts you to press Start to begin.*



Using the Voice Features of the Samsung i600

2. When you are ready to start recording, select **Start**.
   *The phone displays the first digit sequence and prompts you to repeat the digits.*

   **What you see:**            **What you hear:**

            

                                                              "Please say:
   oh-2-3-4"
   (beep)

3. Wait for the beep, and then repeat the digits using a normal tone of voice.
   *The phone plays back your recording and prompts you "Did the recording sound ok?"*

4. If the recording sounds ok (no mistakes, and no background noises), say or select "**Yes**." If you need to re-record the digits to fix any problems, say or select "**No**." The phone then prompts you to say the digits again. Wait for the beep, and then record the digits again. Repeat this step until you are satisfied with the recording.

5. After confirming that the recording sounds ok, repeat the recording process with the next set of digits. After twelve sets of digits, the phone indicates that adaptation is complete.

### Resetting Digit Dial Adaptation

You can reset (erase) Digit Dial adaptation and restore the original digit models used by the speech recognition software.

**To reset (erase) Digit Dial adaptation**:

1. **Programs → More… → Voice Signal Setup → Erase → Reset Digits**.
   *The phone prompts you to confirm that you want to reset digit adaptation.*
2. Select **Yes**.

**Note**: Choosing **Reset All** resets Digit Dial adaptation to the default, and erases all Quick Dial names you have recorded.

Using the Voice Features of the Samsung i600

## 6. Using Name Lookup

Name Lookup lets you retrieve contact information for any name in your Contacts list by saying that name. Name Lookup displays the information, but does not dial any associated phone number.

**To look up a name in the Contacts list**:

**1.** Start the Voice Signal application.
*The phone prompts you "Please say a command."*

**2.** Say "**Name Lookup**."
*The phone prompts you "Please say the name."*

**What you see:**          **What you hear:**



"Please say the name"

**3.** Say the full name of the person, exactly as it appears in your Contacts list (for example, say "David Johnson"). If the name contains punctuation characters or symbols, do not pronounce them when you say the name.
*The phone displays contact information for the recognized name.*



Using the Voice Features of the Samsung i600

### Enabling or Disabling the Name Lookup Choice List

The Name Lookup feature offers an optional Choice List that lets you review and confirm names before retrieving contact information. The Name Lookup Choice List is disabled by default. When the Choice List is enabled, after you say the name, Name Lookup prompts you "*Did you say*" followed by the name that most nearly matches the name you spoke. You can confirm the name by saying or selecting "**Yes**," or by selecting the correct name from a list of up to three names displayed on the screen.

**To enable or disable the Name Lookup Choice List**:

1. Select **Programs** → **More…** → **Voice Signal Setup** → **Voice Settings** → **Choice List**.

2. To enable the Choice List for Name Lookup (if it is disabled) or disable it (if it is enabled), press **3.** You can also highlight **Name Lookup** and select **Enable** or **Disable**.



3. When you are finished, select **Done**.



Voice Signal Technologies

150 Presidential Way

Woburn, Massachusetts  01801

781.970.5200

www.voicesignal.com
i600comments@voicesignal.com