# EXHIBIT D

close window

## SAMSUNG TELECOMMUNICATIONS AMERICA DEBUTS PHONE WITH REVOLUTIONARY SPEECH-TO-TEXT CAPABILITIES

*Wireless Leader Delivers Ground-Breaking Dictation Technologies and Voice Command Benefits to Consumers*

(LAS VEGAS, January 5, 2005) – Building on its record of first-to-market innovations, Samsung Telecommunications America (Samsung) today introduced another breakthrough in wireless technology: speech-to-text dictation on cell phones. Samsung will debut this revolutionary speech-to-text product called VoiceMode™ by VoiceSignal, which allows consumers to speak into the phone and have the phone convert those words directly into text. Using advanced speech recognition technology, consumers can send short messages with the sound of their voice.

Unveiled at the Consumer Electronics Show in Las Vegas, Samsung's p207 is the first phone with VoiceMode™ technology that allows consumers to simply speak the words of a message and have the phone translate those exact words into text. This speech-driven text messaging application allows users to quickly and easily address messages, then use their voice to create the text, enhancing the user experience and greatly simplifying text creation on today's compact numeric keypads.

"This new technology will significantly change how people interact with their wireless phones. Now, consumers can dictate messages directly to their wireless phone, substantially simplifying the messaging process," said Peter Skarzynski, senior vice president, Samsung. "Consumers have come to expect these type of breakthrough capabilities from Samsung. We've developed a reputation for introducing meaningful, easy-to-use features to arguably the most commonly used consumer technology device."

Samsung will be the first company in the world to launch VoiceMode™, which will be an enhancement to voice technologies already available on Samsung phones that allow consumers to use voice commands to navigate menus, use speaker-independent dialing for one-step name and digit dialing and receive status updates for battery life and signal strength.

Samsung has aligned with market leader VoiceSignal Technologies to continue setting standards in the voice recognition space. For more information on Samsung's enhanced speaker-independent speech recognition-enabled phones, please visit www.samsung.com.

---

**For further information, please contact**

Mira Genser
Voice Signal Technologies
Phone:+1 (617) 513 7020
mgenser@voicesignal.com
www.voicesignal.com

---

**About Voice Signal Technologies**
Voice Signal is the world leader in voice interfaces for mobile devices. For the first time, Voice Signal has solved the interface problem of mobile phones and PDAs. Users can speak a name, a number, or a command, and get connected in one step. Voice Signals unique architecture is compatible with the entire range of mobile devices from entry-level voice-only handsets to enterprise-class PDAs and smart phones. Voice Signal is shipping on millions of units manufactured by the largest global handset brands and sold by major operators worldwide. Additional information about the company is available at: www.voicesignal.com

**About Samsung Telecommunications America**
Samsung Telecommunications America, a Dallas-based subsidiary of Samsung Electronics Company, Ltd., researches, markets and develops wireless handsets and telecommunications products throughout North America. For more information, see STA's website at www.samsung.com/wireless

Samsung Electronics Co., Ltd. is a global leader in semiconductor, telecommunication, digital media and digital convergence technologies with 2003 parent company sales of $36.4 billion and net income of $5.0 billion. Employing approximately 88,000 people in 89 offices in 46 countries, the company consists of six main business units: Corporate Technology Operations, Digital Appliance Business, Digital Media Business, LCD Business, Semiconductor Business and Telecommunication Network Business. Recognized as one of the fastest growing global brands, Samsung Electronics is the world's largest producer of color monitors, color TVs, memory chips, TFT-LCDs and VCRs. For more information, visit www.samsung.com