# EXHIBIT E

**close window**

**VOICESIGNAL'S NEW SPEECH APPLICATION PROVIDES UNPARALLELED USER EXPERIENCE**

*VoiceSignal Announces VSuite 3.0 Available Immediately for Handset Manufacturers Worldwide*

**Woburn, MA - September 19, 2005** - VoiceSignal, the leading provider of speech solutions for mobile phones, today announced VSuite 3.0, the first speech application for mobile phones that supports "over the air" downloadable language modules. VSuite 3.0, builds on VoiceSignal's "one-step" user interface and includes several worlds' first features making it the easiest and natural speech interface available today.

Impressive new features in VSuite 3.0 include:

**Over-the-air language downloads lead the way to lower costs or increased features...**
VSuite 3.0 is the first speech application that allows the consumer to access and download language modules to their phone over-the-air. By allowing consumers to download language modules, VSuite 3.0 frees up memory normally required for storing multiple languages, allowing manufacturers to offer phones at a lower cost or use the additional memory to add exciting new features to the phone.

**Natural Numbers support helps consumers...**
VSuite 3.0 is also the first mobile phone speech application that supports "natural number digit dialing". Natural number digit dialing allows user's the flexibility to combine numbers, so that users can dial a number like "1-800-970-5000" by saying "one, eight hundred, nine, seven, oh, five thousand" rather than being forced to say each digit individually.

**Barge-In feature speeds up connection times...**
A third first is VSuite 3.0's ability to support "barge-in" commands, which eliminates the necessity for the user to wait for the audio prompt to be completed before responding. The ability to interrupt a prompt like "did you say 800-970-5200" with a simple "yes" or "no" is both more natural for the user and dramatically speeds up the entire dialing process.

**"One-Step Command and Control" simplifies access to music and key phone features**
Building on the "one-step" command features of VSuite 2.1, which let a user dial or address a text or picture message with a simple command like "call John Smith" or "send text to John Smith", VSuite 3.0 lets users control dynamically created MP3 playlists. Users can now create their own MP3 music folders, and, with a simple voice command, like "Play Rock", play songs from their personal "Rock" playlist.

**Unmatched language support...**
All VSuite 3.0 features are supported in 21 languages, representing over 80% of the worldwide mobile phone user base.

**Rollout plans...**
VSuite 3.0 will appear in phones throughout North America, Europe and Asia by the first quarter of 2006 in mass-market handsets up through smartphone class phones.

Rich Geruson, CEO of VoiceSignal, announced these features by explaining that, "VoiceSignal is committed to making mobile phones as easy to use as possible, and we believe that speech is an important part of improving the user experience." Geruson added, "We are particularly excited with the innovations in VSuite 3.0 because the 'one-step' and 'barge-in' features improve not only the user's dialing experience, but the addition of functionality like text message addressing, picture message addressing, and play commands demonstrates how voice can be implemented to improve the usability of the exciting new features being added to mobile phones."

**For further information, please contact**

Mira Genser
Voice Signal Technologies
Phone:+1 (617) 513 7020
mgenser@voicesignal.com
www.voicesignal.com

**About Voice Signal Technologies**
Voice Signal is the world leader in voice interfaces for mobile devices. For the first time, Voice Signal has solved the interface problem of mobile phones and PDAs. Users can speak a name, a number, or a command, and get connected in one step. Voice Signals unique architecture is compatible with the entire range of mobile devices from entry-level voice-only handsets to enterprise-class PDAs and smart phones. Voice Signal is shipping on millions of units manufactured by the largest global handset brands and sold by major operators worldwide. Additional information about the company is available at: www.voicesignal.com