# EXHIBIT F

**close window**

**VoiceSignal Unveils Top Secret Speech Synthesis Research Project at CTIA**

*VoiceSignal Provides First Listen of VSpeak™ an Entirely New Technology Approach for Embedded Speech Synthesis for Mobile Phones.*

**Woburn, MA – September 26, 2005** – VoiceSignal, the leading provider of speech solutions for mobile devices, today provided the first listen of its top secret speech synthesis research project, which will be called VSpeak™ when it hits the market in mobile phones later this year. VoiceSignal's solutions previously contained a speech synthesis engine for speaking names, numbers and menu items; however VSpeak™ is a full text-to-speech (TTS) application that can read email, text messages, web pages or any other text.

What makes VSpeak™ remarkable is that the technology consumes only 300KB of memory in a mobile phone and has the sound quality and intelligibility of systems requiring more than 20MB. VSpeak™ is a major step forward for the mobile phone industry because for the first time a high quality TTS system for reading text messages and other content can be deployed in the memory constraints of entry level and mid-tier devices, rather than the highest end smartphones. Including TTS in mobile phones allows users to listen to incoming text messages or other text without looking at the device. When matched with a bluetooth headset an entirely new eyes free interface solution is possible.

The research project that lead to VSpeak™ has been going on in "stealth mode" at VoiceSignal for the last year. The aim of the project was to revolutionize TTS for mobile devices by creating a product for mass market phones that sounded natural and was compact enough to be deployed in the entry level segment. The underlying technology for VSpeak™ remains a secret, but the results speak for themselves. VSpeak™ complements VoiceSignal's other product lines: VSuite™ and VoiceMode™, enabling mobile phone manufacturers to provide a complete speech interface solution to look up or dial a contact, dial a number, address a text message, dictate a text message or have a text message or other content read aloud.

VSpeak™ will be deployed in all classes of phones, from entry level through Smartphones and will appear in over 20 languages throughout North America, Europe and Asia later this year and into the first quarter of 2006.

About VoiceSignal Technologies VoiceSignal is the world leader in voice interfaces for mobile devices. For the first time, VoiceSignal has solved the interface problem of mobile phones and PDAs. Users can speak a name, a number, or a command, and get connected in one step. VoiceSignal's unique architecture is compatible with the entire range of mobile devices – from entry-level voice-only handsets to enterprise-class PDAs and smart phones. VoiceSignal is shipping on millions of units manufactured by the largest global handset brands and sold by major operators worldwide. Additional information about the company is available at: www.voicesignal.com.

###

**Contact:**

Mira Genser, VoiceSignal

Phone: (781) 970 5223 Mobile: (617) 513 7020

mgenser@voicesignal.com