# EXHIBIT H




| Company | Solutions | ▶ Products | Customers | News | FAQs | Support | Store |

▶ **Product Gallery (All)**
　**Manufacturer Gallery**
　**Operator Gallery**
　**Region Gallery**
　**Coming Soon**

# Product Gallery (All)

This Product Gallery is devoted to showing products that are currently available and use a VoiceSignal solution. **Select "Features" under any phone for more detailed information about that device.**



VoiceMode is the exciting new break-through dictation software that lets users say it, see it, and send it!

**Benefits**
VoiceSignal's speech solutions provide value to everyone in the wireless ecostructure, the user, the manufacturer and the operator.



**Samsung SCH-N330**
Verizon
Features...



| **Samsung SPH-A880** | **Samsung SCH-A895** | **Motorola E815** | **Samsung SPH-A840** |
| Sprint | VIVO | Verizon | Sprint |
| Features... | Features... | Features... | Features... |



| **Samsung SCH-I730** | **Motorola A840** | **Samsung SPH-A800** | **Panasonic X800** |
| Verizon | Verizon | Sprint | China Unicom |
| Features... | Features... | Features... | Features... |



| Samsung P207 | Samsung SCH-A795 | Samsung SPH-A790 | Samsung A890 |
|---|---|---|---|
| Cingular | Verizon | Sprint | Verizon |
| Features… | Features… | Features… | Features… |



| Motorola MPX | Panasonic X700 | Samsung S200 | Samsung S200 |
|---|---|---|---|
| China Unicom, SK Telecom | Vodafone, Orange, China Unicom | SK Telecom | SK Telecom |
| Features… | Features… | Features… | Features… |



| Samsung A685 | Samsung SGH-E818 | Samsung A740 | Motorola V265 |
|---|---|---|---|
| IUSACELL, VIVO | China Unicom | Sprint | Verizon, VIVO |
| Features… | Features… | Features… | Features… |



| Samsung D500e | Motorola V260 | Motorola V262 | Audiovox 8920T |
|---|---|---|---|
| TIM | VIVO | VIVO | Telus |
| Features… | Features… | Features… | Features… |





| **Nokia 7610** | **palmOne Treo 650** | **Motorola MPx220** | **Motorola V710** |
|---|---|---|---|
| Cingular | Sprint, Verizon, Cingular | Cingular | Verizon, ALLTEL, Telus, VIVO |
| Features... | Features... | Features... | Features... |



| **Motorola A860** | **Samsung A760** | **Samsung MM-A700** | **Sendo X** |
|---|---|---|---|
| China Unicom | Sprint, IUSACELL (Mexico) | Sprint | Vodafone (UK) |
| Features... | Features... | Features... | Features... |



| **Samsung SCH-E560** | **Samsung SCH-V540** | **Samsung VM-A680** | **Samsung SPH-A680** |
|---|---|---|---|
| SK Telecom (Korea) | SK Telecom (Korea) | Sprint, Qwest | Bell Mobility |
| Features... | Features... | Features... | Features... |



| **Samsung A680 Vulcan** | **Samsung SCH-A790** | **Samsung SCH-A670** | **Samsung SPH-A670** |
|---|---|---|---|
| IUSACELL | Verizon | Verizon | Telus |
| Features... | Features... | Features... | Features... |



| **Samsung SPH-I700** | **Samsung SPH-A660** | **Samsung SCH-A610** | **Samsung VI660 (SPH-A660)** |
|---|---|---|---|
| Verizon | Bell Mobility, IUSACELL | Verizon | Sprint |
| Features... | Features... | Features... | Features... |



| **Samsung A660 Leo** | **Motorola V60T Color** | **Samsung SCH-E250** | **Samsung SCH-E300** |
|---|---|---|---|
| IUSACELL | Cingular, AT&T Wireless, Telcel, Claro | SK Telecom (Korea) | SK Telecom (Korea) |
| Features... | Features... | Features... | Features... |



| **Samsung SCH-I519** | **Samsung VGA-1000 (SPH-A620)** | **Samsung SPH-N270** | **Samsung SCH-V420** |
|---|---|---|---|
| China Unicom | Sprint | Sprint | SK Telecom (Korea) |
| Features... | Features... | Features... | Features... |



| **Samsung SCH-I600** | **Samsung SP-I600** | **Samsung SPH-A500** | **Samsung SPH-A600** |
|---|---|---|---|
| Verizon | Sprint | Sprint | Sprint (English), Bell Mobility (English/French), Telus (Latin American Spanish) |
| Features... | Features... | Features... | Features... |

top

Company, Solutions, Products, Customers, News, FAQs, Support, Store

Home, Contact, Site Map

© 2005 VoiceSignal Technologies, Inc.