UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, <br><br>　　　　　Defendants. | C.A. No. 04-10353-PBS |

## ASSENTED TO MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
## MOTION TO DISQUALIFY GOODWIN PROCTER

Defendant Voice Signal Technologies, Inc., hereby moves for leave to file a reply memorandum in support of its Motion to Disqualify Goodwin Procter LLP, on or prior to December 5, 2005.

This Motion has been assented to by Goodwin Proctor LLP.

　　　　　　　　　　　　　　　　　　VOICE SIGNAL TECHNOLOGIES, INC.

　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　/s/ Robert S. Frank, Jr.
　　　　　　　　　　　　　　　　　　Robert S. Frank, Jr. (BBO No. 177240)
　　　　　　　　　　　　　　　　　　Sarah Chapin Columbia (BBO No. 550155)
　　　　　　　　　　　　　　　　　　Paul D. Popeo (BBO No. 567727)
　　　　　　　　　　　　　　　　　　Paul E. Bonanno (BBO No. 646838)
　　　　　　　　　　　　　　　　　　Wendy S. Plotkin (BBO No. 647716)
　　　　　　　　　　　　　　　　　　CHOATE, HALL & STEWART LLP
　　　　　　　　　　　　　　　　　　Two International Place
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　(617) 248-5000

Dated:  November 23, 2005

1

4015713v1