UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Scansoft Inc.
           Plaintiff,           CIVIL ACTION
                                      NO.  04-10353-PBS
    v.

Voice Signal Technologies, Inc., et al
           Defendants.

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                   December 5, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion to Disqualify Goodwin Proctor LLP from Representing Scansoft on **December 12, 2005**, at **3:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                             By the Court,

                                                                               /s/ Robert C. Alba
                                                                             Deputy Clerk

Copies to:  All Counsel