# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353 PBS |

**ASSENTED-TO MOTION FOR LEAVE TO ALLOW PLAINTIFF'S IN-HOUSE COUNSEL TO LISTEN TELEPHONICALLY TO HEARING ON MOTION TO DISQUALIFY GOODWIN PROCTER LLP FROM REPRESENTING SCANSOFT IN THIS CASE**

Plaintiff moves for leave of this Court to allow plaintiff's in-house counsel located in Menlo Park, California, to listen to the hearing scheduled for Monday, December 12, 2005 by telephone. In the event the Court allows this Motion, plaintiff offers to bear the cost of the telephone charges. This motion is made on the following grounds:

(1) As the result of a short form merger between ScanSoft, Inc. and Nuance Communications, Inc. ("Nuance") that occurred on October 17, 2005, in-house counsel for Nuance, Edward Ross, Esq., has recently assumed oversight and management of this litigation.

(2) The purpose of Mr. Ross's role is merely to listen to the proceedings and not to participate in the proceedings in any manner.

(3)     Mr. Ross's office is located in Menlo Park, California and it is impractical for counsel to attend and observe the hearing in Boston.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for Nuance Communications, Inc. conferred with counsel for VST on December 7, 2005, by telephone in an effort to resolve the issues presented in this motion and have agreed to jointly file this motion.

Dated: December 7, 2005                SCANSOFT, INC.
                                       By its attorneys,


                                       /s/ Lisa M. Fleming
                                       Lee Carl Bromberg, BBO # 058480
                                       Robert Asher, BBO # 022865
                                       Lisa M. Fleming, BBO # 546148
                                       Erik Paul Belt, BBO # 558620
                                       Rebecca L. Hanovice, BBO # 660366
                                       BROMBERG & SUNSTEIN LLP
                                       125 Summer Street
                                       Boston, Massachusetts 02110-1618
                                       (617) 443-9292
                                       lfleming@bromsun.com

02639/00509 440246.1