Symbian OS mobile smartphone operating system- News, articles, wireless developer tools for Symbian Series 60, UIQ and Symbian ...    Page 1 of 6

Case 1:04-cv-10353-PBS    Document 307-3    Filed 12/11/2005    Page 1 of 6

Newsletter | Contact | Advertise | App Shop | Device Shop

Friday, December 09 2005




▸ Home

| HOME | NEWS | JOBS | ARTICLES | REVIEWS | GALLERY | COMMUNITY | DOWNLOADS | FORUMS | EVENTS | MAGS | APP SHOP | DEVICE SHOP | ABOUT |

Free White Paper - Best Practices for VoIP Security ** Free Career Posting ** Free Zi Predictive Text Suite for Nokia

Purchase your Smartphone, Cellphone or accessories from the new SymbianOne Mobile Device Shop

### Free Newsletter
The SymbianOne Monitor is a must read for smartphone developers and mobile technology professionals.

Enter Email

Subscribe





**Main Menu**

## Interview with Rich Geruson, CEO, VoiceSignal

     search...    GO

**Written by Richard Bloor**
Monday, 06 December 2004

 If you have tried Voice Signals solution on the Sendo X or Nokia 7610 you may be impressed but whether you are a user or developer "you ain't seen nothing yet" as we find out in an interview with Voice Signal's CEO, Rich Geruson.

**SymbianOne**: Rich, thanks for finding time to talk to SymbianOne. Voice recognition is clearly becoming an important technology in the mobile market place, how is the business looking to VoiceSignal?

**Rich**: Voice recognition as a technology has really started to take off, and as a company we are on a roll. We expect to ship 20 million units this year and our volume and royalty revenue has seen close to a six-fold increase this year alone. Next year we expect to achieve at least a four-fold increase. We are profitable and our customer base now covers the big three, Samsung, Motorola, and Nokia. We have multi year deals with Samsung and Motorola and are looking to expand our relationship with Nokia from Series 60 to its ISA GSM platform. We also have numerous smaller, but no less important, companies like Panasonic and Sendo using our technology in their Series 60 handsets. We are also working with other open operating systems and in the area of consumer electronics, such as MP3 players.

**SymbianOne**: What is happening in terms of the technology?

**Rich**: Our core product is VSuite 1.3, which provides name and digit dialing along with application shortcuts, basically what you see on the Sendo X, Panasonic X700 or Nokia 7610. Then we have VSuite 2.0, which is shipping now and has been implemented in the Samsung A700. VSuite 1.3 works around specific prompted commands, so you will get

### The SymbianOne Shop



Visit our new smartphone application store!

Case 1:04-cv-10353-PBS     Document 307-3     Filed 12/11/2005     Page 2 of 6

Home
News
Jobs
Articles
Reviews
Gallery
Community
Downloads
Forums
Events
Mags
APP SHOP
DEVICE SHOP
About

**Mobile Industry News**

- Fonix Offers Enhanced Text-to-Speech for Embedded Applications Industry News
- Matsushita Electric to Reorganize Overseas Mobile Phone Operations; Phasing out 2.5G GSM operations Industry News
- Panel - Controlling the industry cost curve: the Future of QA and device support costs Industry News
- Win an iPod in December with Symsource! Symbian News
- Forum Nokia Honors SEVEN(R) With 2005 Best S60 Enterprise Application Award Symbian News
- Nokia PC Suite Version 6.7 Now Available for free download Symbian Software News

prompted for "name" and you say the name and then you are prompted for "which number" and so on. With 2.0 you can say a grammatical sentence "Call Richard's Mobile" and VSuite will identify the parts of the command and dial your mobile number. We have implementations in several languages, so even if the verb and noun sequence is different VSuite will recognize the request to make a call.

What we are finding interesting is that this technology has got the operators excited because it can allow users to easily access services. Voice commands allow the menu to be flattened, taking a user to a point in the menu with a single utterance. Our technology can not only access phone functions like "open messaging" or "go to tools" it can also go to embedded links, taking the user to operator services. We were talking with a major US operator recently and they have hundreds of portals but the usage is really low. Research shows that one of the key reasons for this is that it takes many clicks to access these service and estimates are that the operator loses 15% of the users with every click. So after say 10 clicks you don't have many users left who actually access the service. Now if they have the ability to say, "go to ring tones" or "go to stock quotes" they don't even have to touch the phone and they are at the service. That is getting operators really excited and it something we can do in both VSuite 1.3 and 2.0.

