**1/9/1 (Item 1 from file: 516)**

DIALOG(R)File 516:D & B - DUNS MARKET IDENTIFIERS (c) 2005 D&B). All rts. reserv.

**Voice Signal Technologies, Inc**
```
150 Prsdntial Way Ste 310
Woburn, MA  01801-1121
```

```
TELEPHONE: 781-970-5200
COUNTY: MIDDLESEX      MSA: 1120  (Boston, Ma-NH)
REGION: New England

BUSINESS: Software Development

NAICS Codes: 541511 (Custom Computer Programming Services)

PRIMARY SIC:
 7371      Custom computer programming services, nsk
  73710300  Computer software development and applications
  73710301  Computer software development

LATEST YEAR ORGANIZED:  1995
STATE OF INCORPORATION:  CA    DATE OF INCORPORATION: 10/23/2003
ANNUAL SALES REVISION DATE: 09/15/2005
                          LATEST         TREND          BASE
                           YEAR           YEAR          YEAR
                                         (2003)        (2001)

SALES         $    4,400,000E  $         NA  $           NA
EMPLOYEES TOTAL:         45              45              41
EMPLOYEES HERE:          45

   SALES GROWTH:  NA %  NET WORTH: $         NA
   EMPLOYMENT GROWTH:  9 %

SQUARE FOOTAGE: 16,000  Rented
NUMBER OF ACCOUNTS: NA

THIS IS:

    A   SINGLE LOCATION
    A   CORPORATION

DUNS NUMBER:           12-812-1808

PRESIDENT:                 Roth, Daniel   /Pres
DATA PROCESSING:           Cohen, Jordan  /Cto
                           Winer, Barbara  /It Director
SENIOR VICE PRESIDENT:     Skarzynski, Peter   /Senior Vice President
CHIEF EXECUTIVE OFFICER:   Geruson, Richard J  /Ceo
MANAGEMENT:                Winer, Barbara  /It Director
SALES-MARKETING VP:        Pantzar, Jan   /Vp-Sales
 LATEST UPDATE TO RECORD:    08/11/05
```