This is G o o g l e's cache of http://www.voicesignal.com/index.php3 as retrieved on Dec 7, 2005 04:04:46 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: `http://www.google.com/search?q=cache:AiDf2_vIkU4J:www.voicesignal.com/index.php3+voice+signal+market+share&hl=en`

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **voice market share**
These terms only appear in links pointing to this page: **signal**



| Company | Solutions | Products | Customers | News | FAQs | Support | Store | International |

**VoiceSignal is the leading developer of state-of-the-art speech solutions for wireless mobile devices.**

With an estimated 90% **market share** and customers that include Samsung, Motorola and Nokia, VoiceSignal is the leading provider of speaker-independent (no training) embedded speech recognition solutions to the telecommunications industry.

All VoiceSignal applications are designed to make today's small and increasingly complex mobile phones easier for the consumer to use. VoiceSignal's solutions are cost effective, fast, accurate, noise robust, flexible, easy to use, easy to integrate and provide value for the user, the manufacturer and the operator.

**VoiceMode™ Demo**



VoiceMode is the exciting new breakthrough dictation software that lets users say it, see it and send it!

**Articles**



**Samsung's MM-A800 two-megapixel camera phone with VoiceSignal's VoiceMode raises the bar**

**The most powerful thing**

**Product Gallery**



Check out the new Motorola RAZR phones, Samsung's A900 series phones, the Nokia 6682, and the Treo 650; all using VoiceSignal technology. See them now in our Product Gallery...

**VSuite 2.0 Demo**



VoiceSignal's one-step, speaker independent, speech recognition software solution . Check it out...

**VoiceMode Video**



SEE and HEAR what the PRESS thinks...

SEE and HEAR what CONSUMERS think...

**Customers**



VoiceSignal is proud to be working with Samsung, Motorola, Nokia, PalmOne, Panasonic, Curitel, Sendo, Chi Mei and Sky Teletech. For additional information on each of these manufacturers, click here...

**PCLink**



Review the features and installation of PCLink...



you can hold in your hand short of a pocket nuke, the Samsung i730 PDA/phone is small, blazingly fast....



**Sprint PCS MM-a800 by Samsung**

FORTUNE
**A Phone You Can Talk To**



**At Last, a Phone That Takes Dictation**

Forbes

**Forget punching tiny cell phone keys until your thumbs fall off. A new system lets you create text messages by talking into the mouthpiece...**

More...

**Press Releases**

Oct 11, 2005
VoiceSignal Partners with Chi Mei Communications Systems

Sept 26, 2005
VoiceSignal unveils VSpeak an entirely new technology approach for embedded speech synthesis for mobile phones

Sept 23, 2005
VoiceSignal named one of New England's Fastest Growing Technology Companies in Deloitte's Technology Fast 50 Program

Sept 19, 2005
VoiceSignal announces VSuite 3.0, the first speech application for mobile phones that supports "over-the-air" downloadable language modules

August 3, 2005
Samsung Electronics launches p207 phone featuring Canada's first speech-to-text capabilities

July 6, 2005
VoiceSignal Announces First Downloadable **Voice**-Activated Solution (Available at Handango)

More...

**More...**

About VoiceSignal Technologies

Solutions Overview

Events

FAQs

VoiceSignal Store

© 2005 VoiceSignal Technologies, Inc., All Rights Reserved.