IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCANSOFT, INC., )
)
    Plaintiff )
)
-VS- ) CA No. 04-10353-PBS
) Pages 1 - 102
VOICE SIGNAL TECHNOLOGIES, INC., )
LAURENCE S. GILLICK, ROBERT S. ROTH, )
JONATHAN P. YAMRON, and )
MANFRED G. GRABHERR, )
)
    Defendants )

RECEIVED
JUN 2 3 2005
BROMBERG & SUNSTEIN

**MARKMAN HEARING**

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

    LEE C. BROMBERG, ESQ., ERIK PAUL BELT, ESQ.,
and LISA M. FLEMING, ESQ., Bromberg & Sunstein,
125 Summer Street, Boston, Massachusetts, 02110-1618,
for the Plaintiff.

    ROBERT S. FRANK, JR., ESQ., PAUL D. POPEO, ESQ.,
and SARAH CHAPIN COLUMBIA, ESQ., Choate, Hall & Stewart,
53 State Street, Boston, Massachusetts, 02109,
for the Defendants.

                      United States District Court
                      1 Courthouse Way, Courtroom 19
                      Boston, Massachusetts
                      June 17, 2005, 2:10 p.m.

                    LEE A. MARZILLI
              CERTIFIED REALTIME REPORTER
            United States District Court
          1 Courthouse Way, Room 3205
              Boston, MA  02210
               (617)345-6787

```
 1  either.  He needs to be able to have someone interpret them.
 2           MR. BROMBERG:  You're absolutely right, your Honor.
 3           MR. FRANK:  If I may, your Honor.
 4           THE COURT:  Yes.
 5           MR. FRANK:  What we would propose is that it's fine
 6  with us if the two experts get together and select a neutral
 7  expert so that there's as little partisanship in that as
 8  possible.  The second thing that we would be prepared to do
 9  is to have the plaintiffs provide whatever code they think
10  was copied, may have been copied by our side.  And the expert
11  can look at the code that we have produced, and if that
12  expert finds in there the, you know, copying or the use of
13  the core idea and thinks it's genuinely a secret -- that is,
14  that the idea in question is not generally known -- that
15  seems to us to be a fair way to go forward.  We're concerned
16  about the misuse of this material, and we believe that
17  there's substantial --
18           THE COURT:  I understand.  This is what I'm going
19  to do.  I think, if there's a concern about the partisan
20  experts, pick a third name.  Have the person --
21  Mr. Bromberg's firm will have to explain what the theory of
22  the trade secrets are to him so that he'll know or she will
23  know what to look for, and then at some point you can either
24  sit down in a mutual meeting where the expert explains what
25  he has or has not found with all of you sitting there.  We
```

```
 1  can do it by means of deposition, and you'll both pay the
 2  person.
 3          MR. FRANK:  Fine.
 4          MR. BROMBERG:  Your Honor, we --
 5          THE COURT:  And the counsel will be there, and
 6  counsel will be able to talk to this expert, and this expert
 7  will walk through those documents, because I can't do it.
 8  And so maybe by within a week someone can come up with
 9  another name, and we'll just see if the person is willing to
10  do it.  Whatever the big bucks are, you'll divvy them up
11  between everybody, and we'll just get this off the dime.
12          MR. BROMBERG:  Your Honor, my only concern is that
13  we already have retained an expert, and actually we have a
14  different expert who is also here, Mr. Goldhor, for the --
15  you know, he's an expert in speech recognition software,
16  so --
17          THE COURT:  Maybe he'll be mutually agreeable, but
18  if he isn't mutually agreeable, then there have got to be
19  other people out there that both can walk through it and
20  decide.  And exactly the same person will be used for
21  whatever documents that you provide to them, and that way the
22  person is hopefully going to be neutral, you know, with
23  respect to stock interests and consulting agreements,
24  et cetera, with respect to both sides, and he'll be our
25  court-appointed expert to walk through the trade secret and
```

```
 1                    C E R T I F I C A T E
 2
 3      UNITED STATES DISTRICT COURT )
 4      DISTRICT OF MASSACHUSETTS    ) ss.
        CITY OF BOSTON               )
 5
 6
 7
 8           I, Lee A. Marzilli, Official Federal Court
 9      Reporter, do hereby certify that the foregoing transcript,
10      Pages 1 through 102 inclusive, was recorded by me
11      stenographically at the time and place aforesaid in Civil
12      Action No. 04-10353-PBS, ScanSoft, Inc. Vs. Voice Signal
13      Technologies, Inc., et al, and thereafter by me reduced to
14      typewriting and is a true and accurate record of the
15      proceedings.
16           In witness whereof I have hereunto set my hand this
17      22nd day of June, 2005.
18
19
20
21
22
23                    _____
24                    LEE A. MARZILLI, CRR
                      OFFICIAL FEDERAL COURT REPORTER
25
```