# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, <br><br> Defendants. | C.A. No. 04-10353-PBS |

## DECLARATION OF RICHARD C. ABATI

Richard C. Abati deposes and states as follows:

1. I am an attorney in the law firm of Choate, Hall & Stewart, and a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am counsel to the above-named defendants and make this declaration in support of Voice Signal's Memorandum In Support Of Its Proposed Neutral Expert Procedure.

2. Attached hereto as Ex. A is a true and correct copy of Voice Signal Technologies, Inc.'s Second Set of Interrogatories to ScanSoft, Inc.

3. Attached hereto as Ex. B is a true and correct copy of an excerpt of the June 17, 2005 hearing transcript in the above referenced matter.

4. Attached hereto as Ex. C is a true and correct copy of an excerpt of the July 18, 2005 hearing transcript in the above referenced matter.

4023914v1

5.  Attached hereto as Ex. D is a true and correct copy of an excerpt of the deposition transcript of Jeanne McCann.

6.  Attached hereto as Ex. E is a true and correct copy of ScanSoft, Inc.'s Supplemental Answers To Voice Signal's Second Set of Interrogatories dated May 26, 2005.

*       *       *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

\s\ Richard C. Abati
RICHARD C. ABATI

Dated:  December 16, 2005