UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, AND MANFRED G. GRABHERR, <br><br> Defendants. | CASE NO.   04-10353-PBS |

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

1. Letter to the Honorable Patti B. Saris dated December 23, 2005, from Kenneth A. Cohen.

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

/s/ Daniel F. Forman

Daniel F. Forman (BBO # 637405)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109-2881
Tel:   (617) 570-1000
Fax:   (617) 523-1231
*Counsel for Plaintiff ScanSoft, Inc.*

Dated: December 23, 2005

LIBA/1660145.1