UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCANSOFT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-10353 PBS |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | |
| MANFRED G. GRABHERR | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SCANSOFT, INC.'S ASSENTED-TO MOTION FOR IMPOUNDMENT

Pursuant to Local Rule 7.2 and paragraph 14 of the parties' Protective Order, plaintiff ScanSoft, Inc. moves for an order impounding ScanSoft's Opposition to Voice Signal Technologies Memorandum in Support of its Proposed Neutral Expert Procedure ("Opposition") and Exhibits A through F of the Opposition, filed concurrently by hand. Exhibit G to the Opposition and a partially redacted copy of the Opposition are being filed concurrently electronically.

As grounds for the motion, ScanSoft states that Exhibits A through F contain email correspondence and deposition testimony designated "Highly Confidential" by VST, and the unredacted copy of the Opposition quotes from these Exhibits.

Accordingly, pursuant to the terms of the Protective Order, ScanSoft moves that the unredacted copy of the Opposition and Exhibits A and F of the Opposition be placed under seal in the envelope provided and that impoundment continue pursuant to Local Rule 7.2 and the terms of the Protective Order.

## CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on December 30, 2005, counsel for the parties conferred and that counsel for defendants assented to this motion.

Dated:  December 30, 2005

SCANSOFT, INC.,
By its attorneys,


/s/ Lisa M. Fleming
Lee Carl Bromberg, BBO # 058480
Robert Asher, BBO # 022865
Lisa M. Fleming, BBO # 546148
Erik Paul Belt, BBO # 558620
Rebecca L. Hanovice, BBO # 660366
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
lfleming@bromsun.com

02639/00509  419425.1