# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC., | ) | |
| Plaintiff | ) | |
| v. | ) | C.A. No. 04-10353-PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) | |
| Defendants | ) | |

## NOTICE OF APPEARANCE FOR COURTNEY QUISH, ESQ.

Pursuant to Local Rule 83.5.2(a), please enter my appearance for the Plaintiff, Nuance Communications, Inc., formerly ScanSoft, Inc., in the above-captioned case.

Dated: January 5, 2006

/s/     Courtney M. Quish
Courtney M. Quish, BBO# 662288
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: cquish@bromsun.com

02639/00509 457385.1