UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-10353-PBS |
| | ) |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF WITHDRAWAL OF APPEARANCE FOR JOHN F. WARD, ESQ.

Pursuant to Local Rule 83.5.2(c), please accept my withdrawal of representation for the Plaintiff, Nuance Communications, Inc., formerly ScanSoft, Inc., in the above-captioned case.

Dated:  January 6, 2006

/s/     John F. Ward
John F. Ward, BBO# 646689
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone:  (617) 443-9292
Facsimile:  (617) 443-0004
Email: jward@bromsun.com

02639/00509 457619.1