UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, <br><br> Defendants. | C.A. No. 04-10353-PBS |

### WITHDRAWAL OF VOICE SIGNAL TECHNOLOGIES' MOTION TO MODIFY THE COURT'S NEUTRAL EXPERT PROCEDURE AND REQUEST FOR HEARING

Voice Signal Technologies, Inc. hereby withdraws, without prejudice, its Motion to Modify the Court's Neutral Expert Procedure and Request for Hearing.

Respectfully submitted,

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

/s/ Robert S. Frank, Jr.
Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART LLP
Exchange Place, 53 State Street
Boston, MA  02109
(617) 248-5000

Dated:  January 13, 2006

4033056_1.DOC