IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCANSOFT, INC., )
)
    Plaintiff )
)
-VS- ) CA No. 04-10353-PBS
) Pages 1 - 102
VOICE SIGNAL TECHNOLOGIES, INC., )
LAURENCE S. GILLICK, ROBERT S. ROTH, )
JONATHAN P. YAMRON, and )
MANFRED G. GRABHERR, )
)
    Defendants )

**RECEIVED**

JUN 2 3 2005

**BROMBERG & SUNSTEIN**

**MARKMAN HEARING**

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

   LEE C. BROMBERG, ESQ., ERIK PAUL BELT, ESQ.,
and LISA M. FLEMING, ESQ., Bromberg & Sunstein,
125 Summer Street, Boston, Massachusetts, 02110-1618,
for the Plaintiff.

   ROBERT S. FRANK, JR., ESQ., PAUL D. POPEO, ESQ.,
and SARAH CHAPIN COLUMBIA, ESQ., Choate, Hall & Stewart,
53 State Street, Boston, Massachusetts, 02109,
for the Defendants.

                    United States District Court
                    1 Courthouse Way, Courtroom 19
                    Boston, Massachusetts
                    June 17, 2005, 2:10 p.m.

        LEE A. MARZILLI
    CERTIFIED REALTIME REPORTER
    United States District Court
    1 Courthouse Way, Room 3205
        Boston, MA 02210
        (617)345-6787

```
 1                    P R O C E E D I N G S
 2          THE CLERK:  The case of ScanSoft, Incorporated V.
 3  Voice Signal Technologies, et al, Civil Action No. 04-10353,
 4  will now be heard before this Court.  Will counsel please
 5  identify themselves for the record.
 6          MR. BROMBERG:  Lee Bromberg, your Honor, Bromberg &
 7  Sunstein, for the plaintiff ScanSoft.
 8          MR. BELT:  Erik Belt, Bromberg & Sunstein, also for
 9  ScanSoft.
10          MS. FLEMING:  Lisa Fleming, Bromberg & Sunstein,
11  for ScanSoft as well.
12          MR. FRANK:  Robert Frank, Choate, Hall & Stewart,
13  for the defendants.
14          MR. POPEO:  Paul Popeo, Choate, Hall & Stewart, for
15  the defendants.
16          MS. COLUMBIA:  Sarah Columbia for the defendants.
17          THE COURT:  Okay, so what do you think we're doing
18  today?  Let me start there.
19          MR. BROMBERG:  I think we're having a Markman
20  hearing, your Honor, on certain disputed terms in the '966
21  patent and in the '630 counterclaim patent.
22          THE COURT:  Were you intending to introduce expert
23  testimony?
24          MR. BROMBERG:  Well, your Honor, I have
25  Mr. Balentine, my expert, in court to talk about the speech
```

1  either.  He needs to be able to have someone interpret them.
2          MR. BROMBERG:  You're absolutely right, your Honor.
3          MR. FRANK:  If I may, your Honor.
4          THE COURT:  Yes.
5          MR. FRANK:  What we would propose is that it's fine
6  with us if the two experts get together and select a neutral
7  expert so that there's as little partisanship in that as
8  possible.  The second thing that we would be prepared to do
9  is to have the plaintiffs provide whatever code they think
10 was copied, may have been copied by our side.  And the expert
11 can look at the code that we have produced, and if that
12 expert finds in there the, you know, copying or the use of
13 the core idea and thinks it's genuinely a secret -- that is,
14 that the idea in question is not generally known -- that
15 seems to us to be a fair way to go forward.  We're concerned
16 about the misuse of this material, and we believe that
17 there's substantial --
18         THE COURT:  I understand.  This is what I'm going
19 to do.  I think, if there's a concern about the partisan
20 experts, pick a third name.  Have the person --
21 Mr. Bromberg's firm will have to explain what the theory of
22 the trade secrets are to him so that he'll know or she will
23 know what to look for, and then at some point you can either
24 sit down in a mutual meeting where the expert explains what
25 he has or has not found with all of you sitting there.  We

1                     C E R T I F I C A T E

2

3

   UNITED STATES DISTRICT COURT )
4  DISTRICT OF MASSACHUSETTS    ) ss.
   CITY OF BOSTON               )

5

6

7

8           I, Lee A. Marzilli, Official Federal Court

9  Reporter, do hereby certify that the foregoing transcript,

10 Pages 1 through 102 inclusive, was recorded by me

11 stenographically at the time and place aforesaid in Civil

12 Action No. 04-10353-PBS, ScanSoft, Inc. Vs. Voice Signal

13 Technologies, Inc., et al, and thereafter by me reduced to

14 typewriting and is a true and accurate record of the

15 proceedings.

16          In witness whereof I have hereunto set my hand this

17 22nd day of June, 2005.

18

19

20

21

22

23                _____
                  LEE A. MARZILLI, CRR
24                OFFICIAL FEDERAL COURT REPORTER

25