UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| SCANSOFT, INCORPORATED,<br>　　　　　　　Plaintiff<br><br>　　　v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.<br>ET AL,　　　　　Defendant | Civil Action<br>No. 04-10353-PBS<br><br>Courtroom No. 19<br>1 Courthouse Way<br>Boston, MA 02210-3002<br>2:30 p.m., Monday<br>July 18, 2005 |

Status Conference

Before:　　　THE HONORABLE PATTI B. SARIS,
　　　　　　　UNITED STATES DISTRICT JUDGE

APPEARANCES:

Bromberg & Sunstein, LLP,
　(by Lee Carl Bromberg, Esq. and Lisa M. Fleming, Esq.
　and Erik Paul Belt, Esq.)
　125 Summer Street, Boston, MA 02110-1618,
　on behalf of the Plaintiff.

Choate, Hall & Stewart,
　(by Robert S. Frank, Jr., Esq. and Sarah C.
　Columbia, Esq.),
　53 State Street, Exchange Place, Boston, MA 02109,
　on behalf of the Defendant.

Marie L. Cloonan
Official Court Reporter
1 Courthouse Way - Suite 5209
Boston, MA 02210-3002 - (617)439-7086
Mechanical Steno - Transcript by Computer

1       THE CLERK:  The case of ScanSoft, Incorporated v.
2  Voice Signal Technologies, Et Al, Civil Action No. 04-10353,
3  will now be heard before this Court.
4       Will counsel please identify themselves for the
5  record.
6       MR. BROMBERG:  Lee Bromberg, Bromberg & Sunstein,
7  for the plaintiff, ScanSoft, your Honor.
8       MR. BELT:  Erik Belt, also Bromberg & Sunstein.
9       MS. FLEMING:  Lisa Fleming, Bromberg & Sunstein,
10 for the plaintiff.
11      MR. FRANK:  Robert Frank and Sarah Columbia,
12 Choate, Hall & Stewart, for the defendants.
13      THE COURT:  Let me just say, I received today --
14 more accurately -- read today the affidavit suggesting
15 various experts for Voice Signal and expressing concern
16 about ScanSoft's experts because of -- most from MIT and
17 some of the research was funded through ScanSoft.
18      I was wondering if you had a response to any of his
19 proposed independent experts, whether there were any laws or
20 any conflicts, that you noticed.
21      MR. BROMBERG:  Well, your Honor, we just got Mr.
22 Frank's affidavit also at about 1:15.  So, I had a chance to
23 look at it quickly.
24      And, I think that the reason we selected the people
25 from MIT, MIT is a world-renowned research institute, it's

9

1      THE COURT: I didn't see that.

2      MR. BROMBERG: -- just a couple of hours ago.

3      THE COURT: All right.

4      MR. BROMBERG: And, So, we invited the Court to take a look at that and see if that works.

6      We modeled it on what we could find in the literature, including an order from Judge Kollar-Kotelly, who had the case against Microsoft in the DC Circuit. And, I think that that seemed to provide a workable way to do this.

11     MR. FRANK: Your Honor, I invite you to compare Judge Kollar-Kotelly's order to their motion. And, you will find only the palest in resemblance.

14     If I may. First, we have to select a person, that's clear, and we will approach Mr. Woodland jointly. In fact, perhaps we could send him an e-mail in advance just to warn him that we're going to call him, and then do something appropriate.

19     The question then, I think, is: How does the expert know what to look for?

21     We believe that both sides should put to the expert and to the other side the questions they would like the expert to focus on. Are you finding X in the source code? Are you finding Y in the source code?

25     And, we want that for two reasons. One is, I

10

1  think, that if we just drop down on an expert two sets of
2  source code and ask him to wade through that, that will be
3  beneficial to the defendant, but it will simply lead to
4  another round of proceedings.
5       The second thing is, we believe that if they will
6  say what it is that they are looking for, that we should
7  have an opportunity to demonstrate to the expert, and
8  ultimately to you, that whatever it is, it is public domain
9  material.
10      THE COURT:  Well, let me say this.  It's the same
11 complaint he essentially has, which is understandable.  You
12 don't want this expert, particularly one who may not fully
13 understand American law, to determine it.  He's not a
14 mediator or a fact finder or a master.  I hear both of you.
15 He's essentially -- that's why I thought last time we agreed
16 he would essentially serve as an independent expert to me --
17      MR. FRANK:  Right.
18      THE COURT:  -- so that I could make decisions.
19 And, I think that's fair.  You can make an argument and you
20 can make an argument.  And, I may end up disclosing to your
21 experts whatever was said with a protective order not to
22 disclose it to the inside people on both sides.  Because,
23 don't forget, this expert is going to help me with your
24 claims, too.  So, it goes both ways.
25      I think it's -- you've got to put to him what the

20

1  THE COURT: If you heard judges comment during --
2  it's very funny, our view on means plus function, how much
3  we love those kind of things.
4      (Laughter.)
5  THE COURT: Have a nice vacation for those who are
6  going there. And, I hope not to see you again. Just try to
7  get someone who can talk to me in a way that I'll
8  understand, so I'll recognize his speech.
9      (Whereupon the hearing was concluded.)
10
11
12                    CERTIFICATE
13
14   I, Marie L. Cloonan, Official Reporter of the
15   United States District Court, do hereby certify that
16   the foregoing transcript, from Page 1 to Page 20,
17   constitutes to the best of my skill and ability a true
18   and accurate transcription of my stenotype notes taken
19   in the matter of Civil Action No. 04-10353-PBS,
20   ScanSoft, Inc. v. Voice Signal Technologies, Inc.,
21   et al.
22
23                    *Marie L. Cloonan* (signature)
24
25