## Erik Belt

**From:** Erik Belt
**Sent:** Friday, January 13, 2006 3:59 PM
**To:** 'Abati, Richard'
**Cc:** Lisa Fleming; Lee Carl Bromberg; Rebecca L. Hanovice
**Subject:** RE: Nuance (ScanSoft) v. Voice Signal

Dear Rich:

Local Rule 37.1 contemplates seven days for responding to a request for a discovery conference. Obviously, this issue concerns discovery. I responded within an hour to your request this morning that we were unable today to address the issue but would be able to do so on Tuesday afternoon, after we have conferred with our client. Indeed, a conference on Tuesday is well within the seven day period. Thus, your attempt to force a conference this afternoon violates LR 37.1.

Your failure to meet and confer with us before filing the first motion, and now your attempt to hurry us into conferring with you before we are able to confer with our client, shows VST's lack of good faith and thus violation of LR 37.1 and 7.1

/Erik


Erik P. Belt
Partner

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004


This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.

---

**From:** Abati, Richard [mailto:RAbati@choate.com]
**Sent:** Friday, January 13, 2006 3:32 PM
**To:** Erik Belt
**Cc:** Lisa Fleming; Lee Carl Bromberg; Rebecca L. Hanovice
**Subject:** RE: Nuance (ScanSoft) v. Voice Signal

Erik:

Thank you for your message. Voice Signal is unable to delay the Rule 7.1 conference until Tuesday. As you know, the parties have conferred exhaustively about their proposed neutral expert procedures. Voice Signal now seeks to file a motion to modify the Court's adoption of certain aspects of ScanSoft/Nuance's proposal (including its definition of VST's "Source Code"). Unless you are able to identify which issues remain "open" for discussion, Voice Signal intends to file its motion this afternoon (with a Rule 7.1 certification). As you also know, after filing the original motion to modify, I made repeated attempts to discuss with you and your colleagues the contents thereof. Voice Signal has since withdrawn its original motion and requested a Rule 7.1 conference on the same

1/16/2006

motion. In light of the parties' prior conferences on the neutral expert procedures, it is difficult for me believe that there are, in fact, "open" issues. We cannot allow you to delay Voice Signal's submission for delay's sake. If, on the other hand, you intend to identify the so-called open issues, please do so by 5 o'clock. Thanks,

Rich.

-----Original Message-----
**From:** Erik Belt [mailto:Ebelt@bromsun.com]
**Sent:** Friday, January 13, 2006 12:01 PM
**To:** Abati, Richard
**Cc:** Lisa Fleming; Lee Carl Bromberg; Rebecca L. Hanovice
**Subject:** RE: Nuance (ScanSoft) v. Voice Signal

Dear Rich:

We will not be available this afternoon for a Rule 7.1 conference given the need to contact our client first. I suggest Tuesday at 4:00 pm (Monday being the holiday), which will give us time to confer on the issues with our client. Despite VST's failure to confer on this matter before filing the now withdrawn motion to modify the neutral expert procedure, we nonetheless remain open to discussing the issues presented in your motion.

/Erik

Erik P. Belt
Partner

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004

This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.

---

**From:** Abati, Richard [mailto:RAbati@choate.com]
**Sent:** Friday, January 13, 2006 11:05 AM
**To:** Erik Belt
**Cc:** Lisa Fleming; Lee Carl Bromberg; Rebecca L. Hanovice
**Subject:** Nuance (ScanSoft) v. Voice Signal

Erik:

This follows-up on our conversation this morning. Voice Signal has just withdrawn its Motion for Modification of the Court's Neutral Expert Procedure and Request for Hearing. As you know, however, Voice Signal intends to re-file this motion if the parties are unable to narrow the issues raised therein. Please let me know as soon as possible what time today you (or one of your colleagues) would like to conduct a meet and confer conference. Thanks,

1/16/2006

Rich.

Richard C. Abati

|C|H|O|A|T|E|

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617-248-5076
f 617-248-4000
rabati@choate.com
www.choate.com

---

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

---

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

1/16/2006