# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>       Plaintiff,<br><br>    v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>       Defendants. | Civil Action No. 04-10353-PBS |

## DECLARATION OF REBECCA L. HANOVICE

I, Rebecca L. Hanovice, depose under oath and state as follows:

    1.    I am an attorney at the firm of Bromberg & Sunstein LLP, 125 Summer Street, Boston, MA 02110. I represent ScanSoft, Inc. ("ScanSoft") in the above-captioned matter.

    2.    Attached as Exhibit A is one true copy of the Certificate of Compliance signed by M. Brad Lawrence, Esq. on January 27, 2006.

Signed under the pains and penalties of perjury this 27th day of January, 2006.

                                                          /s/ Rebecca L. Hanovice
                                                          Rebecca L. Hanovice

02639/00509 463363.1