UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353 PBS |

**CERTIFICATE OF COMPLIANCE OF M. BRAD LAWRENCE
RELATED TO NON-DISCLOSURE OF SOFTWARE CODE**

1. My name is M. Brad Lawrence and I am an associate at the law firm Bromberg & Sunstein LLP.

2. My Massachusetts Bar Identification Number is 641,400 and I am member in good standing of the Massachusetts bar. I was admitted to practice before this Court in June 2000.

3. I have reviewed this Court's Neutral Expert Procedure dated December 29, 2005, and the January 20, 2006, Order related to the Neutral Expert Procedure.

4. I have been selected by ScanSoft as the "one opposing counsel" as that term is defined in paragraph 7 of the Neutral Expert Procedure.

5. I certify I will comply with both of these Orders. In particular, I certify that I will use the information I receive as the "one opposing" counsel only for litigating this suit and that I will not prosecute patents for ScanSoft for two years.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON JANUARY 27, 2006.

_____
M. Brad Lawrence

02639/00509 463239.1