**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SCANSOFT, INC., | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | C.A. No. 04-10353-PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) ) ) ) ) | |
| Defendants | ) ) | |

<u>NOTICE OF APPEARANCE FOR M. BRAD LAWRENCE, ESQ.</u>

Pursuant to Local Rule 83.5.2, please enter my appearance for the Plaintiff, Nuance Communications, Inc., formerly ScanSoft, Inc., in the above-captioned case.

Dated: January 27, 2006

/s/   M. Brad Lawrence
M. Brad Lawrence, BBO# 641,400
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004
Email: blawrence@bromsun.com

02639/00509 457413.1