## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. | ) |
|       Plaintiff, | ) |
|       v. | )  Civil Action No. 04-10353 PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR | ) |
|       Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that the Declaration of Rebecca L. Hanovice (DN 329) and the Notice of Appearance for M. Brad Lawrence, Esq. (DN 330), which were filed through the ECF system on January 27, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 27, 2006.

/s/ Rebecca L. Hanovice
Rebecca L. Hanovice

02639/00509 463424.1