UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, <br><br> Defendants. | C.A. No. 04-10353-PBS |

## CERTIFICATION OF CHRISTOPHER J. MCKENNA

I, Christopher J. McKenna, deposes and states as follows:

1. I am an attorney in the law firm of Choate, Hall & Stewart. I am member of the bar of the Commonwealth of Massachusetts.

2. I have reviewed this Court's Neutral Expert Procedure dated December 29, 2005.

3. I have been designated by Voice Signal Technologies, Inc. ("Voice Signal") as the "one opposing counsel" as that term is defined in paragraph 7 of the Neutral Expert Procedure.

4. I hereby certify that, pursuant to the terms of paragraph 7 of the Neutral Expert Procedure, I will not disclose any source code produced to me pursuant the Neutral Expert Procedure to Voice Signal or to any other members of the Voice Signal litigation team in this case.

4040835v1

\*       \*       \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

_____
Christopher J. McKenna, Esq.

Dated: February 3, 2006

2

4040835v1