# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR )<br><br>Defendants. ) | Civil Action No. 04-10353 PBS |

## SCANSOFT'S MOTION TO COMPEL PRODUCTION OF
## COMPLETE "FIRST YEAR" SOURCE CODE AND FOR SANCTIONS

Pursuant to Fed. R. Civ. P. 37, ScanSoft, Inc., moves for an order compelling Voice Signal Technologies, Inc. ("VST") to produce first year source code in accordance with this Court's orders of December 29, 2005, and January 20, 2006. The grounds for this motion are set forth in the accompanying memorandum of law and supporting declaration of M. Brad Lawrence, Esq.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULES 7.1 AND 37.1

I certify that on February 13 and 14, 2006, counsel for the parties conferred by telephone in a good faith effort to resolve the issues presented in this motion, but that the parties were unable to reach an accord.

Dated: February 14, 2006

SCANSOFT, INC.,
By its attorneys,

/s/ Rebecca L. Hanovice
Lee Carl Bromberg, BBO # 058480
Robert Asher, BBO # 022865
Erik Paul Belt, BBO # 558620
Lisa M. Fleming, BBO # 546148
Jack C. Schecter, BBO # 652349
Rebecca L. Hanovice, BBO # 660366
Courtney M. Quish, BBO # 662288
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 14, 2006.

/s/ Rebecca L. Hanovice
Rebecca L. Hanovice

02639/00509 467493.1