125 SUMMER STREET BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG ✶ SUNSTEIN LLP

REBECCA L. HANOVICE
T 617 443 9292 X 303
RHANOVICE@BROMSUN.COM

February 3, 2006

**BY HAND AND FACSIMILE**

Christopher J. McKenna, Esq.
Choate, Hall & Stewart
Two International Place
Boston, MA 02110

Re  *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.,* Docket No. 04-10353(PBS)
    Our File    02639/00509

Dear Christopher:

In accordance with the Court's Orders of December 29, 2005 and January 20, 2006, enclosed please find the following:

- A CD (Bates Numbered SS28792) labeled "Previously Produced Technical Documents Related to Accused Products – HIGHLY CONFIDENTIAL," which contains electronic versions of technical documents produced by ScanSoft to VST in early 2005.

- A laptop with four (4) folders, one for each of ScanSoft's accused products. In each folder, you will find the product's Software Development Kit (SDK) and Source Code.

Pursuant to the Court's Orders, you are the only individual authorized to view the contents of the laptop.

Please feel free to contact me if you have any questions.

Christopher J. McKenna, Esq.
Choate, Hall & Stewart
February 3, 2006
Page 2

Sincerely,

*[signature]*

Rebecca L. Hanovice

RLH/02639/00509  462896.1

Enclosures

cc    Sarah Chapin Columbia, Esq. (without enclosures)