]UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-10353-PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ASSENTED TO MOTION TO POSTPONE THE HEARING ON
DEFENDANTS' MOTION TO DISQUALIFY GOODWIN PROCTER**

Defendants move for a postponement of the hearing before Magistrate Judge Alexander on defendants' Motion to Disqualify Goodwin Procter, LLP From Representing ScanSoft In This Case from the presently scheduled date (March 1, 2006) to March 17, 2006, so as to assure that all relevant witnesses will be able to attend the hearing. Goodwin Procter assents to this motion.

Respectfully submitted,

VOICE SIGNAL TECHNOLOGIES, INC., ET AL

By its attorneys,

/s/ Robert S. Frank
Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
(617) 248-5000

Dated: February 17, 2006

4030459v1

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Robert S. Frank, Jr. hereby certify that I conferred by telephone with Kenneth A. Cohen, and that he assented to this Motion.

_____
Robert S. Frank, Jr.

Dated: February 17, 2006

4030459v1