# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-10353-PBS |
| | ) |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) |
| LAURENCE S. GILLICK, ROBERT S. | ) |
| ROTH, JONATHAN P. YAMRON, and | ) |
| MANFRED G. GRABHERR, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF CHRISTOPHER J. MCKENNA

I, Christopher J. McKenna, deposes and states as follows:

1. I am an attorney in the law firm of Choate, Hall & Stewart. I am member of the bar of the Commonwealth of Massachusetts. I make this declaration in support of Voice Signal Technologies, Inc.'s Memorandum in Opposition of ScanSoft's Motion to Compel Production of Complete "First Year" Source Code and For Sanctions.

2. I have reviewed the source code produced by ScanSoft pursuant to this Court's Neutral Expert Procedure.

3. ScanSoft's production of source code contains more than 100 "empty" files or folders in its directory structure.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

                    /s/ Christopher J. Mckenna
                    Christopher J. McKenna, Esq.

Dated:  February 28, 2006

4049484v1