UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-10353-PBS |
| ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR ) | |
| ) | |
| Defendants. ) | |

**ASSENTED TO MOTION FOR LEAVE TO FILE REPLY
TO SCANSOFT'S OPPOSITION TO VOICE SIGNAL'S MOTION
TO CLARIFY PARAGRAPH 12 OF THE NEUTRAL EXPERT ORDER**

Defendant Voice Signal Technologies, Inc. ("Voice Signal") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a short, 2-page reply further supporting its Motion to Clarify Paragraph 12 of the Neutral Expert Order and addressing arguments raised by plaintiff in its opposition thereto. Defendants believe that the reply memorandum, attached hereto as Exhibit A, will aid the Court in its determination of the issues.

WHEREFORE, Voice Signal respectfully requests leave of Court to file a reply in the form attached as Exhibit A, and for the reply to be deemed filed upon allowance of this motion.

Respectfully submitted,

LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, MANFRED G. GRABHERR and VOICE SIGNAL TECHNOLOGIES, INC.

By their attorneys,

/s/ Robert S. Frank, Jr.
Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Wendy S. Plotkin (BBO No. 647716)
Richard C. Abati (BBO No. 651037)
CHOATE, HALL & STEWART
Two International Place
Boston, MA  02110
(617) 248-5000

March 7, 2006

**Certification Pursuant to Local Rule 7.1.**

I herby certify that counsel for Voice Signal and ScanSoft have satisfied Local Rule 7.1 which requires the parties to confer in an effort to resolve or narrow the issues presented in this Motion, and that counsel for ScanSoft assented to this Motion.

/s/ Richard C. Abati

4052345v1