**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SCANSOFT, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 04-10353-PBS |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | |
| MANFRED G. GRABHERR, | ) | |
| | ) | |
| Defendants | ) | |

**SCANSOFT'S MOTION FOR LEAVE TO FILE REPLY
IN FURTHER SUPPORT OF ITS MOTION TO COMPEL
PRODUCTION OF VST'S COMPLETE "FIRST YEAR" SOURCE CODE**

Plaintiff ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.1(b)(3), for leave to file a reply memorandum further supporting its Motion to Compel Production of VST's Complete "First Year" Source Code. ScanSoft believes that the reply memorandum will aid the Court in its determination of these issues.

ScanSoft respectfully requests leave of this Court to file the reply memorandum and accompanying exhibit, filed separately on March 7, 2006, Docket Number 345.

| | |
|---|---|
| Dated: March 8, 2006 | SCANSOFT, INC.,<br>By its attorneys,<br><br>/s/ Courtney M. Quish<br>Lee Carl Bromberg, BBO # 058480<br>Lisa M. Fleming, BBO # 546148<br>Erik Paul Belt, BBO # 558620<br>Rebecca L. Hanovice, BBO #660366<br>Courtney Quish, BBO # 662288<br>M. Brad Lawrence, BBO # 641400<br>BROMBERG & SUNSTEIN LLP<br>125 Summer Street<br>Boston, Massachusetts 02110-1618<br>(617) 443-9292<br>cquish@bromsun.com |

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 8, 2006.

/s/ Courtney M. Quish
Courtney M. Quish

02639/00509 473604.1