## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **C. A. No. 04-10353-PBS** |
| | ) |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) |
| LAURENCE S. GILLICK, ROBERT S. | ) |
| ROTH, JONATHAN P. YAMRON, and | ) |
| MANFRED G. GRABHERR, | ) |
| | ) |
| Defendants. | ) |

## SUR-REPLY IN OPPOSITION TO SCANSOFT'S MOTION TO COMPEL PRODUCTION OF COMPLETE "FIRST YEAR" SOURCE CODE AND FOR SANCTIONS [MOTION FOR LEAVE GRANTED 3/14/05]

Defendant Voice Signal Technologies, Inc. ("Voice Signal"), files this brief sur-reply for the purposes of responding to several inaccurate statements in ScanSoft's Reply in Further Support of its Motion to Compel Production of VST's Complete "First Year" Source Code ("ScanSoft's Reply"). ScanSoft's Reply once again grossly mischaracterizes both the positions taken by Voice Signal in its Opposition and the nature of Voice Signal's production. Voice Signal has fully complied with this Court's Orders and has produced all "First Year Documents" including the source code created and/or modified by the individual defendants in their first year.

First, ScanSoft's Reply erroneously asserts that "Voice Signal admits that it has withheld numerous folders and subfolders that make up the First Year Source Code."   Voice Signal has produced all "First Year Documents" as that term is defined in the Court's Neutral Expert Procedure -  "all VST Source Code *created and/or modified by*, and all documents authored by *the individual defendants Gillick, Roth, Yamron and Grabherr during their first full year of work*

4052822v1

*at defendant VST,* in complete and unredacted form (hereafter collectively the "First Year Documents")." Voice Signal has produced the source code that was created and/or modified by the individual defendants in their first year. The only source code Voice Signal did not produce was source code that was authored by other individuals at Voice Signal and that the individual defendants did not write or modify. This is material that the Court did not order Voice Signal to produce and moreover is not relevant to ScanSoft's claims.

Second, ScanSoft tells the Court that Voice Signal has not produced the source code for the ELVIS "demo" recognizer. This is false and ScanSoft's attorneys know it to be false. As Voice Signal stated in its Opposition, it produced the source code for the entire ELVIS "demo" recognizer as it existed during the first year. Scansoft's designated counsel called Voice Signal's counsel on Tuesday, February 28, 2006 (a week before ScanSoft filed its reply) and asked precisely where to find the ELVIS source code. See Declaration of Wendy S. Plotkin, filed herewith, ¶2. Voice Signal's counsel gave him the file names and their location. *Id.*

Third, ScanSoft completely misunderstands or misrepresents Voice Signal's production of source code files that are "owned" by individuals other than the individual defendants. As Voice Signal set forth in its Opposition (at p. 5) and the Declaration of Don McAllaster (¶10 ), within the production of source code for individual defendant Roth, 54% of the files of source code *that were produced to ScanSoft* have owners who are not one of the individual defendants.[1] Voice Signal has not withheld *any* files that were created and/or modified by the individual defendants, including files where an individual defendant is not an "owner" of the file.

---

[1] Similarly, Voice Signal produced many filed which had been "touched" by other Voice Signal defendants but were "owned" by Voice Signal employees who are not defendants in this case.

ScanSoft's Reply continues its practice of mischaracterizing the production that Voice Signal has made. Voice Signal has fully complied with the Court's Neutral Expert Procedure and January 20, 2006 Order. ScanSoft's Motion to Compel should be denied.

Respectfully submitted,

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

/s/ Wendy S. Plotkin
Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
(617) 248-5000

4052822v1