AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF                    **MASSACHUSETTS**

ScanSoFT

v.

Voice Signal et al.

**APPEARANCE**

Case Number: 04 - 10353

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Voice Signal et al.

I certify that I am admitted to practice in this court.

3/17/06

Date

FILED
In Open Court
USDC, Mass.
Date 3/17/06
By _____ Clerk

Signature

RICHARD C. ABAN          # 651037

Print Name                Bar Number

CHOATE, HALL & STEWART, Two International
Place

Address

BOSTON          MA          02110

City            State       Zip Code

617 - 248 - 5076          617-248-4000

Phone Number              Fax Number