# Exhibit A

Case 1:04-cv-10353-PBS    Document 357-2    Filed 02/21/2006    Page 1 of 3

**ScanSoft Has Been Renamed Nuance**



Company | News | Products | Industries | Support | Partners | International | Contact

Home > News > Press Releases



**NEWS**
**Press Releases**

News
Overview
**Press Releases**
In The News
Events
Webinars
Image Gallery
Contact PR

**ScanSoft Files Patent Infringement and Trade Secret Misappro Lawsuit Against Voice Signal**

Patent Covers Voice Dialing for Mobile Devices

**PEABODY, Mass. and CANNES, France, February 23, 2004** - ScanSoft, Inc. SSFT), the leading supplier of speech and imaging solutions, today announced th a patent infringement and trade secret misappropriation lawsuit against Voice Si Technologies, Inc. in the United States District Court for the Commonwealth of Massachusetts.

In its complaint, ScanSoft states that Voice Signal Technologies, Inc. infringes a patent that covers voice-activated dialing for mobile telephones and has misappr ScanSoft confidential information and trade secrets in the field of speech recogni related technologies. In the patent infringement claim, ScanSoft seeks monetary past infringement and injunctive relief to prevent Voice Signal from continuing to U.S. Patent No. 6,501,966 "Speech Recognition System for Electronic Switches Ir Wireline Communications Network."

In the trade secret misappropriation claim, ScanSoft states that Voice Signal has misappropriated and uses ScanSoft confidential information and trade secrets in speech recognition and related technologies, which ScanSoft acquired when it pu certain assets from Lernout and Hauspie in 2001. This trade secret information ir speech and natural language information and technologies that provide ScanSoft competitive advantages in the market for embedded speech products.

"ScanSoft has invested heavily in developing technologies and acquiring intellectr that are critical to the success of our business," said Jo-Anne Sinclair, vice presid general counsel, ScanSoft. "These specific patents and trade secrets are propriet distinct applications for mobile devices that differentiate our solutions from comp offerings. ScanSoft values its intellectual property and intends to assert its paten proprietary rights to protect its technology and prevent infringing use by others."

ScanSoft, Inc. holds more than 425 patents in the fields of speech and imaging t and has made significant investments in research, development and the acquisiti intellectual property to provide its customers with unique, best-of-breed solution: company will continue to drive innovation through the patenting of proprietary te

About ScanSoft, Inc.

ScanSoft, Inc. is the leading supplier of speech and imaging solutions that autom range of manual processes - saving time, increasing worker productivity and imp customer service. For more information regarding ScanSoft products and technol

visit www.scansoft.com.

ScanSoft and the ScanSoft logo are registered trademarks or trademarks of ScanSoft, Inc States and other countries. All other company or product names mentioned herein may b trademarks of their respective owners.

**Safe Harbor Statement**

The foregoing contains "forward-looking statements" which are based on management's l as on a number of assumptions concerning future events made by and information currer to management. Readers are cautioned not to put undue reliance on such forward-looking which are not a guarantee of performance and are subject to a number of uncertainties a factors, many of which are outside ScanSoft's control, which could cause actual results to materially from such statements. For a more detailed description of the factors that could difference, please see ScanSoft's filings with the Securities and Exchange Commission Sc disclaims any intention or obligation to update or revise any forward-looking statements, result of new information, future events or otherwise.

**Contact Information**

Search | Site Map | Contact                                    Legal Notices | Privacy Policy

© 2005 Nuance Communications, Inc. All rig