UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-10353-PBS ) |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION FOR IMPOUNDMENT

Pursuant to Local Rule 7.2 and paragraph 14 of the Court's Protective Order, plaintiff ScanSoft, Inc. ("ScanSoft") and defendant Voice Signal Technologies, Inc. ("Voice Signal") hereby jointly move for an order granting leave to file under seal each party's post-hearing memorandum concerning Voice Signal's Motion to Disqualify Goodwin Procter LLP (the "Memoranda").

As grounds for this motion, the parties state that the Memoranda discuss, quote and attach documents that are relevant to the Motion to Disqualify. These documents have been designated by defendant as "Confidential" pursuant to the Protective Order. Furthermore, the Memoranda address testimony which was ordered protected by the Court at the outset of the hearing on Voice Signal's Motion to Disqualify Goodwin Procter LLP.

WHEREFORE, the parties jointly move for leave to file the Memoranda, and their attached exhibits, under seal in a supplied envelope and that impoundment continue pursuant to Local Rule 7.2 and the terms of the Protective Order.

        Respectfully submitted,

        VOICE SIGNAL TECHNOLOGIES, INC.

        By its attorneys,


        /s/ Richard C. Abati
        Robert S. Frank, Jr. (BBO No. 177240)
        Sarah Chapin Columbia (BBO No. 550155)
        Paul D. Popeo (BBO No. 567727)
        Wendy S. Plotkin (BBO No. 647716)
        Richard C. Abati (BBO No. 651037)
        CHOATE, HALL & STEWART LLP
        Two International Place
        Boston, MA 02110
        (617) 248-5000

        Assented,

        SCANSOFT, INC.

        By its attorneys,


        /s/ Daniel M. Forman
        Paul F. Ware Jr., P.C. (BBO No. 516240)
        Kenneth A. Cohen (BBO No. 089560)
        Douglas J. Kline (BBO No. 556680)
        Daniel M. Forman (BBO No. 637405)
        GOODWIN PROCTER LLP
        53 State Street
        Boston, MA 02109
        (617) 570-1000

Dated: March 23, 2006

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for the parties conferred in an effort to resolve the issues presented in this motion, and that counsel for each party assents thereto.

/s/ Richard C. Abati

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 23, 2006.

/s/ Richard C. Abati

4062683v1