125 SUMMER STREET BOSTON MA 02110-1618
T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

**BROMBERG ✻ SUNSTEIN** LLP

ERIK PAUL BELT
T 617 443 9292 x260
EBELT@BROMSUN.COM

March 30, 2006

**Via E-Mail, Confirmation by U.S. Mail**

Sarah Chapin Columbia, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

Re   *ScanSoft, Inc. v. Voice Signal Technologies, Inc., et al.*
     Our File: 2639/509

Dear Sarah:

Consistent with Magistrate Judge Alexander's recent order on ScanSoft's Emergency Motion for Remedies and to Show Cause Why Defendants Should Not be Held in Contempt for Violating the Court's Protective Order, ScanSoft reiterates its demand that you return the privileged document that ScanSoft inadvertently produced on June 3, 2005.

In its ruling, the Court's refused to adopt VST's overly narrow interpretation of the protective order, calling VST's behavior "as close to contumacious as this Court will tolerate." Order at 5 (emphasis added). Indeed, the Court recognized that VST's behavior "does nothing but continue an unnecessary trend" of contentious litigation. *Id.* The Court's condemnation of VST's tactics suggests that VST should do the right thing, reduce its contentiousness, and return the document in question.

Moreover, the Court denied VST's request for subject matter waiver. Thus, VST has no colorable basis for withholding the document. Accordingly, as a token of good faith and cooperation, please return the document (and destroy all copies) by Friday, March 31, 2006.

Very truly yours,

Erik Paul Belt

cc:   Robert S. Frank, Jr., Esq.
      Richard C. Abati, Esq.
      Wendy S. Plotkin, Esq.