# CHOATE

CHOATE HALL & STEWART LLP

Sarah Chapin Columbia<br>
(617) 248-5053<br>
scolumbia@choate.com

April 4, 2006

**VIA FACSIMILE**

Erik Paul Belt, Esquire
Bromberg & Sunstein LLP
125 Summer Street
Boston, MA 02110-1618

Re:   <u>ScanSoft v. Voice Signal</u>

Dear Erik:

I write in response to your letter to me dated March 30, 2006 and your voice mail this afternoon. I do not agree that the Court's Order of March 28, 2006 requires that we return to your firm the document ScanSoft filed with the Court on June 3, 2005 as to which ScanSoft later asserted a privilege. In reviewing ScanSoft's *Emergency Motion for Remedies and to Show Cause Why Defendants Should Not be Held in Contempt*, I note that your motion requested return of the document. That motion was denied by the Court in its March 28, 2006 Order.

Sincerely,

*Sarah Chapin Columbia/vmc*

Sarah Chapin Columbia

cc:   Robert S. Frank, Jr., Esq.