# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC. </br></br>  Plaintiff, </br></br> v. </br></br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR </br></br>  Defendants. | Civil Action No. 04-10353 PBS |

## SCANSOFT'S MOTION TO ALLOW ITS INDEPENDENT EXPERT ACCESS TO VST'S FIRST YEAR SOURCE CODE

Professor Hermann Ney, the Court-appointed neutral expert, has asked for additional forensic analysis of VST's source code and has thus requested to speak with ScanSoft's independent expert, Dr. Richard Goldhor, to discuss where specific functions of VST's code implement ScanSoft trade secrets. Yet the present neutral expert procedure limits access to VST's First Year Source Code to ScanSoft's designated counsel. While designated counsel has provided a preliminary analysis of the location of ScanSoft's trade secrets, because he is not a speech scientist, he is not trained to perform the forensic analysis that Professor Ney has requested. Therefore, ScanSoft moves for an order allowing Dr. Goldhor access to VST's First Year Source Code. The grounds for this motion are set forth in the accompanying memorandum of law.

## CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I certify that on April 28, 2006, counsel for the parties conferred by telephone in a good faith effort to resolve the issues presented in this motion, but that the parties were unable to reach an accord.

Dated: April 28, 2006

SCANSOFT, INC.,
By its attorneys,

/s/ Lisa M. Fleming
Lee Carl Bromberg, BBO # 058480
Robert Asher, BBO # 022865
Erik Paul Belt, BBO # 558620
Lisa M. Fleming, BBO # 546148
Jack C. Schecter, BBO # 652349
Rebecca L. Hanovice, BBO # 660366
Courtney M. Quish, BBO # 662288
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292

## CERTIFICATE OF SERVICE

I certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 28, 2006.

/s/ Lisa M. Fleming

02639/00509 490964.1