# Rebecca L. Hanovice

**From:** Rebecca L. Hanovice
**Sent:** Thursday, April 27, 2006 1:48 PM
**To:** Rebecca L. Hanovice
**Subject:** Nuance v. VST: meeting on May 8 in Boston

```
-----Original Message-----
From: Prof. Dr. Hermann Ney [mailto:ney@informatik.rwth-aachen.de]
Sent: Tuesday, April 25, 2006 12:00 PM
To: Erik Belt
Cc: Lee Carl Bromberg; Brad Lawrence; Columbia, Sarah; McKenna, Christopher J.; Lisa
Fleming
Subject: Nuance v. VST: meeting on May 8 in Boston


Dear all,

for the meeting on May 8 in Boston, I have a couple of questions or suggestions:

 * Could I ask you to make a hotel reservation for me
   from Sunday, May 7 (arrival: around 19.00) to
   Monday, May 8, preferrably a hotel in central Boston?
   Thank you.
   Could the bill be handled directly by you?
   Thank you.

 * Is somebody preparing an agenda for the meeting?

 * Is it possible to talk to a technical expert directly
   from each side (at the meeting or later on the phone)?

 * It might be helpful for me if I could talk to the judge
   (on the phone) about the case.
   How can it be arranged?

I will be leaving for the US on Wednesday, May 3.
Best regards,
     Hermann Ney.
```