UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 04-10353-PBS ) |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF WENDY S. PLOTKIN

Wendy S. Plotkin deposes and states as follows:

1. I am an attorney in the law firm of Choate, Hall & Stewart, and a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am counsel to the above-named defendants and make this declaration in support of the Voice Signal Technologies' Emergency Motion to Allow Voice Signal's Technical Expert to Participate in Meeting with Neutral Expert.

2. Attached hereto as Exhibit A is a true and correct copy of portions of the transcript of the March 24, 2006 meeting between the parties and Dr. Hermann Ney.

3. Attached hereto as Exhibit B is a true and correct copy of an email from Dr. Hermann Ney to counsel dated April 25, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of an email from Lisa Fleming, Esq. to Dr. Hermann Ney dated April 25, 2006.

1

4076190v1

5. Attached hereto as Exhibit D is a true and correct copy of the curriculum vitae of Dr. William Byrne.

6. Attached hereto as Exhibit E is a true and correct copy of an email exchange between Sarah Chapin Columbia, Esq. and Lisa Fleming, Esq. dated April 25, 2006.

7. Attached hereto as Exhibit F is a true and correct copy of an email exchange between Sarah Columbia, Esq. and Lisa Fleming, Esq. dated April 26, 2006.

8. Attached hereto as Exhibit G is a true and correct copy of an email from Lisa Fleming, Esq. to Sarah Columbia Esq. dated April 27, 2006.

9. Attached hereto as Exhibit H is a true and correct copy of an email from Sarah Columbia, Esq. to Lisa Fleming, Esq. dated April 27, 2006.

\*       \*       \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Wendy S. Plotkin

Dated: April 28, 2006