# Exhibit B

## Doran, Michelle L.

| | |
|---|---|
| **From:** | Prof. Dr. Hermann Ney [ney@informatik.rwth-aachen.de] |
| **Sent:** | Tuesday, April 25, 2006 12:00 PM |
| **To:** | Erik Belt |
| **Cc:** | Lee Carl Bromberg; Brad Lawrence; Columbia, Sarah; McKenna, Christopher J.; Lisa Fleming |
| **Subject:** | Nuance v. VST: meeting on May 8 in Boston |

Dear all,

for the meeting on May 8 in Boston, I have
a couple of questions or suggestions:

* Could I ask you to make a hotel reservation for me
  from Sunday, May 7 (arrival: around 19.00) to
  Monday, May 8, preferrably a hotel in central Boston?
  Thank you.
  Could the bill be handled directly by you?
  Thank you.

* Is somebody preparing an agenda for the meeting?

* Is it possible to talk to a technical expert directly
  from each side (at the meeting or later on the phone)?

* It might be helpful for me if I could talk to the judge
  (on the phone) about the case.
  How can it be arranged?

I will be leaving for the US on Wednesday, May 3.
Best regards,
    Hermann Ney.