# Exhibit C

Case 1:04-cv-10353-PBS    Document 368-5    Filed 04/28/2006    Page 1 of 3

**Plotkin, Wendy**

| | |
|---|---|
| **From:** | Lisa Fleming [LFleming@bromsun.com] |
| **Sent:** | Tuesday, April 25, 2006 5:46 PM |
| **To:** | Prof. Dr. Hermann Ney |
| **Cc:** | Lee Carl Bromberg; Brad Lawrence; Columbia, Sarah; McKenna, Christopher J. |
| **Subject:** | RE: Nuance v. VST: meeting on May 8 in Boston |

Dear Professor Ney,

Thank you for your correspondence regarding your upcoming visit to Boston. We have secured a hotel reservation for you at the Wyndham Hotel at 89 Broad Street in Boston around the corner from the offices of Choate Hall and Stewart, the law firm we will meet at for our meeting. The law firm's address is printed under Sarah Columbia's signature below. The parties will take care of the bill directly in accordance with the Court's neutral expert procedure.

We will forward a proposed agenda to you early next week. Of course, we welcome your comments on the agenda.

The parties will also have technical experts available to you as you requested.

We are making arrangements to have the Judge available to discuss the case with you either on May 8 or at a time convenient to both you and the Judge.

We look forward to seeing you on May 8 at the offices of Choate Hall & Stewart beginning at 9:00 a.m.

Best regards.

Lisa Fleming
Counsel for ScanSoft Technologies
Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004

Sarah Columbia
Counsel for Voice Signal

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-5053
Fax: (617) 248-5000

This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.

-----Original Message-----
From: Prof. Dr. Hermann Ney [mailto:ney@informatik.rwth-aachen.de]
Sent: Tuesday, April 25, 2006 12:00 PM
To: Erik Belt
Cc: Lee Carl Bromberg; Brad Lawrence; Columbia, Sarah; McKenna, Christopher J.; Lisa Fleming
Subject: Nuance v. VST: meeting on May 8 in Boston


Dear all,

for the meeting on May 8 in Boston, I have a couple of questions or suggestions:

1

```
* Could I ask you to make a hotel reservation for me
  from Sunday, May 7 (arrival: around 19.00) to
  Monday, May 8, preferrably a hotel in central Boston?
  Thank you.
  Could the bill be handled directly by you?
  Thank you.

* Is somebody preparing an agenda for the meeting?

* Is it possible to talk to a technical expert directly
  from each side (at the meeting or later on the phone)?

* It might be helpful for me if I could talk to the judge
  (on the phone) about the case.
  How can it be arranged?

I will be leaving for the US on Wednesday, May 3.
Best regards,
     Hermann Ney.
```