# Exhibit E

**Plotkin, Wendy**

| | |
|---|---|
| From: | Lisa Fleming [LFleming@bromsun.com] |
| Sent: | Tuesday, April 25, 2006 1:32 PM |
| To: | Columbia, Sarah |
| Subject: | RE: Nuance v. VST: meeting on May 8 in Boston |


Lisa Fleming.vcf
(450 B)

       I look forward to hearing from you this afternoon so we can respond promptly to Dr. Ney's logistical concerns.
Lisa M. Fleming
Partner

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004

This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.

-----Original Message-----
From: Columbia, Sarah [mailto:SColumbia@choate.com]
Sent: Tuesday, April 25, 2006 1:31 PM
To: Lisa Fleming
Cc: Erik Belt; Columbia, Sarah; Frank, Robert S.
Subject: RE: Nuance v. VST: meeting on May 8 in Boston

Lisa,

Please wait. You informed me yesterday that ScanSoft would again object to Dr. Byrne as the expert for Voice Signal in the meeting with Professor Ney, based on your assertion that (1) Dr. Byrne will be a fact witness; and (2) you believe Dr. Byrne has a personal relationship with Dr. Ney. As to point (1), your assertion is based on the fact that "Dr. Byrne's name is all over the Voice Signal documents." As we have told you, and as Dr. Byrne's c.v. reflects, he worked as a consultant at Voice Signal in the 2001 time frame. He specifically worked on the public ally available HTK toolkit from Cambridge University, which certainly cannot contain any ScanSoft trade secrets. Given the current status of the trade secrets claims, we therefore think it extremely unlikely that he will be a fact witness relevant to the case. With respect to point (2), I have conveyed to you my understanding, which is that Dr. Byrne knows Dr. Ney the way any prominent academic in the field would - they see each other at conferences periodically. They do not have any personal relationship beyond that. I would certainly be agreeable to your putting those questions to Dr. Ney directly.

In light of your renewed objection to Dr. Byrnes, we are considering whether to raise these issues with Dr. Ney and/or the judge. We are also looking into whether we can use an alternative expert.

I will call you when I am off my call.

1

Sarah.

-----Original Message-----
From: Lisa Fleming [mailto:LFleming@bromsun.com]
Sent: Tuesday, April 25, 2006 12:23 PM
To: Columbia, Sarah
Subject: FW: Nuance v. VST: meeting on May 8 in Boston


Sarah,
I meant to include you in this email to your colleagues.  Do you want me to wait to send a response to Professor Ney until we talk this afternoon or can I at least confirm we can accommodate his requests?

-----Original Message-----
From: Lisa Fleming
Sent: Tuesday, April 25, 2006 12:17 PM
To: 'Plotkin, Wendy'; Frank, Robert S.
Subject: FW: Nuance v. VST: meeting on May 8 in Boston

Hi Wendy and Bob,
Per my voice mail to Sarah and Wendy, I would like to respond quickly to Professor Ney's email communication.  On the issue of technical experts, I am awaiting a response from Sarah regarding the identity of VST's expert.  For now, I think we can say that the parties can accommodate Professor Ney's request to have an expert available.  Please let me know if you agree with the proposed response below.
Thanks very much.
Lisa M. Fleming
Partner

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004


This message is intended only for the addressee(s), and may contain information that is privileged and confidential.  If the recipient of this message is not an addressee, please notify us immediately by telephone.



-----Original Message-----
From: Lisa Fleming
Sent: Tuesday, April 25, 2006 12:08 PM
To: 'Columbia, Sarah'
Subject: FW: Nuance v. VST: meeting on May 8 in Boston

 Sarah,
Can we respond jointly asap.  I propose:

We will secure a hotel reservation for him and take care of the bill directly.
We will forward a proposed agenda to him in the next day or so.
We will have our experts available to him on May 8.
We will seek to have the Judge available to discuss the case with him either on May 8 or at a time convenient to both him and the Judge.

Please let me know if you agree.
Best regards.
Lisa M. Fleming
Partner

Bromberg & Sunstein LLP

2

Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004


This message is intended only for the addressee(s), and may contain information that is privileged and confidential.  If the recipient of this message is not an addressee, please notify us immediately by telephone.


-----Original Message-----
From: Prof. Dr. Hermann Ney [mailto:ney@informatik.rwth-aachen.de]
Sent: Tuesday, April 25, 2006 12:00 PM
To: Erik Belt
Cc: Lee Carl Bromberg; Brad Lawrence; Columbia, Sarah; McKenna, Christopher J.; Lisa Fleming
Subject: Nuance v. VST: meeting on May 8 in Boston


Dear all,

for the meeting on May 8 in Boston, I have a couple of questions or suggestions:

 * Could I ask you to make a hotel reservation for me
   from Sunday, May 7 (arrival: around 19.00) to
   Monday, May 8, preferrably a hotel in central Boston?
   Thank you.
   Could the bill be handled directly by you?
   Thank you.

 * Is somebody preparing an agenda for the meeting?

 * Is it possible to talk to a technical expert directly
   from each side (at the meeting or later on the phone)?

 * It might be helpful for me if I could talk to the judge
   (on the phone) about the case.
   How can it be arranged?

I will be leaving for the US on Wednesday, May 3.
Best regards,
      Hermann Ney.

**************************************************************************
****
This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP.  The substance of this message, along with any attachments, may be confidential and legally privileged.  If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com
**************************************************************************
****

3