# Exhibit F

Case 1:04-cv-10353-PBS   Document 368-8   Filed 04/28/2006   Page 1 of 3

## Plotkin, Wendy

**From:** Lisa Fleming [LFleming@bromsun.com]
**Sent:** Wednesday, April 26, 2006 10:45 AM
**To:** Columbia, Sarah
**Cc:** Erik Belt; Frank, Robert S.; Plotkin, Wendy
**Subject:** RE: Technical Expert to Answer Professor Ney's Questions About the Voice Signal Software

Sarah, can you please send me a copy of Mr. McAllaster's cv?
Thanks,
Lisa


Lisa M. Fleming
Partner

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004


This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.

---

**From:** Columbia, Sarah [mailto:SColumbia@choate.com]
**Sent:** Wednesday, April 26, 2006 9:54 AM
**To:** Lisa Fleming
**Cc:** Erik Belt; Columbia, Sarah; Frank, Robert S.; Plotkin, Wendy
**Subject:** Technical Expert to Answer Professor Ney's Questions About the Voice Signal Software

Lisa,

I write to follow up on our telephone conversation yesterday and my e-mail earlier yesterday regarding an expert to assist Professor Ney in understanding the Voice Signal software.

During our conversation, we both agreed that the most knowledgeable people with respect to each party's software were people at the respective companies. I offered to discuss and try to reach agreement on an employee from each company to participate in the May 8 meeting with Professor Ney, with the Nuance employee responsible for answering his questions about the Dragon code and the Voice Signal employee responsible to answer his questions about the Voice Signal code. You indicated that Nuance is already far down the road with its outside expert, Dr. Goldhor, and therefore plans to have him at the May 8 meeting to answer Professor Ney's questions about the Dragon code. You said that you would be receptive to a suggestion from me of a Voice Signal employee to play that role on the Voice Signal side.

As I mentioned during our phone call, the person best suited for the assignment from the Voice Signal side is really Larry Gillick. However, you made it clear that Nuance would not agree to the participation of one of the named defendants. I therefore propose that Don McAllaster be Voice Signal's technical expert at the meeting, responsible solely for answering questions Professor Ney may have about the Voice Signal code. Don McAllaster

is a Senior Research Scientist at Voice Signal and has general familiarity with the code that was produced to Professor Ney such that he should be able to answer any questions Professor Ney may have.

As you know, in light of your objection to Dr. Byrne, we are under time pressure to either take these issues up with Professor Ney and/or the court if we are not able to reach agreement. Please let me know as soon as possible whether you agree to Don McAllaster participating in the May 8 meeting as Voice Signal's technical expert on the Voice Signal software.

Sarah Columbia

Sarah Chapin Columbia

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t  617-248-5053
f  617-248-5000
m 617-513-7228
scolumbia@choate.com
www.choate.com

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

4/27/2006