# Exhibit H

Case 1:04-cv-10353-PBS   Document 368-10   Filed 04/28/2006   Page 1 of 2

**Plotkin, Wendy**

---

| | |
|---|---|
| From: | Columbia, Sarah |
| Sent: | Thursday, April 27, 2006 4:24 PM |
| To: | 'Lisa Fleming' |
| Cc: | 'Erik Belt'; Columbia, Sarah; Frank, Robert S.; Plotkin, Wendy |
| Subject: | Expertise for the May 8 meeting w/ Professor Ney |



resume.txt (4 KB)

Dear Lisa,

I was surprised and disappointed to receive your response below, as it marks a 180 degree turn from our telephone conversation yesterday afternoon in which (1) you acknowledged that the people most knowledgeable and able to answer Professor Ney's questions would be the people at our respective clients; and (2) you said you would consider agreeing to a Voice Signal employee so long he was not one of the named defendants.

Your position leaves us with no choice but to file a motion with the Court, which I plan to do no later than tomorrow.

Understanding that the Court has implored us to try to reach agreement rather than bring disputes by motion, I write to try one more time to arrive at a reasonable compromise that achieves the legitimate objective of providing Professor Ney with a person with expertise able to answer whatever questions Professor Ney may have about the Voice Signal source code. The next best person at Voice Signal to answer Professor Ney's questions (after Larry Gillick and Don McAlister) is Igor Zlokarnik and we are prepared to have him available at the May 8 meeting to answer Professor Ney's questions. I have attached his c.v.

As you will see, Igor never worked at Dragon, so should not trigger the concerns you raise in your first paragraph below. He is an employee of Voice Signal, but is unlikely to be a witness on the trade secrets issues. He is an inventor on the '630 patent, but his role in the meeting with Professor Ney would be strictly limited to answering questions about the Voice Signal source code He would have no involvement in any discussion about the '630 patent or any other topic. You would, of course, have the transcript to verify that.

Please let me know as soon as possible whether you will agree to Igor's participation on May 8.

Sarah Columbia

Sarah Chapin Columbia

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t    617-248-5053
f    617-248-5000
m 617-513-7228
scolumbia@choate.com
www.choate.com


-----Original Message-----
From: Lisa Fleming [mailto:LFleming@bromsun.com]
Sent: Thursday, April 27, 2006 10:50 AM
To: Columbia, Sarah
Cc: Lee Carl Bromberg; Erik Belt; Frank, Robert S.; Plotkin, Wendy
Subject: RE: Don McAllaster CV

1