# SEALED DOCUMENT

# EXHIBIT B