UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S. )<br>ROTH, JONATHAN P. YAMRON, and )<br>MANFRED G. GRABHERR )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10353-PBS |

## DECLARATION OF COURTNEY M. QUISH

I, Courtney Quish, declare under oath and state as follows:

1. I am an associate at the firm of Bromberg & Sunstein LLP, 125 Summer Street, Boston, MA 02110. I represent ScanSoft, Inc. ("ScanSoft") in the above-captioned matter.

2. The parties in this litigation scheduled a meeting with Dr. Ney for March 24, 2006. This meeting was held at the offices of Bromberg & Sunstein LLP.

3. I entered the elevator on the 10th floor of the building. Coincidentally, Dr. Ney was in this elevator. We exited the elevator together on the 11th Floor. Upon entering the lobby of Bromberg and Sunstein, Dr. Ney immediately recognized Dr. Byrne and asked, "Bill, what are you doing here?".

4. I understood Dr. Ney's tone to reflect surprise that Dr. Byrne was present. I also understood from his tone and his reference to Dr. Byrne as "Bill" that Dr. Ney was well acquainted with Dr. Byrne.

-2-

5. The day before, ScanSoft had objected to VST's bringing Byrne because it was apparent that Byrne would be a fact witness. Eventually that morning, VST relented and Dr. Byrne did not attend the meeting, although he remained in a separate conference room throughout the meeting.

6. When the meeting had ended and both Dr. Ney and VST counsel were preparing to leave, I saw Dr. Byrne and Dr. Ney resume friendly conversation in the lobby.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON MAY 1, 2006

/s/ Courtney M. Quish
Courtney M. Quish

02639/00509  491982.1