# SEALED DOCUMENT

# EXHIBIT D