# SEALED DOCUMENT

# EXHIBIT E