**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SCANSOFT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-10353 PBS |
| ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR ) | |
| ) | |
| Defendants. ) | |
| ) | |

### SCANSOFT, INC.'S ASSENTED-TO MOTION FOR IMPOUNDMENT

ScanSoft, Inc. ("ScanSoft") moves, pursuant to Local Rule 7.2 and paragraph 14 of the parties' agreed upon Protective Order, for an order impounding Exhibits B, D, and E of ScanSoft's Opposition to VST's Emergency Motion to Allow Participation of Technical Expert, filed concurrently by hand.  The Opposition and Exhibits A and C are being filed concurrently electronically.

As grounds for this motion, ScanSoft states that these three Exhibits contain correspondence designated "Highly Confidential" by VST.

Accordingly, pursuant to the terms of the Protective Order, ScanSoft moves that Exhibits B, D, and E of the Opposition be placed under seal in the envelope provided and that impoundment continue pursuant to Local Rule 7.2 and the terms of the Protective Order.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I hereby certify that on May 1, 2006, counsel for the parties conferred and that counsel for VST consented to this motion.

Dated:  May 1, 2006

SCANSOFT, INC.,
By its attorneys,

/s/ Erik P. Belt
Lee Carl Bromberg, BBO # 058480
Erik Paul Belt, BBO # 558620
Lisa M. Fleming, BBO # 546148
Rebecca L. Hanovice, BBO # 660366
Courtney M. Quish, BBO # 662288
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
e-mail: ebelt@bromsun.com

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 1, 2006.

/s/ Erik P. Belt
Erik Paul Belt

02639/00509 492127.1

2