# EXHIBIT A

# CHOATE

CHOATE HALL & STEWART LLP

Sarah Chapin Columbia
(617) 248-5053
scolumbia@choate.com

May 2, 2006

**BY FAX**

Lisa M. Fleming
Bromberg & Sunstein
125 Summer Street
Boston, MA 02110-1618

RE: ScanSoft, Inc. v. Voice Signal Technologies, Inc.

Dear Lisa:

We have just received electronic notice of the court's docket order granting ScanSoft's Motion to Allow Its Independent Expert Access to VST's First Year Source Code. As it is evident that the Court made a mistake in ruling on the Motion without considering our opposition (which is not due until May 12), we have this afternoon filed an emergency motion to stay the Court's Order. I expect that until the Court has ruled on the Motion to Stay you will not give Dr. Goldhor access to Voice Signal source code.

Sincerely,

*Sarah Chapin Columbia*

Sarah Chapin Columbia

SCC:mld



CHOATE HALL & STEWART LLP

# Fax

**CONFIDENTIAL**

| **Recipient** | **Company** | **Fax** | **Phone** |
|---|---|---|---|
| Lisa Fleming | Bromberg & Sunstein | (617)443-0004 | |

| | | | |
|---|---|---|---|
| **From** | Sarah Chapin Columbia | **Number of Pages** | |
| **Date** | May 2, 2006 | **Client Number** | |
| **Phone** | (617) 248-5053 | **Operator** | **Time Sent** |

**Comments**

**Return by**   Inter-office Mail   Hold for pick-up

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at www.choate.com

Two International Place I Boston MA 02110 I t 617-248-5000 I f 617-248-4000 I choate.com

# EXHIBIT B

Exhibits: (None)                    Volume 1, Pages 1 - 175

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---------------------------

SCANSOFT, INC.,

       Plaintiff

vs.                              Docket No. 04-10353-PBS

VOICE SIGNAL TECHNOLOGIES,

INC., et al.,

       Defendants

---------------------------

MEETING WITH NEUTRAL EXPERT

Friday, March 24, 2006, 9:10 a.m.

Bromberg & Sunstein LLP

125 Summer Street

Boston, Massachusetts


*TRANSCRIPT CONTAINS MATERIAL DESIGNATED "HIGHLY CONFIDENTIAL" and "HIGHLY CONFIDENTIAL - DESIGNATED COUNSEL'S EYES ONLY"*


--------- Janis T. Young, RDR, CRR ---------

Farmer Arsenault Brock LLC

Boston, MA   |   617-728-4404   |   Fax 617-728-4403

```
                                                              2
 1   PRESENT:
 2       Prof. Dr.-Ing Hermann Ney
 3           RWTH-Aachen
 4           Computer Science Department
 5           Ahornstr. 55, D-52056
 6           Aachen, Germany
 7           as neutral expert
 8
 9       Lee Carl Bromberg, Esq.
10       Erik Paul Belt, Esq.
11       Lisa M. Fleming, Esq.
12       M. Brad Lawrence, Esq.
13       Courtney M. Quish, Esq.
14           Bromberg & Sunstein LLP
15           125 Summer Street
16           Boston, Massachusetts 02110-1618
17           617-443-9292    Fax 617-443-0004
18           lbromberg@bromsun.com; ebelt@bromsun.com;
19           lfleming@bromsun.com; blawrence@bromsun.com;
20           cquish@bromsun.com
21           for Plaintiff
22
23       (Continued)
24
```

FARMER ARSENAULT BROCK LLC

3

1  Sarah Chapin Columbia, Esq.
2  Robert S. Frank, Jr., Esq.
3  Christopher J. McKenna, Esq.
4  Choate Hall & Stewart LLP
5      Two International Place
6      Boston, Massachusetts 02110
7      617-248-5000     Fax 617-248-4000
8      scolumbia@choate.com; rfrank@choate.com;
9      cmckenna@choate.com
10     for Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24

FARMER ARSENAULT BROCK LLC

```
                                                              171
 1   part missing.  I would have to point out the exact
 2   functions that would be considered.
 3              MR. FRANK:  Yes.
 4              MR. BELT:  I guess that's what I would
 5   suggest, is --
 6              DR. NEY:  So I think there's more to be
 7   done on my side.
 8              MR. BELT:  Yes.
 9              MR. FRANK:  So from that, it follows, I
10   think, that at our next session together we should
11   have a session comparable to the session we had
12   today on trade secrets, at the end of which you
13   would articulate exactly which parts of the code you
14   wanted to see.  I think if we try to do that now,
15   you're not far enough along in your understanding to
16   do it properly.
17              DR. NEY:  Yes; right.
18              MS. COLUMBIA:  I guess one thing we
19   didn't maybe run to the ground was whether at the
20   next meeting, I think Dr. Ney has said that it would
21   be helpful to him to have -- each party have an
22   expert who could answer questions at a level that
23   would be helpful to him.
24              Are we all in agreement that it's okay
```

174

1
2              C E R T I F I C A T E
3
4       I, Janis T. Young, Registered Professional
5  Reporter, do hereby certify that the foregoing
6  transcript is a true and accurate transcription of
7  my stenographic notes taken on March 24, 2006, in
8  the above-captioned matter.
9
10
11              _____
12              Janis T. Young, RDR/CRR
13
14
15
16
17
18
19
20
21
22
23
24

FARMER ARSENAULT BROCK LLC

175

I N D E X

| SESSIONS | PAGES |
|---|---|
| Plenary sessions | 4 - 48 |
|  | 149 - 173 |
| All Defendant's counsel | 49 - 54 |
|  | 73 - 96 |
|  | 99 - 105 |
| Defendant's designated counsel only | 55 - 72 |
|  | 97 - 98 |
| All Plaintiff's counsel | 106 - 123 |
|  | 131 - 148 |
| Plaintiff's designated counsel only | 124 - 130 |

FARMER ARSENAULT BROCK LLC