## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SCANSOFT, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff | | |
| v. | | C.A. No. 04-10353-PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | | |
| Defendants | | |

### SCANSOFT'S MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF ITS OBJECTIONS TO MAGISTRATE JUDGE'S ORDER

Pursuant to Local Rule 7.1(b)(3), Plaintiff ScanSoft, Inc., moves for leave to file a short reply memorandum, attached as Exhibit A, further supporting its Objections to Magistrate Judge's Order on ScanSoft's Emergency Motion for Remedies and to Show Cause Why Defendant Should Not Be Held in Contempt for Violating the Court's Protective Order [D.N. 363]. ScanSoft believes that the reply memorandum will correct the defendants' reading of the case law and aid the Court in its determination of the disputed issues.

### CERTIFICATE UNDER LOCAL RULE 7.1

I certify that, on April 12, 2005, the parties entered into a standing agreement to consent to all motions for leave to file reply briefs in this case.

Dated: May 3, 2006                                  SCANSOFT, INC.,
                                                    By its attorneys,

                                                    /s/ Erik P. Belt
                                                    Lee Carl Bromberg, BBO # 058480
                                                    Erik Paul Belt, BBO # 558620
                                                    Lisa M. Fleming, BBO # 546148
                                                    Rebecca L. Hanovice, BBO #660366
                                                    Courtney Quish, BBO # 662288
                                                    BROMBERG & SUNSTEIN LLP
                                                    125 Summer Street
                                                    Boston, Massachusetts 02110-1618
                                                    (617) 443-9292
                                                    ebelt@bromsun.com

**Certificate of Service**

I certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 3, 2006.

                                                    /s/ Erik P. Belt
                                                    Erik Paul Belt

02639/00509 491006.1