UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Scansoft, Inc.
        Plaintiff,          CIVIL ACTION
                                      NO.  04-10353-PBS
    v.

Voice Signal Technologies, Inc., et al,
        Defendants.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                              May 4, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Emergency Motion to Allow Participation of Technical Expert, and Emergency Motion to Stay May 2, 2006 Docket Order on **Friday, May 5, 2006**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                          By the Court,

                                                                          /s/ Robert C. Alba
                                                                         Deputy Clerk

Copies to:  All Counsel