**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SCANSOFT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-10353-PBS |
| | ) | |
| | ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., | ) | |
| LAURENCE S. GILLICK, ROBERT S. | ) | |
| ROTH, JONATHAN P. YAMRON, and | ) | |
| MANFRED G. GRABHERR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## VOICE SIGNAL TECHNOLOGIES MOTION FOR IMPOUNDMENT

Voice Signal Technologies, Inc. ("Voice Signal") hereby moves pursuant to Local Rule 7.2 and section 14 of the parties' agreed-to Protective Order for an order impounding Voice Signal's Memorandum in Opposition to ScanSoft's Motion to Allow Its Independent Expert Access to VST's First Year Source Code and in Support of its Motion for Reconsideration, and the Exhibit A to the Declaration of Wendy S. Plotkin.

As grounds for this motion, Voice Signal states that the Memorandum refers to and Exhibit A attached portions of a confidential transcript of proceedings between the parties and the Neutral Expert.

WHEREFORE, Voice Signal requests that the Court enter an order impounding Voice Signal's Memorandum in Opposition to ScanSoft's Motion to Allow Its Independent Expert Access to VST's First Year Source Code and in Support of its Motion for Reconsideration Exhibit A to the Declaration of Wendy S. Plotkin filed therewith. Voice Signal further requests

that the Court grant it leave, pursuant to Local Rule 7.2(d), to file its Memorandum in Opposition

to ScanSoft's Motion to Allow Its Independent Expert Access to VST's First Year Source Code

and in Support of its Motion for Reconsideration and Exhibit A under seal concurrently with this

motion for impoundment.

Respectfully submitted,

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,


/s/  Wendy S. Plotkin
Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

Dated:  May 4, 2006

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for Voice Signal attempted to confer with counsel for ScanSoft on
May 4, 2006 in an effort to resolve the issues presented in this motion but that counsel were not
able to confer prior to filing this Motion.

/s/  Wendy S. Plotkin

2

4078327v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify as follows:

1. This document filed through the ECF system will be sent electronically to the registered participants in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2006.

2. On May 4, 2006, a true and correct copy of this document was served by hand to Rebecca L. Hanovice, Esq. of Bromberg & Sunstein LLP, 125 Summer Street, Boston, MA 0211.

/s/ Wendy S. Plotkin
Wendy S. Plotkin

4078327v1