UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, <br><br> Defendants. | C.A. No. 04-10353-PBS |

## DECLARATION OF WENDY S. PLOTKIN

Wendy S. Plotkin deposes and states as follows:

1. I am an attorney in the law firm of Choate, Hall & Stewart, and a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am counsel to the above-named defendants and make this declaration in support of the Voice Signal Technologies' Memorandum in Opposition to ScanSoft's Motion to Allow its Independent Expert Access to VST's First Year Source Code and Memorandum in Support of its Motion for Reconsideration of the Court's May 2, 2006 Order Granting ScanSoft's Motion.

2. Attached hereto as Exhibit A is a true and correct copy of portions of the transcript of the March 24, 2006 meeting between the parties and Dr. Hermann Ney (being filed under seal).

1

4078313v1

3.        Attached hereto as Exhibit B is a true and correct copy of a press release dated March 17, 2006.

4.        Attached hereto as Exhibit C is a true and correct copy of Voice Signal's Motion to Enjoin Texas Action and accompanying Memorandum in Support.

*          *          *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Wendy S. Plotkin

Dated: May 4, 2006

4078313v1