# Exhibit B



# NUANCE

Company | News | Products | Industries | Support | Partners | International | Contact | Search | Store

Home > News > Press Releases



NEWS
Press Releases

**News**
**Overview**
**Press Releases**
**In The News**
**Events**
**Webinars**
**Podcasts**
**Image Gallery**
**Contact PR**

Court Orders Voice Signal to Produce Source Code Related to Nuance's Trade Secret Theft Lawsuit against Voice Signal

**BURLINGTON, Mass., March 17, 2006** – Nuance Communications, Inc. (NASDAQ: NUAN), the leading supplier of speech and imaging solutions, today announced that the United States District Court for the District of Massachusetts has issued an Order for Voice Signal Technologies, Inc. to produce "complete and unredacted" source code to Nuance's designated counsel and a neutral expert as part of the Company's trade secret misappropriation lawsuit against Voice Signal.

On February 23, 2004, Nuance (formerly ScanSoft, Inc.) announced that it had filed a trade secret misappropriation and patent infringement lawsuit against Voice Signal Technologies, Inc. in the United States District Court for the District of Massachusetts.

The Company's trade secret misappropriation complaint states that Voice Signal has misappropriated and uses Nuance confidential information and trade secrets in the field of speech recognition and related technologies, which the Company acquired when it purchased certain assets from Lernout and Hauspie in 2001. This trade secret information includes speech and natural language information and technologies that provide Nuance with competitive advantages in the market for embedded speech products.

In its patent infringement complaint, the Company states that Voice Signal Technologies, Inc. infringes a Nuance patent that covers voice-activated dialing for mobile telephones. Nuance seeks monetary damages for past infringement and injunctive relief to prevent Voice Signal from continuing to infringe U.S. Patent No. 6,501,966 "Speech Recognition System for Electronic Switches in a Non-Wireline Communications Network."

Nuance Communications, Inc.

Nuance (Nasdaq: NUAN) is the leading provider of speech and imaging solutions for businesses and consumers around the world. Its technologies, applications and services make the user experience more compelling by transforming the way people interact with information and how they create, share and use documents. Every day, millions of users and thousands of businesses experience Nuance's proven applications. For more information, please visit www.nuance.com.

Nuance and the Nuance logo are trademarks or registered trademarks of Nuance Communications, Inc. or its affiliates in the United States and/or other countries. All other company names or product names may be the trademarks of their respective owners.

Search | Site Map | Contact

Legal Notices | Privacy Policy | Accessibility

© 2006 Nuance Communications, Inc. All rights reserved.