UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
SCANSOFT, INC.,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            ) CIVIL ACTION NO. 04-10353-PBS
                                   )
VOICE SIGNAL TECHNOLOGIES,         )
INC., LAURENCE S. GILLICK,         )
ROBERT S. ROTH, JONATHAN P.        )
YAMRON, and MANFRED G.             )
GRABHERR,                          )
                                   )
          Defendants.              )
_____)
```

**ORDER**

May 5, 2006

Saris, U.S.D.J.

After hearing and review of the briefs, the Court orders the following:

1. The motion of Defendant Voice Signal Technologies, Inc. ("Voice Signal") to enjoin Plaintiff Scansoft, Inc. ("Scansoft") from prosecuting a related patent infringement action in the Eastern District of Texas is **DENIED**.  (Docket No. 381.)

2. However, counsel to Scansoft shall setup a complete "Chinese Wall" between this case and the related patent infringement action in the Eastern District of Texas, Nuance Communications, Inc. v. Voice Signal Technologies, Inc., No. 06-00071 (E.D. Tex.).  Counsel to Scansoft shall submit an affidavit to this Court certifying that the "Chinese Wall" has been setup

and that information discovered in this case shall not be discussed with or used by the plaintiff in <u>Nuance</u>.

    3.    The plaintiff and the defendants shall not use or discuss this Court's rulings regarding the neutral expert procedure or discovery with the press.

    4.    The plaintiff shall submit an affidavit stating that Dr. Goldhor has returned the Voice Signal source code and has not reviewed it.

    It is **SO ORDERED.**

                             **/S/PATTI B. SARIS**
                             UNITED STATES DISTRICT JUDGE