UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04-10353-PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) |
| Defendants. | ) |

**DECLARATION OF WENDY S. PLOTKIN**

Wendy S. Plotkin deposes and states as follows:

1. I am an attorney in the law firm of Choate, Hall & Stewart, and a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am counsel to the above-named defendants and make this declaration in support of the Voice Signal Technologies' Memorandum in Support of its Motion for an Order Determining That the Neutral Expert Should Not Consider ScanSoft's May 5, 2006, Brief.

2. Attached hereto as Exhibit A is a true and correct copy of portions of the transcript of the March 24, 2006 meeting between the parties and Dr. Hermann Ney.

3. Attached hereto as Exhibit B is a true and correct copy of a letter from Sarah Columbia to Dr. Hermann Ney dated May 7, 2006.

1

4080538v1

2

4. Attached hereto as Exhibit C is a true and correct copy of an email exchange between the parties and the Dr. Ney dated May 11, 2006.

*   *   *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Wendy S. Plotkin

Dated: May 11, 2006