## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-10353-PBS |

### DEFENDANT'S ASSENTED TO MOTION FOR IMPOUNDMENT

Defendant Voice Signal Technologies, Inc. moves pursuant to Local Rule 7.2 and section 14 of the parties' agreed-to Protective Order for an order impounding an unredacted versions of its Memorandum in Opposition to ScanSoft's Motion to Allow Inspection of All Computers and Computer Servers in the Possession, Custody, or Control of VST or the Individual Defendants and to Compel VST to Provide Information Necessary for the Neutral Expert Procedure (the "Opposition") and the Declaration of Don McAllaster.  Partially redacted copies of the Opposition and McAllaster Declaration are being filed concurrently electronically; unredacted copies of the Opposition and Declaration are being filed concurrently by hand.

As grounds for this motion, Voice Signal states that throughout the Opposition and the Declaration Voice Signal includes detailed citations to its source code production.  These materials are "highly confidential" pursuant both to the terms of the Protective Order and this Court's Neutral Expert Procedure.

4081966v1

WHEREFORE, Voice Signal requests that the Court enter an order impounding the unredacted versions its Opposition and Declaration.  Voice Signal further request that the Court grant it leave, pursuant to Local Rule 7.2(d), to file its Opposition and Declaration under seal concurrently with this motion for impoundment.

Respectfully submitted,

VOICE SIGNAL TECHNOLOGIES, INC.

By its attorneys,

Dated:  May 16, 2006

/s/  Wendy S. Plotkin
Robert S. Frank, Jr. (BBO No. 177240)
Sarah Chapin Columbia (BBO No. 550155)
Paul D. Popeo (BBO No. 567727)
Wendy S. Plotkin (BBO No. 647716)
CHOATE, HALL & STEWART LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 248-5000

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for Voice Signal conferred with counsel for ScanSoft on May 16, 2006  in an effort to resolve the issues presented in this motion and that counsel for ScanSoft assented to this Motion.

/s/  Wendy S. Plotkin

## CERTIFICATE OF SERVICE

I hereby certify as follows:

This document filed through the ECF system will be sent electronically to the registered participants in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 11, 2006.

/s/ Wendy S. Plotkin
Wendy S. Plotkin