# Exhibit B

## Doyle, Coleen

| | |
|---|---|
| **From:** | Columbia, Sarah |
| **Sent:** | Thursday, March 30, 2006 10:53 PM |
| **To:** | Prof. Dr. Hermann Ney |
| **Cc:** | Lee Carl Bromberg; 'Lisa Fleming'; Erik Belt; Brad Lawrence; McKenna, Christopher J.; Frank, Robert S. |
| **Subject:** | RE: Nuance v. VST |

Dear Professor Ney,

I have just opened Ms. Fleming's e-mail from earlier this evening, a copy of which is reproduced below.

As you know, our general procedure to date has been to arrange telephone conferences and other communications with you only after the attorneys for both sides have conferred. While the Court's Neutral Expert Procedure permits *ex parte* communications, it does so only at the request of the neutral expert, not at the impulse of the attorneys for one of the parties.

I need to let you know that neither Ms. Fleming nor any other attorney for ScanSoft made any attempt to confer with us with respect to her e-mail or the requests she has made. In other words, the "questions" detailed in Ms. Fleming's e-mail to you have not even been put to us as Voice Signal's lawyers. There are also several references in her e-mail to C++ issues which do not -- as far as we can tell -- bear any relationship to any issue relevant to your assignment.

I would, therefore, ask that you defer considering them until the counsel for the parties have had an opportunity to consider the requests. Obviously, if we cannot agree, then we may seek a joint conference with you to discuss present our relative positions.

Thank you for your consideration.

Sarah Columbia


Sarah Chapin Columbia
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-5053 (direct dial)
(617) 248-4000 (fax)

scolumbia@choate.com


-----Original Message-----
**From:** Lisa Fleming [mailto:LFleming@bromsun.com]
**Sent:** Thursday, March 30, 2006 7:01 PM
**To:** Prof. Dr. Hermann Ney
**Cc:** Lee Carl Bromberg; Erik Belt; Brad Lawrence; Columbia, Sarah; McKenna, Christopher J.
**Subject:** Nuance v. VST

Dear Professor Ney:

As we discussed during your visit last Friday, ScanSoft's designated counsel Brad Lawrence is

reviewing VST's source code in order to provide you with specific locations you should review for evidence of VST's use and implementation of ScanSoft's trade secret techniques.

As you predicted, the source code is voluminous and Mr. Lawrence's review is time-intensive. In addition, the source code provided by VST appears to have numerous releases of products without identifying information about the various releases.

In order to meet our deadline of 7 April to provide you with source code locations, we hope you agree that we would be greatly assisted if VST could provide answers to the following questions regarding the VST source code:

1. There appear to be several releases of the source code and within each release, there are hundreds of "main" functions in the source code. Please provide a table that briefly describes each release of the code and the functions of each of the programs.
2. For each of the supplied VST releases please indicate whether the acoustic or word models it employs store any statistics on the expected or modeled duration of phonetic elements or states, including any model elements whose calculated values are in fact dependent on the observed durations of segments in the speech corpora from which such models are constructed. Please provide the C++ structure or class element names, database field names, or similar identifying information for all such information. Please indicate the name of each C++ structure or class element in which such information resides during recognition.
3. For each of the supplied VST releases please specify the C++ function, routine, or class method within which the top-level recognition (decoding) of a single spoken utterance is specified.
4. For each of the supplied VST releases please indicate whether it employs Viterbi decoding. If it does, please provide the name of the top-level C++ function, routine, or class method that implements the Viterbi decoding algorithm.

We believe that answers to these questions will facilitate Mr. Lawrence's review of the VST source code and that ultimately you may need answers to these questions to analyze the portions of the code to which we direct you. We therefore request that you submit these questions to VST's counsel with a request for prompt responses directed to Mr. Lawrence so that we can meet our 7 April deadline to you.

Of course, we are available to discuss this matter with you by telephone if you would like.
Best regards.


Lisa M. Fleming
Partner


Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004


This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.

<<Lisa Fleming.vcf>>

Message Case 1:04-cv-10353-PBS    Document 398-4    Filed 05/16/2006    Page 4 of 4    Page 3 of 3

<<Lisa Fleming.vcf>>

5/16/2006