125 SUMMER STREET  BOSTON MA 02110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG & SUNSTEIN LLP

LEE CARL BROMBERG
T 617 443 9292 x213
LBROMBERG@BROMSUN.COM

May 12, 2006

**BY HAND**

The Honorable Patti B. Saris
District Judge
U.S.D.C. for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Room 6130
Boston, Massachusetts 02210-3002

Re  *ScanSoft v. Voice Signal Technologies, Inc. et al,* Civil Action No. 04-10353 PBS
    Our File   2639/509

Your Honor:

We believe it would be helpful for counsel to have a brief, informal chambers conference with Your Honor on Friday, May 12, 2006, following your 11 a.m. telephone discussion with Professor Ney, the neutral expert in the above-referenced case. The neutral expert procedure presents some issues which Professor Ney has expressed concern about and which we think could best be worked out in an informal discussion with Your Honor after you have had a chance to speak to him.

Would it be possible for counsel to see Your Honor for a brief informal conference in chambers at some point on Friday after your telephone discussion with Professor Ney?

Respectfully Submitted,

*/s/ Lee Carl Bromberg*

Lee Carl Bromberg

LCB/kjs

cc:   Robert S. Frank, Esq.

02639/00509 495924.1

ATTORNEYS AT LAW