125 SUMMER STREET  BOSTON MA 02110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG & SUNSTEIN LLP

LEE CARL BROMBERG
T 617 443 9292 x213
LBROMBERG@BROMSUN.COM

May 11, 2006

**BY HAND**

The Honorable Patti B. Saris
District Judge
U.S.D.C. for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Room 6130
Boston, Massachusetts 02210-3002

Re   *ScanSoft v. Voice Signal Technologies, Inc. et al*, Civil Action No. 04-10353 PBS
     Our File    2639/509

Dear Judge Saris:

The issues raised in Attorney Columbia's letter of May 5, 2006 [D.N. 390] have now been mooted. With VST counsel's agreement, Dr. Goldhor participated in the meeting with Professor Ney on Monday, May 8th.

Specifically, after reviewing the Declaration of Dr. Goldhor filed with the Court [D.N. 392] and after cross-examining Dr. Goldhor under oath at the start of Monday's meeting, VST withdrew its objection to Dr. Goldhor's participation. In his declaration and in his sworn testimony on Monday, Dr. Goldhor stated that he did not examine VST's source code provided to ScanSoft's designated counsel on a VST laptop. Dr. Goldhor's testimony was that he briefly reviewed a mere seven (7) lines of code on paper and did no analysis of VST's source code. Moreover, Dr. Goldhor testified that he returned the laptop containing VST's source code immediately following the hearing on Friday, May 5th and did not retain a copy.

Respectfully,

Lee Carl Bromberg

LCB/jmc

cc:   Sarah Chapin Columbia, Esq. (by facsimile)

02639/00509 495563.1

ATTORNEYS AT LAW