# EXHIBIT B

# CHOATE

CHOATE HALL & STEWART LLP

Sarah Chapin Columbia<br>
(617) 248-5053<br>
scolumbia@choate.com

May 2, 2006

**BY FAX**

Lisa M. Fleming
Bromberg & Sunstein
125 Summer Street
Boston, MA 02110-1618

RE:   ScanSoft, Inc. v. Voice Signal Technologies, Inc.

Dear Lisa:

We have just received electronic notice of the court's docket order granting ScanSoft's Motion to Allow Its Independent Expert Access to VST's First Year Source Code. As it is evident that the Court made a mistake in ruling on the Motion without considering our opposition (which is not due until May 12), we have this afternoon filed an emergency motion to stay the Court's Order. I expect that until the Court has ruled on the Motion to Stay you will not give Dr. Goldhor access to Voice Signal source code.

Sincerely,

*[signature]*

Sarah Chapin Columbia

SCC:mld

4077192v1

Two International Place I Boston MA 02110 I t 617-248-5000 I f 617-248-4000 I choate.com