# EXHIBIT C

**Columbia, Sarah**

---

**From:** Lisa Fleming [LFleming@bromsun.com]
**Sent:** Tuesday, May 02, 2006 2:06 PM
**To:** Prof. Dr. Hermann Ney
**Cc:** Lee Carl Bromberg; Brad Lawrence; Columbia, Sarah; McKenna, Christopher J.
**Subject:** RE: Nuance v. VST: meeting on May 8 in Boston



Lisa Fleming.vcf
(450 B)

Dear Professor Ney,

We write to inform you that the Court allowed ScanSoft's motion to allow its independent expert Dr. Richard Goldhor access to VST's source code in order to provide you with assistance in reviewing both source codes for evidence of use of ScanSoft's trade secrets in VST's code. As we informed you earlier, Dr. Goldhor will be available at the meeting on May 8 and we welcome the opportunity for you to discuss the trade secrets with him.

We have prepared a supplemental brief outlining the additional trade secrets we referenced in our initial brief and follow up letter to you dated April 10, 2006. Dr. Goldhor is prepared to discuss with you all of the trade secrets identified in these briefings. Can you let us know where we can send our supplemental brief to you during your visit to Boston and before our meeting on Monday?

Best regards.

Lisa M. Fleming
Partner

Bromberg & Sunstein LLP
Attorneys at Law
125 Summer Street
Boston, MA 02110-1618
Tel: (617) 443-9292
Fax: (617) 443-0004


This message is intended only for the addressee(s), and may contain information that is privileged and confidential. If the recipient of this message is not an addressee, please notify us immediately by telephone.