# EXHIBIT E

# CHOATE

CHOATE HALL & STEWART LLP

Sarah Chapin Columbia
(617) 248-5053
scolumbia@choate.com

May 5, 2006

**BY FAX AND ELECTRONIC MAIL**

Lisa M. Fleming
Bromberg & Sunstein
125 Summer Street
Boston, MA 02110-1618

RE:   ScanSoft, Inc. v. Voice Signal Technologies, Inc.

Dear Lisa:

Further with respect to the subject matter of my letter to the Court of this morning, we expect that before Monday's meeting with Dr. Ney you will provide to us a sworn declaration from Dr. Goldhor stating unconditionally, that he has not looked at, reviewed, evaluated or otherwise had any access to Voice Signal's source code.

If Dr. Goldhor cannot swear to such a declaration, we expect that you will provide a sworn declaration setting forth in detail exactly what access he has had to, and what examination he has made of, Voice Signal's source code. The declaration should also detail any communications Dr. Goldhor has had with Mr. Lawrence, from and after the time when Dr. Goldhor first was given access to Voice Signal's source code on the subject of Voice Signal's source code.

Sincerely,

*Sarah Chapin Columbia*

Sarah Chapin Columbia

SCC:mld