# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC.<br><br>Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>Defendants. | Civil Action No. 04-10353 PBS. |

## DECLARATION OF RICHARD GOLDHOR, PhD.

I, Richard Goldhor, declare as follows:

1. I am a consultant in the speech and signal processing industry, in which I have worked for the past 28 years. I have designed and developed speech processing software for many companies, including speech recognition software for Kurzweil Applied Intelligence, Inc., a former leader in speech recognition research and development. I am also the inventor or co-inventor of several patents in the field of speech recognition. I have authored several publications on the design and integration of speech recognition technologies. I am currently principal and consultant of Grapevine Software, a consulting, research and development firm specializing in software development and speech research.

2. ScanSoft, Inc. ("ScanSoft") has retained me as an expert in the above-captioned litigation. I have spent months familiarizing myself with portions of ScanSoft's source code for its speech recognition engine and related products.

EXHIBIT
Goldhor 1-2
5/8/06 AB

3. On May 2, 2006, ScanSoft's counsel Lisa Fleming informed me by telephone that the Court granted ScanSoft's motion to allow me access to VST's source code for the purpose of assisting Professor Ney in his role as Neutral Expert in this case. We made arrangements for me to pick up a laptop containing VST's source code on May 4, 2006, from Attorney Brad Lawrence at Bromberg & Sunstein's offices.

4. In the late afternoon of May 3rd, I received from Mr. Lawrence a copy of VST's submissions to the Neutral Expert.

5. On May 4, 2006, I visited the offices of Bromberg & Sunstein and received a laptop, which Mr. Lawrence said contains VST's source code.

6. I did not review the source code on the laptop during my visit or thereafter.

7. On that afternoon, while at the offices of Bromberg & Sunstein, I also looked at a printout of three fragments of source code containing a total of 7 lines. Copies of those fragments are attached to this declaration.

8. I then returned to my office. At no time did I examine VST's source code or attempt to examine the source code. I did turn the laptop on in order to review the system configurations of the laptop computer. I reviewed only the files of the system configurations and did not examine or attempt to examine VST's source code. I shut the laptop off and placed it in a locked room in my office. I did not touch the laptop computer thereafter on that day.

9. This morning I attended a funeral and arrived at my office at approximately noon. I retrieved two telephone messages from Bromberg & Sunstein, one from Lisa Fleming and one from Courtney Quish, instructing me to package up the laptop

2

and briefs and return them to Bromberg & Sunstein immediately. I returned the material to Mr. Lawrence this afternoon.

10. At no time have I reviewed VST's source code on the laptop computer.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON May 8, 2006

_____
RICHARD GOLDHOR, PhD.

02639/00509 492128.1

3