# EXHIBIT H

125 SUMMER STREET  BOSTC        )2110-1618                                    BROMBERG ✷ SUNSTEIN LLP

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

M. BRAD LAWRENCE
T 617 443 9292 X 275
BLAWRENCE@BROMSUN.COM

May 3, 2006

**Via Courier**

Richard Goldhor, Ph.D.
Grapevine Software
54 Middlesex Turnpike
Bedford, MA  01730

Re:  *ScanSoft(Nuance) v. Voice Signal Technologies, Inc. et al.*, Docket No. 04-10353-PBS
      Our File:  2639/509

Dear Rich:

Enclosed are several documents related to VST source code that you have not seen.  The judge has ruled that you may view VST source code, thus, you are entitled to see them.  In particular, enclosed are the following items:

1.      A three-ring binder entitled "Voice Signal Technology's Remarks Regarding Trade Secrets."  This folder was presented to Professor Ney by VST during the March 24, 2006, meeting;

2.      A folder that includes a copy of the April 10, 2006, VST submission to Professor Nye.  This document includes a listing of where each function that related to the original trade secrets is contained in the VST source code;

3.      An unredacted copy of the transcript of the March 24, 2006 meeting of the parties and Professor Ney; and

4.      Voice Signal Technology's Opening Brief.

The last two items are much less important than the first two.  Feel free to call me at any time if you have questions about these items.

ATTORNEYS AT LAW

Richard Goldhor, Ph..
Grapevine Software
May 3, 2006
Page 2

Sincerely,

M. Brad Lawrence

MBL/eet
Enclosure

cc: Lee Bromberg, Esq.
    Lisa Fleming, Esq.
    Erik Belt, Esq.

02639/00509 492820.1