UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR,<br><br>　　　　Defendants. | Civil Action No. 04-10353 PBS |

### DECLARATION OF MATTHEW D. POWERS

I, Matthew D. Powers, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. §1746:

1. I am admitted to practice in the US Supreme Court; Federal Circuit; Second Circuit; Fifth Circuit; Seventh Circuit; Ninth Circuit; Northern, Eastern, Central and Southern Districts of California; Southern District of Texas; Northern District of Indiana; and, the District of Arizona.

2. I am in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any court or jurisdiction.

4. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.


Dated: May 22, 2006

/s/ Matthew D. Powers

Matthew D. Powers, Esq.
Weil, Gotshal & Manges
201 Redwood Shores Parkway
Redwood Shores, California 94065

02639/00509 497889.1