UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, AND MANFRED G. GRABHERR, <br><br> Defendants. | Civil Action No. 04-10353-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF PAUL F. WARE JR., P.C.

Please withdraw pursuant to Local Rule 83.5.2 (c) the appearance of Paul F. Ware Jr., P.C., as one of the counsel for Plaintiff ScanSoft, Inc. in the above-captioned matter.

Lee C. Bromberg, Erik Paul Belt, and Lisa M. Fleming of the law firm Bromberg & Sunstein LLP shall continue their appearances as counsel of record for Plaintiff ScanSoft, Inc.

Respectfully submitted,

SCANSOFT, INC.,

By its attorneys,

/s/ Paul F. Ware, Jr.,
Paul F. Ware Jr., P.C. (BBO No. 516240)
Douglas J. Kline (BBO No. 556680)
Daniel F. Forman (BBO No. 637405)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
Tel:   (617) 570-1000
Fax:   (617) 523-1231

Dated: May 23, 2006

LIBA/1690747.1

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 23, 2006.

                                /s/ Nuala E. Droney_____
                                Nuala E. Droney