# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCANSOFT, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-10353 PBS |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF DAVID GREENBAUM, ESQ.

I, David Greenbaum, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. §1746:

1.    I am admitted to practice in the State of New York and the United States District Court for the Southern District of New York.

2.    I am in good standing in every jurisdiction in which I have been admitted to practice.

3.    There are no disciplinary proceedings pending against me in any court or jurisdiction.

4.      I am familiar with the Local Rules for the United States District Court for the

District of Massachusetts.

Dated: May 31, 2006

David Greenbaum, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

02639/00509 497889.1

2