# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VOICE SIGNAL TECHNOLOGIES, INC., ) <br> LAURENCE S. GILLICK, ROBERT S. ) <br> ROTH, JONATHAN P. YAMRON, and ) <br> MANFRED G. GRABHERR, ) <br> ) <br> Defendants. ) | Civil Action No. 04-10353 PBS |

## ASSENTED-TO MOTION TO ADMIT COUNSEL *PRO HAC VICE* FOR SCANSOFT, INC.

I, Courtney M. Quish, a member of the bar of this Court, move pursuant to Local Rule 83.5.3 for the admission of David J. Lender, partner of the firm of WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, NY 10153, as counsel for Plaintiff ScanSoft, Inc. in this action, *pro hac vice*.

As stated in the accompanying Declaration (attached hereto as Exhibit A), Mr. Lender is admitted to practice in the US Supreme Court; the US Court of Appeals for the Federal Circuit, Second, Third and Fourth Circuits; the US District Courts for the Southern and Eastern Districts of New York; the US Court of Federal Claims; and the US Tax Court. He is in good standing in every jurisdiction in which he has been admitted to practice, has no disciplinary proceedings pending against him, and is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Lee Carl Bromberg, Lisa M. Fleming, Erik Paul Belt, Rebecca L. Hanovice, Courtney Quish, and M. Brad Lawrence, members in good standing of the bar of this Court, have entered appearances in this action and will act as co-counsel for the plaintiff.

### CERTIFICATE PURSUANT TO CIVIL LOCAL RULE 7.1

I certify that on May 31, 2006, counsel for ScanSoft conferred with VST counsel by telephone and VST counsel assented to this motion.

Dated: May 31, 2006

SCANSOFT, INC.,
By its attorneys,

/s/ Courtney M. Quish
Lee Carl Bromberg, BBO # 058480
Lisa M. Fleming, BBO # 546148
Erik Paul Belt, BBO # 558620
Rebecca L. Hanovice, BBO #660366
Courtney Quish, BBO # 662288
M. Brad Lawrence, BBO # 641400
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, Massachusetts 02110-1618
(617) 443-9292
cquish@bromsun.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 31, 2006.

/s/ Courtney M. Quish

02639/00509 500383.1