# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, <br><br> Defendants. | Civil Action No. 04-10353 PBS |

## DECLARATION OF DAVID J. LENDER, ESQ.

I, David J. Lender, declare that the following is true and correct under penalty of perjury, pursuant to 28 U.S.C. §1746:

1. I am admitted to practice in the US Supreme Court; the US Court of Appeals for the Federal Circuit, Second, Third and Fourth Circuits; the US District Courts for the Southern and Eastern Districts of New York; the US Court of Federal Claims; and the US Tax Court.

2. I am in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any court or jurisdiction.

4. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated: May 30, 2006

_____
David J. Lender, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

02639/00509 500380.1

2