125 SUMMER STREET  BOSTON MA 02110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM

BROMBERG * SUNSTEIN LLP

LISA M FLEMING
T 617 443 9292 x248
LFLEMING@BROMSUN.COM

*FILED IN CLERKS OFFICE 2006 MAY 26 P 4: 51 U.S. DISTRICT COURT DISTRICT OF MASS.*

May 26, 2006

**Via Hand Delivery**

The Honorable Patti B. Saris
District Judge
U.S.D.C. for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Room 6130
Boston, Massachusetts  02210-3002

Re  *ScanSoft v. Voice Signal Technologies, Inc. et al*, Civil Action No. 04-10353 PBS
    Our File    2639/509

Your Honor:

In accordance with your Order, dated May 24, 2006 [D.N. 410], ScanSoft has delivered its designation of six (6) trade secrets to Dr. Ney with a copy to VST's designated counsel, Christopher McKenna.  Please let us know if you wish to have a copy of the designations sent to the Court.

Very truly yours,

Lisa M. Fleming

LMF/

cc: Sarah Columbia, Esq.

02639/00509 501274.1

ATTORNEYS AT LAW