# CHOATE

CHOATE HALL & STEWART LLP

Sarah Chapin Columbia
(617) 248-5053
scolumbia@choate.com

September 11, 2006

**FOR ELECTRONIC FILING**

The Honorable Patti B. Saris
District Judge
U.S.D.C. for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Room 6130
Boston, MA 02210-3002

    RE:    *ScanSoft, Inc. v. Voice Signal Technologies, Inc. et al.*
            United States District Court Civil Action No. 04-10353 PBS

Dear Judge Saris:

This letter confirms that Voice Signal has delivered to the Neutral Expert, Dr. Hermann Ney, the submission required by Paragraph 2 of the Court's May 24, 2006 Order and related appendices with a copy to ScanSoft's designated counsel, Brad Lawrence. By agreement with ScanSoft's counsel, Voice Signal has not simultaneously filed a copy of the submission with this Court because it is extremely voluminous. Please let me know if you wish to have a copy of Voice Signal's submission delivered to the Court.

Respectfully,

*[signature]*

Sarah Chapin Columbia

cc:    Lisa Fleming (via facsimile and electronic mail)