125 SUMMER STREET  BOSTON MA 02110-1618

T 617 443 9292  F 617 443 0004  WWW.BROMSUN.COM



LISA M. FLEMING
617 443 9292 x248
LFLEMING@BROMSUN.COM

September 11, 2006

**Via Hand Delivery**

The Honorable Patti B. Saris
District Judge
U.S.D.C. for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Room 6130
Boston, Massachusetts 02210-3002

    Re   *ScanSoft v. Voice Signal Technologies, Inc. et al*, Civil Action No. 04-10353 PBS
          Our File   2639/509

Your Honor:

In accordance with Paragraph 3 of your Order, dated May 24, 2006 [D.N. 410], ScanSoft has sent its response to VST's expert report to Dr. Ney today by Federal Express with a copy to VST's designated counsel, Christopher McKenna. Please let us know if you wish to have a copy of the report sent to the Court.

Very truly yours,

Lisa M. Fleming

LMF/

cc: Sarah Columbia, Esq.

02639/00509 546630.1

ATTORNEYS AT LAW