# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
　　　　　　　　　　　　　　　　　　　　)
SCANSOFT, INC.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　C.A. No. 04-10353-PBS
　　　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
VOICE SIGNAL TECHNOLOGIES, INC.,　)
LAURENCE S. GILLICK, ROBERT S.　　)
ROTH, JONATHAN P. YAMRON, and　　)
MANFRED G. GRABHERR,　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants.　　　　　)
_____)

## <u>ORDER</u>

Saris, U.S.D.J.

　　　　　Before the Court is Motion of Plaintiff ScanSoft, Inc. ("ScanSoft") Compel Defendant to

Create a Complete Screening Wall Between This Action and the Related Action Recently Filed

by Defendant in the Western District of Pennsylvania, and the Court being of the opinion that the

same should be GRANTED, it is therefore,

　　　　　ORDERED that counsel to Defendant Voice Signal Technologies, Inc. ("VST") shall set

up a complete screening wall between this case and the related patent infringement action in the

Western District of Pennsylvania, *Voice Signal Technologies v. Nuance Communications et al.,*

No. 2:06-cv-01492 (W.D. Pa.).  Counsel to VST shall submit an affidavit to this Court certifying

that the complete screening wall has been set up and that information discovered in this case

shall not be discussed with or used by VST in the Western District of Pennsylvania action.

　　　　　It is so ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE