# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.         )<br>             )<br>     Plaintiff,    )<br>             )<br>   v.          )<br>             )<br>VOICE SIGNAL TECHNOLOGIES, INC., )<br>LAURENCE S. GILLICK, ROBERT S.  )<br>ROTH, JONATHAN P. YAMRON, and  )<br>MANFRED G. GRABHERR,    )<br>             )<br>     Defendants.   )<br>             ) | C.A. No. 04-10353-PBS |

## DECLARATION OF RICHARD MACK

I, Richard Mack, hereby declare and state as follows:

1.  I am the Senior Director of Corporate Communications at Nuance, Inc. I have personal knowledge of the facts set forth in this Declaration.

2.  On November 8, 2006, Voice Signal Technologies, Inc. ("VST") sued Nuance and eleven of Nuance's distributors and retailers for patent infringement in the U.S. District Court for the Western District of Pennsylvania, alleging infringement of U.S. Patent No. 5,855,000 based on the sales of various Nuance products.

3.  On November 9, 2006, VST issued a press release concerning the litigation.

4.  On November 9, 2006, VST's Vice President of Marketing Communications contacted at least four of the financial and equity analysts at different brokerage firms that cover Nuance, to provide advance notice of the press release. The analysts contacted by VST include: Michael J. Latimore, Raymond James & Associates, Richard Davis and John Maietta, Needham

& Co., and Daniel Ives, Friedman Billings Ramsey.  These analysts are responsible for making public pronouncements concerning Nuance's financial status and stock performance.  Attached as Exhibit A is a copy of the email from Mira Genser, Vice President of Marketing Communications at VST, to Michael J. Latimore.  Attached as Exhibit B is a copy of the email from Mira Genser, Vice President of Marketing Communications, to Richard Davis.

5.    VST is not a publicly traded company, and is not covered by these analysts.  I am therefore unaware of any legitimate, business reason for VST to have communicated the details of the litigation in Pennsylvania to these analysts.

I declare under penalty of perjury that to the best of my knowledge, information and belief, the foregoing statements are true and correct.

Executed this 22st day of December, 2006 in Burlington, Massachusetts.

_____
Richard Mack

# EXHIBIT A

**From:** Genser, Mira [mailto:mgenser@voicesignal.com]
**Sent:** Thursday, November 09, 2006 10:32 AM
**To:** Michael Latimore
**Subject:** Breaking News from VoiceSignal

Mike,
Wanted to get you the news we will be announcing this morning.
Hope you are well,
Mira

# For Immediate Release

## Patent Infringement Lawsuit names Nuance Communications Inc., Best Buy, Circuit City, CDW, CompUSA, Fry's Electronics, Office Depot, PC Connection, Digital River, Ingram Micro, Tech Data , AND 1450 Inc.

*PRELIMINARY INJUNCTION AND MONETARY DAMAGES SOUGHT AGAINST SALES OF DRAGON NATURALLYSPEAKING ™*

**Woburn, Mass.– November 9, 2006** – Voice Signal Technologies announced that it filed a patent infringement lawsuit against Nuance Communications Inc. (NASDAQ: NUAN), and their distributors, resellers and retailers of Dragon NaturallySpeaking™ in the United States District Court in the Western District of Pennsylvania.

In its complaint, VoiceSignal asserts that Dragon NaturallySpeaking infringes an exclusively-licensed patent covering proprietary methods for correcting errors in dictation software. VoiceSignal is seeking a preliminary injunction to immediately prevent Nuance, its distributors, resellers and retailers from continuing to infringe U.S. Patent No. 5,855,000. VoiceSignal is also seeking monetary damages for past and continuing infringement.

**About VoiceSignal:**
VoiceSignal is the world leader in voice interfaces for mobile devices. By year end, roughly 100 million mobile phones will have shipped embedded with VoiceSignal's unique technology including its revolutionary VoiceMode dictation software. Additional information about the company is available at: www.voicesignal.com.

####
**Press & Analyst Contacts:**
Mira Genser, VoiceSignal
+1 (781) 970 5223
mgenser@voicesignal.com

# EXHIBIT B

**From:** Genser, Mira [mailto:mgenser@voicesignal.com]
**Sent:** Thursday, November 09, 2006 10:32 AM
**To:** Davis, Richard
**Subject:** Breaking News from VoiceSignal
Richard,
Wanted to get you the news we will be announcing this morning.
Hope you are well,
Mira

# For Immediate Release

## Patent Infringement Lawsuit names Nuance Communications Inc., Best Buy, Circuit City, CDW, CompUSA, Fry's Electronics, Office Depot, PC Connection, Digital River, Ingram Micro, Tech Data , AND 1450 Inc.

*PRELIMINARY INJUNCTION AND MONETARY DAMAGES SOUGHT AGAINST SALES OF DRAGON NATURALLYSPEAKING ™*

**Woburn, Mass.– November 9, 2006** – Voice Signal Technologies announced that it filed a patent infringement lawsuit against Nuance Communications Inc. (NASDAQ: NUAN), and their distributors, resellers and retailers of Dragon NaturallySpeaking™ in the United States District Court in the Western District of Pennsylvania.

In its complaint, VoiceSignal asserts that Dragon NaturallySpeaking infringes an exclusively-licensed patent covering proprietary methods for correcting errors in dictation software. VoiceSignal is seeking a preliminary injunction to immediately prevent Nuance, its distributors, resellers and retailers from continuing to infringe U.S. Patent No. 5,855,000. VoiceSignal is also seeking monetary damages for past and continuing infringement.

<u>**About VoiceSignal:**</u>
VoiceSignal is the world leader in voice interfaces for mobile devices. By year end, roughly 100 million mobile phones will have shipped embedded with VoiceSignal's unique technology including its revolutionary VoiceMode dictation software. Additional information about the company is available at: www.voicesignal.com.

####
<u>**Press & Analyst Contacts:**</u>
Mira Genser, VoiceSignal
+1 (781) 970 5223
mgenser@voicesignal.com