# EXHIBIT 1

Case 1:04-cv-10353-PBS    Document 435-2    Filed 01/03/2007    Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>               Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR,<br><br>               Defendants. | C.A. No. 04-10353-PBS |

## DECLARATION OF RICHARD MACK

I, Richard Mack, hereby declare and state as follows:

1. I am the Senior Director of Corporate Communications at Nuance, Inc. I have personal knowledge of the facts set forth in this Declaration.

2. On November 8, 2006, Voice Signal Technologies, Inc. ("VST") sued Nuance and eleven of Nuance's distributors and retailers for patent infringement in the U.S. District Court for the Western District of Pennsylvania, alleging infringement of U.S. Patent No. 5,855,000 based on the sales of various Nuance products.

3. On November 9, 2006, VST issued a press release concerning the litigation.

4. On November 9, 2006, VST's Vice President of Marketing Communications contacted at least four of the financial and equity analysts at different brokerage firms that cover Nuance, to provide advance notice of the press release. The analysts contacted by VST include: Michael J. Latimore, Raymond James & Associates, Richard Davis and John Maietta, Needham

& Co., and Daniel Ives, Friedman Billings Ramsey. These analysts are responsible for making public pronouncements concerning Nuance's financial status and stock performance. Attached as Exhibit A is a copy of the email from Mira Genser, Vice President of Marketing Communications at VST, to Michael J. Latimore. Attached as Exhibit B is a copy of the email from Mira Genser, Vice President of Marketing Communications, to Richard Davis.

     5.     VST is not a publicly traded company, and is not covered by these analysts. I am therefore unaware of any legitimate, business reason for VST to have communicated the details of the litigation in Pennsylvania to these analysts.

     I declare under penalty of perjury that to the best of my knowledge, information and belief, the foregoing statements are true and correct.

Executed this 22st day of December, 2006 in Burlington, Massachusetts.

_____
Richard Mack