# EXHIBIT A

Case 1:04-cv-10358-PBS    Document 435-3    Filed 01/03/2007    Page 1 of 2

**From:** Genser, Mira [mailto:mgenser@voicesignal.com]
**Sent:** Thursday, November 09, 2006 10:32 AM
**To:** Michael Latimore
**Subject:** Breaking News from VoiceSignal

Mike,
Wanted to get you the news we will be announcing this morning.
Hope you are well,
Mira

## For Immediate Release

### Patent Infringement Lawsuit names Nuance Communications Inc., Best Buy, Circuit City, CDW, CompUSA, Fry's Electronics, Office Depot, PC Connection, Digital River, Ingram Micro, Tech Data , AND 1450 Inc.

*PRELIMINARY INJUNCTION AND MONETARY DAMAGES SOUGHT AGAINST SALES OF DRAGON NATURALLYSPEAKING ™*

**Woburn, Mass.– November 9, 2006** – Voice Signal Technologies announced that it filed a patent infringement lawsuit against Nuance Communications Inc. (NASDAQ: NUAN), and their distributors, resellers and retailers of Dragon NaturallySpeaking™ in the United States District Court in the Western District of Pennsylvania.

In its complaint, VoiceSignal asserts that Dragon NaturallySpeaking infringes an exclusively-licensed patent covering proprietary methods for correcting errors in dictation software. VoiceSignal is seeking a preliminary injunction to immediately prevent Nuance, its distributors, resellers and retailers from continuing to infringe U.S. Patent No. 5,855,000. VoiceSignal is also seeking monetary damages for past and continuing infringement.

**About VoiceSignal:**
VoiceSignal is the world leader in voice interfaces for mobile devices. By year end, roughly 100 million mobile phones will have shipped embedded with VoiceSignal's unique technology including its revolutionary VoiceMode dictation software. Additional information about the company is available at: www.voicesignal.com.

####
**Press & Analyst Contacts:**
Mira Genser, VoiceSignal
+1 (781) 970 5223
mgenser@voicesignal.com