**B**

## EXHIBIT B

### 1/23/07 VOICEMAIL RECEIVED BY LARRY GILLICK

Hi Larry! This is Caitlin. I'm calling with JCSI, an HR consultant company. We have recently been retained by Nuance Communications. I know that I am calling you at work, so I'll be brief, but Nuance is growing rapidly. We are always looking for new talent, so I'm reaching out to see if you're open to the possibility of connecting with Nuance, and just to talk further with you about your background as well as, you know, to see if you were currently job searching just to get you in touch with somebody with a new functional arena. If you could please give me a call back, cause we can speak further with you about this, that would be great. Telephone number (508) 768-4574. Once again, this is Caitlin with Nuance (508) 768-4574. Thank you.

4173002v1