# B

 Welcome, Chris [ Sign Out ]     Account & Settings | Inbox   Exp

Home    People    Jobs & Hiring    Services    Answers    My Profile    My

Inbox

People Search:    [Go]  Advanced search

# InMail™ and Introductions: Details                 Go back to InMail and Introd

✓ You accepted this InMail on 11/16/2006.

Your comments:
Hi Kirk,

Not such a hot idea... but thanks for trying.

Chris

---

Kirk's contact information:    kirk_wilcox@yahoo.com
                                Download vCard

Subject: **Re: Nuance**                                      Date: 11/15/2006
Category: Career Opportunity
Contact type: InMail   What is this?

From:

**Kirk Wilcox**                                              309 connection
Sr. Technical Recruiter                                       1 recommenda
Greater Boston Area | Information Technology and Services
                                                              *New* InMail Feedba

Current:   • Sr. Recruiter at Nuance

Past:      • Sr. Technical Recruiter at PTC
           • Contract Technical Recruiter at Liberty Mutual
           • Sr. Recruiter at BBN Technologies
           • Technical Recruiter at SAP America
           • Recruiter at Ambit Technology
           • Recruiter at Corico Recruiters

Message: **Re: Nuance**

Hi Chris,

I am recruiting for a Sr. level role here at Nuance that I would like to discuss with you. Please give me a call at your earliest convenience. I can be reached at 781-565-5468 or by email at kirk.wilcox@nuance.com

I look forward to speaking with you in the near future.

Regards,
Kirk Wilcox

| People | Jobs | Services | Answers | Subscrip |
|---|---|---|---|---|
| Name Search | Job Search | Write Recommendation | My Q&A | Person; |
| Advanced Search | Post a Job | Request | Ask a Question | Busines |
| Reference Search | Manage Jobs | Recommendation | Answer Questions | Pro |
| Your Network | | | | |
| Inbox | My Account | My Profile | My Contacts | LinkedIn |
| InMail & Introductions | Account & Settings | Edit My Profile | Add Connections | About L |
| Invitations | Name, Location, Privacy | Edit My Public Profile | Connections | LinkedI: |
| Job Notifications | Email Addresses | Recommendations | Other Contacts | User A( |
| Profile Updates | Contact Settings | | Colleagues | Privacy |
| | | | Classmates | Advertis |

Home | Customer Service / FAQ | Download Tools | Full Sitemap

All content Copyright © 2003-7, LinkedIn Corporation