C

Case 1:04-cv-10353-PBS    Document 442-4    Filed 02/07/2007    Page 1 of 2

## EXHIBIT C

### 1/23/07 VOICEMAIL RECEIVED BY CHRIS REINER

Hi Chris. This is Caitlin. I'm calling with JCSI, an HR consulting company. We've basically been retained by Nuance Communications. I'm calling. . . I know that you're at work, so I'm gonna be brief, but I'm calling because Nuance is growing rapidly and we're always looking for some new talent to bring on board, and I wanted to call and see if you were currently job searching and just to be curt with you about a few positions that we do have opening within your arena. If you could please give me a call back, that would great, so I could update my database. The telephone number (508) 768-4574. Once again, this is Caitlin with Nuance Communications (508) 768-4574.

Thank you.

4173005v1