**B**

## EXHIBIT B

### 1/23/07 VOICEMAIL RECEIVED BY MIRA GENSER

Hi! This message is for Mira. Mira, this is Caitlin. I'm calling with JCSI. We are actually an HR consultant company. We've recently been retained by Nuance Communications, so I'm calling around to call and speak further with everybody and to just let you know that Nuance is growing rapidly and we're looking always for some new talent to bring on board, so I wanted to reach out to you and see if you were open to the possibility of connecting with Nuance and just to speak with you in regards to your resume as well as what you're looking for. My direct number is (508) 768-4574. Once again, it's Caitlin with Nuance Communications (508) 768-4574. Thank you.

4172999v1