**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SCANSOFT, INC. ) | |
|  ) | |
|  Plaintiff, ) | |
|  ) | C.A. No. 04-10353-PBS |
| v. ) | |
|  ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR, ) | |
|  ) | |
|  Defendants. ) | |

**MOTION TO WITHDRAW PLAINTIFF'S MOTION TO COMPEL
DEFENDANT VOICE SIGNAL TECHNOLOGIES, INC. TO CREATE
A COMPLETE SCREENING WALL ENTERED AS DOCKET NUMBER 431**

Based on the parties' agreement, Plaintiff ScanSoft, Inc. withdraws its Motion to Compel Defendant Voice Signal Technologies, Inc. To Create A Complete Screening Wall Between this Action and The Related Action Recently Filed By Defendant In the Western District Of Pennsylvania. (Docket at Number 431). ("Motion to Create a Complete Screening Wall").

WHEREFORE, Plaintiff requests that its Motion to Create a Complete Screening Wall be withdrawn.

Dated:  February 13, 2007                    Respectfully submitted


                                      <u>/s/ David Greenbaum</u>
                                      David Greenbaum
                                      David J. Lender
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, NY  10153
                                      Tel: (212) 310-8000
                                      Fax: (212) 310-8007

                                      Matthew D. Powers
                                      WEIL, GOTSHAL & MANGES LLP
                                      201 Redwood Shores Parkway
                                      Redwood Shores, CA  94065
                                      Tel: (650) 802-3200

                                      *Attorneys for ScanSoft, Inc.*


## **<u>CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)</u>**

      I certify that counsel for Plaintiff conferred with counsel for VST and resolved the issues presented in Plaintiff's Motion to Create Screening Wall previously filed.

                                        <u>/s/ David Greenbaum</u>

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 13, 2007, pursuant to Local Rule 5.4

/s/  Samantha Rothman