UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 04-10353-PBS <br> ) |
| VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## JOINT MOTION TO MODIFY COURT'S NEUTRAL EXPERT PROCEDURE

Plaintiff ScanSoft, Inc. ("ScanSoft") and Defendant Voice Signal Technologies, Inc. ("Voice Signal"), hereby jointly move for a modification of the Court's Neutral Expert Procedure to allow *two* designated counsel per side to review highly confidential source code information. The parties agree that an additional designated counsel per side is necessary to effectively litigate this matter.

On December 29, 2005, this Court issued its Neutral Expert Procedure. Pursuant to Paragraph 7 of the Neutral Expert Procedure, one designated counsel per side is permitted to review the highly confidential source code information produced by each party. Paragraph 7 further provided that the designated counsel shall not disclose the source code to his client or any other members of the litigation team.

As the Court is aware, Weil, Gotshal & Manges LLP has recently joined this case as counsel to ScanSoft. New counsel to ScanSoft proposed that two designated counsel be

1

permitted to review highly confidential source code, and counsel for Voice Signal agreed that this proposal made sense.  The parties have exchanged the names of the proposed additional designated counsel for each side and have approved each party's selection.[1]  Along with this Motion, the parties are filing the certifications of the additional designated counsel required by paragraph 7 of the Neutral Expert Procedure.

WHEREFORE, the parties jointly move for this Court to modify its Neutral Expert Procedure to allow two designated counsel for each side to view highly confidential source code productions.

| | |
|---|---|
| SCANSOFT, INC. | VOICE SIGNAL TECHNOLOGIES, INC. |
| By its attorneys, | By its attorneys, |
| /s/ David Greenbaum | /s/ Wendy S. Plotkin |
| David J. Lender (*pro hac vice*) | Sarah Chapin Columbia (BBO No. 550155) |
| David Greenbaum (*pro hac vice*) | Wendy S. Plotkin (BBO No. 647716) |
| WEIL, GOTSHAL & MANGES LLP | CHOATE, HALL & STEWART LLP |
| 767 Fifth Avenue | Two International Place |
| New York, New York 10153 | Boston, MA  02110 |
| (212) 310-8000 | (617) 248-5000 |

---

[1] New counsel for ScanSoft have affirmed that its firm does not and will not perform patent prosecution activities for ScanSoft while this litigation is pending.

2