UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR, <br><br> Defendants. | C.A. No. 04-10353-PBS |

## CERTIFICATION OF SARAH CHAPIN COLUMBIA

I, Sarah Chapin Columbia, depose and state as follows:

1. I am an attorney in the law firm of Choate, Hall & Stewart. I am member of the bar of the Commonwealth of Massachusetts.

2. I have reviewed this Court's Neutral Expert Procedure dated December 29, 2005.

3. Pursuant to the Motion to Modify the Court's Neutral Expert Procedure (the "Motion") filed herewith, I have been designated by Voice Signal Technologies, Inc. ("Voice Signal") as a designated counsel as is defined in paragraph 7 of the Neutral Expert Procedure.

4. I hereby certify that, pursuant to the terms of paragraph 7 of the Neutral Expert Procedure, I will not disclose any source code produced to me pursuant the Neutral Expert Procedure to Voice Signal or to any other members of the Voice Signal litigation team in this case.

4175866v1

\*     \*     \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

*[signature]*
Sarah Chapin Columbia

Dated: February 21, 2007