UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>               Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR,<br><br>               Defendants. | C.A. No. 04-10353-PBS |

**CERTIFICATE OF COMPLIANCE OF DAVID J. LENDER RELATED TO THE
<u>NON-DISCLOSURE OF SOFTWARE CODE</u>**

I, David J. Lender, hereby declare and state as follows:

1. I am an attorney at Weil, Gotshal & Manges LLP, counsel to Plaintiff Nuance Communications, Inc., f/k/a ScanSoft, Inc.

2. I have reviewed this Court's Neutral Expert Procedure dated December 29, 2005, and the January 20, 2006, Order related to the Neutral Expert Procedure.

3. Pursuant to agreement with counsel for VST, I will function as one of the two outside attorneys permitted access to VST's complete and unredacted source code.

4. I certify that I shall not disclose the VST source code to Nuance or other members of the litigation team (other than the one other permitted outside attorney) and will not prosecute patents for ScanSoft for two years.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed this 13th day of February, 2007 in New York, New York.

_____
David J. Lender