UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.<br><br>Plaintiff,<br><br>v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR<br><br>Defendants. | C.A. No. 04-10353-PBS |

**ASSENTED TO MOTION FOR LEAVE TO FILE VOICE SIGNAL TECHNOLOGIES REPLY BRIEF IN SUPPORT OF ITS MOTION FOR AN ORDER ENJOINING NUANCE FROM SOLICITING VOICE SIGNAL EMPLOYEES**

Defendant Voice Signal Technologies, Inc. ("Voice Signal") moves, pursuant to Local Rule 7.1(B)(3), for leave to file a reply further supporting its Motion for an Order Enjoining Nuance from Soliciting Voice Signal Employees and addressing arguments raised by plaintiff in its opposition thereto. Defendants believe that the reply memorandum, attached hereto as Exhibit A, will aid the Court in its determination of the issues.

4183553v1

WHEREFORE, Voice Signal respectfully requests leave of Court to file a reply in the form attached as <u>Exhibit A</u>, and for the reply to be deemed filed upon allowance of this motion.

> Respectfully submitted,
>
> LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, MANFRED G. GRABHERR and VOICE SIGNAL TECHNOLOGIES, INC.
>
> By their attorneys,
>
> /s/ Sarah Chapin Columbia
> Robert S. Frank, Jr. (BBO No. 177240)
> Sarah Chapin Columbia (BBO No. 550155)
> Paul D. Popeo (BBO No. 567727)
> Wendy S. Plotkin (BBO No. 647716)
> CHOATE, HALL & STEWART
> Two International Place
> Boston, MA 02110
> (617) 248-5000

March 8, 2007

### Certification Pursuant to Local Rule 7.1.

I herby certify that counsel for Voice Signal and Nuance have satisfied Local Rule 7.1 which requires the parties to confer in an effort to resolve or narrow the issues presented in this Motion, and that counsel for Nuance assented to this Motion.

> /s/ Wendy S. Plotkin

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 8, 2007.

> /s/ Wendy S. Plotkin

4183553v1