## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC., LAURENCE S. GILLICK, ROBERT S. ROTH, JONATHAN P. YAMRON, and MANFRED G. GRABHERR,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-10353-PBS |

## JOINT MOTION TO STAY LITIGATION DURING PATENT REEXAMINATIONS

The parties jointly request that the Court enter a stay of proceedings in this litigation relating to U.S. Patent No. 6,501, 966 (the "'966 patent") pending the outcome of reexamination proceedings involving the '966 patent, which are now pending before the United States Patent and Trademark Office. Staying the litigation would promote the efficient use of the Court's and the parties' resources.

Accordingly, the parties respectfully request that the Court grant the recently filed Motion to Stay (Docket No. 450) by entering the proposed order provided herewith.

| | |
|---|---|
| SCANSOFT, INC. | VOICE SIGNAL TECHNOLOGIES, INC. |
| By its attorneys, | By its attorneys, |
| /s/ David Greenbaum | /s/ Wendy S. Plotkin |
| David J. Lender *(pro hac vice)* | Robert S. Frank, Jr. (BBO No. 177240) |
| David Greenbaum *(pro hac vice)* | Sarah Chapin Columbia (BBO No. 550155) |
| WEIL, GOTSHAL & MANGES LLP | Paul D. Popeo (BBO No. 567727) |
| 767 Fifth Avenue | Wendy S. Plotkin (BBO No. 647716) |
| New York, New York 10153 | CHOATE, HALL & STEWART LLP |
| (212) 310-8000 | Two International Place |
| | Boston, MA  02110 |
| | (617) 248-5000 |

Dated:  May 8, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 8, 2007.

/s/ Wendy S. Plotkin

4208707_1.DOC