# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCANSOFT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-10353-PBS |
| ) | |
| VOICE SIGNAL TECHNOLOGIES, INC., ) | |
| LAURENCE S. GILLICK, ROBERT S. ) | |
| ROTH, JONATHAN P. YAMRON, and ) | |
| MANFRED G. GRABHERR, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING STAY OF LITIGATION DURING PATENT REEXAMINATIONS

IT IS HEREBY ORDERED that proceedings in this litigation relating to the '966 patent are stayed until the completion of patent reexamination proceedings before the United States Patent and Trademark Office.

The parties shall advise the Court of the outcome of these reexamination proceedings, after they are completed.

**IT IS SO ORDERED.**

Dated: _____    _____
                                 Patti B. Saris
                                 United States District Court Judge

4208738_1.DOC