UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCANSOFT, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>VOICE SIGNAL TECHNOLOGIES, INC.,<br>LAURENCE S. GILLICK, ROBERT S.<br>ROTH, JONATHAN P. YAMRON, and<br>MANFRED G. GRABHERR,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. No. 04-10353-PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO RESCHEDULE HEARING ON MOTION**

The parties hereby jointly request that the hearing currently scheduled before Magistrate Judge Alexander for May 15, 2007 on Voice Signal Technologies, Inc.'s Motion for Order to Enjoin Nuance from Soliciting Voice Signal Employees (Docket 438) be rescheduled for a date after June 11, 2007 that is convenient for the Court.

| | |
|---|---|
| SCANSOFT, INC. | VOICE SIGNAL TECHNOLOGIES, INC. |
| By its attorneys, | By its attorneys, |
| /s/ David Greenbaum | /s/ Wendy S. Plotkin |
| David J. Lender (*pro hac vice*) | Robert S. Frank, Jr. (BBO No. 177240) |
| David Greenbaum (*pro hac vice*) | Sarah Chapin Columbia (BBO No. 550155) |
| WEIL, GOTSHAL & MANGES LLP | Paul D. Popeo (BBO No. 567727) |
| 767 Fifth Avenue | Wendy S. Plotkin (BBO No. 647716) |
| New York, New York 10153 | CHOATE, HALL & STEWART LLP |
| (212) 310-8000 | Two International Place |
| | Boston, MA  02110 |
| | (617) 248-5000 |

4209183v1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 8, 2007.

      /s/ Wendy S. Plotkin

4209183v1