**SymbianOne**: So where is the technology going next?

**Rich**: Well the next step is dictation and we plan to introduce this technology with one of our big clients early next year. The technology provides users with the ability to dictate using an unconstrained vocabulary. For example, you will be able to "Send text to Richard" using VSuite 2.0, which will seamlessly address the message with the person's mobile phone number, and then with VoiceSignal's next generation dictation technology (known as VoiceMode) users can say "Hi Richard comma sorry I missed your call period I'll call you later period". We are using the prototype here at VoiceSignal and have seen a huge jump in our SMS traffic. And obviously it's useful not only in SMS but email or any text based application on a mobile device, even a browser. So, theoretically you could use a voice command to say "Go To Boston Weather" to activate a browser search.

Other areas we are looking at are using voice with consumer electronics devices. As an example, a modern MP3 player can hold thousands of titles; with VSuite the owner would simply name the song they want to play rather than scrolling through endless lists of titles.

So, we see a huge future for VSuite and dictation technology both in smartphone and the wider consumer electronics market. 20 million units is just scratching the surface.

**SymbianOne**: Given the market size, how important to VoiceSignal is your Symbian based business?

**Rich**: We are excited about our Symbian partnership as Symbian clearly has the lead in the smartphone market and people are starting to recognize the significance of Symbian OS as the leading smartphone platform. We certainly think there is a mutual win-win opportunity between what Symbian is doing and our technology. Although the volumes in



**Purchase A Phone**

Case 1:04-cv-10353-PBS    Document 307-3    Filed 12/11/2005    Page 3 of 6

- Nokia launches S60 3rd Edition Challenge for mobile developers Symbian News
- QSound Labs' microQ'TM' Technology Featured in Lenovo's New P930 Smart Phone Symbian News
- Tango CCN Deployed in GSM Network for Outremer Telecom Industry News
- AVANQUEST SOFTWARE INTRODUCES POCKET PHONE TOOLS 5 PRO FOR THE ULTIMATE IN OFFICE MOBILITY Industry News

- **Submit Your News**



### Login Form

Username

Password

☐ Remember me

LOGIN

Forgotten your password?

No account yet? Create one

### Symbian Apps

1. WorldMate 2005 Professional Edition for UIQ
2. Handy Day 2005 Professional

the Symbian space are only a part of our business there are a couple of things that make it very important to us.

Firstly I believe Symbian is on the cutting edge of smartphone development. It has a great operating system with superb capabilities particularly in multimedia, which lend themselves to voice recognition applications. I know the notion of convergence is a bit trite now but it is clear to me that the features of a broad range of consumer devices will converge into the smartphone. Symbian is at the juncture of this convergence. Symbian platforms will make the end user's life a lot easier in managing that mix of functions on a mobile device.

The other reason Symbian is important is that unlike our embedded business, Symbian offers us the opportunity to engage in other business models. So not just per unit but also consumer downloads or hybrids where we deliver VSuite say on an MMC card with a device. This is much more feasible with Symbian than other proprietary systems and it offers the potential for higher per unit revenues, which is appealing.

**SymbianOne**: Any plans at the moment to make VSuite available as a consumer application?

**Rich**: We are certainly technically able to do it, but there are several business issues we need to work through to ensure we can support the market and optimize our success. It's simply a case of identifying the right time.

**SymbianOne**: Another area to address is Developer Tools, an open API, as many developers will surely want to add Voice capability to their applications. Any plans in that area?

**Rich**: Yes. We now have a VP of market development, Jack Armstrong, who is looking at precisely that capability and how we should go about providing a public API. In that same space we have been working with Symbian to look at specifying Voice APIs for Symbian OS. We recognize the value that could be provided to any third party application from being able to voice enable it and we are seriously exploring how we can provide that capability. However at this stage we have no formal announcements to make, but there will definitely be APIs available at some time in the future.

You can find out more about VoiceSignal's technology from its web site: www.voicesignal.com

Number of comments (0) - Add your comments to this article...

**SymbianOne Sponsored Links**





SymbianOne on on AvantGo!
**Syndicate this site**

### Industry Events

December 2005

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | **1** | 2 | 3 | 4 |
| **5** | **6** | **7** | **8** | **9** | 10 | 11 |
| **12** | **13** | **14** | **15** | **16** | 17 | 18 |
| **19** | **20** | **21** | **22** | **23** | **24** | 25 |
| **26** | **27** | **28** | **29** | **30** | **31** | 1 |

This month

### Must Read Articles

- VOIP - Comparison of the Top THREE Providers
- CodeWarrior - Strengthening Symbian OS Support
- Penrillian: Testing Symbian OS
- Series 60 Platform FAQ
- 72 Hours In Coder Heaven
- Protecting Your Smartphone From

3. SmartMovie (Symbian)
4. Handy Tools 2005
5. New 2005 Quickoffice Premier 3.0
6. Quickoffice Premier for Nokia Series 60
7. ProfiMail (Symbian)
8. Remote S60 Professional
9. WorldMate for Nokia 9300 and 9500
10. WorldMate for Series 60



**Device Gallery**



Sony Ericsson P800

Ads by Goooooogle                                          Advertise on this site

**Philips SpeechMagic**
Medical speech recognition Document creation for professionals
www.philips.com/speechrecognition

**Vonage VoIP Phone Service**
Great rates with many free features Calling plans start at just $14.99
www.vonage.com

**Envox for IVR & Speech**
Rapid IVR and VoIP development Free evaluation software
www.envox.com

**Loquendo**
The ultimate speech-interaction solutions in 16 languages!
www.loquendo.com

▸ **Free whitepaper download - Mobile Explosion - the future of mobile technology**
▸ **SplashPhoto for Symbian UIQ** - View and organize digital images on your Symbian UIQ smartphone!
▸ **Weather for Series 60** - A new application that provides you with always up-to-date 5 day weather
▸ **SmartMovie (Symbian UIQ)** Prepare any video clip for playback on your mobile device.
▸ **Documents To Go for Symbian UIQ** - Edit and create actual Microsoft Word and Excel files as well as view PowerPoint files on your Symbian UIQ and Symbian Series 80 smartphone
▸ **LBSZone.com** - News & resources for those interested in location-based services
▸ **Geospatial & LBS News** - Stay abreast with daily updates

**See Your Message Here**

[Google Search box]  Search

○ Web   ○ SymbianOne.com
○ Forum.Nokia   ○ LBSzone.com

**Featured Symbian Career**

Malware

**SymbianOne Suggests**
- All About Symbian
- SymMobile
- Java verified
- ngageworld
- GISuser
- LBSzone
- Symbian Freeware

**Blogs**
- See into S60
- SimonJudge.com
- Russell Beattie
- Ewan Spence
- Glenn's Weblog

**Symbian Tools & SDKs**
- Introduction To The S60 Scalable UI v1.3
- S60 2nd/3rd Edition: Differences In Features v1.2
- S60 Platform: Source And Binary Compatibility v1.2
- Series 60 Platform 2nd Edition Feature Pack 3: Scalable UI Support v3.1
- Datasheet of Carbide.vs
- Datasheet of Nokia Prototype SDK
- Freeware Opportunities for Series 60 and Series 80 Developers
- More Series 60 SDKs

**SymbianOne Poll**
**Which Device would you declare Symbian OS Device of the Year??**

Symbian OS mobile smartphone operating system- News, articles, wireless developer tools for Symbian Series 60, UIQ and Symbian ...    Page 5 of 6

Case 1:04-cv-10353-PBS     Document 307-3     Filed 12/11/2005     Page 5 of 6

**Vice President of Sales (European market)** - Candidates should have the equivalent of a BS or BA degree from a university

**Symbian Build Engineers** - Alten Ltd currently seek talented senior Symbian build engineers for building several Symbian based platform in parallel

**Recent Discussions**

1: Symbian Version by Manjula
2: Pls help..... by Sam
3: Symbian Build Engineers needed by Pepsi
4: Re:n-gage qd os by Deep Kulkarni
5: n-gage qd os by mayank

show last 4hrs - 24hrs

**Newest Download Files**

| Dec.09 | Mo'Sudoku |
| | Mo'Sudoku is compatible with Nokia 7610, 3230, 6670, 6260, 6230, 6230i, 6630, 6680, 9300, 9500,... |
| Dec.07 | Aspicore Ping for Nokia Communicator |
| | A free PING utility for Nokia Communicator! What you can do with it? Troubleshoot network connecti... |
| Dec.02 | Opera Platform SDK |
| | Registered users of the Opera Platform SDK are entitled to: Five non-commercial licenses for Oper... |
| Nov.28 | Jigsaw S90 |
| | Powerful puzzle game for Nokia 7710. The objective of the game is to reassemble broken pictures (as ... |
| Nov.23 | AvantGo for UIQ |
| | Use AvantGo to synchronize specially designed mobile Web sites to your phone using a desktop or wire... |

○ Nokia 9300
○ Nokia N90
○ Nokia 6680
○ BenQ P30
○ Lenovo P930
○ Sony Ericsson P910
○ Nokia 6630
○ None of the above

[ VOTE ]   [ RESULTS ]

Ads by Google

Symbian Software
Symbian OS
P800 Programming
Uiq Development
My-Symbian





TOP OF PAGE

SYMBIAN and all Symbian-based marks and logos are trade marks of Symbian Software Limited.

Case 1:04-cv-10353-PBS    Document 307-3    Filed 12/11/2005    Page 6 of 6

This website is not in any way endorsed by Symbian Software Limited.

SymbianOne.com © 2003 - 2005 All rights reserved.
Web hosting by CNET Global International